**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **2nd Chance Investment Group, LLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4146980 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 W. Santa Ana Blvd.** <br> **PMB 5045** <br> **Santa Ana, CA 92701** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.homebuyersca.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   __2nd Chance Investment Group, LLC_____   Case number (*if known*) _____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___6531___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Debtor    **2nd Chance Investment Group, LLC**                          Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
               Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **2nd Chance Investment Group, LLC**
　　　　　Name

Case number (*if known*) _____

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | 2nd Chance Investment Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2022**
MM / DD / YYYY

X **/s/ Rayshon A. Foster**                    **Rayshon A. Foster**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Amanda G. Billyard**                Date **December 21, 2022**
Signature of attorney for debtor                  MM / DD / YYYY

**Amanda G. Billyard**
Printed name

**Financial Relief Law Center, APC**
Firm name

**1200 Main St., Suite C**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone   **714-442-3349**      Email address   **abillyard@bwlawcenter.com**

**256838 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **2nd Chance Investment Group, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 21, 2022**        X /s/ Rayshon A. Foster
                                              Signature of individual signing on behalf of debtor

                                              **Rayshon A. Foster**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **2nd Chance Investment Group, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hiten Ram Bhakta & Sajan Bhakta c/o Schorr Law 1901 Avennue of the Stars Suite 615 Los Angeles, CA 90067 | | pending lawsuit claim amount | Contingent Unliquidated Disputed | | | $5,000,000.00 |
| Lamar Advertising 449 East Park Center Circle South San Bernardino, CA 92408 | | investor | Disputed | | | $1,286,803.17 |
| American Express PO Box 96001 Los Angeles, CA 90096-8000 | | credit card | Disputed | | | $209,091.02 |
| Small Business Administration 10737 Gateway West #300 El Paso, TX 79935 | | abstract | | $150,000.00 | $0.00 | $150,000.00 |
| Straten Lending c/o Shorr Law 1901 Avenue of the Stars Suite 615 Los Angeles, CA 90067 | | investor | Disputed | | | $57,500.00 |
| American Express PO Box 96001 Los Angeles, CA 90096-8000 | | credit card | Disputed | | | $53,741.00 |
| Mercedes-Benz Financial Services PO Box 5209 Carol Stream, IL 60197-5209 | | 2021 Mercedes 2500 with 11,063 miles value based on kbb.org | | $92,551.00 | $58,536.00 | $34,015.00 |

Debtor __2nd Chance Investment Group, LLC_____  Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Home Depot Credit Services PO Box 9001010 Louisville, KY 40290-1010 | | credit card | Disputed | | | $18,155.00 |
| Mercedes-Benz Financial Services PO Box 5260 Carol Stream, IL 60197-5260 | | 2021 Mercedes 2500 with 33,123 miles value based on kbb.org | | $53,822.23 | $52,269.00 | $1,553.23 |
| Staples Credit Plan Dept. 51 7892022301 Phoenix, AZ 85062 | | credit line | Disputed | | | $852.00 |
| Aaron Zistman 18518 Dancy St. Rowland Heights, CA 91748 | | Investor | Disputed | | | $0.00 |
| ASB Ventures LLC c/o Schorr Law 1901 Avenue of the Stars, Suite 615 Los Angeles, CA 90067 | | investor | Disputed | | | $0.00 |
| David Guzman 14583 McKendree Ave. Chino, CA 91710 | | investor | Disputed | | | $0.00 |
| Felipe Gutierrez Jr. 13056 sycamore Ave. Apt. B Chino, CA 91710 | | investor | Disputed | | | $0.00 |
| Jessie and Michelle Acosta 13337 Nellie Ave. Chino, CA 91710 | | investor | Disputed | | | $0.00 |
| Kiwi Corp Mina Bhakta 11353 Highdale Street Norwalk, CA 90650 | | investor | Disputed | | | $0.00 |
| Lowes Business Acct/GECRB PO Box 530970 Atlanta, GA 30353-0970 | | line of credit | | | | $0.00 |
| Merah, LLC 7026 Edinboro Street Chino, CA 91710 | | investor | Disputed | | | $0.00 |

Debtor   **2nd Chance Investment Group, LLC** _____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Midare, LLC** **14583 McKendree Ave.** **Chino, CA 91710** | | **investor** | **Disputed** | | | $0.00 |
| **Pramira Holdings LLC** **2552 Walnut Ave Suite 200** **Tustin, CA 92780** | | **investor** | **Disputed** | | | $0.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

## United States Bankruptcy Court
### Central District of California

In re  __2nd Chance Investment Group, LLC__

Debtor(s)

Case No. _____

Chapter  __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ray Foster<br>4349 S. Victoria St.<br>Los Angeles, CA 90008 | na | na | Sole LLC Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __December 21, 2022__

Signature  __/s/ Rayshon A. Foster__

__Rayshon A. Foster__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Irvine, CA**_____ , California.

Date:  **December 21, 2022**_____

/s/ Rayshon A. Foster
**Rayshon A. Foster**
Signature of Debtor 1

_____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                            Page 1          F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name    **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $    **7,018,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **203,261.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    **7,221,261.00**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................    $    **4,376,807.28**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    +$    **6,626,142.19**

4.    **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b    $    **11,002,949.47**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **2nd Chance Investment Group, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **East West Bank** _____   $2,000.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| $2,000.00 |
|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor   __2nd Chance Investment Group, LLC_____    Case number *(If known)* _____
         Name

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2021 Mercedes Benz Sprinter 2500 with 38,620**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $50,456.00 |
| 47.2. | **2021 Mercedes 2500 with 11,063 miles**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $58,536.00 |
| 47.3. | **2021 Mercedes 2500 with 33,123 miles**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $52,269.00 |
| 47.4. | **2020 Mercedes 2500 with 19,426 miles**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $40,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **2nd Chance Investment Group, LLC**                    Case number *(If known)* _____
                    Name

51.    **Total of Part 8.**                                                    | $201,261.00 |

    Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    3025 Glenview Ave. San Bernardino CA 92407 | Fee simple | $0.00 | | $377,000.00 |
| 55.2.    13352 Marty Lane Garden Grove CA 92843 | Fee simple | $0.00 | | $928,000.00 |
| 55.3.    37472 Yorkshire Dr. Palmdale CA 93550 | Fee simple | $0.00 | | $515,000.00 |
| 55.4.    324 W 47th Pl. Los Angeles CA 90037 | Fee simple | $0.00 | | $773,000.00 |
| 55.5.    25641 Byron St. San Bernardino CA 92404 | Fee simple | $0.00 | | $488,000.00 |
| 55.6.    43933 30 St E Lancaster CA 93535 | Fee simple | $0.00 | | $424,000.00 |
| 55.7.    1004 Peachwood Crt. Los Banos CA 93635 | Fee simple | $0.00 | | $426,000.00 |

| Debtor | 2nd Chance Investment Group, LLC | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| 55.8. | 8607 Custer Rd SW Lakewood WA 98499 | Fee simple | $0.00 | $426,000.00 |
| 55.9. | 827 N Meridian Ave. San Bernardino CA 92410 | Fee simple | $0.00 | $477,000.00 |
| 55.10. | 730 E 78th St Los Angeles CA 90001 | Fee simple | $0.00 | $735,000.00 |
| 55.11. | 1611 151st St. San Leandro CA 94578 | Fee simple | $0.00 | $691,000.00 |
| 55.12. | 1016 Portal Ave. Bakersfield CA 93308 | Fee simple | $0.00 | $266,000.00 |
| 55.13. | 37915 Marsala Dr. Palmdale CA 93552 | Fee simple | $0.00 | $492,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$7,018,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.homebuyersca.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor     __2nd Chance Investment Group, LLC__                    Case number *(If known)* _____
           Name

65.   **Goodwill**

66.   **Total of Part 10.**                                                         | $0.00 |

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

Debtor    __2nd Chance Investment Group, LLC__                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $201,261.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $7,018,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $203,261.00 | + 91b. $7,018,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,221,261.00 |

Fill in this information to identify the case:

Debtor name **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

**2.1  Fay Servicing**
Creditor's Name

**8001 Woodland Center Blvd. Suite 10 Tampa, FL 33614**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/17/21**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3025 Glenview Ave. San Bernardino CA 92407**

Describe the lien
**1st Deed of Trust**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$180,000.00**    Column B: **$377,000.00**

---

**2.2  Ally**
Creditor's Name

**PO Box 380902 Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2021 Mercedes Benz Sprinter 2500 with 38,620 value based on kbb.org**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$41,207.05**    Column B: **$50,456.00**

---

Debtor    **2nd Chance Investment Group, LLC**    Case number (if known) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Del Toro Loan Servicing, Inc.** | | | |
|---|---|---|---|---|

**Del Toro Loan Servicing, Inc.**
Creditor's Name

**2300 Boswell Road
Suite 215
Chula Vista, CA 91914**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**25641 Byron St. San Bernardino CA 92404**

$286,000.00    $488,000.00

Describe the lien
**1st Deed of Trust**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/4/22**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Del Toro Loan Servicing, Inc.** | | | |
|---|---|---|---|---|

**Del Toro Loan Servicing, Inc.**
Creditor's Name

**2300 Boswell Road
Suite 215
Chula Vista, CA 91914**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**827 N Meridian  Ave. San Bernardino CA 92410**

$286,631.00    $477,000.00

Describe the lien
**1st Deed of Trust**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/17/22**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Del Toro Loan Servicing, Inc.** | | | |
|---|---|---|---|---|

**Del Toro Loan Servicing, Inc.**
Creditor's Name

**2300 Boswell Road
Suite 215
Chula Vista, CA 91914**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1611 151st St. San Leandro CA 94578**

$442,928.00    $691,000.00

Describe the lien

---

Debtor    **2nd Chance Investment Group, LLC**                     Case number (if known) _____
_____
Name

**1st Deed of Trust**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known          **Is anyone else liable on this claim?**

■ No

**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**8/15/22**
**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply

■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.6 | **FCI** | Describe debtor's property that is subject to a lien | $266,000.00 | $424,000.00 |
|---|---|---|---|---|

Creditor's Name          **43933 30 St E Lancaster CA 93535**

**8180 E Kaiser Blvd
Anaheim, CA 92808**
Creditor's mailing address           **Describe the lien**
                                     **1st Deed of Trust**
                                     **Is the creditor an insider or related party?**

                                     ■ No

Creditor's email address, if known   ☐ Yes
                                     **Is anyone else liable on this claim?**

                                     ■ No
**Date debt was incurred**
**subject to**                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.7 | **FCI** | Describe debtor's property that is subject to a lien | $288,000.00 | $426,000.00 |
|---|---|---|---|---|

Creditor's Name          **1004 Peachwood Crt. Los Banos CA 93635**

**8180 E Kaiser Blvd
Anaheim, CA 92808**
Creditor's mailing address           **Describe the lien**
                                     **1st Deed of Trust**
                                     **Is the creditor an insider or related party?**

                                     ■ No

Creditor's email address, if known   ☐ Yes
                                     **Is anyone else liable on this claim?**

                                     ■ No
**Date debt was incurred**
**4/21/22**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply

■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor    **2nd Chance Investment Group, LLC**
　　　　　Name

Case number (if known) _____

---

| 2.8 | **FCI** | Describe debtor's property that is subject to a lien | $510,000.00 | $735,000.00 |
|---|---|---|---|---|

　　　Creditor's Name

**8180 E Kaiser Blvd
Anaheim, CA 92808**
Creditor's mailing address

**730 E 78th St Los Angeles CA 90001**

Describe the lien
**1st Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**7/14/22**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **FCI** | Describe debtor's property that is subject to a lien | $127,000.00 | $266,000.00 |
|---|---|---|---|---|

　　　Creditor's Name

**8180 E Kaiser Blvd
Anaheim, CA 92808**
Creditor's mailing address

**1016 Portal Ave. Bakersfield CA 93308**

Describe the lien
**1st Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**5/18/22**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **FCI** | Describe debtor's property that is subject to a lien | $295,000.00 | $492,000.00 |
|---|---|---|---|---|

　　　Creditor's Name

**8180 E Kaiser Blvd
Anaheim, CA 92808**
Creditor's mailing address

**37915 Marsala Dr. Palmdale CA 93552**

Describe the lien
**1st Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**6/6/22**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Debtor    **2nd Chance Investment Group, LLC**
_____    Case number (if known) _____
Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Mercedes-Benz Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $53,822.23 | $52,269.00 |
| | **PO Box 5260 Carol Stream, IL 60197-5260** | **2021 Mercedes 2500 with 33,123 miles** value based on kbb.org | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Mercedes-Benz Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $92,551.00 | $58,536.00 |
| | **PO Box 5209 Carol Stream, IL 60197-5209** | **2021 Mercedes 2500 with 11,063 miles** value based on kbb.org | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Select Portfolio Servicing** | Describe debtor's property that is subject to a lien | $431,668.00 | $928,000.00 |
|---|---|---|---|---|

---

Debtor    **2nd Chance Investment Group, LLC**                              Case number (if known)
_____
Name

| Creditor's Name | 13352 Marty Lane Garden Grove CA 92843 | | |
|---|---|---|---|

**PO Box 65250**
**Salt Lake City, UT 84165**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/6/21 subjec to**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **Select Portfolio Servicing** | Describe debtor's property that is subject to a lien | $512,000.00 | $773,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 324 W 47th Pl. Los Angeles CA 90037 | | |

**PO Box 65250**
**Salt Lake City, UT 84165**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/7/22**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **Selene Finance** | Describe debtor's property that is subject to a lien | $162,000.00 | $515,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 37472 Yorkshire Dr. Palmdale CA  93550 | | |

**PO Box 422039**
**Houston, TX 77242-2039**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/4/2020 subject to**
**Last 4 digits of account number**

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 6 of 8

Debtor    **2nd Chance Investment Group, LLC**                    Case number (if known) _____
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 6** | **Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00
Creditor's Name | **abstract**

**10737 Gateway West #300 El Paso, TX 79935**
Creditor's mailing address

Describe the lien
**UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 7** | **Superior Loan Servicing** | Describe debtor's property that is subject to a lien | $252,000.00 | $426,000.00
Creditor's Name | **8607 Custer Rd SW  Lakewood WA 98499**

**7525 Topanga Canyon Blvd Canoga Park, CA 91303**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $4,376,807.28 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 8

Debtor    **2nd Chance Investment Group, LLC**
_____    Case number (if known) _____
Name

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |

Fill in this information to identify the case:

Debtor name __**2nd Chance Investment Group, LLC**__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PIT Bankruptcy MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Aaron Zistman**
**18518 Dancy St.**
**Rowland Heights, CA 91748**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,091.02

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,741.00

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**ASB Ventures LLC**
**c/o Schorr Law**
**1901 Avenue of the Stars, Suite 615**
**Los Angeles, CA 90067**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**David Guzman**
**14583 McKendree Ave.**
**Chino, CA 91710**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**Felipe Gutierrez Jr.**
**13056 sycamore Ave. Apt. B**
**Chino, CA 91710**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00

**Hiten Ram Bhakta & Sajan Bhakta**
**c/o Schorr Law**
**1901 Avennue of the Stars**
**Suite 615**
**Los Angeles, CA 90067**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **pending lawsuit claim amount**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **2nd Chance Investment Group, LLC**                                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>PO Box 9001010<br>Louisville, KY 40290-1010<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  credit card<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$18,155.00**

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Jessie and Michelle Acosta**<br>13337 Nellie Ave.<br>Chino, CA 91710<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  investor<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Kiwi Corp**<br>Mina Bhakta<br>11353 Highdale Street<br>Norwalk, CA 90650<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  investor<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Lamar Advertising**<br>449 East Park Center Circle South<br>San Bernardino, CA 92408<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  investor<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$1,286,803.17**

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Lowes Business Acct/GECRB**<br>PO Box 530970<br>Atlanta, GA 30353-0970<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  line of credit<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Merah, LLC**<br>7026 Edinboro Street<br>Chino, CA 91710<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  investor<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Midare, LLC**<br>14583 McKendree Ave.<br>Chino, CA 91710<br><br>Date(s) debt was incurred _____<br><br>Last 4 digits of account number _____ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  investor<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

Debtor  __2nd Chance Investment Group, LLC__
      Name
                                          Case number (if known)

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pramira Holdings  LLC**
2552 Walnut Ave
Suite 200
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pramira LLC**
1422 Edinger Ave. Ste 250
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Precision Realty LLC**
930 San Pablo Ave.
Suite B
San Francisco, CA 94141

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salvador Jimenez**
12822 Clemson Drive
Corona, CA 92880

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $852.00 |
|---|---|---|---|

**Staples Credit Plan**
Dept. 51 7892022301
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **credit line**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,500.00 |
|---|---|---|---|

**Straten Lending**
c/o Shorr Law
1901 Avenue of the Stars Suite 615
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred 7/13/2021

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zona AZ, LLC**
3863 E. Hermosa Vista Drive
Mesa, AZ 85215

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **2nd Chance Investment Group, LLC**
_____    Case number (if known) _____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Zona CA, LLC**
**3863 E. Hermosa Drive**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **OMAR HOUARI**<br>**2425 SAN ANTONIO CRESCENT WEST**<br>**Upland, CA 91784** | Line **3.15**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Stream Kim Hicks Wrage Alfaro**<br>**3403 Tenth St.**<br>**Suite 700**<br>**Riverside, CA 92501** | Line **3.11**<br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,626,142.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,626,142.19 |

Fill in this information to identify the case:

Debtor name  **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease for: 13352 Marty Lane Garden Grove CA 92843** |
| | State the term remaining | **4 years** |
| | List the contract number of any government contract | _____ **Fabian & Kathy Lynn Martinez 13352 Marty Lane Garden Grove, CA 92843** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease for: 37915 Marsala Dr. Palmdale CA 93552** |
| | State the term remaining | **4 1/2 years** |
| | List the contract number of any government contract | _____ **Gregory Steven 37915 Marsala Dr Palmdale, CA 93552** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease for 25641 Byron St. San Bernardino CA 92404** |
| | State the term remaining | **4 years** |
| | List the contract number of any government contract | _____ **Margaret Adams 25641 Byron S San Bernardino, CA 92404** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease for: 1004 Peachwood Crt. Los Banos CA 93635** |
| | State the term remaining | **14 months** |
| | List the contract number of any government contract | _____ **Rosendo Quiroz Estorga 1004 Peachwood Crt. Raymond, CA 93653** |

Debtor 1  **2nd Chance Investment Group, LLC**                                    Case number (*if known*) _____
        First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**            State the name and mailing address for all other parties with
                                                          whom the debtor has an executory contract or unexpired
                                                          lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease for: 1611 151st St. San Leandro CA 94578** |
| | State the term remaining | **16 months** |
| | List the contract number of any government contract | _____ |

Shawn M. Southern
 1611 151st St
San Leandro, CA 94578

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease for: 827 N Meridian Ave. San Bernardino CA 92410** |
| | State the term remaining | **4 1/2 years** |
| | List the contract number of any government contract | _____ |

Teresa Miller
827 Meridian Ave.
San Bernardino, CA 92410

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Residential  Lease for: 43933 30 St E Lancaster CA 93535** |
| | State the term remaining | **18 months** |
| | List the contract number of any government contract | _____ |

Thamar Peterson
43933 30 St E
Lancaster, CA 93535

**Fill in this information to identify the case:**

Debtor name        **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                          Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Rayshon Foster** | **4349 South Victoria**<br>**Los Angeles, CA 90008** | **American Express** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rayshon Foster** | **4349 South Victoria**<br>**Los Angeles, CA 90008** | **Staples Credit Plan** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rayshon Foster** | **4349 South Victoria**<br>**Los Angeles, CA 90008** | **Lamar Advertising** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rayshon Foster** | **4349 South Victoria**<br>**Los Angeles, CA 90008** | **Home Depot Credit Services** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Rayshon Foster** | **4349 South Victoria**<br>**Los Angeles, CA 90008** | **Lowes Business Acct/GECRB** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor    __2nd Chance Investment Group, LLC__                    Case number *(if known)*    _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                    Column 2: **Creditor**

2.6    **Rayshon Foster**        **4349 South Victoria**            **Mercedes-Benz**        ☐ D _____
                                **Los Angeles, CA 90008**          **Financial Services**   ☐ E/F _____
                                                                                            ☐ G _____

Fill in this information to identify the case:

Debtor name    **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$769,000.00** |
   | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$14,090.00** |
   | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$598,151.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |

Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **2nd Chance Investment Group, LLC**                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ray Foster** | 9/1/21-15,500 10/21/21-6500; 11/12/21-3121.11; 11/26/821-$3127.12; 12/10/21-$3127.12; 1/21/22-$1000; 1/10/22-$50000; 1/28/22-$1000; 2/25/22-$20,200; 3/22/22-$1100 | $110,254.00 | |
| 4.2.   **Sonja Foster** | 10/18/21 - 1500 11/12/21-1715.99 11/26/21-1715.99 12/10-1715.99 | $4,930.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   __2nd Chance Investment Group, LLC__                    Case number *(if known)* _____

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Hitem Ram Bhakta; ASB Ventures, LLC, and Precision Realty Fund, LLC CVRI 2204640 | breach of contract; civil fraud | Superior Court of California Riverside | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Financial Relief Law Center, APC 1200 Main St. Suite C Irvine, CA 92614 | Retainer Pre-Bankruptcy Retainer | 10/10/22 9/15/22 12/2/22 | $18,500.00 |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **2nd Chance Investment Group, LLC**                          Case number *(if known)* _____

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **2nd Chance Investment Group, LLC**                    Case number *(if known)* _____

---

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Dollar Storage**<br>**3rd Street**<br>**Corona, CA** | **Ray Foster** | **Building materials, tile, morter, light bulbs, thermostats, smoke detectors, door locks** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Debtor | 2nd Chance Investment Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ☑ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | 2nd Chance Investment Group, LLC | Real Esate Investments | **Dates business existed** EIN:    81-4146980 From-To    2016- present |
| 25.2. | Advance Real Estate | Real Estate Investments | EIN: From-To    2016- present |
| 25.3. | Foster & Foster | Real Estate | EIN: From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Pamela Tyalor 6503 Hunter Road Corona, CA 92880 | 2020- 2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    **2nd Chance Investment Group, LLC**_____    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **2nd Chance Investment Group, LLC**                                     Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 21, 2022**

/s/ Rayshon A. Foster                                          Rayshon A. Foster
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **2nd Chance Investment Group, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____ $ _____ **18,500.00**

Prior to the filing of this statement I have received _____ $ _____ **18,500.00**

Balance Due _____ $ _____ **0.00**

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 21, 2022** _____
*Date*

/s/ Amanda G. Billyard
**Amanda G. Billyard**
*Signature of Attorney*
**Financial Relief Law Center, APC**
**1200 Main St., Suite C**
**Irvine, CA 92614**
**714-442-3349  Fax: 714-361-5392**
**abillyard@bwlawcenter.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Amanda G. Billyard**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3349 Fax: 714-361-5392**<br>California State Bar Number: **256838 CA**<br>abillyard@bwlawcenter.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **2nd Chance Investment Group, LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 21, 2022**

/s/ Rayshon A. Foster
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **December 21, 2022**

/s/ Amanda G. Billyard
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701


Amanda G. Billyard
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA 92614


Fay Servicing
8001 Woodland Center Blvd. Suite 10
Tampa, FL 33614


Aaron Zistman
18518 Dancy St.
Rowland Heights, CA 91748


Ally
PO Box 380902
Minneapolis, MN 55438


American Express
PO Box 96001
Los Angeles, CA 90096-8000


ASB Ventures LLC
c/o Schorr Law
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067


David Guzman
14583 McKendree Ave.
Chino, CA 91710

Del Toro Loan Servicing, Inc.
2300 Boswell Road
Suite 215
Chula Vista, CA 91914


Fabian & Kathy Lynn Martinez
13352 Marty Lane
Garden Grove, CA 92843


FCI
8180 E Kaiser Blvd
Anaheim, CA 92808


Felipe Gutierrez Jr.
13056 sycamore Ave. Apt. B
Chino, CA 91710


Franchise Tax Board
PIT Bankruptcy MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Gregory Steven
37915 Marsala Dr
Palmdale, CA 93552


Hiten Ram Bhakta & Sajan Bhakta
c/o Schorr Law
1901 Avennue of the Stars
Suite 615
Los Angeles, CA 90067


Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jessie and Michelle Acosta
13337 Nellie Ave.
Chino, CA 91710


Kiwi Corp
Mina Bhakta
11353 Highdale Street
Norwalk, CA 90650


Lamar Advertising
449 East Park Center Circle South
San Bernardino, CA 92408


Lowes Business Acct/GECRB
PO Box 530970
Atlanta, GA 30353-0970


Margaret Adams
25641 Byron S
San Bernardino, CA 92404


Merah, LLC
7026 Edinboro Street
Chino, CA 91710


Mercedes-Benz Financial Services
PO Box 5260
Carol Stream, IL 60197-5260

Mercedes-Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209


Midare, LLC
14583 McKendree Ave.
Chino, CA 91710


OMAR HOUARI
2425 SAN ANTONIO CRESCENT WEST
Upland, CA 91784


Pramira Holdings  LLC
2552 Walnut Ave
Suite 200
Tustin, CA 92780


Pramira LLC
1422 Edinger Ave. Ste 250
Tustin, CA 92780


Precision Realty LLC
930 San Pablo Ave.
Suite B
San Francisco, CA 94141


Rayshon Foster
4349 South Victoria
Los Angeles, CA 90008


Rosendo Quiroz Estorga
 1004 Peachwood Crt.
Raymond, CA 93653

Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165


Selene Finance
PO Box 422039
Houston, TX 77242-2039


Shawn M. Southern
 1611 151st St
San Leandro, CA 94578


Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935


Staples Credit Plan
Dept. 51 7892022301
Phoenix, AZ 85062


Straten Lending
c/o Shorr Law
1901 Avenue of the Stars Suite 615
Los Angeles, CA 90067


Stream Kim HIcks Wrage Alfaro
3403 Tenth St.
Suite 700
Riverside, CA 92501

Superior Loan Servicing
7525 Topanga Canyon Blvd
Canoga Park, CA 91303


Teresa Miller
827 Meridian Ave.
San Bernardino, CA 92410


Thamar Peterson
43933 30 St E
Lancaster, CA 93535


Zona AZ, LLC
3863 E. Hermosa Vista Drive
Mesa, AZ 85215


Zona CA, LLC
3863 E. Hermosa Drive
Mesa, AZ 85215

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Amanda G. Billyard**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3349 Fax: 714-361-5392**<br>California State Bar Number: **256838 CA**<br>**abillyard@bwlawcenter.com** | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Rayshon Foster**                                              , the undersigned in the above-captioned case, hereby declare
   *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
- [x] I am the managing member officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. [x] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**December 21, 2022**
_____
Date

By:   **/s/ Rayshon Foster, Managing Member of 2nd
        Chance Investments, LLC**
        Signature of Debtor, or attorney for Debtor

Name:   **Rayshon Foster , Managing Member of
          2nd Chance Investments, LLC.**
          Printed name of Debtor, or attorney for
          Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

UNAMIMOUS WRITTEN CONSENT

TO ACTION BY OWNERS AND MEMBERS

We, the undersigned, constituting all members of the Board of Directors of 2ND CHANCE INVESTMENT
GROUP, LLC, a California Limited Liability Company, take the following actions by this unamimous
written consent, which consents may be executed in counterpart:

WHEREAS, the Board of Directors, made up of four individuals, Rayshon Foster have determined
that the company is insolvent and;

that it in the best interest of this Limited Liability Company that it file for chapter 11 bankruptcy
and propose liquidation plan  and wind down the business; and

WHEREAS, there are no other members;

RESOLVED, that the Members hereby elect to wind up and dissolve this Limited Liability
Company and, it is

FURTHER RESOLVED, that the members of this Limited Liability Company are hereby authorized
and directed to file the Certificate of Dissolution as required by Section 6615 of the Corporations Code
of California, and to take such further actions as may be necessary or convenient to wind up and
dissolve this Limited Liability Company.

DATE:    12.21.22

Rayshon Foster