Andy C. Warshaw SBN 263880
Amanda G. Billyard 256838
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

[Proposed] Attorneys for Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP LLC,<br><br>Debtor in Possession. | Case No.: 8:22-bk- 12142-SC<br><br>Chapter 11<br><br>**DECLARATION OF RAY FOSTER SUPPORTING THE DEBTOR AND DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY FINANCIAL RELIEF LAW CENTER, APC AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED UNDER L.B.R. 2014-1(B)] |

I, Ray Foster, do hereby declare and say as follows:

    1.    I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief. As to all matter alleged on information and belief, I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

    2.    I am the principal of the 2nd Chance LLC (the "Debtor") in the above-captioned bankruptcy case. On December 21, 2022 (the "Petition Date"), the Debtor filed the voluntary

petition for relief under Chapter 11 of Title 11 of the United State Bankruptcy Code. I signed the voluntary petition.

3. To the best of my knowledge, Financial Relief Law Center, APC's connection with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States Trustee are stated in the declaration of Amanda G. Billyard.

4. I caused to paid $18,500 to Financial Relief Law Center, APC of which I understand and believe that $0 remains in trust as unearned.

5. I understand and agree that compensation will be paid to Financial Relief Law Center, APC on an hourly basis at the attorney rates in the attached retainer agreement.

6. I request that the Court approve the employment application of Financial Relief Law Center, APC based upon the terms of the retainer agreement that is attached as an exhibit to the **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY FINANCIAL RELIEF LAW CENTER, APC AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of December 2022 at Irvine, California.

*[signature]*

Signed by Ray Foster as the principal of 2nd Chance LLC, the Debtor and Debtor in Possession