# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2nd Chance Investment Group LLC | CASE NO: 8:22-bk-12142-SC<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 12/22/2022, I did cause a copy of the following documents, described below,

1. NOTICE OF APPLICATION AND APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY FINANCIAL RELIEF LAW CENTER, APC AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE

awarshaw@bwlawcenter.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/22/2022

/s/ Andy C. Warshaw
Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St, Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2nd Chance Investment Group LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 12/22/2022, a copy of the following documents, described below,

1. NOTICE OF APPLICATION AND APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY FINANCIAL RELIEF LAW CENTER, APC AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF THE PETITION DATE

awarshaw@bwlawcenter.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/22/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St, Suite C
Irvine, CA  92614

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE (INDICATED ABOVE). PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTIFICATION RECEIVED" HAVE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| HITEN RAM BHAKTA & SAJAN BHAKTA<br>C/O SCHORR LAW<br>1901 AVENNUE OF THE STARS SUITE 615<br>LOS ANGELES, CA 90067 | LAMAR ADVERTISING<br>449 EAST PARK<br>CENTER CIRCLE SOUTH<br>SAN BERNARDINO, CA 92408 | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES, CA 90096-8000 |
| SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST #300<br>EL PASO, TX 79935 | STRATEN LENDING<br>C/O SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES, CA 90067 | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES, CA 90096-8000 |
| MERCEDES-BENZ FINANCIAL SERVICES<br>PO BOX 5209<br>CAROL STREAM, IL 60197-5209 | HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE, KY 40290-1010 | MERCEDES-BENZ FINANCIAL SERVICES<br>PO BOX 5260<br>CAROL STREAM, IL 60197-5260 |
| STAPLES CREDIT PLAN<br>DEPT. 51 7892022301<br>PHOENIX, AZ 85062 | AARON ZISTMAN<br>18518 DANCY ST.<br>ROWLAND HEIGHTS, CA 91748 | ASB VENTURES LLC<br>C/O SCHORR LAW<br>1901 AVENUE OF THE STARS, SUITE 615<br>LOS ANGELES, CA 90067 |
| DAVID GUZMAN<br>14583 MCKENDREE AVE.<br>CHINO, CA 91710 | FELIPE GUTIERREZ JR.<br>13056 SYCAMORE AVE. APT. B<br>CHINO, CA 91710 | JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE.<br>CHINO, CA 91710 |
| KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK, CA 90650 | LOWES BUSINESS ACCT/GECRB<br>PO BOX 530970<br>ATLANTA, GA 30353-0970 | MERAH, LLC<br>7026 EDINBORO STREET<br>CHINO, CA 91710 |
| MIDARE, LLC<br>14583 MCKENDREE AVE.<br>CHINO, CA 91710 | PRAMIRA HOLDINGS LLC<br>2552 WALNUT AVE SUITE 200<br>TUSTIN, CA 92780 | |