United States Bankruptcy Court
Central District of California

In re:  Case No. 22-12142-SC
2nd Chance Investment Group, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: Dec 22, 2022      Form ID: 309F1      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |
| aty | + | Andy C Warshaw, Financial Relief Law Center, APC, 1200 Main Street, Ste #C, Irvine, CA 92614-6749 |
| 41382582 | + | ASB Ventures LLC, c/o Schorr Law, 1901 Avenue of the Stars, Suite 615, Los Angeles, CA 90067-6051 |
| 41382579 | + | Aaron Zistman, 18518 Dancy St., Rowland Heights, CA 91748-4777 |
| 41382583 | + | David Guzman, 14583 McKendree Ave., Chino, CA 91710-6988 |
| 41382584 | + | Del Toro Loan Servicing, Inc., 2300 Boswell Road, Suite 215, Chula Vista, CA 91914-3559 |
| 41382586 | + | FCI, 8180 E Kaiser Blvd, Anaheim, CA 92808-2277 |
| 41382585 | + | Fabian & Kathy Lynn Martinez, 13352 Marty Lane, Garden Grove, CA 92843-2234 |
| 41382587 | + | Felipe Gutierrez Jr., 13056 sycamore Ave. Apt. B, Chino, CA 91710-6725 |
| 41382589 | + | Gregory Steven, 37915 Marsala Dr, Palmdale, CA 93552-3966 |
| 41382590 | + | Hiten Ram Bhakta & Sajan Bhakta, c/o Schorr Law, 1901 Avennue of the Stars, Suite 615, Los Angeles, CA 90067-6051 |
| 41382593 | + | Jessie and Michelle Acosta, 13337 Nellie Ave., Chino, CA 91710-7390 |
| 41382594 | + | Kiwi Corp, Mina Bhakta, 11353 Highdale Street, Norwalk, CA 90650-5737 |
| 41382595 | + | Lamar Advertising, 449 East Park Center Circle South, San Bernardino, CA 92408-2872 |
| 41382599 | ++ | MERCEDES BENZ FINANCIAL SERVICES, 13650 HERITAGE PARKWAY, FORT WORTH TX 76177-5323 address filed with court:, Mercedes-Benz Financial Services, PO Box 5260, Carol Stream, IL 60197-5260 |
| 41382597 | + | Margaret Adams, 25641 Byron S, San Bernardino, CA 92404-6439 |
| 41382598 | + | Merah, LLC, 7026 Edinboro Street, Chino, CA 91710-6961 |
| 41382601 | + | Midare, LLC, 14583 McKendree Ave., Chino, CA 91710-6988 |
| 41382602 | + | OMAR HOUARI, 2425 SAN ANTONIO CRESCENT WEST, Upland, CA 91784-1054 |
| 41382603 | + | Pramira Holdings LLC, 2552 Walnut Ave, Suite 200, Tustin, CA 92780-6983 |
| 41382604 | + | Pramira LLC, 1422 Edinger Ave. Ste 250, Tustin, CA 92780-6299 |
| 41382605 | | Precision Realty LLC, 930 San Pablo Ave., Suite B, San Francisco, CA 94141 |
| 41382606 | + | Rayshon Foster, 4349 South Victoria, Los Angeles, CA 90008-4903 |
| 41382607 | | Rosendo Quiroz Estorga, 1004 Peachwood Crt., Raymond, CA 93653 |
| 41382616 | ++ | SUPERIOR LOAN SERVICING, ATTN ASSET DEFAULT MANAGEMENT, 7525 TOPANGA CANYON BLVD, CANOGA PARK CA 91303-1214 address filed with court:, Superior Loan Servicing, 7525 Topanga Canyon Blvd, Canoga Park, CA 91303 |
| 41382608 | + | Salvador Jimenez, 12822 Clemson Drive, Corona, CA 92880-3369 |
| 41382611 | + | Shawn M. Southern, 1611 151st St, San Leandro, CA 94578-1955 |
| 41382613 | | Staples Credit Plan, Dept. 51 7892022301, Phoenix, AZ 85062 |
| 41382614 | + | Straten Lending, c/o Schorr Law, 1901 Avenue of the Stars Suite 615, Los Angeles, CA 90067-6051 |
| 41382615 | + | Stream Kim HIcks Wrage Alfaro, 3403 Tenth St., Suite 700, Riverside, CA 92501-3641 |
| 41382617 | + | Teresa Miller, 827 Meridian Ave., San Bernardino, CA 92410-1029 |
| 41382618 | + | Thamar Peterson, 43933 30 St E, Lancaster, CA 93535-5872 |
| 41382619 | + | Zona AZ, LLC, 3863 E. Hermosa Vista Drive, Mesa, AZ 85215-1705 |
| 41382620 | + | Zona CA, LLC, 3863 E. Hermosa Drive, Mesa, AZ 85215-1705 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: abillyard@bwlawcenter.com | Dec 23 2022 00:26:00 | Amanda G. Billyard, Financial Relief Law Center, 1200 Main St. Suite C, Irvine, CA 92614 |
| smg | EDI: EDD.COM | Dec 23 2022 05:24:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 309F1 | Total Noticed: 49 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | Dec 23 2022 05:24:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: IRS.COM | Dec 23 2022 05:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Dec 23 2022 00:27:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 41382580 | + | EDI: GMACFS.COM | Dec 23 2022 05:24:00 | Ally, PO Box 380902, Minneapolis, MN 55438-0902 |
| 41382581 | | Email/PDF: bncnotices@becket-lee.com | Dec 23 2022 00:44:41 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 41382578 | | Email/Text: ECF@fayservicing.com | Dec 23 2022 00:26:00 | Fay Servicing, 8001 Woodland Center Blvd. Suite 10, Tampa, FL 33614 |
| 41382588 | | EDI: CALTAX.COM | Dec 23 2022 05:24:00 | Franchise Tax Board, PIT Bankruptcy MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41382591 | | EDI: CITICORP.COM | Dec 23 2022 05:24:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 41382596 | | EDI: RMSC.COM | Dec 23 2022 05:24:00 | Lowes Business Acct/GECRB, PO Box 530970, Atlanta, GA 30353-0970 |
| 41382600 | | EDI: MERCEDES | Dec 23 2022 05:24:00 | Mercedes-Benz Financial Services, PO Box 5209, Carol Stream, IL 60197-5209 |
| 41382609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 23 2022 00:27:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 41382610 | + | Email/Text: bkteam@selenefinance.com | Dec 23 2022 00:27:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 41382612 | + | Email/Text: elpasodlsc@sba.gov | Dec 23 2022 00:27:00 | Small Business Administration, 10737 Gateway West, #300, El Paso, TX 79935-4910 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41382592 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022    Signature:    /s/Gustava Winters

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 309F1 | Total Noticed: 49 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | 2nd Chance Investment Group, LLC<br>Name | EIN | 81–4146980 |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter | 11  12/21/22 |
| Case number: | 8:22-bk-12142-SC | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                               10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 2nd Chance Investment Group, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701 | |
| 4. | **Debtor's attorney**<br>Name and address | Amanda G. Billyard<br>Financial Relief Law Center<br>1200 Main St. Suite C<br>Irvine, CA 92614 | Contact phone 714–442–3349<br><br>Email _____ |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 12/22/22 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors. Creditors may attend, but are not required to do so. | **January 26, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location:<br><br>**TELEPHONIC MEETING,<br>CONFERENCE LINE:1–866–919–0527,<br>PARTICIPANT CODE:2240227** |

5/HC

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** 3/27/23 |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.<br><br>Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |