# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 9 |

On 12/28/2022, I did cause a copy of the following documents, described below,

ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT  ECF Docket Reference No. 9

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/28/2022

/s/ Andy C. Warshaw
Andy C. Warshaw  263880
Attorney for Debtor
Financial Relief Law Center, APC
1200 Main St, Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 9 |

On 12/28/2022, a copy of the following documents, described below,

ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT  ECF Docket Reference No. 9

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/28/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St, Suite C
Irvine, CA  92614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST DOES NOT INCLUDE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED PAPER NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              DEBTOR

 LABEL MATRIX FOR LOCAL NOTICING       2ND CHANCE INVESTMENT GROUP   LLC      ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                  600 W SANTA ANA BLVD                    LLC
CASE 822-BK-12142-SC                   PMB 5045                                4515 N SANTA FE AVE DEPT APS
CENTRAL DISTRICT OF CALIFORNIA         SANTA ANA   CA 92701-4558               OKLAHOMA CITY   OK 73118-7901
WED DEC 28 11-8-36 PST 2022


EXCLUDE                                EXCLUDE
(U)INTERESTED PARTY                    SANTA ANA DIVISION                      ASB VENTURES LLC
                                       411 WEST FOURTH STREET  SUITE 2030     CO SCHORR LAW
                                       SANTA ANA   CA 92701-4500               1901 AVENUE OF THE STARS  SUITE 615
                                                                               LOS ANGELES   CA 90067-6051




AARON ZISTMAN                          ALLY                                    AMERICAN EXPRESS
18518 DANCY ST                         PO BOX 380902                           PO BOX 96001
ROWLAND HEIGHTS   CA 91748-4777        MINNEAPOLIS   MN 55438-0902             LOS ANGELES   CA 90096-8000




DAVID GUZMAN                           DEL TORO LOAN SERVICING   INC          FCI
14583 MCKENDREE AVE                    2300 BOSWELL ROAD                       8180 E KAISER BLVD
CHINO   CA 91710-6988                  SUITE 215                               ANAHEIM   CA 92808-2277
                                       CHULA VISTA   CA 91914-3559




FABIAN  KATHY LYNN MARTINEZ            (P)FAY SERVICING  LLC                  FELIPE GUTIERREZ JR
13352 MARTY LANE                       P O BOX 814609                          13056 SYCAMORE AVE APT B
GARDEN GROVE   CA 92843-2234           DALLAS TX 75381-4609                    CHINO   CA 91710-6725




FRANCHISE TAX BOARD                    GREGORY STEVEN                          HITEN RAM BHAKTA  SAJAN BHAKTA
PIT BANKRUPTCY MS A340                 37915 MARSALA DR                        CO SCHORR LAW
PO BOX 2952                            PALMDALE   CA 93552-3966                1901 AVENNUE OF THE STARS
SACRAMENTO   CA 95812-2952                                                     SUITE 615
                                                                               LOS ANGELES   CA 90067-6051




HOME DEPOT CREDIT SERVICES             INTERNAL REVENUE SERVICE                JESSIE AND MICHELLE ACOSTA
PO BOX 9001010                         CENTRALIZED INSOLVENCY OPERATIONS       13337 NELLIE AVE
LOUISVILLE   KY 40290-1010             PO BOX 7346                             CHINO   CA 91710-7390
                                       PHILADELPHIA   PA 19101-7346




KIWI CORP                              LAMAR ADVERTISING                       LOWES BUSINESS ACCTGECRB
MINA BHAKTA                            449 EAST PARK CENTER CIRCLE SOUTH       PO BOX 530970
11353 HIGHDALE STREET                  SAN BERNARDINO   CA 92408-2872          ATLANTA   GA 30353-0970
NORWALK   CA 90650-5737




MARGARET ADAMS                         MERAH  LLC                             (P)MERCEDES BENZ FINANCIAL SERVICES
25641 BYRON S                          7026 EDINBORO STREET                    13650 HERITAGE PARKWAY
SAN BERNARDINO   CA 92404-6439         CHINO CA 91710-6961                     FORT WORTH TX 76177-5323
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE, OR EMAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NEF" WERE SERVED OR RECEIVED PAPER NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
(D)(P)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

MIDARE LLC
14583 MCKENDREE AVE
CHINO CA 91710-6988

OMAR HOUARI
2425 SAN ANTONIO CRESCENT WEST
UPLAND CA 91784-1054

PRAMIRA HOLDINGS LLC
2552 WALNUT AVE
SUITE 200
TUSTIN CA 92780-6983

PRAMIRA LLC
1422 EDINGER AVE STE 250
TUSTIN CA 92780-6299

PRECISION REALTY LLC
930 SAN PABLO AVE
SUITE B
SAN FRANCISCO CA 94141

RAYSHON FOSTER
4349 SOUTH VICTORIA
LOS ANGELES CA 90008-4903

ROSENDO QUIROZ ESTORGA
1004 PEACHWOOD CRT
RAYMOND CA 93653

SALVADOR JIMENEZ
12822 CLEMSON DRIVE
CORONA CA 92880-3369

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SELENE FINANCE
PO BOX 422039
HOUSTON TX 77242-4239

SHAWN M SOUTHERN
1611 151ST ST
SAN LEANDRO CA 94578-1955

SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST
300
EL PASO TX 79935-4910

STAPLES CREDIT PLAN
DEPT 51 7892022301
PHOENIX AZ 85062

STRATEN LENDING
CO SHORR LAW
1901 AVENUE OF THE STARS SUITE 615
LOS ANGELES CA 90067-6051

STREAM KIM HICKS WRAGE ALFARO
3403 TENTH ST
SUITE 700
RIVERSIDE CA 92501-3641

(P)SUPERIOR LOAN SERVICING
ATTN ASSET DEFAULT MANAGEMENT
7525 TOPANGA CANYON BLVD
CANOGA PARK CA 91303-1214

TERESA MILLER
827 MERIDIAN AVE
SAN BERNARDINO CA 92410-1029

THAMAR PETERSON
43933 30 ST E
LANCASTER CA 93535-5872

EXCLUDE
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST SUITE 7160
SANTA ANA CA 92701-4500

ZONA AZ LLC
3863 E HERMOSA VISTA DRIVE
MESA AZ 85215-1705

ZONA CA LLC
3863 E HERMOSA DRIVE
MESA AZ 85215-1705

AMANDA G BILLYARD
FINANCIAL RELIEF LAW CENTER
1200 MAIN ST SUITE C
IRVINE CA 92614-6749

ANDY C WARSHAW
FINANCIAL RELIEF LAW CENTER APC
1200 MAIN STREET
STE C
IRVINE CA 92614-6749

ADDRESSES WHERE COPIES OF THIS ORDER WERE SERVED VIA "NOTICE OF ELECTRONIC FILING" ("NEF") SYSTEM:

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com

**FILED & ENTERED**

**DEC 27 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

In re

2ND CHANCE INVESTMENT GROUP, LLC,

Debtor(s).

Case No. 8:22-bk-12142-SC

Chapter 11

**ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT**

Date:    February 8, 2023
Time:    1:30 p.m.
Location: Courtroom 5C - Virtual
411 West Fourth Street
Santa Ana, CA 92701

**TO: DEBTOR AND ITS COUNSEL OF RECORD:**

In order to expedite the disposition of this bankruptcy case and to provide information to creditors and other parties in interest, the court makes the following ORDER:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 105(d) a status conference in this case will be held on **February 8, 2023** at **1:30 p.m.** in Courtroom 5C – Virtual (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701, on the 5th Floor of 411 West Fourth Street, Santa Ana, CA 92701.

1

---

**IT IS FURTHER ORDERED** that Debtor shall serve this order within 48 hours of receipt on the 20 largest unsecured creditors (or the committee of creditors, if any), all secured creditors, and the U.S. Trustee. Debtor shall file and serve a Status Report with the court and serve the U.S. Trustee and all official committees 14 days before every status conference hearing in this case. The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents. Additionally, Debtor shall file a line item budget with the first status report which shall cover the first 60 days of the bankruptcy. This budget shall include all income and expenses of the Debtor.

**FAILURE OF THE DEBTOR TO APPEAR (THROUGH COUNSEL, IF THE DEBTOR IS REPRESENTED), TO FILE A STATUS REPORT, OR TO SERVE THIS NOTICE AS REQUIRED MAY RESULT IN THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, DISMISSAL OF THE CASE, OR CONVERSION TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.**

The status report shall include the following information or an explanation of why such information has not been included:

(1) Describe events that led up to and caused the filing of the Chapter 11 case.

(2) Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

(3) Describe the status of the Debtor's pre-petition and post-petition litigation.

(4) State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§ 544-550. If so, describe them briefly and state whether complaints have been filed. If complaints have not been filed, explain why not and estimate when they will be filed.

2

1     (5)  Disclose whether counsel has been retained in this case.  If so, whether the
2 court has approved the employment.  If the Debtor has not sought or obtained approval
3 of counsel, explain why not.

4     (6)  Disclose whether other professionals have been retained in this case.  If so,
5 whether the court has approved the employment.  If the Debtor has not sought or
6 obtained approval of professional employment, explain why not.

7     (7)  Disclose whether the Debtor is in compliance with all of its duties under 11
8 U.S.C. §§ 521, 1106, and 1107 and all applicable guidelines of the Office of the United
9 States Trustee.  If not, please explain.

10     (8) Whether case is a small business case under 11 U.S.C. § 101(51D).

11     (9) Whether case is a single asset real estate case under 11 U.S.C. § 101(51B).

12     (10)  A proposed deadline for filing and serving a disclosure statement and plan
13 of reorganization.  If a disclosure statement cannot be filed within the first 120 days of
14 this case, explain the reasons for delay.

15     (11)  A proposed deadline for filing proofs of claims.

16     (12)  A proposed deadline for filing of objections to claims.

17     (13)  A proposed deadline for filing any avoidance actions.

18 **CREDITOR ATTENDANCE IS WELCOME, BUT NOT REQUIRED.**

19     ###

21 Date: December 27, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3