| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andy C. Warshaw**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3319 Fax: 714-361-5380**<br>**263880 CA**<br>**awarshaw@bwlawcenter.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: [proposed] debtor in possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**2nd Chance Investment Group, LLC**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **8:22-bk-12142-SC**<br>CHAPTER: **11**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER SETTING BAR DATE TO FILE PROOFS OF CLAIM**<br>**[FRBP 3003(c)(3)]**<br><br>This motion is being made under <u>ONLY ONE</u> of the following notice procedures:<br>☑ **No hearing: LBR 9013-1(q); or**<br><br>☐ **Hearing set on regular notice: LBR 9013-1(d)**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. **PLEASE TAKE NOTICE THAT** the Debtor moves this court for an order setting a bar date to file proofs of claim.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the committee, if any, the Debtor, the Debtor's attorney, the United States trustee and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                      Page 1                                      **F2081-2.6.MOTION.BARDATE**

a. ☑ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(q):** This Motion is filed by Debtor pursuant to LBR 9013-1(q), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made.

b. ☐ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Other** (*specify*):

Date:  **January 3, 2023**                                       By:  /s/ Andy C. Warshaw
                                                                                      Signature of Debtor, or attorney for Debtor

                                                                              Name: Andy C. Warshaw
                                                                                      Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                 Page 2                                                **F2081-2.6.MOTION.BARDATE**

**MOTION FOR ORDER SETTING BAR DATE TO FILE PROOFS OF CLAIM**

In order for the Debtor to prepare a plan of reorganization, the Debtor must ascertain which creditors intend to assert claims against the estate, and the validity of those claims.

The Debtor requests the court to order, pursuant to FRBP 3003(c)(3):

1. The deadline (Bar Date) for creditors of the Debtor to file proofs of claim is **March 31, 2023**.

2. On or before **February 3, 2023**, the Debtor must serve written notice of the Bar Date, including the language required by LBR 3001-1, to all creditors and the United States trustee.

Date: **January 3, 2023**

By: **/s/ Andy C. Warshaw**
Signature of attorney for Debtor, if any

Name: **Andy C. Warshaw**
Printed name of attorney for Debtor, if any

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                    Page 3                                    F2081-2.6.MOTION.BARDATE

# Exhibit A

A proposed form of notice of Bar Date (using mandatory LBR form F 3003-1.NOTICE.BARDATE) is attached to this motion as an exhibit.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*  Page 4  **F2081-2.6.MOTION.BARDATE**

| Attorney or Party Name, Address, Telephone & FAX Nos,,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andy C. Warshaw**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3319 Fax:714-361-5380**<br>California State Bar Number: **263880 CA**<br>awarshaw@bwlawcenter.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: [proposed] debtor in possession* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s). | CASE NO.: **8:22-bk-12142-SC**<br>CHAPTER __11__<br><br>**NOTICE OF HEARING DATE TO FILE PROOFS OF CLAIM IN AN INDIVIDUAL CHAPTER 11 CASE[LBR 3001-1]** |
|---|---|

The court set a deadline of __**March 31, 2023**__ (Bar Date) for creditors in the above-referenced matter to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIMS MUST BE FILED WITH THE COURT CLERK AT:

☐ 255 East Temple Street, Los Angeles, CA 90012    ☑ 411 West Fourth Street, Santa Ana, CA 92701
☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
☐ 3420 Twelfth Street, Riverside, CA 92501

    You may obtain a Proof of Claim form on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the intake area at any division of the court. Some of the exceptions to the Bar Date to file Proofs of Claim include:
(1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of government units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

    For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a Proof of Claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) the Bar Date, whichever is later
    For claims of "government units, " as that term is defined in 11 U.S.C. § 101(27), Proofs of Claims are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) the Bar Date, whichever is later. 11 U.S.C. § 502(b)(9).

    For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    **F 2081-2.6.NOTICE.BARDATE**

Proof of Claim is (a) 30 days after the entry of judgement avoiding the transfer, or (b) the Bar Date, whichever is later.

If you are listed on the Debtor's Schedules of Assets and Liabilities and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim is deemed filed in the amount set forth in the schedules.  The filing of a Proof of Claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim is scheduled (secured, unsecured, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount of description scheduled for your claim, you must file a Proof of Claim.

**FAILURE OF A CREDITOR TO FILE  TIMELY A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OF HEARING.  11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: **January 3, 2023**

By: /s/ Andy C. Warshaw
Signature of Debtor, or attorney for Debtor

Name: Andy C. Warshaw
Print name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2015         Page 2         **F 2081-2.6.NOTICE.BARDATE**

# Exhibit B
Proposed Order

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                    Page 5                                    **F2081-2.6.MOTION.BARDATE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Andy C. Warshaw**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3319 Fax:  714-361-5380**<br>**263880 CA**<br>**awarshaw@bwlawcenter.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: [proposed] debtor in possession* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -   SANTA ANA   DIVISION**

| In re:<br><br>**2nd Chance Investment Group, LLC**<br><br><br><br><br>Debtor(s). | CASE NO.: **8:22-bk-12142-SC**<br>CHAPTER: **11**<br><br>**ORDER IN AN INDIVIDUAL  CHAPTER 11**<br>**CASE SETTING BAR DATE**<br>**TO FILE PROOFS OF CLAIM**<br><br>☑ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

The court having considered the motion, IT IS ORDER THAT:

1. The Motion is granted pursuant to FRBP 3003(c)(3).

2. The bar date for creditors of the Debtor to file proofs of claim is   **March 31, 2023**   .

3. On or before   **February 3, 2023**   , the Debtor must serve written notice of the bar date, including the language required by LBR 3001-1, on all creditors and the United States trustee. The Debtor may use LBR form F 2018-2.6.NOTICE.BARDATE.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                         Page 1                            **F 2081-2.6.ORDER.BARDATE**

☐ Other (*specify*):

###

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 2    **F 2081-2.6.ORDER.BARDATE**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 1/3/2023, I did cause a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FORORDER SETTING BAR DATE TO FILE PROOFS OF CLAIM[FRBP 3003(c)(3)]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/3/2023

/s/ Andy C. Warshaw
Andy C. Warshaw  263880
Attorney for Debtor
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE: <br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC <br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br><br>Chapter: 11 |

On 1/3/2023, a copy of the following documents, described below,

NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FORORDER SETTING BAR DATE TO FILE PROOFS OF CLAIM[FRBP 3003(c)(3)]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE COULD NOT BE COMPLETED
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED NOTICE ELECTRONICALLY THROUGH THE CM/ECF SYSTEM

CASE INFO                            DEBTOR

 LABEL MATRIX FOR LOCAL NOTICING      2ND CHANCE INVESTMENT GROUP  LLC     ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                 600 W SANTA ANA BLVD                 LLC
CASE 822-BK-12142-SC                  PMB 5045                             4515 N SANTA FE AVE DEPT APS
CENTRAL DISTRICT OF CALIFORNIA        SANTA ANA  CA 92701-4558             OKLAHOMA CITY  OK 73118-7901
TUE JAN 3 8-3-45 PST 2023


EXCLUDE                              EXCLUDE
(U)INTERESTED PARTY                  SANTA ANA DIVISION                   ASB VENTURES LLC
                                     411 WEST FOURTH STREET  SUITE 2030   CO SCHORR LAW
                                     SANTA ANA  CA 92701-4500             1901 AVENUE OF THE STARS  SUITE 615
                                                                          LOS ANGELES  CA 90067-6051


                                                                          EXCLUDE
AARON ZISTMAN                        ALLY                                 (D)ALLY BANK CO AIS PORTFOLIO SERVICES
18518 DANCY ST                       PO BOX 380902                        LLC
ROWLAND HEIGHTS  CA 91748-4777       MINNEAPOLIS  MN 55438-0902           4515 N SANTA FE AVE DEPT APS
                                                                          OKLAHOMA CITY  OK 73118-7901


AMERICAN EXPRESS                     AMERICAN EXPRESS NATIONAL BANK       DAVID GUZMAN
PO BOX 96001                         CO BECKET AND LEE LLP                14583 MCKENDREE AVE
LOS ANGELES  CA 90096-8000           PO BOX 3001                          CHINO  CA 91710-6988
                                     MALVERN  PA 19355-0701


DEL TORO LOAN SERVICING  INC         FCI                                  FABIAN  KATHY LYNN MARTINEZ
2300 BOSWELL ROAD                    8180 E KAISER BLVD                   13352 MARTY LANE
SUITE 215                            ANAHEIM  CA 92808-2277               GARDEN GROVE  CA 92843-2234
CHULA VISTA  CA 91914-3559


(P)FAY SERVICING  LLC                FELIPE GUTIERREZ JR                  FRANCHISE TAX BOARD
P O BOX 814609                       13056 SYCAMORE AVE APT B             PIT BANKRUPTCY MS A340
DALLAS TX 75381-4609                 CHINO  CA 91710-6725                 PO BOX 2952
                                                                          SACRAMENTO  CA 95812-2952


GREGORY STEVEN                       HITEN RAM BHAKTA  SAJAN BHAKTA       HOME DEPOT CREDIT SERVICES
37915 MARSALA DR                     CO SCHORR LAW                        PO BOX 9001010
PALMDALE  CA 93552-3966              1901 AVENNUE OF THE STARS            LOUISVILLE  KY 40290-1010
                                     SUITE 615
                                     LOS ANGELES  CA 90067-6051


INTERNAL REVENUE SERVICE             JESSIE AND MICHELLE ACOSTA           KIWI CORP
CENTRALIZED INSOLVENCY OPERATIONS    13337 NELLIE AVE                     MINA BHAKTA
PO BOX 7346                          CHINO  CA 91710-7390                 11353 HIGHDALE STREET
PHILADELPHIA  PA 19101-7346                                               NORWALK  CA 90650-5737


LAMAR ADVERTISING                    LOWES BUSINESS ACCTGECRB             MARGARET ADAMS
449 EAST PARK CENTER CIRCLE SOUTH    PO BOX 530970                        25641 BYRON S
SAN BERNARDINO  CA 92408-2872        ATLANTA  GA 30353-0970               SAN BERNARDINO  CA 92404-6439
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE (indicated
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED NOTICE ELECTRONICALLY THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MERAH LLC<br>7026 EDINBORO STREET<br>CHINO CA 91710-6961 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 | EXCLUDE<br>(D)(P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| MIDARE LLC<br>14583 MCKENDREE AVE<br>CHINO CA 91710-6988 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND CA 91784-1054 | PRAMIRA HOLDINGS LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN CA 92780-6983 |
| PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN CA 92780-6299 | PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO CA 94141 | RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES CA 90008-4903 |
| ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND CA 93653 | SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA CA 92880-3369 | SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |
| SELENE FINANCE<br>PO BOX 422039<br>HOUSTON TX 77242-4239 | SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO CA 94578-1955 | SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO TX 79935-4910 |
| STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX AZ 85062 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES CA 90067-6051 | STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE CA 92501-3641 |
| (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO CA 92410-1029 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER CA 93535-5872 |
| EXCLUDE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST SUITE 7160<br>SANTA ANA CA 92701-4500 | ZONA AZ LLC<br>3863 E HERMOSA VISTA DRIVE<br>MESA AZ 85215-1705 | ZONA CA LLC<br>3863 E HERMOSA DRIVE<br>MESA AZ 85215-1705 |
| AMANDA G BILLYARD<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST SUITE C<br>IRVINE CA 92614-6749 | ANDY C WARSHAW<br>FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN STREET<br>STE C<br>IRVINE CA 92614-6749 | |

ADDRESSES WHERE NOTIFICATIONS LIST ABOVE WERE SERVED VIA EMAIL/U.S. SERVICE "ENTERED ON THE BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") LIST"

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com