**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | 2nd Chance Investment Group, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 8:22-bk-12142 |

■ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Fay Servicing**<br>Creditor's Name<br>**8001 Woodland Center Blvd. Suite 10**<br>**Tampa, FL 33614**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**5/17/21**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**3025 Glenview Ave. San Bernardino CA 92407**<br><br>**Describe the lien**<br>**1st Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $180,000.00 | $377,000.00 |
| **2.2** **Ally**<br>Creditor's Name<br>**PO Box 380902**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/2020**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**2021 Mercedes Benz Sprinter 2500 with 38,620**<br>**value based on kbb.org**<br><br>**Describe the lien**<br>**Auto Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $41,207.05 | $50,456.00 |

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Del Toro Loan Servicing, Inc.** | **Describe debtor's property that is subject to a lien** | $286,000.00 | $480,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **25641 Byron St. San Bernardino CA 92404** | | |

**2300 Boswell Road Suite 215 Chula Vista, CA 91914**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/4/22**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Del Toro Loan Servicing, Inc.** | **Describe debtor's property that is subject to a lien** | $286,631.00 | $460,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **827 N Meridian Ave. San Bernardino CA 92410** | | |

**2300 Boswell Road Suite 215 Chula Vista, CA 91914**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/17/22**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Del Toro Loan Servicing, Inc.** | **Describe debtor's property that is subject to a lien** | $442,928.00 | $691,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1611 151st St. San Leandro CA 94578** | | |

**2300 Boswell Road Suite 215 Chula Vista, CA 91914**
Creditor's mailing address

**Describe the lien**

---

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

**1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/15/22**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.6 | **FCI** | **Describe debtor's property that is subject to a lien** | $266,000.00 | $295,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **43933 30 St E Lancaster CA 93535** | | |

**8180 E Kaiser Blvd**
**Anaheim, CA 92808**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**8.22.22**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.7 | **FCI** | **Describe debtor's property that is subject to a lien** | $288,000.00 | $426,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1004 Peachwood Crt. Los Banos CA 93635** | | |

**8180 E Kaiser Blvd**
**Anaheim, CA 92808**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/21/22**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

| Debtor | 2nd Chance Investment Group, LLC | Case number (if known) | 8:22-bk-12142 |
|---|---|---|---|
| | Name | | |

---

**2.8** **FCI**
Creditor's Name

8180 E Kaiser Blvd
Anaheim, CA 92808
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/14/22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
730 E 78th St Los Angeles CA 90001

**Describe the lien**
1st Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$510,000.00    $685,000.00

---

**2.9** **FCI**
Creditor's Name

8180 E Kaiser Blvd
Anaheim, CA 92808
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5/18/22
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
1016 Portal Ave. Bakersfield CA 93308

**Describe the lien**
1st Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$127,000.00    $240,000.00

---

**2.10** **FCI**
Creditor's Name

8180 E Kaiser Blvd
Anaheim, CA 92808
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/6/22

**Describe debtor's property that is subject to a lien**
37915 Marsala Dr. Palmdale CA 93552

**Describe the lien**
1st Deed of Trust

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$295,000.00    $410,000.00

---

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1.1**

**Mercedes-Benz Financial Services**
Creditor's Name

**PO Box 5260**
**Carol Stream, IL**
**60197-5260**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2020**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Mercedes 2500 with 33,123 miles value based on kbb.org**

**Describe the lien**
**auto loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$53,822.23    $52,269.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1.2**

**Mercedes-Benz Financial Services**
Creditor's Name

**PO Box 5209**
**Carol Stream, IL**
**60197-5209**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2020**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Mercedes 2500 with 11,063 miles value based on kbb.org**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$92,551.00    $58,536.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1.3**    **Select Portfolio Servicing**    **Describe debtor's property that is subject to a lien**    $431,668.00    $700,000.00

| Debtor | **2nd Chance Investment Group, LLC** | | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**13352 Marty Lane Garden Grove CA 92843**

**PO Box 65250
Salt Lake City, UT 84165**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/6/21 subjec to**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.14 | **Select Portfolio Servicing** | **Describe debtor's property that is subject to a lien** | $512,000.00 | $640,000.00 |
|---|---|---|---|---|

Creditor's Name

**324 W 47th Pl. Los Angeles CA 90037**

**PO Box 65250
Salt Lake City, UT 84165**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/7/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.15 | **Selene Finance** | **Describe debtor's property that is subject to a lien** | $162,000.00 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**37472 Yorkshire Dr. Palmdale CA 93550**

**PO Box 422039
Houston, TX 77242-2039**
Creditor's mailing address

**Describe the lien**
**1st Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/4/2020 subject to**
**Last 4 digits of account number**

---

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Small Business Administration** | **Describe debtor's property that is subject to a lien** | $150,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | abstract | | |

**10737 Gateway West #300**
**El Paso, TX 79935**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6.1.2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Superior Loan Servicing** | **Describe debtor's property that is subject to a lien** | $252,000.00 | $426,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8607 Custer Rd SW  Lakewood WA 98499** | | |

**7525 Topanga Canyon Blvd**
**Canoga Park, CA 91303**
Creditor's mailing address

**Describe the lien**
**Deed of trust**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10.21.21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$4,376,807.28**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | 2nd Chance Investment Group, LLC | Case number (if known) | 8:22-bk-12142 |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **2nd Chance Investment Group, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:22-bk-12142** |

■ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PIT Bankruptcy MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**1.1.22** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred<br>**1.1.22** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Aaron Zistman**<br>**18518 Dancy St.**<br>**Rowland Heights, CA 91748**<br>Date(s) debt was incurred  **3/3/22, 5/10/22, 4/8/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Investor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000**<br>Date(s) debt was incurred  **10/1/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **credit card**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$209,091.02** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000**<br>Date(s) debt was incurred  **10/1/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **credit card**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$53,741.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ASB Ventures LLC**<br>**c/o Schorr Law**<br>**1901 Avenue of the Stars, Suite 615**<br>**Los Angeles, CA 90067**<br>Date(s) debt was incurred  **10.6.21, 5/26/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **investor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**David Guzman**<br>**14583 McKendree Ave.**<br>**Chino, CA 91710**<br>Date(s) debt was incurred  **12./15/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **investor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Felipe Gutierrez Jr.**<br>**13056 sycamore Ave. Apt. B**<br>**Chino, CA 91710**<br>Date(s) debt was incurred  **3.11.21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **investor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Hiten Ram Bhakta & Sajan Bhakta**<br>**c/o Schorr Law**<br>**1901 Avennue of the Stars**<br>**Suite 615**<br>**Los Angeles, CA 90067**<br>Date(s) debt was incurred  **11/1/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **pending lawsuit claim amount**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,000,000.00** |

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>**PO Box 9001010**<br>**Louisville, KY 40290-1010**<br>Date(s) debt was incurred **10/1/22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,155.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Jessie and Michelle Acosta**<br>**13337 Nellie Ave.**<br>**Chino, CA 91710**<br>Date(s) debt was incurred **5.17.22, 2.24.22, 3.11.22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Kiwi Corp**<br>**Mina Bhakta**<br>**11353 Highdale Street**<br>**Norwalk, CA 90650**<br>Date(s) debt was incurred **9/29/21, 7/12/21**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Lamar Advertising**<br>**449 East Park Center Circle South**<br>**San Bernardino, CA 92408**<br>Date(s) debt was incurred **9.21.22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,286,803.17** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Lowes Business Acct/GECRB**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970**<br>Date(s) debt was incurred **10/1/21**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **line of credit**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Merah, LLC**<br>**7026 Edinboro Street**<br>**Chino, CA 91710**<br>Date(s) debt was incurred **12/13/21, 6/28/22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Midare, LLC**<br>**14583 McKendree Ave.**<br>**Chino, CA 91710**<br>Date(s) debt was incurred **7/28/21, 7/13/22, 7/22/22, 6/28/22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | 2nd Chance Investment Group, LLC | Case number (if known) | 8:22-bk-12142 |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Pramira Holdings LLC**<br>**2552 Walnut Ave**<br>**Suite 200**<br>**Tustin, CA 92780**<br>Date(s) debt was incurred  **4/11/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Pramira LLC**<br>**1422 Edinger Ave. Ste 250**<br>**Tustin, CA 92780**<br>Date(s) debt was incurred  **3/26/21, 3/11/21, 4/11/21, 12/10/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Precision Realty LLC**<br>**930 San Pablo Ave.**<br>**Suite B**<br>**San Francisco, CA 94141**<br>Date(s) debt was incurred  **11/4/21, 11/15/21, 8/13/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Salvador Jimenez**<br>**12822 Clemson Drive**<br>**Corona, CA 92880**<br>Date(s) debt was incurred  **7/28/22, 7/22/22, 4/8/22, 9/26/21, 8/22/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Staples Credit Plan**<br>**Dept. 51 7892022301**<br>**Phoenix, AZ 85062**<br>Date(s) debt was incurred  **10/1/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **credit line**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$852.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Straten Lending**<br>**c/o Shorr Law**<br>**1901 Avenue of the Stars Suite 615**<br>**Los Angeles, CA 90067**<br>Date(s) debt was incurred  **4/26/21.10/6/21,7/13/2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$57,500.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Zona AZ, LLC**<br>**3863 E. Hermosa Vista Drive**<br>**Mesa, AZ 85215**<br>Date(s) debt was incurred  **6.18.21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |

Debtor  **2nd Chance Investment Group, LLC**   Case number (if known) **8:22-bk-12142**
         Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zona CA, LLC
3863 E. Hermosa Drive
Mesa, AZ 85215

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10.13.21, 12.8.21, 8.13.21, 7/13.21**

Basis for the claim: **investor**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>Upland, CA 91784 | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Stream Kim Hicks Wrage Alfaro<br>3403 Tenth St.<br>Suite 700<br>Riverside, CA 92501 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,626,142.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,626,142.19 |

*[signature]*