Andy C. Warshaw SBN 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

[Proposed] Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. FOR ORDER (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF** |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CLAIMS, ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE, AND ALL OTHER PARTIES OF INTEREST:**

The Debtor, by and through counsel, and secured creditor Lantzman Investments, Inc. ("Lantzman"), hereby file this **STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. FOR ORDER (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE**

**PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF** ("Stipulation").

### RECITALS

A. The Debtor owns or has an interest in thirteen parcels of real property. Of those thirteen parcels of real property, three of them are subject to assignment of rent liens by Lantzman which are serviced by Del Toro Loan Servicing, Inc.

B. The Stipulation authorizes the Debtor's use of the cash collateral of Lantzman Investments, Inc. on a final basis.

C. Table I below provides a general overview for each property subject to secured claims of Lantzman and general terms for use of Lantzman's cash collateral.

### Table I

| Address | Contractual Rental Income | Post-Petition Contract Amount | Amount Debtor is Authorized to Use for the Bankruptcy Estate |
|---|---|---|---|
| 25641 Byron St. San Bernardino CA 92404 | $850 | $2,615.02 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |
| 827 N Meridian Ave. San Bernardino CA 92410 | $750 | $3,304.33 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |
| 1611 151st St. San Leandro CA 94578 | $500 | $5,167.50 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

A. The Debtor and Lantzman Investments, Inc. enter into this stipulation to establish conditions upon which Lantzman Investments, Inc. consent to the Debtor's use of cash collateral on a final basis in connection with assignment of rent liens relating to properties listed in Table I.

B. Term.  This Stipulation provides for the final use of Cash Collateral as defined herein, and shall be valid from January 6, 2023, forward.

C. Cash Collateral Defined.  The term "Cash Collateral" as used in this Stipulation is defined as all property of the Debtor as set forth in 11 U.S.C. §363(a) generated in whole or part from any property of the Debtor or the estate in which a security interest was granted in the Loan Documents.

D. Cash Collateral Account.  The Debtor represents that within 14-days of receiving rental income for any of the real property listed in Table I that it will establish and maintain a separate debtor-in-possession account for, into which the Debtor shall deposit all Cash Collateral derived from rents and revenues of said property.  The Debtor will only be required to open a debtor in possession account for any parcel of real property in which the tenant pays rent such that the Debtor is not required to open a debtor in possession bank account for any parcel of real property that it is not receiving rental income.

E. Consideration.   The Debtor will utilize cash collateral of Lantzman to protect and preserve property of the bankruptcy estate thereby benefiting Lantzman as a lienholder on each of the parcels of real property listed in Table I.

F. Monthly Budget.  As of the petition date, the Debtor is authorized to use Cash Collateral for expenses incurred in connection with each of the parcels of real property of the

bankruptcy estate that are necessary to preserve the real property. Specifically, the Debtor has authority to use rental income from any paying tenant of real property listed in Table I to preserve any parcel of real property in the bankruptcy estate with payment of real estate taxes, property insurance, or maintenance.

G. Payments to Lantzman. The Debtor should prioritize any generated rental income to first pay property insurance and other related expenses to maintain and preserve the real property prior to payments to Lantzman. Lantzman agrees that no post-petition contractual payment shall be required in the year 2023 absent a sale of the real property.

H. Taxes and Insurance. Lantzman acknowledges that if the Debtor is not making monthly mortgage payments on impounded accounts and that Lantzman will pay any property tax due on each of the parcels of real property listed in Table I until said parcel(s) is sold in the course of the bankruptcy case or through any installment due in 2023, whichever happens earlier.

I. Adequate Protection. Lantzman agrees that it is adequately protected by equity for each of the real property parcels listed in Table I.

IT IS SO STIPULATED:

Dated: January 10, 2023                    Respectfully Submitted,

                                           Financial Relief Law Center, APC

                                           /s/ Andy C. Warshaw
                                           Andy C. Warshaw
                                           [Proposed] Attorneys for Debtor-in-Possession

|    |                           |                                                          |
|----|---------------------------|----------------------------------------------------------|
|    |                           | Lantzman Investments, Inc.                               |
|    | Dated: January 10, 2023   | _____                        |
|    |                           | By: Mark Lantzman, President of Lantzman Investments, Inc.|