Andy C. Warshaw SBN 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

[Proposed] Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF 2, LP FOR ORDER (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF** |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CLAIMS, ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE, AND ALL OTHER PARTIES OF INTEREST:**

The Debtor, by and through counsel, and secured creditor LMF 2, LP. ("LMF"), hereby file this **STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF 2, LP FOR ORDER (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF** ("Stipulation").

**RECITALS**

A. The Debtor owns or has an interest in thirteen parcels of real property. Of those thirteen parcels of real property, five of them are subject to assignment of rent liens by LMF which are serviced by FCI Loan Servicing Inc.

B. The Stipulation authorizes the Debtor's use of the cash collateral of LMF on a final basis.

C. Table I below provides a general overview for each property subject to secured claims of LMF and general terms for use of LMF's cash collateral.

**Table I**

| Address | Contractual Rental Income | Post-petition contractual payment to LMF | Amount Debtor is Authorized to Use for the Bankruptcy Estate |
|---|---|---|---|
| 43933 30 St E Lancaster CA 93535 | $1,000 | $2,277.08 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |
| 1004 Peachwood Crt. Los Banos CA 93635 | $400 | $2,397.78 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |
| 730-732 E 78th St Los Angeles CA 90001 | $3,000 for two units | $4,103.58 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |
| 1016 Portal Ave. Bakersfield CA 93308 | $0 | $1,126.47 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition |

| | | | mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |
|---|---|---|---|
| 37915 Marsala Dr. Palmdale CA 93552 | $750 | $2,494.33 | Any and all rental income is available to the Debtor to pay for property related expenses, including, but not limited to post-petition mortgage payments, real property insurance, and/or maintenance for any parcel of real property listed on Schedule A/B of ECF No. 1 in this bankruptcy case. |

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

A. The Debtor and LMF enter into this stipulation to establish conditions upon which LMF consents to the Debtor's use of cash collateral on a final basis in connection with assignment of rent liens relating to properties listed in Table I.

B. Term. This Stipulation provides for the final use of Cash Collateral as defined herein, and shall be valid from January 6, 2023, forward.

C. Cash Collateral Defined. The term "Cash Collateral" as used in this Stipulation is defined as all property of the Debtor as set forth in 11 U.S.C. §363(a) generated in whole or part from any property of the Debtor or the estate in which a security interest was granted in the Loan Documents.

D. Cash Collateral Account. The Debtor represents that within 14-days of receiving rental income for any of the real property listed in Table I that it will establish and maintain a separate debtor-in-possession account for, into which the Debtor shall deposit all Cash Collateral derived from rents and revenues of said property. The Debtor will only be required to open a debtor in possession account for any parcel of real property in which the tenant pays rent such that the Debtor is not required to open a debtor in possession bank account for any parcel of real property that it is not receiving rental income.

E. <u>Consideration</u>.   The Debtor will utilize cash collateral of LMF to protect and preserve property of the bankruptcy estate thereby benefiting LMF as a lienholder on each of the parcels of real property listed in <u>Table I</u>.

F. <u>Monthly Budget</u>.  As of the petition date, the Debtor is authorized to use Cash Collateral for expenses incurred in connection with each of the parcels of real property of the bankruptcy estate that are necessary to preserve the real property.  Specifically, the Debtor has authority to use rental income from any paying tenant of real property listed in <u>Table I</u> to preserve any parcel of real property in the bankruptcy estate with payment of real estate taxes, property insurance, or maintenance.

G. <u>Payments to LMF</u>.  The Debtor should prioritize any generated rental income to first pay property insurance and other related expenses to maintain and preserve the real property prior to payments to LMF.  LMF agrees that no post-petition contractual payment shall be required in the year 2023 absent a sale of the real property.

H. <u>Taxes and Insurance</u>.  LMF acknowledges that if the Debtor is not making monthly mortgage payments on impounded accounts and that LMF will pay any property tax due on each of the parcels of real property listed in Table I until said parcel(s) is sold in the course of the bankruptcy case or through any installment due in 2023, whichever happens earlier.

I. <u>Adequate Protection</u>. LMF agrees that it is adequately protected by equity for each of the real property parcels listed in <u>Table I</u>.

IT IS SO STIPULATED:

Dated: January 10, 2023

Respectfully Submitted,

Financial Relief Law Center, APC

/s/ Andy C. Warshaw
Andy C. Warshaw
[Proposed] Attorneys for Debtor-in-Possession

LMF 2 LP

Dated: January 10, 2023

Lantzman Management General Partner
Mark Lantzman, Director