UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 1/17/2023, I did cause a copy of the following documents, described below,

1. NOTICE OF HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. AS WELL AS BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF2 LP FOR ORDERS (A) AUTHORIZING FINAL USE OF CASH COLLAT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/17/2023

/s/ /s/ Andy C. Warshaw
/s/ Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 1/17/2023, a copy of the following documents, described below,

1. NOTICE OF HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. AS WELL AS BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF2 LP FOR ORDERS (A) AUTHORIZING FINAL USE OF CASH COLLAT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/17/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST IS DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>TUE JAN 17 7-36-49 PST 2023 | 2ND CHANCE INVESTMENT GROUP LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA CA 92701-4558 | ALLY BANK CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(U)COURTESY NEF~~ | ~~EXCLUDE~~<br>~~(U)INTERESTED PARTY~~ | ~~EXCLUDE~~<br>~~SANTA ANA DIVISION~~<br>~~411 WEST FOURTH STREET SUITE 2030~~<br>~~SANTA ANA CA 92701-4500~~ |
| ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS CA 91748-4777 | ALLY<br>PO BOX 380902<br>MINNEAPOLIS MN 55438-0902 |
| ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096-8000 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| DAVID GUZMAN<br>14583 MCKENDREE AVE<br>CHINO CA 91710-6988 | DEL TORO LOAN SERVICING INC<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA CA 91914-3559 | FCI<br>8180 E KAISER BLVD<br>ANAHEIM CA 92808-2277 |
| FABIAN KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE CA 92843-2234 | (P)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FELIPE GUTIERREZ JR<br>13056 SYCAMORE AVE APT B<br>CHINO CA 91710-6725 |
| FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE CA 93552-3966 | HITEN RAM BHAKTA SAJAN BHAKTA<br>CO SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES CA 90067-6051 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | ~~EXCLUDE~~<br>~~(D)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA PA 19101-7346~~ |
| JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE<br>CHINO CA 91710-7390 | JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO CA 91710-7390 | KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK CA 90650-5737 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR EMAIL/ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


LAMAR ADVERTISING                       LOWES BUSINESS ACCTGECRB                MARGARET ADAMS
449 EAST PARK CENTER CIRCLE SOUTH       PO BOX 530970                           25641 BYRON S
SAN BERNARDINO   CA 92408-2872          ATLANTA   GA 30353-0970                 SAN BERNARDINO   CA 92404-6439




                                                                                EXCLUDE
MERAH  LLC                              (P)MERCEDES BENZ FINANCIAL SERVICES     (D)(P)MERCEDES BENZ FINANCIAL SERVICES
7026 EDINBORO STREET                    13650 HERITAGE PARKWAY                  13650 HERITAGE PARKWAY
CHINO   CA 91710-6961                   FORT WORTH TX 76177-5323                FORT WORTH TX 76177-5323




MIDARE  LLC                             OMAR HOUARI                             PRAMIRA HOLDINGS  LLC
14583 MCKENDREE AVE                     2425 SAN ANTONIO CRESCENT WEST          2552 WALNUT AVE
CHINO   CA 91710-6988                   UPLAND   CA 91784-1054                  SUITE 200
                                                                                TUSTIN   CA 92780-6983




PRAMIRA LLC                             PRECISION REALTY LLC                    RAYSHON FOSTER
1422 EDINGER AVE STE 250                930 SAN PABLO AVE                       4349 SOUTH VICTORIA
TUSTIN   CA 92780-6299                  SUITE B                                 LOS ANGELES   CA 90008-4903
                                        SAN FRANCISCO   CA 94141




ROSENDO QUIROZ ESTORGA                  SALVADOR JIMENEZ                        SELECT PORTFOLIO SERVICING
1004 PEACHWOOD CRT                      12822 CLEMSON DRIVE                     PO BOX 65250
RAYMOND   CA 93653                      CORONA   CA 92880-3369                  SALT LAKE CITY   UT 84165-0250




SELENE FINANCE                          SHAWN M SOUTHERN                        SMALL BUSINESS ADMINISTRATION
PO BOX 422039                           1611 151ST ST                           10737 GATEWAY WEST
HOUSTON   TX 77242-4239                 SAN LEANDRO   CA 94578-1955             300
                                                                                EL PASO   TX 79935-4910




STAPLES CREDIT PLAN                     STRATEN LENDING                         STREAM KIM HICKS WRAGE ALFARO
DEPT 51 7892022301                      CO SHORR LAW                            3403 TENTH ST
PHOENIX   AZ 85062                      1901 AVENUE OF THE STARS SUITE 615      SUITE 700
                                        LOS ANGELES   CA 90067-6051             RIVERSIDE   CA 92501-3641




(P)SUPERIOR LOAN SERVICING              TERESA MILLER                           THAMAR PETERSON
ATTN ASSET DEFAULT MANAGEMENT           827 MERIDIAN AVE                        43933 30 ST E
7525 TOPANGA CANYON BLVD                SAN BERNARDINO   CA 92410-1029          LANCASTER   CA 93535-5872
CANOGA PARK CA 91303-1214




EXCLUDE
UNITED STATES TRUSTEE (SA)              ZONA AZ  LLC                            ZONA CA  LLC
411 W FOURTH ST  SUITE 7160             3863 E HERMOSA VISTA DRIVE              3863 E HERMOSA DRIVE
SANTA ANA   CA 92701-4500               MESA   AZ 85215-1705                    MESA   AZ 85215-1705
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE; DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
AMANDA G BILLYARD                ANDY C WARSHAW
FINANCIAL RELIEF LAW CENTER      FINANCIAL RELIEF LAW CENTER  APC
1200 MAIN ST SUITE C             1200 MAIN STREET
IRVINE  CA 92614-6749            STE C
                                 IRVINE  CA 92614-6749
```

ADDRESSES WHOSE ADDRESSES WERE SERVED VIA "CHAPTER 7 SERVICE" THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF SYSTEM")

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Interested Party)
represented by:
Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com