Andy C. Warshaw SBN 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

[Proposed] Attorneys for Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER APPROVING STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. AS WELL AS BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF2 LP FOR ORDERS (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF**<br><br>**Remote Hearing**<br>**Date: February 8, 2023**<br>**Time: 1:30 pm**<br>**Courtroom: 5C / via ZoomGov**<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

- 1 -

**PLEASE TAKE NOTICE** that 2nd Chance Investment Group, LLC ("Debtor"), the debtor and debtor in possession in the above captioned chapter 11 case ("Case"), has filed the *Motion for Use of Cash Collateral Pursuant to 11 U.S.C. §§ 363(c)(2) and 363(b)(1) and Federal Rule of Bankruptcy Procedure 4001(d); Memorandum of Points and Authorities; Declaration of Ray David Goodrich in Support* ("Motion").  The Hearing on the Motion is set for February 8, 2023, at 1:30 pm in the United States Bankruptcy Court, Santa Ana Division, located at 411 W. Fourth Street, Santa Ana, CA in Courtroom 5C.  ZoomGov accessibility information will be provided by the Court in its tentative ruling prior to the hearing.

**PLEASE TAKE FURTHER NOTICE** that through the Motion, the Debtor seeks an order approving the cash collateral stipulations ("Stipulations") entered into between the Debtor and LMF2 LP ("LMF2") as well as between the Debtor and Lantzman Investments, Inc ("Lantzman"). The Stipulations allow the Debtor to use cash collateral from January 6, 2023 forward on a final basis, in order to use rental income to protect property of the bankruptcy estate and pay for insurance, maintenance, and general preservation of the real property.  Lantzman and LMF2 are adequately protected with respect to the use of cash collateral by equity in the subject properties.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Motion is on file with the Bankruptcy Court and can be obtained by contacting Andy C. Warshaw, proposed counsel for the debtor in possession, by email at awarshaw@bwlawcenter.com or by phone at (714) 442-3319.

**Your Rights May be Affected.**  Read these papers carefully and discuss them with your legal counsel if you have one.  If you do not have an attorney, you may wish to consult with one.

**Deadline for Opposition Papers.** The Motion is being heard on regular notice pursuant to LBR 9013-1.  If you wish to oppose the Motion, you must file a written response with the Court

and serve it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the hearing date shown on page 1 of this Notice.  If you fail to file a written response to the Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the relief requested.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted remotely using ZoomGov.  Video and audio connection information for the hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at https://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC

Dated: January 16, 2023

Respectfully Submitted,

Financial Relief Law Center, APC

/s/ Andy C. Warshaw
Andy C. Warshaw
[Proposed] Attorneys for Debtor-in-Possession