Andy C. Warshaw SBN 263880
Amanda G. Billyard SBN 256838
Richard Sturdevant SBN 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

[Proposed] Attorneys for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP LLC,<br><br>Debtor in Possession. | Case No.: 8:22-bk- 12142-SC<br><br>Chapter 11<br><br>**NOTICE TO ADDITIONAL CREDITORS OF MEETING OF CREDITORS** |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE ADDITIONAL CREDITORS , ANY PARTY WHO FILED AND SERVED A REQUEST FOR SPECIAL NOTICE, AND ALL OTHER PARTIES OF INTEREST:**

**PLEASE TAKE NOTICE** that the Meeting of Creditors will take place on January 26, 2023 at 10:00 a.m. The Location is: Telephonic meeting, Conference Line: 1-866-919-0527. Participant Code: 2240227.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a proof of claim will be sent at a later time.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing a complaint seeking an exception to discharge is March 27, 2023.

Please see the attached notice for further information.

Dated: January 18, 2023                    Financial Relief Law Center, APC

                                                        By:    /s/ Richard Sturdevant
                                                              Richard Sturdevant
                                                              [Proposed] Attorneys for Debtor in Possession

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **2nd Chance Investment Group, LLC** <br> Name | EIN | **81–4146980** |
| United States Bankruptcy Court **Central District of California** <br> Case number: **8:22–bk–12142–SC** | | Date case filed for chapter **11** **12/21/22** | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case     10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | 2nd Chance Investment Group, LLC |
| 2. | **All other names used in the last 8 years** | |
| 3. | **Address** | 600 W. Santa Ana Blvd. <br> PMB 5045 <br> Santa Ana, CA 92701 |
| 4. | **Debtor's attorney** <br> Name and address | Amanda G. Billyard <br> Financial Relief Law Center <br> 1200 Main St. Suite C <br> Irvine, CA 92614 | Contact phone 714–442–3349 <br><br> Email _____ |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 411 West Fourth Street, Suite 2030, <br> Santa Ana, CA 92701–4593 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 12/22/22 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors. <br> Creditors may attend, but are not required to do so. | **January 26, 2023 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location: <br><br> **TELEPHONIC MEETING, CONFERENCE LINE:1–866–919–0527, PARTICIPANT CODE:2240227** |

5/HC

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)    Notice of Chapter 11 Bankruptcy Case    page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | - your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** 3/27/23 |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.<br><br>Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701. |

| In re: | | CHAPTER: **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER: 8:22-bk-12142-SC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*): **Notice To Additional Creditors of Meeting of Creditors**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **1/18/23**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Amanda G. Billyard  abillyard@bwlawcenter.com; Richard L Sturdevant  rich@bwlawcenter.com; Andy C Warshaw  awarshaw@bwlawcenter.com; Arvind Nath Rawal  arawal@aisinfo.com; Lazaro E Fernandez  lef17@pacbell.net; David M. Goodrich  dgoodrich@go2.law; Queenie K Ng  queenie.k.ng@usdoj.gov; United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **1/18/23**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Proof of Service from certificateofservice.com**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 18, 2023** | **Richard Sturdevant** | **/s/ Richard Sturdevant** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2nd Chance Investment Group LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 1/18/2023, I did cause a copy of the following documents, described below,

Notice to Additional Creditors of Meeting of Creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/18/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2nd Chance Investment Group LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 1/18/2023, a copy of the following documents, described below,

Notice to Additional Creditors of Meeting of Creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/18/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR NSF, AND/OR
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" TIS SHOWN TO HAVE RECEIVED PRIOR NEF NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
COMCAST/EFFECTV
PO BOX 415949
BOSTON MA 02241

FIRST CLASS
PANGEA INTERNATIONAL RECEIVABLE
SERVICES
140 2ND AVE W.
SUITE D
KALISPELL MT 59901

FIRST CLASS
MARGARET ADAMS
25641 BYRON ST.
SAN BERNARDINO CA 92404

FIRST CLASS
MICHAEL CHAPMAN SR.
324 W. 47TH PL.
LOS ANGELES CA 90037

FIRST CLASS
MICHAEL CHAPMAN SR.
328 W. 47TH PL.
328 W. 47TH PL.
LOS ANGELES CA 90037

FIRST CLASS
THAMAR A. PETERSON
43933 30TH ST. E.
LANCASTER CA 93535