United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com |
| Lazaro E Fernandez | on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard L. Sturdevant
    on behalf of Debtor 2nd Chance Investment Group  LLC rich@bwlawcenter.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Andy C. Warshaw (263880)<br>Financial Relief Law Center, APC<br>1200 Main St., Suite C<br>Irvine, CA 92614<br>Phone: (714) 442-3319<br>Email: awarshaw@bwlawcenter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 19 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte      DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re: 2nd Chance Investment Group, LLC | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☒ **No Hearing: LBR 9013-1(o)(3)**<br>☐ **Hearing Information:**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. The court has considered The Debtor and Debtor in Possession's Application To Employ Financial Relief Law Center, APC As General Bankruptcy Counsel Effective As Of The Petition Date (the "Motion").

2. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: Financial Relief Law Center, APC (General Counsel) effective on December 21, 2022.

   b. General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                               Page 1                    **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**

    c. ☐ The Motion is denied.

4. ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5. ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6. ☐ Other (*specify*):

###

Date: January 19, 2023

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 2    **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**