| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Andy C. Warshaw**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3319 Fax: 714-361-5380**<br>**263880 CA**<br>**awarshaw@bwlawcenter.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Debtor in Possession* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**2nd Chance Investment Group, LLC**<br><br><br><br><br><br>Debtor(s). | CASE NO.: **8:22-bk-12142-SC**<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☑ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. Bar Date. The court has set a deadline of (date) **April 10, 2023** (Bar Date), for creditors in the above-referenced case to file proof of claims against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:
   ☐ 255 East Temple Street, Los Angeles, CA 90012  ☑ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

    (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. See 11 U.S.C. §§ 365(d)(4) and 502(g).

    (b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on **December 21, 2022**, and therefore calculates that this deadline is **July 24, 2023**. See 11 U.S.C. §§ 101(27) and 502(b)(9).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 3003-1.NOTICE.BARDATE**

    (c) <u>Avoidance.</u> For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. See 11 U.S.C. § 502(h).

    (d) <u>Agreed claims.</u> If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated <u>or</u> unknown, or if you disagree with the amount or description of your claim (e.g., its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims.</u> Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders.</u> If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: **January 24, 2023**

By: **/s/ Andy C. Warshaw**
Signature of Debtor, chapter 11 trustee, or their attorney

Name: **Andy C. Warshaw**
Printed name of Debtor, chapter 11 trustee, or their attorney

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 1/24/2023, I did cause a copy of the following documents, described below,

NOTICE OF BAR DATE FOR FILINGPROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/24/2023

/s/ /s/ Andy C. Warshaw
/s/ Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 1/24/2023, a copy of the following documents, described below,

NOTICE OF BAR DATE FOR FILINGPROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/24/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST PARTIES ADDED
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" HAVE BEEN SERVED THROUGH THE CM/ECF SYSTEM

CASE INFO                          DEBTOR

  LABEL MATRIX FOR LOCAL NOTICING  2ND CHANCE INVESTMENT GROUP  LLC    ALLY BANK  CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD              600 W SANTA ANA BLVD                LLC
CASE 822-BK-12142-SC               PMB 5045                            4515 N SANTA FE AVE DEPT APS
CENTRAL DISTRICT OF CALIFORNIA     SANTA ANA  CA 92701-4558            OKLAHOMA CITY  OK 73118-7901
TUE JAN 24 10-8-1 PST 2023


EXCLUDE                                                                EXCLUDE
(U)COURTESY NEF                    FINANCIAL RELIEF LAW CENTER APC     (U)INTERESTED PARTY
                                   1200 MAIN ST  STE C
                                   IRVINE  CA 92614-6749


EXCLUDE
SANTA ANA DIVISION                 ASB VENTURES LLC                    AARON ZISTMAN
411 WEST FOURTH STREET  SUITE 2030 CO SCHORR LAW                       18518 DANCY ST
SANTA ANA  CA 92701-4500           1901 AVENUE OF THE STARS  SUITE 615 ROWLAND HEIGHTS  CA 91748-4777
                                   LOS ANGELES  CA 90067-6051


                                   EXCLUDE
ALLY                               (D)ALLY BANK CO AIS PORTFOLIO SERVICES  AMERICAN EXPRESS
PO BOX 380902                      LLC                                 PO BOX 96001
MINNEAPOLIS  MN 55438-0902         4515 N SANTA FE AVE DEPT APS        LOS ANGELES  CA 90096-8000
                                   OKLAHOMA CITY  OK 73118-7901


AMERICAN EXPRESS NATIONAL BANK     COMCASTEFFECTV                      DAVID GUZMAN
CO BECKET AND LEE LLP              PO BOX 415949                       14583 MCKENDREE AVE
PO BOX 3001                        BOSTON  MA 02241-5949               CHINO  CA 91710-6988
MALVERN  PA 19355-0701


DEL TORO LOAN SERVICING  INC       FCI                                 FRANCHISE TAX BOARD
2300 BOSWELL ROAD                  8180 E KAISER BLVD                  BANKRUPTCY SECTION MS A340
SUITE 215                          ANAHEIM  CA 92808-2277              PO BOX 2952
CHULA VISTA  CA 91914-3559                                             SACRAMENTO CA 95812-2952


FABIAN  KATHY LYNN MARTINEZ        (P)FAY SERVICING  LLC               FELIPE GUTIERREZ JR
13352 MARTY LANE                   P O BOX 814609                      13056 SYCAMORE AVE APT B
GARDEN GROVE  CA 92843-2234        DALLAS TX 75381-4609                CHINO  CA 91710-6725


FRANCHISE TAX BOARD                GREGORY STEVEN                      HITEN RAM BHAKTA  SAJAN BHAKTA
PIT BANKRUPTCY MS A340             37915 MARSALA DR                    CO SCHORR LAW
PO BOX 2952                        PALMDALE  CA 93552-3966             1901 AVENNUE OF THE STARS
SACRAMENTO  CA 95812-2952                                              SUITE 615
                                                                       LOS ANGELES  CA 90067-6051


                                                                       EXCLUDE
HOME DEPOT CREDIT SERVICES         INTERNAL REVENUE SERVICE            (D)INTERNAL REVENUE SERVICE
PO BOX 9001010                     CENTRALIZED INSOLVENCY OPERATIONS   CENTRALIZED INSOLVENCY OPERATIONS
LOUISVILLE  KY 40290-1010          PO BOX 7346                         PO BOX 7346
                                   PHILADELPHIA  PA 19101-7346         PHILADELPHIA  PA 19101-7346
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST: (CONTINUED)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENTS" HAVE BEEN SERVED WITH NOTICE THROUGH THE CM/ECF SYSTEM

JESSIE AND MICHELLE ACOSTA
13337 NELLIE AVE
CHINO   CA 91710-7390

JESUS ACOSTA AND MICHELLE ACOSTA
13337 NELLIE AVENUE
CHINO   CA 91710-7390

KIWI CORP
MINA BHAKTA
11353 HIGHDALE STREET
NORWALK   CA 90650-5737


LAMAR ADVERTISING
449 EAST PARK CENTER CIRCLE SOUTH
SAN BERNARDINO   CA 92408-2872

LOWES BUSINESS ACCTGECRB
PO BOX 530970
ATLANTA   GA 30353-0970

MARGARET ADAMS
25641 BYRON S
SAN BERNARDINO   CA 92404-6439


MARGARET ADAMS
25641 BYRON ST
SAN BERNARDINO   CA 92404-6439

MERAH   LLC
7026 EDINBORO STREET
CHINO   CA 91710-6961

(P)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323


EXCLUDE
(D)(P)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

MICHAEL CHAPMAN SR
324 W 47TH PLACE
LOS ANGELES   CA 90037-3235

MICHAEL CHAPMAN SR
328 W 47TH PLACE
LOS ANGELES   CA 90037-3235


MIDARE   LLC
14583 MCKENDREE AVE
CHINO   CA 91710-6988

OMAR HOUARI
2425 SAN ANTONIO CRESCENT WEST
UPLAND   CA 91784-1054

PANGEA INTL RECEIVABLE SERVICES
140 2ND AVE W
SUITE D
KALISPELL   MT 59901-4417


PRAMIRA HOLDINGS   LLC
2552 WALNUT AVE
SUITE 200
TUSTIN   CA 92780-6983

PRAMIRA LLC
1422 EDINGER AVE STE 250
TUSTIN   CA 92780-6299

PRECISION REALTY LLC
930 SAN PABLO AVE
SUITE B
SAN FRANCISCO   CA 94141


RAYSHON FOSTER
4349 SOUTH VICTORIA
LOS ANGELES   CA 90008-4903

ROSENDO QUIROZ ESTORGA
1004 PEACHWOOD CRT
RAYMOND   CA 93653

SALVADOR JIMENEZ
12822 CLEMSON DRIVE
CORONA   CA 92880-3369


SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY   UT 84165-0250

SELENE FINANCE
PO BOX 422039
HOUSTON   TX 77242-4239

SHAWN M SOUTHERN
1611 151ST ST
SAN LEANDRO   CA 94578-1955


SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST
300
EL PASO   TX 79935-4910

STAPLES CREDIT PLAN
DEPT 51 7892022301
PHOENIX   AZ 85062

STRATEN LENDING
CO SHORR LAW
1901 AVENUE OF THE STARS SUITE 615
LOS ANGELES   CA 90067-6051

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE PER F.R.B.P. 2002(G)(4).
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" HAVE RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

```
STREAM KIM HICKS WRAGE ALFARO           (P)SUPERIOR LOAN SERVICING              TERESA MILLER
3403 TENTH ST                           ATTN ASSET DEFAULT MANAGEMENT           827 MERIDIAN AVE
SUITE 700                               7525 TOPANGA CANYON BLVD                SAN BERNARDINO  CA 92410-1029
RIVERSIDE  CA 92501-3641                CANOGA PARK CA 91303-1214


                                                                                EXCLUDE
THAMAR A PETERSON                       THAMAR PETERSON                         UNITED STATES TRUSTEE (SA)
43933 30TH ST E                         43933 30 ST E                           411 W FOURTH ST  SUITE 7160
LANCASTER  CA 93535-5872                LANCASTER  CA 93535-5872                SANTA ANA  CA 92701-4500




ZONA AZ  LLC                            ZONA CA  LLC                            AMANDA G BILLYARD
3863 E HERMOSA VISTA DRIVE              3863 E HERMOSA DRIVE                    FINANCIAL RELIEF LAW CENTER
MESA  AZ 85215-1705                     MESA  AZ 85215-1705                     1200 MAIN ST SUITE C
                                                                                IRVINE  CA 92614-6749




ANDY C WARSHAW                          RICHARD L STURDEVANT
FINANCIAL RELIEF LAW CENTER  APC        FINANCIAL RELIEF LAW CENTER
1200 MAIN STREET                        1200 MAIN ST STE C
STE C                                   IRVINE  CA 92614-6749
IRVINE  CA 92614-6749
```

ADDRESSES WHERE TRANSMISSIONS WERE SUCCESSFUL, PURSUANT TO CONTROLLING GENERAL ORDERS AND LBR, THE FOREGOING DOCUMENT WILL BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") AND HYPERLINK TO THE DOCUMENT. ON (date) I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

(Interested Party)
represented by:
Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com