Amanda G. Billyard SBN No. 256838
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3349
Facsimile: (714) 361-5392
Email: abillyard@bwlawcenter.com

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENTS GROUP, LLC<br><br>Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**<br><br>Hearing:<br>Date: February 8, 2023<br>Time: 1:30 pm<br>Location: Courtroom 5C – Virtual<br>411 West Fourth St.<br>Santa Ana, CA 92701 |

I, Rayshon Foster, do hereby declare and say as follows:

1. I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief. As to all matter alleged on information and belief, I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

2. I am the debtor and debtor in possession in the above-captioned bankruptcy case. On November 9th, 2022 (the "Petition Date"), I caused to be filed the voluntary petition for

1

relief under Chapter 11 of Title 11 of the United State Bankruptcy Code. I signed the voluntary petition.

3. I reviewed this Court's ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE entered on December 27, 2022 as docket number 9. Attached as Exhibit 1 to this declaration is a true and correct copy of ECF No. 9.

4. A true and correct copy of Schedule A/B of my bankruptcy schedules are attached as Exhibit 2.

5. My bankruptcy counsel prepared **STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE** (the "Report") that I reviewed and believe to be accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2023 at Santa Ana, California

Rayshon Foster
Managing member of Debtor in Possession

2

Attached as <u>Exhibit 1</u> to this declaration is a true and correct copy of ECF No. 9

Case 8:22-bk-12142-SC    Doc 29    Filed 12/27/22    Entered 12/27/22 09:15:00    Desc
Main Document    Page 1 of 3

**FILED & ENTERED**

**DEC 27 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor(s). | Case No.  8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER (1) SETTING SCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE AND (2) REQUIRING STATUS REPORT**<br><br>Date:    February 8, 2023<br>Time:    1:30 p.m.<br>Location: Courtroom 5C - Virtual<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO:  DEBTOR AND ITS COUNSEL OF RECORD:**

    In order to expedite the disposition of this bankruptcy case and to provide information to creditors and other parties in interest, the court makes the following ORDER:

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 105(d) a status conference in this case will be held on **February 8, 2023** at **1:30 p.m.** in Courtroom 5C – Virtual (Accessibility information will be posted into the Court's tentative ruling prior to the hearing), located at 411 West Fourth Street, Santa Ana, CA 92701, on the 5th Floor of 411 West Fourth Street, Santa Ana, CA 92701.

**IT IS FURTHER ORDERED** that Debtor shall serve this order within 48 hours of receipt on the 20 largest unsecured creditors (or the committee of creditors, if any), all secured creditors, and the U.S. Trustee. Debtor shall file and serve a Status Report with the court and serve the U.S. Trustee and all official committees 14 days before every status conference hearing in this case. The Status Report and all proposed disclosure statements shall be supported by evidence in the form of declarations and supporting documents. Additionally, Debtor shall file a line item budget with the first status report which shall cover the first 60 days of the bankruptcy. This budget shall include all income and expenses of the Debtor.

**FAILURE OF THE DEBTOR TO APPEAR (THROUGH COUNSEL, IF THE DEBTOR IS REPRESENTED), TO FILE A STATUS REPORT, OR TO SERVE THIS NOTICE AS REQUIRED MAY RESULT IN THE APPOINTMENT OF A CHAPTER 11 TRUSTEE, DISMISSAL OF THE CASE, OR CONVERSION TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.**

**The status report shall include the following information or an explanation of why such information has not been included:**

(1) Describe events that led up to and caused the filing of the Chapter 11 case.

(2) Describe the status of the Debtor's post-petition operations and its major assets and liabilities.

(3) Describe the status of the Debtor's pre-petition and post-petition litigation.

(4) State whether the estate has any potential avoidance actions as described in 11 U.S.C. §§ 544-550. If so, describe them briefly and state whether complaints have been filed. If complaints have not been filed, explain why not and estimate when they will be filed.

(5) Disclose whether counsel has been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of counsel, explain why not.

(6) Disclose whether other professionals have been retained in this case. If so, whether the court has approved the employment. If the Debtor has not sought or obtained approval of professional employment, explain why not.

(7) Disclose whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107 and all applicable guidelines of the Office of the United States Trustee. If not, please explain.

(8) Whether case is a small business case under 11 U.S.C. § 101(51D).

(9) Whether case is a single asset real estate case under 11 U.S.C. § 101(51B).

(10) A proposed deadline for filing and serving a disclosure statement and plan of reorganization. If a disclosure statement cannot be filed within the first 120 days of this case, explain the reasons for delay.

(11) A proposed deadline for filing proofs of claims.

(12) A proposed deadline for filing of objections to claims.

(13) A proposed deadline for filing any avoidance actions.

**CREDITOR ATTENDANCE IS WELCOME, BUT NOT REQUIRED.**

###

Date: December 27, 2022

Scott C. Clarkson
United States Bankruptcy Judge

A true and correct copy of Schedule A/B of my bankruptcy schedules are attached as **Exhibit 2**.

4

**Fill in this information to identify the case:**

Debtor name: **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 8:22-bk-12142

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor    Current value of debtor's interest

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **East West Bank**    $2,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**    $2,000.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

    ☒ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor    **2nd Chance Investment Group, LLC**    Case number *(If known)*  **8:22-bk-12142**
              Name

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Mercedes Benz Sprinter 2500 with 38,620**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $50,456.00 |
| 47.2. **2021 Mercedes 2500 with 11,063 miles**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $58,536.00 |
| 47.3. **2021 Mercedes 2500 with 33,123 miles**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $52,269.00 |
| 47.4. **2020 Mercedes 2500 with 19,426 miles**<br>**value based on kbb.org** | $0.00 | **Comparable sale** | $40,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor  **2nd Chance Investment Group, LLC**  Case number *(If known)* **8:22-bk-12142**
Name

51. **Total of Part 8.**  $201,261.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 3025 Glenview Ave. San Bernardino CA 92407 | Fee simple | $0.00 | | $377,000.00 |
| 55.2. 13352 Marty Lane Garden Grove CA 92843 | Fee simple | $0.00 | | $700,000.00 |
| 55.3. 37472 Yorkshire Dr. Palmdale CA 37472 Yorkshire Dr. Palmdale CA  93550 | Fee simple | $0.00 | | $400,000.00 |
| 55.4. 324 W 47th Pl. Los Angeles CA 90037 | Fee simple | $0.00 | | $640,000.00 |
| 55.5. 25641 Byron St. San Bernardino CA 92404 | Fee simple | $0.00 | | $480,000.00 |
| 55.6. 43933 30 St E Lancaster CA 93535 | Fee simple | $0.00 | | $295,000.00 |
| 55.7. 1004 Peachwood Crt. Los Banos CA 93635 | Fee simple | $0.00 | | $426,000.00 |

Debtor   **2nd Chance Investment Group, LLC**                              Case number (If known) **8:22-bk-12142**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.8. | **8607 Custer Rd SW Lakewood WA 98499** | Fee simple | $0.00 | | $426,000.00 |
| 55.9. | **827 N Meridian Ave. San Bernardino CA 92410** | Fee simple | $0.00 | | $460,000.00 |
| 55.10. | **730 E 78th St Los Angeles CA 90001** | Fee simple | $0.00 | | $685,000.00 |
| 55.11. | **1611 151st St. San Leandro CA 94578** | Fee simple | $0.00 | | $691,000.00 |
| 55.12. | **1016 Portal Ave. Bakersfield CA 93308** | Fee simple | $0.00 | | $240,000.00 |
| 55.13. | **37915 Marsala Dr. Palmdale CA 93552** | Fee simple | $0.00 | | $410,000.00 |

56. **Total of Part 9.**                                                                                        $6,230,000.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.homebuyersca.com | $0.00 | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                         page 4

| Debtor | **2nd Chance Investment Group, LLC** | Case number *(If known)* | **8:22-bk-12142** |
|---|---|---|---|
| | Name | | |

65. **Goodwill**

66. **Total of Part 10.**   $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **2nd Chance Investment Group, LLC** | Case number *(If known)* **8:22-bk-12142** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $201,261.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................> | | $6,230,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $203,261.00  + 91b. | $6,230,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,433,261.00 |