# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENTS GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11<br>ECF Docket Reference No. 32<br>Judge: Honorable Scott Clarkson<br>Hearing Location: Courtroom 5C – Virtual  411 West Fourth St. Santa Ana, CA 92701<br>Hearing Date: February 8, 2023<br>Hearing Time: 1:30 pm |

On 1/25/2023, I did cause a copy of the following documents, described below,

STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE and DEBTOR'S DECLARATION ECF Docket Reference No. 32

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/25/2023

/s/ Amanda Billyard
Amanda Billyard  256838
Attorney for Debtor
Financial Relief Law Center
1200 Main St Suite C
Irvine, CA  92614
631 312 2458
abillyard@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENTS GROUP, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 32<br>Judge: Honorable Scott Clarkson<br>Hearing Location: Courtroom 5C – Virtual  411 West Fourth St. Santa Ana, CA 92701<br>Hearing Date: February 8, 2023<br>Hearing Time: 1:30 pm |

On 1/25/2023, a copy of the following documents, described below,

STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE and DEBTOR'S DECLARATION ECF Docket Reference No. 32

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Amanda Billyard
Financial Relief Law Center
1200 Main St Suite C
Irvine, CA  92614

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST USES PREFERRED ADDRESSES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NEF" HAVE RECEIVED THIS DOCUMENT BY NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>WED JAN 25 7-17-27 PST 2023 | 2ND CHANCE INVESTMENT GROUP LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA CA 92701-4558 | ALLY BANK CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| EXCLUDE<br>(U)COURTESY NEF | FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST STE C<br>IRVINE CA 92614-6749 | EXCLUDE<br>(U)INTERESTED PARTY |
| EXCLUDE<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET SUITE 2030<br>SANTA ANA CA 92701-4500 | ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS CA 91748-4777 |
| ALLY<br>PO BOX 380902<br>MINNEAPOLIS MN 55438-0902 | EXCLUDE<br>(D)ALLY BANK CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096-8000 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | COMCASTEFFECTV<br>PO BOX 415949<br>BOSTON MA 02241-5949 | DAVID GUZMAN<br>14583 MCKENDREE AVE<br>CHINO CA 91710-6988 |
| DEL TORO LOAN SERVICING INC<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA CA 91914-3559 | FCI<br>8180 E KAISER BLVD<br>ANAHEIM CA 92808-2277 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FABIAN KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE CA 92843-2234 | (P)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FELIPE GUTIERREZ JR<br>13056 SYCAMORE AVE APT B<br>CHINO CA 91710-6725 |
| FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE CA 93552-3966 | HITEN RAM BHAKTA SAJAN BHAKTA<br>CO SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES CA 90067-6051 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | EXCLUDE<br>(D)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR EMAIL ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED PAPER OR NOTICE THROUGH THE CM/ECF SYSTEM

JESSIE AND MICHELLE ACOSTA          JESUS ACOSTA AND MICHELLE ACOSTA    KIWI CORP
13337 NELLIE AVE                    13337 NELLIE AVENUE                 MINA BHAKTA
CHINO   CA 91710-7390               CHINO   CA 91710-7390               11353 HIGHDALE STREET
                                                                        NORWALK   CA 90650-5737




LAMAR ADVERTISING                   LOWES BUSINESS ACCTGECRB            MARGARET ADAMS
449 EAST PARK CENTER CIRCLE SOUTH   PO BOX 530970                       25641 BYRON S
SAN BERNARDINO   CA 92408-2872      ATLANTA   GA 30353-0970             SAN BERNARDINO   CA 92404-6439




MARGARET ADAMS                      MERAH   LLC                         (P)MERCEDES BENZ FINANCIAL SERVICES
25641 BYRON ST                      7026 EDINBORO STREET                13650 HERITAGE PARKWAY
SAN BERNARDINO   CA 92404-6439      CHINO   CA 91710-6961               FORT WORTH TX 76177-5323




EXCLUDE
(D)(P)MERCEDES BENZ FINANCIAL SERVICES  MICHAEL CHAPMAN SR              MICHAEL CHAPMAN SR
13650 HERITAGE PARKWAY              324 W 47TH PLACE                    328 W 47TH PLACE
FORT WORTH TX 76177-5323            LOS ANGELES   CA 90037-3235         LOS ANGELES   CA 90037-3235




MIDARE   LLC                        OMAR HOUARI                         PANGEA INTL RECEIVABLE SERVICES
14583 MCKENDREE AVE                 2425 SAN ANTONIO CRESCENT WEST      140 2ND AVE W
CHINO   CA 91710-6988               UPLAND   CA 91784-1054              SUITE D
                                                                        KALISPELL   MT 59901-4417




PRAMIRA HOLDINGS   LLC              PRAMIRA LLC                         PRECISION REALTY LLC
2552 WALNUT AVE                     1422 EDINGER AVE STE 250            930 SAN PABLO AVE
SUITE 200                           TUSTIN   CA 92780-6299              SUITE B
TUSTIN   CA 92780-6983                                                  SAN FRANCISCO   CA 94141




RAYSHON FOSTER                      ROSENDO QUIROZ ESTORGA              SALVADOR JIMENEZ
4349 SOUTH VICTORIA                 1004 PEACHWOOD CRT                  12822 CLEMSON DRIVE
LOS ANGELES   CA 90008-4903         RAYMOND   CA 93653                  CORONA   CA 92880-3369




SELECT PORTFOLIO SERVICING          SELENE FINANCE                      SHAWN M SOUTHERN
PO BOX 65250                        PO BOX 422039                       1611 151ST ST
SALT LAKE CITY   UT 84165-0250      HOUSTON   TX 77242-4239             SAN LEANDRO   CA 94578-1955




SMALL BUSINESS ADMINISTRATION       STAPLES CREDIT PLAN                 STRATEN LENDING
10737 GATEWAY WEST                  DEPT 51 7892022301                  CO SHORR LAW
300                                 PHOENIX   AZ 85062                  1901 AVENUE OF THE STARS SUITE 615
EL PASO   TX 79935-4910                                                 LOS ANGELES   CA 90067-6051
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR AT THIS ADDRESS.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE ELECTRONICALLY RECEIVED A COPY OF NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE   CA 92501-3641 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO   CA 92410-1029 |
| THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER   CA 93535-5872 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER   CA 93535-5872 | EXCLUDE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST   SUITE 7160<br>SANTA ANA   CA 92701-4500 |
| ZONA AZ   LLC<br>3863 E HERMOSA VISTA DRIVE<br>MESA   AZ 85215-1705 | ZONA CA   LLC<br>3863 E HERMOSA DRIVE<br>MESA   AZ 85215-1705 | EXCLUDE<br>AMANDA G BILLYARD<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST SUITE C<br>IRVINE   CA 92614-6749 |
| EXCLUDE<br>ANDY C WARSHAW<br>FINANCIAL RELIEF LAW CENTER   APC<br>1200 MAIN STREET<br>STE C<br>IRVINE   CA 92614-6749 | EXCLUDE<br>RICHARD L STURDEVANT<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST STE C<br>IRVINE   CA 92614-6749 | |