PETER C. ANDERSON
UNITED STATES TRUSTEE
QUEENIE K. NG, State Bar No. 223803
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building
and United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, California 92701
(714) 338-3403 telephone
(714) 338-3421 facsimile
Email: queenie.k.ng@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:22-bk-12142 SC |
| **2nd CHANCE INVESTMENT GROUP, LLC,** | Chapter 11 |
| Debtor. | **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |
| | [No Hearing Required] |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following seven (7) creditors to serve on the Committee of the Creditors holding unsecured claims:

**SEE EXHBIIT "A" ATTACHED**

                                                PETER C. ANDERSON
                                                UNITED STATES TRUSTEE

Dated: February 6, 2023                 */s/* Kenneth Misken
                                                Kenneth Misken
                                                Assistant U.S. Trustee

# EXHIBIT A

**In re 2nd Chance Investment Group, LLC, Case No. 8:22-bk-12142 SC**

Felipe Gutierrez Jr.
13056 Sycamore Ave., Apt. B
Chino, CA 91710
Phone: (323) 479-7809

Jesus Acosta
13337 Nellie Ave.,
Chino, CA 91710
Phone: (909) 229-4426

Vishal Bhakta
3863 E. Hermosa Vista Drive
Mesa, AZ 85215
Phone: (480) 231-0781

Straten Lending Group, LLC
c/o Shan Patel
Chief Investment Officer
951 W. Main Street
Mesa, AZ 85201
Phone: (714) 287-4395

ASB Ventures LLC
c/o Sajan Bhakta
Chief Executive Officer
6852 Morehouse Street
Chino, CA 91710
Phone: (818) 749-8290

Precision Realty Fund, LLC
c/o Hiten Ram Bhakta
Chief Executive Officer
1300 E. Riverside Drive, D 903
Austin, Texas 78741
Phone: (919) 667-6365

1  Zona AZ LLC
2  c/o Vishal Bhakta
   Managing Member
3  3863 E. Hermosa Vista Drive
   Mesa, AZ 85215
4  Phone: (480) 231-0781
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**411 West Fourth Street, Suite 7160, Santa Ana, CA 92701**

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (date) **February 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **February 6, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 6, 2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2023 | Queenie Ng | /s/ Queenie Ng |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   | Name | Capacity | Email Address |
   |---|---|---|
   | Amanda Billyard | Debtor's Attorney | abillyard@bwlawcenter.com |
   | Richard L. Sturdevant | Debtor's Attorney | rich@bwlawcenter.com |
   | Andy Warshaw | Debtor's Attorney | awarshaw@bwlawcenter.com |
   | Arwind Rawal | Ally Bank | arawal@aisinfo.com |
   | Lazaro Fernandez | | lef17@pacbell.net |
   | Jennifer Wong | | bknotice@mccarthyholthus.com |
   | David Goodrich | Debtor's CRO | dgoodrich@go2.law |
   | Douglas Plazak | | dplazak@rhlaw.com |

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   Debtor:
   **2nd Chance Investment Group, LLC**
   600 W. Santa Ana Blvd.
   PMB 5045
   Santa Ana, CA 92701

   Committee Members:

   Felipe Gutierrez Jr.
   13056 Sycamore Ave., Apt. B
   Chino, CA 91710

   Jesus Acosta
   13337 Nellie Ave.,
   Chino, CA 91710

   Vishal Bhakta
   3863 E. Hermosa Vista Drive
   Mesa, AZ 85215

   Straten Lending Group, LLC
   c/o Shan Patel
   Chief Investment Officer
   951 W. Main Street
   Mesa, AZ 85201

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

ASB Ventures LLC
c/o Sajan Bhakta
Chief Executive Officer
6852 Morehouse Street
Chino, CA 91710


Precision Realty Fund, LLC
c/o Hiten Ram Bhakta
Chief Executive Officer
1300 E. Riverside Drive, D 903
Austin, Texas 78741


Zona AZ LLC
c/o Vishal Bhakta
Managing Member
3863 E. Hermosa Vista Drive
Mesa, AZ 85215


3. **SERVED BY (state method for each person served):**

**PERSONAL DELIVERY, FACSIMILE OR EMAIL**

Judge's Copy

Honorable Scott C. Clarkson         – bin on the 5th Floor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**