Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession



**FILED & ENTERED**

**FEB 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte       **DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**CASE SCHEDULING ORDER**<br><br>**<u>Continued Status Conference</u>**<br>**Date:** May 31, 2023<br>**Time:** 1:30 pm<br>**Courtroom:** 5C - Virtual |

On February 8, 2023, the Court held a status conference in the above-captioned case at 1:30 p.m. with parties appearing by Zoom. Andy C. Warshaw and Amanda G. Billyard appeared on behalf of the Debtor in Possession, 2nd Chance Investment Group, LLC (the "<u>Debtor</u>"). David M. Goodrich appeared as the Debtor's chief restructuring officer. Queenie Ng appeared on behalf of the Office of the United States Trustee.

The Court, having considered the STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE (the "<u>Report</u>") filed on January 24, 2023, as ECF No. 32, the case docket as a whole, the discussion of the parties appearing at the status conference, and findings of good cause, the Court hereby orders as follows:

- 1 -

    **IT IS ORDERED** that the following dates are hereby set with respect to scheduling in the bankruptcy case:

1. The deadline for 2nd Chance Investment Group LLC as the Debtor in Possession to file a Chapter 11 Plan of Reorganization with an accompanying Disclosure Statement is May 10, 2023, which corresponds with the exclusivity period under § 1121.
2. A continued Status Conference shall occur on May 31, 2023, at 1:30 p.m.
3. A status report by the Debtor shall be due 14 days in advance, no later than May 17, 2023.

###

Date: February 9, 2023

Scott C. Clarkson
United States Bankruptcy Judge