Andy C. Warshaw SBN 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

FILED & ENTERED

FEB 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. AS WELL AS BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF2 LP FOR ORDERS (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF**<br><br><u>Remote Hearing</u><br>**Date:** February 8, 2023<br>**Time:** 1:30 pm<br>**Courtroom:** 5C / via ZoomGov<br>                411 West Fourth Street<br>                Santa Ana, CA 92701 |

Debtor's *Motion for Order Approving Stipulation Between 2nd Chance Investment Group, LLC and Lantzman Investments, Inc. As Well As Between 2nd Chance Investment Group, LLC And LMF2 LP For Orders (A) Authorizing Final Use Of Cash Collateral, (B) Granting Adequate*

*Protection For Use Of Prepetition Collateral; And (C) Granting Related Relief* ("Motion[1]") [ECF No. 19] having come on for hearing on the date, at the time, and in the courtroom above-referenced, with the parties being present as stated on the record, and the Court having considered the matter, and good cause appearing therefor,

**IT IS ORDERED AS FOLLOWS**:

1. The Motion is granted.
2. The Stipulations that enable Debtor to use cash collateral from January 6, 2023, forward on a final basis are approved.

Date: February 9, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms in the order have the same meaning or definition as defined, capitalized terms in the Motion.