David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
**GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Chief Restructuring Officer
for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER APPROVING SERVICES AGREEMENT WITH DAVID M. GOODRICH PURSUANT TO 11 U.S.C. § 363(b)**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]** |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that 2nd Chance Investment Group, LLC, the debtor and debtor-in-possession ("Debtor" or "2nd Chance") in the above-captioned case ("Case"), has filed the *Motion for Order Approving Services Agreement With David M. Goodrich Pursuant to 11 U.S.C. § 363(b)* ("Motion"). By the Motion, the Debtor seeks the Court's approval of a services agreement ("Agreement") entered into between the Debtor and David M. Goodrich ("Goodrich"). Under the Agreement, Goodrich will serve as the Debtor's chief restructuring officer and will be compensated on a monthly basis at a discounted hourly rate.

## Background

On December 21, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for

the Central District of California ("Court"), case no. 8:22-bk-12142-SC.  *See* Docket No. 1.  The Debtor continues to operate and manage its affairs as debtor and debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**Proposed Agreement**

Subject to approval by the Court, Goodrich[1] will serve in the capacity of the Debtor's chief restructuring officer ("CRO").  Goodrich has and will continue to provide the following services under the Agreement:

- Manage and oversee the affairs of the Debtor, including supervising the Debtor's financial affairs and outside consultants;
- Assist the Debtor and the Debtor's legal counsel in relation to the Case and any related adversary proceedings; and
- Provide the Debtor and the Debtor's legal counsel with any assistance requested by either in connection with any reports, accountings, motions, responses or other documents relating to the Case.

Accordingly, the Debtor seeks approval of the Agreement, a copy of which is attached to the Motion as Exhibit 1.  The Agreement further provides:

1. Hourly Rate.  Goodrich will be compensated at an hourly rate of $350 (discounted from his normal attorney rate of $650/hour) for services described above when Goodrich is acting as a fiduciary or chief restructuring officer.

2. Expenses.  The Debtor will reimburse Goodrich for any out-of-pocket expenses of Goodrich or Golden Goodrich LLP which have been reasonably incurred in connection with this assignment, such as out-of-town travel and lodging, administrative, computer research, messenger services, and telephone charges.

3. Monthly Compensation Procedure.  Employment and all post-petition fees shall be subject to Sections 363 and 105(a) of the United States Bankruptcy Code and sought effective as of the Petition Date.  Goodrich's compensation will be

---

[1] Goodrich's qualifications are provided in the Motion.

in accordance with the Jay Alix Protocol, whereby Goodrich shall file with the Court, and serve on the United States Trustee and other parties in interest, reports of compensation earned and expenses incurred on a monthly basis ("Fee Statement").  Each Fee Statement shall contain summary charts that, for the preceding month, describe the services provided, identify the compensation earned by Goodrich, and itemize the expenses incurred.  For each Fee Statement, Goodrich's time records for the preceding month shall be appended to the Fee Statement, and such time records shall (i) contain detailed time entries describing the task(s) performed, and (ii) be organized by project category.  Goodrich will record time in six-minute increments.  All parties shall have ten days from service of the Fee Statement to object to such Fee Statement.  If an objection to any Fee Statement is filed, approval of the Fee Statement shall be set for hearing by the Debtor and subject to review and approval by the Court.  Once the objection period for the applicable Fee Statement has lapsed, or such objections are resolved, the Debtor will use best effort to pay Goodrich's outstanding invoices.

      4.     <u>Additional Terms in Agreement</u>.  The additional terms of Goodrich's engagement are as set forth in the Agreement.

      5.     <u>Additional Terms Not Listed in Agreement</u>.  In addition to the terms set forth in the Agreement, it is noteworthy Goodrich will report to Rayshon Foster, the Debtor's sole member, and will not supplant the Debtor's existing management.  Further, the Debtor has not retained Golden Goodrich LLP as its counsel and no legal time will be charged by Golden Goodrich LLP to the Debtor or its estate, unless the Court later authorizes employment of Golden Goodrich LLP and/or approves legal fees incurred by Golden Goodrich LLP.  Goodrich's staff will not bill for time incurred in connection with Goodrich's role as chief restructuring officer.

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

## Summary of Basis for Requested Relief

The proposed Agreement is in the best interest of the Debtor and its creditors because Goodrich's engagement will enable the Debtor to better navigate the bankruptcy process, prepare and report the Debtor's financial data to the other interested parties in the Case and to the Court, ensure the interests of the Debtor's creditors are protected, and assist with formulating a chapter 11 plan. In addition to assisting with bankruptcy-related matters, Goodrich, an experienced bankruptcy trustee and lawyer, will collect rent, pay ordinary business expenses, maintain the Debtor's properties, communicate with tenants, and assist with general and special counsel with preparing the Debtor's property for sale.

## Summary of Relief Sought by the Motion

By the Motion, the Debtor seeks entry of an order: (1) granting the Motion; (2) approving the terms of the Agreement, a copy of which is attached to the Motion as Exhibit 1, and authorizing the Debtor to enter into the Agreement with Goodrich; (3) authorizing the Debtor to make monthly disbursements to Goodrich pursuant to the terms of the Agreement; (4) authorizing the Debtor to execute any documents or take any actions reasonably necessary to effectuate the terms of the Agreement; and (5) for such other and further relief as the Court deems just and proper.

A copy of the Motion is on file with the Court and available upon written request to David M. Goodrich, 650 Town Center Drive, Suite 600, Costa Mesa, California 92626 or e-mail request to dgoodrich@go2.law.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(o)(1), any party objecting to the Motion may request a hearing on the Motion by filing a written "Objection and Request for Hearing."  The deadline for filing and serving a written opposition and request for a hearing is **14 days** after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  You must serve a copy of the "Objection and Request for Hearing" on Goodrich at the address above and on the United States Trustee.  Failure to timely file

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1 | and serve the "Objection and Request for Hearing" may result in the Court's entry of an
2 | order approving the Motion.
3 |     **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(h)
4 | provides the following: "Papers not timely filed and served may be deemed by the
5 | Court to be consent to the granting or denial of the motion, as the case may be."
6 |
7 | Dated: February 9th, 2023

By: /s/ David M. Goodrich
DAVID M. GOODRICH
Proposed Chief Restructuring Officer for
2nd Chance Investment Group, LLC, Debtor
and Debtor-in-Possession

Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

5  NOTICE OF MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa California 92626**

A true and correct copy of the foregoing document entitled (*specify*) **NOTICE OF MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER APPROVING SERVICES AGREEMENT WITH DAVID M. GOODRICH PURSUANT TO 11 U.S.C. § 363(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amanda G. Billyard     abillyard@bwlawcenter.com
Lazaro E Fernandez     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
David M Goodrich     dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgglllp@ecf.courtdrive.com;gestrada@wgllp.com
Queenie K Ng     queenie.k.ng@usdoj.gov
Douglas A Plazak     dplazak@rhlaw.com
Arvind Nath Rawal     arawal@aisinfo.com
Richard L. Sturdevant     rich@bwlawcenter.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Andy C Warshaw     awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 10 ,2023,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon, Scott C, Clarkson United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse 411 West Fourth Street, Suite 5130 / Courtroom 5C Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **2/10/2023** | Evelyn Ruiz | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**Served By U.S Mail**

**2nd Chance Investment Group, LLC**
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Aaron Zistman,
18518 Dancy St.,
Rowland Heights, CA 91748

Ally, PO Box 380902,
Minneapolis, MN 55438

American Express,
PO Box 96001,
Los Angeles, CA 90096-8000

ASB Ventures LLC, c/o Schorr Law,
1901 Avenue of the Stars, Suite 615,
Los Angeles, CA 90067

David Guzman,
14583 McKendree Ave.,
Chino, CA 91710

Del Toro Loan Servicing, Inc.,
2300 Boswell Road,
Suite 215, Chula Vista, CA 91914

Fabian & Kathy Lynn Martinez,
13352 Marty Lane,
Garden Grove, CA 92843

Fay Servicing, 8001 Woodland Center Blvd.
Suite 10, Tampa, FL 33614

FCI, 8180 E Kaiser Blvd,
Anaheim, CA 92808

Felipe Gutierrez Jr., 13056 sycamore Ave. Apt. B,
Chino, CA 91710

Franchise Tax Board,
PIT Bankruptcy MS: A-340, PO Box 2952
Sacramento, CA 95812-2952

Gregory Steven,
37915 Marsala Dr,
Palmdale, CA 93552

Hiten Ram Bhakta & Sajan Bhakta, c/o Schorr Law,
1901 Avennue of the Stars, Suite 615,
Los Angeles, CA 90067

Home Depot Credit Services,
PO Box 9001010
Louisville, KY 40290-1010

Internal Revenue Service, Centralized Insolvency Operations.
PO Box 7346
Philadelphia, PA 19101-7346

Jessie and Michelle Acosta,
13337 Nellie Ave., Chino, CA 91710

Kiwi Corp, Mina Bhakta, 11353 Highdale Street,
Norwalk, CA 90650

Lamar Advertising, 449 East Park Center Circle South,
San Bernardino, CA 92408

Lowes Business Acct/GECRB,
PO Box 530970
Atlanta, GA 30353-0970

Margaret Adams,
25641 Byron S,
San Bernardino, CA 92404

Merah, LLC, 7026 Edinboro Street,
Chino, CA 91710

Mercedes-Benz Financial Services,
PO Box 5209, Carol Stream,
IL 60197-5209

Midare, LLC,
 14583 McKendree Ave.,
Chino, CA 91710

OMAR HOUARI, 2425 SAN ANTONIO CRESCENT WEST,
Upland, CA 91784

Pramira Holdings LLC,
2552 Walnut Ave, Suite 200,
 Tustin, CA 92780

Pramira LLC,
1422 Edinger Ave. Ste 250,
Tustin, CA 92780

Precision Realty LLC,
930 San Pablo Ave. Suite B
San Francisco, CA 94141

Rayshon Foster
 4349 South Victoria
Los Angeles, CA 90008

Rosendo Quiroz Estorga,
 1004 Peachwood Crt.,
Raymond, CA 93653

Salvador Jimenez
12822 Clemson Drive,
Corona, CA 92880

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

Selene Finance
PO Box 422039
Houston, TX 77242-2039

Shawn M. Southern
1611 151st St, San Leandro, CA 94578

Small Business Administration,
10737 Gateway West #300,
El Paso, TX 79935

Staples Credit Plan, Dept. 51,
Phoenix, AZ 85062

Straten Lending, c/o Shorr Law,
1901 Avenue of the Stars Suite 615,
Los Angeles, CA 90067

Stream Kim Hicks Wrage Alfaro,
3403 Tenth St., Suite 700,
Riverside, CA 92501

Superior Loan Servicing,
7525 Topanga Canyon Blvd,
Canoga Park, CA 91303

Teresa Miller,
827 Meridian Ave.,
San Bernardino, CA 92410

Thamar Peterson,
43933 30 St E.
Lancaster, CA 93535

Zona AZ, LLC
3863 E. Hermosa Vista Drive,
Mesa, AZ 85215

Zona CA, LLC,
 3863 E. Hermosa Drive,
 Mesa, AZ 85215


FRANCHISE TAX BOARD
PO Box 2952
Sacramento CA 95812-2952

Jesus Acosta & Michelle Acosta
13337 Nellie Ave.
Chino CA 91710

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Ally Bank
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

State Board of Equalization Account Information Group,
MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


State Board of Equalization Special Operations Bankruptcy Team, MIC: 74
P.O. Box 942879
 Sacramento, CA 94279-0074

Executive Director State Board of Equalization
 450 N Street, MIC: 73
Sacramento, CA 95814-0073


Franchise Tax Board Bankruptcy Section, MS: A-340
 P. O. Box 2952
Sacramento, CA 95812-2952

| | |
|---|---|
| Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Employment Development Department Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th
Floor Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

United States Attorney's Office Federal Building,
Room 7516 300 North Los Angeles Street
Los Angeles, CA 90012

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

United States Trustee
3801 University Avenue, Suite 720
Riverside, CA 92501

United States Trustee
411 West Fourth Street,
Suite 7160 Santa Ana, CA 92701

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017