United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 11, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com |
| Douglas A Plazak | on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Lazaro E Fernandez
    on behalf of Interested Party Courtesy NEF lef17@pacbell.net
    lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard L. Sturdevant
    on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 10

Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

**FILED & ENTERED**

**FEB 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte       DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In Re

2ND CHANCE INVESTMENT GROUP, LLC,

    Debtor in Possession.

Case No.:   8:22-bk-12142-SC

Chapter 11

**CASE SCHEDULING ORDER**

**Continued Status Conference**
**Date:** May 31, 2023
**Time:** 1:30 pm
**Courtroom:** 5C - Virtual

On February 8, 2023, the Court held a status conference in the above-captioned case at 1:30 p.m. with parties appearing by Zoom.  Andy C. Warshaw and Amanda G. Billyard appeared on behalf of the Debtor in Possession, 2nd Chance Investment Group, LLC (the "Debtor").  David M. Goodrich appeared as the Debtor's chief restructuring officer.  Queenie Ng appeared on behalf of the Office of the United States Trustee.

The Court, having considered the STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE (the "Report") filed on January 24, 2023, as ECF No. 32, the case docket as a whole, the discussion of the parties appearing at the status conference, and findings of good cause, the Court hereby orders as follows:

- 1 -

**IT IS ORDERED** that the following dates are hereby set with respect to scheduling in the bankruptcy case:

1. The deadline for 2nd Chance Investment Group LLC as the Debtor in Possession to file a Chapter 11 Plan of Reorganization with an accompanying Disclosure Statement is May 10, 2023, which corresponds with the exclusivity period under § 1121.

2. A continued Status Conference shall occur on May 31, 2023, at 1:30 p.m.

3. A status report by the Debtor shall be due 14 days in advance, no later than May 17, 2023.

### 

Date: February 9, 2023

Scott C. Clarkson
United States Bankruptcy Judge