United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com |
| Douglas A Plazak | on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1

Jennifer C Wong
        on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Lazaro E Fernandez
        on behalf of Interested Party Courtesy NEF lef17@pacbell.net
        lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

Queenie K Ng
        on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Richard L. Sturdevant
        on behalf of Debtor 2nd Chance Investment Group  LLC rich@bwlawcenter.com

United States Trustee (SA)
        ustpregion16.sa.ecf@usdoj.gov

TOTAL: 10

Andy C. Warshaw SBN 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

**FILED & ENTERED**

FEB 09 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In Re

2ND CHANCE INVESTMENT GROUP, LLC,

    Debtor in Possession.

Case No.: 8:22-bk-12142-SC

Chapter 11

**ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LANTZMAN INVESTMENTS, INC. AS WELL AS BETWEEN 2ND CHANCE INVESTMENT GROUP, LLC AND LMF2 LP FOR ORDERS (A) AUTHORIZING FINAL USE OF CASH COLLATERAL, (B) GRANTING ADEQUATE PROTECTION FOR USE OF PREPETITION COLLATERAL; AND (C) GRANTING RELATED RELIEF**

<u>**Remote Hearing**</u>
**Date:** February 8, 2023
**Time:** 1:30 pm
**Courtroom:** 5C / via ZoomGov
        411 West Fourth Street
        Santa Ana, CA 92701

Debtor's *Motion for Order Approving Stipulation Between 2nd Chance Investment Group, LLC and Lantzman Investments, Inc. As Well As Between 2nd Chance Investment Group, LLC And LMF2 LP For Orders (A) Authorizing Final Use Of Cash Collateral, (B) Granting Adequate*

- 1 -

*Protection For Use Of Prepetition Collateral; And (C) Granting Related Relief* ("Motion[1]") [ECF No. 19] having come on for hearing on the date, at the time, and in the courtroom above-referenced, with the parties being present as stated on the record, and the Court having considered the matter, and good cause appearing therefor,

**IT IS ORDERED AS FOLLOWS**:

1. The Motion is granted.

2. The Stipulations that enable Debtor to use cash collateral from January 6, 2023, forward on a final basis are approved.

Date: February 9, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] Capitalized terms in the order have the same meaning or definition as defined, capitalized terms in the Motion.