| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe – State Bar No. 137019<br>Brandon J. Iskander – State Bar No. 300916<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Bldg. D, Suite 210<br>Irvine, CA 92614<br>rgoe@goeforlaw.com<br>biskander@goeforlaw.com<br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Official Committee of Unsecured Creditor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>,
   filed a motion or application (Motion) entitled <u>APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY GOE FORSYTHE & HODGES LLP, AS GENERAL COUNSEL</u>.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):
   ☒  The full Motion is attached to this notice; or
   ☐  The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**:  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                Page 1                         F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

    a.    If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

    b.    If you fail to comply with this deadline:

        (1)    Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

        (2)    Movant will lodge an order that the court may use to grant the Motion; and

        (3)    The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 02/14/2023

/s/Robert P. Goe
Signature of Movant or attorney for Movant

Robert P. Goe
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for
Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor and Debtor-in-possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11 Proceeding<br><br>**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO EMPLOY GOE FORSYTHE & HODGES LLP, AS GENERAL COUNSEL; AND DECLARATION OF ROBERT P. GOE IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1)(C) and 9013-1(o)(1)] |

The Official Committee of Unsecured Creditors for the above-referenced estate ("Applicant" or "Committee"), applies to this Court for an order authorizing it to employ Goe Forsythe & Hodges LLP (the "Firm") as general counsel effective February 13, 2023, and in support thereof respectfully represents as follows:

1. This case was commenced on December 21, 2022, by the filing of a voluntary Chapter 11 petition by 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession

1

1  ("Debtor").  See Declaration of Robert P. Goe, ¶ 2, attached hereto and incorporated herein by this reference ("Goe Declaration").

2.  On February 7, 2023, the United States Trustee's Office appointed (as amended), the following unsecured creditors to serve on the Committee:  (1) Felipe Gutierrez Jr., (2) Jesus Acosta, (3) Straten Lending Group, LLC, c/o Shan Patel, (4) ASB Ventures LLC, c/o Sajan Bhakta, (5) Precision Realty Fund, LLC, c/o Hiten Ram Bhakta, and (6) Zona AZ LLC, c/o Vishal Bhakta.  See Goe Declaration, ¶ 3.

3.  After holding a Committee meeting, Applicant voted to employ Goe Forsythe & Hodges LLP (the "Firm"), as Applicant's counsel.  See Goe Declaration, ¶ 4.

4.  The Firm is comprised of attorneys who specialize in insolvency, bankruptcy, and corporate reorganization and is well qualified to represent Applicant in proceedings of this nature. All attorneys comprising or associated with the Firm who will render services in this case are duly admitted to practice law in the State of California and in the United States District Court for the Central District of California.  See Goe Declaration, ¶ 1.

5.  The Firm will render services to Applicant at the Firm's regular hourly rates.  The hourly rates may be subject to adjustment in the future.  See Goe Declaration ¶ 5.

6.  Applicant requires the services of the Firm to render the following types of professional services:

    A.  To advise Applicant concerning the requirements of the Bankruptcy Court and applicable rules;

    B.  To assist and advise Applicant in conducting an investigation of Debtor's assets and liabilities;

    C.  To advise Applicant regarding matters of bankruptcy law, including the rights and remedies of creditors in regard to Debtor's estate

    D.  To represent Applicant in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Applicant's rights under the Bankruptcy Code may be litigated or affected;

E. To conduct examinations of witnesses, claimants, or adverse parties as may be required in connection with the investigation of Debtor's assets and liabilities and to prepare and assist in the preparation of reports, accounts and pleadings related to this Chapter 11 case;

F. To make any Bankruptcy Court appearances on behalf of Applicant; and

G. To take such other action and perform such other services as Applicant may require of the Firm in connection with this chapter 11 bankruptcy case. See Goe Declaration, ¶ 6.

7. The Firm has not received a retainer. See Goe Declaration, ¶ 7.

8. The Firm intends to apply to this Court for compensation pursuant to 11 U.S.C. §§ 330 and 331 and understands that its compensation will be subject to the approval of the Court. See Goe Declaration, ¶ 8.

9. To the best of Applicant's knowledge, neither the Firm nor any of the attorneys comprising or employed by it have any connection with the Debtor, creditors, any other party in interest, their respective attorney and accountants, the United States Trustee, or any persons employed in the Office of the United States Trustee. The Firm is not a creditor of the estate and is not owed any funds by the Debtor. See Goe Declaration, ¶ 9.

10. None of the attorneys comprising or employed by the Firm is related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee, other than that Robert P. Goe has been appointed a Subchapter V trustee by the United States Trustee in cases under the Small Business Reorganization Act (SBRA). See Goe Declaration, ¶ 10.

11. The Firm has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the attorneys' fees or expenses awarded to the Firm will be paid to any other entity.

12. The employment of the Firm is in the best interest of the Trustee and the Estate.

**WHEREFORE**, Applicant prays that the Court enter its Order as follows:

1. Authorizing the Committee, based upon the foregoing and pursuant to 11 U.S.C. § 1103 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ the Firm as its counsel, effective as of February 13, 2023, with compensation to be in accordance with the terms

1 | set forth herein from funds of Debtor's estate; and

2 |     2.    Granting such other and further relief as the Court deems just and appropriate.

5 | DATED: February 14, 2023

                                                          _____
                                                          Sajan Bhakta, Chairman of the Official Committee
                                                          of Unsecured Creditors

Presented by

**GOE FORSYTHE & HODGES LLP**

By:   */s/Robert P. Goe*
       Robert P. Goe, Proposed Counsel for the
       Official Committee of Unsecured
       Creditors

# DECLARATION OF ROBERT P. GOE

I, Robert P. Goe, declare and state:

The matters stated herein are true and correct and within my own personal knowledge and belief. If called as a witness, I could and would competently testify thereto.

1. I am a partner with the firm Goe Forsythe & Hodges, LLP (the "Firm"), and I am authorized to make this declaration on behalf of the Firm. The Firm is comprised of attorneys who specialize in insolvency, bankruptcy and corporate reorganization and is well qualified to represent the Official Committee of Unsecured Creditors ("Applicant" or "Committee") in connection with this Chapter 11 case. All attorneys who will render services in this case are duly admitted to practice law in all of the Courts of the State of California and in the United States District Court for the Central District of California. Immediately below is a list of the professionals employed by the Firm and their current hourly rates:

| **Partners** | **Hourly Rate** |
| --- | --- |
| Robert P. Goe | $595.00 |
| Marc C. Forsythe | $595.00 |
| Ronald S. Hodges | $595.00 |
| Reem J. Bello | $550.00 |
| Charity J. Manee | $535.00 |
| Ryan S. Riddles | $465.00 |
| Brandon J. Iskander | $435.00 |
| **Associates** | |
| Charlene A. Busch | $450.00 |
| Jeffrey M. Yostanto | $385.00 |
| Lauren E. Raya | $375.00 |
| **Of Counsel** | |
| Brian Van Marter | $625.00 |
| Greg Preston | $625.00 |
| Taylor DeRosa | $400.00 |

| | | |
|---|---|---|
| 1 | Elizabeth A. LaRocque | $385.00 |
| 2 | **Paralegals** | |
| 3 | Arthur Johnston | $195.00 |
| 4 | Kerry A. Murphy | $195.00 |
| 5 | Britney Bailey | $195.00 |
| 6 | Lauren Gillen | $185.00 |

2. This case was commenced on December 21, 2022, by the filing of a voluntary Chapter 11 petition by 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession ("Debtor").

3. On February 7, 2023, the United States Trustee's Office appointed (as amended), the following unsecured creditors to serve on the Committee: (1) Felipe Gutierrez Jr., (2) Jesus Acosta, (3) Straten Lending Group, LLC, c/o Shan Patel, (4) ASB Ventures LLC, c/o Sajan Bhakta, (5) Precision Realty Fund, LLC, c/o Hiten Ram Bhakta, and (6) Zona AZ LLC, c/o Vishal Bhakta.

4. After holding a Committee meeting, Applicant voted to employ the Firm as Applicant's counsel.

5. The Firm will render services to Applicant at the Firm's regular hourly rates, which may be subject to adjustment in the future.

6. Applicant requires the services of the Firm to render the following types of professional services:

    A. To advise Applicant concerning the requirements of the Bankruptcy Court and applicable rules;

    B. To assist and advise Applicant in conducting an investigation of Debtor's assets and liabilities;

    C. To advise Applicant regarding matters of bankruptcy law, including the rights and remedies of creditors in regard to Debtor's estate;

    D. To represent Applicant in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where Applicant's rights under the Bankruptcy Code may be litigated or affected;

E.     To conduct examinations of witnesses, claimants, or adverse parties as may be required in connection with the investigation of Debtor's assets and liabilities and to prepare and assist in the preparation of reports, accounts and pleadings related to this Chapter 11 case;

F.     To make any bankruptcy court appearances on behalf of Applicant; and

G.     To take such other action and perform such other services as Applicant may require of the Firm in connection with this Chapter 11 case.

7.     The Firm has not received a retainer.

8.     The Firm intends to apply to this Court for compensation pursuant to 11 U.S.C. §§ 330 and 331 and understands that its compensation will be subject to the approval of the Court.

9.     To the best of the Trustee's and Firm's knowledge, neither the Firm nor any of the attorneys comprising or employed by it, have any connection with Debtor, creditors, any other party in interest, their respective attorney and accountants, the United States Trustee. The Firm is a disinterested person within the meaning of 11 U.S.C. § 101(14). The Firm is not a creditor of the Debtor's bankruptcy estate and is not owed any funds by the Debtor.

10.     None of the attorneys comprising or employed by the Firm is related to any Judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or to any person employed in the Office of the United States Trustee, other than that I have been appointed a Subchapter V trustee by the United States Trustee in cases under the Small Business Reorganization Act (SBRA).

11.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 14th day of February 2023, at Irvine, California

Dated: February 14, 2023                              /s/Robert P. Goe
                                                                          Robert P. Goe

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/14/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/14/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/14/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, 411 W. Fourth Street, Suite 5130; Santa Ana, CA  92701-4593
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/14/2023 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

# Mailing Information for Case 8:22-bk-12142-SC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Amanda G. Billyard**   abillyard@bwlawcenter.com
- **Lazaro E Fernandez**   lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgglllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**   cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Arvind Nath Rawal**   arawal@aisinfo.com
- **Richard L. Sturdevant**   rich@bwlawcenter.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Andy C Warshaw**   awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Financial Relief Law Center APC**
1200 Main St., Ste C
Irvine, CA 92614