Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite G
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>    Debtor in Possession. | Case No.:   8:22-bk-12142-SC<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE BANKRUPTCY ESTATE**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-(o)-1] |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that 2nd Chance Investment Group, LLC ("2nd Chance"), the Debtor and Debtor in Possession ("Debtor") in the above-captioned bankruptcy case, has filed a Motion for Order Authorizing Abandonment of Property of the Bankruptcy Estate ("Motion"). The Motion is Summarized as follows:

## I.    Introduction

By way of this Motion, the Debtor seeks an order authorizing the abandonment of four vehicles with similar descriptions and specifications that are identified in Chart 1 (the "Vehicles") because there is no value to the bankruptcy estate after deducting any lien.  The Vehicles are not vital to operations of the Debtor, nor are they part of the Debtor's forthcoming liquidation plan.

**Chart 1**

| Description Including Vehicle Identification Number | KBB Low Trade Value | Encumbrance and Cost of Sale | Value to the Bankruptcy Estate | Intent |
|---|---|---|---|---|
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DBHY2MT044909 ("MB1") | $38,887 | Ally Bank Proof of Claim 1 $41,992.14 Certificate of Title/Lien Notice | $0 | Abandon |
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DCHY6MT047575 ("MB2") | $36,381 | Mercedes-Benz Financial Services $92,551 | $0 | Abandon |
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DCHY7MT046564 ("MB3") | $32,313 | Mercedes-Benz Financial Services $92,551 | $0 | Abandon |
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1Y4ECHY4MTO67750 ("MB4") | $36,839 | Mercedes-Benz Financial Services $51,576 | $0 | Abandon |

## II.    Statement of Facts

Debtor began operations in 2016 as real estate investment company buying, fixing, and subsequently selling real property. Prior to the bankruptcy filing and through the petition date, the Debtor would use the vehicles to rehabilitate the properties for re-sale.  The Debtor is no longer in the business of buying and rehabilitating real property and is instead focused on selling the properties on a where-as, as-is basis for the benefit of creditors. The Vehicles have no purpose for the Debtor and do not have value for the bankruptcy estate.

## III.    Summary of the Relief Requested

Based on the foregoing, the Debtor requests that the Court enter an order:

1.  Granting the Motion;

2.  Authorizing the Debtor to abandon the Vehicles pursuant to 11 U.S.C. § 554(a);

3.  Granting such other and further relief as the Court deems just and appropriate.

A copy of the Motion is on file with the Court and available by contacting Debtor's counsel with contact information available in the upper left corner of page 1 of this notice.

**PLEASE TAKE FURTHER NOTICE** that this Motion is noticed pursuant to Local Bankruptcy Rule 9013-(o)-1[1], which states as follows:

(o) Motions and Matters Determined After Notice of Opportunity to Request Hearing.

(1) Matters That May Be Determined Upon Notice of Opportunity to Request Hearing. Except as to matters specifically noted in subsection (o)(2) below, and as otherwise ordered by the court, any matter that may be set for hearing in accordance with LBR 9013-1(d) may be determined upon notice of opportunity to request a hearing.

(A) Notice. When the notice of opportunity for hearing procedure is used, the notice must:

(i) Succinctly and sufficiently describe the nature of the relief sought and set forth the essential facts necessary for a party in interest to determine whether to file a response and request a hearing;

(ii) State that LBR 9013-1(o)(1) requires that any response and request for hearing must be filed with the court and served on the movant and the United States trustee within 14 days after the date of service of the notice; and

(iii) Be filed with the court and served by the moving party on all creditors and other parties in interest who are entitled to notice of the particular matter.

---

[1] https://www.cacb.uscourts.gov/sites/cacb/files/documents/local_rules/LBRs%209009-1%20through%209075-1.pdf

(B) Motion. The motion and supporting documents must be filed with the notice, but must be served only on the United States trustee and those parties who are directly affected by the requested relief.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(h) provides the following: "Papers not timely filed and served may be deemed by the Court to be consent to the granting of the motion, as the case may be."

Dated: February 20, 2023,                    Financial Relief Law Center, APC

By:     /s/ Andy C. Warshaw
        Andy C. Warshaw
        Attorneys for Debtor in Possession

Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In Re

2ND CHANCE INVESTMENTS GROUP, LLC

    Debtor in Possession.

Case No.:   8:22-bk-12142-SC

Chapter 11

**DEBTOR'S MOTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RAYSHON FOSTER IN SUPPORT THEREOF**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-(o)-1]

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, CREDITORS AND ALL INTERESTED PARTIES:**

## I.  Introduction

2nd Chance Investment Group, LLC, as the Debtor and Debtor in Possession of the bankruptcy estate ("Debtor" or "2nd Chance"), hereby respectfully submits this motion (the "Motion"), pursuant to sections 105(a) and 554 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order authorizing the Debtor to abandon the bankruptcy

estate's interest in personal property of the Bankruptcy Estate (the "Property") as described in more particular details below:

| Description Including Vehicle Identification Number | KBB Low Trade Value | Encumbrance and Cost of Sale | Value to the Bankruptcy Estate | Intent |
|---|---|---|---|---|
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DBHY2MT044909 ("MB1") | $38,887 | Ally Bank Proof of Claim 1 $41,992.14 Certificate of Title/Lien Notice | $0 | Abandon |
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DCHY6MT047575 ("MB2") | $36,381 | Mercedes-Benz Financial Services $92,551 | $0 | Abandon |
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DCHY7MT046564 ("MB3") | $32,313 | Mercedes-Benz Financial Services $92,551 | $0 | Abandon |
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1Y4ECHY4MTO67750 ("MB4") | $36,839 | Mercedes-Benz Financial Services $51,576 | $0 | Abandon |

In support of the Motion, the Debtor submits the following memorandum of points and authorities, all pleadings and records on file, all matters subject to judicial notice, and the declaration of Rayshon Foster (the "Foster Declaration"). In light of the values of each of the 2021 Mercedes-Benz Sprinter 2500 vehicles, the MB1, MB2, MB3, and MB4 (together, the "Vehicles"), having loans and liens that leave no equity or value remaining for creditors, the Debtor submits that it has no value or benefit to the Debtor's estate and abandonment is appropriate.

## II.    Statement of Facts

On December 21, 2022 (the "<u>Petition Date</u>"), 2nd Chance Investment Group, LLC filed a

voluntary petition under Chapter 11 of Title 11 of the United States Code. The Debtor continues to

operate as a debtor in possession pursuant to Bankruptcy Code §§1107 and 1108, and as such

wields the powers of a trustee over the estate.

Property to Be Abandoned

1.    The Debtor proposes to abandon four vehicles that are listed on Schedules A/B (as

amended) that are described herein as MB1, MB2, MB3, and MB4.

a.    MB1:

| Description Including Vehicle Identification Number | KBB Low Trade Value | Encumbrance and Cost of Sale | Value to the Bankruptcy Estate | Intent |
|---|---|---|---|---|
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DBHY2MT044909 ("<u>MB1</u>") | $38,887 | Ally Bank Proof of Claim 1 $41,992.14 Certificate of Title/Lien Notice | $0 | Abandon |

2.    Ally Bank filed Claim 1 which is attached as <u>Exhibit 1</u>.

3.    The Debtor listed the value of MB1 to be $50,456.00 on Schedules A/B.  An updated value

from KBB.com is provided as <u>Exhibit 2</u>.

b.    MB2

| Description Including Vehicle Identification Number | KBB Low Trade Value | Encumbrance and Cost of Sale | Value to the Bankruptcy Estate | Intent |
|---|---|---|---|---|
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DCHY6MT047575 ("<u>MB2</u>") | $36,381 | Mercedes-Benz Financial Services $92,551 | $0 | Abandon |

4. No proof of claim has been filed relating to MB2.

5. The Debtor listed the value of MB2 to be $58,536 on Schedules A/B. An updated value from KBB.com is provided as Exhibit 3.

c. MB3

| Description Including Vehicle Identification Number | KBB Low Trade Value | Encumbrance and Cost of Sale | Value to the Bankruptcy Estate | Intent |
|---|---|---|---|---|
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1W4DCHY7MT046564 ("MB3") | $32,313 | Mercedes-Benz Financial Services $92,551 | $0 | Abandon |

6. No proof of claim has been filed relating to MB3.

7. The Debtor listed the value of MB3 to be $52,269 on Schedules A/B. An updated value from KBB.com is provided as Exhibit 4.

8. A partially redacted monthly statement for MB2 and MB3 from Mercedes-Benz Financial Services for the loan associated with MB2 and MB3 is attached as Exhibit 5.

d. MB4

| Description Including Vehicle Identification Number | KBB Low Trade Value | Encumbrance and Cost of Sale | Value to the Bankruptcy Estate | Intent |
|---|---|---|---|---|
| 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D VIN: W1Y4ECHY4MTO67750 ("MB4") | $36,839 | Mercedes-Benz Financial Services $51,576 | $0 | Abandon |

9. No proof of claim has been filed relating to MB4.

10. The Debtor listed a value of MB4 at $40,000. An updated value from KBB.com is provided as Exhibit 6.

11. A partially redacted monthly statement from Mercedes-Benz Financial Services for the loan associated with MB4 is attached as Exhibit 7.

## III. The Court Should Authorize the Abandonment of the Vehicles as it is Burdensome and of Inconsequential Value and Benefit to the Estate

12. Section 554(a) of the Bankruptcy Code provides that "[a]fter notice and a hearing, the trustee [debtor] may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate." 11 U.S.C. § 554(a).

13. To order abandonment, a Court must find either (1) the property is burdensome to the estate, or (2) the property is both of inconsequential value and inconsequential in benefit to the estate.  See In re K.C. Machine Tool Company, 816 F.2d 238, 245 (6th Cir. 1987).

14. Debtors are afforded significant discretion in determining the value and benefits of particular property for purposes of deciding whether to abandon it. A debtor's right to abandon property in accordance with section 554(a) of the Bankruptcy Code is virtually unfettered except when such abandonment would contravene laws designed to protect public health and safety or pose an imminent threat to the public's welfare. See, e.g., In re Midlantic Nat'l Bank, 474 U.S. 494, 501 (1986).

15. Here, each of the vehicles with MB1, MB2, MB3, and MB4 have values that are exceeded by their respective encumbrances.  Further, the Debtor does not intend to have an operating plan or to use the Vehicles in any way that benefits the bankruptcy estate and hence are a liability.

16. Under the circumstances, continuing to hold the Property is both burdensome and of no value to the Debtor and the estate. Abandonment of such interests will neither contravene laws designed to protect public health and safety nor pose an imminent threat to the public's welfare. Accordingly, the Debtor submits that abandonment of its interests in the

Property is a reasonable exercise of business judgment and appropriate under section 554(a) of the Bankruptcy Code.

## IV.    The Motion is Appropriate Without a Hearing

Local Bankruptcy Rule 9013-1(g)(1) provides:

Except as to matters specifically noted in paragraph (g)(2) below, and as otherwise ordered by the court, any matter which may be set for hearing in accordance with Local Bankruptcy Rule 9013-1 may be determined upon notice of opportunity to request a hearing.

The Debtor believes that this procedure is appropriate because, (1) it provides a notice and opportunity for creditors to participate and request a hearing; and (2) because it reduces the cost to the Debtor's estate by alleviating the need for an appearance assuming that no hearing is requested.

## V.    CONCLUSION

17. The Debtor respectfully requests that an order be entered substantially as follows:

   a.    That the court finds the value of MB1 is $38,887 as of February 13, 2023.

   b.    That the court finds that the secured claim encumbering MB1 exceeds MB1's value.

   c.    That the court finds the value of MB2 is $36,381 as of February 13, 2023.

   d.    That the court finds that the total of the secured claim encumbering MB2 exceeds MB2's value.

   e.    That the court finds the value of MB3 be $32,313 as of February 13, 2023.

   f.    That the court finds that the total of the secured claim encumbering MB3 exceeds MB3's value.

   g.    That the court finds the approximate value of MB4 be $36,839 as of February 14, 2023.

h.  That the court finds that the total of the liens encumbering MB4 exceeds MB4's value.

i.  That the court finds the Vehicles have no equity or negative equity.

j.  That the court finds that continuing to hold the Vehicles is both burdensome and of no value to the Debtor and the estate.

k.  That the court order the Debtor in Possession to abandon the Property.

l.  For any other relief that the Court deems is appropriate

Dated: February 20, 2023,                    Financial Relief Law Center, APC

                                     By:     /s/ Andy C. Warshaw
                                             Andy C. Warshaw
                                             Attorneys for Debtor in Possession

# DECLARATION OF RAYSHON FOSTER[1]

I, Rayshon Foster, do hereby declare and say as follows:

1.  I am over eighteen (18) years of age and a citizen of the United States of America.  I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief.  As to all matter alleged on information and belief, I believe them to be true.  If called upon as a witness, I could and would competently testify thereto.

2.  I make this declaration supporting **DEBTOR'S MOTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE** (the "Motion").

3.  Ally Bank filed Claim 1 in this bankruptcy case number 8:22-bk-12142-SC.  A true and correct copy of Claim 1 as filed by Ally Bank is attached as Exhibit 1.

4.  The Debtor listed the value of MB1 to be $50,456.00 on Schedules A/B.  An updated value as of February 13, 2023, from KBB.com is provided as Exhibit 2. The value was obtained by using the vehicle vin in fair condition as a private party trade.

5.  No proof of claim has been filed relating to MB2 as of February 14, 2023.

6.  The Debtor listed the value of MB2 to be $58,536 on Schedules A/B.  An updated value from KBB.com is provided as Exhibit 3. The value was obtained by using the vehicle vin in fair condition as a private party trade.

7.  No proof of claim has been filed relating to MB3 as of February 14, 2023.

8.  The Debtor listed the value of MB3 to be $52,269 on Schedules A/B.  An updated value from KBB.com is provided as Exhibit 4. The value was obtained by using the vehicle vin in fair condition as a private party trade.

9.  A partially redacted monthly statement for MB2 and MB3 from Mercedes-Benz Financial

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

Services for the loan associated with MB2 and MB3 is attached as <u>Exhibit 5</u>.

10. No proof of claim has been filed relating to MB4 as of February 14, 2023.

11. The Debtor listed a value of MB4 at $40,000.  An updated value from KBB.com is provided as <u>Exhibit 6</u>. The value was obtained by using the vehicle vin in fair condition as a private party trade.

12. A partially redacted monthly statement from Mercedes-Benz Financial Services for the loan associated with MB4 is attached as <u>Exhibit 7</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2023 at Santa Ana, CA

_____
Rayshon Foster
Principal of the Debtor

1

2

3

4
Ally Bank filed Claim 1 in this bankruptcy case number 8:22-bk-12142-SC.  A true and

5
correct copy of Claim 1 as filed by Ally Bank is attached as <u>Exhibit 1</u>.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

</td></tr>
<tr>
<td>Debtor 1</td>
<td>2ND CHANCE INVESTMENT GROUP, LLC</td>
</tr>
<tr>
<td>Debtor 2<br>(Spouse, if filing)</td>
<td></td>
</tr>
<tr>
<td>United States Bankruptcy Court for the:</td>
<td>CENTRAL          District of  CALIFORNIA<br>(State)</td>
</tr>
<tr>
<td>Case number</td>
<td>22-12142-SCC-11</td>
</tr>
</table>

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgements, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Ally Bank
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Ally Bank c/o AIS Portfolio Services, LLC
Name

4515 N. Santa Fe Ave. Dept. APS
Number          Street

Oklahoma City          OK          73118
City          State          ZIP Code

Contact phone (800) 495-1578

Contact email ECFNotices@aisinfo.com

**Where should payments to the creditor be sent?** (if different)

Payment Processing Center
Name

P.O. Box 78367
Number          Street

Phoenix          AZ          85062
City          State          ZIP Code

Contact phone (800) 495-1578

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4 9 5 1

---

**7. How much is the claim?** $ 41,992.14*

*Claimant reserves right to amend its claim, including but not limited to, the right to amend for an unsecured deficiency

**Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Automobile Financing

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☑ Motor vehicle

☐ Other. Describe: 2021 Mercedes-Benz Sprinter 2500 Cargo High Roof w/170" WB Van 3D

VIN:W1W4DBHY2MT044909

**To the extent that Debtor received a discharge of this debt in a prior bankruptcy, the underlying indebtedness attaches only to the collateral; Creditor does not seek recourse against the debtor or the estate on previously discharged debt.If Debtor has not received a discharge of this debt in a prior bankruptcy, Creditor reserves the right to amend its claim to seek a deficiency balance,

Basis for perfection: Certificate of Title/Lien Notice

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ 41,224.00

Amount of the claim that is secured: $ 41,992.14

Amount of the claim that is unsecured: $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ 2481.95

Annual Interest Rate (when case was filed) 6.788* % * May not reflect rate entitled to under In re Till

☑ Fixed

☐ Variable

Contractual rate - for informational purposes

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Official Form 410         Proof of Claim         page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes.  *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to property. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507 (a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C § 507 (a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. §507 (a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507 (a)(5). | $ _____ |
| | ☐ Other.  Specify subsection of 11 U.S.C. § 507 (a)(__) that applies. | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| | ☒ I am the creditor's attorney or authorized agent. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward that debt. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date    12/29/2022
                MM  /  DD  /  YYYY

 /s/ Shreyansh Gandhi
     Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Shreyansh Gandhi | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Title | Claims Processor | | |
| Company | AIS Portfolio Services, LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 4515 N Santa Fe Ave. | | |
| | Dept. APS | | |
| | Number          Street | | |
| | Oklahoma | OK | 73118 |
| | City | State | Zip Code |
| Contact Phone | 8884556662 | Email | ECFNotices@aisinfo.com |

* This form 410 has been modified by AIS in conformance with FED. R. BANKR. P. 9009 and compliance with FED. R. BANKR. P. 3001. This Form 410, as modified, is substantially similar to Official Form 410.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing proof of claim document was
served via the Bankruptcy Court's electronic filing and notice system and/or First Class,
U.S. Mail, postage prepaid to all parties listed below.

**Case Information**

| Debtor(s) | | | |
|---|---|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | | | |

| Street | City | State | Zip |
|---|---|---|---|
| 600 W. SANTA ANA BLVD. PMB 5045 | SANTA ANA | CA | 92701 |

| Case Number | Court | Chapter | Filing Date |
|---|---|---|---|
| 22-12142-SCC-11 | CENTRAL DISTRICT OF CALIFORNIA | 11 | 12/21/2022 |

Debtor:

2ND CHANCE INVESTMENT GROUP, LLC
600 W. SANTA ANA BLVD.
PMB 5045
SANTA ANA, CA 92701

Trustee:

*Served Electronically*

Non-Filing Debtor:
Rayshon Foster
12812 Clemson Dr
Eastvale, CA 92880

Debtor Attorney:
AMANDA G BILLYARD
*Served Electronically*

By:

/s/ Shreyansh Gandhi
Shreyansh Gandhi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

DocuSign Envelope ID: EAE9B515-3BDA-423F-9327-907364F462D...

Case 22-bk-11242-SC    Claim 55 Part 2    Filed 02/21/23    Desc Supporting Statements    Main Document    Page 1 of 5    Entered 02/24/23 07:11:38    Page 19 of 53

Attachment C

# LIMITED SPECIAL POWER OF ATTORNEY

Ally Financial Inc. ("Client") hereby grants to AIS Portfolio Services, LLC (formerly known as AIS Portfolio Services, LP, a Limited Partnership) whose principal office is located at 5847 San Felipe, Suite 12000 Houston, TX 77057, together with its affiliates, subsidiaries, directors, officers, and employees, (jointly "AIS") Power of Attorney for the purpose of servicing claims Client or any of its direct or indirect subsidiaries may have in cases being administered pursuant to the Federal Bankruptcy Code that are referred to AIS by Client. Client expressly authorizes AIS, or any of its employees, as attorney-in-fact for the undersigned, and with full power of substitution, to prepare and execute Proofs of Claims in bankruptcy proceedings under the United States Bankruptcy Code on behalf of Client or any of its direct or indirect subsidiaries. This Limited Special Power of Attorney is being given to AIS and may be attached to claims filed on Client's behalf as required by the Federal Rules of Bankruptcy Procedure and the Official Forms.

AIS shall indemnify, defend and hold harmless Client and its successors and assigns from and against any and all losses, costs, expenses (including, without limitation, actual attorney's fees), damages, liabilities, demands or claims of any kind whatsoever ("Claims"), arising out of, related to, or in connection with (i) any action taken by AIS pursuant to this Limited Special Power of Attorney, which act results in a Claim solely by virtue of the unlawful use of this Limited Special Power of Attorney (and not as a result of a Claim related to the underlying instrument with respect to which this Limited Special Power of Attorney has been used), or (ii) any use or misuse of this Limited Special Power of Attorney in any manner or by any person not expressly authorized hereby.

Third parties without actual notice may rely upon the power granted under this Limited Special Power of Attorney upon the exercise of such power of the Attorney in fact that all conditions precedent to such exercise of power have been satisfied and that this Limited Special Power of Attorney has not been revoked.

This Limited Special Power of Attorney, and all authority granted hereunder, shall be in full force and effect until either (i) terminated in writing by Client: or (ii) without further action by Client, automatically upon the termination of the Bankruptcy Services Agreement.

Dated  11 / 2 / 2022

By: _____

Name: Laura A. Fisher

Title: Director, Supply Chain

STATE OF _____ NC _____ )

COUNTY OF _Mecklenburg_

Subscribed and sworn to (or affirmed) before me on this 2 day of November, 2022 by Laura Afton Fisher _____ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Khamla Sphabmixay
NOTARY PUBLIC
Mecklenburg County, NC
My Commission Expires July 27, 2025

Signature _____

Page 3 of 12

Amendment - SOW 04.30.18 v1

# Auto Proof of Claim Attachment

| | | | |
|---|---|---|---|
| **Name of debtor:** | 2ND CHANCE INVESTMENT GROUP, LLC | **Case number:** | 22-12142-SCC-11 |
| **Name of creditor:** | Ally Bank | **Last four digits of any number you use to identify the debtor's account:** | XXXXX4951 |

## Part 1: Statement of Principal and Interest Due as of the Petition Date

| | | |
|---|---|---|
| 1. **Principal due** | (1) | $41,207.05 |
| 2. **Interest due** | (2) + | $705.03 |
| 3. **Total principal and interest due** | (3) | $41,912.08 |

## Part 2: Statement of Prepetition Fees, Expenses, and Charges

| Description | | Amount |
|---|---|---|
| 1. **Late charges:** | (1) | $80.06 |
| 2. **Non-sufficient funds (NSF) fees:** | (2) | $0.00 |
| 3. **Other. Specify:** | (3) | $0.00 |
| 4. **Other. Specify:** | (4) | $0.00 |
| 5. **Other. Specify:** | (5) | $0.00 |
| 6. **Total prepetition fees, expenses, and charges.** | (6) | $80.06 |

## Part 3. Statement of Amount Necessary to Cure Default as of the Petition Date

| | | | |
|---|---|---|---|
| 1. **Installment payments due** | Date last payment received by creditor | | 9/20/2022 |
| | Number of installment payments due as of petition date<br>*Note: Partial payments will be reflected to the hundredth decimal place.* | (1) | 3.00 |
| 2. **Amount of installment payments due as of petition date:** | | (2) | $2,401.89 |
| 3. **Calculation of cure amount** | <u>Add</u> total prepetition fees, expenses, and charges | + | $80.06 |
| | <u>Subtract</u> total of unapplied funds (funds received but not credited to account) | - | $0.00 |
| | <u>Subtract</u> amounts for which debtor is entitled to a refund | - | $0.00 |
| | Total amount necessary to cure default as of the petition date | (3) | $2,481.95 |

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

DATE: 10/06/2021    Contract Number    CONTROL #    Salesperson _____    Stock Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC. IN A. 4295 E JURUPA ST UNIT 209 ONTARIO, CA 91761 SAN BERNARDINO | | MERCEDES-BENZ OF TEMECULA 40910 TEMECULA CENTER DR TEMECULA, CA 92591 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make | Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|---|
| NEW | 2021 | MB SPRINTER 2500 CARGO 144 | | 110 | W1W4DBHY2HT044909 | Personal, family or household unless otherwise indicated below. ☐ Business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 62663.36(E) |
|---|---|---|---|---|
| 6.79 % | $ 10527.10(E) | $ 47118.26(E) | $ 57645.36(E) | $ 62663.36(E) |

(E) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One Payment of | $ N/A | N/A |
| One Payment of | $ N/A | N/A |
| One Payment of | $ N/A | N/A |
| 71 | 800.63 | Monthly beginning 11/20/2021 |
| N/A | N/A | N/A |
| One final payment | 800.63 | 10/20/2027 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. **Total Cash Price**
   A. Cash Price of Motor Vehicle and Accessories .......... $ 47570.00(A)
      1. Cash Price Vehicle .......... $ 47570.00
      2. Cash Price Accessories .......... $ N/A
      3. Other (Nontaxable)
         Describe _____ .......... $ N/A
         Describe _____ .......... $ N/A
   B. Document Processing Charge (not a governmental fee) .......... $ 85.00(B)
   C. Emissions Testing Charge (not a governmental fee) .......... $ N/A
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) _____ .......... $ N/A
      2. (paid to) _____ .......... $ N/A
   E. (Optional) Surface Protection Product(s)
      1. (paid to) _____ .......... $ N/A(E)
      2. (paid to) _____ .......... $ N/A
   F. EV Charging Station (paid to) _____ .......... $ 3693.26(G)
      1. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (paid to) HVSC .......... $ 30.00(h)
   G. (Optional) Service Contract(s)
      1. (paid to) _____ .......... $ N/A
      2. (paid to) _____ .......... $ N/A
   H. Sales Tax (on taxable items in B through E) .......... $ N/A
   I. (Optional) Used Vehicle Contract Cancellation Option Agreement .......... $ N/A
   M. Other (paid to) _____ .......... $ N/A
      1. to _____ .......... $ N/A
   N. Other (paid to) _____ .......... $ N/A
      1. to _____ .......... $ N/A
      **Total Cash Price** (A through N) .......... $ 51378.26(1)

2. **Amounts Paid to Public Officials**
   A. Vehicle License Fees .......... $ 309.00(A)
   B. Registration/Transfer/Titling Fees .......... $ 270.00(B)
   C. California Tire Fee .......... $ 7.00(C)
   D. Other WEIGHT CERTIFICATION FEE .......... $ 154.00(D)
      **Total Official Fees** (A through D) .......... $ 740.00(2)

3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance) .......... $ N/A(3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee .......... $ 0.00(4)

5. **Subtotal** (1 through 4) .......... $ 52118.26(5)

6. **Total Downpayment**
   A. Total Agreed Value of Property being Traded-In (see Trade-In Vehicle(s)) .......... $ N/A
      Vehicle 1 $ _____
   B. Total Less Prior Credit or Lease Balance (s)
      Vehicle 1 $ _____ .......... $ N/A
   C. Total Net Trade-In (A-B) (indicate if negative number) .......... $ N/A
      Vehicle 2 $ _____
   D. Deferred Downpayment Payable to Seller .......... $ N/A
   E. Manufacturer's Rebate .......... $ N/A
   F. Other _____ .......... $ N/A
   G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card .......... $ 5000.00(6)
      **Total Downpayment** (C through G) .......... $ 5000.00
      (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1d above)

7. **Amount Financed** (5 less 6) .......... $ 47118.26(7)

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overpayment Seller receives from your lienholder or lessor. Except as stated in the "NOTICE" paragraph on the back of this contract, any language of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s).
Buyer Signature X _____    Co-Buyer Signature X _____

---

## STATEMENT OF INSURANCE

**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| ☐ N/A Ded Comp. Fire & Theft | _____ | _____ |
| ☐ N/A Ded Collision | _____ | _____ |
| Bodily Injury | $ _____ | Months $ _____ |
| Property Damage | $ _____ | _____ |
| Medical | $ _____ | _____ |
| ☐ N/A Ded Comp. Fire & Theft | _____ | _____ |
| Total Vehicle Insurance Premiums | | _____ |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____ 2ND CHANCE INVESTMENT GROUP, L by _____
Co-Buyer X _____

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in Item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X _____

---

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1G.

| Company | Term | Charge |
|---|---|---|
| N/A Company $ _____ | Term _____ Mos. or _____ Miles | |
| 12 Company $ _____ | Term _____ Mos. or _____ Miles | |
| 13 Company $ _____ | Term _____ Mos. or _____ Miles | |
| 14 Company $ _____ | Term _____ Mos. or _____ Miles | |
| 15 Company $ _____ | Term _____ Mos. or _____ Miles | |

Buyer X _____

### Trade-in Vehicle(s)

**Vehicle 1**
Year _____ N/A _____ Make _____ N/A _____
Model _____ N/A _____ Odometer _____ N/A _____
VIN _____ N/A _____
A. Agreed Value of Property Being Traded-In (a-b) $ _____
B. Buyer/Co-Buyer Retained Trade Equity $ _____
C. Agreed Value of Property Being Traded-In (a-b) $ _____
D. Prior Credit or Lease Balance $ _____
E. Net Trade-In (c-d) (must be ≥ 0 for buyer/co-buyer to retain equity) $ _____

**Vehicle 2**
Year _____ N/A _____ Make _____ N/A _____
Model _____ N/A _____ Odometer _____ N/A _____
VIN _____ N/A _____
A. Agreed Value of Property Being Traded-In (a-b) $ _____
B. Buyer/Co-Buyer Retained Trade Equity $ _____
C. Agreed Value of Property Being Traded-In (a-b) $ _____
D. Prior Credit or Lease Balance $ _____
E. Net Trade-In (c-d) (must be ≥ 0 for buyer/co-buyer to retain equity) $ _____

Total Agreed Value of Property Being Traded-In (1a+2a) $ _____
Total Prior Credit or Lease Balance (1b+2d) $ _____
Total Net Trade-In (1e+2e) $ _____
(*See item 6A-6C in the Itemization of Amount Financed*)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____ N/A _____
SELLER'S INITIALS _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

---

**Trade-In Payoff Agreement:** (repeated block)

This contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: _____

## AUTO BROKER FEE DISCLOSURE

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding. _____
Buyer X _____    Co-Buyer X _____

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _____    Co-Buyer X _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET IF EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONSULT YOUR INSURANCE AGENT.
THE CREDIT DISCLOSURES ABOVE AND THE TERMS ON THE BACK OF THIS CONTRACT ARE PART OF THIS CONTRACT.
X/S X _____

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can change the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.
If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change. 2ND CHANCE INVESTMENT GROUP, L by _____
Buyer Signature X _____    Co-Buyer Signature X _____    N/A

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

---

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

2ND CHANCE INVESTMENT GROUP, L by _____ 10/06/2021
Buyer Signature X _____    Co-Buyer Signature X _____

**YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.**

Co-Buyers and Other Owners — An other owner is a person who signs this contract. An other owner may be a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the terms of this contract with the warning in this contract. _____
Other Owner Signature X _____

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we give more time to pay or cause to pay or otherwise reach a settlement directly with the Buyer or any other Guarantor. (5) otherwise reach a settlement directly with this contract or Buyer or any other Guarantor. (5) release, any security, (4) except from any demands for reimbursement, notice of Buyer's nonpayment, notice of acceptance of this guaranty, notice of the amount owing at any time, and of any demands upon the Buyer.
Guaranty Signature X _____ Printed _____ Dir: CORONA, CA 92880 _____ Guarantor X _____

MERCEDES-BENZ OF TEMECULA    10/06/2021    By: _____ Title: _____ MANAGER
Seller Signs X _____

LAW FORM NO.
©2014 The Reynolds and Reynolds Company. TO ORDER: www.reyrey.com  1-800-344-0996, fax 1-800-531-9055. NO PART OF THIS FORM MAY BE REPRODUCED IN ANY MANNER WHATSOEVER. FOR A COPY OF THIS FORM, CONTACT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**GAP LIABILITY NOTICE**

In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional debt cancellation agreement for coverage of the gap amount may be offered for an additional charge.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.
Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on your credit application;
- You start a proceeding in bankruptcy or one is started against you or your property;
- The vehicle is lost, damaged or destroyed; or
- You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

---

f. **We may sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the front of this contract, not to exceed the highest rate permitted by law, until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

### 4. WARRANTIES SELLER DISCLAIMS

**If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

### 5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que se ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario del contrato de venta.

### 6. SERVICING AND COLLECTION CONTACTS
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree that you will within a reasonable time notify us of any change in your name, address, or employment.

### 7. APPLICABLE LAW
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

### 8. WARRANTIES OF BUYER
You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

### CREDIT DISABILITY INSURANCE NOTICE CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed claim form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months in a partial disability and pays less than a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments. If the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

**Seller's Right to Cancel**
a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take some time for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller shall give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair or any damage to the vehicle until the vehicle is returned to Seller.

---

## ARBITRATION PROVISION
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**
2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**
3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

| | | |
|---|---|---|
| Seller assigns its interest in this contract to | | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
| ☐ Assigned with recourse | | ☐ Assigned without recourse |
| Seller  Mercedes-Benz of Temecula | By | Title  manager |

PDP ELECTRONIC TITLE DOCUMENT


ELT*CA    : ELT - CALIFORNIA


Title #   :                              Title Type :
Issue Date: 12/08/2021                   Lic/Tag/Control #:


VIN . . . . . . :   W1W4DBHY2MT044909

Vehicle Info. . :   21 MERZ VN V


Odometer Reading :   000000110
         Date . :   10/06/2021
         Status  :   A


Owner Information . :   2ND CHANCE INVESTMENT
Co-Owner . . . . . :   GROUP LLC


Owner address . . . :   4295 E JURUPA ST UNIT 209

                        ONTARIO
                        CA


Lienholder Information:  ALLY FNCL
                         PO BX 8128

                         COCKEYSVILLE
                         MD

2nd Lienholder Name   :


ELT Sent Date . . . . :   12/08/2021
Lien Type . . . . . . :
Owner Driver License# :


Brand code . . . . :


Release name . . . :
Release address 1  :
Rel City/State/Zip :     ,

1

2

3

4

5
      The Debtor listed the value of MB1 to be $50,456.00 on Schedules A/B.  An updated value

6
as of February 13, 2023, from KBB.com is provided as <u>Exhibit 2</u>.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kelley Blue Book**
THE TRUSTED RESOURCE

# 2021 Mercedes-Benz Sprinter 2500 Cargo
# Pricing Report

**Style:** Standard Roof w/144" WB Van 3D

**Mileage:** 40,000

**KBB.com Consumer Rating:** 4.2/5

# Trade in to a Dealer



Trade-in Range
**$38,887 - $45,466**
Trade-in Value
**$42,177**

Valid for **ZIP code 92614** through **02/13/2023**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Black

**Drivetrain**
RWD

**Engine**
4-Cyl, Turbo Diesel, 2.0 Liter

**Transmission**
Automatic, 7-Spd 7G-Tronic

**Braking and Traction**
ABS (4-Wheel)

Hill Start Assist

Electronic Stability Control

**Comfort and Convenience**
Air Conditioning

Cruise Control

Keyless Entry

Power Door Locks

**Wheels and Tires**
Steel Wheels

**Entertainment and Instrumentation**
AM/FM Stereo

MB Emergency Call

**Safety and Security**
Backup Camera

Dual Air Bags

Head Curtain Air Bags

Side Air Bags

**Steering**
Tilt Wheel

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

> **Tip:**
>
> It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 1995-2023 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2023 Kelley Blue Book Co., Inc. All rights reserved. 2/13/2023-2/13/2023 Edition. This is the information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

An updated value from KBB.com is provided as <u>Exhibit 3</u>. The value was obtained by

using the vehicle vin in fair condition as a private party trade.

# Kelley Blue Book
**THE TRUSTED RESOURCE**

# 2021 Mercedes-Benz Sprinter 2500 Cargo
# Pricing Report

**Style:** High Roof w/170" WB Van 3D

**Mileage:** 15,000

**KBB.com Consumer Rating:** 4.2/5

# Trade in to a Dealer



Trade-in Range
**$36,381 - $41,628**
Trade-in Value
**$39,005**

Valid for **ZIP code 92614** through **02/13/2023**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

| **Exterior Color** | **Drivetrain** | **Engine** | **Transmission** |
|---|---|---|---|
| ✓ Black | RWD | 4-Cyl, Turbo Diesel, 2.0 Liter | Automatic, 7-Spd 7G-Tronic |

| **Braking and Traction** | **Comfort and Convenience** | **Accessory Packages** | **Wheels and Tires** |
|---|---|---|---|
| ABS (4-Wheel) | Air Conditioning | High Ceiling Roof | Steel Wheels |
| Hill Start Assist | Cruise Control | | |
| Electronic Stability Control | Keyless Entry | | |
| | Power Door Locks | | |

| **Entertainment and Instrumentation** | **Safety and Security** | **Steering** |
|---|---|---|
| AM/FM Stereo | Backup Camera | Tilt Wheel |
| MB Emergency Call | Dual Air Bags | |
| | Head Curtain Air Bags | |
| | Side Air Bags | |

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

> **Tip:**
>
> It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

© 1995-2023 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2023 Kelley Blue Book Co., Inc. All rights reserved. 2/13/2023-2/13/2023 Edition. As a dealer, the information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

The Debtor listed the value of MB3 to be $52,269 on Schedules A/B.  An updated value from KBB.com is provided as <u>Exhibit 4</u>.

# Kelley Blue Book
**THE TRUSTED RESOURCE**

# 2021 Mercedes-Benz Sprinter 2500 Cargo
# Pricing Report

**Style**: High Roof w/170" WB Van 3D

**Mileage**: 35,000

**KBB.com Consumer Rating**: 4.2/5

## Trade in to a Dealer



Trade-in Range
**$32,313 - $37,560**
Trade-in Value
**$34,937**

Valid for **ZIP code 92614** through **02/13/2023**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

| | | | |
|---|---|---|---|
| **Exterior Color** | **Drivetrain** | **Engine** | **Transmission** |
| ✓ Black | RWD | 4-Cyl, Turbo Diesel, 2.0 Liter | Automatic, 7-Spd 7G-Tronic |

**Braking and Traction**

ABS (4-Wheel)

Hill Start Assist

Electronic Stability Control

**Comfort and Convenience**

Air Conditioning

Cruise Control

Keyless Entry

Power Door Locks

**Accessory Packages**

High Ceiling Roof

**Wheels and Tires**

Steel Wheels

**Entertainment and Instrumentation**

AM/FM Stereo

MB Emergency Call

**Safety and Security**

Backup Camera

Dual Air Bags

Head Curtain Air Bags

Side Air Bags

**Steering**

Tilt Wheel

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

---

### Tip:

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 1995-2023 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2023 Kelley Blue Book Co., Inc. All rights reserved. 2/13/2023-2/13/2023 Edition. All information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

A partially redacted monthly statement for MB2 and MB3 from Mercedes-Benz Financial

Services for the loan associated with MB2 and MB3 is attached as <u>Exhibit 5</u>.



D1_US_220806_000558

# Mercedes-Benz Financial Services

| | |
|---|---|
| ✉ **Web Address** | MBFSCommercial.mbfs.com |
| ✉ **Client Care Center** | 866-808-6273 |
| **Hours of Operation** | Mon-Fri 8am-5pm (CT) |
| ✉ **Payment Mailing Address** | P.O. Box 5260 |
| | Carol Stream, IL 60197-5260 |

| Balance* | Contract Number | Customer Number | Statement Date | Invoice Number | Payment Due Date |
|---|---|---|---|---|---|
| $92,551.00 | 0001 | 53/1 | 08/07/2022 | 236 | 08/24/2022 |

*This is not a payoff balance. Please see reverse side for payoff instructions.*

**Contract Date:** 07/10/2021
**Maturity Date:** 07/24/2027

| | Previous Charges | Current Charges | Total Payment Due |
|---|---|---|---|
| | $0.00 | $1,542.50 | $1,542.50 |

**Contract Activity - *See reverse side for important information***



**Your 2021 Yearly Interest Letter will be mailed and available online January 31, 2022.**

| Date | Description | Amount |
|---|---|---|
| | Payment Received 07/20/2022. Thank You! | ($1,542.50) |
| 08/07/2022 | Installment Due | $1,542.50 |
| | Current Charges | $1,542.50 |
| | Total Payment Due | $1,542.50 |

---

**KEEP FOR YOUR RECORDS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RETURN THIS PORTION WITH PAYMENT**

### Mercedes-Benz Financial Services

*Send all correspondence to:*
14372 Heritage Parkway
Fort Worth, TX 76177

| PAYMENT DUE DATE: | 08/24/2022 |
|---|---|
| TOTAL PAYMENT DUE: | $1,542.50 |

**$** ☐☐☐☐☐☐☐☐ . ☐☐

Contract Number: 5001994210001

Please be sure to write your contract number on your check or visit us online to review your contract or make your payment.

☐ Check here if change of address is required.
See reverse for change of address form.

**2ND CHANCE INVESTMENT GROUP, LLC**
12812 Clemson Dr
Eastvale, CA 92880-3369

**Mail Payment to:**

Mercedes-Benz Financial Services USA LLC
P.O. Box 5260
Carol Stream, IL 60197-5260

To ensure prompt delivery and processing of payments concerning your lease or loan, please address your package to the following address and retain any tracking information provided. Payments should be made payable to Mercedes-Benz Financial Services USA LLC and / or Daimler Trust with your account number clearly noted on the check. You cannot make payments in person.

**Mercedes-Benz Financial Services USA LLC**
**Box 5260**
**8430 West Bryn Mawr Ave., 3rd FL**
**Chicago, IL 60631**

## PAYMENT POSTING, LATE PAYMENTS AND LATE CHARGES

You can avoid late charges by making your monthly payment for the exact amount due on or before the due date. Clearly print your Mercedes-Benz Financial Services USA LLC account number on your payment and allow at least 5-7 days for mail delivery, and payment processing time. Payments are not considered paid until they are received. All payments not received within the time frame indicated on your contract will incur late charges. If your account is more than 10 days past due, please contact our Client Care Center to make payment arrangements.

## CALL MONITORING

To the extent permitted by law, you give Mercedes-Benz Financial Services USA LLC permission to monitor and record any telephone conversation between you and Mercedes-Benz Financial Services USA LLC, including Mercedes-Benz Financial Services USA LLC's representatives, service providers and agents.

## PAYOFF AMOUNT

Your actual payoff amount is governed by and calculated under the terms of your contract and will differ from the Balance amount provided on this statement. If you would like to obtain a payoff for one or all of your contracts, please call us at the toll free number provided on the front of this statement. One of our customer service representatives can provide you with an up-to-date payoff amount and instructions to expedite the payoff process.

## LEGAL NOTICE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## CREDIT DISPUTE

If you have a credit dispute regarding your Mercedes-Benz Financial Services USA LLC account, you may contact the applicable credit reporting agency or Mercedes-Benz Financial Services USA LLC. To contact Mercedes-Benz Financial Services USA LLC, mail us a letter describing the credit dispute to (please include your account number, name, and address):

**Mercedes-Benz Financial Services USA LLC**
**Credit Dispute Dept.**
**P.O. Box 961**
**Roanoke, TX 76262**

## CHECK PROCESSING

When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. When we process your check payment as an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The conversion of your check to an electronic fund transfer allows us to more efficiently and accurately process your payment and update your Mercedes-Benz Financial Services account.

DEAR CUSTOMER:

If your address, home or work phone numbers change, please notify us using this form and mail it with your remittance.

| Contract # | | New Home Phone | |
|---|---|---|---|
| Name | | New Work Phone | |
| Email | | | |
| New Billing Address | | | |
| | Number        Street        Apt # | | |
| | City        State   Zip | | |
| New Garaging Address | | | |
| | Number        Street        Apt # | | |
| | City        State   Zip | | |

**Mercedes-Benz Financial Services**

```
Customer Name :  2ND CHANCE INVESTMENT GROUP, LLC                                    Page 3 of 3
Invoice Number :            8236
Payment Due Date : 08/24/2022                                          Statement Date: 08/07/2022
```

| Contract Number: 0001 | Contract Date: 07/10/2021 | Term: 72 | Purchase Order: | Maturity Date: 07/24/2027 |
|---|---|---|---|---|

| Asset Serial Number | Original Amount Financed | Balance | Total |
|---|---|---|---|
| W1W4DCHY6MT047575 | $45,817.16 | $45,537.91 | $758.96 |
| W1W4DCHY7MT046564 | $47,301.39 | $47,013.09 | $783.54 |
| Asset Totals: 2 | $93,118.55 | $92,551.00 | $1,542.50 |

| Previous Installment Charges: | $0.00 | Previous Late Charges: | $0.00 | Previous Misc Charges: | $0.00 | Previous Charges Summary: | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Current Late Charges: | $0.00 | Current Misc Charges: | $0.00 | Current Charges Summary: | $0.00 |
| | | | | | | Total Contract Charges: | $1,542.50 |

| Totals: | | $93,118.55 | $92,551.00 | | | | $1,542.50 |
|---|---|---|---|---|---|---|---|
| Total Previous Installment Charges: | $0.00 | Total Previous Late charges: | $0.00 | Total Previous Misc Charges: | $0.00 | Previous Charges Total: | $0.00 |
| | | Total Current Late charges: | $0.00 | Total Current Misc Charges: | $0.00 | Current Charges Total: | $0.00 |
| | | | | | | Total Payment Due(Loan) | $1,542.50 |

1

2

3      The Debtor listed a value of MB4 at $40,000.  An updated value from KBB.com is

4      provided as Exhibit 6.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# 2021 Mercedes-Benz Sprinter 2500 Cargo
# Pricing Report

**Style**: High Roof w/170" WB Van 3D

**Mileage**: 22,000

**KBB.com Consumer Rating**: 4.2/5

# Trade in to a Dealer



Trade-in Range
**$36,839 - $42,086**
Trade-in Value
**$39,463**

Valid for **ZIP code 92614** through **02/13/2023**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Black

**Drivetrain**
RWD

**Transmission**
Automatic, 7-Spd 7G-Tronic

**Braking and Traction**
ABS (4-Wheel)

Hill Start Assist

Electronic Stability Control

**Comfort and Convenience**
Air Conditioning

Cruise Control

Keyless Entry

Power Door Locks

**Accessory Packages**
High Ceiling Roof

**Wheels and Tires**
Steel Wheels

**Entertainment and Instrumentation**
AM/FM Stereo

MB Emergency Call

**Safety and Security**
Backup Camera

Dual Air Bags

Head Curtain Air Bags

Side Air Bags

**Steering**
Tilt Wheel

**Engine**
✓ V6, Turbo Diesel, 3.0 Liter

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

> ## Tip:
>
> It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 1995-2023 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2023 Kelley Blue Book Co., Inc. All rights reserved. 2/13/2023-2/13/2023 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)

1

2

3      A partially redacted monthly statement from Mercedes-Benz Financial Services for the

4      loan associated with MB4 is attached as <u>Exhibit 7</u>.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mercedes-Benz Financial Services

| | |
|---|---|
| **Web Address** | www.commercial.mbfs.com |
| **Client Care Center** | 866-808-6273 |
| **Hours of Operation** | Mon-Fri 8am-5pm (CT) |
| **Payment Mailing Address** | P.O. Box 5260 |
| | Carol Stream, IL 60197-5260 |

| Balance* | Contract Number | Customer Number | Statement Date | Invoice Number | Payment Due Date |
|---|---|---|---|---|---|
| $53,822.23 | 0001 | 53/1 | 08/02/2022 | 3583 | 08/20/2022 |

*This is not a payoff balance. Please see reverse side for payoff instructions.*

| | | Previous Charges | Current Charges | Total Payment Due |
|---|---|---|---|---|
| **Contract Date:** | 10/06/2021 | | | |
| **Maturity Date:** | 10/20/2027 | $0.00 | $854.25 | $854.25 |

**Contract Activity -** *See reverse side for important information*

| Date | Description | Amount |
|---|---|---|
| | Payment Received 07/20/2022. Thank You! | ($854.25) |
| 08/02/2022 | Installment Due | $854.25 |
| | Current Charges | $854.25 |
| | Total Payment Due | $854.25 |

Your 2021 Yearly Interest Letter will be mailed and available online January 31, 2022.

---

**KEEP FOR YOUR RECORDS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RETURN THIS PORTION WITH PAYMENT**

**Mercedes-Benz Financial Services**

*Send all correspondence to:*
14372 Heritage Parkway
Fort Worth, TX 76177

| | |
|---|---|
| **PAYMENT DUE DATE:** | 08/20/2022 |
| **TOTAL PAYMENT DUE:** | $854.25 |

$ ☐☐☐☐☐☐☐☐☐.☐☐

Contract Number:   0001

Please be sure to write your contract number on your check or visit us online to review your contract or make your payment.

☐ Check here if change of address is required.
See reverse for change of address form.

2ND CHANCE INVESTMENT GROUP, LLC
12812 Clemson Dr
Eastvale, CA 92880-3369

**Mail Payment to:**

Mercedes-Benz Financial Services USA LLC
P.O. Box 5260
Carol Stream, IL 60197-5260

0001500020666300001550122016353353836000000000000854258

To ensure prompt delivery and processing of payments, and to take advantage of overnight delivery service, please address your package to the following address and retain any tracking information provided. Payments should be made payable to Mercedes-Benz Financial Services USA LLC and / or Daimler Trust with your account number clearly noted on the check. You cannot make payments in person.

**Mercedes-Benz Financial Services USA LLC**

**Box 5260**

**8430 West Bryn Mawr Ave., 3rd FL**

**Chicago, IL 60631**

## PAYMENT POSTING, LATE PAYMENTS AND LATE CHARGES

You can avoid late charges by making your monthly payment for the exact amount due on or before the due date. Clearly print your Mercedes-Benz Financial Services USA LLC account number on your payment and allow at least 5-7 days for mail delivery, and payment processing time. Payments are not considered paid until they are received. All payments not received within the time frame indicated on your contract will incur late charges. If your account is more than 10 days past due, please contact our Client Care Center to make payment arrangements.

## CALL MONITORING

To the extent permitted by law, you give Mercedes-Benz Financial Services USA LLC permission to monitor and record any telephone conversation between you and Mercedes-Benz Financial Services USA LLC, including Mercedes-Benz Financial Services USA LLC's representatives, service providers and agents.

## PAYOFF AMOUNT

Your actual payoff amount is governed by and calculated under the terms of your contract and will differ from the Balance amount provided on this statement. If you would like to obtain a payoff for one or all of your contracts, please call us at the toll free number provided on the front of this statement. One of our customer service representatives can provide you with an up-to-date payoff amount and instructions to expedite the payoff process.

## LEGAL NOTICE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## CREDIT DISPUTE

If you have a credit dispute regarding your Mercedes-Benz Financial Services USA LLC account, you may contact the applicable credit reporting agency or Mercedes-Benz Financial Services USA LLC. To contact Mercedes-Benz Financial Services USA LLC, mail us a letter describing the credit dispute to (please include your account number, name, and address):

**Mercedes-Benz Financial Services USA LLC**

**Credit Dispute Dept.**

**P.O. Box 961**

**Roanoke, TX 76262**

## CHECK PROCESSING

When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. When we process your check payment as an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

The conversion of your check to an electronic fund transfer allows us to more efficiently and accurately process your payment and update your Mercedes-Benz Financial Services account.

DEAR CUSTOMER:

If your address, home or work phone numbers change, please notify us using this form and mail it with your remittance.

| | | |
|---|---|---|
| Contract # | | New Home Phone |
| Name | | New Work Phone |
| Email | | |
| New Billing Address | | |
| | Number        Street | Apt # |
| | City | State    Zip |
| New Garaging Address | | |
| | Number        Street | Apt # |
| | City | State    Zip |

**Mercedes-Benz Financial Services**

Customer Name :  2ND CHANCE INVESTMENT GROUP, LLC                                             Page 3 of 3
Invoice Number :         33583
Payment Due Date : 08/20/2022                                          Statement Date: 08/02/2022

| Contract Number: 0001 | Contract Date: 10/06/2021 | Term: 72 | Purchase Order: | Maturity Date: 10/20/2027 |
|---|---|---|---|---|

| Asset Serial Number | Original Amount Financed | Balance | | Total |
|---|---|---|---|---|
| W1Y4ECHY4MT067750 | $51,575.94 | $53,822.23 | | $854.25 |
| Asset Totals: 1 | $51,575.94 | $53,822.23 | | $854.25 |

| Previous Installment Charges: | $0.00 | Previous Late Charges: | $0.00 | Previous Misc Charges: | $0.00 | Previous Charges Summary: | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Current Late Charges: | $0.00 | Current Misc Charges: | $0.00 | Current Charges Summary: | $0.00 |
| | | | | | | Total Contract Charges: | $854.25 |

| Totals: | | $51,575.94 | $53,822.23 | | | | $854.25 |
|---|---|---|---|---|---|---|---|
| Total Previous Installment Charges: | $0.00 | Total Previous Late charges: | $0.00 | Total Previous Misc Charges: | $0.00 | Previous Charges Total: | $0.00 |
| | | Total Current Late charges: | $0.00 | Total Current Misc Charges: | $0.00 | Current Charges Total: | $0.00 |
| | | | | | | Total Payment Due(Loan) | $854.25 |