UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 2/21/2023, I did cause a copy of the following documents, described below,

1) NOTICE OF MOTION FOR ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE BANKRUPTCY ESTATE; 2) 2) DEBTOR'S MOTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RAYSHON FOSTER IN SUPPORT THEREOF

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/21/2023

/s/ /s/ Andy C. Warshaw
/s/ Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| IN RE: <br><br> 2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 |

On 2/21/2023, a copy of the following documents, described below,

1) NOTICE OF MOTION FOR ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE BANKRUPTCY ESTATE; 2) 2) DEBTOR'S MOTION TO ABANDON PERSONAL PROPERTY OF THE ESTATE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RAYSHON FOSTER IN SUPPORT THEREOF

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/21/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were served via First Class USPS Mail Service.
```

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>TUE FEB 21 6-45-46 PST 2023 | 2ND CHANCE INVESTMENT GROUP  LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA  CA 92701-4558 | ALLY BANK  CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(U)COURTESY NEF~~ | FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST  STE C<br>IRVINE  CA 92614-6749 | GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>IRVINE  CA 92614-6840 |
| ~~EXCLUDE~~<br>~~(U)INTERESTED PARTY~~ | OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS<br>CO GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE  CA 92614-6840 | ~~EXCLUDE~~<br>~~SANTA ANA DIVISION~~<br>~~411 WEST FOURTH STREET  SUITE 2030~~<br>~~SANTA ANA  CA 92701-4500~~ |
| ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS  SUITE 615<br>LOS ANGELES  CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS  CA 91748-4777 | ALLY<br>PO BOX 380902<br>MINNEAPOLIS  MN 55438-0902 |
| ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES  CA 90096-8000 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| COMCASTEFFECTV<br>PO BOX 415949<br>BOSTON  MA 02241-5949 | DAVID GUZMAN<br>14583 MCKENDREE AVE<br>CHINO  CA 91710-6988 | DEL TORO LOAN SERVICING  INC<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA  CA 91914-3559 |
| FCI<br>8180 E KAISER BLVD<br>ANAHEIM  CA 92808-2277 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FABIAN  KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE  CA 92843-2234 |
| (P)FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FELIPE GUTIERREZ JR<br>13056 SYCAMORE AVE APT B<br>CHINO  CA 91710-6725 | FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO  CA 95812-2952 |
| GIL HOPENSTAND<br>312 N SPRING STREET  5TH FL<br>LOS ANGELES  CA 90012-4701 | GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE  CA 93552-3966 | HITEN RAM BHAKTA  SAJAN BHAKTA<br>CO SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES  CA 90067-6051 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via the First Class USPS Mail Service.

| | | |
|---|---|---|
| HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE  KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | ~~EXCLUDE~~<br>~~(D)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA  PA 19101-7346~~ |
| JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE<br>CHINO  CA 91710-7390 | JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO  CA 91710-7390 | KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK  CA 90650-5737 |
| LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO  CA 92408-2872 | LOWES BUSINESS ACCTGECRB<br>PO BOX 530970<br>ATLANTA  GA 30353-0970 | MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO  CA 92404-6439 |
| MARGARET ADAMS<br>25641 BYRON ST<br>SAN BERNARDINO  CA 92404-6439 | MERAH  LLC<br>7026 EDINBORO STREET<br>CHINO  CA 91710-6961 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| ~~EXCLUDE~~<br>~~(D)(P)MERCEDES BENZ FINANCIAL SERVICES~~<br>~~13650 HERITAGE PARKWAY~~<br>~~FORT WORTH TX 76177-5323~~ | MICHAEL CHAPMAN SR<br>324 W 47TH PLACE<br>LOS ANGELES  CA 90037-3235 | MICHAEL CHAPMAN SR<br>328 W 47TH PLACE<br>LOS ANGELES  CA 90037-3235 |
| MIDARE  LLC<br>14583 MCKENDREE AVE<br>CHINO  CA 91710-6988 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND  CA 91784-1054 | PANGEA INTL RECEIVABLE SERVICES<br>140 2ND AVE W<br>SUITE D<br>KALISPELL  MT 59901-4417 |
| PRAMIRA HOLDINGS  LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN  CA 92780-6983 | PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN  CA 92780-6299 | PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO  CA 94141 |
| RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES  CA 90008-4903 | ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND  CA 93653 | SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA  CA 92880-3369 |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY  UT 84165-0250 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON  TX 77242-4239 | SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO  CA 94578-1955 |

USPS FIRST CLASS MAIL INTELLIGENT
Parties whose names are struck through were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO  TX 79935-4910 | STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX  AZ 85062 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES  CA 90067-6051 |
| STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE  CA 92501-3641 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO  CA 92410-1029 |
| THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER  CA 93535-5872 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER  CA 93535-5872 | US SMALL BUSINESS ADMINISTRATION<br>312 N SPRING STREET  5TH FL<br>LOS ANGELES  CA 90012-2678 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE (SA)~~<br>~~411 W FOURTH ST  SUITE 7160~~<br>~~SANTA ANA  CA 92701-4500~~ | ZONA AZ  LLC<br>3863 E HERMOSA VISTA DRIVE<br>MESA  AZ 85215-1705 | ZONA CA  LLC<br>3863 E HERMOSA DRIVE<br>MESA  AZ 85215-1705 |
| AMANDA G BILLYARD<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST SUITE C<br>IRVINE  CA 92614-6749 | ANDY C WARSHAW<br>FINANCIAL RELIEF LAW CENTER  APC<br>1200 MAIN STREET<br>STE C<br>IRVINE  CA 92614-6749 | DAVID M GOODRICH<br>GOLDEN GOODRICH<br>650 TOWN CENTER DRIVE  SUITE 600<br>COSTA MESA  CA 92626-7121 |
| DOUGLAS A PLAZAK<br>REID  HELLYER  APC<br>3685 MAIN STREET  SUITE 300<br>PO BOX 1300<br>PO BOX 1300<br>RIVERSIDE  CA 92502-1300 | RICHARD L STURDEVANT<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST STE C<br>IRVINE  CA 92614-6749 | |

COURT'S LI$T OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

(Interested Party)
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

| Andy C Warshaw | Richard L. Sturdevant | David M Goodrich |
|---|---|---|
| Financial Relief Law Center, APC | Financial Relief Law Center | Golden Goodrich |
| 1200 Main Street | 1200 Main St. Ste C | 650 Town Center Drive, Suite 600 |
| Ste #C | Irvine, CA 92614 | Costa Mesa, CA 92626 |
| Irvine, CA 92614 | | |
| | rich@bwlawcenter.com | dgoodrich@go2.law |
| awarshaw@bwlawcenter.com | | |

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com