**Fill in this information to identify the case:**

Debtor name: **2nd Chance Investment Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **8:22-bk-12142**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. **East West Bank** ........................................................................... $2,000.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.    $2,000.00

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Debtor __2nd Chance Investment Group, LLC__   Case number (If known) __8:22-bk-12142__
          Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. MB1<br>2021 Mercedes Benz Sprinter 2500 with 38,620<br>value based on kbb.org | $0.00 | Comparable sale | $50,456.00 |
| 47.2. MB2<br>2021 Mercedes 2500 with 11,063 miles<br>value based on kbb.org | $0.00 | Comparable sale | $58,536.00 |
| 47.3. MB3<br>2021 Mercedes 2500 with 33,123 miles<br>value based on kbb.org | $0.00 | Comparable sale | $52,269.00 |
| 47.4. MB4<br>2020 Mercedes 2500 with 19,426 miles<br>value based on kbb.org | $0.00 | Comparable sale | $40,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Debtor  **2nd Chance Investment Group, LLC**  Case number (If known) 8:22-bk-12142
Name

machinery and equipment)

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.   $201,261.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 3025 Glenview Ave. San Bernardino CA 92407 | Fee simple | $0.00 | | $377,000.00 |
| 55.2. 13352 Marty Lane Garden Grove CA 92843 | Fee simple | $0.00 | | $700,000.00 |
| 55.3. 37472 Yorkshire Dr. Palmdale CA 37472 Yorkshire Dr. Palmdale CA 93550 | Fee simple | $0.00 | | $400,000.00 |
| 55.4. 324 W 47th Pl. Los Angeles CA 90037 | Fee simple | $0.00 | | $640,000.00 |
| 55.5. 25641 Byron St. San Bernardino CA 92404 | Fee simple | $0.00 | | $480,000.00 |
| 55.6. 43933 30 St E Lancaster CA 93535 | Fee simple | $0.00 | | $295,000.00 |
| 55.7. 1004 Peachwood Crt. Los Banos CA 93635 | Fee simple | $0.00 | | $426,000.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

Debtor    **2nd Chance Investment Group, LLC**    Case number (If known) **8:22-bk-12142**
                Name

| | | | | |
|---|---|---|---|---|
| 55.8. | 8607 Custer Rd SW<br>Lakewood WA 98499 | Fee simple | $0.00 | $426,000.00 |
| 55.9. | 827 N Meridian Ave.<br>San Bernardino CA 92410 | Fee simple | $0.00 | $460,000.00 |
| 55.10. | 730 E 78th St Los Angeles CA 90001 | Fee simple | $0.00 | $685,000.00 |
| 55.11. | 1611 151st St. San Leandro CA 94578 | Fee simple | $0.00 | $691,000.00 |
| 55.12. | 1016 Portal Ave. Bakersfield CA 93308 | Fee simple | $0.00 | $240,000.00 |
| 55.13. | 37915 Marsala Dr. Palmdale CA 93552 | Fee simple | $0.00 | $410,000.00 |
| 55.14. | 3122 Emery Lane, Robbins, IL | Fee simple | $0.00 | $50,000.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.    $6,280,000.00

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ■ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites<br>www.homebuyersca.com | $0.00 | | $0.00 |

| Debtor | 2nd Chance Investment Group, LLC | Case number (If known) | 8:22-bk-12142 |
|---|---|---|---|
| | Name | | |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                                                       $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **2nd Chance Investment Group, LLC**  Case number *(If known)* **8:22-bk-12142**
Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $2,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $201,261.00 | |
| 88. Real property. *Copy line 56, Part 9.* ................> | | $6,280,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $203,261.00  + 91b. | $6,280,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,483,261.00 |

*(signature)*  2-15-2023