Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENTS GROUP, LLC<br><br>Debtor in Possession. | Case No.:  8:22-bk-12142-SC<br><br>Chapter 11<br><br>**DECLARATION OF RAYSHON FOSTER SUPPORTING RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>**HEARING INFORMATION**<br>**DATE**:  April 12, 2023<br>**TIME**:   1:30 pm<br>**COURTROOM**:  5C- Virtual<br>**PLACE**:  411 W. Fourth Street<br>Santa Ana, CA |

## DECLARATION OF RAYSHON FOSTER

I, Rayshon Foster, do hereby declare and say as follows:

1. I am over eighteen (18) years of age and a citizen of the United States of America.  I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief.  As to all matter alleged on information and belief, I believe them to

be true. If called upon as a witness, I could and would competently testify thereto.

2. I make this declaration in response to **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)** filed on February 28, 2023, as ECF No. 58 (the "Motion").

3. The Motion seeks relief for real property located at 3232-3234 Folsom Street N/K/A 3232 Folsom Street, San Francisco, CA 94110 (the "Property"). I have no personal knowledge of the Property.

4. 2nd Chance Investment Group, LLC has no interest in the Property, has never been in possession of the property and is not currently in possession of the property.

5. 2nd Chance Investment Group, LLC was not involved in the transfer of the Property into the Debtor.

6. 2nd Chance Investment Group, LLC has no dealings or involvement with the Property aside from it being transferred, unbeknownst to myself or the Debtor, and requests a Court order that the Debtor was not involved in any scheme to hinder, delay, or defraud creditors relating to the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of March 2023 at Suffolk, VA

*/s/ Rayshon Foster*
Rayshon Foster
Principal of the Debtor