**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **2nd Chance Investment Group, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **8:22-bk-12142-SC** |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PIT Bankruptcy MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred<br>**1.1.22** | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred<br>**1.1.22** | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142-SC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Aaron Zistman**<br>**18518 Dancy St.**<br>**Rowland Heights, CA 91748**<br>Date(s) debt was incurred **3/3/22, 5/10/22, 4/8/22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Investor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000**<br>Date(s) debt was incurred **10/1/22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **credit card**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$209,091.02** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000**<br>Date(s) debt was incurred **10/1/22**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **credit card**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$53,741.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**ASB Ventures LLC**<br>**c/o Schorr Law**<br>**1901 Avenue of the Stars, Suite 615**<br>**Los Angeles, CA 90067**<br>Date(s) debt was incurred **10.6.21, 5/26/21**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **investor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Comcast/Effectv**<br>**PO Box 415949**<br>**Boston, MA 02241**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$78,020.97** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**David Guzman**<br>**14583 McKendree Ave.**<br>**Chino, CA 91710**<br>Date(s) debt was incurred **12./15/21**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **investor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Fabian Martinez**<br>**13352 Marty Ln.**<br>**Garden Grove, CA 92843**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142-SC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Felipe Gutierrez Jr.**<br>**13056 sycamore Ave. Apt. B**<br>**Chino, CA 91710**<br>Date(s) debt was incurred  **3.11.21**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  investor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Google Adwords**<br>**c/o Joe Ventura**<br>**Commercial Collection Corp of NY**<br>**34 Seymour St**<br>**Tonawanda, NY 14150**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  Adverstising**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Hiten Ram Bhakta & Sajan Bhakta**<br>**c/o Schorr Law**<br>**1901 Avennue of the Stars**<br>**Suite 615**<br>**Los Angeles, CA 90067**<br>Date(s) debt was incurred  **11/1/22**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:  pending lawsuit claim amount**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,000,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>**PO Box 9001010**<br>**Louisville, KY 40290-1010**<br>Date(s) debt was incurred  **10/1/22**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  credit card**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$18,155.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jessie and Michelle Acosta**<br>**13337 Nellie Ave.**<br>**Chino, CA 91710**<br>Date(s) debt was incurred  **5.17.22, 2.24.22, 3.11.22**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  investor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Kiwi Corp**<br>**Mina Bhakta**<br>**11353 Highdale Street**<br>**Norwalk, CA 90650**<br>Date(s) debt was incurred  **9/29/21, 7/12/21**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  investor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Lamar Advertising**<br>**449 East Park Center Circle South**<br>**San Bernardino, CA 92408**<br>Date(s) debt was incurred  **9.21.22**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  investor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,286,803.17** |

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142-SC** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Lowes Business Acct/GECRB**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970**<br><br>Date(s) debt was incurred  **10/1/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **line of credit**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Margaret Adams**<br>**25641 Byron St.**<br>**San Bernardino, CA 92404**<br><br>Date(s) debt was incurred  **12/10/2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **prepaid rent**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **$96,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Merah, LLC**<br>**7026 Edinboro Street**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred  **12/13/21, 6/28/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Michael Chapman Sr.**<br>**324 W. 47th Place**<br>**Los Angeles, CA 90037**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **prepaid rent**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **$107,500.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Midare, LLC**<br>**14583 McKendree Ave.**<br>**Chino, CA 91710**<br><br>Date(s) debt was incurred  **7/28/21, 7/13/22, 7/22/22, 6/28/22**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **Unknown** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Pramira Holdings  LLC**<br>**2552 Walnut Ave**<br>**Suite 200**<br>**Tustin, CA 92780**<br><br>Date(s) debt was incurred  **4/11/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Pramira LLC**<br>**1422 Edinger Ave. Ste 250**<br>**Tustin, CA 92780**<br><br>Date(s) debt was incurred  **3/26/21, 3/11/21, 4/11/21, 12/10/21**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **investor**<br><br>Is the claim subject to offset?  ■ No    ☐ Yes | **Unknown** |

| Debtor | 2nd Chance Investment Group, LLC | Case number (if known) | 8:22-bk-12142-SC |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Precision Realty LLC**<br>**930 San Pablo Ave.**<br>**Suite B**<br>**San Francisco, CA 94141**<br>**Date(s) debt was incurred** 11/4/21, 11/15/21, 8/13/21<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** investor<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Rosendo Quiroz Estorga, Jr.**<br>**1004 Peachwood**<br>**Los Banos, CA 93635**<br>Date(s) debt was incurred ⎵<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** prepaid rent<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Salvador Jimenez**<br>**12822 Clemson Drive**<br>**Corona, CA 92880**<br>**Date(s) debt was incurred** 7/28/22, 7/22/22, 4/8/22, 9/26/21, 8/22/22<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** investor<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Staples Credit Plan**<br>**Dept. 51 7892022301**<br>**Phoenix, AZ 85062**<br>**Date(s) debt was incurred** 10/1/22<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** credit line<br>Is the claim subject to offset? ■ No ☐ Yes | **$852.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Steven Kinsbursky**<br>**431 Terraine Ave.**<br>**Long Beach, CA 90814**<br>Date(s) debt was incurred ⎵<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ⎵<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Straten Lending**<br>**c/o Shorr Law**<br>**1901 Avenue of the Stars Suite 615**<br>**Los Angeles, CA 90067**<br>**Date(s) debt was incurred** 4/26/21,10/6/21,7/13/2021<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** investor<br>Is the claim subject to offset? ■ No ☐ Yes | **$57,500.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Thamar A. Peterson**<br>**43933 30th St. E.**<br>**Lancaster, CA 93535**<br>Date(s) debt was incurred ⎵<br>Last 4 digits of account number ⎵ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** prepaid rent<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **2nd Chance Investment Group, LLC** | Case number (if known) | **8:22-bk-12142-SC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Zona AZ, LLC**<br>**3863 E. Hermosa Vista Drive**<br>**Mesa, AZ 85215**<br>Date(s) debt was incurred **6.18.21**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Zona CA, LLC**<br>**3863 E. Hermosa Drive**<br>**Mesa, AZ 85215**<br>Date(s) debt was incurred **10.13.21, 12.8.21, 8.13.21, 7/13.21**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **investor**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Michael Chapman Sr.**<br>**328 W. 47th Place**<br>**Los Angeles, CA 90037** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **OMAR HOUARI**<br>**2425 SAN ANTONIO CRESCENT WEST**<br>**Upland, CA 91784** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Pangea Int'l Receivable Services**<br>**140 2nd Ave W.**<br>**Suite D**<br>**Kalispell, MT 59901** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Stream Kim Hlcks Wrage Alfaro**<br>**3403 Tenth St.**<br>**Suite 700**<br>**Riverside, CA 92501** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,907,663.16 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 6,907,663.16 |