UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                                                          CASE NO.: 8:22-bk-12142-SC
                                                                                        CHAPTER 11

**2nd Chance Investment Group, LLC,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
350 10TH AVENUE, SUITE 1000
SAN DIEGO, CA 92101**

Robertson, Anschutz, Schneid & Crane LLP
Authorized Agent for Secured Creditor
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone: 470-321-7112

By: /s/Fanny Wan
    Fanny Wan
    Email: fwan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

2ND CHANCE INVESTMENT GROUP, LLC
600 W. SANTA ANA BLVD.
PMB 5045
SANTA ANA, CA 92701

And via electronic mail to:

FINANCIAL RELIEF LAW CENTER
1200 MAIN ST. SUITE C
IRVINE, CA 92614

GOLDEN GOODRICH
650 TOWN CENTER DRIVE, SUITE 600
COSTA MESA, CA 92626

UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O GOE FORSYTHE & HODGES LLP
17701 COWAN, SUITE 210, BUILDING D
IRVINE, CA 92614

By: /s/ Brianna Carr