Andy C. Warshaw (263880)
awarshaw@bwlawcenter.com
Amanda G. Billyard (256838)
abillyward@bwlawcenter.com
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA 92614
Telephone 714-442-3300
Facsimile 714-361-5380

Counsel for the Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re | Case No. 8:22-bk-12142-SC |
|---|---|
| 2nd Chance Investment Group, LLC, | Chapter 11 |
| Debtor. | **APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY BROKER & CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT**<br>[11 U.S.C. §§ 327(a) and 328(a); Fed. R Bankr. P. 2014; Loc. Bankr. R. 2014-1(b)]<br>[No Hearing Required Unless Requested] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE; THE 20 LARGEST UNSECURED CREDITORS; AND ALL PARTIES IN INTEREST:**

2ND Chance Investment Group, LLC (the "Debtor"), files this APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY BROKER & CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT

("Application"). In support of the Application, the Debtor submits the following memorandum of points and authorities and the attached declarations **STATEMENT OF FACTS**

On December 21, 2022, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing case no. 8:22-bk-12142-SC (the "Case"). The Debtor remains as a debtor in possession. The Debtor scheduled thirteen parcels of real property on Schedule A/B of ECF No. 1. A summary of the property and known encumbrances is provided below in Table I. Collectively, the real property parcels are referred to as the "Properties".

Table I: Real Property Equity Proceeds

| Address | Estimated Value | Cost of Sale | Secured Claim Totals | Equity Prior to Tax Analysis |
|---|---|---|---|---|
| 3025 Glenview Ave. San Bernardino CA 92407 | $377,000 | $22,620 | $180,000 | $174,380 |
| 13352 Marty Lane Garden Grove CA 92843 | $700,000 | $42,000 | $431,668 | $226,332 |
| 37472 Yorkshire Dr. Palmdale CA 93550 | $400,000 | $24,000 | $162,000 | $214,000 |
| 324 W 47th Pl. Los Angeles CA 90037 | $700,000 | $42,000 | $512,000 | $146,000 |
| 25641 Byron St. San Bernardino CA 92404 | $480,000 | $28,800 | $286,000 | $165,200 |
| 43933 30 St E Lancaster CA 93535 | $305,000 | $18,300 | $266,000 | $20,700 |

| | | | | |
|---|---|---|---|---|
| 1004 Peachwood Crt. Los Banos CA 93635 | $400,000 | $24,000 | $288,000 | $88,000 |
| 8607 Custer Rd SW Lakewood WA 98499 | $480,000 | $28,800 | $252,000 | $199,200 |
| 827 N Meridian Ave. San Bernardino CA 92410 | $460,000 | $27,600 | $286,631 | $145,769 |
| 730 E 78th St Los Angeles CA 90001 | $685,000 | $41,100 | $510,000 | $133,900 |
| 1611 151st St. San Leandro CA 94578 | $600,000 | $36,000 | $442,928 | $121,072 |
| 1016 Portal Ave. Bakersfield CA 93308 | $460,000 | $27,600 | $127,000 | $305,400 |
| 37915 Marsala Dr. Palmdale CA 93552 | $420,000 | $25,200 | $180,000 | $214,800 |
| 3122 Emery Lane, Robbins, IL | $50,000 | $3000 | $0.00 | $47,000 |
| **Totals** | $6,190,000 | $371,400 | $3,744,227 | $2,074,373 |

## I. PROPOSED EMPLOYMENT OF BROKER & CO-BROKERS

To facilitate the sale of the Property, the Debtor in Possession seeks to employ an experienced and reputable real estate broker and proposes to employ Coldwell Banker

("Broker") and the following licensed California real estate brokers ("Co-Brokers") for the corresponding properties, pursuant to 11 U.S.C. §§ 327(a) and 328:

| **Address** | **Broker** | **Co-Brokers** | **Listing Price** |
|---|---|---|---|
| 324 W 47th Pl. Los Angeles CA 90037 | Coldwell Banker | n/a | $640,000 |
| 730 E 78th St Los Angeles CA 90001 | Coldwell Banker | n/a | $685,000 |
| 13352 Marty Lane Garden Grove CA 92843 | Coldwell Banker | n/a | $700,000 |
| 37472 Yorkshire Dr. Palmdale CA 93550 | Coldwell Banker | Citrus Grove Real Estate | $410,000 |
| 37915 Marsala Dr. Palmdale CA 93552 | Coldwell Banker | Citrus Grove Real Estate | $420,000 |
| 43933 30 St E Lancaster CA 93535 | Coldwell Banker | Citrus Grove Real Estate | $305,000 |
| 25641 Byron St. San Bernardino CA 92404 | Coldwell Banker | 44 Realty | $480,000 |
| 3025 Glenview Ave. San Bernardino CA 92407 | Coldwell Banker | 44 Realty | $365,000 |
| 827 N Meridian Ave. San Bernardino CA 92410 | Coldwell Banker | 44 Realty | $460,000 |

| | | | |
|---|---|---|---|
| 1004 Peachwood, Ct., Los Banos, CA 93635 | Coldwell Banker | Keller Williams / Coldwell Banker | $400,000 |
| 1611 151st St., San Leandro, CA 94578 | Coldwell Banker Southern California | Coldwell Banker Northern California/ | $600,000 |
| 1016 Portal Ave. Bakersfield, CA 93308 | Coldwell Banker | REMAX Golden Empire | $240,000 |

The Broker & Co-Brokers have agreed to advertise the properties, to market and show the Property, to represent the Estate in connection with the sale of the Property, and to advise the Debtor in Possession with respect to obtaining the best offer for the sale of the Property.

The terms of the employment agreed to by the Debtor in Possession, subject to approval of the Court, as set forth in the exclusive right to sell contract, the disclosure of real estate brokerage relationships, the addendum to exclusive authorization and right to sell, and the additional broker acknowledgment (together, "Listing Agreements") attached as **Exhibit 1**, are as follows:

1. The Broker and Co-Brokers have exclusive listing agreement with an exclusive right to sell the property and the listing prices are reflected above. The Listing Agreements, including the listing price, may be modified by the US Trustee or Bankruptcy Court. The listing and sale of each Property is subject to Bankruptcy Court approval, and any sale of the Property will be "as is," without any representations, guarantees or warranties of any kind, whether expressed or implied, by the Debtor in Possession.

Upon the presentation of an acceptable purchase offers for the Properties, the Debtor in Possession will file a motion seeking authorization to sell the Property

and pay the total broker's commission of six percent (6%)[1] from the sale proceeds through escrow. A commission shall be paid only if the Property is sold by the Debtor in Possession. The Debtor in Possession’s motion will contain an overbid procedure.

2. The Agents are informed and understand that no sale may be consummated until after notice and a hearing. Further, the Agents are aware of the provisions of 11 U.S.C. § 328(a) and understand and accept that, notwithstanding the terms and conditions of employment and compensation provided in the Listing Agreements, the Court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

The Broker & Co-Brokers are well qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of the Property. The Agents' profiles are attached as **Exhibit 2**.

## II. MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 11 U.S.C. § 1107, a Chapter 11 Debtor in Possession has the powers and duties of a trustee, including the right, with the Court’s approval to employ professionals in the administration of its case.

It’s capacity as Debtor in Possession and with the assistance of its Chief Restructuring Officer, David Goodrich, 2nd Chance Investment Group, LLC, seeks to employ Co-Brokers in the listing of several properties.

Except as provided above, to the best of the Debtor in Possession’s knowledge, and based upon the attached Declarations of the Broker and various Co-Brokers:

---

.

1. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession, or any other party in interest, or their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

2. are not creditors, equity security holders or insiders of the Debtors;

3. are not investment bankers for any outstanding security of the Debtors;

4. have not been, within three years prior to the date of the filing of the petitions, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

5. are not and were not, within two years before the date of the filing of the petitions, directors, officers, or employees of the Debtors or of any investment banker for any security of the Debtors;

6. do not represent an individual or entity with an interest adverse to the Estate;

7. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

8. are disinterested within the meaning of 11 U.S.C. §§ 327(a) and 101(14);

9. do not have any fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, and the commission sharing between the Brokers & Co-Brokers, as provided for in the Listing Agreement; and

10. will not receive a retainer in this case.

## III. CONCLUSION

The Debtor-in-Possession believes the employment of the Broker & Co-Brokers and the Agents on the terms and conditions provided herein is in the best interest of Creditors and the Estate.

Respectfully submitted,

Dated: March 26, 2023

Financial Relief Law Center, APC

By: /s/ Amanda G. Billyard
Amanda G. Billyard, Esq.
Attorneys for Debtor in Possession
2nd Chance Investment Group, LLC

**DECLARATION OF BILL FRIEDMAN**

I, Bill Friedman, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of Coldwell Banker at 1608 Montana Ave, Santa Monica, California 90403. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of 324 W. 47th Place, Los Angeles CA 90037, 730 E78th St. Los Angeles, CA 9001 & 13352 Marty Lane Garden Grove CA 92843. A true and correct copy of the Listing Agreements is attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of Coldwell Banker I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the properties is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession, any other party or parties in interest,

their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14 day of March, 2023 at Los Angeles, California.

Bill Friedman

**DECLARATION OF STEVE FLORES**

I, Steve Flores, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of Coldwell Banker at 9229 Sunset Blvd., Suite 320, West Hollywood, CA. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of 324 W. 47th Place, Los Angeles CA 90037 & 730 E78th St. Los Angeles, CA 9001. A true and correct copy of the Listing Agreements is attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of Coldwell Banker I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the properties is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March, 2023 at Los Angeles, California.

Steve Flores

**DECLARATION OF GREG BINGHAM**

I, Greg Bingham, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of Coldwell Banker Residential Mortgage in Orange County and LA. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of 13352 Marty Lane Garden Grove CA 92843. A true and correct copy of the Listing Agreement is attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of Coldwell Banker I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the properties is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14 day of March, 2023 at Newport Beach California.

Greg Bingham

**DECLARATION OF K. TODD TISDELL**

I, K. Todd Tisdell, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of Citrus Grove Real Estate. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Estate in connection with the marketing and sale of 37472 Yorkshire Dr. Palmdale CA 93550, 37915 Marsala Dr. Palmdale CA 93552 & 43933 30 St E Lancaster CA 93535. A true and correct copy of the Listing Agreements are attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of Citrus Grove Real Estate, I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the Property is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March, 2023 at Valencia, California.

[signature]

K. Todd Tisdell

**DECLARATION OF JANINE KIRCHNAVY**

I, Janine Kirchnavy, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of 44 Realty. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Estate in connection with the marketing and sale of 25641 Byron St. San Bernardino CA 92404, 3025 Glenview Ave. San Bernardino CA 92407 & 827 N Meridian Ave. San Bernardino CA 92410. A true and correct copy of the Listing Agreements are attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of 44 Realty, I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the Property is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March, 2023 at Upland, California.

Janine Kirchnavy
Janine Kirchnavy

**DECLARATION OF TONI MARQUES**

I, Toni Marques of Keller, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of Keller Williams. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of 1004 Peachwood, Ct., Los Banos, CA 93635. A true and correct copy of the Listing Agreement is attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of Keller Williams, I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the Property is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14 day of March, 2023 at Los Banos, California.

Toni Marques

**DECLARATION OF EVELYN S. COURTLAND**

I, Evelyn S. Courtland, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of Coldwell Banker. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of 1611 151st St., San Leandro, CA 94578. A true and correct copy of the Listing Agreement is attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of Coldwell Banker, I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the Property is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of March, 2023 at Alameda, California.

DocuSigned by:
Eve Courtland
C492F740ACFA476...

Evelyn S. Courtland

**DECLARATION OF GLEN PORTER**

I, Glen Porter, declare:

1. I am a real estate agent licensed in the State of California. I know each of the following facts to be true of my own personal knowledge or information and belief and, if called as a witness, I could and would competently testify with respect thereto. I am an agent of REMAX Golden Empire. I am submitting this Declaration in support of the *APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT* (the "Application").

2. Coldwell Banker and I are qualified to represent the Debtor in Possession and the Estate in connection with the marketing and sale of 1016 Portal Ave., Bakersfield, CA 93308. A true and correct copy of the Listing Agreement is attached as Exhibit 1. A true and correct copy of my profile is attached as Exhibit 2.

3. On behalf of REMAX Golden Empire, I have agreed to accept employment on the terms and conditions set forth in the Application. The total commission for the Property is six percent (6%). The commission will be shared with the buyer's broker offering 3%, and will be paid from the sale proceeds through escrow.

4. I am not employed by the Debtor in Possession in any other matter.

5. To the best of my knowledge, except as provided above, Coldwell Banker and I:

a. have no connection with the Debtors, the principals of the Debtors, insiders, creditors, the Debtor in Possession, or any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

b. are not creditors, equity security holders or insiders of the Debtors;

c. are not investment bankers for any outstanding security of the Debtors;

d. have not been, within three (3) years before the date of the filing of the petition herein, investment bankers for a security of the Debtors, or attorneys for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

e. are not and were not, within two (2) years before the date of the filing of the petition herein, directors, officers or employees of the Debtors or of any investment banker for any security of the Debtors;

f. do not represent an individual or entity which holds an interest adverse to the Estate;

g. are not related to the United States Trustee or to the Bankruptcy Judge assigned to this case;

h. are disinterested within the meaning of 11 U.S.C. §§ 327(a) 101(14);

i. have no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, except for the customary division of the commission from the sale of a property between the listing broker and the selling broker, as provided for in the Listing Agreement; and

j. will not receive a retainer in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of March, 2023 at BAKERSFIELD, California.

[signature]

Glen Porter