Exhibit 2



**RESIDENTIAL BROKERAGE**

# William Friedman

2444 WILSHIRE BLVD. #102
SANTA MONICA, CA 90403
BUS. (310) 829-3939
FAX (310) 829-7010

William Friedman is a licensed real estate agent engaged in real estate sales transactions for over 40 years. Mr. Friedman is a top producer for Coldwell Banker. He was previously appointed Designated Area Real Estate Salesperson with Federal Home Loan Mortgage Corporation.

In addition to directly assisting individual homeowners and buyers, he has represented major lending institutions, receivers and bankruptcy trustees, including:

Trustees:
Peter Mastan
Elissa D. Miller
David Seror
Bradley D. Sharp
Rosendo Gonzalez
Diane Weil
Richard M. Pachulski
Steve Schwaber
Byron Z. Moldo
James I. Stang
Dennis McGoldrich
David L. Ray
Peter Mastan
Alfred H. Siegel
James Leonard Brown
Lawrence Diamant
Samuel R. Biggs
Carolyn A. Dye
Nancy Knupfer
Edward M. Wolkowitz
F. Wayne Elggren
Richard K. Diamond
R. Todd Neilson
David A. Gill
Helen Ryan Frazer
Heide Kurtz
Howard Ehrenberg
Alberta Stahl
David K. Gottlieb
Brad D. Krasnoff
Michael Kogan
Amy L. Goldman
Jeffrey I. Golden
Ronald L. Durkin
Jeffrey Coyne
Linda Chu
Christopher Barclay
Sam Leslie
Jason Rund
Barry Schwartz
David L. Hahn
Jeremy Faith
Thomas P. Jeremiassen
Thomas Casey

Lenders:
Countrywide Home Loans
Federal Home Loan Mortgage Corp
Lincoln Service Corporation
Bank of America
Cal-Fed Enterprises
Union Federal Savings
California Federal Bank
Southern California Savings
Union Federal Bank
Residential Funding Corporation/GMAC
Coast Federal Bank

Receivers:
Adrian Stern
Samuel R. Biggs
David L. Ray



RESIDENTIAL BROKERAGE

Steve Flores
Associate Manager
REALTOR / MBA
COLDWELL BANKER
RESIDENTIAL BROKERAGE
9229 Sunset Blvd, Suite 320
West Hollywood, CA 90069
(323)210-1422



## Steve Flores

"To give real service you must add something which cannot be bought or measured with money, and that is sincerity and integrity." Douglas Adams

Steve is a Southern California native and real estate professional who represents buyers and sellers in all price ranges, in both residential and commercial real estate. He has extensive knowledge of the real estate market in Southern California.

A member of the National Association of Realtors along with the California Association of Realtors, Steve is a 23 year - plus real estate veteran, Associate Manager and a Certified Commercial Specialist with the Los Feliz & Sunset Strip Offices of Coldwell Banker Residential Brokerage. He is an office representative of the Coldwell Banker Community Foundation, and has received a high level of success, receiving recognition as a top producer.

Educated at the California State University at Long Beach & Dominguez Hills, he earned a Bachelor's and a Master's Degree in International Business, respectively.

Having a high level of sensitivity towards life's transitions, Steve welcomes the opportunity to represent you in the marketing or purchase of your home, estate or commercial real estate.



## Greg Bingham
## Coldwell Banker Realty

Since 2001, Greg Bingham has worked as a real estate agent in the Los Angeles and Orange County areas. In 2003, upon selling his interest in his Sports Management Agency, he joined Coldwell Banker Residential Brokerage. In 2006, Greg took over management of the 84 agent, award winning office. In 2008, with the acquisition of his office, he joined his profitable practice with the expanding Coldwell Banker Previews International Orange County and Los Angeles companies with 54 offices in Southern California and returned to working directly with his clients. In 2015, he became manager and partner of The Smith Group at Coldwell Banker Residential Brokerage, currently the number one sales team in Southern California.

Awards and Recognition

President's Elite – Top ¼ of 1% of Agents in the United States (2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022)
President's Circle – Top 1% of Agents in the United States (2011, 2012, 2013)

Annually since 2006, he has personally sold over $50,000,000 in real estate on behalf of his clients. Clients include a private client group of athletes and entertainers, institutional clients Chase Bank, EMC, Saxon and a legal clientele of bankruptcy trustees and attorneys. He has worked on behalf of more than 20 Bankruptcy Court Trustees in the sale of real estate in Orange and Los Angeles Counties.

Training and Certification

Greg has completed the required course work and practical experience for Certified Distressed Property Specialist, Certified Negotiator and Short Sales and Foreclosure Resource.

Bingham has many years of experience in marketing and promotion. As the CEO of Special Olympics, he has devoted innumerable hours to youth sports and children and adults with disabilities. He has served on local, statewide, national and international boards for sports and education.



# RESUME

## K. Todd Tisdell, CEO

**Summary**  17 years experience as a mortgage loan/real estate sales professional. 18 years experience as a real estate investment entrepreneur with residential, multi-family 2-4 and vacant land transactions completed. 13 years business management experience in the Film and Television industry.

**Employment**

| | | |
|---|---|---|
| 2006 to present Position: | Citrus Grove Real Estate & Lending Sole Proprietor/Sr. Loan Consultant/Broker | Castaic, CA |
| 2003 to Present Position: | Advantage Real Estate & Lending, Corp. CEO/Sr. Loan Consultant/Sr. Sales Agent | Valencia, CA |
| 2002-2003 Position: | Valleywide Lending Loan Officer | Northridge, CA |
| 2002-2003 Position: | Help-U-Sell Realtor | Northridge, CA |
| 1999 to Present Position: | Post Production Equip. Rentals President | West Hills, CA |
| 2000-2002 Position: | Various Film & TV Projects Executive in Charge of Production | Los Angeles, CA |
| 1998-2000 Position: | Various Film & TV Projects Line Producer | Los Angeles, CA |
| 1991-1998 Position: | Various Film & TV Projects Production Manager/Post Supervisor | Los Angeles, CA |

**Education**

1998 MFA - Film Producing & Finance  
Chapman University — Orange, CA

1996 BFA – Film & Television Production  
Chapman University — Orange, CA

**Licenses**

2003 Department of Real Estate  
California Real Estate Broker 01362944 — Sacramento, CA

2006 Department of Real Estate  
California Real Estate Responsible Broker 01760497 — Sacramento, CA

NMLS# 321801

# Toni Marques

Realtor DRE #01733785
Keller Williams Property Team



Licensed Realtor since 2006

tonipcr@yahoo.com
www.tonisells209.com

Work Experience:

Prudential CA Realty 2006-2010
Berkshire Hathaway Drysdale Properties 2010-2015
Century 21 MM - 2015-2020
Keller Williams Property Team - 2020-present

Areas served: Merced County, Stanislaus County, San Joaquin County, San Benito County, Madera County.

Experience:
Residential Sales
Farm/Agricultural Sales
Commercial Sales
Land Sales
Short Sales
Probate Sales
Trust Sales
Bank Owned Sales

Member of the CRMLS and MetroList MLS Boards.
Member of Merced County Board of Realtors,
California Association of Realtors,
National Association of Realtors

Agent Leadership Council Board Member
Keller Williams Property Team 2022-2023


Skills:
Strong knowledge of the local real estate market.
Law and regulation insight.
Advise clients on market conditions, comparable prices and mortgages.
Strong negotiation skills.
Great interpersonal communications skills.
Use of proactive marketing and networking to generate high potential leads and build a robust client base.
Educate buyers and sellers on all aspects of the housing market and property sales process.

Work closely with local attorneys with Trust and Probate files.
Strong social media following.
Yelp, Google, Zillow and Realtor.com high rated reviews from past clients.
Over 150 properties sold to date.

 245 H St. Suite 2
Los Banos CA 93635
209-489-0650

Each Office Is Independently Owned and Operated



**Client Reviews:**

**Google:**

The most honest realtor in all of Los Banos! She's handled a couple of my properties and is the most ethical realtor I've ever met! And never pressure!
**Review from Seller Thomas Giraldin.**

Toni is very professional, easy to communicate with, and gets results quickly. Toni helped us purchase a rental property here in Los Banos, assisted us in finding tenants for this home, and helped us when we sold a different home in Los Banos. All our interactions with her were positive. She went over and beyond in helping us maximize our profits. I highly recommend Toni as a realtor.

**Review from buyer/seller Carolyn Mendoza.**

**Yelp Reviews:**

I was lucky to have Toni as my agent during my most recent home-buying experience. She worked incredibly hard to find my perfect home and demonstrated excellent communication skills with the selling agent when flexibility was needed. I cannot recommend her strongly enough and she is definitely the agent I will contact during my next buying and/or selling experience.

**Review from Navid Javan.**

Toni was by far the best realtor I've ever worked with. She went out of her way to make sure I was well taken care of. She was always prompt, she followed through on everything we discussed, and she was knowledgeable and professional the entire time. She was able to negotiate a lower price for me and did a ton of extra work behind the scenes that made it so much easier for me as a buyer. She also assisted me AFTER the sale to get the right people to update my house to my preferences. I highly recommend Toni Marques for buying or selling your house!

**Review from Ameila Toscano.**



245 H St. Suite 2
Los Banos CA 93635
209-489-0650

Each Office Is Independently Owned and Operated



## Evelyn S Courtland

## Coldwell Banker Realty

Evelyn Courtland brings 25 years of client focused experience to real estate transactions in serving a broad client base. She consistently produces unparalleled results for clients ranging from first-time buyers, relocation services, to complexed multi-family residential investors, Short Sales, and foreclosures. She provides exceptional quality in meeting clients' needs in marketing and promoting real estate sales including 1031 tax-deferred exchanges.

In the fast-paced dynamic SF Bay Area market, it is important for clients to receive the latest current and accurate information as well as timely solutions to issues that may arise. Her market expertise coupled with an extensive industry network ensures the highest value with any type of real estate transaction.

Awards and Recognition:

International President's Circle – Top 1% of Agents (2019,2020,2021,2022)

Alameda Women's council Board of Realtors-Board Member


Evelyn is fluent in Cantonese. She is a member in good standing of the East Bay Rental Housing Association, California Association of Realtors, and the National Association of Realtors. Evelyn is active in Bay Area communities involved with sustainable community development with Federal, State, and Local regulatory requirements. She has devoted 10+ years to Alameda High School as the Head tennis coach.

Janine Kirchnavy
CalBRE License 01048899
(909) 816-9051 Call/Text
(909) 945-3662 Office

---



**Janine Kirchnavy**

**Broker/Owner**

CalBRE License # 01048899

**Office (909) 945-3662**

Cell (909) 816-9051

MyAtlasAgent@gmail.com

Celebrating 30+ years of professional real estate services, Janine Kirchnavy specializes in listing and selling single-family homes, condominiums and residential income properties 1-4 units, including Standard Sales, Bankruptcy, Probate and Trust Sales, Short sales and Pre Foreclosures, REO and Bank-Owned properties.

Serving the community's real estate needs in the Tri-County area including: San Bernardino County, Riverside County and Los Angeles County.

| | |
|---|---|
| Office Affiliation: | 44Realty Corporation |
| Mailing address: | 829 N Laurel Ave #C, Upland CA 91786 |
| Website: | www.44Realty.com |
| Call/Text: | 909-816-9051 |
| My email address: | MyAtlasAgent@gmail.com |

Assisting homeowners market and sell real estate and helping homebuyers find their dream homes since 1989, the Kirchnavy Team takes pride in providing very personal service; understanding that buying or selling a house is probably not something that you do every day. Our clients' needs are seldom identical. Our philosophy is to provide customized solutions. We believe that the ability to look at things from your point of view is vital to a smooth sale. That means flexible service. Providing you with comprehensive, high-quality customer service is our top priority. So when you decide to buy or sell your home, please contact us and let's get started!

**Professional Affiliations:**
- National Association of Realtors (NAR),
- California Association of Realtors (CAR),
- Inland Valley Association of Realtors (IVAR)
- West End Real Estate Professionals (WEREP)
- Certified Probate Real Estate Specialists (CPRES)



---

Janine Kirchnavy, Broker CalBRE 01048899 | 44Realty Corporation CalBRE 01835622

# GLENN PORTER, CRS

## OBJECTIVE

Facilitate the Buying and Selling of all facets of Real Estate Nationwide

## EXPERIENCE

- 1971-1977    United States Marine Corps            Various Locals
- 1977-1978    Sales Manager – Sprouse Ritz          Oakland, CA
- 1978-1984    Deputy Sherriff, County of Kern       Bakersfield, CA
- 1984-Present Real Estate Industry                  Bakersfield, CA
  - 1984-1990  Realtor – Top 2% Agent C-21           Bakersfield, CA
  - 1990-1992  Sales Manager C-21                    Bakersfield, CA
  - 1992-2004  Owner/Broker RE/MAX                   Bakersfield, CA

Top 1% Agent, Centurian Sales Agent, Master's Club, Lifetime Achievement Recipient, Top Sales and Listing Agent Century 21 America West, Centurian Sales Manager Century 21 Crosstown, Quadrupled Sales revenues in less than two years as Sales Manager for C-21 Crosstown Broker Owner RE/MAX Golden Empire

## EDUCATION

1984–1986    Realtors National Marketing Institute    Bakersfield, CA
- Graduate, REALTORS Institute (GRI)

1988-1989
- Graduated Certified Residential Specialist (CRS)

## INTERESTS

LoveINC Board of Directors, working out, family, church and computers.

Hearts Connection Volunteer

## CURRENT POSITION

Glenn Porter is currently the CEO & President of 3 distinct corporations:

Sopra Nuvole, Incorporated-Owns & Operates RE/MAX Golden Empire

Glenn Porter, Broker Inc-Fascilitates Real Estate Sales in outlying areas

Glenn Porter is a licensed California Real Estate Broker #00859000

Due Critini, LLC. Real Estate Holdings