# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 80 |

On 3/27/2023, I did cause a copy of the following documents, described below,

APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY BROKER & CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT   ECF Docket Reference No. 80

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/27/2023

/s/ Amanda Billyard
Amanda Billyard  256838

Financial Relief Law Center
1200 Main St Suite C
Irvine, CA  92614
631 312 2458
abillyard@bwlawcenter.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 80 |

On 3/27/2023, a copy of the following documents, described below,

APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY BROKER & CO-BROKERS PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF IN SUPPORT   ECF Docket Reference No. 80

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/27/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Amanda Billyard
Financial Relief Law Center
1200 Main St Suite C
Irvine, CA  92614

USPS FIRST CLASS MAIL AND NEF RECIPIENTS
Parties whose names are struck through were not sent this document via First Class US Mail Service.

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>MON MAR 27 7-35-54 PST 2023 | ~~2ND CHANCE INVESTMENT GROUP  LLC~~<br>~~600 W SANTA ANA BLVD~~<br>~~PMB 5045~~<br>~~SANTA ANA   CA 92701-4558~~ | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(U)COURTESY NEF~~ | FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST  STE C<br>IRVINE  CA 92614-6749 | GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>IRVINE  CA 92614-6840 |
| GOE FORSYTHE  HODGES LLP<br>17701 COWAN BLDG D STE 210<br>IRVINE  CA 92614-6840 | ~~EXCLUDE~~<br>~~(U)INTERESTED PARTY~~ | ~~EXCLUDE~~<br>~~(U)LMF2  LP~~ |
| ~~EXCLUDE~~<br>~~(U)LANTZMAN INVESTMENTS  INC~~ | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>CO GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE  CA 92614-6840 | US BANK TRUST NATIONAL ASSOCIATION  NC IN<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE P<br>350 10TH AVENUE  SUITE 1000<br>SAN DEIGO  CA 92101-8705 |
| WELLS FARGO BANK  NA<br>CO MCCARTHY  HOLTHUS  LLP<br>2763 CAMINO DEL RIO SOUTH  SUITE 100<br>SAN DIEGO CA 92108-3708 | ~~EXCLUDE~~<br>~~SANTA ANA DIVISION~~<br>~~411 WEST FOURTH STREET  SUITE 2030~~<br>~~SANTA ANA  CA 92701-4500~~ | ASB VENTURES LLC<br>5852 MOREHOUSE ST<br>CHINO CA 91710 |
| ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS  SUITE 615<br>LOS ANGELES  CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS  CA 91748-4777 | ABHISHEK BHAKTA<br>31 WINGS LOOP<br>LAKE HAVASU CITY AZ 86403-6780 |
| ALLY<br>PO BOX 380902<br>MINNEAPOLIS  MN 55438-0902 | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES  CA 90096-8000 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | ANAND BHAKTA<br>17409 CALIENTE AVE<br>CERRITOS CA 90703-9010 | BHAVESH BHAKTA<br>9300 N SAM HOUSTON PKWY E APT 11212<br>HUMBLE TX 77396-5139 |
| COMCASTEFFECTV<br>PO BOX 415949<br>BOSTON  MA 02241-5949 | DAVID GUZMAN<br>14583 MCKENDREE AVE<br>CHINO  CA 91710-6988 | DEL TORO LOAN SERVICING  INC<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA  CA 91914-3559 |

USPS FIRST CLASS MAIL AND EMAIL LISTS
Parties whose names are struck through were not sent to via First Class U.S. Mail Service.

| | | |
|---|---|---|
| DEVEN BHAKTA<br>10103 OLIVIA TERRACE<br>SUN VALLEY   CA 91352-4250 | FCI<br>8180 E KAISER BLVD<br>ANAHEIM   CA 92808-2277 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FABIAN  KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE   CA 92843-2234 | (P)FAY SERVICING   LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FELIPE GUTIERREZ JR<br>13056 SYCAMORE AVE APT B<br>CHINO   CA 91710-6725 |
| FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO   CA 95812-2952 | GIL HOPENSTAND<br>312 N SPRING STREET   5TH FL<br>LOS ANGELES   CA 90012-4701 | GOOGLE ADWORDS<br>CO JOE VENTURA<br>COMMERCIAL COLLECTION CORP OF NY<br>34 SEYMOUR ST<br>TONAWANDA   NY 14150-2126 |
| GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE   CA 93552-3966 | HITEN RAM BHAKTA   SAJAN BHAKTA<br>CO SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES   CA 90067-6051 | HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE   KY 40290-1010 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | EXCLUDE<br>~~(D)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA   PA 19101-7346~~ | JATIN BHAKTA<br>8365 LEHIGH AVE<br>SUN VALLEY CA 91352-3343 |
| JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE<br>CHINO   CA 91710-7390 | JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO   CA 91710-7390 | KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK   CA 90650-5737 |
| LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO   CA 92408-2872 | LOWES BUSINESS ACCTGECRB<br>PO BOX 530970<br>ATLANTA   GA 30353-0970 | MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO   CA 92404-6439 |
| MARGARET ADAMS<br>25641 BYRON ST<br>SAN BERNARDINO   CA 92404-6439 | MERAH   LLC<br>7026 EDINBORO STREET<br>CHINO   CA 91710-6961 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| EXCLUDE<br>~~(D)(P)MERCEDES BENZ FINANCIAL SERVICES~~<br>~~13650 HERITAGE PARKWAY~~<br>~~FORT WORTH TX 76177-5323~~ | MICHAEL CHAPMAN SR<br>324 W 47TH PLACE<br>LOS ANGELES  CA 90037-3235 | MICHAEL CHAPMAN SR<br>328 W 47TH PLACE<br>LOS ANGELES   CA 90037-3235 |

Case 8:22-bk-12142-SC    Doc 82    Filed 03/27/23    Entered 03/27/23 10:12:30    Desc
Main Document    Page 5 of 8

USPS FIRST CLASS MAIL NOTICE LISTS
Parties whose names are struck through were not sent First Class Mail Service.

```
MIDARE  LLC                        OMAR HOUARI                         PANGEA INTL RECEIVABLE SERVICES
14583 MCKENDREE AVE                2425 SAN ANTONIO CRESCENT WEST      140 2ND AVE W
CHINO   CA 91710-6988              UPLAND  CA 91784-1054               SUITE D
                                                                       KALISPELL  MT 59901-4417


PARIN BHAKTA                       PRAMIRA HOLDINGS  LLC               PRAMIRA LLC
1237 CRANBROOK PL                  2552 WALNUT AVE                     1422 EDINGER AVE STE 250
FULLERTON CA 92833-1406            SUITE 200                           TUSTIN   CA 92780-6299
                                   TUSTIN   CA 92780-6983


PRECISION REALTY LLC               RAYSHON FOSTER                      RONAK PARIKH
930 SAN PABLO AVE                  4349 SOUTH VICTORIA                 5851 ALOE VERA CT
SUITE B                            LOS ANGELES   CA 90008-4903         CHINO HILLS CA 91709-7986
SAN FRANCISCO   CA 94141


ROSENDO QUIROZ ESTORGA             SALVADOR JIMENEZ                    SELECT PORTFOLIO SERVICING
1004 PEACHWOOD CRT                 12822 CLEMSON DRIVE                 PO BOX 65250
RAYMOND   CA 93653                 CORONA   CA 92880-3369              SALT LAKE CITY  UT 84165-0250


SELENE FINANCE                     SHAWN M SOUTHERN                    SIMA PATEL
PO BOX 422039                      1611 151ST ST                       8 THOMTON AVE
HOUSTON   TX 77242-4239            SAN LEANDRO   CA 94578-1955         GREENVILLE SC 29609-4675


SMALL BUSINESS ADMINISTRATION      STAPLES CREDIT PLAN                 STRATEN LENDING
10737 GATEWAY WEST                 DEPT 51 7892022301                  CO SHORR LAW
300                                PHOENIX   AZ 85062                  1901 AVENUE OF THE STARS SUITE 615
EL PASO   TX 79935-4910                                                LOS ANGELES   CA 90067-6051


STRATEN LENDING GROUP  LLC         STREAM KIM HICKS WRAGE ALFARO       (P)SUPERIOR LOAN SERVICING
951 W MAIN ST                      3403 TENTH ST                       ATTN ASSET DEFAULT MANAGEMENT
MESA AZ 85201-7107                 SUITE 700                           7525 TOPANGA CANYON BLVD
                                   RIVERSIDE   CA 92501-3641           CANOGA PARK CA 91303-1214


TERESA MILLER                      THAMAR A PETERSON                   THAMAR PETERSON
827 MERIDIAN AVE                   43933 30TH ST E                     43933 30 ST E
SAN BERNARDINO   CA 92410-1029     LANCASTER   CA 93535-5872           LANCASTER   CA 93535-5872


                                   EXCLUDE
US SMALL BUSINESS ADMINISTRATION   UNITED STATES TRUSTEE (SA)          VISHAL BHAKTA
312 N SPRING STREET  5TH FL        411 W FOURTH ST  SUITE 7160         3863 E HERMOSA VISTA DR
LOS ANGELES   CA 90012-2678        SANTA ANA   CA 92701-4500           MESA AZ 85215-1705
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not sent this document via First Class US Mail Service.

WELLS FARGO BANK NA
DEFAULT DOCUMENT PROCESSING
MAC N9286-01Y
PO BOX 1629
MINNEAPOLIS  MN 55440-1629

ZONA AZ LLC
3863 E HERMOSA VISTA DR
MESA AZ 85215-1705

EXCLUDE
(D)ZONA AZ LLC
3863 E HERMOSA VISTA DRIVE
MESA  AZ 85215-1705

ZONA CA LLC
3863 E HERMOSA DRIVE
MESA  AZ 85215-1705

EXCLUDE
AMANDA G BILLYARD
FINANCIAL RELIEF LAW CENTER
1200 MAIN ST SUITE C
IRVINE  CA 92614-6749

EXCLUDE
ANDY C WARSHAW
FINANCIAL RELIEF LAW CENTER APC
1200 MAIN STREET
STE C
IRVINE  CA 92614-6749

DAVID M GOODRICH
GOLDEN GOODRICH
650 TOWN CENTER DRIVE  SUITE 600
COSTA MESA  CA 92626-7121

DOUGLAS A PLAZAK
REID  HELLYER  APC
3685 MAIN STREET  SUITE 300
PO BOX 1300
PO BOX 1300
RIVERSIDE  CA 92502-1300

RICHARD L STURDEVANT
FINANCIAL RELIEF LAW CENTER
1200 MAIN ST STE C
IRVINE  CA 92614-6749

COURT'S LIST OF SERVED (ELECTRONIC SERVICE) RECIPIENTS:

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
(Counter-Defendant)
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

COURT'S LIST OF CM/ECF (ELECTRONIC SERVICE) RECIPIENTS:

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com