RANDALL P. MROCZYNSKI, ESQ. (STATE BAR NO. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977
Telephone:    (714) 431-1100
Facsimile:    (714) 431-1119

Attorneys for Movant
MERCEDES-BENZ FINANCIAL SERVICES USA LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor. | CASE NO. 8:22-bk-12142-SC<br><br>CHAPTER 11<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION BETWEEN MERCEDES-BENZ FINANCIAL SERVICES USA LLC AND DEBTOR 2ND CHANCE INVESTMENT GROUP, LLC FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>[F.R.B.P. Rule 4001(d)(1); Local Rule 9013-1(o)(1)]<br><br>[No Hearing Requested] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Movant, MERCEDES-BENZ FINANCIAL SERVICES USA LLC ("MBFS"), will and hereby does move this Court for an Order approving that certain Stipulation for Relief from the Automatic Stay (the "Stipulation") entered into between MBFS and Debtor 2ND CHANCE INVESTMENT GROUP, LLC ("Debtor"). A true and correct copy of the Stipulation is attached to the Declaration of Randall P. Mroczynski in support hereof as Exhibit "A". The original Stipulation and Order thereon will be filed upon expiration of the notice period

1

6100.2132    3917892.1

provided by Local Bankruptcy Rule 9013-1(o) unless opposition to the instant motion is timely filed.

This Motion is made pursuant to Federal Rule of Bankruptcy Procedure 4001(d) and Local Bankruptcy Rule 9013-1(o)(1), which provides that this motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o) requires that any party objecting to this motion must file a response to this motion, with service upon Movant and the United States Trustee and request a hearing within fourteen (14) days after the date of service of this notice plus three (3) additional days if you were served by mail, electronically or pursuant to F.R.Civ.P. 5(b)(2)(D), (E) or (F). If you fail to comply with this deadline, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

## MOTION

This Motion is made upon the following grounds:

Pre-petition, Debtor entered into entered into two (2) Retail Installment Sale Contracts (the "Contracts") with MBFS for the purchase of:

1.  One (1) 2021 Mercedes-Benz M2CA74, VIN W1W4DCHY6MT047575;
2.  One (1) 2021 Mercedes-Benz M2CA74, VIN W1W4DCHY7MT046564; and
3.  One (1) 2021 Mercedes-Benz M2CA76, VIN W1Y4ECHY4MT067750;

(Collectively referred to herein at times as the "Vehicles").

The Debtor does not dispute that the Contracts were assigned to MBFS by the selling dealer in the ordinary course of business and MBFS properly perfected its security interests in the Vehicles pre-petition by notation of its liens on the title certificates. The Debtor, in its business judgment, does not believe that the Vehicles are necessary to its reorganization and wishes to surrender possession of the Vehicles to MBFS.

///

///

///

///

2

6100.2132    3917892.1

By the Stipulation, MBFS and Debtor mutually wish to provide for the termination of the automatic stay as it pertains to the Vehicles.

WHEREFORE Movant respectfully requests the Court to approve the Stipulation, a true and correct copy of which is attached to the Declaration of Randall P. Mroczynski as Exhibit "A".

DATED: April 6, 2023        COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
RANDALL P. MROCZYNSKI
Attorney for Movant
MERCEDES-BENZ FINANCIAL SERVICES USA LLC

6100.2132   3917892.1

## DECLARATION OF RANDALL P. MROCZYNSKI

I, RANDALL P. MROCZYNSKI, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of Cooksey Toolen Gage Duffy & Woog, attorneys of record for Movant MERCEDES-BENZ FINANCIAL SERVICES USA LLC.

2. I make the following Declaration based upon my own personal knowledge, and if called upon to do so, I could and would competently testify to the facts stated herein.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Stipulation subject of this Motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and was executed this 6th day of April, 2023 at Costa Mesa, California.

_____
RANDALL P. MROCZYNSKI

6100.2132   3917892.1

# Exhibit "A"

RANDALL P. MROCZYNSKI, ESQ. (STATE BAR NO. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977
Telephone:   (714) 431-1100
Facsimile:   (714) 431-1119

Attorneys for Pre-Petition Secured Creditor
MERCEDES-BENZ FINANCIAL SERVICES USA LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STIPULATION BETWEEN MERCEDES-BENZ FINANCIAL SERVICES USA LLC AND DEBTOR 2ND CHANCE INVESTMENT GROUP, LLC FOR RELIEF FROM THE AUTOMATIC STAY** |

Pre-Petition Secured Creditor, MERCEDES-BENZ FINANCIAL SERVICES USA LLC ("MBFS"), by and through its counsel of record herein, Cooksey, Toolen, Gage, Duffy & Woog, P.C., by Randall P. Mroczynski, Esq. and 2ND CHANCE INVESTMENT GROUP, LLC ("Debtor") by and through its counsel of record herein, Financial Relief Law Center, APC, by Andy C. Warshaw, Esq. hereby submit the following stipulation.

## **RECITALS**

A.    Prior to the filing of this action, Debtor entered into two (2) Retail Installment Sale Contracts (the "Contracts") for the purchase of two (2) 2021 Mercedes-Benz M2CA74 Vans having the VINS W1W4DCHY6MT047575 and W1W4DCHY7MT046564 and one (1) 2021 Mercedes-

Benz M2CA76 Van having the VIN W1Y4ECHY4MT067750 (the "Vehicles"). The Contracts were assigned to MBFS by the selling dealer in the ordinary course of business.

B. Pursuant to the Contracts, MBFS is the legal owner of record of the Vehicle. MBFS properly perfected its interest in the Vehicles pre-petition by the notation of its lien interests on the Vehicles' Certificates of Title.

C. The Contracts are in both pre-petition and post-petition default.

D. The Debtor, in its business judgment, does not believe that the Vehicles are necessary to its reorganization.

E. Debtor wishes to surrender possession of the Vehicles to MBFS and Debtor filed a Motion to Abandon the Vehicles on February 21, 2023 as docket number 55.

F. By this Stipulation, MBFS and Debtor mutually wish to provide for the termination of the automatic stay as it pertains to the Vehicles.

## **STIPULATION**

IT IS HEREBY STIPULATED based upon the above recitals which are incorporated herein by this reference:

1. The Automatic Stay shall terminate as to the Debtor and Debtor's estate with respect to the Vehicles so as to allow MBFS to enforce its remedies with respect to the Vehicles in accordance with applicable non-bankruptcy law.

2. Debtor waives the provisions of F.R.B.P. 4001(a)(3) with respect to the foregoing.

3. The Order approving this Stipulation shall be binding and effective despite any conversion of this case to a case under any other chapter of Title 11 of the United States Code.

4. Debtor's surrender of the Vehicles is without prejudice to MBFS asserting a pre-petition unsecured claim for any deficiency incurred after liquidation of the Vehicles.

///

///

///

///

///

    5.    Debtor consents to and will not oppose the granting of a motion for approval of this Stipulation.

Dated: April 3, 2023                  FINANCIAL RELIEF LAW CENTER, APC

By: _____
Andy C. Warshaw, Esq.
Attorney for Debtor
2ND CHANCE INVESTMENT GROUP, LLC

Dated: March 29, 2023               COOKSEY TOOLEN GAGE DUFFY & WOOG

By: _____
Randall P. Mroczynski
Attorney for Pre-Petition Creditor
MERCEDES-BENZ FINANCIAL SERVICES USA LLC

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Suite 1000
Costa Mesa, California 92626-1977

3

STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY

6100.2132  3917840.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

535 Anton Blvd., 10th Floor; Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION BETWEEN MERCEDES-BENZ FINANCIAL SERVICES USA LLC AND DEBTOR 2ND CHANCE INVESTMENT GROUP, LLC FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Andy C. Warshaw, Attorney for Debtor:  awarshaw@bwlawcenter.com
Rich L. Sturdevant, Attorney for Debtor:  rich@bwlawcenter.com
Amanda G. Billyard, Attorney for Debtor:  abillyard@bwlawcenter.com
U.S. Trustee (SA):  ustpregion16.sa.ecf@usdoj.gov
Queenie K. Ng, Attorney for U.S.Trustee:  queenie.k.ng@usdoj.gov
Robert P. Goe, Attorney for Official Committee of Unsecured Creditor, kmurphy@goeforlaw.com

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) April 6, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Debtor:** | **Attorney for Debtor:** | **U.S. Bankruptcy Judge:** |
|---|---|---|
| 2nd Chance Investment Group, LLC | Andy C. Warshaw | Hon. Scott C. Clarkson |
| 600 W. Santa Ana Blvd. | Rich L. Sturdevant | United States Bankruptcy Court |
| PMB 5045 | Amanda G. Billyard | Central District of California |
| Santa Ana, CA 92701 | Financial Relief Law Center | 411 West Fourth Street, Suite 5130 |
| | 1200 Main Street, Suite C | Santa Ana, CA 92701-4593 |
| | Irvine, CA 92614 | |

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 6, 2023 | Dalin Suon | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION**
**In re: 2nd Chance Investment Group, LLC**
**Bankruptcy Case No.: 8:22-bk-12142-SC**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Fanny Zhang Wan, fwan@raslg.com
Douglas A. Plazak, dplazak@rhlaw.com
Arvind Nath Rawal, arawal@aisinfo.com
Jennifer C. Wong, bknotice@mccarthyholthus.com
Gary B. Rudolph, rudolph@sullivanhill.com
David M. Goodrich, dgoodrich@go2.law
Stephan M. Brown, ECF@thebklawoffice.com
Dane W. Exnowski, dane.exnowski@mccalla.com
Lazaro E. Fernandez, lef17@pacbell.net
Brandon J. Iskander, biskander@goeforlaw.com
Charity J. Manee, cmanee@goeforlaw.com

2. **SERVED BY UNITED STATES MAIL**:

**List of Creditors Who Have the 20 Largest Unsecured Claims**

Hiten Ram Bhakta & Sajan Bhakta
c/o Schorr Law
1901 Avenue of the Stars, Ste. 615
Los Angeles, CA 90067

Straten Lending
c/o Schorr Law
1901 Avenue of the Stars, Ste. 615
Los Angeles, CA 90067

ASB Ventures LLC
c/o Schorr Law
1901 Avenue of the Stars, Ste. 615
Los Angeles, CA 90067

Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

American Express
P.O. Box 96001
Los Angeles, CA 90096-8000

American Express
P.O. Box 96001
Los Angeles, CA 90096-8000

Home Depot Credit Services
P.O. Box 9001010
Louisville, KY 40290

Staples Credit Plan
Dept. 51 7892022301
Phoenix, AZ 85062

Aaron Zistman
18518 Dancy St.
Rowland Heights, CA 91748

Jessie and Michelle Acosta
13337 Nellie Avenue
Chino, CA 91710

David Guzman
14583 McKendree Avenue
Chino, CA 91710

Felipe Gutierrez Jr.
13056 Sycamore Ave., Apt. B
Chino, CA 91710

Lamar Advertising
449 East Park Center Circle South
San Bernardino, CA 92408

Mercedes-Benz Financial Services
P.O. Box 5260
Carol Stream, IL 60197-5209

Pramira Holdings, LLC
2552 Walnut Avenue, Ste. 200
Tustin, CA 92780

Merah, LLC
7026 Edinboro Street
Chino, CA 91710

Midare, LLC
14583 McKendree Avenue
Chino, CA 91710

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

Kiwi Corp
Mina Bhakta
11353 Highdale Street
Norwalk, CA 90650

Lowes Business
Acct/GECRB
P.O. Boc 530970
Atlanta, GA 30353

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE