| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Amanda G. Billyard 256838<br>Financial Relief Law Center, APC<br>1200 Main St., Suite C<br>Irvine, CA 92614<br>Phone: (714) 442-3349<br>Email: abillyard@bwlawcenter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 13 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte        **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| | |
|---|---|
| In re: 2nd Chance Investment Group, LLC<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11<br><br>**ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY A PROFESSIONAL OTHER THAN GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><br>☒ **No Hearing: LBR 9013-1(o)(3)**<br>☐ **Hearing Information:**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                                                 Page 1                                                         F 2081-
2.5.ORDER.EMPLOY.GEN.COUNSEL

    a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ:
<u>Coldwell Banker (Broker) and Citrus Grove Real estate, 44 Realty, Keller Williams, and Remax & Coldwell Banker Northern California (Co-Brokers) as of April 13, 2023.</u> .

    b. Broker and Co-Brokers will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c. ☐ The Motion is denied.

4. ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5. ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6. ☐ Other (*specify*):

###

Date: April 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015
Page 2
F 2081-
2.5.ORDER.EMPLOY.GEN.COUNSEL