1  JOSHUA R. TEEPLE, CPA
   Grobstein Teeple LLP
2  23832 Rockfield Boulevard, Suite 245
   Lake Forest, California 92630
3  Telephone:  (949) 381-5655
   Facsimile:   (949) 381-5665
4  Email:    jteeple@gtllp.com, documents@gtllp.com
5
6  Proposed Financial Advisors for Chapter 11 Debtor
   and Debtor-in-Possession
7

8                    **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11  In re                                    Case No.: 8:22-bk-12142-SC

12  **2ⁿᵈ CHANCE INVESTMENT GROUP,**          Chapter 11
    **LLC,**
13                                            **NOTICE OF APPLICATION AND**
14                                            **APPLICATION BY CHAPTER 11**
                                             **DEBTOR FOR AUTHORIZATION TO**
15                                            **EMPLOY GROBSTEIN TEEPLE LLP AS**
                                             **FINANCIAL ADVISORS EFFECTIVE**
16                                            **MARCH 14, 2023; STATEMENT OF**
                                             **DISINTERESTEDNESS IN SUPPORT**
17           Debtor and Debtor-in-Possession. **THEREOF**
18
19                                            **[11 U.S.C. §§327(a) Fed. R. Bank. P. 2014;**
                                             **Loc. Bankr. R. 2014-1(b)]**
20
21                                            [No Hearing Required Unless Requested Under
                                             LBR 2014-1]
22

23         **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

24  **JUDGE, THE DEBTOR AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES**

25  **TRUSTEE, AND INTERESTED PARTIES:**

26         **PLEASE TAKE NOTICE** Chapter 11 Debtor, 2ⁿᵈ Chance Investment Group, LLC ("Debtor

27  or "Applicant"), has filed an Application for entry of a Court Order authorizing the employment of

28  Grobstein Teeple LLP ("GT" or "Firm") as their financial advisors in this case pursuant to 11 U.S.C.

§§ 327, 330, and 331, effective March 14, 2023 (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the Application is supported by the Notice of Application, the Application, the Statement of Disinterestedness submitted in support of the Application, and the entire record of the case, and any other evidence properly presented to the Court in support of the Application.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Application may be obtained upon request by contacting the Firm at the name, telephone number, address, and e-mail address in the upper left corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the Firm has not received a retainer post-petition. There are no arrangements between the Firm and any other entity for the sharing of compensation received or to be received in connection with the Debtor's bankruptcy case ("Case"), except insofar as such compensation may be shared among partners and associates of the Firm. The Firm reserves the right to seek compensation according to applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

**PLEASE TAKE FURTHER NOTICE** that Exhibits A and B attached to the Application provide biographical information and billing rates for financial advisors and paraprofessionals employed by the Firm.

**PLEASE TAKE FURTHER NOTICE** that the Firm may seek interim compensation during the Case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in the Case is subject to prior approval of the Court. No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, any interim compensation order, and the Guide to Applications for Professional Compensation issued by the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E),  any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Clerk of the above-entitled Court, at the Ronald Reagan Federal Courthouse Building and U.S. Courthouse at 411 West

1    Fourth Street, Santa Ana, California 92701. The Deadline for any response and request for hearing is
2    14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served
3    by personal delivery of posting as described in F.R.Civ.P.5(b)(2)(A)-(B). A copy of any response or
4    request for hearing must be served on the Debtor to the attention of Amanda G. Billyard of Financial
5    Relief Law Center, 1200 Main Street, Suite C, Irvine, California 92614 and Grobstein Teeple LLP at
6    the address indicated in the upper left corner of the first page of this Notice. A copy must also be
7    served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana,
8    California 92701-4593.  Failure to timely respond may be deemed as acceptance of the proposed
9    employment. See Local Rules 9013-1(h).

10          **PLEASE TAKE FURTHER NOTICE** that the failure to timely file and serve any opposition
11    or objection shall be deemed by the Bankruptcy Court to be consent to the relief requested in this
12    Notice and Application.

13
14    Dated: __April 17__, 2023                    Grobstein Teeple LLP
15
16                                   By: _____
17                                        Joshua R. Teeple
18                                        Proposed Financial Advisor for
                                         2nd Chance Investment Group, LLC
19
20
21
22
23
24
25
26
27
28

2nd Chance Investment Group, LLC, (the "Debtor" or "Applicant"), hereby applies for an order authorizing the employment of Grobstein Teeple LLP ("GT" or the "Firm"), as its financial advisors effective March 14, 2023 (the "Application") and in support of this application, respectfully represents as follows:

1.    On December 21, 2022, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition Date").

2.    Debtor is a real estate investment company.  Based on a review of pleadings, documents, and other information provided, the Applicant has determined that it is necessary and appropriate to retain the services of a financial advisor to provide certain specified services as well as those typically provided by a certified public accountant on behalf of a bankruptcy estate.  Specifically, Applicant has determined in the exercise of its reasonable business judgment that it is necessary and appropriate to retain a financial advisor to perform, among other tasks, the following specific acts for the Debtor:

      a.    Obtain and evaluate financial records;

      b.    Assist in the preparation of monthly operating reports;

      c.    Prepare and update budgets and cash collateral motions as needed;

      d.    Support and assist the Chief Restructuring Officer ("CRO") in operating the Debtor;

      e.    Evaluate assets and liabilities of the Debtor;

      f.    Evaluate tax issues related to the Debtor, including but not limited to preparing capital gains analyses and resolving tax matters;;

      g.    Prepare tax returns;

      h.    Provide litigation consulting if required; and

      i.    Provide accounting and consulting services requested by the Applicant, its counsel, and/or the CRO.

3.    As shown by the biographical information attached as **Exhibit A** hereto and incorporated herein by this reference, the Firm and its professionals are very experienced in insolvency, bankruptcy and reorganization matters and are well-qualified to provide these and related

financial advisory services to Applicant. A copy of the schedule of the Firm's current billing rates for financial advisors and paraprofessionals of the Firm is attached hereto as **Exhibit B** and incorporated herein by this reference. Based upon the information reasonably known to Applicant, the CRO, and the Firm as of the filing of this Application, the Firm anticipates that the work on this matter will be performed principally by the following members of the Firm: Joshua Teeple, Kermith Boffill, Kailey Wright, and Kevin Meacham.

4.      The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. The Firm seeks employment pursuant to 11 U.S.C. §327(a) with compensation pursuant to §§ 330 and 331. The Firm is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the United States Trustee, and will comply with them.

5.      The Firm's Statement of Disinterestedness is attached.

6.      Applicant is satisfied from the attached Statement of Disinterestedness that employment of the Firm as financial advisors would be in the best interest of the estate.

**WHEREFORE**, Applicant respectively requests that it be authorized to employ GT, effective as of March 14, 2023, pursuant to 11 U.S.C. §§ 327, 330 and 331, and in accordance with Local Bankruptcy Rule 2014, on the terms stated herein.

Dated: _04-14_, 2023

Rayshon Foster
Debtor's sole member

2nd Chance Investment Group, LLC                    Case #8:22-bk-12142-SC

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOSHUA R. TEEPLE, CPA<br>Grobstein Teeple LLP<br>23832 Rockfield Boulevard, Suite 245<br>Lake Forest, California 92630<br>Telephone:   (949) 381-5655<br>Facsimile:   (949) 381-5665<br>Email:     jteeple@gtllp.com; documents@gtllp.com<br><br>Proposed Financial Advisors for Chapter 11 Debtor and Debtor-in-Possession<br><br><br>*Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11 |
|---|---|
| | **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)** |
| | [No Hearing Required] |

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:

    Grobstein Teeple LLP
    23832 Rockfield Boulevard, Suite 245
    Lake Forest, California 92630


2.  The services to be rendered by the Professional in this case are *(specify)*:
    Obtain and evaluate financial records; assist in the preparation of monthly operating reports; prepare and update budgets and cash collateral motions as needed; support and assist the Chief Restructuring Officer ("CRO") in operating the Debtor; evaluate assets and liabilities of the Debtor; evaluate tax issues related to the Debtor, including but not limited to preparing capital gains analyses and resolving tax matters; prepare tax returns; provide litigation consulting if required; and provide accounting and consulting services requested by the Applicant, its counsel, and/or the CRO.

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    Grobstein Teeple LLP (the "Firm" or "GT") understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. It is contemplated that the Firm will seek compensation and reimbursement of expenses from the Estate based upon its normal and usual hourly billing rates and may seek interim compensation as permitted by U.S.C. §§ 330 and 331.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 2014-1.STMT.DISINTEREST.PROF**

6

4.   The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

The Firm was not paid a monetary retainer and is not requesting, and will not receive, any retainer in this matter.

5.   The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

GT performs the following in order to ensure there are no conflicts of interest:  Send an email to all employees of the Firm including partners, professionals and administrative staff requiring a positive confirmation that they have no conflicts;  The email that is sent out includes the names of all parties including the Debtor, Debtor's counsel, all creditors listed in the Debtor's schedules, and any other relevant parties listed in the bankruptcy schedules; Electronic comparison of all names of parties included in the bankruptcy schedules to our client list; Electronic comparison of all names of parties included in the bankruptcy schedules to our billing system.

6.   The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:

Howard Grobstein served as a panel trustee until January 2023, and in that capacity was supervised by the OUST, and also that while a trustee he had employed the firm at which Trustee is a member to represent him as his attorneys in other unrelated matters.  In addition, the Firm has represented the Trustee in other unrelated cases. Members of the Firm have socialized on occasion with the Trustee and with other members of the firm of which the Trustee is a member. The Firm is not and was not an investment banker for any outstanding security of the Debtor. The Firm is not and was not, within three years before the date of the filing of the Petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor. The Firm is not and was not, within two years before the date of filing of the Petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor. The Firm neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, for reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, the Chapter 7 Trustee, or an investment banker for any security of the Debtor, or for any other reason.

7.   The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows:  not applicable.

8.   The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9.   The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:  not applicable

10.  Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

JOSHUA R. TEEPLE, Partner

Grobstein Teeple LLP

23832 Rockfield Boulevard, Suite 245

Lake Forest, California 92630

Telephone:    (949) 381-5655

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:  not applicable

12. Total number of attached pages of supporting documentation:  0

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/18/23 | Joshua R. Teeple | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                          Page 3                              **F 2014-1.STMT.DISINTEREST.PROF**

8

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*P.O. Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION AND APPLICATION BY CHAPTER 11 DEBTOR FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS FINANCIAL ADVISORS EFFECTIVE MARCH 14, 2023; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 18, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amanda G. Billyard on behalf of Debtor 2nd Chance Investment Group LLC abillyard@bwlawcenter.com
- Andy C Warshaw on behalf of Debtor 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Arvind Nath Rawal on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com
- Brandon J Iskander on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Dane W Exnowski on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- David M Goodrich on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com; wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- David M Goodrich on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com; lbracken@wgllp.com; wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- Douglas A Plazak on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com
- Fanny Zhang Wan on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com
- Gary B Rudolph on behalf of Creditor LMF2 LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Gary B Rudolph on behalf of Creditor Lantzman Investments Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Jennifer C Wong on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Jennifer C Wong on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com
- Lazaro E Fernandez on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall P Mroczynski on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com
- Richard L. Sturdevant on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com
- Robert P Goe on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

- Robert P Goe on behalf of Creditor Committee Official Committee of Unsecured Creditors

kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Stephan M Brown on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com
  stephan@thebklawoffice.com;roslyn@thebklawoffice.com
- Stephan M Brown on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com
  stephan@thebklawoffice.com;roslyn@thebklawoffice.com
- Stephan M Brown on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com
  stephan@thebklawoffice.com; roslyn@thebklawoffice.com United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On **April 18, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor</u>                                              Honorable Scott C. Clarkson
2nd Chance Investment Group, LLC                          U.S. Bankruptcy Court
600 W. Santa Ana Blvd.                                    411 West 4th Street, Suite 5130
PMB 5045                                                  Santa Ana, CA  93101
Santa Ana, CA 92701-4558

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 18, 2023 | Denise Weiss | *Denise Weiss* |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:22-bk-12142-SC
Central District of California
Santa Ana
Tue Apr 18 13:49:27 PDT 2023

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701-4558

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614-6749

Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614-6840

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614-6840

Mercedes-Benz Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Official Committee of Unsecured Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614-6840

U.S. Bank Trust National Association, not in
Robertson, Anschutz, Schneid, Crane & Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101-8705

Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108-3708

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

ASB Ventures LLC
5852 Morehouse St
Chino CA 91710

ASB Ventures LLC
c/o Schorr Law
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067-6051

Aaron Zistman
18518 Dancy St.
Rowland Heights, CA 91748-4777

Abhishek Bhakta
31 Wings Loop
Lake Havasu City AZ 86403-6780

Ally
PO Box 380902
Minneapolis, MN 55438-0902

American Express
PO Box 96001
Los Angeles, CA 90096-8000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anand Bhakta
17409 Caliente Ave
Cerritos CA 90703-9010

Bhavesh Bhakta
9300 N Sam Houston Pkwy E Apt 11-212
Humble TX 77396-5139

Comcast/Effectv
PO Box 415949
Boston, MA 02241-5949

David Guzman
14583 McKendree Ave.
Chino, CA 91710-6988

Del Toro Loan Servicing, Inc.
2300 Boswell Road
Suite 215
Chula Vista, CA 91914-3559

Deven Bhakta
10103 Olivia Terrace
Sun Valley, CA 91352-4250

FCI
8180 E Kaiser Blvd
Anaheim, CA 92808-2277

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fabian & Kathy Lynn Martinez
13352 Marty Lane
Garden Grove, CA 92843-2234

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

Felipe Gutierrez Jr.
13056 sycamore Ave. Apt. B
Chino, CA 91710-6725

Forethought Life Insurance Company
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Franchise Tax Board
PIT Bankruptcy MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

GLA Agrestand
312 N Spring Street, 5th Fl
Los Angeles, CA 90012-4701

Google Adwords
c/o Joe Ventura
Commercial Collection Corp of NY
34 Seymour St
Tonawanda, NY 14150-2126

Gregory Steven
37915 Marsala Dr
Palmdale, CA 93552-3966

Hiten Ram Bhakta & Sajan Bhakta
c/o Schorr Law
1901 Avennue of the Stars
Suite 615
Los Angeles, CA 90067-6051

Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Jatin Bhakta
8365 Lehigh Ave
Sun Valley CA 91352-3343

Jessie and Michelle Acosta
13337 Nellie Ave.
Chino, CA 91710-7390

Jesus Acosta And Michelle Acosta
13337 Nellie Avenue
Chino, CA 91710-7390

Kiwi Capital Group LLC
11353 Highdale St. Norwalk, CA 90650
Norwalk, CA 90650-5737

Kiwi Corp
Mina Bhakta
11353 Highdale Street
Norwalk, CA 90650-5737

LMF2 LP
c/o Gary B Rudolph Esq
c/o Sullivan Hill Rez & Engel APLC
600 B Street 17th Fl
San Diego CA 92101-4501

Lamar Advertising
449 East Park Center Circle South
San Bernardino, CA 92408-2872

Lantzman Investments Inc
c/o Gary B Rudolph Esq
c/o Sullivan Hill Rez & Engel APLC
600 B Street 17th Fl
San Diego CA 92101-4501

Lowes Business Acct/GECRB
PO Box 530970
Atlanta, GA 30353-0970

Maher Abou Khzam
c/o The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661-7787

Margaret Adams
25641 Byron S
San Bernardino, CA 92404-6439

Margaret Adams
25641 Byron St.
San Bernardino, CA 92404-6439

Merah LLC
14583 McKendree Avenue
Chino, cA 91710-6988

Merah, LLC
7026 Edinboro Street
Chino, CA 91710-6961

(p)MERCEDES BENZ FINANCIAL SERVICES
13650 HERITAGE PARKWAY
FORT WORTH TX 76177-5323

Mercedes-Benz Financial Services USA LLC
P.O. Box 5209
Carol Stream, IL 60197-5209

Michael Chapman Sr.
324 W. 47th Place
Los Angeles, CA 90037-3235

Michael Chapman Sr.
328 W. 47th Place
Los Angeles, CA 90037-3235

Midare LLC
14583 McKendree Avenue
Chino, CA 91710-6988

OMAR HOUARI
2425 SAN ANTONIO CRESCENT WEST
Upland, CA 91784-1054

Pangea Int'l Receivable Services
140 2nd Ave W.
Suite D
Kalispell, MT 59901-4417

Parin Bhakta
1237 Cranbrook Pl
Fullerton CA 92833-1406

Pramira Holdings  LLC
2552 Walnut Ave
Suite 200
Tustin, CA 92780-6983

Pramira LLC
11353 Highdale St
Norwalk, CA 90650-5737

Pramira LLC
1422 Edinger Ave. Ste 250
Tustin, CA 92780-6299

Precision Realty Fund LLC
11353 Highdale St
Norwalk, CA 90650-5737

Precision Realty LLC
930 San Pablo Ave.
Suite B
San Francisco, CA 94141

Rayshon Foster
4349 South Victoria
Los Angeles, CA 90008-4903

Ronak Parikh
5851 Aloe Vera Ct
Chino Hills CA 91709-7986

Rosendo Quiroz Estorga
1004 Peachwood Crt.
Raymond, CA 93653

Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880-3369

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Selene Finance
PO Box 422039
Houston, TX 77242-4239

Shawn M. Southern
1611 151st St
San Leandro, CA 94578-1955

Sima Patel
8 Thornton Ave
Greenville SC 29609-4675

Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935-4910

Staples Credit Plan
Dept. 51 7892022301
Phoenix, AZ 85062

Steven Kinsbursky
431 Terraine Avenue
Long Beach, CA 90814-1944

Straten Lending
c/o Shorr Law
1901 Avenue of the Stars Suite 615
Los Angeles, CA 90067-6051

Straten Lending Group, LLC
951 W Main St
Mesa AZ 85201-7107

Stream Kim HIcks Wrage Alfaro
3403 Tenth St.
Suite 700
Riverside, CA 92501-3641

(p)SUPERIOR LOAN SERVICING
ATTN ASSET DEFAULT MANAGEMENT
7525 TOPANGA CANYON BLVD
CANOGA PARK CA 91303-1214

Teresa Miller
827 Meridian Ave.
San Bernardino, CA 92410-1029

Thamar A. Peterson
43933 30th St. E.
Lancaster, CA 93535-5872

Thamar Peterson
43933 30 St E
Lancaster, CA 93535-5872

U.S. Bank Trust National Association, not in
Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019-6295

U.S. Small Business Administration
312 N Spring Street, 5th Fl
Los Angeles, CA 90012-2678

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vishal Bhakta
3863 E Hermosa Vista Dr
Mesa AZ 85215-1705

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Zisman Family Trust
c/o Aaron Zisman
18518 Dancy Street
Rowland Heights, CA 91748-4777

Zona AZ LLC
3863 E Hermosa Vista Dr
Mesa AZ 85215-1705

Zona CA, LLC
3863 E. Hermosa Drive
Mesa, AZ 85215-1705

Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614-6749

Andru C Yarshay
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614-6749

David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626-7121

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300

Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661-7787

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614-6749

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fay Servicing
8001 Woodland Center Blvd. Suite 10
Tampa, FL 33614

Mercedes-Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209

(d)Mercedes-Benz Financial Services
PO Box 5260
Carol Stream, IL 60197-5260

Superior Loan Servicing
7525 Topanga Canyon Blvd
Canoga Park, CA 91303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701-4558

(u)44 Realty

(u)Ally Bank

(u)Coldwell Banker and Citrus Grove Real Esta

(u)Courtesy NEF

(u)Interested Party

(u)LMF2, LP

(u)Lantzman Investments, Inc.

(u)Remax & Coldwell Banker Northern Californi

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d)Midare, LLC
14583 McKendree Ave.
Chino, CA 91710-6988

(d) Zona AZ, LLC
c/o Keller Williams
3863 E. Hermosa Vista Drive
Mesa, AZ 85215-1705

End of Label Matrix
Mailable recipients     95
Bypassed recipients     14
Total                  109

**PARTNERS AND PRINCIPALS**

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations.  He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum.  He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm.  Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**MICHAEL GARLIE**, Utica University (M.S. - Cybersecurity/Digital Forensics) is a Principal with the firm. Mr. Garlie has experience in cybersecurity consulting, e-discovery, digital forensics investigations, and expert witness testimony.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy; B.S. -Accountancy) is a Partner in the firm.  Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**BRIAN LUNDEEN, M.A.S., CFE**, Northern Illinois University (M.S. - Accountancy) and Northern Illinois University (B.S. - Accountancy) is a Partner with the firm. Mr. Lundeen specializes in providing forensic accounting,

Los Angeles Headquarters        Los Angeles County, CA        San Francisco, CA
6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367    Orange County, CA        Las Vegas, NV
818.532.1020 | gtllp.com        Riverside County, CA        Metro Washington, D.C.

Exhibit A, Page 1 of 6

litigation support, and fraud investigation services.

**DIMPLE MEHRA, CFE**, University of Arizona (B.S. – Business Administration) and University of Phoenix (M.S. – Accountancy) is a Principal in the firm. Ms. Mehra has experience in providing forensic accounting and analysis services in the public and private sectors.  She is a member of the Association of Certified Fraud Examiners.

**ERIK RASMUSSEN**, is a Principal and head of Cyber Security and Risk Management Solutions for the firm. He is an active attorney in Washington State with over 15 years of experience. Prior to joining the firm, Mr. Rasmussen was a Managing Director at a global risk management firm covering incident response and governance. Mr. Rasmussen was also a Secret Service agent for 9 years and conducted dozens of domestic and international computer crimes investigations.

**RACHEL ROJANY, CPA**, University of California, Santa Cruz (B.A. – Business Management Economics) is a Partner at the firm. Ms. Rojany's professional experience is focused in individual and business tax compliance and planning, with experience in an array of different industries from entertainment and media, professional services, to real estate and high net worth individuals and families. She is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. - Business Management) is a Principal in the firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association  of  Insolvency  and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. – Accountancy; B.S. - Finance) is a Partner in the firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**KURT H. STAKE, CPA, MBA, CMA, CFE, CFF, CVA, ABV**, University of Southern California (B.S. - Accounting), Chapman University (MBA), is a Partner in the firm. Mr. Stake has over 25 years of forensic accounting, financial damages, business valuation and litigation expert witness experience. Mr. Stake testifies as an expert witness in jury trials, bench trials, depositions and arbitrations on behalf of both plaintiffs and defendants for State and Federal matters.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A. - Economics, emphasis in Accounting) is a Principal in the firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting and litigation support for her clients. She is a past President of the Los Angeles Bankruptcy Forum, and currently serves as the Treasurer of the Orange County Bankruptcy Forum.  She is also a current member of the International Women's  Insolvency & Restructuring Confederation.

## MANAGERS AND DIRECTORS

**DEHLIA ADAMS** is the Director of Operations and has 25+ years of experience in Technology and Operations. Ms. Adams provides strategic planning and vision working directly with the Partner group to realize long-term goals.

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity.  Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**JESSIE CHUN,** University of California, Los Angeles (B.S. -Accounting) and University of San Diego (B.A. - History) is a Manager in the firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

**STEVEN GODOY, MSA,** San Diego State University (M.S. – Accountancy: Accounting Information Systems; B.S. - Business Administration: Accounting) is a Consultant with the firm. Mr. Godoy has experience with not-for-profit accounting, accounting information systems, and process improvements.

**MICHAEL E. McCARTHY, CPA, CFE**, California State University, Fullerton (Master of Business Administration, Generalist, 1995) and Michigan State University (Bachelor of Arts, Hotel, Restaurant and Institutional Management, 1978) is a Senior Manager with the Firm.  He has extensive experience in tax preparation, audit and attestation, litigation support, fraud investigation, and has provided expert witness testimony in Bankruptcy Court, California Superior Court and before various commissions and boards.  He is a member of the American Institute of Certified Public Accountants, the California Society of Certified Public Accountants, the American Bankruptcy Institute, and the Association of Certified Fraud Examiners.

**TONY MEDINA** is the firm's Director of IT.

**LUCIA MIER,** Santa Monica Community College (A.A. - Accounting) is a Consultant in the firm. Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

<u>**PROFESSIONALS**</u>

**TOM BUTLER**, Occidental College (B.A. – Mathematics) is a Cybersecurity Consultant in the firm. Mr. Butler's studies focused on computational and applied mathematics. Mr. Butler has experience in web application development and data science.

**MATTHEW CIEZCZAK**, is an intern with the firm.

**NICHOLAS COOPER**, University of South Carolina Darla Moore School of Business (BS- Finance/Marketing) is a Staff Accountant in the firm. Mr. Cooper has corporate finance experience in data analysis, including privately held businesses, as well as non-for-profit organizations.

**KEVIN DE SOUZA FERREYRA**, California State University, Northridge (B.S. – Professional Accountancy) is an Audit Senior with the firm. Mr. De Souza has experience in financial statement audits, reviews, and compilations for various industries including manufacturing, consumer products, and real estate management. Mr. De Souza also has experience with HUD and SOX audits.

**BENJAMIN FAITH**, Occidental College (B.A. – Physics, math minor) is a staff accountant with the firm. Mr. Faith has experience with a variety of mathematics and analytical programs such as Excel.

**MEGAN JOYNER,** West Los Angeles College (A.A. – Accounting) is a bookkeeper with the firm. Ms. Joyner has experience in SOP and accounting department development, and financial accounting function including bookkeeping, cash reconciliations, and reporting.

**LOREN JUDKOWITZ,** is a bookkeeper with the firm.  She has 5 years of experience in Bookkeeping and Corporate Accounting, working with clients in the entertainment industry. Prior to that, she worked as a Billing Manager at a Workers' Compensation Law Firm, creating and implementing a billing program for the firm.

**BREANNA MCCALLUM**, University of California, Northridge (B.S. – Accounting) is a Consultant in the firm.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**MELISSA MONREAL**, is an Accountant in the firm. Ms. Monreal has experience in bank reconciliations, financial analysis, and business management.

**TRACEY MUGA**, California State University, Northridge (B.S. - Family and Environmental Studies with an Option in Business) is a Consultant with the firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**LIN (LYNN) PEI-WEN,** Fairleigh Dickinson University (MS – Accounting) is a Senior Tax Accountant with the firm. Ms. Lin has experience in corporate tax for small business, individual tax for the small business owners, and

financial accounting function including bookkeeping, cash reconciliation and reporting.

**KUNPENG QIN (AKA ADA QIN)**, California State University Northridge (B.S. – Accounting) is a Junior Accountant with the firm. Ms. Ada has experience in prepare and examine financial records function including bookkeeping, processing tax payments and returns, and reconciling bank statements.

**BRIAN SIEGEL**, is a Forensic Technology Consultant with the firm. Mr. Siegel has 15 years of experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**KENNETH SOLARES, CPA,** California State University, Northridge (B.S. - Finance) is a Manager in the firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management.

## PARAPROFESSIONALS

**BROOKE BORBA**, University of California, Santa Cruz, (B.A.  - English Language and Literature) is a Tax Administrator with the firm. Ms. Borba is also a licensed notary in California.

**WENDI CARRANZA**, Southern California College of Business and Law (A.A. - Paralegal Studies) is a Trustee Administrator in the firm's Riverside office.

**CLARA GALARZA**, is an Assistant Tax Administrator, currently working towards her degree in Business Administration at Los Angeles Pierce College/ CSUN.  Ms. Galarza has a background in administration for retail distributors.

**LYNN RICE**, American College of Hotel & Restaurant Management (Certification Program), is Office Manager of the firm.

**DENISE WEISS** is an Assistant Trustee Administrator with the firm.

**KEN ZEREHI** is an Assistant with the firm.



# 2023 BILLING RATES

### Partners and Principals

| Name | Rate |
|------|------|
| Grobstein, Howard | $595.00 |
| Teeple, Joshua | $525.00 |
| Boffill, Kermith | $390.00 |
| Garlie, Michael | $515.00 |
| Howard, Benjamin | $500.00 |
| Lundeen, Brian | $425.00 |
| Mehra, Dimple | $375.00 |
| Rasmussen, Erik | $515.00 |
| Rojany, Rachel | $375.00 |
| Roopenian, Steven | $325.00 |
| Shamas, Eddie | $360.00 |
| Stake, Kurt | $550.00 |
| Wright, Kailey | $375.00 |

### Managers and Directors

| Name | Rate |
|------|------|
| Adams, Dehlia | $350.00 |
| Chamichyan, Silva | $335.00 |
| Chun, Jessie | $285.00 |
| Godoy, Steven | $350.00 |
| McCarthy, Michael | $290.00 |
| Medina, Tony | $250.00 |
| Mier, Lucia | $245.00 |
| Solares, Ken | $285.00 |
| Thomsen, William | $405.00 |

### Professionals

| Name | Rate |
|------|------|
| Ashkar, Paul | $245.00 |
| Boffill Santan, Virgilio Amado | $85.00 |
| Butler, Tom | $275.00 |
| Ciezczak, Matt | $185.00 |
| Cooper, Nicholas | $185.00 |
| De Souza Ferreyra, Kevin | $275.00 |
| Faith, Benjamin | $125.00 |
| Judkowitz, Loren | $85.00 |
| Kent, Justin | $125.00 |
| McCallum, Breanna | $165.00 |
| Meacham, Kevin | $265.00 |
| Monreal, Melissa | $95.00 |
| Montes Barahoma, Julia Maritza | $85.00 |
| Muga, Tracey | $200.00 |
| Pei-Wen, Lin (Lynn) | $225.00 |
| Qin, Kunpeng (aka Ada Qin) | $145.00 |
| Siegel, Brian | $275.00 |

Los Angeles Headquarters
6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367
818.532.1020 | gtllp.com

Los Angeles County, CA       San Francisco, CA
Orange County, CA            Las Vegas, NV
Riverside County, CA         Metro Washington, D.C.

Exhibit B, Page 1 of 2

## **Paraprofessionals**

| Name | Rate |
|---|---|
| Borba, Brooke | $145.00 |
| Carranza, Wendi | $135.00 |
| Galarza, Clara | $115.00 |
| Nino, Claudia | $85.00 |
| Rice, Lynn | $125.00 |
| Weiss, Denise | $95.00 |
| Zerehi, Ken | $85.00 |