| Attorney or Professional Name, Address, Telephone and FAX | |
|---|---|
| David M. Goodrich, SBN 208675; dgoodrich@go2.law<br>GOLDEN GOODRICH LLP<br>650 Town Center Drive, Suite 600, Costa Mesa, California 92626<br>Telephone: 714-966-1000; Facsimile 714-966-1002<br><br>Chief Retructuring Officer for 2nd Chance Investment Group, LLC | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br><br><br>Debtor | Chapter 11 Case Number<br>8:22-bk-12142-SC<br><br>**Professional Fee Statement**<br><br>Number: 5<br>Month of: April , 20 23 |

| | |
|---|---|
| 1. Name of Professional: | David M. Goodrich |
| 2. Date of entry of order approving employment of the professional: | March 1, 2023 (dkt. 61) |
| 3. Total amount of pre-petition payments received by the professional: | $0 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -0 |
| 5. Balance of funds remaining on date of filing of petition: | $0 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - 14,245.00 |
| 7. Less: Total amount of services and expenses this reporting period: | - 2,170.00 |
| 8. Balance of funds remaining for next reporting period: | $0 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST.

ANY OBJECTION MUST BE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | 4 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: May 5, 2023

| | |
|---|---|
| David M. Goodrich | /S/ David M. Goodrich |
| Type Name of Professional | Signature of Professional |
| | |
| Type Name of Attorney for Professional (if applicable) | Signature of Attorney for Professional (if applicable) |

Revised September 2012    PROFESSIONAL FEE STATEMENT (Page 1 of 2)    USTR16-6.0



# INVOICE

Invoice # 6164
Date: 05/04/2023
Due On: 06/03/2023

650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

David M. Goodrich, CRO
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

## 01265-Goodrich, CRO

## 2nd Chance Investment Group, LLC

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/04/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Gary Rudolph re: possible stipulation for relief from stay | 0.10 | $350.00 | $35.00 |
| 04/04/2023 | DMG | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Review/respond to correspondence from Gary Rudolph re: stipulation for relief from stay | 0.10 | $350.00 | $35.00 |
| 04/05/2023 | DMG | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Review/respond to correspondence from Gary Rudolph re: relief from stay, marketing of properties and issues with tenancies | 0.20 | $350.00 | $70.00 |
| 04/11/2023 | DMG | A104 Review/analyze B110 Case Administration: Review trustee insurance invoice | 0.10 | $350.00 | $35.00 |
| 04/12/2023 | DMG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review draft of liquidating plan and liquidating trust | 0.40 | $350.00 | $140.00 |
| 04/12/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to counsel re: property tax bills | 0.10 | $350.00 | $35.00 |
| 04/13/2023 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Review/respond to correspondence from Andy Warshaw re: possible payment in full on deed of trust | 0.10 | $350.00 | $35.00 |
| 04/13/2023 | DMG | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review stipulation for relief from stay (78th St); draft correspondence to Andy and Amanda re: possible termination of LA eviction | 0.20 | $350.00 | $70.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | moratoriums |  |  |  |
| 04/14/2023 | DMG | A104 Review/analyze B160 Fee/Employment Applications: Review employment application for Grobstein Teeple | 0.20 | $350.00 | $70.00 |
| 04/14/2023 | DMG | A108 Communicate (other external) L190 Other Case Assessment, Development and Administration: Draft correspondence to Kailey Wright re: declaration for employment application | 0.10 | $350.00 | $35.00 |
| 04/14/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Telephone conference with Andy Warshaw re: strategy for call with plaintiff's counsel | 0.20 | $350.00 | $70.00 |
| 04/14/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Attend conference call with plaintiff's counsel on equitable lien issue | 0.20 | $350.00 | $70.00 |
| 04/17/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Greg Cekalovich re: water heater issues | 0.10 | $350.00 | $35.00 |
| 04/17/2023 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Review/respond to correspondence from broker re: vacant properties and listing | 0.10 | $350.00 | $35.00 |
| 04/17/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from counsel for Lantzman re: lease and purchase back | 0.10 | $350.00 | $35.00 |
| 04/17/2023 | DMG | A108 Communicate (other external) B160 Fee/Employment Applications: Telephone conference with Bill Friedman re: employment of brokers out of state | 0.10 | $350.00 | $35.00 |
| 04/17/2023 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review/respond to correspondence from Andy Warshaw re: revised plan and potential issues for case | 0.20 | $350.00 | $70.00 |
| 04/17/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to Josh Teeple re: plan and disclosure statement, plan projections and capital gains analysis | 0.10 | $350.00 | $35.00 |
| 04/17/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Preparation of monthly fee statement no. 4 (March 2023). (no charge) | 0.40 | $0.00 | $0.00 |
| 04/18/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from tenant re: returned mail | 0.10 | $350.00 | $35.00 |
| 04/18/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Josh Teeple re: call to discuss plan projections/liquidation analysis | 0.10 | $350.00 | $35.00 |

| 04/19/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Attend Zoom call with counsel and financial advisors | 0.50 | $350.00 | $175.00 |
| --- | --- | --- | --- | --- | --- |
| 04/19/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Preparation of fee statement no. 4 (March 2023). (no charge) | 0.50 | $0.00 | $0.00 |
| 04/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Bill Friedman re: listing agreement for Portal | 0.10 | $350.00 | $35.00 |
| 04/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Amanda re: utilities at Washington property | 0.10 | $350.00 | $35.00 |
| 04/20/2023 | DMG | A104 Review/analyze B160 Fee/Employment Applications: Review listing agreement for Portal | 0.20 | $350.00 | $70.00 |
| 04/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Josh Teeple re: estimated time to liquidate properties | 0.10 | $350.00 | $35.00 |
| 04/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to counsel re: plan confirmation and effect on automatic stay | 0.10 | $350.00 | $35.00 |
| 04/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to Grobstein Teeple re: MOR for March 2023 | 0.10 | $350.00 | $35.00 |
| 04/20/2023 | DMG | A103 Draft/revise B110 Case Administration: Prepare monthly operating report for March 2023 | 0.30 | $350.00 | $105.00 |
| 04/21/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to Daphne re: possible field agent assistance | 0.10 | $350.00 | $35.00 |
| 04/21/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to Josh Teeple re: liquidation analysis | 0.10 | $350.00 | $35.00 |
| 04/21/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to multiple correspondence from Josh Teeple re: revisions to operating report | 0.10 | $350.00 | $35.00 |
| 04/21/2023 | DMG | Review/revise monthly operating report and generate/assemble for filing | 0.30 | $350.00 | $105.00 |
| 04/24/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to Cameron re: possible bulk sale of properties | 0.10 | $350.00 | $35.00 |
| 04/24/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Telephone conference with Cameron (possible investor) regarding planned sales of | 0.10 | $350.00 | $35.00 |

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | properties | | | |
| 04/25/2023 | DMG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review liquidation analysis | 0.10 | $350.00 | $35.00 |
| 04/25/2023 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Draft correspondence to Josh Teeple and Andy Warshaw re: call to discuss liquidation analysis | 0.10 | $350.00 | $35.00 |
| 04/25/2023 | DMG | Review/respond to correspondence from Daphne re: possible retention and need for assistance with Bakersfield property | 0.10 | $350.00 | $35.00 |
| 04/26/2023 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Zoom call with Josh Teeple and Andy Warshaw re: plan liquidation analysis and need for capital gains information | 0.50 | $350.00 | $175.00 |
| 04/26/2023 | DMG | A108 Communicate (other external) B160 Fee/Employment Applications: Draft correspondence to counsel re: possible retention of field agent | 0.10 | $350.00 | $35.00 |
| 04/27/2023 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Draft correspondence to counsel re: returned check for Marty Lane | 0.10 | $350.00 | $35.00 |
| | | | **Quantity Subtotal** | | **7.1** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| David Goodrich | 6.2 | $350.00 | $2,170.00 |
| Cindy Meeker | 0.9 | $0.00 | $0.00 |
| | **Quantity Total** | | **7.1** |
| | | **Subtotal** | **$2,170.00** |
| | | **Total** | **$2,170.00** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **Professional Fee Statement** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/05/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **005/05/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 9270
**DEBTOR**

US Trustee
United States Trustee ( SA)
411 W. Fourth Street St, Suite 7160
Santa Ana, CA 92701-4593

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___05/05/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/05/2023 | Evelyn Ruiz | *EVELYN RUIZ* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**Served By U.S Mail With Exhibits**

Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan, Building D, Suite 210
Irvine, CA 92614

Felipe Gutierrez Jr.
13056 Sycamore Ave., Apt. B
Chino, CA 91710

Jesus Acosta
13337 Nellie Ave. Chino, CA 91710

Straten Lending Group, LLC
c/o Shan Patel
Chief Investment Officer
951 W. Main Street  Mesa, AZ 85201

ASB Ventures LLC  c/o Sajan Bhakta
Chief Executive Officer
6852 Morehouse Street
Chino, CA 91710

Precision Realty Fund, LLC
c/o Hiten Ram Bhakta
Chief Executive Officer
1300 E. Riverside Drive, D 903
Austin, Texas 7874

Zona AZ LLC
c/o Vishal Bhakta
Managing Member
3863 E. Hermosa Vista Drive
Mesa, AZ 85215

**NEF LIST**

Amanda G. Billyard     abillyard@bwlawcenter.com
Stephan M Brown     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com
Dane W Exnowski     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Lazaro E Fernandez     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
David M Goodrich     dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgglp@ecf.courtdrive.com;gestrada@wgllp.com
Brandon J Iskander     biskander@goeforlaw.com, kmurphy@goeforlaw.com
Charity J Manee     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
Queenie K Ng     queenie.k.ng@usdoj.gov
Douglas A Plazak     dplazak@rhlaw.com
Arvind Nath Rawal     arawal@aisinfo.com
Gary B Rudolph     rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
Richard L. Sturdevant     rich@bwlawcenter.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Fanny Zhang Wan     fwan@raslg.com
Andy C Warshaw     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com