# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENTS GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 136 |

On 5/10/2023, I did cause a copy of the following documents, described below,

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION ECF Docket Reference No. 136

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/10/2023

/s/ Amanda Billyard
Amanda Billyard  256838
Attorney for Debtor
Financial Relief Law Center
1200 Main St Suite C
Irvine, CA  92614
631 312 2458
abillyard@bwlawcenter.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENTS GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 136 |

On 5/10/2023, a copy of the following documents, described below,

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION ECF Docket Reference No. 136

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/10/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Amanda Billyard
Financial Relief Law Center
1200 Main St Suite C
Irvine, CA  92614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were Document First Class USPS Mail Service.

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>TUE MAY 9 13-31-21 PST 2023 | 2ND CHANCE INVESTMENT GROUP  LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA  CA 92701-4558 | EXCLUDE<br>(D)2ND CHANCE INVESTMENT GROUP  LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA  CA 92701-4558 |
| EXCLUDE<br>(U)44 REALTY | EXCLUDE<br>(U)ALLY BANK | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| EXCLUDE<br>(U)COLDWELL BANKER AND CITRUS GROVE REAL ESTATE | EXCLUDE<br>(U)COURTESY NEF | FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST  STE C<br>IRVINE  CA 92614-6749 |
| GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>IRVINE  CA 92614-6840 | GOE FORSYTHE  HODGES LLP<br>17701 COWAN BLDG D STE 210<br>IRVINE  CA 92614-6840 | GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST  CA 92630-2884 |
| GROBSTEIN TEEPLE LLP<br>GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST  CA 92630-2884 | EXCLUDE<br>(U)INTERESTED PARTY | EXCLUDE<br>(U)LMF2  LP |
| EXCLUDE<br>(U)LANTZMAN INVESTMENTS  INC | MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY  TOOLEN  GAGE  DUFFY  WOOG<br>535 ANTON BOULEVARD  SUITE 1000<br>COSTA MESA  CA 92626-7664 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>CO GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE  CA 92614-6840 |
| EXCLUDE<br>(U)REMAX  COLDWELL BANKER NORTHERN CALIFORNIA | EXCLUDE<br>(U)US BANK TRUST NATIONAL ASSOCIATION NOT IN | US BANK TRUST NATIONAL ASSOCIATION  NC IN<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  P<br>350 10TH AVENUE  SUITE 1000<br>SAN DEIGO  CA 92101-8705 |
| WELLS FARGO BANK  NA<br>CO MCCARTHY  HOLTHUS  LLP<br>2763 CAMINO DEL RIO SOUTH  SUITE 100<br>SAN DIEGO CA 92108-3708 | EXCLUDE<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET  SUITE 2030<br>SANTA ANA  CA 92701 4500 | ASB VENTURES LLC<br>5852 MOREHOUSE ST<br>CHINO CA 91710 |
| ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS  SUITE 615<br>LOS ANGELES  CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS  CA 91748-4777 | ABHISHEK BHAKTA<br>31 WINGS LOOP<br>LAKE HAVASU CITY AZ 86403-6780 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

```
ALLY                                EXCLUDE                              AMERICAN EXPRESS
PO BOX 380902                       (D)ALLY BANK CO AIS PORTFOLIO SERVICES  PO BOX 96001
MINNEAPOLIS   MN 55438-0902         LLC                                  LOS ANGELES   CA 90096-8000
                                    4515 N SANTA FE AVE DEPT APS
                                    OKLAHOMA CITY   OK 73118-7901


AMERICAN EXPRESS NATIONAL BANK      ANAND BHAKTA                         BHAVESH BHAKTA
CO BECKET AND LEE LLP               17409 CALIENTE AVE                   9300 N SAM HOUSTON PKWY E APT 11212
PO BOX 3001                         CERRITOS CA 90703-9010               HUMBLE TX 77396-5139
MALVERN   PA 19355-0701


COMCASTEFFECTV                      DAVID GUZMAN                         DEL TORO LOAN SERVICING   INC
PO BOX 415949                       14583 MCKENDREE AVE                  2300 BOSWELL ROAD
BOSTON   MA 02241-5949              CHINO   CA 91710-6988                SUITE 215
                                                                         CHULA VISTA   CA 91914-3559


DEVEN BHAKTA                        FCI                                  FRANCHISE TAX BOARD
10103 OLIVIA TERRACE                8180 E KAISER BLVD                   BANKRUPTCY SECTION MS A340
SUN VALLEY   CA 91352-4250          ANAHEIM   CA 92808-2277              PO BOX 2952
                                                                         SACRAMENTO CA 95812-2952


FABIAN  KATHY LYNN MARTINEZ         (P)FAY SERVICING   LLC               FELIPE GUTIERREZ JR
13352 MARTY LANE                    P O BOX 814609                       13056 SYCAMORE AVE APT B
GARDEN GROVE   CA 92843-2234        DALLAS TX 75381-4609                 CHINO   CA 91710-6725


FORETHOUGHT LIFE INSURANCE COMPANY  FRANCHISE TAX BOARD                  GIL HOPENSTAND
FAY SERVICING   LLC                 PIT BANKRUPTCY MS A340               312 N SPRING STREET   5TH FL
PO BOX 814609                       PO BOX 2952                          LOS ANGELES   CA 90012-4701
DALLAS   TX 75381-4609              SACRAMENTO   CA 95812-2952


GOOGLE ADWORDS                      GREGORY STEVEN                       HITEN RAM BHAKTA  SAJAN BHAKTA
CO JOE VENTURA                      37915 MARSALA DR                     CO SCHORR LAW
COMMERCIAL COLLECTION CORP OF NY    PALMDALE   CA 93552-3966             1901 AVENNUE OF THE STARS
34 SEYMOUR ST                                                            SUITE 615
TONAWANDA   NY 14150-2126                                                LOS ANGELES   CA 90067-6051


                                                                         EXCLUDE
HOME DEPOT CREDIT SERVICES          INTERNAL REVENUE SERVICE             (D)INTERNAL REVENUE SERVICE
PO BOX 9001010                      CENTRALIZED INSOLVENCY OPERATIONS    CENTRALIZED INSOLVENCY OPERATIONS
LOUISVILLE   KY 40290-1010          PO BOX 7346                          PO BOX 7346
                                    PHILADELPHIA   PA 19101-7346         PHILADELPHIA   PA 19101-7346


JATIN BHAKTA                        JESSIE AND MICHELLE ACOSTA           JESUS ACOSTA AND MICHELLE ACOSTA
8365 LEHIGH AVE                     13337 NELLIE AVE                     13337 NELLIE AVENUE
SUN VALLEY CA 91352-3343            CHINO   CA 91710-7390                CHINO   CA 91710-7390
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were Duplicate First Class USPS Mail Service.

| | | |
|---|---|---|
| KIWI CAPITAL GROUP LLC<br>11353 HIGHDALE ST NORWALK   CA 90650<br>NORWALK   CA 90650-5737 | KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK   CA 90650-5737 | LMF2 LP<br>CO GARY B RUDOLPH ESQ<br>CO SULLIVAN HILL REZ   ENGEL APLC<br>600 B STREET 17TH FL<br>SAN DIEGO CA 92101-4501 |
| LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO   CA 92408-2872 | LANTZMAN INVESTMENTS INC<br>CO GARY B RUDOLPH ESQ<br>CO SULLIVAN HILL REZ   ENGEL APLC<br>600 B STREET 17TH FL<br>SAN DIEGO CA 92101-4501 | LOWES BUSINESS ACCTGECRB<br>PO BOX 530970<br>ATLANTA   GA 30353-0970 |
| MAHER ABOU KHZAM<br>CO THE BANKRUPTCY GROUP   PC<br>2408 PROFESSIONAL DRIVE<br>ROSEVILLE   CA 95661-7787 | MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO   CA 92404-6439 | MARGARET ADAMS<br>25641 BYRON ST<br>SAN BERNARDINO   CA 92404-6439 |
| MERAH LLC<br>14583 MCKENDREE AVENUE<br>CHINO   CA 91710-6988 | MERAH   LLC<br>7026 EDINBORO STREET<br>CHINO   CA 91710-6961 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| EXCLUDE<br>(D)(P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 | MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>PO BOX 5209<br>CAROL STREAM   IL 60197-5209 | MICHAEL CHAPMAN SR<br>324 W 47TH PLACE<br>LOS ANGELES   CA 90037-3235 |
| MICHAEL CHAPMAN SR<br>328 W 47TH PLACE<br>LOS ANGELES   CA 90037-3235 | MIDARE LLC<br>14583 MCKENDREE AVENUE<br>CHINO   CA 91710-6988 | EXCLUDE<br>(D)MIDARE   LLC<br>14583 MCKENDREE AVE<br>CHINO   CA 91710-6988 |
| OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND   CA 91784-1054 | PANGEA INTL RECEIVABLE SERVICES<br>140 2ND AVE W<br>SUITE D<br>KALISPELL   MT 59901-4417 | PARIN BHAKTA<br>1237 CRANBROOK PL<br>FULLERTON CA 92833-1406 |
| PRAMIRA HOLDINGS   LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN   CA 92780-6983 | PRAMIRA LLC<br>11353 HIGHDALE ST<br>NORWALK   CA 90650-5737 | PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN   CA 92780-6299 |
| PRECISION REALTY FUND LLC<br>11353 HIGHDALE ST<br>NORWALK   CA 90650-5737 | PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO   CA 94141 | RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES   CA 90008-4903 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RONAK PARIKH<br>5851 ALOE VERA CT<br>CHINO HILLS CA 91709-7986 | ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND  CA 93653 | SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA  CA 92880-3369 |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY  UT 84165-0250 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON  TX 77242-4239 | SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO  CA 94578-1955 |
| SIMA PATEL<br>8 THOMTON AVE<br>GREENVILLE SC 29609-4675 | SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO  TX 79935-4910 | STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX  AZ 85062 |
| STEVEN KINSBURSKY<br>431 TERRAINE AVENUE<br>LONG BEACH  CA 90814-1944 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES  CA 90067-6051 | STRATEN LENDING GROUP  LLC<br>951 W MAIN ST<br>MESA AZ 85201-7107 |
| STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE  CA 92501-3641 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO  CA 92410-1029 |
| THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER  CA 93535-5872 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER  CA 93535-5872 | US BANK TRUST NATIONAL ASSOCIATION  NC IN<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD  SUITE 500<br>DALLAS  TX 75019-6295 |
| US SMALL BUSINESS ADMINISTRATION<br>312 N SPRING STREET  5TH FL<br>LOS ANGELES  CA 90012-2678 | UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST  SUITE 7160<br>SANTA ANA  CA 92701-4500 | VISHAL BHAKTA<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |
| WELLS FARGO BANK  NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS  MN 55440-1629 | ZISMAN FAMILY TRUST<br>CO AARON ZISMAN<br>18518 DANCY STREET<br>ROWLAND HEIGHTS  CA 91748-4777 | ZONA AZ LLC<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |
| ~~EXCLUDE~~<br>~~(D)ZONA AZ   LLC~~<br>~~3863 E HERMOSA VISTA DRIVE~~<br>~~MESA   AZ 85215-1705~~ | ZONA CA  LLC<br>3863 E HERMOSA DRIVE<br>MESA  AZ 85215-1705 | ~~EXCLUDE~~<br>~~AMANDA G BILLYARD~~<br>~~FINANCIAL RELIEF LAW CENTER~~<br>~~1200 MAIN ST SUITE C~~<br>~~IRVINE  CA 92614-6749~~ |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

EXCLUDE                              EXCLUDE
ANDY C WARSHAW                       DAVID M GOODRICH              DOUGLAS A PLAZAK
FINANCIAL RELIEF LAW CENTER APC      GOLDEN GOODRICH               REID HELLYER APC
1200 MAIN STREET                     650 TOWN CENTER DRIVE SUITE 600   3685 MAIN STREET  SUITE 300
STE C                                COSTA MESA CA 92626-7121      PO BOX 1300
IRVINE CA 92614-6749                                               PO BOX 1300
                                                                   RIVERSIDE  CA 92502-1300


EXCLUDE                                                            EXCLUDE
(U)KELLER WILLIAMS                   MAHER ABOU KHZAM              RICHARD L STURDEVANT
                                     CO NEWPOINT LAW GROUP  LLP    FINANCIAL RELIEF LAW CENTER
                                     2408 PROFESSIONAL DR          1200 MAIN ST STE C
                                     ROSEVILLE  CA 95661-7787      IRVINE CA 92614-6749




EXCLUDE
(D)SALVADOR JIMENEZ
12822 CLEMSON DRIVE
CORONA CA 92880-3369
```

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker,
P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

COURT'S LIST OF NOTICE (ELECTRONIC SERVICE) RECIPIENTS:

| (Creditor) | (Creditor) | (Interested Party) |
|---|---|---|
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>represented by:<br>Arvind Nath Rawal<br>AIS Portfolio Services L P<br>1212 Corporate Dr<br>Irving, TX 75038<br><br>arawal@aisinfo.com | Ally Bank<br>represented by:<br>Cheryl A Skigin<br>Law Office of Cheryl A Skigin<br>8502 E Chapman Ave #424<br>Orange, CA 92869<br><br>ca.ecf@aislegaltrac.com | 2nd Chance Investment Group, LLC<br>600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701 |

COURT'S LIST OF NOTICE (ELECTRONIC SERVICE) RECIPIENTS:

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com