
# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 5/12/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on the Adequacy of the Disclosure Statement Describing Chapter 11 Liquidating Plan Dated May 10, 2023

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/12/2023

/s/ Andy C. Warshaw
Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 5/12/2023, a copy of the following documents, described below,

Notice of Hearing on the Adequacy of the Disclosure Statement Describing Chapter 11 Liquidating Plan Dated May 10, 2023

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/12/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were Document on First Class U.S. Mail Service.

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>FRI MAY 12 7-4-13 PST 2023 | 2ND CHANCE INVESTMENT GROUP  LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA  CA 92701-4558 | ~~(D)2ND CHANCE INVESTMENT GROUP  LLC~~<br>~~600 W SANTA ANA BLVD~~<br>~~PMB 5045~~<br>~~SANTA ANA  CA 92701-4558~~ |
| ~~EXCLUDE~~<br>~~(U)44 REALTY~~ | ~~EXCLUDE~~<br>~~(U)ALLY BANK~~ | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(U)COLDWELL BANKER AND CITRUS GROVE REAL ESTATE~~ | ~~EXCLUDE~~<br>~~(U)COURTESY NEF~~ | FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST  STE C<br>IRVINE  CA 92614-6749 |
| GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>IRVINE  CA 92614-6840 | GOE FORSYTHE  HODGES LLP<br>17701 COWAN BLDG D STE 210<br>IRVINE  CA 92614-6840 | GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST  CA 92630-2884 |
| GROBSTEIN TEEPLE LLP<br>GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST  CA 92630-2884 | ~~EXCLUDE~~<br>~~(U)INTERESTED PARTY~~ | ~~EXCLUDE~~<br>~~(U)LMF2  LP~~ |
| ~~EXCLUDE~~<br>~~(U)LANTZMAN INVESTMENTS  INC~~ | MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY  TOOLEN  GAGE  DUFFY  WOOG<br>535 ANTON BOULEVARD  SUITE 1000<br>COSTA MESA  CA 92626-7664 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>CO GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE  CA 92614-6840 |
| ~~EXCLUDE~~<br>~~(U)REMAX  COLDWELL BANKER NORTHERN CALIFORNIA~~ | ~~EXCLUDE~~<br>~~(U)US BANK TRUST NATIONAL ASSOCIATION NOT IN~~ | US BANK TRUST NATIONAL ASSOCIATION  NC IN<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  P<br>350 10TH AVENUE  SUITE 1000<br>SAN DEIGO  CA 92101-8705 |
| WELLS FARGO BANK  NA<br>CO MCCARTHY  HOLTHUS  LLP<br>2763 CAMINO DEL RIO SOUTH  SUITE 100<br>SAN DIEGO CA 92108-3708 | ~~EXCLUDE~~<br>~~SANTA ANA DIVISION~~<br>~~411 WEST FOURTH STREET  SUITE 2030~~<br>~~SANTA ANA  CA 92701-4500~~ | ASB VENTURES LLC<br>5852 MOREHOUSE ST<br>CHINO CA 91710 |
| ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS  SUITE 615<br>LOS ANGELES  CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS  CA 91748-4777 | ABHISHEK BHAKTA<br>31 WINGS LOOP<br>LAKE HAVASU CITY AZ 86403-6780 |

| | | |
|---|---|---|
| ALLY<br>PO BOX 380902<br>MINNEAPOLIS  MN 55438-0902 | EXCLUDE<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES  CA 90096-8000 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | ANAND BHAKTA<br>17409 CALIENTE AVE<br>CERRITOS CA 90703-9010 | BHAVESH BHAKTA<br>9300 N SAM HOUSTON PKWY E APT 11212<br>HUMBLE TX 77396-5139 |
| COMCASTEFFECTV<br>PO BOX 415949<br>BOSTON  MA 02241-5949 | DAVID GUZMAN<br>14583 MCKENDREE AVE<br>CHINO  CA 91710-6988 | DEL TORO LOAN SERVICING  INC<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA  CA 91914-3559 |
| DEVEN BHAKTA<br>10103 OLIVIA TERRACE<br>SUN VALLEY  CA 91352-4250 | FCI<br>8180 E KAISER BLVD<br>ANAHEIM  CA 92808-2277 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FABIAN  KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE  CA 92843-2234 | (P)FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FELIPE GUTIERREZ JR<br>13056 SYCAMORE AVE APT B<br>CHINO  CA 91710-6725 |
| FORETHOUGHT LIFE INSURANCE COMPANY<br>FAY SERVICING  LLC<br>PO BOX 814609<br>DALLAS  TX 75381-4609 | FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO  CA 95812-2952 | GIL HOPENSTAND<br>312 N SPRING STREET  5TH FL<br>LOS ANGELES  CA 90012-4701 |
| GOOGLE ADWORDS<br>CO JOE VENTURA<br>COMMERCIAL COLLECTION CORP OF NY<br>34 SEYMOUR ST<br>TONAWANDA  NY 14150-2126 | GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE  CA 93552-3966 | HITEN RAM BHAKTA  SAJAN BHAKTA<br>CO SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES  CA 90067-6051 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE  KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | EXCLUDE<br>~~(D)INTERNAL REVENUE SERVICE~~<br>~~CENTRALIZED INSOLVENCY OPERATIONS~~<br>~~PO BOX 7346~~<br>~~PHILADELPHIA  PA 19101-7346~~ |
| JATIN BHAKTA<br>8365 LEHIGH AVE<br>SUN VALLEY CA 91352-3343 | JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE<br>CHINO  CA 91710-7390 | JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO  CA 91710-7390 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KIWI CAPITAL GROUP LLC<br>11353 HIGHDALE ST NORWALK   CA 90650<br>NORWALK   CA 90650-5737 | KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK   CA 90650-5737 | LMF2 LP<br>CO GARY B RUDOLPH ESQ<br>CO SULLIVAN HILL REZ   ENGEL APLC<br>600 B STREET 17TH FL<br>SAN DIEGO CA 92101-4501 |
| LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO   CA 92408-2872 | LANTZMAN INVESTMENTS INC<br>CO GARY B RUDOLPH ESQ<br>CO SULLIVAN HILL REZ   ENGEL APLC<br>600 B STREET 17TH FL<br>SAN DIEGO CA 92101-4501 | LOWES BUSINESS ACCTGECRB<br>PO BOX 530970<br>ATLANTA   GA 30353-0970 |
| MAHER ABOU KHZAM<br>CO THE BANKRUPTCY GROUP   PC<br>2408 PROFESSIONAL DRIVE<br>ROSEVILLE   CA 95661-7787 | MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO   CA 92404-6439 | MARGARET ADAMS<br>25641 BYRON ST<br>SAN BERNARDINO   CA 92404-6439 |
| MERAH LLC<br>14583 MCKENDREE AVENUE<br>CHINO   CA 91710-6988 | MERAH   LLC<br>7026 EDINBORO STREET<br>CHINO   CA 91710-6961 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| EXCLUDE<br>~~(D)(P)MERCEDES BENZ FINANCIAL SERVICES~~<br>~~13650 HERITAGE PARKWAY~~<br>~~FORT WORTH TX 76177-5323~~ | MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>PO BOX 5209<br>CAROL STREAM   IL 60197-5209 | MICHAEL CHAPMAN SR<br>324 W 47TH PLACE<br>LOS ANGELES   CA 90037-3235 |
| MICHAEL CHAPMAN SR<br>328 W 47TH PLACE<br>LOS ANGELES   CA 90037-3235 | MIDARE LLC<br>14583 MCKENDREE AVENUE<br>CHINO   CA 91710-6988 | EXCLUDE<br>~~(D)MIDARE   LLC~~<br>~~14583 MCKENDREE AVE~~<br>~~CHINO   CA 91710-6988~~ |
| OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND   CA 91784-1054 | PANGEA INTL RECEIVABLE SERVICES<br>140 2ND AVE W<br>SUITE D<br>KALISPELL   MT 59901-4417 | PARIN BHAKTA<br>1237 CRANBROOK PL<br>FULLERTON CA 92833-1406 |
| PRAMIRA HOLDINGS   LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN   CA 92780-6983 | PRAMIRA LLC<br>11353 HIGHDALE ST<br>NORWALK   CA 90650-5737 | PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN   CA 92780-6299 |
| PRECISION REALTY FUND LLC<br>11353 HIGHDALE ST<br>NORWALK   CA 90650-5737 | PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO   CA 94141 | RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES   CA 90008-4903 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RONAK PARIKH<br>5851 ALOE VERA CT<br>CHINO HILLS CA 91709-7986 | ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND CA 93653 | SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA CA 92880-3369 |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON TX 77242-4239 | SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO CA 94578-1955 |
| SIMA PATEL<br>8 THOMTON AVE<br>GREENVILLE SC 29609-4675 | SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO TX 79935-4910 | STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX AZ 85062 |
| STEVEN KINSBURSKY<br>431 TERRAINE AVENUE<br>LONG BEACH CA 90814-1944 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES CA 90067-6051 | STRATEN LENDING GROUP LLC<br>951 W MAIN ST<br>MESA AZ 85201-7107 |
| STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE CA 92501-3641 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO CA 92410-1029 |
| THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER CA 93535-5872 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER CA 93535-5872 | US BANK TRUST NATIONAL ASSOCIATION NC IN<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD SUITE 500<br>DALLAS TX 75019-6295 |
| US SMALL BUSINESS ADMINISTRATION<br>312 N SPRING STREET 5TH FL<br>LOS ANGELES CA 90012-2678 | EXCLUDE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST SUITE 7160<br>SANTA ANA CA 92701-4500 | VISHAL BHAKTA<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |
| WELLS FARGO BANK NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS MN 55440-1629 | ZISMAN FAMILY TRUST<br>CO AARON ZISMAN<br>18518 DANCY STREET<br>ROWLAND HEIGHTS CA 91748-4777 | ZONA AZ LLC<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |
| EXCLUDE<br>(D)ZONA AZ LLC<br>3863 E HERMOSA VISTA DRIVE<br>MESA AZ 85215-1705 | ZONA CA LLC<br>3863 E HERMOSA DRIVE<br>MESA AZ 85215-1705 | AMANDA G BILLYARD<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST SUITE C<br>IRVINE CA 92614-6749 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ANDY C WARSHAW<br>FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN STREET<br>STE C<br>IRVINE CA 92614-6749 | DAVID M GOODRICH<br>GOLDEN GOODRICH<br>650 TOWN CENTER DRIVE SUITE 600<br>COSTA MESA CA 92626-7121 | DOUGLAS A PLAZAK<br>REID HELLYER APC<br>3685 MAIN STREET SUITE 300<br>PO BOX 1300<br>PO BOX 1300<br>RIVERSIDE CA 92502-1300 |
| EXCLUDE<br>(U)KELLER WILLIAMS | MAHER ABOU KHZAM<br>CO NEWPOINT LAW GROUP LLP<br>2408 PROFESSIONAL DR<br>ROSEVILLE CA 95661-7787 | RICHARD L STURDEVANT<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST STE C<br>IRVINE CA 92614-6749 |
| EXCLUDE<br>(D)SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA CA 92880-3369 | | |

Case 8:22-bk-12142-SC    Doc 143    Filed 05/12/23    Entered 05/12/23 07:44:11    Desc
Main Document    Page 8 of 11

COURT'S LIST OF NOTICE OF ELECTRONIC FILING (NEF) RECIPIENTS:

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker,
P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

COURT'S LIST OF NEF (ELECTRONICALLY SERVED) RECIPIENTS:

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com