Amanda G. Billyard SBN No. 256838
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3349
Facsimile: (714) 361-5392
Email: abillyard@bwlawcenter.com

Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENTS GROUP, LLC<br><br>Debtor in Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STATUS REPORT COMPLYING WITH ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE**<br><br>Hearing:<br>Date: May 31, 2023<br>Time: 1:30 pm<br>Location: Courtroom 5C – Virtual<br>411 West Fourth St.<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

2nd Chance Investment Group, LLC., the debtor in possession ("Debtor"), hereby submits this status report prior to the May 31, 2023 status conference. Debtor respectfully represents as follows:

### A. The Debtor in Possession Employed Professionals

The Debtor employed the following professional in this case:

1) Financial Relief Law Center, APC as it's insolvency counsel with the order granting the application as Doc. 25

2) Goe Forsythe & Hodges LLP as Committee Counsel , with the order granting the application as Doc 70

3) Coldwell Banker, et al as Broker & Co-Brokers, with order granting the application as Doc. 102

4) Grobstein Teeple LLP as Financial Advisors, with order granting the application as Doc 137.

The following employment applications are currently pending:

1) Keller Williams Tacoma and EXP Realty as Brokers *for Out of State Properties in WA & IL,* as Doc 118.

2) D Masin Consulting as Paraprofessional / Field Agent, as Doc 135

3) Bewley, Lassleben & Miler, PP as Unlawful Detainer Counsel as Doc 144

### B.  The Debtor in Possession is in Compliance with UST Guidelines

Debtor believes it is in full compliance with the guidelines set by the Office of the United States Trustee, including the regular and timely reporting for monthly operating reports and document production to both the UST and the Creditor Committee.

### C. Plan and Disclosure Statement

The Plan and Disclosure Statement were filed on May 10, 2023 as Docs 139 & 140.  This Plan is a plan of liquidation proposed by the Debtor.  The effective date of this Plan (the "Effective Date") is the first day of the month that is at least fifteen days

2

after the date an order confirming Debtor's plan is entered, so long as there is no order staying the effectiveness of the order confirming the plan (the "Confirmation Order"). The Confirmation Order will allow disbursements on Allowed Claims.

The Debtor believes that this Plan enables the bankruptcy estate ("Estate") to efficiently liquidate its assets for the benefit of creditors and accomplish its objectives within Chapter 11. The Debtor recommends that all parties and creditors eligible for voting to cast a ballot or ballots accepting the Plan.

**D.  Claim Objections**

Claim objections against Salvador Jimenez and Wells Fargo Bank, N.A. ("Wells Fargo") were filed by Debtor. The Wells Fargo claim relates to real property that was not owned by the Debtor at the time of filing. Accordingly, Wells Fargo withdrew Claim #6 as Doc 96. Debtor therefore withdrew its objection. Salvador Jimenez and Debtor filed a stipulation as Doc. 116. The Committee contacted the Debtor requesting that no order be uploaded so the matter could go to hearing or the Committee could have additional time to review. The Debtor and Jimenez discussed the matter further with the Committee and no further action has since been taken by the Committee or any other party.

**E.  Relief of Stay Motions**

Motions for Relief of Stay are currently pending for the real property located at 37472 Yorkshire Dr., Palmdale, CA 93550 & 25641 Byron Street, San Bernardino, CA 92404

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST ( "US

Bank") filed a relief of stay motion for real property located at 37472 Yorkshire Dr., Palmdale, CA 93550 filed. Debtor's response is filed as Doc. 126, asserting that the property has equity, is necessary for an effective liquidation, and provides adequate protection in light of the equity cushion.

Lantzman Investments, Inc. filed a relief of stay motion for 25641 Byron Street, San Bernardino, CA 92404 Debtor's response is filed as Doc. 129. While Debtor is preparing a response, it is anticipated this will resolve via stipulation. Hearings are currently set for May 31, 2023 for both of the above relief of stay motions.

Debtor also filed a Stipulation Agreement and Non-Opposition to the relief of stay motion filed for personal property with Mercedes Benz in which Debtor is surrendering the collateral. Wells Fargo Bank, N.A also filed a relief of stay motion for real property located at 3232-3234 Folsom Street, San Francisco, CA, which is not an asset of the case and was not owned by the Debtor at the time of filing the current bankruptcy proceeding.

**F. Adversary Proceeding**

An Adversary Complaint was filed on April 4, 2023, and remains pending as Doc 4. The Debtor and the Creditor's Committee informed Movant that they did not have a viable cause of action and request was made for voluntary dismissal. Movant indicated that they would also file an amended complaint but to date no complaint has been filed. A Stipulation continuing the time to respond to June 4, 2023 was is filed as Doc. 5 of the AP case. Debtor is in the process of reviewing its own 544-548 causes of action against parties.

4

May 15, 2023                               Respectfully Submitted,

                                         /s/ Amanda G. Billyard

Amanda G. Billyard Esq.
Attorneys for Debtor in Possession
1200 Main St., Suite C
Irvine, CA 92614

Amanda G. Billyard SBN No. 256838
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3349
Facsimile: (714) 361-5392
Email: abillyard@bwlawcenter.com

Attorneys for Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENTS GROUP, LLC<br><br>Debtor in Possession. | Case No.:  8:22-bk-12142-SC<br><br>Chapter 11<br><br>**DECLARATION OF RAYSHON FOSTER SUPPORTING STATUS REPORT**<br><br><u>Hearing:</u><br>Date: May 31, 2023<br>Time: 1:30 pm<br>Location: Courtroom 5C – Virtual<br>411 West Fourth St.<br>Santa Ana, CA 92701 |

I, Rayshon Foster, do hereby declare and say as follows:

1. I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief.  As to all matter alleged on information and belief, I believe them to be true.  If called upon as a witness, I could and would competently testify thereto.

2. I am the principal for debtor and debtor in possession in the above-captioned

1

bankruptcy case. On December 21, 2022 (the "<u>Petition Date</u>"), I caused to be filed the voluntary petition for relief under Chapter 11 of Title 11 of the United State Bankruptcy Code. I signed the voluntary petition.

3. I reviewed the Plan and Disclosure statement filed on May 10, 2023, setting forth the plan of liquidation, as well as the Status Report dated May 15, 2023, and I believe them to be accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this  16th  day of May, 2023 at  Santa Ana   ,  CA   .

_____
Rayshon Foster
Principal for Debtor in Possession