| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>SULLIVAN HILL REZ & ENGEL<br>A Professional Law Corporation<br>James P. Hill, SBN 90478<br>Gary B. Rudolph, SBN 101921<br>Kathleen A. Cashman-Kramer, SBN 128861<br>600 B Street, 17th Floor<br>San Diego, California 92101<br>Telephone: (619) 233-4100<br>Fax Number: (619) 231-4372<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Lantzman Investments, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br><br>2nd Chance Investment Group, LLC<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Stipulation regarding Continuing Hearing Motion for Relief from the Automatic Stay filed by Lantzman Investments, Inc. |
|---|---|

PLEASE TAKE NOTE that the order titled  Order on Stipulation regarding Continued Hearing Motion for Relief from the Automatic Stay filed by Lantzman Investments, Inc.

was lodged on (*date*) May 16, 2023  and is attached. This order relates to the motion which is docket number 148.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 9021-1.2.BK.NOTICE.LODGMENT**

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
 James P. Hill, SBN 90478
 Gary B. Rudolph, SBN 101921
 Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, 17th Floor
San Diego, California 92101
Telephone:    (619) 233-4100
Fax Number:   (619) 231-4372

Attorneys for Creditor and Movant Lantzman Investments, Inc.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>　　　　Debtor.<br>_____<br><br>LANTZMAN INVESTMENTS, Inc.<br><br>　　　　Movant,<br><br>vs.<br><br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>　　　　Respondents.<br>_____ | CASE NO.: 8:22-bk-12142-SC<br><br>**ORDER GRANTING STIPULATION REGARDING CONTINUING HEARING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY LANTZMAN INVESTMENTS, INC.**<br><br>Current Hearing<br>Date:　　May 31, 2023<br>Time:　　1:30 p.m.<br><br>**Proposed Continued Hearing Date: August 16, 2023**<br>**Time: 1:30 a.m.**<br><br>Judge:　Hon. Scott C. Clarkson<br>　　　　　Courtroom 5C<br>　　　　　Via ZOOM |

　　　Based on the Stipulation by and between Movant Lantzman Investments, Inc. ("Creditor"), on the one hand, and debtor 2nd Chance Investments, LLC ("Debtor"), on the other hand, by their counsel of record (the Creditor and the Debtor are hereinafter referred to collectively as the "Parties"), it is hereby ordered that:

　　　1.　　The Stipulation is GRANTED.

2. The Parties agree that the hearing on the Motion may be continued to August 16, 2023, at 1:30 p.m.

3. In addition, the deadline for the Debtor to oppose the Motion is hereby extended to August 2, 2023.

4. In addition, the deadline for the Creditor to reply to any opposition to the Motion is hereby extended to August 9, 2023.

**IT IS SO ORDERED.**

###

#5494908v1

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 B Street, Suite 1700
San Diego, CA 92101

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __5/16/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached.

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __05/16/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 16, 2023 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SERVICE INFORMATION**
**Case No. 8:22-bk-12142 –**
**2nd Chance Investment Group, LLC**

1. To be served by the Court via Notice of Electronic Filing [NEF]:
- Amanda G. Billyard    abillyard@bwlawcenter.com
- Stephan M Brown    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com
- Kathleen A Cashman-Kramer    cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Lazaro E Fernandez    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
- Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Douglas A Plazak    dplazak@rhlaw.com
- Arvind Nath Rawal    arawal@aisinfo.com
- Gary B Rudolph    rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net
- Richard L. Sturdevant    rich@bwlawcenter.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Fanny Zhang Wan    fwan@raslg.com
- Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com