1  Andy C. Warshaw (263880)
   awarshaw@bwlawcenter.com
2  Amanda G. Billyard (256838)
   abillyward@bwlawcenter.com
3  **Financial Relief Law Center, APC**
   1200 Main St., Suite C
4  Irvine, CA 92614
   Telephone    714-442-3300
5  Facsimile    714-361-5380

6  Counsel for the Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:22-bk-12142-SC |
|---|---|
| 2nd Chance Investment Group, LLC, | Chapter 11 |
| Debtor. | **SUPPLEMENT TO APPLICATION OF 2nd CHANCE INVESTMENT GROUP LLC TO EMPLOY BEWLEY, LASSLEBEN & MILLER LLP AS UNLAWFUL DETAINER COUNSEL**<br><br>[No Hearing Required Unless Requested] |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE; THE 20 LARGEST UNSECURED CREDITORS; AND ALL PARTIES IN INTEREST:**

   2ND Chance Investment Group, LLC (the "Debtor"), files this *Supplement to Application of the Debtor in Possession to BEWLEY, LASSLEBEN & MILLER, LLP as Unlawful Detainer Counsel (*Application").

1216437.1                                                          EMPLOYMENT APPLICATION

Debtor filed its initial Application to Employ Bewley, Lassleben & Miller as unlawful detainer counsel on May 16, 2023. Debtor files this Supplement to its Application to Employ Bewley, Lassleben & Miller, stating the following:

Debtor's Application to employ Bewley, Lassleben & Miller as unlawful detainer counsel seeks compensation pursuant to 11 U.S.C. § 330. Furthermore, the hourly rate for this professional is $375 per hour. Finally, Bewley, Lassleben & Miller will not file application for compensation more frequently than every 120 days.

The Debtor in Possession believes the employment of Unlawful Detainer Counsel on the terms and conditions provided herein is in the best interest of the Debtor in Possession and the Estate, and respectfully requests the application be granted.

Respectfully submitted,

Dated: May 30, 2023    Financial Relief Law Center, APC

By: __/s/ Amanda G. Billyard_____
Amanda G. Billyard of
Financial Relief Law Center
Attorneys for Debtor in Possession
2nd Chance Investment Group, LLC