| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andy C. Warshaw (263880)<br>1200 Main St., Suite C<br>Irvine, CA 92614<br>Phone: (714) 442-3319<br>Fax: (714) 361-5380<br>Email: awarshaw@bwlawcenter.com | **FILED & ENTERED**<br><br>MAY 31 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte   DEPUTY CLERK |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re: 2nd Chance Investment Group, LLC | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON OBJECTIONS TO CLAIMS** |
| | DATE: May 31, 2023<br>TIME: 1:30 pm<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street,<br>Santa Ana, CA 92701-4593 |
| Debtor(s). | |

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

---

Calendar Number: 25     Claim Number: 8-1     Claim Amount: $66,000

Claimant Name: Salvador Jimenez

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $66,000   ☐ Priority:
Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 8-1 as a general unsecured claim for $66,000 with no secured claim portion allowed. The terms of the Stipulation are incorporated into this order.

---

Calendar Number: 25     Claim Number: 9-1     Claim Amount: $66,000

Claimant Name: Salvador Jimenez

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $66,000   ☐ Priority:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 9-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

---

Calendar Number: 25        Claim Number: 10-1        Claim Amount: $66,000

Claimant Name: Salvador Jimenez

☐ Disallowed    ☒ Allowed    ☒ Unsecured: $66,000    ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

---

Calendar Number: 25        Claim Number: 11-1        Claim Amount: $72,600

Claimant Name: Salvador Jimenez

☐ Disallowed    ☒ Allowed    ☒ Unsecured: $72,600    ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

---

Calendar Number: 25        Claim Number: 12-1        Claim Amount: $66,000

Claimant Name: Salvador Jimenez

☐ Disallowed    ☒ Allowed    ☒ Unsecured: $66,000    ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

---

Calendar Number: 25        Claim Number: 13-1        Claim Amount: $66,000

Claimant Name: Salvador Jimenez

☐ Disallowed    ☒ Allowed    ☒ Unsecured: $66,000    ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    F 3007-1.1.ORDER.OBJ.CLAIM

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 14-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed ☒ Allowed ☒ Unsecured: $66,000 ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed. The terms of the Stipulation are incorporated into this order.

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 15-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed ☒ Allowed ☒ Unsecured: $66,000 ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed. The terms of the Stipulation are incorporated into this order.

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 16-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed ☒ Allowed ☒ Unsecured: $66,000 ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed. The terms of the Stipulation are incorporated into this order.

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 17-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed ☒ Allowed ☒ Unsecured: $66,000 ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed. The terms of the Stipulation are incorporated into this order.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 3     **F 3007-1.1.ORDER.OBJ.CLAIM**

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 18-1 | Claim Amount: $72,600 |

Claimant Name: Salvador Jimenez

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $72,600   ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 19-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $66,000   ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 20-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $66,000   ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 21-1 | Claim Amount: $66,000 |

Claimant Name: Salvador Jimenez

☐ Disallowed   ☒ Allowed   ☒ Unsecured: $66,000   ☐ Priority:

Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 4                                    **F 3007-1.1.ORDER.OBJ.CLAIM**

| | | |
|---|---|---|
| Calendar Number: 25 | Claim Number: 22-1 | Claim Amount: $66,000 |
| Claimant Name: Salvador Jimenez | | |
| ☐ Disallowed  ☒ Allowed  ☒ Unsecured: $66,000  ☐ Priority: | | |
| Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order. | | |
| Calendar Number: 25 | Claim Number: 23-1 | Claim Amount: $66,000 |
| Claimant Name: Salvador Jimenez | | |
| ☐ Disallowed  ☒ Allowed  ☒ Unsecured: $66,000  ☐ Priority: | | |
| Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order. | | |
| Calendar Number: 25 | Claim Number: 24-1 | Claim Amount: $66,000 |
| Claimant Name: Salvador Jimenez | | |
| ☐ Disallowed  ☒ Allowed  ☒ Unsecured: $66,000  ☐ Priority: | | |
| Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order. | | |
| Calendar Number: 25 | Claim Number: 25-1 | Claim Amount: $66,000 |
| Claimant Name: Salvador Jimenez | | |
| ☐ Disallowed  ☒ Allowed  ☒ Unsecured: $66,000  ☐ Priority: | | |
| Comments: The Debtor filed Stipulation Between Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims on April 27, 2023, as ECF No. 116 (the "Stipulation"). The Stipulation classifies Claim 10-1 as a general unsecured claim for $66,000 with no secured claim portion allowed.  The terms of the Stipulation are incorporated into this order. | | |

###

Date: May 31, 2023

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 5    **F 3007-1.1.ORDER.OBJ.CLAIM**