| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Amanda G. Billyard 256838<br>Financial Relief Law Center, APC<br>1200 Main St., Suite C<br>Irvine, CA 92614<br>Phone: (714) 442-3349<br>Email: abillyard@bwlawcenter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 12 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re: 2nd Chance Investment Group, LLC | CASE NO.: 8:22-bk-12142-SC |
|---|---|
| | CHAPTER: 11 |
| | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY A PROFESSIONAL OTHER THAN GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☒ No Hearing: LBR 9013-1(o)(3)<br>☐ Hearing Information:<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to EMPLOY BEWLEY, LASSLEBEN & MILLER LLP AS UNLAWFUL DETAINER COUNSEL
2. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation
3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                                                        Page 1                                                            F 2081-
2.5.ORDER.EMPLOY.GEN.COUNSEL

    a.   ☒ The Motion is granted pursuant to 11 U.S.C. § 330 and the Debtor-in-Possession is authorized to employ:
Bewley, Lassleben & Miller, LLP as Unlawful Detainer Counsel

    b.   Bewley, Lassleben & Miller, LLP will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c.   ☐ The Motion is denied.

4.   ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5.   ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.   ☐ Other (*specify*):

###

Date: June 12, 2023

*[Signature]*
Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015　　　　　　　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　　　　　　　　F 2081-
2.5.ORDER.EMPLOY.GEN.COUNSEL