SULLIVAN HILL REZ & ENGEL, APLC
  Gary B. Rudolph, SBN 101921
  James P. Hill, SBN 90478
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax No.: (619) 231-4372
Attorneys for Creditor and Party in Interest Lantzman Investments, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(d)(1) AND 362(d)(2) RE: 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000**<br><br>Date:  None required<br>Time: None required<br>Judge: Hon. Scott C. Clarkson |

This Stipulation is entered into by and between 2nd Chance Investment Group LLC, debtor ("Debtor"), by David Goodrich, its Chief Restructuring Officer, and Lantzman Investments, Inc., a California corporation ("Lender") (Debtor and Lender are hereinafter collectively referred to as the "Parties"), with respect to the following facts:

## RECITALS

1.    The Debtor listed an ownership interest in certain real property commonly known as 25641 Byron Street, San Bernardino, San Bernardino County, California

#5503600v2

92404, assessors parcel no. 0273-353-01-0-00 (the "Real Property"). The legal description for the Real Property is attached hereto as Exhibit "1."

2. On or about January 4, 2022 the Debtor borrowed from the Lender the sum of $325,000 which the Debtor used to purchase the Real Property. Repayment of this loan was secured by a deed of trust recorded in the San Bernardino County Recorder's office on January 4, 2022 as instrument no. 2022-0004179, and was memorialized by a note of even date.

3. The Debtor defaulted on the monthly payments due under the Note beginning with the payment due to the Lender on August 1, 2022. Further, the Debtor has not made any payments on the subject loan, nor has the Debtor paid real property taxes due and owing on the Real Property.

4. Lender asserts that pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant it relief from the automatic stay because: (1) Lender's interest in the Property is not adequately protected; (2) the fair market value of the Real Property is declining and payments are not being made to Lender sufficient to protect its interest against that decline; (3) real property taxes are not being paid current; (4) proof of insurance regarding the Property has not been provided to Lender, despite the Debtor's obligation to insure the collateral under the terms of the Note and Deed of Trust; and (5) pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Real Property, and, as a result, pursuant to 11 U.S.C. §362(d)(2)(B), the Real Property is not necessary to an effective reorganization. Further, recent offers received for the Real Property demonstrate that there is no equity in the Real Property for the Debtor's benefit.

5. The Parties have met and conferred, and have agreed to the terms of this Stipulation, as set forth herein.

## STIPULATION

As a result of the foregoing, it is hereby stipulated and agreed as follows:

1.    The above recitals are hereby incorporated into this Stipulation.

2.    The Lender is entitled to relief from the automatic stay under 11 U.S.C. §§

1 | 362(d)(1) and 362(d)(2).

2 |     3.    Lender (and any and all successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Real Property.

    4.    Mr. Goodrich specifically agrees that any insurance currently in effect for the Real Property shall not be cancelled for the Real Property until after the order approving this Stipulation has been entered and is final and non-appealable.

    5.    Upon entry of the order approving this Stipulation, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

IT IS SO STIPULATED.

Dated: June 26, 2023

By: _____
David M. Goodrich,
Chief Restructuring Officer for the Debtor
2nd Chance Investment Group, LLC

Dated: June 27, 2023

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Kathleeen A. Cashman-Kramer*
_____
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Lender Lantzman Investments, Inc.

#5503600v2

3

**Exhibit 1**

Main Document    Page 5 of 9

Loan Number: 549300AAWFEC6CRH6N89-1217A-21

Date: DECEMBER 17, 2021

Property Address: 25641 BYRON STREET
SAN BERNARDONO, CALIFORNIA 92404

# EXHIBIT "A"

# LEGAL DESCRIPTION

A.P.N. # : 0273-353-01-0-000

☆ DocMagic

Ca3005.dot.xml

## Exhibit "A"

Lot 66, Tract No. 4289, Sterling Homes Unit No. 4, in the City of Highlands, County of San Bernardino, State of California, as per Plat Recorded in Book 53 of Maps, Pages 96 and 97, Records of said County.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

600 B Street, Suite 1700
San Diego, California 92101

A true and correct copy of the foregoing document entitled (*specify*): Stipulation for Relief from Automatic Stay under 11 U.S.C. Section 362 (d)(1) and 362 (d)(2) re 25641 Byron Street San Bernardino, CA 92404, APN No. 0273-353-01-0-00

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/27/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/27/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/27/2023 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

# SERVICE INFORMATION

Case No. 8:22-bk-12142 –

## 2nd Chance Investment Group, LLC

1. To be served by the Court via Notice of Electronic Filing [NEF]:

   - **Amanda G. Billyard    abillyard@bwlawcenter.com**
   - **Stephan M Brown    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com**
   - **Kathleen A Cashman-Kramer    cashman-kramer@sullivanhill.com, theresam@psdslaw.com**
   - **Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com**
   - **Lazaro E Fernandez    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com**
   - **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
   - **David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com**
   - **Daniel J Griffin    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com**
   - **Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com**
   - **Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com**
   - **Randall P Mroczynski    randym@cookseylaw.com**
   - **Queenie K Ng    queenie.k.ng@usdoj.gov**
   - **Douglas A Plazak    dplazak@rhlaw.com**
   - **Arvind Nath Rawal    arawal@aisinfo.com**

#5475826v2

- **Gary B Rudolph**  rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

- **Cheryl A Skigin**  caskigin@earthlink.net, caskigin@earthlink.net

- **Richard L. Sturdevant**  rich@bwlawcenter.com

- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

- **Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

- **Fanny Zhang Wan**  fwan@raslg.com

- **Andy C Warshaw**  awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

- **Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. Served by United States Mail:

| **Judge – Courtesy Copy** | Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 |
|---|---|

#5475826v2