SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile:  (619) 231-4372
Email:  hill@sullivanhill.com
         rudolph@sullivanhill.com
Attorneys for Creditor and Party in Interest
LANTZMAN INVESTMENTS and LMF 2, LP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>**DECLARATION OF KATHLEEN A. CASHMAN-KRAMER IN SUPPORT OF MOTION TO APPROVE: (1) STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF #131) 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 AND (2) STIPULATION FOR RELIEF FROM STAY RE: 827 NORTH MERIDIAN AVENUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000**<br><br>Date:  August 15, 2023<br>Time:  10:30 a.m.<br>Judge:  Hon. Scott C. Clarkson |

I, Katheen A. Cashman-Kramer, declare as follows:

1.    I am an attorney employed of counsel at Sullivan Hill Rez & Engel, A Professional Law Corporation, attorneys for the Movant, Lantzman Investments, Inc. ("Lantzman" or "Lender"), a creditor of the debtor 2nd Chance Investment Group, LLC

- 1 -

#5510491v1

1. ("Debtor"). I am duly licensed to practice law before this court and all courts in the State of California. All the information contained herein is within my personal knowledge.

2. I make this declaration in connection with the Lender's motion ("Motion") for an order approving: (a) the STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(d)(1) AND 362(d)(2) RE: 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 (the "Byron Property") ("Byron Stipulation") and (b) the STIPULATION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(d)(1) AND 362(d)(2) RE: 827 NORTH MERIDIAN AVANUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000 (the "Meridian Property") ("Meridian Stipulation"). A true copy of the Byron Stipulation is attached to the Motion as Exhibit "1." The Byron Stipulation resolves the Amended Motion for Relief from the Automatic Stay that Lender filed in this case on May 4, 2023 (see ECF No.'s 131, 134), which is currently set for hearing on August 15, 2023 at 10:30 a.m. See ECF No.'s 160, 178. A true copy of the Meridian Stipulation is attached to the Motion as Exhibit "2.

3. The Debtor's schedules in this case (ECF No. 1) listed that the Debtor owned an interest in the Byron and Meridian Properties, amongst others. On April 13, 2023, this Court entered the order approving the retention of a broker to market these and other real properties of the Chapter 11 estate. ECF NO. 102.

4. My office, on behalf of Lender, timely filed a proof of claim in this case on April 6, 2023, in which it listed several properties in this estate in which it held a first priority secured claim, including both the Byron and Meridian Properties; that proof of claim was later amended. See Exhibit "5" attached to the Motion, a true copy of the amended proof of claim filed April 18, 2023 as Claim No. 48-2.

5. In May 2023 I had multiple conversations and exchanges of emails with Mr. Warshaw, one of the counsel for the Debtor, and Mr. Goodrich, the court-appointed chief restructuring officer for the Debtor, regarding the Lender's properties and, in

1 particular, regarding the motion for relief from the automatic stay that my office filed
2 on May 4, 2023 in this case as to the Byron Property (see ECF No.'s 131, 134), which
3 is currently set for hearing on August 15, 2023 at 10:30 a.m. after having been continued
4 by agreement.   See ECF No.'s 160, 178.

      6.    Through these communications I learned that the Byron and Meridian Properties (as well as other properties) were listed for sale sometime in May 2023.  On June 1, 2023 I received an email from Mr. Goodrich in which he indicated that he and the Debtor had received offers to purchase on the Bryon and Meridian Properties.  At that time he asked us to obtain from the Lender draft beneficiary demands so that they could determine whether the offers were high enough to pay the Lender and all other outstanding charges and costs of sale in full, with any excess going to the Debtor estate. On June 6, 2023, the Lender's draft demands were sent to Mr. Goodrich by email.  On June 8, 2023, I received from Mr. Goodrich by email two draft estimated closing statements which demonstrated that the highest and best offers for both properties were insufficient to pay the Lender's secured claims in full, as well as all other costs of sale. Specifically, these estimated escrow closing statements dated June 2, 2023 for each property showed the offer, the amount of Lender's liens on both properties, fire abatement charges (the Byron Property), payoff amounts for other liens, real property taxes owing, broker's commission, and costs of sale.

      7.    As to the Byron Property, the proposed purchase price (the best offer received) was $350,000, but the amount needed to pay everything in full was $353,358.16 (a difference of $3,358.16).

      8.    As to the Meridian Property, the proposed purchase price (the best offer received) was $360,000, by the amount needed to pay everything in full was $437,650.89 (a difference of $77,650.89).

      9.    Thereafter I had discussions with Mr. Goodrich where he agreed to stipulate to relief from stay as to both the Byron and Meridian Properties, since there was no equity in those properties for the Debtor's estate.  I then drafted the two

- 3 -

#5510491v1

Stipulations (Exhibits "1" and "2" to the Motion), which Mr. Goodrich signed on June 26, 2023.

Executed this 29th day of June, 2023, under penalty of perjury pursuant to the laws of the United States of America at San Diego, California.

                                                /s/ Kathleeen A. Cashman-Kramer
                                                Kathleen A. Cashman-Kramer

#5510491v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**DECLARATION OF KATHLEEN A. CASHMAN-KRAMER IN SUPPORT OF MOTION TO APPROVE STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF #131) 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 AND FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY RE: 827 NORTH MERIDIAN AVENUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 29, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2023 | Laurel Dinkins | *Laurel Dinkins* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- 5 -

#5510491v1

## SERVICE INFORMATION

## Case No. 8:22-bk-12142 –

## 2nd Chance Investment Group, LLC

1. To be served by the Court via Notice of Electronic Filing [NEF]:

- **Amanda G. Billyard**  abillyard@bwlawcenter.com
- **Stephan M Brown**  ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com
- **Kathleen A Cashman-Kramer**  cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**  lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**  dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Daniel J Griffin**  daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Arvind Nath Rawal**  arawal@aisinfo.com

#5475826v3

- **Gary B Rudolph**  rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

- **Cheryl A Skigin**  caskigin@earthlink.net, caskigin@earthlink.net

- **Richard L. Sturdevant**  rich@bwlawcenter.com

- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

- **Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

- **Fanny Zhang Wan**  fwan@raslg.com

- **Andy C Warshaw**  awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

- **Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. Served by United States Mail:

| **Debtor** | 2nd Chance Investment Group, LLC<br>600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701 |
|---|---|
| **Residents of Real Property** | Margaret Adams and/or Resident<br>25641 Byron Street<br>San Bernardino, CA 92404<br><br>Teresa Miller and/or David Miller and/or Frances Miller and/or Resident<br>827 N Meridian Ave.<br>San Bernardino CA 92410 |
| **Judge – Courtesy Copy** | Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 |

#5475826v3

| **Misc.** | San Bernardino Fire Abatement<br>385 N. Arrowhead Ave.<br>San Bernardino, CA 92415 |
|---|---|
| | San Bernardino County Tax Collector's Office<br>268 West Hospitality Lane, First Floor<br>San Bernardino, CA 92415-0360 |
| | San Bernardino Associated Governments (SANBAG)<br>1170 W. 3rd St., 2nd Floor,<br>San Bernardino, CA 92410-1715 |

#5475826v3