SULLIVAN HILL REZ & ENGEL, APLC
James P. Hill, SBN 90478
Gary B. Rudolph, SBN 101921
Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax No.: (619) 231-4372

Attorneys for Creditor and Party in Interest Lantzman Investments, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO APPROVE STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF #131) 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 AND FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY RE: 827 NORTH MERIDIAN AVENUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:     August 15, 2023<br>Time:    10:30 a.m.<br>Judge:   Hon. Scott C. Clarkson<br>Place:<br>    United States Bankruptcy Court<br>    411 West Fourth Street, Suite 5130<br>    Courtroom 5C (via zoom)<br>    Santa Ana, CA 92701-4593 |

#5510559v1                                                                                1

**TO: THE DEBTOR(S), TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN THAT** the undersigned filed a Motion to Approve Stipulation Resolving Motion For Relief From The Automatic Stay (ECF No. 131) 25641 Byron St., San Bernardino, CA 92404, APN No. 0273-353-01-0-000 And for Approval of Stipulation for Relief from Stay Re: 827 North Meridian Avenue, San Bernardino, CA 92404, APN No. 0142-461-25-0-000;

**PLEASE TAKE FURTHER NOTICE** that on August 15, 2023, at 10:30 a.m. (PST), a hearing will be held before the Honorable Scott C. Clarkson in Courtroom 5C by way of Zoom.gov. Instructions on appearing and a link for the hearing will be provided before the hearing date on the Court's website at either https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson

or

https://ecf-ciao.cacb.uscourts.gov/CiaoPosted/

**If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.**

Dated: June 29, 2023

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:    /s/ Kathleen A. Cashman-Kramer
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Lender Lantzman Investments, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF HEARING ON MOTION TO APPROVE STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF #131) 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 AND FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY RE: 827 NORTH MERIDIAN AVENUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 29, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2023 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

#5510559v1                                   3

# SERVICE INFORMATION

## Case No. 8:22-bk-12142 –

## 2nd Chance Investment Group, LLC

1. To be served by the Court via Notice of Electronic Filing [NEF]:

   - **Amanda G. Billyard    abillyard@bwlawcenter.com**
   - **Stephan M Brown    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com**
   - **Kathleen A Cashman-Kramer    cashman-kramer@sullivanhill.com, theresam@psdslaw.com**
   - **Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com**
   - **Lazaro E Fernandez    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com**
   - **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
   - **David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com**
   - **Daniel J Griffin    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com**
   - **Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com**
   - **Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com**
   - **Randall P Mroczynski    randym@cookseylaw.com**
   - **Queenie K Ng    queenie.k.ng@usdoj.gov**
   - **Douglas A Plazak    dplazak@rhlaw.com**
   - **Arvind Nath Rawal    arawal@aisinfo.com**

#5475826v3

- **Gary B Rudolph**    rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

- **Cheryl A Skigin**    caskigin@earthlink.net, caskigin@earthlink.net

- **Richard L. Sturdevant**    rich@bwlawcenter.com

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

- **Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

- **Fanny Zhang Wan**    fwan@raslg.com

- **Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. Served by United States Mail:

| **Debtor** | 2nd Chance Investment Group, LLC<br>600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701 |
|---|---|
| **Residents of Real Property** | Margaret Adams and/or Resident<br>25641 Byron Street<br>San Bernardino, CA 92404<br><br>Teresa Miller and/or David Miller and/or Frances Miller and/or Resident<br>827 N Meridian Ave.<br>San Bernardino CA 92410 |
| **Judge – Courtesy Copy** | Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 |

#5475826v3

| **Misc.** | San Bernardino Fire Abatement<br>385 N. Arrowhead Ave.<br>San Bernardino, CA 92415 |
|---|---|
| | San Bernardino County Tax Collector's Office<br>268 West Hospitality Lane, First Floor<br>San Bernardino, CA 92415-0360 |
| | San Bernardino Associated Governments (SANBAG)<br>1170 W. 3rd St., 2nd Floor,<br>San Bernardino, CA 92410-1715 |

#5475826v3