SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, 17th Floor
San Diego, California 92101
Telephone:    (619) 233-4100
Fax Number:    (619) 231-4372

Attorneys for Creditors Lantzman Investments, Inc. and LMF2 LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>           Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>**STATUS REPORT RE: RESOLUTION OF OBJECTIONS BY LANTZMAN INVESTMENTS, INC. AND LMF2 LP TO THE DEBTOR'S DISCLOSURE STATEMENT AND PLAN (ECF#S 140, 139)**<br><br>**<u>Disclosure Statement Hearing:</u>**<br><br>Date:    July 19, 2023<br>Time:    1:30 p.m.<br>Judge:    Hon. Scott C. Clarkson<br><br>United States Bankruptcy Court<br>411 West Fourth Street<br>Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593<br>(Via Zoom.gov) |

#5518038v1

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES**

Secured Creditors and parties in interest Lantzman Investments, Inc. ("Lantzman") and LMF2 LP ("LMF2") (collectively the "Secured Creditors"), as serviced by Del Toro Servicing, Inc. (servicer for Lantzman) and FCI (servicer for LMF2) hereby submit the following status report in connection with their object to the confirmation of the Chapter 11 Plan [ECF #139] and Disclosure Statement [ECF #140] of the Debtor 2nd Chance Investments Group LLC (the "Debtor").

Secured Creditors, though counsel, have met and conferred with Mr. Goodrich, and believe that all of its issues have been resolved and/or will be, upon filing by the Debtor of an amended disclosure statement and plan. Debtor appears to be in agreement with this. See the Debtor's response filed July 12, 2023, ECF #192, at p. 4. Counsel for Secured Creditors is awaiting the stipulation referenced therein. As a result of that agreement, Secured Creditors are satisfied that its objections have been or soon will be resolved in full, and therefore, withdraws them.[1]

Dated: July 17, 2023

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Kathleen A. Cashman-Kramer*
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Secured Creditors
Lantzman Investments, Inc. and LMF2 LP

---

[1] Subject only to the referenced Stipulation embodying that agreement and any necessary amendments.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

600 B Street, Suite 1700, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): _____
**STATUS REPORT RE: RESOLUTION OF OBJECTIONS BY LANTZMAN INVESTMENTS, INC. AND LMF2 LP TO THE DEBTOR'S DISCLOSURE STATEMENT AND PLAN (ECF #S 140, 139)__**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached Service List**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| See Attached Service List | |
|---|---|

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 17, 2023__, I served the following persons and/or entities by personal delivery, ***overnight mail service***, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 | Chambers/Courtesy Copies |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 17, 2023 | Linda Gubba-Reiner | /s/ Linda Gubba-Reiner |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

# SERVICE INFORMATION

## Case No. 8:22-bk-12142

## 2nd Chance Investment Group, LLC

1. To be served by the Court via Notice of Electronic Filing [NEF]:

- **Amanda G. Billyard**  abillyard@bwlawcenter.com
- **Stephan M Brown**  ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer**  cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**  lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**  dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Daniel J Griffin**  daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Arvind Nath Rawal**  arawal@aisinfo.com
- **Gary B Rudolph**  rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**  caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**  rich@bwlawcenter.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**  fwan@raslg.com
- **Andy C Warshaw**  awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

#5518043v1

- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- 

2. Served by United States Mail:

| | |
|---|---|
| **Debtor** | 2nd Chance Investment Group, LLC<br>600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701 |
| **Residents of Real Property** | Margaret Adams and/or Resident<br>25641 Byron Street<br>San Bernardino, CA 92404<br><br>Teresa Miller and/or David Miller and/or Frances Miller and/or Resident<br>827 N Meridian Ave.<br>San Bernardino CA 92410 |
| **Misc.** | San Bernardino Fire Abatement<br>385 N. Arrowhead Ave.<br>San Bernardino, CA 92415 |
| | San Bernardino County Tax Collector's Office<br>268 West Hospitality Lane, First Floor<br>San Bernardino, CA 92415-0360 |
| | San Bernardino Associated Governments (SANBAG)<br>1170 W. 3rd St., 2nd Floor,<br>San Bernardino, CA 92410-1715 |
| **Manual Notice List** | **Bewley Lassleben & Miller LLP**<br>13215 E Penn St Ste 510<br>Whittier, CA 90602-179 |
| | **EXP Realty**<br>3122 Emery Ln<br>Robbins, IL 60472 |

#5518043v1

|  | **Financial Relief Law Center APC**<br>1200 Main St., Ste C<br>Irvine, CA 92614 |
|---|---|
|  | **Grobstein Teeple LLP**<br>23832 Rockfield Blvd suite 245<br>Lake Forest, CA 92630 |
|  | **Keller Williams Tacoma**<br>8607 Custer Rd SW<br>Lakewood, WA 98499 |

#5518043v1