Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession



FILED & ENTERED

JUL 20 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>      Debtor in Possession. | Case No.:   8:22-bk-12142-SC<br><br>Chapter 11<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>**Continued Status Conference**<br>**Date:**  September 13, 2023<br>**Time:**  1:30 pm<br>**Location:** 411 W. Fourth St.<br>Santa Ana, CA 92701-4593<br>**Courtroom:** 5C |

      On July 19, 2023, at 1:30 pm, the Court held hearings on the adequacy of the disclosure statement (Dk. 140), relief from stay relating to real property located at 37472 Yorkshire Drive, Palmdale, CA 93550 (Dk. 124), and a continued status conference. Andy C. Warshaw appeared on behalf of the Debtor in Possession, 2nd Chance Investment Group, LLC (the "Debtor"). David M. Goodrich appeared as the Debtor's chief restructuring officer. Queenie Ng appeared on behalf of the Office of the United States Trustee. Kathleen A. Cashman-Kramer appeared on behalf of Lantzman Investments, Inc., and LMF2 LP. Nathan A. Berneman appeared on behalf of U.S. Bank Trust

National Association, not in its Individual Capacity but Solely as Owner Trustee for Vrmtg Asset Trust. Gil Hopenstand appeared on behalf of the U.S. Small Business Administration.

The Court, having considered the disclosure statement, the motion for relief from stay, the case docket as a whole, the discussion of the parties appearing at the hearing, and findings of good cause, the Court hereby orders as follows:

**IT IS ORDERED** that the following dates are hereby set with respect to scheduling in the bankruptcy case:

1. The deadline for 2nd Chance Investment Group LLC as the Debtor in Possession to file an Amended Disclosure Statement is August 8, 2023.

2. The deadline for any party to file an objection or opposition to the Debtor's Amended Disclosure Statement is August 30, 2023.

3. The deadline for the Debtor to file a reply brief to any opposition to the Debtor's Amended Disclosure Statement is September 6, 2023.

4. The Court will hold a continued status conference hearing and a hearing on the adequacy of the Amended Disclosure Statement on September 13, 2023, at 1:30 p.m.

5. The Debtor is required to file a status report for the September 13, 2023, hearings, which will be due 14 days in advance.

6. Appearances at the hearings scheduled for September 13, 2023, at 1:30 pm shall be made consistent with the Court's Phone/Video Appearances tab on the Court's website located at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson. Parties are to appear for hearings remotely using the services of Zoom for Government ("ZoomGov"), which permits remote participation by video or by telephone. Hearing participants and members of the public may view and listen to hearings before the Honorable Scott C. Clarkon using ZoomGov free of charge. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which can be viewed online at: http://ecfciao.cacb.uscourts.gov/CiaoPosted and going to "Select Judge" Scott C. Clarkson to see the Court's Tentative Rulings Viewing Calendar.

Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device. Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply). Neither a Zoom nor a ZoomGov account are necessary to participate, and no pre-registration is required.

###

Date: July 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge