United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda G. Billyard | |
| | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | |
| | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | |
| | on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arvind Nath Rawal | |
| | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |

Case 8:22-bk-12142-SC    Doc 199    Filed 07/22/23    Entered 07/22/23 21:16:23    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Brandon J Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com |
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net |
| Christopher P. Walker | on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Christopher P. Walker | on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Daniel J Griffin | on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com |
| David M Goodrich | on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com |
| Douglas A Plazak | on behalf of Creditor Ram Bhakta dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com |
| Fanny Zhang Wan | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com |
| Fanny Zhang Wan | on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com |
| Gary B Rudolph | on behalf of Creditor Lantzman Investments Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com |
| Gary B Rudolph | on behalf of Creditor LMF2 LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor LMF2 LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor Lantzman Investments Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com |
| Lazaro E Fernandez | on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com |
| Richard L. Sturdevant | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Richard L. Sturdevant
    on behalf of Defendant 2nd Chance Investment Group  LLC rich@bwlawcenter.com

    on behalf of Debtor 2nd Chance Investment Group  LLC rich@bwlawcenter.com

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com

Stephan M Brown
    on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com
    stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown
    on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com
    stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown
    on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com
    stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 36

Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

**FILED & ENTERED**

**JUL 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In Re

2ND CHANCE INVESTMENT GROUP, LLC,

    Debtor in Possession.

Case No.:   8:22-bk-12142-SC

Chapter 11

**CASE MANAGEMENT AND SCHEDULING ORDER**

**Continued Status Conference**
**Date:** September 13, 2023
**Time:** 1:30 pm
**Location:** 411 W. Fourth St.
Santa Ana, CA 92701-4593
**Courtroom:** 5C

On July 19, 2023, at 1:30 pm, the Court held hearings on the adequacy of the disclosure statement (Dk. 140), relief from stay relating to real property located at 37472 Yorkshire Drive, Palmdale, CA 93550 (Dk. 124), and a continued status conference. Andy C. Warshaw appeared on behalf of the Debtor in Possession, 2nd Chance Investment Group, LLC (the "Debtor").  David M. Goodrich appeared as the Debtor's chief restructuring officer.  Queenie Ng appeared on behalf of the Office of the United States Trustee.  Kathleen A. Cashman-Kramer appeared on behalf of Lantzman Investments, Inc., and LMF2 LP.  Nathan A. Berneman appeared on behalf of U.S. Bank Trust

- 1 -

National Association, not in its Individual Capacity but Solely as Owner Trustee for Vrmtg Asset Trust. Gil Hopenstand appeared on behalf of the U.S. Small Business Administration.

The Court, having considered the disclosure statement, the motion for relief from stay, the case docket as a whole, the discussion of the parties appearing at the hearing, and findings of good cause, the Court hereby orders as follows:

**IT IS ORDERED** that the following dates are hereby set with respect to scheduling in the bankruptcy case:

1. The deadline for 2nd Chance Investment Group LLC as the Debtor in Possession to file an Amended Disclosure Statement is August 8, 2023.

2. The deadline for any party to file an objection or opposition to the Debtor's Amended Disclosure Statement is August 30, 2023.

3. The deadline for the Debtor to file a reply brief to any opposition to the Debtor's Amended Disclosure Statement is September 6, 2023.

4. The Court will hold a continued status conference hearing and a hearing on the adequacy of the Amended Disclosure Statement on September 13, 2023, at 1:30 p.m.

5. The Debtor is required to file a status report for the September 13, 2023, hearings, which will be due 14 days in advance.

6. Appearances at the hearings scheduled for September 13, 2023, at 1:30 pm shall be made consistent with the Court's Phone/Video Appearances tab on the Court's website located at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson. Parties are to appear for hearings remotely using the services of Zoom for Government ("ZoomGov"), which permits remote participation by video or by telephone. Hearing participants and members of the public may view and listen to hearings before the Honorable Scott C. Clarkon using ZoomGov free of charge. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which can be viewed online at: http://ecfciao.cacb.uscourts.gov/CiaoPosted and going to "Select Judge" Scott C. Clarkson to see the Court's Tentative Rulings Viewing Calendar.

Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device. Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply). Neither a Zoom nor a ZoomGov account are necessary to participate, and no pre-registration is required.

###

Date: July 20, 2023

Scott C. Clarkson
United States Bankruptcy Judge

- 3 -