| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Andy C. Warshaw<br>1200 Main St., Suite C<br>Irvine, CA 92614<br>Phone: (714) 442-3319<br>Fax: (714) 361-5380<br>Email: awarshaw@bwlawcenter.com<br><br><br><br><br><br>*Attorney for Respondent: 2nd Chance Investment Group, LLC* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 27 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re: 2nd Chance Investment Group, LLC<br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| | DATE: July 19, 2023<br>TIME: 1:30 p.m.<br>COURTROOM: 5C- Virtual<br>PLACE: 411 W. Fourth Street<br>Santa Ana, CA<br>Zoom.gov |

**Movant:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows*:* 37472 Yorkshire Dr., Palmdale, CA 93550-6239

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a.    ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
    b.    ☐ Unexcused non-appearance by Movant
    c.    ☐ Lack of proper service
    d.    ☐ Lack of good cause shown for relief from stay
    e.    ☐ No stay is in effect under:
        (1)    ☐ 11 U.S.C. § 362(c)(2)(A)
        (2)    ☐ 11 U.S.C. § 362(c)(2)(B)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                 Page 1                                                         F 4001-1.RFS.DENY.ORDER

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☒ Other *(specify)*: for the reasons stated on the record.

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: July 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                          Page 2                                          **F 4001-1.RFS.DENY.ORDER**