Robert P. Goe – State Bar No. 137019
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Official Committee of
Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor and Debtor-in-possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11 Proceeding<br><br>**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE STIPULATION BETWEEN THE DEBTOR AND SALVADOR JIMENEZ RESOLVING THE DEBTOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS**<br><br>Date:     August 15, 2023<br>Time:    10:30 a.m.<br>Place:    United States Bankruptcy Court<br>             411 West Fourth Street<br>             Courtroom 5C (via zoom)<br>             Santa Ana, CA 92701 |

The Official Committee of Unsecured Creditors ("Committee") for the above-referenced bankruptcy estate ("Estate") of 2nd Chance Investment Group, LLC, the Debtor and Debtor-in-Possession ("Debtor"), hereby responds to *the Motion To Approve Stipulation Resolving Motion For Relief From The Automatic Stay (Ecf #131) 25641 Byron St., San Bernardino, CA 92404, APN No. 0273-353-01-0-000 And For Approval Of Stipulation For Relief From Stay Re: 827 North Meridian Avenue, San Bernardino, CA 92404, APN NO. 0142-461-25-0- 000* [Docket No. 187] ("Motion to Approve").

1

1  If the Motion to Approve is granted, Debtor's estate will lose two potentially valuable real properties to foreclosure. The first property, 25641 Byron St., San Bernardino, CA 92404 ("Bryon Street") appears to have substantial equity according to the creditor, Lantzman Investments, Inc. ("Lantzman") amended motion for relief from stay ("Amended MFRS") field on May 4, 2023 as Docket No. 131, which valued the property at $420,000 subject to Lantzman's first position deed of trust under which Debtor owed approximately $331,000.

Per the Motion to Approve, the Byron Street Property was marketed for sale starting sometime in May 2023. The Debtor entered into the Stay Relief Stipulation on June 26, 2023 after receiving a highest/best offer as of that date of $350,000, per the declaration of counsel for Lantzman given in support of the Motion to Approve. *See* page 3 of Docket 187, lines 20-22.

Given that Lantzman's independent valuation of the Byron Street Property showed substantial equity when it prematurely moved for relief from stay, and the fact that there was early interest in the Byron Street Property after it was listed, the Debtor should be required to update the Court, Committee and parties in interest as to whether further marketing has occurred in the month and a half that will have transpired since the Motion to Approve was filed and whether higher offers than those described in the Motion to Approve have been received by Debtor's broker.

Respectfully submitted,

Dated: August 1, 2023        **GOE FORSYTHE & HODGES LLP**

By: /s/ Robert P. Goe
    Robert P. Goe
    Charity J. Manee
    Counsel for the Official Committee of
    Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE STIPULATION BETWEEN THE DEBTOR AND SALVADOR JIMENEZ RESOLVING THE DEBTOR'S FIRST OMNIBUS OBJECTIONS TO CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 1, 2023</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) <u>August 1, 2023</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**: (<u>state the method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>August 1, 2023</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, 411 W. Fourth Street, Suite 5130; Santa Ana, CA 92701-4593

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 1, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 8:22-bk-12142-SC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Amanda G. Billyard**  abillyard@bwlawcenter.com
- **Stephan M Brown**  ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer**  cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**  lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**  dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Daniel J Griffin**  daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Arvind Nath Rawal**  arawal@aisinfo.com
- **Gary B Rudolph**  rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**  caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**  rich@bwlawcenter.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**  fwan@raslg.com
- **Andy C Warshaw**  awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**SERVED BY UNITED STATES MAIL**:

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

EXP Realty
3122 Emery Ln
Robbins, IL 60472

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614

Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499