SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, 17th Floor
San Diego, California 92101
Telephone:    (619) 233-4100
Fax Number:   (619) 231-4372

Attorneys for Creditors Lantzman Investments, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>           Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>**STATUS REPORT RE: STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ECF #131) 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 AND FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY RE: 827 NORTH MERIDIAN AVENUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000**<br><br>Date:    August 15, 2023<br>Time:    10:30 a.m.<br>Judge:   Hon. Scott C. Clarkson<br><br>United States Bankruptcy Court<br>411 West Fourth Street<br>Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593<br>(Via Zoom.gov) |

#5524653v1

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES**

On June 29, 2023, as ECF 187, Creditor Lantzman Investments, Inc. by and through its counsel filed its Motion to Approve Stipulation with the Debtor resolving Motion from Relief from the Automatic Stay (ECF No. 131) 25641 Byron St., San Bernardino CA, 92404, APN No. 0273-353-01-0-000 and for Approval of Stipulation for Relief from Stay re 827 North Meridian Ave., San Bernardino, CA 92404, APN No. 0142-461-25-0-000.

On August 1, 2023, The Official Committee of Unsecured Creditors filed its response to the Stipulation Between the Debtor and Salvador Jimenez Resolving the Debtor's First Omnibus Objections to Claims. [ECF 206]

On August 4, 2023, a Withdrawal re: Response Of The Official Committee Of Unsecured Creditors To The Stipulation Between The Debtor And Salvador Jimenez Resolving The Debtors First Omnibus Objections To Claims Filed by Creditor Committee Official Committee of Unsecured Creditors was filed by The Official Committee of Unsecured Creditors. [ECF 207]

As a result, there is currently no opposition to the stipulation between Debtor and Lantzman Investments.

Respectfully submitted,

Dated: August 8, 2023      SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:  */s/ Gary B. Rudolph*
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Secured Creditors
Lantzman Investments, Inc.

#5524653v1                                      1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**600 B Street, Suite 1700, San Diego, CA 92101**

A true and correct copy of the foregoing document entitled (*specify*): _____
STATUS REPORT RE STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ([ECF #131) 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000 AND FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY RE: 827 NORTH MERIDIAN AVENUE, SAN BERNARDINO, CA 92404, APN NO. 0142-461-25-0-000;
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 8, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amanda G. Billyard**    abillyard@bwlawcenter.com
- **Stephan M Brown**    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer**    cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Daniel J Griffin**    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Arvind Nath Rawal**    arawal@aisinfo.com
- **Gary B Rudolph**    rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**    caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**    rich@bwlawcenter.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**    fwan@raslg.com
- **Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 8, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

**2nd Chance Investment Group, LLC**
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

**Bewley Lassleben & Miller LLP**
13215 E Penn St Ste 510
Whittier, CA 90602-1797

**EXP Realty**
3122 Emery Ln
Robbins, IL 60472

**Financial Relief Law Center APC**
1200 Main St., Ste C
Irvine, CA 92614

**Grobstein Teeple LLP**
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

**Keller Williams Tacoma**
8607 Custer Rd SW
Lakewood, WA 98499

Honorable Scott C. Clarkson
United States Bankruptcy Court Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2023 | Laurel L. Dinkins | /s/ Laurel L. Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**