SULLIVAN HILL REZ & ENGEL, APLC
  Gary B. Rudolph, SBN 101921
  James P. Hill, SBN 90478
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax No.: (619) 231-4372
Attorneys for Creditor and Party in Interest
Lantzman Investments, Inc.

**FILED & ENTERED**

**AUG 16 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | CASE NO.: 8:22-bk-12142-SC |
| 2ND CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION AND APPROVING STIPULATION (ECF #183) FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. §§ 362(d)(1) AND 362(d)(2) RE: 25641 BYRON ST., SAN BERNARDINO, CA 92404, APN NO. 0273-353-01-0-000** |
| | Date:  August 15, 2023 |
| | Time:  10:30 A.M. |
| | Judge:  Hon. Scott C. Clarkson |

    Having reviewed the Stipulation **(ECF #183)** For Relief From Automatic Stay Under 11 U.S.C. §§ 362(D)(1) And 362(D)(2) Re: 25641 Byron St., San Bernardino, California 92404, APN No. 0273-353-01-0-000 filed on June 27, 2023 as ECF No. 183 and entered into by and between 2nd Chance Investment Group LLC, debtor ("Debtor"), by David Goodrich, its Chief Restructuring Officer, and Lantzman Investments, Inc., a California corporation ("Lender") (Debtor and Lender are hereinafter collectively referred to as the "Parties"), and the Motion and supporting documents seeking its approval (ECF #s187, 188, 189) regarding that certain real property located at 25641 Byron Street, San Bernardino, San Bernardino County,

California   92404, APN No. 0273-353-01-0-00 (the "Real Property"), finding that notice of the Stipulation and Motion was properly given, and good cause appearing therefor, the Court orders as follows:

**IT IS HEREBY ORDERED**

    1.    The Motion is granted.

    2.    The Stipulation is APPROVED as the Parties have stipulated and agreed therein.

    **IT IS SO ORDERED.**

# # #

Date: August 16, 2023

Scott C. Clarkson
United States Bankruptcy Judge