| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David M. Goodrich, State Bar No. 208675<br>dgoodrich@go2.law<br>GOLDEN GOODRICH LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br>Facsimile 714-966-1002<br><br>☑ Attorney for | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __David M. Goodrich__ , __208675__ , __dgoodrich@go2.law__
           *Name*             *Bar ID Number*             *E-Mail Address*

❑ am **counsel of record** or
❑ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
❑ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _3070 Bristol Street, Suite 640, Costa Mesa, CA 92626_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 8/18/23                                         */s/ David M. Goodrich*
                                                       Signature of Present Attorney

---

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

# Attachment to Notice of Attorney Change of Address
# Multi-Case Docketing

## Case List

| Case Number | Case Name | Chapter |
|---|---|---|
| 8:11-bk-20448-SC | Yan Sui | 7 |
| 8:15-bk-13008-TA | Anna's Linens, Inc. | 7 |
| 8:17-bk-11996-SC | WJA Asset Management LLC | 11 |
| 8:17-bk-12005-SC | LVNV Multi Family LLC | 11 |
| 8:17-bk-13482-TA | Catherine M Haretakis | 7 |
| 8:17-bk-14535-SC | Prime Metals U.S.A., Inc. | 7 |
| 8:18-bk-13199-SC | Ruby's Huntington Beach, Ltd., a California limited partnership | 7 |
| 8:18-bk-13311-SC | Ruby's Diner, Inc., a California corporation | 7 |
| 8:18-bk-14052-SC | Kendall Frozen Fruits, Inc. | 11 |
| 8:19-bk-13858-SC | Bruce Elieff | 7 |
| 8:20-bk-10268-TA | Fariborz Zanjanee Babaee and Malihe P. Babaee | 7 |
| 8:21-ap-01068-SC | KFF Holdings, Inc. v. Kendall | *Lead BK: 8:18-bk-14052-SC Kendall Frozen Fruits, Inc.* |
| 8:21-ap-01073-SC | KFF Holdings, Inc. v. Kendall | *Lead BK: 8:18-bk-14052-SC Kendall Frozen Fruits, Inc.* |
| 8:21-bk-10619-SC | Global Discovery Biosciences Corporation, a Delaware Corporation | 7 |
| 8:21-bk-11703-TA | DGWB, Inc. | 7 |
| 8:21-bk-12653-SC | Thomas Bruce Miller | 7 |
| 8:22-bk-10442-TA | Cloud Mountain, Inc., a California corporation | 11 |
| 8:22-bk-11383-SC | Hero Nutritionals, LLC | 7 |
| 8:22-bk-12142-SC | 2nd Chance Investment Group, LLC | 11 |
| 8:23-ap-01074-TA | Marshack v. American Express National Bank | *Lead BK: 8:21-bk-11703-TA DGWB, Inc.* |
| 8:23-bk-10994-SC | 511 Seaward LLC, a California limited liability company | 11 |