# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 8/30/2023, I did cause a copy of the following documents, described below,

1. Status Conference Report by the Debtor and Debtor in Possession; 2) Declaration of David M. Goodrich in Support

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/30/2023

/s/ Andy C. Warshaw
Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, INC | CASE NO: 8:22-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 8/30/2023, a copy of the following documents, described below,

1. Status Conference Report by the Debtor and Debtor in Possession; 2) Declaration of David M. Goodrich in Support

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/30/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>WED AUG 30 6-54-30 PST 2023 | 2ND CHANCE INVESTMENT GROUP LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA CA 92701-4558 | ~~(D)2ND CHANCE INVESTMENT GROUP LLC~~<br>~~600 W SANTA ANA BLVD~~<br>~~PMB 5045~~<br>~~SANTA ANA CA 92701-4558~~ |
| ~~EXCLUDE~~<br>~~(U)44 REALTY~~ | ~~EXCLUDE~~<br>~~(U)ALLY BANK~~ | ALLY BANK CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| BEWLEY LASSLEBEN MILLER LLP<br>13215 E PENN ST STE 510<br>WHITTIER CA 90602-1797 | ~~EXCLUDE~~<br>~~(U)COLDWELL BANKER AND CITRUS GROVE~~<br>~~REAL ESTATE~~ | ~~EXCLUDE~~<br>~~(U)COURTESY NEF~~ |
| ~~EXCLUDE~~<br>~~(U)DMC CONSULTING~~ | EXP REALTY<br>3122 EMERY LN<br>ROBBINS IL 60472-2202 | FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST STE C<br>IRVINE CA 92614-6749 |
| ~~EXCLUDE~~<br>~~(U)FORETHOUGHT LIFE INSURANCE COMPANY~~ | GOE FORSYTHE HODGES LLP<br>17701 COWAN<br>SUITE 210<br>IRVINE CA 92614-6840 | GOE FORSYTHE HODGES LLP<br>17701 COWAN BLDG D STE 210<br>IRVINE CA 92614-6840 |
| GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST CA 92630-2884 | GROBSTEIN TEEPLE LLP<br>GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST CA 92630-2884 | ~~EXCLUDE~~<br>~~(U)INTERESTED PARTY~~ |
| KELLER WILLIAMS TACOMA<br>8607 CUSTER RD SW<br>LAKEWOOD WA 98499-2566 | ~~EXCLUDE~~<br>~~(U)LMF2 LP~~ | ~~EXCLUDE~~<br>~~(U)LANTZMAN INVESTMENTS INC~~ |
| MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>CO GOE FORSYTHE HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE CA 92614-6840 | ~~EXCLUDE~~<br>~~(U)REMAX COLDWELL BANKER NORTHERN~~<br>~~CALIFORNIA~~ |
| ~~EXCLUDE~~<br>~~(U)US BANK TRUST NATIONAL ASSOCIATION~~<br>~~NOT IN~~ | US BANK TRUST NATIONAL ASSOCIATION NOT IN<br>ROBERTSON ANSCHUTZ SCHNEID CRANE PA<br>350 10TH AVENUE SUITE 1000<br>SAN DEIGO CA 92101-8705 | WELLS FARGO BANK NA<br>CO MCCARTHY HOLTHUS LLP<br>2763 CAMINO DEL RIO SOUTH SUITE 100<br>SAN DIEGO CA 92108-3708 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class U.S. Mail Service.

EXCLUDE
SANTA ANA DIVISION                  ASB VENTURES LLC                       ASB VENTURES LLC
411 WEST FOURTH STREET  SUITE 2030  5852 MOREHOUSE ST                      CO SCHORR LAW
SANTA ANA  CA 92701-4500            CHINO CA 91710                         1901 AVENUE OF THE STARS  SUITE 615
                                                                           LOS ANGELES  CA 90067-6051




AARON ZISTMAN                       ABHISHEK BHAKTA                        ALLY
18518 DANCY ST                      31 WINGS LOOP                          PO BOX 380902
ROWLAND HEIGHTS   CA 91748-4777     LAKE HAVASU CITY AZ 86403-6780         MINNEAPOLIS   MN 55438-0902




EXCLUDE
(D)ALLY BANK CO AIS PORTFOLIO SERVICES  AMERICAN EXPRESS                   AMERICAN EXPRESS NATIONAL BANK
LLC                                 PO BOX 96001                           CO BECKET AND LEE LLP
4515 N SANTA FE AVE DEPT APS        LOS ANGELES   CA 90096-8000            PO BOX 3001
OKLAHOMA CITY   OK 73118-7901                                              MALVERN  PA 19355-0701




ANAND BHAKTA                        BHAVESH BHAKTA                         COMCASTEFFECTV
17409 CALIENTE AVE                  9300 N SAM HOUSTON PKWY E APT 11212    PO BOX 415949
CERRITOS CA 90703-9010              HUMBLE TX 77396-5139                   BOSTON   MA 02241-5949




DAVID GUZMAN                        DEL TORO LOAN SERVICING  INC           DEVEN BHAKTA
14583 MCKENDREE AVE                 2300 BOSWELL ROAD                      10103 OLIVIA TERRACE
CHINO  CA 91710-6988                SUITE 215                              SUN VALLEY  CA 91352-4250
                                    CHULA VISTA  CA 91914-3559




FCI                                 FRANCHISE TAX BOARD                    FABIAN  KATHY LYNN MARTINEZ
8180 E KAISER BLVD                  BANKRUPTCY SECTION MS A340             13352 MARTY LANE
ANAHEIM  CA 92808-2277              PO BOX 2952                            GARDEN GROVE  CA 92843-2234
                                    SACRAMENTO CA 95812-2952




(P)FAY SERVICING  LLC               FELIPE GUTIERREZ JR                    FORETHOUGHT LIFE INSURANCE COMPANY
P O BOX 814609                      13056 SYCAMORE AVE APT B               FAY SERVICING  LLC
DALLAS TX 75381-4609                CHINO  CA 91710-6725                   PO BOX 814609
                                                                           DALLAS  TX 75381-4609




FRANCHISE TAX BOARD                 GIL HOPENSTAND                         GOOGLE ADWORDS
PIT BANKRUPTCY MS A340              312 N SPRING STREET  5TH FL            CO JOE VENTURA
PO BOX 2952                         LOS ANGELES  CA 90012-4701             COMMERCIAL COLLECTION CORP OF NY
SACRAMENTO  CA 95812-2952                                                  34 SEYMOUR ST
                                                                           TONAWANDA  NY 14150-2126




GREGORY STEVEN                      HITEN RAM BHAKTA  SAJAN BHAKTA         HOME DEPOT CREDIT SERVICES
37915 MARSALA DR                    CO SCHORR LAW                          PO BOX 9001010
PALMDALE  CA 93552-3966             1901 AVENNUE OF THE STARS              LOUISVILLE  KY 40290-1010
                                    SUITE 615
                                    LOS ANGELES  CA 90067-6051
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served prior to 08/25/2023 USPS First Class Mail Service.

INTERNAL REVENUE SERVICE              EXCLUDE                                   JATIN BHAKTA
CENTRALIZED INSOLVENCY OPERATIONS     (D)INTERNAL REVENUE SERVICE               8365 LEHIGH AVE
PO BOX 7346                           CENTRALIZED INSOLVENCY OPERATIONS         SUN VALLEY CA 91352-3343
PHILADELPHIA   PA 19101-7346          PO BOX 7346
                                      PHILADELPHIA   PA 19101-7346




JESSIE AND MICHELLE ACOSTA            JESUS ACOSTA AND MICHELLE ACOSTA          KIWI CAPITAL GROUP LLC
13337 NELLIE AVE                      13337 NELLIE AVENUE                       11353 HIGHDALE ST NORWALK   CA 90650
CHINO   CA 91710-7390                 CHINO   CA 91710-7390                     NORWALK   CA 90650-5737




KIWI CORP                             LMF2 LP                                   LAMAR ADVERTISING
MINA BHAKTA                           CO GARY B RUDOLPH ESQ                     449 EAST PARK CENTER CIRCLE SOUTH
11353 HIGHDALE STREET                 CO SULLIVAN HILL REZ   ENGEL APLC         SAN BERNARDINO   CA 92408-2872
NORWALK   CA 90650-5737               600 B STREET 17TH FL
                                      SAN DIEGO CA 92101-4501




LANTZMAN INVESTMENTS INC              LOWES BUSINESS ACCTGECRB                  MAHER ABOU KHZAM
CO GARY B RUDOLPH ESQ                 PO BOX 530970                             CO THE BANKRUPTCY GROUP   PC
CO SULLIVAN HILL REZ   ENGEL APLC     ATLANTA   GA 30353-0970                   2408 PROFESSIONAL DRIVE
600 B STREET 17TH FL                                                            ROSEVILLE   CA 95661-7787
SAN DIEGO CA 92101-4501




MARGARET ADAMS                        MARGARET ADAMS                            MERAH LLC
25641 BYRON S                         25641 BYRON ST                            14583 MCKENDREE AVENUE
SAN BERNARDINO   CA 92404-6439        SAN BERNARDINO   CA 92404-6439            CHINO   CA 91710-6988




                                                                                EXCLUDE
MERAH   LLC                           (P)MERCEDES BENZ FINANCIAL SERVICES       (D)(P)MERCEDES BENZ FINANCIAL SERVICES
7026 EDINBORO STREET                  14327 HERITAGE PARKWAY 400                14327 HERITAGE PARKWAY 400
CHINO   CA 91710-6961                 FORT WORTH TX 76177-3300                  FORT WORTH TX 76177-3300




MERCEDESBENZ FINANCIAL SERVICES USA LLC  MICHAEL CHAPMAN SR                     MICHAEL CHAPMAN SR
PO BOX 5209                           324 W 47TH PLACE                          328 W 47TH PLACE
CAROL STREAM   IL 60197-5209          LOS ANGELES   CA 90037-3235               LOS ANGELES   CA 90037-3235




                                      EXCLUDE
MIDARE LLC                            (D)MIDARE   LLC                           OMAR HOUARI
14583 MCKENDREE AVENUE                14583 MCKENDREE AVE                       2425 SAN ANTONIO CRESCENT WEST
CHINO   CA 91710-6988                 CHINO   CA 91710-6988                     UPLAND   CA 91784-1054




PANGEA INTL RECEIVABLE SERVICES       PARIN BHAKTA                              PRAMIRA HOLDINGS   LLC
140 2ND AVE W                         1237 CRANBROOK PL                         2552 WALNUT AVE
SUITE D                               FULLERTON CA 92833-1406                   SUITE 200
KALISPELL   MT 59901-4417                                                       TUSTIN   CA 92780-6983
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via First Class U.S. Mail Service.

| | | |
|---|---|---|
| PRAMIRA LLC<br>11353 HIGHDALE ST<br>NORWALK  CA 90650-5737 | PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN  CA 92780-6299 | PRECISION REALTY FUND LLC<br>11353 HIGHDALE ST<br>NORWALK  CA 90650-5737 |
| PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO  CA 94141 | RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES  CA 90008-4903 | RONAK PARIKH<br>5851 ALOE VERA CT<br>CHINO HILLS CA 91709-7986 |
| ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND  CA 93653 | SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA  CA 92880-3369 | SAN BERNARDINO COUNTY<br>OFFICE OF THE TAX COLLECTOR<br>268 WEST HOSPITALITY LANE  1ST FLOOR<br>SAN BERNARDINO  CA 92415-0900 |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY  UT 84165-0250 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON  TX 77242-4239 | SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO  CA 94578-1955 |
| SIMA PATEL<br>8 THOMTON AVE<br>GREENVILLE SC 29609-4675 | SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO  TX 79935-4910 | STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX  AZ 85062 |
| STEVEN KINSBURSKY<br>431 TERRAINE AVENUE<br>LONG BEACH  CA 90814-1944 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES  CA 90067-6051 | STRATEN LENDING GROUP  LLC<br>951 W MAIN ST<br>MESA AZ 85201-7107 |
| STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE  CA 92501-3641 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO  CA 92410-1029 |
| THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER  CA 93535-5872 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER  CA 93535-5872 | US BANK TRUST NATIONAL ASSOCIATION  NC<br>IN<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD  SUITE 500<br>DALLAS  TX 75019-6295 |
| (P)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 | EXCLUDE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST  SUITE 7160<br>SANTA ANA  CA 92701-4500 | VISHAL BHAKTA<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were Not Served Via First Class USPS Mail Service.

| | | |
|---|---|---|
| WELLS FARGO BANK NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS MN 55440-1629 | ZISMAN FAMILY TRUST<br>CO AARON ZISMAN<br>18518 DANCY STREET<br>ROWLAND HEIGHTS CA 91748-4777 | ZONA AZ LLC<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |
| EXCLUDE<br>(D)ZONA AZ LLC<br>3863 E HERMOSA VISTA DRIVE<br>MESA AZ 85215-1705 | ZONA CA LLC<br>3863 E HERMOSA DRIVE<br>MESA AZ 85215-1705 | AMANDA G BILLYARD<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST SUITE C<br>IRVINE CA 92614-6749 |
| ANDY C WARSHAW<br>FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN STREET<br>STE C<br>IRVINE CA 92614-6749 | DAVID M GOODRICH<br>GOLDEN GOODRICH LLP<br>3070 BRISTOL ST<br>STE 640<br>COSTA MESA CA 92626-3067 | DOUGLAS A PLAZAK<br>REID HELLYER APC<br>3685 MAIN STREET SUITE 300<br>PO BOX 1300<br>PO BOX 1300<br>RIVERSIDE CA 92502-1300 |
| EXCLUDE<br>(U)KELLER WILLIAMS | MAHER ABOU KHZAM<br>CO NEWPOINT LAW GROUP LLP<br>2408 PROFESSIONAL DR<br>ROSEVILLE CA 95661-7787 | EXCLUDE<br>(U)RAM BHAKTA |
| RICHARD L STURDEVANT<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST STE C<br>IRVINE CA 92614-6749 | EXCLUDE<br>(U)SAJAN BHAKTA | EXCLUDE<br>(D)SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA CA 92880-3369 |

COURT'S LIST OF NOTICE (ELECTRONIC SERVICE) RECIPIENTS:

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker, P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

(Interested Party)  
represented by:  
Stephan M Brown  
The Bankruptcy Group, P.C.  
2408 Professional Drive  
Roseville, CA 95661  

ECF@thebklawoffice.com

(Creditor)  
Sajan Bhakta  
represented by:  
Douglas A Plazak  
POB 1300  
Riverside, CA 92502  

dplazak@rhlaw.com

(Creditor)  
Ram Bhakta  
represented by:  
Douglas A Plazak  
POB 1300  
Riverside, CA 92502  

dplazak@rhlaw.com

(Special Counsel)  
Bewley Lassleben & Miller LLP  
13215 E Penn St Ste 510  
Whittier, CA 90602-1797  

(Creditor)  
Ally Bank, c/o AIS Portfolio Services, LLC  
4515 N Santa Fe Ave. Dept. APS  
Oklahoma City, OK 73118  
represented by:  
Arvind Nath Rawal  
AIS Portfolio Services L P  
1212 Corporate Dr  
Irving, TX 75038  

arawal@aisinfo.com

(Creditor)  
Ally Bank  
represented by:  
Cheryl A Skigin  
Law Office of Cheryl A Skigin  
8502 E Chapman Ave #424  
Orange, CA 92869  

caskigin@earthlink.net

(Interested Party)  
2nd Chance Investment Group, LLC  
600 W. Santa Ana Blvd.  
PMB 5045  
Santa Ana, CA 92701  

Andy C Warshaw  
Financial Relief Law Center, APC  
1200 Main Street  
Ste #C  
Irvine, CA 92614  

awarshaw@bwlawcenter.com

Richard L. Sturdevant  
Financial Relief Law Center  
1200 Main St. Ste C  
Irvine, CA 92614  

rich@bwlawcenter.com

David M Goodrich  
Golden Goodrich LLP  
3070 Bristol St  
Ste 640  
Costa Mesa, CA 92626  

dgoodrich@go2.law

(Debtor)  
2nd Chance Investment Group, LLC  
600 W. Santa Ana Blvd.  
PMB 5045  
Santa Ana, CA 92701  
Tax ID / EIN: 81-4146980  
represented by:  
Amanda G. Billyard  
Financial Relief Law Center  
1200 Main St. Suite C  
Irvine, CA 92614  

abillyard@bwlawcenter.com