# DECLARATION OF ANNA MATSUNAGA

I, Anna Matsunaga, declare:

1. I am a Washington state licensed real estate agent with Keller Williams Realty Tacoma ("Broker"), one of the brokers employed by 2nd Chance Investment Group, LLC, to market and sell the real property located at 8607 Custer Road Southwest, Lakewood, WA 98499 (the "Property"). I make this declaration in support of the foregoing motion. Each of the following facts is of my own knowledge, and if called upon and sworn as a witness, I could and would competently testify thereto.

2. I am informed and believe that on May 19, 2023, the order authorizing the employment of the Broker by the estate was entered.

3. Since approval of Broker's employment and receipt of signed listing agreement, I have actively marketed the Property. The Property was listed on the Northwest Multiple Listing Service, Keller Williams Intenternational search site, teammomentumrealestate.com, my team's Google Business pages, and it syndicated to the internet and landed on sites like CrisNet MLS, GAVAR MLS, Zillow, Realtor.com, Homelight, Redfin, Trulia, Movoto, Estately, along with many other aggregation websites specializing in Real Estate listings. As of today, we have had in excess of 400 views on my team's website in addition to the other above-named sites on which it is listed.

4. The property was available for in person showings, and our team showed the property to 8 potential buyers. I received offers for purchase from three potential buyers.

5. My efforts resulted in the offer for the Property from Gustavo Alvarez and Gabriela Yerena ("Buyers") in the amount of $400,500 which is being submitted for the Court's approval. I do not anticipate having any overbidders present at the sale hearing as the other offers were lower and they did not want to increase their offer.

6. I will continue to market the Property through the hearing date so as to maximize the price ultimately received by the estate from the sale of the Property, and it is currently listed as "pending backup", meaning we are seeking back up offers.

7. We had more than 20 showings during the time the property was listed in addition to the potential buyers my own team showed the home to for showings and open houses.

8. To facilitate the appraisal process I put the water service in my name and have been paying for the water bill. The Buyers have paid the unpaid electricity bill and put it in their name.

9. The broker's commissions of 6% of the gross sale will be paid directly from escrow with 3.35% paid to Keller Williams Tacoma and 2.65% to Blue Summit Realty LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August ____, 2023, at Tacoma, Washington.

_____
ANNA MATSUNAGA
8/27/23