## DECLARATION OF GABRIELA YERENA

I, Gabriela Yerena, declare:

1.        I, along with my husband Gustavo Alverez, am the proposed purchaser for that certain real property located 8607 Custer Road, Lakewood, WA 98499 (the "Property"). Each of the following facts is of my own knowledge, and if called upon and sworn as a witness, I could and would competently testify thereto.

2.        Neither I nor my husband have any affiliation with 2nd Chance Investment Group, LLC (the "Debtor"), its bankruptcy estate, or David M. Goodrich, the Chief Restructuring Officer of the chapter 11 debtor and debtor in possession.  Prior to submission of the offer to purchase the Property, I was working with my real estate agent to search for real property to purchase.  The proposed sale transaction is the product of arm's-length, good faith negotiations between and among the Debtor, the Debtor's real estate brokers, and the estate, on the one hand, and myself, my husband Gustavo Alverez, and our agent on the other.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August *11*____, 2023, at ___*Pierce County*___.

_____
Gabriela Yerena