| In re:<br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s). | CHAPTER: **11**<br><br>CASE NUMBER: **8:22-bk-12142-SC** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **1) Notice of Hearing on Debtor In Possession's Motion for Order: (1) Authorizing Sale of Estate's Right, Title and Interest in Real Property; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions; (4) Finding Purchasers are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h); Memorandum of Points and Authorities and Declarations in Support Thereof; 2) Debtor In Possession's Motion for Order: (1) Authorizing Sale of Estate's Right, Title and Interest in Real Property; (2) Approving Overbid Procedure; (3) Approving Payment of Commissions; (4) Finding Purchasers are Good Faith Purchasers; and (5) Waiving Stay Under Rule 6004(h); Memorandum of Points and Authorities and Declarations in Support Thereof; 3) Declaration of David Goodrich; 4) Declaration of Anna Matsunaga; 5) Declaration of Gustavo Alverez; 6) Declaration of Gabriela Yerena; Exhibits 1-4**   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On     **09/6/2023**    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Amanda G. Billyard**    abillyard@bwlawcenter.com
**Stephan M Brown**    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**    cashman-kramer@sullivanhill.com, theresam@psdslaw.com
**Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**David M Goodrich**    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
**Daniel J Griffin**    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**    randym@cookseylaw.com
**Queenie K Ng**    queenie.k.ng@usdoj.gov
**Douglas A Plazak**    dplazak@rhlaw.com
**Arvind Nath Rawal**    arawal@aisinfo.com
**Gary B Rudolph**    rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
**Cheryl A Skigin**    caskigin@earthlink.net, caskigin@earthlink.net
**Richard L. Sturdevant**    rich@bwlawcenter.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**    fwan@raslg.com
**Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**:
On   **9/6/2023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Creditors served via certificate of service.com. See Attached Creditor List**

| **Gustavo Alvarez** | **Gabriela Yerena** |
|---|---|
| **6714 Ardmore Dr. SW** | **6714 Ardmore Dr. SW** |
| **Lakewood, WA 98499** | **Lakewood, WA 98499** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **9013-3.1.PROOF.SERVICE**

| In re: |  | CHAPTER **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER **8:22-bk-12142-SC** |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __-__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**None.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **September 6, 2023** | **Richard Sturdevant** | **/s/ Richard Sturdevant** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

```
Label Matrix for local noticing          2nd Chance Investment Group, LLC         Ally Bank, c/o AIS Portfolio Services, LLC
0973-8                                   600 W. Santa Ana Blvd.                   4515 N Santa Fe Ave. Dept. APS
Case 8:22-bk-12142-SC                    PMB 5045                                 Oklahoma City, OK 73118-7901
Central District of California           Santa Ana, CA 92701-4558
Santa Ana
Wed Sep  6 15:21:40 PDT 2023

Bewley Lassleben & Miller LLP            EXP Realty                               Financial Relief Law Center APC
13215 E Penn St Ste 510                  3122 Emery Ln                            1200 Main St., Ste C
Whittier, CA 90602-1797                  Robbins, IL 60472-2202                   Irvine, CA 92614-6749


Goe Forsythe & Hodges LLP                Goe Forsythe & Hodges LLP                Grobstein Teeple LLP
17701 Cowan                              17701 Cowan Bldg D Ste 210               23832 Rockfield Blvd suite 245
Suite 210                                Irvine, CA 92614-6840                    Lake Forest, CA 92630-2884
Irvine, CA 92614-6840


Grobstein Teeple LLP                     Keller Williams Tacoma                   Mercedes-Benz Financial Services USA LLC
Grobstein Teeple LLP                     8607 Custer Rd SW                        c/o Randall P. Mroczynski
23832 Rockfield Blvd suite 245           Lakewood, WA 98499-2566                  Cooksey, Toolen, Gage, Duffy & Woog
Lake Forest, CA 92630-2884                                                        535 Anton Boulevard, Suite 1000
                                                                                  Costa Mesa, CA 92626-7664

Official Committee of Unsecured Creditors U.S. Bank Trust National Association, not in  Wells Fargo Bank, N.A.
c/o Goe Forsythe & Hodges LLP            Robertson, Anschutz, Schneid, Crane & Pa  c/o McCarthy & Holthus, LLP
17701 Cowan                              350 10th Avenue, suite 1000              2763 Camino Del Rio South, Suite 100
Suite 210                                San Deigo, CA 92101-8705                 San Diego CA 92108-3708
Building D
Irvine, CA 92614-6840

Santa Ana Division                       ASB Ventures LLC                         ASB Ventures LLC
411 West Fourth Street, Suite 2030,      5852 Morehouse St                        c/o Schorr Law
Santa Ana, CA 92701-4500                 Chino CA 91710                           1901 Avenue of the Stars, Suite 615
                                                                                  Los Angeles, CA 90067-6051


Aaron Zistman                            Abhishek Bhakta                          Ally
18518 Dancy St.                          31 Wings Loop                            PO Box 380902
Rowland Heights, CA 91748-4777           Lake Havasu City AZ 86403-6780           Minneapolis, MN 55438-0902



American Express                         American Express National Bank           Anand Bhakta
PO Box 96001                             c/o Becket and Lee LLP                   17409 Caliente Ave
Los Angeles, CA 90096-8000               PO Box 3001                              Cerritos CA 90703-9010
                                         Malvern  PA 19355-0701



Bhavesh Bhakta                           Comcast/Effectv                          David Guzman
9300 N Sam Houston Pkwy E Apt 11-212     PO Box 415949                            14583 McKendree Ave.
Humble TX 77396-5139                     Boston, MA 02241-5949                    Chino, CA 91710-6988



Del Toro Loan Servicing, Inc.            Deven Bhakta                             FCI
2300 Boswell Road                        10103 Olivia Terrace                     8180 E Kaiser Blvd
Suite 215                                Sun Valley, CA 91352-4250                Anaheim, CA 92808-2277
Chula Vista, CA 91914-3559
```

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fabian & Kathy Lynn Martinez<br>13352 Marty Lane<br>Garden Grove, CA 92843-2234 | (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 |
| Felipe Gutierrez Jr.<br>13056 sycamore Ave. Apt. B<br>Chino, CA 91710-6725 | ~~Forethought Life Insurance Company~~<br>~~Fay Servicing, LLC~~<br>~~PO Box 814609~~<br>~~Dallas, TX 75381-4609~~ | Franchise Tax Board<br>PIT Bankruptcy MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Gil Hopenstand<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-4701 | Google Adwords<br>c/o Joe Ventura<br>Commercial Collection Corp of NY<br>34 Seymour St<br>Tonawanda, NY 14150-2126 | Gregory Steven<br>37915 Marsala Dr<br>Palmdale, CA 93552-3966 |
| Hiten Ram Bhakta & Sajan Bhakta<br>c/o Schorr Law<br>1901 Avennue of the Stars<br>Suite 615<br>Los Angeles, CA 90067-6051 | Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Jatin Bhakta<br>8365 Lehigh Ave<br>Sun Valley CA 91352-3343 | Jessie and Michelle Acosta<br>13337 Nellie Ave.<br>Chino, CA 91710-7390 | Jesus Acosta And Michelle Acosta<br>13337 Nellie Avenue<br>Chino, CA 91710-7390 |
| Kiwi Capital Group LLC<br>11353 Highdale St. Norwalk, CA 90650<br>Norwalk, CA 90650-5737 | Kiwi Corp<br>Mina Bhakta<br>11353 Highdale Street<br>Norwalk, CA 90650-5737 | ~~LMF2 LP~~<br>~~c/o Gary B Rudolph Esq~~<br>~~c/o Sullivan Hill Rez & Engel APLC~~<br>~~600 B Street 17th Fl~~<br>~~San Diego CA 92101-4501~~ |
| Lamar Advertising<br>449 East Park Center Circle South<br>San Bernardino, CA 92408-2872 | ~~Lantzman Investments Inc~~<br>~~c/o Gary B Rudolph Esq~~<br>~~c/o Sullivan Hill Rez & Engel APLC~~<br>~~600 B Street 17th Fl~~<br>~~San Diego CA 92101-4501~~ | Lowes Business Acct/GECRB<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| ~~Maher Abou Khzam~~<br>~~c/o The Bankruptcy Group, P.C.~~<br>~~2408 Professional Drive~~<br>~~Roseville, CA 95661-7787~~ | Margaret Adams<br>25641 Byron S<br>San Bernardino, CA 92404-6439 | Margaret Adams<br>25641 Byron St.<br>San Bernardino, CA 92404-6439 |
| Merah LLC<br>14583 McKendree Avenue<br>Chino, cA 91710-6988 | Merah, LLC<br>7026 Edinboro Street<br>Chino, CA 91710-6961 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| ~~Mercedes-Benz Financial Services USA LLC~~<br>~~P.O. Box 5209~~<br>~~Carol Stream, IL 60197-5209~~ | Michael Chapman Sr.<br>324 W. 47th Place<br>Los Angeles, CA 90037-3235 | Michael Chapman Sr.<br>328 W. 47th Place<br>Los Angeles, CA 90037-3235 |

```
Midare LLC                          OMAR HOUARI                             Pangea Int'l Receivable Services
14583 McKendree Avenue              2425 SAN ANTONIO CRESCENT WEST          140 2nd Ave W.
Chino, CA 91710-6988                Upland, CA 91784-1054                   Suite D
                                                                            Kalispell, MT 59901-4417


Parin Bhakta                        Pramira Holdings  LLC                   Pramira LLC
1237 Cranbrook Pl                   2552 Walnut Ave                         11353 Highdale St
Fullerton CA 92833-1406             Suite 200                               Norwalk, CA 90650-5737
                                    Tustin, CA 92780-6983


Pramira LLC                         Precision Realty Fund LLC               Precision Realty LLC
1422 Edinger Ave. Ste 250           11353 Highdale St                       930 San Pablo Ave.
Tustin, CA 92780-6299               Norwalk, CA 90650-5737                  Suite B
                                                                            San Francisco, CA 94141


Rayshon Foster                      Ronak Parikh                            Rosendo Quiroz Estorga
4349 South Victoria                 5851 Aloe Vera Ct                       1004 Peachwood Crt.
Los Angeles, CA 90008-4903          Chino Hills CA 91709-7986               Raymond, CA 93653


~~Salvador Jimenez~~                San Bernardino County                   Select Portfolio Servicing
~~12822 Clemson Drive~~             Office of the Tax Collector             PO Box 65250
~~Corona, CA 92880-3369~~           268 West Hospitality Lane, 1st Floor    Salt Lake City, UT 84165-0250
                                    San Bernardino, CA 92415-0900


Selene Finance                      Shawn M. Southern                       Sima Patel
PO Box 422039                       1611 151st St                           8 Thomton Ave
Houston, TX 77242-4239              San Leandro, CA 94578-1955              Greenville SC 29609-4675


Small Business Administration       Staples Credit Plan                     Steven Kinsbursky
10737 Gateway West                  Dept. 51 7892022301                     431 Terraine Avenue
#300                                Phoenix, AZ 85062                       Long Beach, CA 90814-1944
El Paso, TX 79935-4910


Straten Lending                     Straten Lending Group, LLC              Stream Kim HIcks Wrage Alfaro
c/o Shorr Law                       951 W Main St                           3403 Tenth St.
1901 Avenue of the Stars Suite 615  Mesa AZ 85201-7107                      Suite 700
Los Angeles, CA 90067-6051                                                  Riverside, CA 92501-3641


(p)SUPERIOR LOAN SERVICING          Teresa Miller                           Thamar A. Peterson
ATTN ASSET DEFAULT MANAGEMENT       827 Meridian Ave.                       43933 30th St. E.
7525 TOPANGA CANYON BLVD            San Bernardino, CA 92410-1029           Lancaster, CA 93535-5872
CANOGA PARK CA 91303-1214


Thamar Peterson                     ~~U.S. Bank Trust National Association, not in~~   (p)U S  SMALL BUSINESS ADMINISTRATION
43933 30 St E                       ~~Selene Finance LP~~                   312 N SPRING ST 5TH FLOOR
Lancaster, CA 93535-5872            ~~3501 Olympus Blvd, Suite 500~~        LOS ANGELES CA 90012-2678
                                    ~~Dallas, TX 75019-6295~~
```

| | | |
|---|---|---|
| United States Trustee (SA) <br> 411 W Fourth St., Suite 7160 <br> Santa Ana, CA 92701-4500 | Vishal Bhakta <br> 3863 E Hermosa Vista Dr <br> Mesa AZ 85215-1705 | Wells Fargo Bank, N.A. <br> Default Document Processing <br> MAC# N9286-01Y <br> P.O. Box 1629 <br> Minneapolis, MN 55440-1629 |
| Zisman Family Trust <br> c/o Aaron Zisman <br> 18518 Dancy Street <br> Rowland Heights, CA 91748-4777 | Zona AZ LLC <br> 3863 E Hermosa Vista Dr <br> Mesa AZ 85215-1705 | Zona CA, LLC <br> 3863 E. Hermosa Drive <br> Mesa, AZ 85215-1705 |
| Amanda G. Billyard <br> Financial Relief Law Center <br> 1200 Main St. Suite C <br> Irvine, CA 92614-6749 | Andy C Warshaw <br> Financial Relief Law Center, APC <br> 1200 Main Street <br> Ste #C <br> Irvine, CA 92614-6749 | David M Goodrich <br> Golden Goodrich LLP <br> 3070 Bristol St <br> Ste 640 <br> Costa Mesa, CA 92626-3067 |
| Douglas A. Plazak <br> Reid & Hellyer, APC <br> 3685 Main Street, Suite 300 <br> P.O. Box 1300 <br> P.O. Box 1300 <br> Riverside, CA 92502-1300 | Maher Abou Khzam <br> c/o NewPoint Law Group, LLP <br> 2408 Professional Dr <br> Roseville, CA 95661-7787 | Richard L. Sturdevant <br> Financial Relief Law Center <br> 1200 Main St. Ste C <br> Irvine, CA 92614-6749 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fay Servicing <br> 8001 Woodland Center Blvd. Suite 10 <br> Tampa, FL 33614 | Mercedes-Benz Financial Services <br> PO Box 5209 <br> Carol Stream, IL 60197-5209 | (d)Mercedes-Benz Financial Services <br> PO Box 5260 <br> Carol Stream, IL 60197-5260 |
| Superior Loan Servicing <br> 7525 Topanga Canyon Blvd <br> Canoga Park, CA 91303 | U.S. Small Business Administration <br> 312 N Spring Street, 5th Fl <br> Los Angeles, CA 90012 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)2nd Chance Investment Group, LLC <br> 600 W. Santa Ana Blvd. <br> PMB 5045 <br> Santa Ana, CA 92701-4558 | (u)44 Realty | (u)Ally Bank |
| (u)Coldwell Banker and Citrus Grove Real Esta | (u)Courtesy NEF | (u)DMC Consulting |

(u)Forethought Life Insurance Company

(p)Interested Party

(u)LMF2, LP

(u)Lantzman Investments, Inc.

(u)Remax & Coldwell Banker Northern Californi

(u)U.S. BANK TRUST NATIONAL ASSOCIATION, NOT

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d)Midare, LLC
14583 McKendree Ave.
Chino, CA 91710-6988

(d)Zona AZ, LLC
3863 E. Hermosa Vista Drive
Mesa, AZ 85215-1705

(u)Keller Williams

(u)Ram Bhakta

(u)Sajan Bhakta

(d)Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880-3369

End of Label Matrix
Mailable recipients   101
Bypassed recipients    20
Total                 121

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2ND CHANCE INVESTMENT GROUP, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/6/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on Debtor's Motion to Sell Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/6/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich.sturdevant@gmail.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 9/6/2023, a copy of the following documents, described below,

Notice of Hearing on Debtor's Motion to Sell Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/6/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAILING LIST FRIDAY
Parties whose names are struck through were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | CASE INFO |
|---|---|---|
| GUSTAVO ALVEREZ<br>6714 ARDMORE DR. SW<br>LAKEWOOD WA 98499 | GABRIELA YERENA<br>6714 ARDMORE DR. SW<br>LAKEWOOD WA 98499 | LABEL MATRIX FOR LOCAL NOTICING<br>0973-8<br>CASE 8:22-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>SANTA ANA<br>WED SEP 6 15:21:40 PDT 2023 |
| BEWLEY LASSLEBEN & MILLER LLP<br>13215 E PENN ST STE 510<br>WHITTIER, CA 90602-1797 | GROBSTEIN TEEPLE LLP<br>GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST, CA 92630-2884 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>C/O GOE FORSYTHE & HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE, CA 92614-6840 |
| EXCLUDE<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET, SUITE 2030,<br>SANTA ANA, CA 92701-4500 | AARON ZISTMAN<br>18518 DANCY ST.<br>ROWLAND HEIGHTS, CA 91748-4777 | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES, CA 90096-8000 |
| BHAVESH BHAKTA<br>9300 N SAM HOUSTON PKWY E APT 11-212<br>HUMBLE TX 77396-5139 | DEL TORO LOAN SERVICING, INC.<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA, CA 91914-3559 | DEBTOR<br>2ND CHANCE INVESTMENT GROUP, LLC<br>600 W. SANTA ANA BLVD.<br>PMB 5045<br>SANTA ANA, CA 92701-4558 |
| EXP REALTY<br>3122 EMERY LN<br>ROBBINS, IL 60472-2202 | KELLER WILLIAMS TACOMA<br>8607 CUSTER RD SW<br>LAKEWOOD, WA 98499-2566 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN<br>ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PA<br>350 10TH AVENUE, SUITE 1000<br>SAN DEIGO, CA 92101-8705 |
| ASB VENTURES LLC<br>5852 MOREHOUSE ST<br>CHINO CA 91710 | ABHISHEK BHAKTA<br>31 WINGS LOOP<br>LAKE HAVASU CITY AZ 86403-6780 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| COMCAST/EFFECTV<br>PO BOX 415949<br>BOSTON, MA 02241-5949 | DEVEN BHAKTA<br>10103 OLIVIA TERRACE<br>SUN VALLEY, CA 91352-4250 | MERCEDES-BENZ FINANCIAL SERVICES USA LLC<br>C/O RANDALL P. MROCZYNSKI<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 ANTON BOULEVARD, SUITE 1000<br>COSTA MESA, CA 92626-7664 |
| WELLS FARGO BANK, N.A.<br>C/O MCCARTHY & HOLTHUS, LLP<br>2763 CAMINO DEL RIO SOUTH, SUITE 100<br>SAN DIEGO CA 92108-3708 | ASB VENTURES LLC<br>C/O SCHORR LAW<br>1901 AVENUE OF THE STARS, SUITE 615<br>LOS ANGELES, CA 90067-6051 | ALLY<br>PO BOX 380902<br>MINNEAPOLIS, MN 55438-0902 |
| ANAND BHAKTA<br>17409 CALIENTE AVE<br>CERRITOS CA 90703-9010 | DAVID GUZMAN<br>14583 MCKENDREE AVE.<br>CHINO, CA 91710-6988 | FCI<br>8180 E KAISER BLVD<br>ANAHEIM, CA 92808-2277 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | FELIPE GUTIERREZ JR.<br>13056 SYCAMORE AVE. APT. B<br>CHINO, CA 91710-6725 | GIL HOPENSTAND<br>312 N SPRING STREET, 5TH FL<br>LOS ANGELES, CA 90012-4701 |
| HITEN RAM BHAKTA & SAJAN BHAKTA<br>C/O SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES, CA 90067-6051 | JATIN BHAKTA<br>8365 LEHIGH AVE<br>SUN VALLEY CA 91352-3343 | KIWI CAPITAL GROUP LLC<br>11353 HIGHDALE ST. NORWALK, CA 90650<br>NORWALK, CA 90650-5737 |
| LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO, CA 92408-2872 | MERAH LLC<br>14583 MCKENDREE AVENUE<br>CHINO, CA 91710-6988 | FABIAN & KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE, CA 92843-2234 |
| GOOGLE ADWORDS<br>C/O JOE VENTURA<br>COMMERCIAL COLLECTION CORP OF NY<br>34 SEYMOUR ST<br>TONAWANDA, NY 14150-2126 | HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE, KY 40290-1010 | JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE.<br>CHINO, CA 91710-7390 |
| KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK, CA 90650-5737 | MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO, CA 92404-6439 | MERAH, LLC<br>7026 EDINBORO STREET<br>CHINO, CA 91710-6961 |
| MICHAEL CHAPMAN SR.<br>324 W. 47TH PLACE<br>LOS ANGELES, CA 90037-3235 | (P)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS: A-340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 |
| GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE, CA 93552-3966 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO, CA 91710-7390 |
| LOWES BUSINESS ACCT/GECRB<br>PO BOX 530970<br>ATLANTA, GA 30353-0970 | MARGARET ADAMS<br>25641 BYRON ST.<br>SAN BERNARDINO, CA 92404-6439 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| MICHAEL CHAPMAN SR.<br>328 W. 47TH PLACE<br>LOS ANGELES, CA 90037-3235 | MIDARE LLC<br>14583 MCKENDREE AVENUE<br>CHINO, CA 91710-6988 | PARIN BHAKTA<br>1237 CRANBROOK PL<br>FULLERTON CA 92833-1406 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PRAMIRA LLC<br>1422 EDINGER AVE. STE 250<br>TUSTIN, CA 92780-6299 | RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES, CA 90008-4903 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON, TX 77242-4239 |
| SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>#300<br>EL PASO, TX 79935-4910 | STRATEN LENDING<br>C/O SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES, CA 90067-6051 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 |
| THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER, CA 93535-5872 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND, CA 91784-1054 | PRAMIRA HOLDINGS LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN, CA 92780-6983 |
| PRECISION REALTY FUND LLC<br>11353 HIGHDALE ST<br>NORWALK, CA 90650-5737 | RONAK PARIKH<br>5851 ALOE VERA CT<br>CHINO HILLS CA 91709-7986 | SAN BERNARDINO COUNTY<br>OFFICE OF THE TAX COLLECTOR<br>268 WEST HOSPITALITY LANE, 1ST FLOOR<br>SAN BERNARDINO, CA 92415-0900 |
| SHAWN M. SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO, CA 94578-1955 | STAPLES CREDIT PLAN<br>DEPT. 51 7892022301<br>PHOENIX, AZ 85062 | STRATEN LENDING GROUP, LLC<br>951 W MAIN ST<br>MESA AZ 85201-7107 |
| TERESA MILLER<br>827 MERIDIAN AVE.<br>SAN BERNARDINO, CA 92410-1029 | PANGEA INT'L RECEIVABLE SERVICES<br>140 2ND AVE W.<br>SUITE D<br>KALISPELL, MT 59901-4417 | PRAMIRA LLC<br>11353 HIGHDALE ST<br>NORWALK, CA 90650-5737 |
| PRECISION REALTY LLC<br>930 SAN PABLO AVE.<br>SUITE B<br>SAN FRANCISCO, CA 94141 | ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT.<br>RAYMOND, CA 93653 | SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250 |
| SIMA PATEL<br>8 THOMTON AVE<br>GREENVILLE SC 29609-4675 | STEVEN KINSBURSKY<br>431 TERRAINE AVENUE<br>LONG BEACH, CA 90814-1944 | STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST.<br>SUITE 700<br>RIVERSIDE, CA 92501-3641 |
| THAMAR A. PETERSON<br>43933 30TH ST. E.<br>LANCASTER, CA 93535-5872 | (P)U S SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 | ZISMAN FAMILY TRUST<br>C/O AARON ZISMAN<br>18518 DANCY STREET<br>ROWLAND HEIGHTS, CA 91748-4777 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

VISHAL BHAKTA
3863 E HERMOSA VISTA DR
MESA AZ 85215-1705

ZONA AZ LLC
3863 E HERMOSA VISTA DR
MESA AZ 85215-1705

MAHER ABOU KHZAM
C/O NEWPOINT LAW GROUP, LLP
2408 PROFESSIONAL DR
ROSEVILLE, CA 95661-7787

ZONA CA, LLC
3863 E. HERMOSA DRIVE
MESA, AZ 85215-1705

COURT'S LIST OF ELECTRONIC SERVICE RECIPIENTS:

| | | |
|---|---|---|
| (Creditor)<br>Wells Fargo Bank, N.A.<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego CA 92108<br>represented by:<br>Jennifer C Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South<br>Suite 100<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com | (U.S. Trustee)<br>United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>represented by:<br>Queenie K Ng<br>411 West Fourth St.<br>Suite 7160<br>Santa Ana, CA 92701<br><br>queenie.k.ng@usdoj.gov | (Interested Party)<br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust<br>Robertson, Anschutz, Schneid, Crane & Pa<br>350 10th Avenue, suite 1000<br>San Deigo, CA 92101<br>represented by:<br>Fanny Zhang Wan<br>Robertson, Anschutz, Schneid, & Crane LLP<br>350 10th Avenue<br>Suite 1000<br>San Diego, CA 92101<br><br>fwan@raslg.com |
| (Creditor)<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST<br>represented by:<br>Fanny Zhang Wan<br>Robertson, Anschutz, Schneid, & Crane LLP<br>350 10th Avenue<br>Suite 1000<br>San Diego, CA 92101<br><br>fwan@raslg.com | Douglas A. Plazak<br>Reid & Hellyer, APC<br>3685 Main Street, Suite 300<br>P.O. Box 1300<br>P.O. Box 1300<br>Riverside, CA 92502-1300<br>(Attorney)<br>represented by:<br>Douglas A Plazak<br>POB 1300<br>Riverside, CA 92502<br><br>dplazak@rhlaw.com | (Creditor Committee)<br>Official Committee of Unsecured Creditors<br>c/o Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Suite 210<br>Building D<br>Irvine, CA 92614<br>represented by:<br>Robert P Goe<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Suite 210<br>Irvine, CA 92614<br><br>kmurphy@goeforlaw.com |
| (Creditor)<br>Mercedes-Benz Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, Suite 1000<br>Costa Mesa, CA 92626-1977<br>represented by:<br>Randall P Mroczynski<br>Cooksey Toolen Gage Duffy & Woog<br>535 Anton Blvd 10th Fl<br>Costa Mesa, CA 92626-1947<br><br>randym@cookseylaw.com | Gary B Rudolph<br>Sullivan Hill Rez & Engel, APLC<br>600 B Street, Suite 1700<br>San Diego, CA 92101<br><br>rudolph@sullivanhill.com | (Creditor)<br>Lantzman Investments, Inc.<br>represented by:<br>Kathleen A Cashman-Kramer<br>Cashman-Kramer<br>600 B Street Ste. 1700<br>San Diego, CA 92101<br><br>cashman-kramer@sullivanhill.com |
| Gary B Rudolph<br>Sullivan Hill Rez & Engel, APLC<br>600 B Street, Suite 1700<br>San Diego, CA 92101<br><br>rudolph@sullivanhill.com | (Creditor)<br>LMF2, LP<br>represented by:<br>Kathleen A Cashman-Kramer<br>Cashman-Kramer<br>600 B Street Ste. 1700<br>San Diego, CA 92101<br><br>cashman-kramer@sullivanhill.com | (Interested Party)<br>Maher Abou Khzam<br>c/o NewPoint Law Group, LLP<br>2408 Professional Dr<br>Roseville, CA 95661<br>represented by:<br>Stephan M Brown<br>The Bankruptcy Group, P.C.<br>2408 Professional Drive<br>Roseville, CA 95661<br><br>ECF@thebklawoffice.com |

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker, P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LISTING OF (TELE)-ELECTRONIC SERVICE RECIPIENTS:

| | | |
|---|---|---|
| Jennifer C Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South<br>Suite 100<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com | Lazaro E Fernandez<br>3600 Lime St<br>Ste 326<br>Riverside, CA 92501<br><br>lef17@pacbell.net | Dane W Exnowski<br>McCalla Raymer Leibert Pierce, LLP<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br><br>dane.exnowski@mccalla.com |

Case 8:22-bk-12142-SC    Doc 227-4    Filed 09/06/23    Entered 09/06/23 20:30:25    Desc
Proof of Service    Page 16 of 17

COURT'S LISTS OF (ELECTRONIC SERVICE) RECIPIENTS:

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Sajan Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor)
Ram Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com