SULLIVAN HILL REZ & ENGEL, APLC
  James P. Hill, SBN 90478
  Gary B. Rudolph, SBN 101921
  Kathleen A. Cashman-Kramer, SBN 128861
600 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 233-4100
Fax No.: (619) 231-4372

Attorneys for Creditor and Party in Interest LMF 2 LP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor. | CASE NO.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR APPROVAL OF STIPULATIONS FOR RELIEF FROM THE AUTOMATIC STAY FOR:**<br><br>1. **(ECF #234) 37915 MARSALA DR., PALMDALE, CA 93552, APN NO. 3023-073-011;**<br><br>2. **(ECF #233) 730 & 732 East 78th STREET LOS ANGELES, CA APN NO. 6023-031-025;**<br><br>3. **(ECF#232) 43933 30th STREET EAST, LANCASTER, CA 93535 APN NO. 3150-050-021;**<br><br>Date:       October 18, 2023<br>Time:      1:30 p.m.<br>Judge:     Hon. Scott C. Clarkson<br>Place:<br>  United States Bankruptcy Court<br>  411 West Fourth Street, Suite 5130<br>  Courtroom 5C (via zoom)<br>  Santa Ana, CA 92701-4593 |

#5519333v1

1

**TO: THE DEBTOR(S), TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN THAT the undersigned has filed a Motion for Approval of Three Stipulations for Relief from the Automatic Stay Re: (1) 37915 Marsala Dr., Palmdale, CA 93552, APN No. 3023-073-011 (ECF #234); (2) 730 & 732 East 78th Street Los Angeles, CA APN No. 6023-031-025 (ECF #233); and (3) 43933 30th Street East, Lancaster, Ca 93535 APN No. 3150-050-021 (ECF #232).

**PLEASE TAKE FURTHER NOTICE** that on October 18, 2023, at 1:30 p.m. (PST), a hearing will be held before the Honorable Scott C. Clarkson in Courtroom 5C by way of Zoom.gov. Instructions on appearing and a link for the hearing will be provided before the hearing date on the Court's website at either https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson

or

https://ecf-ciao.cacb.uscourts.gov/CiaoPosted/

**If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.**

Dated: September 13, 2023

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By:   /s/ Kathleen A. Cashman-Kramer
Gary B. Rudolph
Kathleen A. Cashman-Kramer
Attorneys for Lender LMF 2 LP

#5519333v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF HEARING ON MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY (ECF #234) 37915 MARSALA DR., PALMDALE, CA 93552, APN NO. 3023-073-011; FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY (ECF #233) 730 & 732 East 78th STREET LOS ANGELES, CA APN NO. 6023-031-025; and FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY (ECF#232) 43933 30th STREET EAST, LANCASTER, CA 93535 APN NO. 3150-050-021; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amanda G. Billyard**  abillyard@bwlawcenter.com
- **Stephan M Brown**  ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com
- **Kathleen A Cashman-Kramer**  cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**  lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**  dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
- **Daniel J Griffin**  daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Queenie K Ng**  queenie.k.ng@usdoj.gov
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Arvind Nath Rawal**  arawal@aisinfo.com
- **Gary B Rudolph**  rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**  caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**  rich@bwlawcenter.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**  fwan@raslg.com
- **Andy C Warshaw**  awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Case 8:22-bk-12142-SC    Doc 237    Filed 09/13/23    Entered 09/13/23 13:59:56    Desc
Main Document    Page 4 of 4

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 09/13/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Debtor** | 2nd Chance Investment Group, LLC<br>600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701 |
| **Residents of Real Property** | Gregory Steven<br>37915 Marsala Dr.<br>Palmdale CA 93552<br><br>Keisha Marie Terrell<br>730 E 78th St<br>Los Angeles CA 90001<br><br>Thamar Ann Peterson<br>43933 30 St E<br>Lancaster CA 93535 |
| **Judge – Courtesy Copy** | Honorable Scott C. Clarkson<br>United States Bankruptcy Court<br>Central District of California<br>Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street, Suite 5130 / Courtroom 5C<br>Santa Ana, CA 92701-4593 |

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/13/2023 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**