Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession



FILED & ENTERED

SEP 14 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor in Possession. | Case No.:  8:22-bk-12142-SC<br><br>Chapter 11<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>**Continued Status Conference**<br>**Date:** October 19, 2023<br>**Time:** 11:00 am<br>**Location:** 411 W. Fourth St. Santa Ana, CA 92701-4593<br>**Courtroom:** 5C |

On September 13, 2023, at 1:30 pm, the Court held a Zoom.gov hearings on status of the case (#33 on calendar) and the adequacy of the Disclosure Statement (#34 on calendar). The Court, having considered matters #33 and #34, the case docket as a whole, and findings of good cause, the Court hereby orders as follows:

**IT IS ORDERED** that the following dates and deadlines are hereby set with respect to scheduling in the bankruptcy case:

1. A Second Amended Disclosure Statement must be filed addressing the objections. In light of the Committee's representations that it will work with Debtor to resolve the objections, this matter is CONTINUED to October 19, 2023, at 11:00 a.m. An Amended Disclosure Statement, an Amended

Plan, which fully addresses the filed objections, and a redlined version of each, must be filed by no later than September 28, 2023. Any objection must be filed by no later than October 5, 2023, with replies filed by no later than October 12, 2023.

2. The Court will hold a continued status conference on October 19, 2023, at 11:00 am. A status report is due fourteen days in advance of the hearing or no later than October 5, 2023.

3. Appearances at the hearings scheduled for October 19, 2023, at 11:00 am shall be made consistent with the Court's Phone/Video Appearances tab on the Court's website found at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson. Unless otherwise instructed in the publicly posted tentative ruling, parties are to appear for hearings remotely using the services of Zoom for Government ("ZoomGov"), which allows remote participation by video or by telephone. Hearing participants and members of the public may view and listen to hearings before the Honorable Scott C. Clarkson using ZoomGov free of charge. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which can be viewed online at: http://ecfciao.cacb.uscourts.gov/CiaoPosted and going to "Select Judge" Scott C. Clarkson to see the Court's Tentative Rulings Viewing Calendar. Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone, and speaker), or a handheld mobile device. Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply). Neither a Zoom nor a ZoomGov account are necessary to take part, and no pre-registration is required.

###

Date: September 14, 2023

Scott C. Clarkson
United States Bankruptcy Judge