United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 14, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 14, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Brandon J Iskander
    on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Cheryl A Skigin
    on behalf of Creditor Ally Bank caskigin@earthlink.net  caskigin@earthlink.net

Christopher P. Walker
    on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com
    lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Christopher P. Walker
    on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com  lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Dane W Exnowski
    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
    on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com
    bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel J Griffin
    on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com
    tclayton@thebklawoffice.com;daniel@thebklawoffice.com

David M Goodrich
    on behalf of Debtor 2nd Chance Investment Group  LLC dgoodrich@go2.law,
    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Interested Party dgoodrich@go2.law
    kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Douglas A Plazak
    on behalf of Creditor Ram Bhakta dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com

Fanny Zhang Wan
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
    SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com

Fanny Zhang Wan
    on behalf of Interested Party U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for
    VRMTG Asset Trust fwan@raslg.com

Gary B Rudolph
    on behalf of Creditor Lantzman Investments  Inc. rudolph@sullivanhill.com,
    bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Gary B Rudolph
    on behalf of Creditor LMF2  LP rudolph@sullivanhill.com,
    bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kathleen A Cashman-Kramer
    on behalf of Creditor LMF2  LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Kathleen A Cashman-Kramer
    on behalf of Creditor Lantzman Investments  Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Lazaro E Fernandez
    on behalf of Interested Party Courtesy NEF lef17@pacbell.net
    lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall P Mroczynski
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Richard L. Sturdevant

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Sep 14, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| Richard L. Sturdevant | on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| | on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Stephan M Brown | on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 36

Andy C. Warshaw SBN No. 263880
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

**FILED & ENTERED**

**SEP 14 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In Re

2ND CHANCE INVESTMENT GROUP, LLC,

    Debtor in Possession.

Case No.:  8:22-bk-12142-SC

Chapter 11

**CASE MANAGEMENT AND SCHEDULING ORDER**

**Continued Status Conference**
**Date:** October 19, 2023
**Time:** 11:00 am
**Location:** 411 W. Fourth St.
Santa Ana, CA 92701-4593
**Courtroom:** 5C

On September 13, 2023, at 1:30 pm, the Court held a Zoom.gov hearings on status of the case (#33 on calendar) and the adequacy of the Disclosure Statement (#34 on calendar). The Court, having considered matters #33 and #34, the case docket as a whole, and findings of good cause, the Court hereby orders as follows:

    **IT IS ORDERED** that the following dates and deadlines are hereby set with respect to scheduling in the bankruptcy case:

1.    A Second Amended Disclosure Statement must be filed addressing the objections. In light of the Committee's representations that it will work with Debtor to resolve the objections, this matter is CONTINUED to October 19, 2023, at 11:00 a.m. An Amended Disclosure Statement, an Amended

- 1 -

Plan, which fully addresses the filed objections, and a redlined version of each, must be filed by no later than September 28, 2023. Any objection must be filed by no later than October 5, 2023, with replies filed by no later than October 12, 2023.

2.   The Court will hold a continued status conference on October 19, 2023, at 11:00 am. A status report is due fourteen days in advance of the hearing or no later than October 5, 2023.

3.   Appearances at the hearings scheduled for October 19, 2023, at 11:00 am shall be made consistent with the Court's Phone/Video Appearances tab on the Court's website found at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson. Unless otherwise instructed in the publicly posted tentative ruling, parties are to appear for hearings remotely using the services of Zoom for Government ("ZoomGov"), which allows remote participation by video or by telephone. Hearing participants and members of the public may view and listen to hearings before the Honorable Scott C. Clarkson using ZoomGov free of charge. Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which can be viewed online at: http://ecfciao.cacb.uscourts.gov/CiaoPosted and going to "Select Judge" Scott C. Clarkson to see the Court's Tentative Rulings Viewing Calendar. Individuals may appear by ZoomGov video and audio using a personal computer (equipped with camera, microphone, and speaker), or a handheld mobile device. Individuals may participate by ZoomGov audio only using a telephone (standard telephone charges may apply). Neither a Zoom nor a ZoomGov account are necessary to take part, and no pre-registration is required.

###

Date: September 14, 2023

Scott C. Clarkson
United States Bankruptcy Judge

- 2 -