Andy C. Warshaw (SBN 263880)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-19
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT AND TO CONTINUE HEARINGS**<br><br>Continued Status Conference and Hearing on Amended Disclosure Statement:<br>Date:      October 19, 2023<br>Time:      11:00 am<br>Location:  411 W. Fourth St.<br>               Santa Ana, California<br>Courtroom: 5C/Via ZoomGov |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

     This stipulation ("Stipulation") is entered into by and between the following parties ("Parties"): (1) 2ND Chance Investment Group, LLC, the debtor and debtor-in-possession in the above captioned case ("Debtor"); (2) David M. Goodrich, chief restructuring officer for the Debtor ("CRO"); (3) Forethought Life Insurance Company, as serviced by Fay Servicing, LLC ("Forethought"); (4) Sajan Bhakta and Ram Bhakta (together, "Bhakta"); (5) U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust ("VRMTG"); (6) Lantzman Investments, Inc. and LMF2 LP

(together, "Lantzman"); and (7) the Official Committee of Unsecured Creditors ("Committee"), by and through the undersigned, with respect to the following recitals:

### RECITALS

A. On December 21, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California ("Court"), case no. 8:22-bk-12142-SC. *See* Docket No. 1. The Debtor continues to operate and manage its affairs as debtor and debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

B. The Debtor's *Chapter 11 Liquidating Plan Dated May 10, 2023* ("Plan") and *Disclosure Statement Describing the Chapter 11 Liquidating Plan Dated May 10, 2023* ("Disclosure Statement") were filed on May 10, 2023, as ECF No. 139 & 140.

C. On May 18, 2023, Forethought filed its objection to the Plan, as ECF No. 153, on June 29, 2023, Bhakta filed its objection to the Plan, as ECF No. 186, and on September 22, 2023, VRMTG filed its objection to the Plan, as ECF No. 248.

D. On June 29, 2023, Bhakta filed its objection to the Disclosure Statement, as ECF No. 185, and on July 5, 2023, Lantzman filed its objection to the Disclosure Statement and Plan, as ECF No. 191.

E. The Debtor's *First Amended Disclosure Statement Describing Chapter 11 Liquidating Plan Dated May 10, 2023* ("First Amended Disclosure Statement") was filed on August 8, 2023, as ECF No. 208.

F. On August 29, 2023, Bhakta filed its limited objection to the First Amended Disclosure Statement, as ECF No. 223, and on August 30, 2023, the Committee filed its objection to the First Amended Disclosure Statement, as ECF No. 226.

G. On September 13, 2023, at 1:30 pm, the Court held Zoom.gov hearings on status of the case and the adequacy of the First Amended Disclosure Statement. The Court continued both matters to October 19, 2023, at 11:00 a.m., and ordered that an amended disclosure statement and an amended plan, which fully address the filed objections, and a redlined version of each, must be filed by no later than September 28,

2023. Any objection must be filed by no later than October 5, 2023, with replies filed by no later than October 12, 2023.

H.    The Debtor requires additional time to resolve the filed objections and to prepare the first amended plan and second amended disclosure statement. The Parties have agreed, subject to Court approval, to certain filing deadlines and to continue the status conference and disclosure statement hearing.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing and subject to approval of this Stipulation by the Bankruptcy Court, the Parties stipulate and agree that:

1. The hearing on the Debtor's amended disclosure statement will be continued to November 2, 2023 at 11:00 a.m. or such other date and time as convenient to the Court thereafter.

2. The deadline by which the Debtor must file and serve its first amended plan and second amended disclosure statement, and a redline of each, is extended from September 28, 2023 through and including October 12, 2023.

3. Any objections to the first amended plan and second amended disclosure statement must be filed and served by no later than October 19, 2023.

4. Replies to any objections must be filed and served by no later than October 26, 2023.

5. The chapter 11 status conference will be continued to November 2, 2023 at 11:00 a.m. or such other date and time as convenient to the Court thereafter.

6. A status report is due fourteen days in advance of the hearing.

**IT IS SO STIPULATED.**

Dated: September 27, 2023        FINANCIAL RELIEF LAW CENTER, APC

By: /s/ Andy C. Warshaw
ANDY C. WARSHAW
Attorneys for Debtor and Debtor-in-Possession

| | | |
|---|---|---|
| 1 | Dated: September 21, 2023 | By: /s/ _____ |
| 2 | | DAVID M. GOODRICH |
| 3 | | Chief Restructuring Officer for 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession |
| 4 | Dated: September ___, 2023 | MCCALLA RAYMER LEIBERT PIERCE, LLP |
| 5 | | |
| 6 | | By: _____ |
| 7 | | DANE EXNOWSKI
Attorneys for Forethought Life Insurance Company |
| 8 | Dated: September ___, 2023 | REID & HELLYER APC |
| 9 | | |
| 10 | | By: _____ |
| 11 | | DOUGLAS A. PLAZAK
Attorneys for Sajan Bhakta and Ram Bhakta |
| 12 | Dated: September ___, 2023 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP |
| 13 | | |
| 14 | | |
| 15 | | By: _____
FANNY WAN |
| 16 | | Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust |
| 17 | | |
| 18 | Dated: September ___, 2023 | SULLIVAN HILL REZ & ENGEL |
| 19 | | |
| 20 | | By: _____ |
| 21 | | JAMES P. HILL
GARY B. RUDOLPH
KATHLEEN A. CASHMAN-KRAMER
Attorneys for Lantzman Investments, Inc. and LMF2 LP |
| 22 | | |
| 23 | | |
| 24 | Dated: September ___, 2023 | GOE FORSYTHE & HODGES LLP |
| 25 | | |
| 26 | | By: _____
MARC C. FORSYTHE
CHARITY J. MANEE
Attorneys for Official Committee of Unsecured Creditors |
| 27 | | |
| 28 | | |

Dated: September __, 2023

By: _____
DAVID M. GOODRICH
Chief Restructuring Officer for 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession

Dated: September 27, 2023

MCCALLA RAYMER LEIBERT PIERCE, LLP

By: _____
DANE EXNOWSKI
Attorneys for Forethought Life Insurance Company

Dated: September 26, 2023

REID & HELLYER APC

By: _____
DOUGLAS A. PLAZAK
Attorneys for Sajan Bhakta and Ram Bhakta

Dated: September ___, 2023

ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP

By: _____
FANNY WAN
Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust

Dated: September ___, 2023

SULLIVAN HILL REZ & ENGEL

By: _____
JAMES P. HILL
GARY B. RUDOLPH
KATHLEEN A. CASHMAN-KRAMER
Attorneys for Lantzman Investments, Inc. and LMF2 LP

Dated: September ___, 2023

GOE FORSYTHE & HODGES LLP

By: _____
MARC C. FORSYTHE
CHARITY J. MANEE
Attorneys for Official Committee of Unsecured Creditors

| | | |
|---|---|---|
| Dated: September __, 2023 | By: | _____ |
| | | DAVID M. GOODRICH |
| | | Chief Restructuring Officer for 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession |
| Dated: September ___, 2023 | | MCCALLA RAYMER LEIBERT PIERCE, LLP |
| | By: | _____ |
| | | DANE EXNOWSKI |
| | | Attorneys for Forethought Life Insurance Company |
| Dated: September ___, 2023 | | REID & HELLYER APC |
| | By: | _____ |
| | | DOUGLAS A. PLAZAK |
| | | Attorneys for Sajan Bhakta and Ram Bhakta |
| Dated: September 21, 2023 | | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP |
| | By: | /s/ Fanny Wan |
| | | FANNY WAN |
| | | Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust |
| Dated: September ____, 2023 | | SULLIVAN HILL REZ & ENGEL |
| | By: | _____ |
| | | JAMES P. HILL |
| | | GARY B. RUDOLPH |
| | | KATHLEEN A. CASHMAN-KRAMER |
| | | Attorneys for Lantzman Investments, Inc. and LMF2 LP |
| Dated: September ____, 2023 | | GOE FORSYTHE & HODGES LLP |
| | By: | _____ |
| | | MARC C. FORSYTHE |
| | | CHARITY J. MANEE |
| | | Attorneys for Official Committee of Unsecured Creditors |

| | |
|---|---|
| Dated: September __, 2023 | By: _____<br>DAVID M. GOODRICH<br>Chief Restructuring Officer for 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession |
| Dated: September ___, 2023 | MCCALLA RAYMER LEIBERT PIERCE, LLP<br><br>By: _____<br>DANE EXNOWSKI<br>Attorneys for Forethought Life Insurance Company |
| Dated: September ___, 2023 | REID & HELLYER APC<br><br>By: _____<br>DOUGLAS A. PLAZAK<br>Attorneys for Sajan Bhakta and Ram Bhakta |
| Dated: September ___, 2023 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP<br><br>By: _____<br>FANNY WAN<br>Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust |
| Dated: September 26, 2023 | SULLIVAN HILL REZ & ENGEL<br><br>By: /s/ _____<br>JAMES P. HILL<br>GARY B. RUDOLPH<br>KATHLEEN A. CASHMAN-KRAMER<br>Attorneys for Lantzman Investments, Inc. and LMF2 LP |
| Dated: September ____, 2023 | GOE FORSYTHE & HODGES LLP<br><br>By: _____<br>MARC C. FORSYTHE<br>CHARITY J. MANEE<br>Attorneys for Official Committee of Unsecured Creditors |

| | | |
|---|---|---|
| 1 | Dated: September ___, 2023 | By: _____ |
| 2 | | DAVID M. GOODRICH |
| 3 | | Chief Restructuring Officer for 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession |
| 4 | Dated: September ___, 2023 | MCCALLA RAYMER LEIBERT PIERCE, LLP |
| 5 | | |
| 6 | | By: _____ |
| 7 | | DANE EXNOWSKI<br>Attorneys for Forethought Life Insurance Company |
| 8 | Dated: September ___, 2023 | REID & HELLYER APC |
| 9 | | |
| 10 | | By: _____ |
| 11 | | DOUGLAS A. PLAZAK<br>Attorneys for Sajan Bhakta and Ram Bhakta |
| 12 | Dated: September ___, 2023 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP |
| 13 | | |
| 14 | | |
| 15 | | By: _____<br>FANNY WAN |
| 16 | | Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for VRMTG Asset Trust |
| 17 | | |
| 18 | Dated: September ___, 2023 | SULLIVAN HILL REZ & ENGEL |
| 19 | | |
| 20 | | By: _____ |
| 21 | | JAMES P. HILL<br>GARY B. RUDOLPH |
| 22 | | KATHLEEN A. CASHMAN-KRAMER<br>Attorneys for Lantzman |
| 23 | | Investments, Inc. and LMF2 LP |
| 24 | Dated: September 26, 2023 | GOE FORSYTHE & HODGES LLP |
| 25 | | |
| 26 | | By: _____<br>MARC C. FORSYTHE |
| 27 | | CHARITY J. MANEE<br>Attorneys for Official Committee of Unsecured Creditors |
| 28 | | |