Andy C. Warshaw (SBN 263880)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-19
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte   **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT AND TO CONTINUE HEARINGS**<br><br>Continued Status Conference and Hearing on Amended Disclosure Statement:<br>Date:         October 19, 2023<br>Time:        11:00 am<br>Location:   411 W. Fourth St.<br>                  Santa Ana, California<br>Courtroom: 5C/Via ZoomGov |

The Court having reviewed and considered the *Stipulation to Extend Deadline to File Amended Plan and Disclosure Statement and to Continue Hearings* ("Stipulation") filed on September 27, 2023 as Docket #251 and for good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The hearing on the Debtor's amended disclosure statement is continued to November 9, 2023 at 11:00 a.m.

2. The deadline by which the Debtor must file and serve its first amended plan and second amended disclosure statement, and a redline of each, is extended to and including October 12, 2023.

1

3. Any objections to the first amended plan and second amended disclosure statement must be filed and served by no later than October 19, 2023.

4. Replies to any objections must be filed and served by no later than October 26, 2023.

5. The chapter 11 status conference is continued to November 9, 2023 at 11:00 a.m.

6. A status report is due fourteen days in advance of the hearing.

###

Date: September 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge