United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Brandon J Iskander
  on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
  on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Cheryl A Skigin
  on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net

Christopher P. Walker
  on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Christopher P. Walker
  on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Dane W Exnowski
  on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
  on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel J Griffin
  on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com

David M Goodrich
  on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
  on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Douglas A Plazak
  on behalf of Creditor Ram Bhakta dplazak@rhlaw.com

Douglas A Plazak
  on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com

Douglas A Plazak
  on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com

Fanny Zhang Wan
  on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com

Fanny Zhang Wan
  on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com

Gary B Rudolph
  on behalf of Creditor Lantzman Investments Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Gary B Rudolph
  on behalf of Creditor LMF2 LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Jennifer C Wong
  on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
  on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kathleen A Cashman-Kramer
  on behalf of Creditor LMF2 LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Kathleen A Cashman-Kramer
  on behalf of Creditor Lantzman Investments Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Lazaro E Fernandez
  on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

Queenie K Ng
  on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall P Mroczynski
  on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Richard L. Sturdevant

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Richard L. Sturdevant
    on behalf of Defendant 2nd Chance Investment Group  LLC rich@bwlawcenter.com

    on behalf of Debtor 2nd Chance Investment Group  LLC rich@bwlawcenter.com

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Stephan M Brown
    on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown
    on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown
    on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 36

Andy C. Warshaw (SBN 263880)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-19
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT AND TO CONTINUE HEARINGS**<br><br>Continued Status Conference and Hearing on Amended Disclosure Statement:<br>Date:       October 19, 2023<br>Time:      11:00 am<br>Location:  411 W. Fourth St.<br>               Santa Ana, California<br>Courtroom: 5C/Via ZoomGov |

The Court having reviewed and considered the *Stipulation to Extend Deadline to File Amended Plan and Disclosure Statement and to Continue Hearings* ("Stipulation") filed on September 27, 2023 as Docket #251 and for good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The hearing on the Debtor's amended disclosure statement is continued to November 9, 2023 at 11:00 a.m.

2. The deadline by which the Debtor must file and serve its first amended plan and second amended disclosure statement, and a redline of each, is extended to and including October 12, 2023.

1

3.    Any objections to the first amended plan and second amended disclosure statement must be filed and served by no later than October 19, 2023.

4.    Replies to any objections must be filed and served by no later than October 26, 2023.

5.    The chapter 11 status conference is continued to November 9, 2023 at 11:00 a.m.

6.    A status report is due fourteen days in advance of the hearing.

###

Date: September 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2