| In re:<br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:22-bk-12142-SC** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **Debtor's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 3663(m); (4) Authorizing Payment of Undisputed LIens, Real Estate Broker's Commissions, and Other Ordinary Costs of Sale; (5) Waiving Stay Under Rule 6004(h)**   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **10/17/2023**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amanda G. Billyard    abillyard@bwlawcenter.com**
**Stephan M Brown    ECF@thebklawoffice.com,**
**stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com**
**Kathleen A Cashman-Kramer    cashman-kramer@sullivanhill.com, theresam@psdslaw.com**
**Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com**
**Lazaro E Fernandez    lef17@pacbell.net,**
**lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com**
**Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
**David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com**
**Daniel J Griffin    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com**
**Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com**
**Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com**
**Randall P Mroczynski    randym@cookseylaw.com**
**Queenie K Ng    queenie.k.ng@usdoj.gov**
**Douglas A Plazak    dplazak@rhlaw.com**
**Arvind Nath Rawal    arawal@aisinfo.com**
**Gary B Rudolph    rudolph@sullivanhill.com,**
**bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com**
**Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net**
**Richard L. Sturdevant    rich@bwlawcenter.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
**Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com**
**Fanny Zhang Wan    fwan@raslg.com**
**Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com**
**Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com**

**2.  SERVED BY UNITED STATES MAIL**:
On   **10/17/2023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Service via certificate of service.com. See attachments.**

**Hon. Scott C. Clarkson**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Ste 5130**
**Santa Ana, CA 92701**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **-**   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012* **9013-3.1.PROOF.SERVICE**

| In re:<br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **8:22-bk-12142-SC** |
|---|---|

<u>completed</u> no later than 24 hours after the document is filed.

**None.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 17, 2023** | **Richard Sturdevant** | **/s/ Richard Sturdevant** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2nd Chance Investment Group, LLC | CASE NO: 8:22-bk-12142-SC<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/17/2023, I did cause a copy of the following documents, described below,

Debtor's Motion to Sell Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2nd Chance Investment Group, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 10/17/2023, a copy of the following documents, described below,

Debtor's Motion to Sell Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "Notice of Name Change or Address" to be removed or updated via first Class USPS Mail Service.

FIRST CLASS
HON. SCOTT C. CLARKSON
411 WEST FOURTH STREET, STE 5130
SANTA ANA CA 92614

FIRST CLASS
2ND CHANCE INVESTMENT GROUP, LLC
600 W. SANTA ANA BLVD.
PMB 5045
SANTA ANA CA 92701

FIRST CLASS
COBRA 28 NO. 8 LP
SABRAJ S. NIJJAR, PRESIDENT
4900 SANTA ANITA AVE 2A
EL MONTE CA 91731

FIRST CLASS
INTERNAL SERVICES DEPARTMENT
L.A. COUNTY HERO PROGRAM MANAGER
1100 N. EASTERN AVENUE #200
LOS ANGELES CA 90063

FIRST CLASS
COUNTY OF LOS ANGELES
CALIFORNIA FIRST PROGRAM, RENEWABLE FUNDING
1620 E. ROSEVILLE PARKWAY, SUITE 240
ROSEVILLE CA 95661

FIRST CLASS
COUNTY OF LOS ANGELES
CALIFORNIA FIRST PROGRAM RENEWABLE FUNDING LLC
C/O REGISTERED AGENT JACKSON YANG
720 14TH STREET
SACRAMENTO CA 95814

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2nd Chance Investment Group, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 10/17/2023, I did cause a copy of the following documents, described below,

Debtor's Motion to Sell Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 8:22-bk-12142-SC |
|---|---|
| 2nd Chance Investment Group, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 10/17/2023, a copy of the following documents, described below,

Debtor's Motion to Sell Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" are not served via First Class USPS Mail Service.

FIRST CLASS
LOS ANGELES COUNTY TAX COLLECTOR
225 N. HILL ST., RM 122
LOS ANGELES CA 90012

FIRST CLASS
LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54110
LOS ANGELES CA 90054

FIRST CLASS
SELENE FINANCE LP
ATTN: KATIE BREWER, COO
PO BOX 422039
HOUSTON TX 77242

FIRST CLASS
FANNY WAN, ESQ.
AUTHORIZED AGENT FOR SECURED CREDITOR,
ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP
350 10TH AVENUE, SUITE 1000
SAN DIEGO CA 92101

CERTIFIED 70222410000205385238
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
C/O SELENE FINANCE ATTN: KATIE BREWER, COO
3501 OLYMPUS BLVD., SUITE 500
DALLAS TX 75019