| In re:<br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:22-bk-12142-SC** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **Notice of Hearing on Debtor's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 3663(m); (4) Authorizing Payment of Undisputed LIens, Real Estate Broker's Commissions, and Other Ordinary Costs of Sale; (5) Waiving Stay Under Rule 6004(h)**   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **10/17/2023**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amanda G. Billyard**     abillyard@bwlawcenter.com
**Stephan M Brown**     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**     cashman-kramer@sullivanhill.com, theresam@psdslaw.com
**Dane W Exnowski**     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**David M Goodrich**     dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
**Daniel J Griffin**     daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**Brandon J Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Charity J Manee**     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**     randym@cookseylaw.com
**Queenie K Ng**     queenie.k.ng@usdoj.gov
**Douglas A Plazak**     dplazak@rhlaw.com
**Arvind Nath Rawal**     arawal@aisinfo.com
**Gary B Rudolph**     rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
**Cheryl A Skigin**     caskigin@earthlink.net, caskigin@earthlink.net
**Richard L. Sturdevant**     rich@bwlawcenter.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**     fwan@raslg.com
**Andy C Warshaw**     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**:
On   **10/17/2023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Service via certificate of service.com. on attached list of creditors.**

**Hon. Scott C. Clarkson**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Ste 5130**
**Santa Ana, CA 92701**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **-**   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                                                                                           **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER **8:22-bk-12142-SC** |

completed no later than 24 hours after the document is filed.

**None.**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 17, 2023** | **Richard Sturdevant** | **/s/ Richard Sturdevant** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9013-3.1**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:22-bk-12142-SC<br>Central District of California<br>Santa Ana<br>Wed Sep  6 15:21:40 PDT 2023 | 2nd Chance Investment Group, LLC<br>600 W. Santa Ana Blvd.<br>PMB 5045<br>Santa Ana, CA 92701-4558 | ~~Ally Bank, c/o AIS Portfolio Services, LLC~~<br>~~4515 N Santa Fe Ave. Dept. APS~~<br>~~Oklahoma City, OK 73118-7901~~ |
| Bewley Lassleben & Miller LLP<br>13215 E Penn St Ste 510<br>Whittier, CA 90602-1797 | EXP Realty<br>3122 Emery Ln<br>Robbins, IL 60472-2202 | ~~Financial Relief Law Center APC~~<br>~~1200 Main St., Ste C~~<br>~~Irvine, CA 92614-6749~~ |
| ~~Goe Forsythe & Hodges LLP~~<br>~~17701 Cowan~~<br>~~Suite 210~~<br>~~Irvine, CA 92614-6840~~ | ~~Goe Forsythe & Hodges LLP~~<br>~~17701 Cowan Bldg D Ste 210~~<br>~~Irvine, CA 92614-6840~~ | ~~Grobstein Teeple LLP~~<br>~~23832 Rockfield Blvd suite 245~~<br>~~Lake Forest, CA 92630-2884~~ |
| Grobstein Teeple LLP<br>Grobstein Teeple LLP<br>23832 Rockfield Blvd suite 245<br>Lake Forest, CA 92630-2884 | Keller Williams Tacoma<br>8607 Custer Rd SW<br>Lakewood, WA 98499-2566 | Mercedes-Benz Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, Suite 1000<br>Costa Mesa, CA 92626-7664 |
| Official Committee of Unsecured Creditors<br>c/o Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Suite 210<br>Building D<br>Irvine, CA 92614-6840 | U.S. Bank Trust National Association, not in<br>Robertson, Anschutz, Schneid, Crane & Pa<br>350 10th Avenue, suite 1000<br>San Deigo, CA 92101-8705 | Wells Fargo Bank, N.A.<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego CA 92108-3708 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | ASB Ventures LLC<br>5852 Morehouse St<br>Chino CA 91710 | ASB Ventures LLC<br>c/o Schorr Law<br>1901 Avenue of the Stars, Suite 615<br>Los Angeles, CA 90067-6051 |
| Aaron Zistman<br>18518 Dancy St.<br>Rowland Heights, CA 91748-4777 | Abhishek Bhakta<br>31 Wings Loop<br>Lake Havasu City AZ 86403-6780 | Ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 |
| American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Anand Bhakta<br>17409 Caliente Ave<br>Cerritos CA 90703-9010 |
| Bhavesh Bhakta<br>9300 N Sam Houston Pkwy E Apt 11-212<br>Humble TX 77396-5139 | Comcast/Effectv<br>PO Box 415949<br>Boston, MA 02241-5949 | David Guzman<br>14583 McKendree Ave.<br>Chino, CA 91710-6988 |
| Del Toro Loan Servicing, Inc.<br>2300 Boswell Road<br>Suite 215<br>Chula Vista, CA 91914-3559 | Deven Bhakta<br>10103 Olivia Terrace<br>Sun Valley, CA 91352-4250 | FCI<br>8180 E Kaiser Blvd<br>Anaheim, CA 92808-2277 |

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fabian & Kathy Lynn Martinez<br>13352 Marty Lane<br>Garden Grove, CA 92843-2234 | (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 |
| Felipe Gutierrez Jr.<br>13056 sycamore Ave. Apt. B<br>Chino, CA 91710-6725 | ~~Forethought Life Insurance Company~~<br>~~Fay Servicing, LLC~~<br>~~PO Box 814609~~<br>~~Dallas, TX 75381-4609~~ | Franchise Tax Board<br>PIT Bankruptcy MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Gil Hopenstand<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-4701 | Google Adwords<br>c/o Joe Ventura<br>Commercial Collection Corp of NY<br>34 Seymour St<br>Tonawanda, NY 14150-2126 | Gregory Steven<br>37915 Marsala Dr<br>Palmdale, CA 93552-3966 |
| Hiten Ram Bhakta & Sajan Bhakta<br>c/o Schorr Law<br>1901 Avennue of the Stars<br>Suite 615<br>Los Angeles, CA 90067-6051 | Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Jatin Bhakta<br>8365 Lehigh Ave<br>Sun Valley CA 91352-3343 | Jessie and Michelle Acosta<br>13337 Nellie Ave.<br>Chino, CA 91710-7390 | Jesus Acosta And Michelle Acosta<br>13337 Nellie Avenue<br>Chino, CA 91710-7390 |
| Kiwi Capital Group LLC<br>11353 Highdale St. Norwalk, CA 90650<br>Norwalk, CA 90650-5737 | Kiwi Corp<br>Mina Bhakta<br>11353 Highdale Street<br>Norwalk, CA 90650-5737 | ~~LMF2 LP~~<br>~~c/o Gary B Rudolph Esq~~<br>~~c/o Sullivan Hill Rez & Engel APLC~~<br>~~600 B Street 17th Fl~~<br>~~San Diego CA 92101-4501~~ |
| Lamar Advertising<br>449 East Park Center Circle South<br>San Bernardino, CA 92408-2872 | ~~Lantzman Investments Inc~~<br>~~c/o Gary B Rudolph Esq~~<br>~~c/o Sullivan Hill Rez & Engel APLC~~<br>~~600 B Street 17th Fl~~<br>~~San Diego CA 92101-4501~~ | Lowes Business Acct/GECRB<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| ~~Maher Abou Khzam~~<br>~~c/o The Bankruptcy Group, P.C.~~<br>~~2408 Professional Drive~~<br>~~Roseville, CA 95661-7787~~ | Margaret Adams<br>25641 Byron S<br>San Bernardino, CA 92404-6439 | Margaret Adams<br>25641 Byron St.<br>San Bernardino, CA 92404-6439 |
| Merah LLC<br>14583 McKendree Avenue<br>Chino, cA 91710-6988 | Merah, LLC<br>7026 Edinboro Street<br>Chino, CA 91710-6961 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| ~~Mercedes-Benz Financial Services USA LLC~~<br>~~P.O. Box 5209~~<br>~~Carol Stream, IL 60197-5209~~ | Michael Chapman Sr.<br>324 W. 47th Place<br>Los Angeles, CA 90037-3235 | Michael Chapman Sr.<br>328 W. 47th Place<br>Los Angeles, CA 90037-3235 |

| | | |
|---|---|---|
| Midare LLC<br>14583 McKendree Avenue<br>Chino, CA 91710-6988 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>Upland, CA 91784-1054 | Pangea Int'l Receivable Services<br>140 2nd Ave W.<br>Suite D<br>Kalispell, MT 59901-4417 |
| Parin Bhakta<br>1237 Cranbrook Pl<br>Fullerton CA 92833-1406 | Pramira Holdings  LLC<br>2552 Walnut Ave<br>Suite 200<br>Tustin, CA 92780-6983 | Pramira LLC<br>11353 Highdale St<br>Norwalk, CA 90650-5737 |
| Pramira LLC<br>1422 Edinger Ave. Ste 250<br>Tustin, CA 92780-6299 | Precision Realty Fund LLC<br>11353 Highdale St<br>Norwalk, CA 90650-5737 | Precision Realty LLC<br>930 San Pablo Ave.<br>Suite B<br>San Francisco, CA 94141 |
| Rayshon Foster<br>4349 South Victoria<br>Los Angeles, CA 90008-4903 | Ronak Parikh<br>5851 Aloe Vera Ct<br>Chino Hills CA 91709-7986 | Rosendo Quiroz Estorga<br>1004 Peachwood Crt.<br>Raymond, CA 93653 |
| ~~Salvador Jimenez~~<br>~~12822 Clemson Drive~~<br>~~Corona, CA 92880-3369~~ | San Bernardino County<br>Office of the Tax Collector<br>268 West Hospitality Lane, 1st Floor<br>San Bernardino, CA 92415-0900 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Selene Finance<br>PO Box 422039<br>Houston, TX 77242-4239 | Shawn M. Southern<br>1611 151st St<br>San Leandro, CA 94578-1955 | Sima Patel<br>8 Thomton Ave<br>Greenville SC 29609-4675 |
| Small Business Administration<br>10737 Gateway West<br>#300<br>El Paso, TX 79935-4910 | Staples Credit Plan<br>Dept. 51 7892022301<br>Phoenix, AZ 85062 | Steven Kinsbursky<br>431 Terraine Avenue<br>Long Beach, CA 90814-1944 |
| Straten Lending<br>c/o Shorr Law<br>1901 Avenue of the Stars Suite 615<br>Los Angeles, CA 90067-6051 | Straten Lending Group, LLC<br>951 W Main St<br>Mesa AZ 85201-7107 | Stream Kim HIcks Wrage Alfaro<br>3403 Tenth St.<br>Suite 700<br>Riverside, CA 92501-3641 |
| (p)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | Teresa Miller<br>827 Meridian Ave.<br>San Bernardino, CA 92410-1029 | Thamar A. Peterson<br>43933 30th St. E.<br>Lancaster, CA 93535-5872 |
| Thamar Peterson<br>43933 30 St E<br>Lancaster, CA 93535-5872 | ~~U.S. Bank Trust National Association, not in~~<br>~~Selene Finance LP~~<br>~~3501 Olympus Blvd, Suite 500~~<br>~~Dallas, TX 75019-6295~~ | (p)U S  SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 |

| | | |
|---|---|---|
| United States Trustee (SA) | Vishal Bhakta | Wells Fargo Bank, N.A. |
| 411 W Fourth St., Suite 7160 | 3863 E Hermosa Vista Dr | Default Document Processing |
| Santa Ana, CA 92701-4500 | Mesa AZ 85215-1705 | MAC# N9286-01Y |
| | | P.O. Box 1629 |
| | | Minneapolis, MN 55440-1629 |
| | | |
| Zisman Family Trust | Zona AZ LLC | Zona CA, LLC |
| c/o Aaron Zisman | 3863 E Hermosa Vista Dr | 3863 E. Hermosa Drive |
| 18518 Dancy Street | Mesa AZ 85215-1705 | Mesa, AZ 85215-1705 |
| Rowland Heights, CA 91748-4777 | | |
| | | |
| Amanda G. Billyard | Andy C Warshaw | David M Goodrich |
| Financial Relief Law Center | Financial Relief Law Center, APC | Golden Goodrich LLP |
| 1200 Main St. Suite C | 1200 Main Street | 3070 Bristol St |
| Irvine, CA 92614-6749 | Ste #C | Ste 640 |
| | Irvine, CA 92614-6749 | Costa Mesa, CA 92626-3067 |
| | | |
| Douglas A. Plazak | Maher Abou Khzam | Richard L. Sturdevant |
| Reid & Hellyer, APC | c/o NewPoint Law Group, LLP | Financial Relief Law Center |
| 3685 Main Street, Suite 300 | 2408 Professional Dr | 1200 Main St. Ste C |
| P.O. Box 1300 | Roseville, CA 95661-7787 | Irvine, CA 92614-6749 |
| P.O. Box 1300 | | |
| Riverside, CA 92502-1300 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fay Servicing | Mercedes-Benz Financial Services | (d)Mercedes-Benz Financial Services |
| 8001 Woodland Center Blvd. Suite 10 | PO Box 5209 | PO Box 5260 |
| Tampa, FL 33614 | Carol Stream, IL 60197-5209 | Carol Stream, IL 60197-5260 |
| | | |
| Superior Loan Servicing | U.S. Small Business Administration | |
| 7525 Topanga Canyon Blvd | 312 N Spring Street, 5th Fl | |
| Canoga Park, CA 91303 | Los Angeles, CA 90012 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)2nd Chance Investment Group, LLC | (u)44 Realty | (u)Ally Bank |
| 600 W. Santa Ana Blvd. | | |
| PMB 5045 | | |
| Santa Ana, CA 92701-4558 | | |
| | | |
| (u)Coldwell Banker and Citrus Grove Real Esta | (u)Courtesy NEF | (u)DMC Consulting |

(u)Forethought Life Insurance Company

(u)Interested Party

(u)LMF2, LP

(u)Lantzman Investments, Inc.

(u)Remax & Coldwell Banker Northern Californi

(u)U.S. BANK TRUST NATIONAL ASSOCIATION, NOT

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d)Midare, LLC
14583 McKendree Ave.
Chino, CA 91710-6988

(d)Zona AZ, LLC
3863 E. Hermosa Vista Drive
Mesa, AZ 85215-1705

(u)Keller Williams

(u)Ram Bhakta

(u)Sajan Bhakta

(d)Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880-3369

End of Label Matrix
Mailable recipients    101
Bypassed recipients     20
Total                  121

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/17/2023, I did cause a copy of the following documents, described below,

Notice of Hearing on Debtor's Motion to Sell Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 10/17/2023, a copy of the following documents, described below,

Notice of Hearing on Debtor's Motion to Sell Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAILING LIST LEGEND
Parties with names struck through or labeled "Not Served" were not served via a First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | DEBTOR |
|---|---|---|
| HON SCOTT C CLARKSON<br>411 WEST FOURTH STREET STE 5130<br>SANTA ANA CA 92701 | LABEL MATRIX FOR LOCAL NOTICING 09738<br>CASE 8-22-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>SANTA ANA<br>WED SEP 6 15-21-40 PDT 2023 | 2ND CHANCE INVESTMENT GROUP LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA CA 92701-4558 |
| BEWLEY LASSLEBEN MILLER LLP<br>13215 E PENN ST STE 510<br>WHITTIER CA 90602-1797 | EXP REALTY<br>3122 EMERY LN<br>ROBBINS IL 60472-2202 | GROBSTEIN TEEPLE LLP<br>GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST CA 92630-2884 |
| KELLER WILLIAMS TACOMA<br>8607 CUSTER RD SW<br>LAKEWOOD WA 98499-2566 | MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY TOOLEN GAGE DUFFY WOOG<br>535 ANTON BOULEVARD SUITE 1000<br>COSTA MESA CA 92626-7664 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>CO GOE FORSYTHE HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE CA 92614-6840 |
| US BANK TRUST NATIONAL ASSOCIATION NOT IN<br>ROBERTSON ANSCHUTZ SCHNEID CRANE PA<br>350 10TH AVENUE SUITE 1000<br>SAN DEIGO CA 92101-8705 | WELLS FARGO BANK NA<br>CO MCCARTHY HOLTHUS LLP<br>2763 CAMINO DEL RIO SOUTH SUITE 100<br>SAN DIEGO CA 92108-3708 | EXCLUDE<br>SANTA ANA DIVISION<br>411 WEST FOURTH STREET SUITE 2030<br>SANTA ANA CA 92701-4500 |
| ASB VENTURES LLC<br>5852 MOREHOUSE ST<br>CHINO CA 91710 | ASB VENTURES LLC<br>CO SCHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES CA 90067-6051 | AARON ZISTMAN<br>18518 DANCY ST<br>ROWLAND HEIGHTS CA 91748-4777 |
| ABHISHEK BHAKTA<br>31 WINGS LOOP<br>LAKE HAVASU CITY AZ 86403-6780 | ALLY<br>PO BOX 380902<br>MINNEAPOLIS MN 55438-0902 | AMERICAN EXPRESS<br>PO BOX 96001<br>LOS ANGELES CA 90096-8000 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | ANAND BHAKTA<br>17409 CALIENTE AVE<br>CERRITOS CA 90703-9010 | BHAVESH BHAKTA<br>9300 N SAM HOUSTON PKWY E APT 11212<br>HUMBLE TX 77396-5139 |
| COMCASTEFFECTV<br>PO BOX 415949<br>BOSTON MA 02241-5949 | DAVID GUZMAN<br>14583 MCKENDREE AVE<br>CHINO CA 91710-6988 | DEL TORO LOAN SERVICING INC<br>2300 BOSWELL ROAD<br>SUITE 215<br>CHULA VISTA CA 91914-3559 |
| DEVEN BHAKTA<br>10103 OLIVIA TERRACE<br>SUN VALLEY CA 91352-4250 | FCI<br>8180 E KAISER BLVD<br>ANAHEIM CA 92808-2277 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |

USPS FIRST CLASS MAIL SERVICE LIST
Parties with names struck through or labeled Proof of Service were served via a First Class USPS Mail Service.

| | | |
|---|---|---|
| FABIAN KATHY LYNN MARTINEZ<br>13352 MARTY LANE<br>GARDEN GROVE CA 92843-2234 | FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FELIPE GUTIERREZ JR<br>13056 SYCAMORE AVE APT B<br>CHINO CA 91710-6725 |
| FRANCHISE TAX BOARD<br>PIT BANKRUPTCY MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | GIL HOPENSTAND<br>312 N SPRING STREET 5TH FL<br>LOS ANGELES CA 90012-4701 | GOOGLE ADWORDS<br>CO JOE VENTURA<br>COMMERCIAL COLLECTION CORP OF NY<br>34 SEYMOUR ST<br>TONAWANDA NY 14150-2126 |
| GREGORY STEVEN<br>37915 MARSALA DR<br>PALMDALE CA 93552-3966 | HITEN RAM BHAKTA  SAJAN BHAKTA<br>CO SCHORR LAW<br>1901 AVENNUE OF THE STARS<br>SUITE 615<br>LOS ANGELES CA 90067-6051 | HOME DEPOT CREDIT SERVICES<br>PO BOX 9001010<br>LOUISVILLE KY 40290-1010 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JATIN BHAKTA<br>8365 LEHIGH AVE<br>SUN VALLEY CA 91352-3343 | JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE<br>CHINO CA 91710-7390 |
| JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO CA 91710-7390 | KIWI CAPITAL GROUP LLC<br>11353 HIGHDALE ST NORWALK CA 90650<br>NORWALK CA 90650-5737 | KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK CA 90650-5737 |
| LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO CA 92408-2872 | LOWES BUSINESS ACCTGECRB<br>PO BOX 530970<br>ATLANTA GA 30353-0970 | MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO CA 92404-6439 |
| MARGARET ADAMS<br>25641 BYRON ST<br>SAN BERNARDINO CA 92404-6439 | MERAH LLC<br>14583 MCKENDREE AVENUE<br>CHINO CA 91710-6988 | MERAH LLC<br>7026 EDINBORO STREET<br>CHINO CA 91710-6961 |
| MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY 400<br>FORT WORTH TX 76177-3300 | MICHAEL CHAPMAN SR<br>324 W 47TH PLACE<br>LOS ANGELES CA 90037-3235 | MICHAEL CHAPMAN SR<br>328 W 47TH PLACE<br>LOS ANGELES CA 90037-3235 |
| MIDARE LLC<br>14583 MCKENDREE AVENUE<br>CHINO CA 91710-6988 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND CA 91784-1054 | PANGEA INTL RECEIVABLE SERVICES<br>140 2ND AVE W<br>SUITE D<br>KALISPELL MT 59901-4417 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PARIN BHAKTA<br>1237 CRANBROOK PL<br>FULLERTON CA 92833-1406 | PRAMIRA HOLDINGS LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN CA 92780-6983 | PRAMIRA LLC<br>11353 HIGHDALE ST<br>NORWALK CA 90650-5737 |
| PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN CA 92780-6299 | PRECISION REALTY FUND LLC<br>11353 HIGHDALE ST<br>NORWALK CA 90650-5737 | PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO CA 94141 |
| RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES CA 90008-4903 | RONAK PARIKH<br>5851 ALOE VERA CT<br>CHINO HILLS CA 91709-7986 | ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND CA 93653 |
| SAN BERNARDINO COUNTY<br>OFFICE OF THE TAX COLLECTOR<br>268 WEST HOSPITALITY LANE 1ST FLOOR<br>SAN BERNARDINO CA 92415-0900 | SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON TX 77242-4239 |
| SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO CA 94578-1955 | SIMA PATEL<br>8 THOMTON AVE<br>GREENVILLE SC 29609-4675 | SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO TX 79935-4910 |
| STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX AZ 85062 | STEVEN KINSBURSKY<br>431 TERRAINE AVENUE<br>LONG BEACH CA 90814-1944 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES CA 90067-6051 |
| STRATEN LENDING GROUP LLC<br>951 W MAIN ST<br>MESA AZ 85201-7107 | STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE CA 92501-3641 | SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 |
| TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO CA 92410-1029 | THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER CA 93535-5872 | U S SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 |
| UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST SUITE 7160<br>SANTA ANA CA 92701-4500 | VISHAL BHAKTA<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 | ZISMAN FAMILY TRUST<br>CO AARON ZISMAN<br>18518 DANCY STREET<br>ROWLAND HEIGHTS CA 91748-4777 |

USPS FIRST CLASS MAIL SERVICE LIST:
Parties with names struck through or labeled "Email Address Not Provided" were not served via First Class USPS Mail Service.

ZONA AZ LLC  
3863 E HERMOSA VISTA DR  
MESA AZ 85215-1705

ZONA CA LLC  
3863 E HERMOSA DRIVE  
MESA AZ 85215-1705

MAHER ABOU KHZAM  
CO NEWPOINT LAW GROUP LLP  
2408 PROFESSIONAL DR  
ROSEVILLE CA 95661-7787

COURT'S LIST OF ECF (ELECTRONIC) SERVICE RECIPIENTS:

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker, P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LIST OF NEF (ELECTRONIC) SERVICE RECIPIENTS:

| | | |
|---|---|---|
| Jennifer C Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South<br>Suite 100<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com | Lazaro E Fernandez<br>3600 Lime St<br>Ste 326<br>Riverside, CA 92501<br><br>lef17@pacbell.net | Dane W Exnowski<br>McCalla Raymer Leibert Pierce, LLP<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br><br>dane.exnowski@mccalla.com |

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Sajan Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor)
Ram Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com