1 | Andy C. Warshaw, State Bar No. 263880
Rich Sturdevant SBN 269088
2 | **FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
3 | Irvine, CA 92614
Direct Phone: (714) 442-3319
4 | Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
5
Attorneys for Debtor and Debtor in Possession
6
7
8 | **UNITED STATES BANKRUPTCY COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| 10  In re | Case No. 8:22-bk-12142-SC |
| 11  2nd CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| 12          Debtor and Debtor-in-Possession. | **DEBTOR'S MOTION FOR ORDER:**<br>**(1)   AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**<br>**(2)   APPROVING OVERBID PROCEDURES;**<br>**(3)   APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m);**<br>**(4)   AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS, AND OTHER ORDINARY COSTS OF SALE;**<br>**(5)   WAIVING STAY UNDER RULE 6004(h);**<br>**MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF DAVID M. GOODRICH, WILLIAM FRIEDMAN, TODD TISDELL, AND SABRAJ S. NIJJAR IN SUPPORT**<br><br>**[37472 Yorkshire Drive, Palmdale, CA 93550; APN:  3019-047-055]**<br><br>**Remote Hearing:**<br>**DATE:        November 8, 2023**<br>**TIME:         1:30 p.m.**<br>**PLACE:      Courtroom 5C/Via ZoomGov**<br>                   **411 West Fourth Street**<br>                   **Santa Ana, California 92701** |

MOTION

| | |
|---|---|
| In re:<br>**2nd Chance Investment Group, LLC**<br>                                                        Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:22-bk-12142-SC** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **Debtor's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. Section 3663(m); (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions, and Other Ordinary Costs of Sale; (5) Waiving Stay Under Rule 6004(h)**   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2.  SERVED BY UNITED STATES MAIL**:
On  **10/18/2023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Service via certificate of service.com.**

**Schorr Law, APC**
**Zachary D. Schorr, Esq.**
**Paul W. Sande, Esq.**
**1901 Avenue of the Stars, Suite 615**
**Los Angeles, CA 90067**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **-** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**None.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 18, 2023** | **Richard Sturdevant** | /s/ Richard Sturdevant |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June  2012                                                                                                                                                          **9013-3.1.PROOF.SERVICE**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 22-12142 |
|---|---|
| 2nd Chance Investment Group, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 10/18/2023, I did cause a copy of the following documents, described below,

Debtor's Motion to Sell Real Property 37472 Yorkshire Dr. Palmdale, CA

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/18/2023

/s/ Richard Sturdevant
Richard Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 22-12142 |
|---|---|
| 2nd Chance Investment Group, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**  Chapter: 11 |

On 10/18/2023, a copy of the following documents, described below,

Debtor's Motion to Sell Real Property 37472 Yorkshire Dr. Palmdale, CA

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/18/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

FIRST CLASS
SCHORR LAW, APC
ZACHARY D. SCHORR, ESQ.; PAUL W. SANDE, ESQ.
1901 AVENUE OF THE STARS, SUITE 615
LOS ANGELES CA 90067

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker, P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LIST OF NEF (ELECTRONICALLY SERVICE) RECIPIENTS:

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Case 8:22-bk-12142-SC    Doc 278    Filed 10/18/23    Entered 10/18/23 19:16:37    Desc
Main Document    Page 8 of 9

COURT'S LIST OF NEF (ELECTRONICALLY SERVICE) RECIPIENTS:

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

COURT'S LIST OF PARTIES (ELECTRONIC SERVICE) RECIPIENTS:

| | | |
|---|---|---|
| (Interested Party)<br>represented by:<br>Stephan M Brown<br>The Bankruptcy Group, P.C.<br>2408 Professional Drive<br>Roseville, CA 95661<br><br>ECF@thebklawoffice.com | (Creditor)<br>Sajan Bhakta<br>represented by:<br>Douglas A Plazak<br>POB 1300<br>Riverside, CA 92502<br><br>dplazak@rhlaw.com | (Creditor)<br>Ram Bhakta<br>represented by:<br>Douglas A Plazak<br>POB 1300<br>Riverside, CA 92502<br><br>dplazak@rhlaw.com |

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com