Andy C. Warshaw, Esq. (State Bar No. 263880)
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: 714-442-3319
FACSIMILE: 714-361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

> **FILED & ENTERED**
>
> NOV 13 2023
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY** mccall **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>Debtor and Debtor in Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT**<br><br>**Disclosure Statement Hearing**:<br>Date:  November 9, 2023<br>Time:  11:00 am<br>Place:  United States Bankruptcy Court<br>411 West Fourth Street<br>Courtroom 5C - Virtual<br>Santa Ana, CA 92701-4593 |

On November 9, 2023, at 11:00 a.m., 3200 2nd Chance Investment Group, LLC ("Debtor")'s Disclosure Statement Describing First Amended Chapter 11 Liquidating Plan, filed October 12, 2023 [Docket No. 269] ("Disclosure Statement") came on for hearing before the Honorable Scott Clarkson.  All appearances were as noted on the record.  Upon the record of the hearing and the Court having considered the Disclosure Statement and findings recited on the record, and all other pleadings and proceedings in this case, including the Disclosure Statement and all papers filed in support thereof, after proper notice was provided; and after due

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT** - 1

deliberation and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Disclosure Statement with the amendments requested by the United States Trustee and the Official Committee of Unsecured Creditors, as provided for in the Debtor's status report filed as ECF No. 287, is hereby approved as containing "adequate information".

2. The hearing regarding confirmation of Debtor's First Amended Chapter 11 Liquidating Plan ("Plan") shall be held on February 8, 2024, at 11:00 a.m. in Courtroom 5C of the Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701.

3. Debtor shall serve the Disclosure Statement, Plan, Ballot, and a copy of this Order to all creditors and parties in interest no later than November 15, 2023.

4. The deadline for creditors to return to Debtor's counsel ballots containing written acceptances or rejections of the Plan is December 21, 2023, to be counted.  Ballots may be transmitted by: (i) United States mail; (ii) facsimile transmission; (iii) or electronic mail (addressed to awarshaw@bwlawcenter.com.

5. The deadline for Debtor to file and serve a brief in support of confirmation of the Plan, including a declaration setting forth a tally of the ballots cast with respect to the Plan is January 11, 2024.

6. The deadline for creditors to file objections to confirmation of the Plan is January 25, 2024.

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT** - 2

7. The deadline for Debtor to file a Reply in support of confirmation of the Plan is February 1, 2024.

### ###

Date: November 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT** - 3