UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 11/14/2023, I did cause a copy of the following documents, described below,

1. First Amended Chapter 11 Liquidating Plan as Modified;

2) Disclosure Statement Describing First Amended Chapter 11 Liquidating Plan;

3. Order Approving Debtor's Disclosure Statement

Ballot

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2023

/s/ Andy C. Warshaw
Andy C. Warshaw  263880

Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614
714 442 3319
awarshaw@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE: <br><br> 2ND CHANCE INVESTMENT GROUP, LLC | CASE NO: 8:22-bk-12142-SC <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 |

On 11/14/2023, a copy of the following documents, described below,

1. First Amended Chapter 11 Liquidating Plan as Modified;

2) Disclosure Statement Describing First Amended Chapter 11 Liquidating Plan;

3. Order Approving Debtor's Disclosure Statement

Ballot

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andy C. Warshaw
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA  92614

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.
```

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 822-BK-12142-SC<br>CENTRAL DISTRICT OF CALIFORNIA<br>TUE NOV 14 11-10-43 PST 2023 | 2ND CHANCE INVESTMENT GROUP  LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA  CA 92701-4558 | (D)2ND CHANCE INVESTMENT GROUP  LLC<br>600 W SANTA ANA BLVD<br>PMB 5045<br>SANTA ANA  CA 92701-4558 |
| EXCLUDE<br>(U)44 REALTY | EXCLUDE<br>(U)ALLY BANK | ALLY BANK  CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| BEWLEY LASSLEBEN  MILLER LLP<br>13215 E PENN ST STE 510<br>WHITTIER  CA 90602-1797 | EXCLUDE<br>(U)COLDWELL BANKER AND CITRUS GROVE REAL ESTATE | EXCLUDE<br>(U)COURTESY NEF |
| EXCLUDE<br>(U)DMC CONSULTING | EXP REALTY<br>3122 EMERY LN<br>ROBBINS  IL 60472-2202 | EXCLUDE<br>FINANCIAL RELIEF LAW CENTER APC<br>1200 MAIN ST  STE C<br>IRVINE  CA 92614-6749 |
| EXCLUDE<br>(U)FORETHOUGHT LIFE INSURANCE COMPANY | GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>IRVINE  CA 92614-6840 | GOE FORSYTHE  HODGES LLP<br>17701 COWAN BLDG D STE 210<br>IRVINE  CA 92614-6840 |
| GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST  CA 92630-2884 | GROBSTEIN TEEPLE LLP<br>GROBSTEIN TEEPLE LLP<br>23832 ROCKFIELD BLVD SUITE 245<br>LAKE FOREST  CA 92630-2884 | EXCLUDE<br>(U)INTERESTED PARTY |
| KELLER WILLIAMS TACOMA<br>8607 CUSTER RD SW<br>LAKEWOOD  WA 98499-2566 | EXCLUDE<br>(U)LMF2  LP | EXCLUDE<br>(U)LANTZMAN INVESTMENTS  INC |
| MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>CO RANDALL P MROCZYNSKI<br>COOKSEY  TOOLEN  GAGE  DUFFY  WOOG<br>535 ANTON BOULEVARD  SUITE 1000<br>COSTA MESA  CA 92626-7664 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>CO GOE FORSYTHE  HODGES LLP<br>17701 COWAN<br>SUITE 210<br>BUILDING D<br>IRVINE  CA 92614-6840 | EXCLUDE<br>(U)REMAX  COLDWELL BANKER NORTHERN CALIFORNIA |
| EXCLUDE<br>(U)US BANK TRUST NATIONAL ASSOCIATION NOT IN | US BANK TRUST NATIONAL ASSOCIATION  NOT IN<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA<br>350 10TH AVENUE  SUITE 1000<br>SAN DEIGO  CA 92101-8705 | WELLS FARGO BANK  NA<br>CO MCCARTHY  HOLTHUS  LLP<br>2763 CAMINO DEL RIO SOUTH  SUITE 100<br>SAN DIEGO CA 92108-3708 |

USPS FIRST CLASS MAIL LABEL LEGEND
Parties with names struck through or labels marked "EXCLUDE" were not served via First Class USPS Mail Service.

EXCLUDE
~~SANTA ANA DIVISION~~
~~411 WEST FOURTH STREET SUITE 2030~~
~~SANTA ANA CA 92701-4500~~

ASB VENTURES LLC
5852 MOREHOUSE ST
CHINO CA 91710

ASB VENTURES LLC
CO SCHORR LAW
1901 AVENUE OF THE STARS SUITE 615
LOS ANGELES CA 90067-6051

AARON ZISTMAN
18518 DANCY ST
ROWLAND HEIGHTS CA 91748-4777

ABHISHEK BHAKTA
31 WINGS LOOP
LAKE HAVASU CITY AZ 86403-6780

ALLY
PO BOX 380902
MINNEAPOLIS MN 55438-0902

EXCLUDE
~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~
~~LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ANAND BHAKTA
17409 CALIENTE AVE
CERRITOS CA 90703-9010

BHAVESH BHAKTA
9300 N SAM HOUSTON PKWY E APT 11212
HUMBLE TX 77396-5139

COMCASTEFFECTV
PO BOX 415949
BOSTON MA 02241-5949

DAVID GUZMAN
14583 MCKENDREE AVE
CHINO CA 91710-6988

DEL TORO LOAN SERVICING INC
2300 BOSWELL ROAD
SUITE 215
CHULA VISTA CA 91914-3559

DEVEN BHAKTA
10103 OLIVIA TERRACE
SUN VALLEY CA 91352-4250

FCI
8180 E KAISER BLVD
ANAHEIM CA 92808-2277

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FABIAN KATHY LYNN MARTINEZ
13352 MARTY LANE
GARDEN GROVE CA 92843-2234

(P)FAY SERVICING LLC
P O BOX 814609
DALLAS TX 75381-4609

FELIPE GUTIERREZ JR
13056 SYCAMORE AVE APT B
CHINO CA 91710-6725

FORETHOUGHT LIFE INSURANCE COMPANY
FAY SERVICING LLC
PO BOX 814609
DALLAS TX 75381-4609

FRANCHISE TAX BOARD
PIT BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GIL HOPENSTAND
312 N SPRING STREET 5TH FL
LOS ANGELES CA 90012-4701

GOOGLE ADWORDS
CO JOE VENTURA
COMMERCIAL COLLECTION CORP OF NY
34 SEYMOUR ST
TONAWANDA NY 14150-2126

GREGORY STEVEN
37915 MARSALA DR
PALMDALE CA 93552-3966

HITEN RAM BHAKTA SAJAN BHAKTA
CO SCHORR LAW
1901 AVENNUE OF THE STARS
SUITE 615
LOS ANGELES CA 90067-6051

HOME DEPOT CREDIT SERVICES
PO BOX 9001010
LOUISVILLE KY 40290-1010

Case 8:22-bk-12142-SC    Doc 296-2    Filed 11/14/23    Entered 11/14/23 11:56:08    Desc
Certificate of Service    Page 5 of 11

USPS FIRST CLASS MAIL TO 113 ENTITIES
Parties with names struck through or labeled "EXCLUDE" are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | EXCLUDE<br>(D)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | JATIN BHAKTA<br>8365 LEHIGH AVE<br>SUN VALLEY CA 91352-3343 |
| JESSIE AND MICHELLE ACOSTA<br>13337 NELLIE AVE<br>CHINO  CA 91710-7390 | JESUS ACOSTA AND MICHELLE ACOSTA<br>13337 NELLIE AVENUE<br>CHINO  CA 91710-7390 | KIWI CAPITAL GROUP LLC<br>11353 HIGHDALE ST NORWALK  CA 90650<br>NORWALK  CA 90650-5737 |
| KIWI CORP<br>MINA BHAKTA<br>11353 HIGHDALE STREET<br>NORWALK  CA 90650-5737 | LMF2 LP<br>CO GARY B RUDOLPH ESQ<br>CO SULLIVAN HILL REZ  ENGEL APLC<br>600 B STREET 17TH FL<br>SAN DIEGO CA 92101-4501 | LAMAR ADVERTISING<br>449 EAST PARK CENTER CIRCLE SOUTH<br>SAN BERNARDINO  CA 92408-2872 |
| LANTZMAN INVESTMENTS INC<br>CO GARY B RUDOLPH ESQ<br>CO SULLIVAN HILL REZ  ENGEL APLC<br>600 B STREET 17TH FL<br>SAN DIEGO CA 92101-4501 | LOWES BUSINESS ACCTGECRB<br>PO BOX 530970<br>ATLANTA  GA 30353-0970 | MAHER ABOU KHZAM<br>CO THE BANKRUPTCY GROUP  PC<br>2408 PROFESSIONAL DRIVE<br>ROSEVILLE  CA 95661-7787 |
| MARGARET ADAMS<br>25641 BYRON S<br>SAN BERNARDINO  CA 92404-6439 | MARGARET ADAMS<br>25641 BYRON ST<br>SAN BERNARDINO  CA 92404-6439 | MERAH LLC<br>14583 MCKENDREE AVENUE<br>CHINO  CA 91710-6988 |
| MERAH  LLC<br>7026 EDINBORO STREET<br>CHINO  CA 91710-6961 | (P)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY 400<br>FORT WORTH TX 76177-3300 | EXCLUDE<br>(D)(P)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY 400<br>FORT WORTH TX 76177-3300 |
| MERCEDESBENZ FINANCIAL SERVICES USA LLC<br>PO BOX 5209<br>CAROL STREAM  IL 60197-5209 | MICHAEL CHAPMAN SR<br>324 W 47TH PLACE<br>LOS ANGELES  CA 90037-3235 | MICHAEL CHAPMAN SR<br>328 W 47TH PLACE<br>LOS ANGELES  CA 90037-3235 |
| MIDARE LLC<br>14583 MCKENDREE AVENUE<br>CHINO  CA 91710-6988 | EXCLUDE<br>(D)MIDARE  LLC<br>14583 MCKENDREE AVE<br>CHINO  CA 91710-6988 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>UPLAND  CA 91784-1054 |
| PANGEA INTL RECEIVABLE SERVICES<br>140 2ND AVE W<br>SUITE D<br>KALISPELL  MT 59901-4417 | PARIN BHAKTA<br>1237 CRANBROOK PL<br>FULLERTON CA 92833-1406 | PRAMIRA HOLDINGS  LLC<br>2552 WALNUT AVE<br>SUITE 200<br>TUSTIN  CA 92780-6983 |

Case 8:22-bk-12142-SC   Doc 296-2   Filed 11/14/23   Entered 11/14/23 11:56:08   Desc
Certificate of Service   Page 6 of 11

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "EXCLUDE" are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PRAMIRA LLC<br>11353 HIGHDALE ST<br>NORWALK   CA 90650-5737 | PRAMIRA LLC<br>1422 EDINGER AVE STE 250<br>TUSTIN   CA 92780-6299 | PRECISION REALTY FUND LLC<br>11353 HIGHDALE ST<br>NORWALK   CA 90650-5737 |
| PRECISION REALTY LLC<br>930 SAN PABLO AVE<br>SUITE B<br>SAN FRANCISCO   CA 94141 | RAYSHON FOSTER<br>4349 SOUTH VICTORIA<br>LOS ANGELES   CA 90008-4903 | RONAK PARIKH<br>5851 ALOE VERA CT<br>CHINO HILLS CA 91709-7986 |
| ROSENDO QUIROZ ESTORGA<br>1004 PEACHWOOD CRT<br>RAYMOND   CA 93653 | SALVADOR JIMENEZ<br>12822 CLEMSON DRIVE<br>CORONA   CA 92880-3369 | SAN BERNARDINO COUNTY<br>OFFICE OF THE TAX COLLECTOR<br>268 WEST HOSPITALITY LANE  1ST FLOOR<br>SAN BERNARDINO   CA 92415-0900 |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY   UT 84165-0250 | SELENE FINANCE<br>PO BOX 422039<br>HOUSTON   TX 77242-4239 | SHAWN M SOUTHERN<br>1611 151ST ST<br>SAN LEANDRO   CA 94578-1955 |
| SIMA PATEL<br>8 THOMTON AVE<br>GREENVILLE SC 29609-4675 | SMALL BUSINESS ADMINISTRATION<br>10737 GATEWAY WEST<br>300<br>EL PASO   TX 79935-4910 | STAPLES CREDIT PLAN<br>DEPT 51 7892022301<br>PHOENIX   AZ 85062 |
| STEVEN KINSBURSKY<br>431 TERRAINE AVENUE<br>LONG BEACH   CA 90814-1944 | STRATEN LENDING<br>CO SHORR LAW<br>1901 AVENUE OF THE STARS SUITE 615<br>LOS ANGELES   CA 90067-6051 | STRATEN LENDING GROUP  LLC<br>951 W MAIN ST<br>MESA AZ 85201-7107 |
| STREAM KIM HICKS WRAGE ALFARO<br>3403 TENTH ST<br>SUITE 700<br>RIVERSIDE   CA 92501-3641 | (P)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | TERESA MILLER<br>827 MERIDIAN AVE<br>SAN BERNARDINO   CA 92410-1029 |
| THAMAR A PETERSON<br>43933 30TH ST E<br>LANCASTER   CA 93535-5872 | THAMAR PETERSON<br>43933 30 ST E<br>LANCASTER   CA 93535-5872 | US BANK TRUST NATIONAL ASSOCIATION  NC<br>IN<br>SELENE FINANCE LP<br>3501 OLYMPUS BLVD  SUITE 500<br>DALLAS   TX 75019-6295 |
| (P)U S   SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 | EXCLUDE<br>~~UNITED STATES TRUSTEE (SA)~~<br>~~411 W FOURTH ST  SUITE 7160~~<br>~~SANTA ANA   CA 92701-4500~~ | VISHAL BHAKTA<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WELLS FARGO BANK NA<br>DEFAULT DOCUMENT PROCESSING<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS MN 55440-1629 | ZISMAN FAMILY TRUST<br>CO AARON ZISMAN<br>18518 DANCY STREET<br>ROWLAND HEIGHTS CA 91748-4777 | ZONA AZ LLC<br>3863 E HERMOSA VISTA DR<br>MESA AZ 85215-1705 |
| ~~EXCLUDE~~<br>~~(D)ZONA AZ LLC~~<br>~~3863 E HERMOSA VISTA DRIVE~~<br>~~MESA AZ 85215-1705~~ | ZONA CA LLC<br>3863 E HERMOSA DRIVE<br>MESA AZ 85215-1705 | AMANDA G BILLYARD<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST SUITE C<br>IRVINE CA 92614-6749 |
| ~~EXCLUDE~~<br>~~ANDY C WARSHAW~~<br>~~FINANCIAL RELIEF LAW CENTER APC~~<br>~~1200 MAIN STREET~~<br>~~STE C~~<br>~~IRVINE CA 92614-6749~~ | DAVID M GOODRICH<br>GOLDEN GOODRICH LLP<br>3070 BRISTOL ST<br>STE 640<br>COSTA MESA CA 92626-3067 | DOUGLAS A PLAZAK<br>REID HELLYER APC<br>3685 MAIN STREET SUITE 300<br>PO BOX 1300<br>PO BOX 1300<br>RIVERSIDE CA 92502-1300 |
| ~~EXCLUDE~~<br>~~(U)KELLER WILLIAMS~~ | MAHER ABOU KHZAM<br>CO NEWPOINT LAW GROUP LLP<br>2408 PROFESSIONAL DR<br>ROSEVILLE CA 95661-7787 | ~~EXCLUDE~~<br>~~(U)RAM BHAKTA~~ |
| RICHARD L STURDEVANT<br>FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST STE C<br>IRVINE CA 92614-6749 | ~~EXCLUDE~~<br>~~(U)SAJAN BHAKTA~~ | ~~EXCLUDE~~<br>~~(D)SALVADOR JIMENEZ~~<br>~~12822 CLEMSON DRIVE~~<br>~~CORONA CA 92880-3369~~ |

COURT'S LIST OF ELECTRONIC SERVICE RECIPIENTS:

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

COURT'S LIST OF (ELECTRONIC) SERVICE RECIPIENTS:

| | | |
|---|---|---|
| Keller Williams Tacoma<br>8607 Custer Rd SW<br>Lakewood, WA 98499<br>(Broker) | (Creditor)<br>Salvador Jimenez<br>12822 Clemson Drive<br>Corona, CA 92880<br>represented by:<br>Christopher P. Walker<br>Law Office of Christopher P. Walker, P.C<br>505 S Villa Real Dr Ste 103<br>Anaheim Hills, CA 92807<br><br>cwalker@cpwalkerlaw.com | (Interested Party)<br>Interested Party<br>represented by:<br>David M Goodrich<br>Golden Goodrich LLP<br>3070 Bristol St<br>Ste 640<br>Costa Mesa, CA 92626<br><br>dgoodrich@go2.law |
| (Financial Advisor)<br>Grobstein Teeple LLP<br>23832 Rockfield Blvd suite 245<br>Lake Forest, CA 92630 | (Accountant)<br>Grobstein Teeple LLP<br>Grobstein Teeple LLP<br>23832 Rockfield Blvd suite 245<br>Lake Forest, CA 92630<br><br>jteeple@gtllp.com | Charity J Manee<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Suite 210<br>Irvine, CA 92614<br><br>cmanee@goeforlaw.com |
| Brandon J Iskander<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Suite 210<br>Irvine, CA 92614<br><br>biskander@goeforlaw.com | (Interested Party)<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Suite 210<br>Irvine, CA 92614<br>represented by:<br>Robert P Goe<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Suite 210<br>Irvine, CA 92614<br><br>kmurphy@goeforlaw.com | Goe Forsythe & Hodges LLP<br>17701 Cowan Bldg D Ste 210<br>Irvine, CA 92614<br>(Attorney) |
| (Creditor)<br>Forethought Life Insurance Company<br>represented by:<br>Dane W Exnowski<br>McCalla Raymer Leibert Pierce, LLP<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br><br>dane.exnowski@mccalla.com | Financial Relief Law Center APC<br>1200 Main St., Ste C<br>Irvine, CA 92614<br>(Attorney) | EXP Realty<br>3122 Emery Ln<br>Robbins, IL 60472<br>(Broker) |

COURT'S LISTING OF (ELECTRONIC) SERVICE RECIPIENTS:

| | | |
|---|---|---|
| Jennifer C Wong<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio South<br>Suite 100<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com | Lazaro E Fernandez<br>3600 Lime St<br>Ste 326<br>Riverside, CA 92501<br><br>lef17@pacbell.net | Dane W Exnowski<br>McCalla Raymer Leibert Pierce, LLP<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802<br><br>dane.exnowski@mccalla.com |

COURT'S LIST OF ECF (ELECTRONIC) SERVICE RECIPIENTS:

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Sajan Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor)
Ram Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com