Robert P. Goe – State Bar No. 137019
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
cmanee@goeforlaw.com
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Official Committee of
Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br>　　　　Debtor and Debtor-in-<br>　　　　possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11 Proceeding<br><br>**<u>AMENDED</u> NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Date:　　　December 6, 2023<br>Time:　　　1:30 pm<br>Courtroom: 5C<br>　　　　United States Bankruptcy Court<br>　　　　411 West Fourth Street<br>　　　　Santa Ana, CA 92701-4593<br>　　　　(Via Zoom) |

/ / /

/ / /

/ / /

1

**PLEASE TAKE NOTICE** the correct amount of fees and expenses incurred by Goe Forsythe & Hodges LLP, Counsel for the Official Committee of Unsecured Creditors are:

|  | **Amount of Fees and Expenses** |
|---|---:|
| **GOE FORSYTHE & HODGES LLP**<br>Counsel for the Official Committee of Unsecured Creditors<br>Fees:<br>Costs:<br>**TOTAL:** | <br><br><br>$153,165.00<br>$1,945.70<br>**$155,110.70** |

**IF YOU DO NOT OPPOSE THE APPLICATIONS, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OBJECT TO THE RELIEF REQUESTED BY THE APPLICATIONS, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, YOU MUST SERVE AND FILE A WRITTEN OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT AND SERVE SUCH WRITTEN OBJECTION UPON THE APPLICANT TO WHOSE APPLICATION THE OBJECTION IS BEING FILED, AT THE ADDRESS SET FORTH BELOW, AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 411 WEST FOURTH STREET, SUITE 7160, SANTA ANA, CA 92701. OBJECTIONS MUST BE SERVED AND FILED NO LATER THAN FOURTEEN (14) DAYS PRIOR TO THE DATE SET FOR HEARING AS INDICATED ABOVE. YOU MUST FILE YOUR OPPOSING PAPERS AND PROOF OF SERVICE THEREOF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.  ANY FAILURE TO TIMELY FILE AND SERVE ANY SUCH OBJECTIONS MAY RESULT IN ANY SUCH OBJECTIONS BEING WAIVED. FOR FURTHER INFORMATION, SEE LOCAL BANKRUPTCY RULE 9013-1.**

DATED:  November 15, 2023                    Respectfully submitted by,

                                                                    **GOE FORSYTHE & HODGES LLP**


                                                    By:/s/Robert P. Goe_____
                                                        Robert P. Goe
                                                        Attorneys for the Official Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 15, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 15, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 15, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, 411 W. Fourth Street, Suite 5130; Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2023 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 8:22-bk-12142-SC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Amanda G. Billyard** abillyard@bwlawcenter.com
- **Stephan M Brown** ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer** cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski** dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez** lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe** kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich** dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Daniel J Griffin** daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander** biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee** cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski** randym@cookseylaw.com
- **Queenie K Ng** queenie.k.ng@usdoj.gov
- **Douglas A Plazak** dplazak@rhlaw.com
- **Arvind Nath Rawal** arawal@aisinfo.com
- **Matthew D. Resnik** Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Gary B Rudolph** rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- **Cheryl A Skigin** caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant** rich@bwlawcenter.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker** cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan** fwan@raslg.com
- **Andy C Warshaw** awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**Manual Notice:**

In re 2nd Chance Investment Group, LLC
USBC Case No. 8:22-bk-12142-SC

**Debtor's Counsel**
Amanda Billyard, Esq.
Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614-6749

**Debtor**
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701-4558

**United States Trustee**
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

**CREDITORS**

| | | |
|---|---|---|
| Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Wells Fargo Bank, N.A.<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego CA 92108-3708 | ASB Ventures LLC<br>c/o Schorr Law<br>1901 Avenue of the Stars, Suite 615<br>Los Angeles, CA 90067-6051 |
| Aaron Zistman<br>18518 Dancy St.<br>Rowland Heights, CA 91748-4777 | Ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | Ally Bank c/o AIS Portfolio Services LLC 4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Comcast/Effectv<br>PO Box 415949<br>Boston, MA 02241-5949 |
| David Guzman<br>14583 McKendree Ave.<br>Chino, CA 91710-6988 | Del Toro Loan Servicing, Inc.<br>2300 Boswell Road, Suite 215<br>Chula Vista, CA 91914-3559 | FCI<br>8180 E Kaiser Blvd<br>Anaheim, CA 92808-2277 |
| Franchise Tax Board Bankruptcy Section Ms A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Fabian & Kathy Lynn Martinez<br>13352 Marty Lane<br>Garden Grove, CA 92843-2234 | FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 |
| Felipe Gutierrez Jr.<br>13056 sycamore Ave. Apt. B<br>Chino, CA 91710-6725 | Franchise Tax Board<br>PIT Bankruptcy MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gil Hopenstand<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-4701 |
| Gregory Steven<br>37915 Marsala Dr<br>Palmdale, CA 93552-3966 | Hiten Ram Bhakta & Sajan Bhakta<br>c/o Schorr Law<br>1901 Avenue of the Stars, Suite 615<br>Los Angeles, CA 90067-6051 | Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 |
| Internal Revenue Service Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessie and Michelle Acosta<br>13337 Nellie Ave.<br>Chino, CA 91710-7390 | Jesus Acosta And Michelle Acosta<br>13337 Nellie Avenue<br>Chino, CA 91710-7390 |

| | | |
|---|---|---|
| Kiwi Corp<br>Mina Bhakta<br>11353 Highdale Street<br>Norwalk, CA 90650-5737 | Lamar Advertising<br>449 East Park Center Circle South<br>San Bernardino, CA 92408-2872 | Lowes Business Acct/GECRB<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| Margaret Adams<br>25641 Byron S<br>San Bernardino, CA 92404-6439 | Margaret Adams<br>25641 Byron St.<br>San Bernardino, CA 92404-6439 | Merah, LLC<br>7026 Edinboro Street<br>Chino, CA 91710-6961 |
| Mercedes Benz Financial Services<br>13650 Heritage Parkway<br>Fort Worth TX 76177-5323 | Michael Chapman Sr.<br>324 W. 47th Place<br>Los Angeles, CA 90037-3235 | Michael Chapman Sr.<br>328 W. 47th Place<br>Los Angeles, CA 90037-3235 |
| Midare, LLC<br>14583 McKendree Ave.<br>Chino, CA 91710-6988 | Omar Houari<br>2425 San Antonio Crescent West<br>Upland, CA 91784-1054 | Pangea Int'l Receivable Services<br>140 2nd Ave W., Suite D<br>Kalispell, MT 59901-4417 |
| Pramira Holdings LLC<br>2552 Walnut Ave, Suite 200<br>Tustin, CA 92780-6983 | Pramira LLC<br>1422 Edinger Ave. Ste 250<br>Tustin, CA 92780-6299 | Precision Realty LLC<br>930 San Pablo Ave., Suite B<br>San Francisco, CA 94141 |
| Rayshon Foster<br>4349 South Victoria<br>Los Angeles, CA 90008-4903 | Rosendo Quiroz Estorga<br>1004 Peachwood Crt.<br>Raymond, CA 93653 | Salvador Jimenez<br>12822 Clemson Drive<br>Corona, CA 92880-3369 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Selene Finance<br>PO Box 422039<br>Houston, TX 77242-4239 | Shawn M. Southern<br>1611 151st St<br>San Leandro, CA 94578-1955 |
| Small Business Administration<br>10737 Gateway West #300<br>El Paso, TX 79935-4910 | Staples Credit Plan<br>Dept. 51 7892022301<br>Phoenix, AZ 85062 | Straten Lending<br>c/o Shorr Law<br>1901 Avenue of the Stars Suite 6<br>Los Angeles, CA 90067-6051 |
| Stream Kim Hicks Wrage Alfaro<br>3403 Tenth St.|Suite 700<br>Riverside, CA 92501-3641 | Superior Loan Servicing<br>Attn Asset Default Management<br>7525 Topanga Canyon Blvd<br>Canoga Park CA 91303-1214 | Teresa Miller<br>827 Meridian Ave.<br>San Bernardino, CA 92410-1029 |

| | | |
|---|---|---|
| Thamar A. Peterson<br>43933 30th St. E<br>Lancaster, CA 93535-5872 | Thamar Peterson<br>43933 30 St E<br>Lancaster, CA 93535-5872 | U.S. Small Business Administration<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-2678 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 | Zona AZ, LLC<br>3863 E. Hermosa Vista Drive<br>Mesa, AZ 85215-1705 | Zona CA, LLC<br>3863 E. Hermosa Drive<br>Mesa, AZ 85215-1705 |
| Amanda G. Billyard<br>Financial Relief Law Center<br>1200 Main St. Suite C<br>Irvine, CA 92614-6749 | Andy C Warshaw<br>Financial Relief Law Center, APC<br>1200 Main Street<br>Ste #C|Irvine, CA 92614-6749 | David M Goodrich<br>Golden Goodrich<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626 |
| Douglas A. Plazak<br>Reid & Hellyer, APC<br>3685 Main Street, Suite 300<br>P.O. Box 1300<br>Riverside, CA 92502-1300 | **Request for Special Notice**<br>Lantzman Investments, Inc.<br>c/o Sullivan Hill Rez & Engel, APLC<br>600 B Street, Suite 1700<br>San Diego, CA 92101 | **Request for Special Notice**<br>LMF2, LP<br>c/o Sullivan Hill Rez & Engel, APLC<br>600 B Street, Suite 1700<br>San Diego, CA 92101 |