United States Bankruptcy Court
Central District of California

In re:  Case No. 22-12142-SC
2nd Chance Investment Group, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 3
Date Rcvd: Nov 14, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Amanda G. Billyard
    on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com

Andy C Warshaw
    on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

Andy C Warshaw
    on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com

Arvind Nath Rawal
    on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com

Case 8:22-bk-12142-SC    Doc 306    Filed 11/15/23    Entered 11/15/23 21:30:23    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Brandon J Iskander
    on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com  kmurphy@goeforlaw.com

Cheryl A Skigin
    on behalf of Creditor Ally Bank caskigin@earthlink.net  caskigin@earthlink.net

Christopher P. Walker
    on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Christopher P. Walker
    on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com  lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Dane W Exnowski
    on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel J Griffin
    on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com

David M Goodrich
    on behalf of Debtor 2nd Chance Investment Group  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Douglas A Plazak
    on behalf of Creditor Ram Bhakta dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com

Fanny Zhang Wan
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com

Fanny Zhang Wan
    on behalf of Interested Party U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com

Gary B Rudolph
    on behalf of Creditor Lantzman Investments  Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Gary B Rudolph
    on behalf of Creditor LMF2  LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kathleen A Cashman-Kramer
    on behalf of Creditor LMF2  LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Kathleen A Cashman-Kramer
    on behalf of Creditor Lantzman Investments  Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Lazaro E Fernandez
    on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

Matthew D. Resnik

| | |
|---|---|
| | on behalf of Defendant Sonja Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Advance Real Estate & Construction Solutions Corporation Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com |
| Richard L. Sturdevant | on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Richard L. Sturdevant | on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Robert P Goe | on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Stephan M Brown | on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 43

Andy C. Warshaw, Esq. (State Bar No. 263880)
Financial Relief Law Center, APC
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: 714-442-3319
FACSIMILE: 714-361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

**FILED & ENTERED**

**NOV 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>Debtor and Debtor in Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT**<br><br>**Disclosure Statement Hearing:**<br>Date: November 9, 2023<br>Time: 11:00 am<br>Place: United States Bankruptcy Court<br>411 West Fourth Street<br>Courtroom 5C - Virtual<br>Santa Ana, CA 92701-4593 |

On November 9, 2023, at 11:00 a.m., 3200 2nd Chance Investment Group, LLC ("Debtor")'s Disclosure Statement Describing First Amended Chapter 11 Liquidating Plan, filed October 12, 2023 [Docket No. 269] ("Disclosure Statement") came on for hearing before the Honorable Scott Clarkson. All appearances were as noted on the record. Upon the record of the hearing and the Court having considered the Disclosure Statement and findings recited on the record, and all other pleadings and proceedings in this case, including the Disclosure Statement and all papers filed in support thereof, after proper notice was provided; and after due

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT** - 1

deliberation and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Disclosure Statement with the amendments requested by the United States Trustee and the Official Committee of Unsecured Creditors, as provided for in the Debtor's status report filed as ECF No. 287, is hereby approved as containing "adequate information".

2. The hearing regarding confirmation of Debtor's First Amended Chapter 11 Liquidating Plan ("Plan") shall be held on February 8, 2024, at 11:00 a.m. in Courtroom 5C of the Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701.

3. Debtor shall serve the Disclosure Statement, Plan, Ballot, and a copy of this Order to all creditors and parties in interest no later than November 15, 2023.

4. The deadline for creditors to return to Debtor's counsel ballots containing written acceptances or rejections of the Plan is December 21, 2023, to be counted.  Ballots may be transmitted by: (i) United States mail; (ii) facsimile transmission; (iii) or electronic mail (addressed to awarshaw@bwlawcenter.com.

5. The deadline for Debtor to file and serve a brief in support of confirmation of the Plan, including a declaration setting forth a tally of the ballots cast with respect to the Plan is January 11, 2024.

6. The deadline for creditors to file objections to confirmation of the Plan is January 25, 2024.

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT** - 2

7. The deadline for Debtor to file a Reply in support of confirmation of the Plan is February 1, 2024.

###

Date: November 13, 2023

Scott C. Clarkson
United States Bankruptcy Judge

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT** - 3