Robert P. Goe – State Bar No. 137019
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
cmanee@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Official Committee of
Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor and Debtor-in-possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11 Proceeding<br><br>**DECLARATION SAJAN BHAKTA IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Date:         December 6, 2023<br>Time:        1:30 pm<br>Courtroom: 5C<br>              United States Bankruptcy Court<br>              411 West Fourth Street<br>              Santa Ana, CA 92701-4593<br>              (Via Zoom) |

I, Sajan Bhakta, declare and state as follows:

1.  I am the Chairman of the Official Committee of Unsecured Creditors for the estate of 2ND Chance Investment Group, LLC ("Debtor").  The matters stated hereinafter are within my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

1

2.     This declaration is filed in support of the First Interim Application for Compensation and Reimbursement of Expenses of Goe Forsythe & Hodges LLP, Counsel for the Official Committee of Unsecured Creditors, filed November 15, 2023, as Docket No. 301(the "Application"). Additionally, this declaration is made to comply with the Guide to Applications for Professional Compensation II(A)(11) of the Office of the United States Trustee.

3.     I have reviewed the billing statements of the Firm and have no objections to the fees and costs sought therein. I believe that the fees and costs for which the Firm has applied have been of high quality and, as set forth in detail in the Declaration of Robert P. Goe filed in support of the Application, have benefited the creditors of the estate.

4.     Based upon the foregoing, I respectfully submit that good cause exists for this Court to award to the Firm the fees and costs for which it has applied pursuant to the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __20th__ day of November 2023, at __11:00 AM PST__, California.

_____
Sajan Bhakta, Chairman
Official Committee of Unsecured Creditors

2

Scanned with CamScanner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION SAJAN BHAKTA IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 20, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 20, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, 411 W. Fourth Street, Suite 5130; Santa Ana, CA  92701-4593

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 20, 2023 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 8:22-bk-12142-SC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Amanda G. Billyard**   abillyard@bwlawcenter.com
- **Stephan M Brown**   ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer**   cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**   lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**   dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Daniel J Griffin**   daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Charity J Manee**   cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Queenie K Ng**   queenie.k.ng@usdoj.gov
- **Douglas A Plazak**   dplazak@rhlaw.com
- **Arvind Nath Rawal**   arawal@aisinfo.com
- **Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Gary B Rudolph**   rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**   caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**   rich@bwlawcenter.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**   cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**   fwan@raslg.com
- **Andy C Warshaw**   awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com