Andy C. Warshaw (SBN 263880)
Rich Sturdevant (SBN 269088)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-bk-12142-SC |
| 2nd CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **SUPPLEMENTAL DECLARATION OF ANDY WARSHAW IN SUPPORT OF FINANCIAL RELIEF LAW CENTER, APC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 FEES AND REIMBURSEMENT OF CHAPTER 11 EXPENSES OF COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD OF DECEMBER 21, 2022 THROUGH OCTOBER 31, 2023** |
| | **Hearing:** |
| | Date:       December 6, 2023 |
| | Time:       1:30 p.m. |
| | Courtroom: 5C/Via ZoomGov |
| | Place:       411 W. Fourth St. |
| | Santa Ana, California 92701 |

1    SUPPLEMENTAL DECLARATION

Case 8:22-bk-12142-SC    Doc 318    Filed 11/22/23    Entered 11/22/23 08:33:36    Desc
Main Document    Page 2 of 3

I, Andy Warshaw, declare:

1. I am a partner in the law firm Financial Relief Law Center, APC ("Firm"), attorneys of record for 2nd Chance Investment Group, LLC, the debtor and debtor-in-possession ("Debtor") in the above-captioned case. The following is within my personal knowledge, and if called upon as a witness, I could and would testify competently with respect thereto. I am submitting this declaration in support of the *First Interim Application for Allowance and Payment of Chapter 11 Fees and Reimbursement of Chapter 11 Expenses of Counsel for the Debtor and Debtor-in-Possession, for the Period of December 21, 2022 through October 31, 2023* [ECF No. 304, "Application"].

2. On November 15, 2023, the Firm filed the Application which requests allowance of $143,467.50 in interim fees and $8,033.04 in interim expenses incurred from December 21, 2022 through October 31, 2023, and payment of the allowed fees and expenses when funds become available in the Estate.

3. Pursuant to an agreement with the Office of the United States Trustee, the Firm voluntarily agrees to a reduction in fees of $14,346.75, from $143,467.50 to $129,120.75. Therefore, the Firm is requesting allowance and payment of $129,120.75 in interim fees and $8,033.04 in interim expenses.

4. Anticipated recoveries from the sale of real property are as follows:

    a. On September 6, 2023, the Debtor filed a motion to sell the real property located at 8607 Custer Road SW, Lakewood, Washington 98499, which was approved by order entered October 4, 2023. The Estate has not yet received the net sale proceeds.

    b. On October 17, 2023, the Debtor filed a motion to sell the real property located at 37472 Yorkshire Drive, Palmdale, California 93550 ("Yorkshire Property"). At the hearing held on November 8, 2023, there was overbidding, and the sale was approved at $390,000.00, an increase of $65,000.00 over the original purchase price of $325,000.00. On November 20, 2023, the Court entered an order approving the sale of the Yorkshire Property. According to the estimated settlement statement prepared by A&A Escrow, the Debtor has received the buyer's deposit for $19,750.00 (which amount is not included in the

Debtor's monthly operating report for October 2023). In addition, the settlement statement indicates that the estimated net sale proceeds to the Estate will be $85,771.61. However, because escrow has not yet received a payoff demand from Selene Finance, the amount may vary.

    c.    On November 14, 2023, the Debtor filed a motion to sell the real property located at 1016 Portal Avenue, Bakersfield, California 93308, for a purchase price of $236,000.00, subject to overbid and Court approval. Hearing on the motion is set for December 6, 2023. If the sale is approved, the Estate may receive estimated net proceeds of approximately $59,000.00.

    d.    The Debtor has accepted an offer of $250,000.00 for the real property located at 3025 Glenview Avenue, San Bernardino, California 92407, subject to overbid and Court approval, and anticipates filing a sale motion on November 22, 2023, with a requested hearing date of December 13, 2023. If the sale is approved, the Estate may receive estimated net proceeds of approximately $20,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November 2023, at Irvine, California.

*Andy C. Warshaw*
ANDY WARSHAW