| In re:<br><br>**2nd Chance Investment Group, LLC**<br><br>Debtor(s). | CHAPTER: **11**<br><br>CASE NUMBER: **8:22-bk-12142-SC** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **1) Notice of Hearing on Debtor's Motion for Order:**
**(1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. Sections 363(b) and**
**(f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith**
**Purchaser; (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions, and Other Ordinary Costs of**
**Sale; (5) Waiving Stay Under Rule 6004(h)2**   will be served or was served (a) on the judge in chambers in the form and manner
required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/22/23**   , I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

**Amanda G. Billyard**    abillyard@bwlawcenter.com
**Stephan M Brown**    ECF@thebklawoffice.com,
stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**    cashman-kramer@sullivanhill.com, theresam@psdslaw.com
**Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**    lef17@pacbell.net,
lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**David M Goodrich**    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
**Daniel J Griffin**    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**    randym@cookseylaw.com
**Queenie K Ng**    queenie.k.ng@usdoj.gov
**Douglas A Plazak**    dplazak@rhlaw.com
**Arvind Nath Rawal**    arawal@aisinfo.com
**Gary B Rudolph**    rudolph@sullivanhill.com,
bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
**Cheryl A Skigin**    caskigin@earthlink.net, caskigin@earthlink.net
**Richard L. Sturdevant**    rich@bwlawcenter.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**    fwan@raslg.com
**Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:
On **11/22/2023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

**Service via certificate of service.com. See Attached list of creditors.**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    **-**   , I served the following persons and/or entities
by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

**None.**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | | CASE NUMBER **8:22-bk-12142-SC** |
| | Debtor(s). | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 22, 2023 | Richard Sturdevant | /s/ Richard Sturdevant |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        **F 9013-3.1**

Label Matrix for local noticing
0973-8
Case 8:22-bk-12142-SC
Central District of California
Santa Ana
Wed Sep  6 15:21:40 PDT 2023

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701-4558

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

EXP Realty
3122 Emery Ln
Robbins, IL 60472-2202

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614-6749

Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614-6840

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614-6840

Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630-2884

Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630-2884

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499-2566

Mercedes-Benz Financial Services USA LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Official Committee of Unsecured Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614-6840

U.S. Bank Trust National Association, not in
Robertson, Anschutz, Schneid, Crane & Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101-8705

Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108-3708

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

ASB Ventures LLC
5852 Morehouse St
Chino CA 91710

ASB Ventures LLC
c/o Schorr Law
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067-6051

Aaron Zistman
18518 Dancy St.
Rowland Heights, CA 91748-4777

Abhishek Bhakta
31 Wings Loop
Lake Havasu City AZ 86403-6780

Ally
PO Box 380902
Minneapolis, MN 55438-0902

American Express
PO Box 96001
Los Angeles, CA 90096-8000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Anand Bhakta
17409 Caliente Ave
Cerritos CA 90703-9010

Bhavesh Bhakta
9300 N Sam Houston Pkwy E Apt 11-212
Humble TX 77396-5139

Comcast/Effectv
PO Box 415949
Boston, MA 02241-5949

David Guzman
14583 McKendree Ave.
Chino, CA 91710-6988

Del Toro Loan Servicing, Inc.
2300 Boswell Road
Suite 215
Chula Vista, CA 91914-3559

Deven Bhakta
10103 Olivia Terrace
Sun Valley, CA 91352-4250

FCI
8180 E Kaiser Blvd
Anaheim, CA 92808-2277

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Fabian & Kathe Lynn Martinez
13352 Marty Lane
Garden Grove, CA 92843-2234

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

Felipe Gutierrez Jr.
13056 sycamore Ave. Apt. B
Chino, CA 91710-6725

~~Forethought Life Insurance Company~~
~~Fay Servicing, LLC~~
~~PO Box 814609~~
~~Dallas, TX 75381-4609~~

Franchise Tax Board
PIT Bankruptcy MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Gil Hopenstand
312 N Spring Street, 5th Fl
Los Angeles, CA 90012-4701

Google Adwords
c/o Joe Ventura
Commercial Collection Corp of NY
34 Seymour St
Tonawanda, NY 14150-2126

Gregory Steven
37915 Marsala Dr
Palmdale, CA 93552-3966

Hiten Ram Bhakta & Sajan Bhakta
c/o Schorr Law
1901 Avennue of the Stars
Suite 615
Los Angeles, CA 90067-6051

Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Jatin Bhakta
8365 Lehigh Ave
Sun Valley CA 91352-3343

Jessie and Michelle Acosta
13337 Nellie Ave.
Chino, CA 91710-7390

Jesus Acosta And Michelle Acosta
13337 Nellie Avenue
Chino, CA 91710-7390

Kiwi Capital Group LLC
11353 Highdale St. Norwalk, CA 90650
Norwalk, CA 90650-5737

Kiwi Corp
Mina Bhakta
11353 Highdale Street
Norwalk, CA 90650-5737

~~LMF2 LP~~
~~c/o Gary B Rudolph Esq~~
~~c/o Sullivan Hill Rez & Engel APLC~~
~~600 B Street 17th Fl~~
~~San Diego CA 92101-4501~~

Lamar Advertising
449 East Park Center Circle South
San Bernardino, CA 92408-2872

~~Lantzman Investments Inc~~
~~c/o Gary B Rudolph Esq~~
~~c/o Sullivan Hill Rez & Engel APLC~~
~~600 B Street 17th Fl~~
~~San Diego CA 92101-4501~~

Lowes Business Acct/GECRB
PO Box 530970
Atlanta, GA 30353-0970

~~Maher Abou Khzam~~
~~c/o The Bankruptcy Group, P.C.~~
~~2408 Professional Drive~~
~~Roseville, CA 95661-7787~~

Margaret Adams
25641 Byron S
San Bernardino, CA 92404-6439

Margaret Adams
25641 Byron St.
San Bernardino, CA 92404-6439

Merah LLC
14583 McKendree Avenue
Chino, cA 91710-6988

Merah, LLC
7026 Edinboro Street
Chino, CA 91710-6961

(p)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY #400
FORT WORTH TX 76177-3300

~~Mercedes-Benz Financial Services USA LLC~~
~~P.O. Box 5209~~
~~Carol Stream, IL 60197-5209~~

Michael Chapman Sr.
324 W. 47th Place
Los Angeles, CA 90037-3235

Michael Chapman Sr.
328 W. 47th Place
Los Angeles, CA 90037-3235

Midare LLC
14583 McKendree Avenue
Chino, CA 91710-6988

OMAR HOBART
2425 SAN ANTONIO CRESCENT WEST
Upland, CA 91784-1054

Pangea Int'l Receivable Services
140 2nd Ave W.
Suite D
Kalispell, MT 59901-4417

Parin Bhakta
1237 Cranbrook Pl
Fullerton CA 92833-1406

Pramira Holdings  LLC
2552 Walnut Ave
Suite 200
Tustin, CA 92780-6983

Pramira LLC
11353 Highdale St
Norwalk, CA 90650-5737

Pramira LLC
1422 Edinger Ave. Ste 250
Tustin, CA 92780-6299

Precision Realty Fund LLC
11353 Highdale St
Norwalk, CA 90650-5737

Precision Realty LLC
930 San Pablo Ave.
Suite B
San Francisco, CA 94141

Rayshon Foster
4349 South Victoria
Los Angeles, CA 90008-4903

Ronak Parikh
5851 Aloe Vera Ct
Chino Hills CA 91709-7986

Rosendo Quiroz Estorga
1004 Peachwood Crt.
Raymond, CA 93653

Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880-3369

San Bernardino County
Office of the Tax Collector
268 West Hospitality Lane, 1st Floor
San Bernardino, CA 92415-0900

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Selene Finance
PO Box 422039
Houston, TX 77242-4239

Shawn M. Southern
1611 151st St
San Leandro, CA 94578-1955

Sima Patel
8 Thomton Ave
Greenville SC 29609-4675

Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935-4910

Staples Credit Plan
Dept. 51 7892022301
Phoenix, AZ 85062

Steven Kinsbursky
431 Terraine Avenue
Long Beach, CA 90814-1944

Straten Lending
c/o Shorr Law
1901 Avenue of the Stars Suite 615
Los Angeles, CA 90067-6051

Straten Lending Group, LLC
951 W Main St
Mesa AZ 85201-7107

Stream Kim HIcks Wrage Alfaro
3403 Tenth St.
Suite 700
Riverside, CA 92501-3641

(p)SUPERIOR LOAN SERVICING
ATTN ASSET DEFAULT MANAGEMENT
7525 TOPANGA CANYON BLVD
CANOGA PARK CA 91303-1214

Teresa Miller
827 Meridian Ave.
San Bernardino, CA 92410-1029

Thamar A. Peterson
43933 30th St. E.
Lancaster, CA 93535-5872

Thamar Peterson
43933 30 St E
Lancaster, CA 93535-5872

U.S. Bank Trust National Association, not in
Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019-6295

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-2678

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vishal Bhatia
3863 E Hermosa Vista Dr
Mesa AZ 85215-1705

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Zisman Family Trust
c/o Aaron Zisman
18518 Dancy Street
Rowland Heights, CA 91748-4777

Zona AZ LLC
3863 E Hermosa Vista Dr
Mesa AZ 85215-1705

Zona CA, LLC
3863 E. Hermosa Drive
Mesa, AZ 85215-1705

Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614-6749

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614-6749

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626-3067

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300

Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661-7787

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614-6749

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fay Servicing
8001 Woodland Center Blvd. Suite 10
Tampa, FL 33614

Mercedes-Benz Financial Services
PO Box 5209
Carol Stream, IL 60197-5209

(d)Mercedes-Benz Financial Services
PO Box 5260
Carol Stream, IL 60197-5260

Superior Loan Servicing
7525 Topanga Canyon Blvd
Canoga Park, CA 91303

U.S. Small Business Administration
312 N Spring Street, 5th Fl
Los Angeles, CA 90012

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701-4558

(u)44 Realty

(u)Ally Bank

(u)Coldwell Banker and Citrus Grove Real Esta

(u)Courtesy NEF

(u)DMC Consulting

(u)Forethought Life Insurance Company

(u)Interested Party

(u)LMF2, LP

(u)Lantzman Investments, Inc.

(u)Remax & Coldwell Banker Northern Californi

(u)U.S. BANK TRUST NATIONAL ASSOCIATION, NOT

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

(d)Midare, LLC
14583 McKendree Ave.
Chino, CA 91710-6988

(d)Zona AZ, LLC
3863 E. Hermosa Vista Drive
Mesa, AZ 85215-1705

(u)Keller Williams

(u)Ram Bhakta

(u)Sajan Bhakta

(d)Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880-3369

End of Label Matrix
Mailable recipients   101
Bypassed recipients    20
Total                 121

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
**Debtor**

Cobra 28 No. 8 LP
Sabraj S. Nijjar, President
4900 Santa Anita Ave 2A
El Monte, CA 91731-1490

MZ Brokerage Inc.
Michael Garcia
4900 Santa Anita Ave #2C
El Monte, CA 91731

Schorr Law, APC
Zachary D. Schorr, Esq.
Paul W. Sande, Esq.
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067
**Attorneys for Hiten Ram Bhakta, et al.**

Fay Servicing
8001 Woodland Center Blvd., Suite 10
Tampa, FL 33614

Fay Servicing
P.O. Box 111209
Nashville, TN 37222

Fay Servicing, LLC
Attn: Customer Service Department
c/o Registered Agent Solutions, Inc.
3000 Professional Drive, Suite A
Springfield, IL 62703

Dane Exnowski, Esq.
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
**Attorneys for Forethought Life Insurance Company**

Loan Funder, LLC
645 Madison Avenue, Floor 19
New York, NY 10022

San Bernardino County Treasurer-
Tax Collector
268 West Hospitality Lane, First Floor
San Bernardino, CA 92415-0360

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

2nd Chance Investment Group LLC

CASE NO: 22-12142

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 11/22/2023, I did cause a copy of the following documents, described below,

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/22/2023

/s/ Richard L Sturdevant
Richard L Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

2nd Chance Investment Group LLC

CASE NO: 22-12142

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/22/2023, a copy of the following documents, described below,

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/22/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard L Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled Undeliverable were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09738
CASE 8-22-BK-12142-SC
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA
WED SEP  6 15-21-40 PDT 2023

2ND CHANCE INVESTMENT GROUP LLC
600 W SANTA ANA BLVD
PMB 5045
SANTA ANA CA 92701-4558

BEWLEY LASSLEBEN  MILLER LLP
13215 E PENN ST STE 510
WHITTIER CA 90602-1797

EXP REALTY
3122 EMERY LN
ROBBINS IL 60472-2202

GROBSTEIN TEEPLE LLP
GROBSTEIN TEEPLE LLP
23832 ROCKFIELD BLVD SUITE 245
LAKE FOREST CA 92630-2884

KELLER WILLIAMS TACOMA
8607 CUSTER RD SW
LAKEWOOD WA 98499-2566

MERCEDESBENZ FINANCIAL SERVICES USA LLC
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD SUITE 1000
COSTA MESA CA 92626-7664

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
CO GOE FORSYTHE  HODGES LLP
17701 COWAN
SUITE 210
BUILDING D
IRVINE CA 92614-6840

US BANK TRUST NATIONAL ASSOCIATION NOT
IN
ROBERTSON ANSCHUTZ SCHNEID CRANE  PA
350 10TH AVENUE SUITE 1000
SAN DEIGO CA 92101-8705

WELLS FARGO BANK NA
CO MCCARTHY  HOLTHUS LLP
2763 CAMINO DEL RIO SOUTH SUITE 100
SAN DIEGO CA 92108-3708

~~EXCLUDE~~
~~SANTA ANA DIVISION~~
~~411 WEST FOURTH STREET SUITE 2030~~
~~SANTA ANA CA 92701-4500~~

ASB VENTURES LLC
5852 MOREHOUSE ST
CHINO CA 91710

ASB VENTURES LLC
CO SCHORR LAW
1901 AVENUE OF THE STARS SUITE 615
LOS ANGELES CA 90067-6051

AARON ZISTMAN
18518 DANCY ST
ROWLAND HEIGHTS CA 91748-4777

ABHISHEK BHAKTA
31 WINGS LOOP
LAKE HAVASU CITY AZ 86403-6780

ALLY
PO BOX 380902
MINNEAPOLIS MN 55438-0902

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

ANAND BHAKTA
17409 CALIENTE AVE
CERRITOS CA 90703-9010

BHAVESH BHAKTA
9300 N SAM HOUSTON PKWY E APT 11212
HUMBLE TX 77396-5139

COMCASTEFFECTV
PO BOX 415949
BOSTON MA 02241-5949

DAVID GUZMAN
14583 MCKENDREE AVE
CHINO CA 91710-6988

DEL TORO LOAN SERVICING INC
2300 BOSWELL ROAD
SUITE 215
CHULA VISTA CA 91914-3559

DEVEN BHAKTA
10103 OLIVIA TERRACE
SUN VALLEY CA 91352-4250

FCI
8180 E KAISER BLVD
ANAHEIM CA 92808-2277

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FABIAN  KATHY LYNN MARTINEZ
13352 MARTY LANE
GARDEN GROVE CA 92843-2234

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

(P)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

FELIPE GUTIERREZ JR
13056 SYCAMORE AVE APT B
CHINO CA 91710-6725

FRANCHISE TAX BOARD
PIT BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GIL HOPENSTAND
312 N SPRING STREET 5TH FL
LOS ANGELES CA 90012-4701

GOOGLE ADWORDS
CO JOE VENTURA
COMMERCIAL COLLECTION CORP OF NY
34 SEYMOUR ST
TONAWANDA NY 14150-2126

GREGORY STEVEN
37915 MARSALA DR
PALMDALE CA 93552-3966

HITEN RAM BHAKTA  SAJAN BHAKTA
CO SCHORR LAW
1901 AVENNUE OF THE STARS
SUITE 615
LOS ANGELES CA 90067-6051

HOME DEPOT CREDIT SERVICES
PO BOX 9001010
LOUISVILLE KY 40290-1010

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JATIN BHAKTA
8365 LEHIGH AVE
SUN VALLEY CA 91352-3343

JESSIE AND MICHELLE ACOSTA
13337 NELLIE AVE
CHINO CA 91710-7390

JESUS ACOSTA AND MICHELLE ACOSTA
13337 NELLIE AVENUE
CHINO CA 91710-7390

KIWI CAPITAL GROUP LLC
11353 HIGHDALE ST NORWALK CA 90650
NORWALK CA 90650-5737

KIWI CORP
MINA BHAKTA
11353 HIGHDALE STREET
NORWALK CA 90650-5737

LAMAR ADVERTISING
449 EAST PARK CENTER CIRCLE SOUTH
SAN BERNARDINO CA 92408-2872

LOWES BUSINESS ACCTGECRB
PO BOX 530970
ATLANTA GA 30353-0970

MARGARET ADAMS
25641 BYRON S
SAN BERNARDINO CA 92404-6439

MARGARET ADAMS
25641 BYRON ST
SAN BERNARDINO CA 92404-6439

MERAH LLC
14583 MCKENDREE AVENUE
CHINO CA 91710-6988

MERAH LLC
7026 EDINBORO STREET
CHINO CA 91710-6961

(P)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY 400
FORT WORTH TX 76177-3300

MICHAEL CHAPMAN SR
324 W 47TH PLACE
LOS ANGELES CA 90037-3235

MICHAEL CHAPMAN SR
328 W 47TH PLACE
LOS ANGELES CA 90037-3235

MIDARE LLC
14583 MCKENDREE AVENUE
CHINO CA 91710-6988

OMAR HOUARI
2425 SAN ANTONIO CRESCENT WEST
UPLAND CA 91784-1054

PANGEA INTL RECEIVABLE SERVICES
140 2ND AVE W
SUITE D
KALISPELL MT 59901-4417

PARIN BHAKTA
1237 CRANBROOK PL
FULLERTON CA 92833-1406

USPS FIRST CLASS MAIL. Personal and confidential. Parties with names struck through or labeled Null or Void were bypassed because the mailing was returned undeliverable or duplicative or was served by a First Class USPS Mail Service.

PRAMIRA HOLDINGS  LLC
2552 WALNUT AVE
SUITE 200
TUSTIN CA 92780-6983

PRAMIRA LLC
11353 HIGHDALE ST
NORWALK CA 90650-5737

PRAMIRA LLC
1422 EDINGER AVE STE 250
TUSTIN CA 92780-6299

PRECISION REALTY FUND LLC
11353 HIGHDALE ST
NORWALK CA 90650-5737

PRECISION REALTY LLC
930 SAN PABLO AVE
SUITE B
SAN FRANCISCO CA 94141

RAYSHON FOSTER
4349 SOUTH VICTORIA
LOS ANGELES CA 90008-4903

RONAK PARIKH
5851 ALOE VERA CT
CHINO HILLS CA 91709-7986

ROSENDO QUIROZ ESTORGA
1004 PEACHWOOD CRT
RAYMOND CA 93653

SAN BERNARDINO COUNTY
OFFICE OF THE TAX COLLECTOR
268 WEST HOSPITALITY LANE 1ST FLOOR
SAN BERNARDINO CA 92415-0900

SELECT PORTFOLIO SERVICING
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SELENE FINANCE
PO BOX 422039
HOUSTON TX 77242-4239

SHAWN M SOUTHERN
1611 151ST ST
SAN LEANDRO CA 94578-1955

SIMA PATEL
8 THOMTON AVE
GREENVILLE SC 29609-4675

SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST
300
EL PASO TX 79935-4910

STAPLES CREDIT PLAN
DEPT 51 7892022301
PHOENIX AZ 85062

STEVEN KINSBURSKY
431 TERRAINE AVENUE
LONG BEACH CA 90814-1944

STRATEN LENDING
CO SHORR LAW
1901 AVENUE OF THE STARS SUITE 615
LOS ANGELES CA 90067-6051

STRATEN LENDING GROUP LLC
951 W MAIN ST
MESA AZ 85201-7107

STREAM KIM HICKS WRAGE ALFARO
3403 TENTH ST
SUITE 700
RIVERSIDE CA 92501-3641

(P)SUPERIOR LOAN SERVICING
ATTN ASSET DEFAULT MANAGEMENT
7525 TOPANGA CANYON BLVD
CANOGA PARK CA 91303-1214

TERESA MILLER
827 MERIDIAN AVE
SAN BERNARDINO CA 92410-1029

THAMAR A PETERSON
43933 30TH ST E
LANCASTER CA 93535-5872

THAMAR PETERSON
43933 30 ST E
LANCASTER CA 93535-5872

(P)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-2678

VISHAL BHAKTA
3863 E HERMOSA VISTA DR
MESA AZ 85215-1705

ZISMAN FAMILY TRUST
CO AARON ZISMAN
18518 DANCY STREET
ROWLAND HEIGHTS CA 91748-4777

ZONA AZ LLC
3863 E HERMOSA VISTA DR
MESA AZ 85215-1705

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled Proof of Service were not served via a First Class USPS Mail Service.

ZONA CA LLC
3863 E HERMOSA DRIVE
MESA AZ 85215-1705

MAHER ABOU KHZAM
CO NEWPOINT LAW GROUP LLP
2408 PROFESSIONAL DR
ROSEVILLE CA 95661-7787

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Diego, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

COURT'S LBM-SE-MAIL-FOR-12142-SC-NOTICE-PROOF-ACCOUNTS:

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker,
P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J. Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LBR 9013-1(D)(2) SERVICE RECIPIENTS:

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Sajan Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor)
Ram Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 22-12142 |
| 2nd Chance Investment Group LLC | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/22/2023, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/22/2023

/s/ Richard L Sturdevant
Richard L Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:

2nd Chance Investment Group LLC

CASE NO: 22-12142

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/22/2023, a copy of the following documents, described below,

Notice of Hearing and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/22/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard L Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAIL CONTINUED

Parties with names struck through or labeled CM/ECF Service were not served via a First Class USPS Mail Service.

2ND CHANCE INVESTMENT GROUP, LLC
600 W. SANTA ANA BLVD. PMB 5045
SANTA ANA, CA 92701

DEBTOR COBRA 28 NO. 8 LP SABRAJ S.
NIJJAR, PRESIDENT
4900 SANTA ANITA AVE 2A
EL MONTE, CA 91731-1490

MZ BROKERAGE INC. MICHAEL GARCIA
4900 SANTA ANITA AVE #2C
EL MONTE, CA 91731

SCHORR LAW, APC ZACHARY D. SCHORR, ESQ.
PAUL W. SANDE, ESQ.
1901 AVENUE OF THE STARS, SUITE 615
LOS ANGELES, CA 90067

ATTORNEYS FOR HITEN RAM BHAKTA, ET AL.
FAY SERVICING
8001 WOODLAND CENTER BLVD., SUITE 10
TAMPA, FL 33614

FAY SERVICING
P.O. BOX 111209
NASHVILLE, TN 37222

FAY SERVICING, LLC ATTN: CUSTOMER
SERVICE DEPARTMENT C/O REGISTERED AGENT
SOLUTIONS, INC.
3000 PROFESSIONAL DRIVE, SUITE A
SPRINGFIELD, IL 62703

ATTORNEYS FOR FORETHOUGHT LIFE
INSURANCE COMPANY
DANE EXNOWSKI, ESQ. MCCALLA RAYMER
LEIBERT PIERCE, LLP
301 E. OCEAN BOULEVARD, SUITE 1720
LONG BEACH, CA 90802

LOAN FUNDER, LLC
645 MADISON AVENUE, FLOOR 19
NEW YORK, NY 10022

SAN BERNARDINO COUNTY TREASURER- TAX
COLLECTOR
268 WEST HOSPITALITY LANE, FIRST FLOOR
SAN BERNARDINO, CA 92415-0360

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Diego, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker,
P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J. Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LBR 9013-1(b) MANDATORY SERVICE DECLARATIONS:

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

COURT'S LATEST NEF TRANSMITTED TO THE FOLLOWING PERSONS:

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Sajan Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor)
Ram Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:

2nd Chance Investment Group LLC

CASE NO: 8:22-bk-12142-SC

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 11/22/2023, I did cause a copy of the following documents, described below,

Combined Judge's Copy

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/22/2023

/s/ Richard L Sturdevant
Richard L Sturdevant  269088

Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614
714 442 3335
rich@bwlawcenter.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:

2nd Chance Investment Group LLC

CASE NO: 8:22-bk-12142-SC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/22/2023, a copy of the following documents, described below,

Combined Judge's Copy

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/22/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard L Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA  92614

USPS FIRST CLASS MAIL - ELECTRONIC MAILING NOTICE
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

HON. SCOTT C. CLARKSON
411 WEST FOURTH STREET
SUITE 5130
SANTA ANA  92701

COURT'S LIST OF CREDITORS NOTICE RECIPIENTS:

(Creditor)
Wells Fargo Bank, N.A.
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego CA 92108
represented by:
Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
represented by:
Queenie K Ng
411 West Fourth St.
Suite 7160
Santa Ana, CA 92701

queenie.k.ng@usdoj.gov

(Interested Party)
U.S. Bank Trust National Association,
not in its individual capacity but
solely as owner trustee for VRMTG
Asset Trust
Robertson, Anschutz, Schneid, Crane &
Pa
350 10th Avenue, suite 1000
San Diego, CA 92101
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

(Creditor)
U.S. BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG
ASSET TRUST
represented by:
Fanny Zhang Wan
Robertson, Anschutz, Schneid, & Crane
LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

fwan@raslg.com

Douglas A. Plazak
Reid & Hellyer, APC
3685 Main Street, Suite 300
P.O. Box 1300
P.O. Box 1300
Riverside, CA 92502-1300
(Attorney)
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor Committee)
Official Committee of Unsecured
Creditors
c/o Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Building D
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Mercedes-Benz Financial Services USA
LLC
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-1977
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
Lantzman Investments, Inc.
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

Gary B Rudolph
Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

rudolph@sullivanhill.com

(Creditor)
LMF2, LP
represented by:
Kathleen A Cashman-Kramer
Cashman-Kramer
600 B Street Ste. 1700
San Diego, CA 92101

cashman-kramer@sullivanhill.com

(Interested Party)
Maher Abou Khzam
c/o NewPoint Law Group, LLP
2408 Professional Dr
Roseville, CA 95661
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

COURT'S LBR ECF-REGISTERED SERVICE RECIPIENTS:

Keller Williams Tacoma
8607 Custer Rd SW
Lakewood, WA 98499
(Broker)

(Creditor)
Salvador Jimenez
12822 Clemson Drive
Corona, CA 92880
represented by:
Christopher P. Walker
Law Office of Christopher P. Walker,
P.C
505 S Villa Real Dr Ste 103
Anaheim Hills, CA 92807

cwalker@cpwalkerlaw.com

(Interested Party)
Interested Party
represented by:
David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Financial Advisor)
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

(Accountant)
Grobstein Teeple LLP
Grobstein Teeple LLP
23832 Rockfield Blvd suite 245
Lake Forest, CA 92630

jteeple@gtllp.com

Charity J Manee
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

cmanee@goeforlaw.com

Brandon J. Iskander
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

biskander@goeforlaw.com

(Interested Party)
Goe Forsythe & Hodges LLP
17701 Cowan
Suite 210
Irvine, CA 92614
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

Goe Forsythe & Hodges LLP
17701 Cowan Bldg D Ste 210
Irvine, CA 92614
(Attorney)
represented by:
Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D
Suite 210
Irvine, CA 92614

kmurphy@goeforlaw.com

(Creditor)
Forethought Life Insurance Company
represented by:
Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

Financial Relief Law Center APC
1200 Main St., Ste C
Irvine, CA 92614
(Attorney)

EXP Realty
3122 Emery Ln
Robbins, IL 60472
(Broker)

COURT'S LIST OF ELECTRONIC NOTICE RECIPIENTS:

Jennifer C Wong
McCarthy & Holthus LLP
2763 Camino Del Rio South
Suite 100
San Diego, CA 92108

bknotice@mccarthyholthus.com

Lazaro E Fernandez
3600 Lime St
Ste 326
Riverside, CA 92501

lef17@pacbell.net

Dane W Exnowski
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

dane.exnowski@mccalla.com

COURT'S LBR ... MASTER SERVICE LIST ... ...

(Interested Party)
represented by:
Stephan M Brown
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661

ECF@thebklawoffice.com

(Creditor)
Sajan Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Creditor)
Ram Bhakta
represented by:
Douglas A Plazak
POB 1300
Riverside, CA 92502

dplazak@rhlaw.com

(Special Counsel)
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
represented by:
Arvind Nath Rawal
AIS Portfolio Services L P
1212 Corporate Dr
Irving, TX 75038

arawal@aisinfo.com

(Creditor)
Ally Bank
represented by:
Cheryl A Skigin
Law Office of Cheryl A Skigin
8502 E Chapman Ave #424
Orange, CA 92869

caskigin@earthlink.net

(Interested Party)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

Andy C Warshaw
Financial Relief Law Center, APC
1200 Main Street
Ste #C
Irvine, CA 92614

awarshaw@bwlawcenter.com

Richard L. Sturdevant
Financial Relief Law Center
1200 Main St. Ste C
Irvine, CA 92614

rich@bwlawcenter.com

David M Goodrich
Golden Goodrich LLP
3070 Bristol St
Ste 640
Costa Mesa, CA 92626

dgoodrich@go2.law

(Debtor)
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
Tax ID / EIN: 81-4146980
represented by:
Amanda G. Billyard
Financial Relief Law Center
1200 Main St. Suite C
Irvine, CA 92614

abillyard@bwlawcenter.com