Andy C. Warshaw (SBN 263880)
Rich Sturdevant (SBN 269088)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-bk-12142-SC |
| 2nd CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF RAYSHON FOSTER IN SUPPORT OF FINANCIAL RELIEF LAW CENTER, APC'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 FEES AND REIMBURSEMENT OF CHAPTER 11 EXPENSES OF COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD OF DECEMBER 21, 2022 THROUGH OCTOBER 31, 2023** |
| | **FEES:** $143,467.50<br>**EXPENSES:** $8,033.04 |
| | **Hearing:**<br>Date: December 6, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C/Via ZoomGov<br>Place: 411 W. Fourth St.<br>Santa Ana, California 92701 |

I, Rayshon Foster, do hereby declare and say as follows:

1. I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief. As to all matters alleged on information and belief, I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

1  DECLARATION

2. I am the Managing Member of 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession, and signed the petition for relief.

3. On December 21, 2022, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California ("Court"), commencing case no. 8:22-bk-12142-SC ("Case").

4. On January 19, 2023, the Court entered an order approving the employment of Financial Relief Law Center, APC ("Firm") as the Debtor's general bankruptcy counsel, effective as of December 21, 2022.

5. The Firm received a pre-petition retainer of $18,500.00 ("Pre-Petition Retainer").

6. I understand that the Firm's first interim application for allowance and payment of Chapter 11 fees and reimbursement of Chapter 11 expenses ("Application") covers fees earned and costs incurred from December 21, 2023 through October 31, 2023.

7. The Firm provided me with a copy of the Application before it was filed. I have had an opportunity to review the Application and billing statements, and I understand the relief sought. I believe the Firm's efforts have been made on behalf of both the estate and the Debtor-in-Possession.

8. It is my personal belief that the requested compensation of $143,467.50 and expense request of $8,033.04 is reasonable and I have no objection to the relief sought.

9. The September monthly operating report ("MOR") shows a cash balance of $10,475.00. Attached as Exhibit B is a true and correct copy of the MOR.

10. I request that the Court approve the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed this 17th day of November, 2023, at _____, Virginia.

_____
Rayshon Foster

2. I am the Managing Member of 2nd Chance Investment Group, LLC, Debtor and Debtor-in-Possession, and signed the petition for relief.

3. On December 21, 2022, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California ("Court"), commencing case no. 8:22-bk-12142-SC ("Case").

4. On January 19, 2023, the Court entered an order approving the employment of Financial Relief Law Center, APC ("Firm") as the Debtor's general bankruptcy counsel, effective as of December 21, 2022.

5. The Firm received a pre-petition retainer of $18,500.00 ("Pre-Petition Retainer").

6. I understand that the Firm's first interim application for allowance and payment of Chapter 11 fees and reimbursement of Chapter 11 expenses ("Application") covers fees earned and costs incurred from December 21, 2023 through October 31, 2023.

7. The Firm provided me with a copy of the Application before it was filed. I have had an opportunity to review the Application and billing statements, and I understand the relief sought. I believe the Firm's efforts have been made on behalf of both the estate and the Debtor-in-Possession.

8. It is my personal belief that the requested compensation of $143,467.50 and expense request of $8,033.04 is reasonable and I have no objection to the relief sought.

9. The September monthly operating report ("MOR") shows a cash balance of $10,475.00. Attached as Exhibit B is a true and correct copy of the MOR.

10. I request that the Court approve the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed this 17th day of November, 2023, at _____, Virginia.

Rayshon Foster