United States Bankruptcy Court
Central District of California

In re:                                                                                                        Case No. 22-12142-SC
2nd Chance Investment Group, LLC                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                   User: admin                  Page 1 of 3
Date Rcvd: Dec 05, 2023          Form ID: pdf042          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2023                  Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |

Brandon J. Iskander
    on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com

Charity J Manee
    on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com

Cheryl A Skigin
    on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net

Christopher P. Walker
    on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Christopher P. Walker
    on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

Dane W Exnowski
    on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel J Griffin
    on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com

David M Goodrich
    on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

David M Goodrich
    on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com

Douglas A Plazak
    on behalf of Creditor Ram Bhakta dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com

Douglas A Plazak
    on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com

Fanny Zhang Wan
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com

Fanny Zhang Wan
    on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com

Gary B Rudolph
    on behalf of Creditor Lantzman Investments Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Gary B Rudolph
    on behalf of Creditor LMF2 LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kathleen A Cashman-Kramer
    on behalf of Creditor LMF2 LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Kathleen A Cashman-Kramer
    on behalf of Creditor Lantzman Investments Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com

Lazaro E Fernandez
    on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

Matthew D. Resnik

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Dec 05, 2023 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Sonja Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Advance Real Estate & Construction Solutions Corporation Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com |
| Richard L. Sturdevant | on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Richard L. Sturdevant | on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Robert P Goe | on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Stephan M Brown | on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 44

**FILED & ENTERED**

**DEC 05 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2nd Chance Investment Group, LLC,<br><br><br><br><br><br>Debtor(s). | Case No.: 8:22-bk-12142-SC<br><br>CHAPTER 11<br><br>**ORDER DENYING EMERGENCY MOTION TO ALTER OR AMEND ORDER AND/OR FOR RELIEF FROM ORDER, AUTHORIZING SALE OF REAL PROPERTY** |

The Court has received the Emergency Motion to Alter or Amend Order, and/or for Relief From Order, Authorizing Sale of Real Property, filed December 4, 2023 [Dk. 328] (the "Motion") by Next Friends to, and [proposed] Co-Guardians Ad Litem for, Plaintiff Clotee Downing (collectively, referred to as "Movants"), and, for the reasons stated below, denies the Motion.

**I.    Preliminary Statement**

As a preliminary matter, the Court notes that the Motion was presented and signed by "Next Friends to, and [proposed] Co-Guardians Ad Litem for, Plaintiff Clotee Downing," however, there is no evidence that these parties are authorized and legally

-1-

permitted to represent Ms. Downing before this Court. Accordingly, the presentation of the Motion on Ms. Downing's behalf constitutes the unauthorized practice of law.

## II.     Reconsideration

The Motion seeks reconsideration of the order entered November 20, 2023 [Dk. 313] approving the sale of property located at 37472 Yorkshire Drive, Palmdale, CA 93550 (the "Sale Order"). Movants alleged, among other things, that Ms. Downing is the true lawful owner of the property and was tricked and defrauded out of her home. Movants further allege that Ms. Downing possesses Alzheimer's related mental deficits. Movants seek reconsideration of the Sale Order pursuant to Federal Rule of Civil Procedure Rule 59(e)[1]. Movants have not demonstrated that reconsideration is warranted.

Reconsideration is an "extraordinary remedy" which should be used "sparingly in the interests of finality and the conservation of judicial resources." *Kona Enter., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000); see also *Sch. Dist. No. 1J, Multonomah Cnty. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (stating that reconsideration should only be granted in "highly unusual circumstances").

Reconsideration of an order under Rule 59 is appropriate only "if (1) the district court is presented with newly discovered evidence, (2) the district court committed clear error or made an initial decision that was manifestly unjust, or (3) there is an intervening change in controlling law." *SEC v. Platforms Wireless International Corp.*, 617 F.3d 1072, 1100 (9th Cir. 2010) (quoting *United National Insurance Co. v. Spectrum*

---

[1] While the caption and notice to the Motion indicate that reconsideration is sought under Rule 59 and/or 60(b) or (d), the Motion does not substantively address Rule 60(b) or (d). "While the pleadings of pro se litigants are to be liberally construed, a court is not required to search the record and make their arguments for them. *Aguasin v. Mukasey,* 297 Fed. Appx. 706 (9th Cir. 2008). Additionally, arguments must be briefed in order to be preserved. *Id.*" *Mohsen v. Wu (In re Mohsen)*, 2010 Bankr. LEXIS 5074, *13-14 (9th Cir BAP 2010); "It is not the court's role to do Plaintiff's legal research or to make legal arguments on Plaintiff's behalf. *See Birdsong v. Apple, Inc.*, 590 F.3d 955, 959 (9th Cir. 2009) (Courts will not "manufacture arguments for a[] [party], and a bare assertion does not preserve a claim.")" *Cent. Union High Sch. v. United States*, 2022 U.S. Dist. LEXIS 231156, *7-8 (CA So. Dist. Ct. 2022). Accordingly, to the extent relief is sought under Rule 60(b) or (d), such relief is denied.

*Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009)). Movants have not met this standard. The Motion contains factual allegations, which are not supported by evidentiary support, as required by Local Bankruptcy Rule 9013-1(i) ("Factual contentions involved in any motion… must be presented, heard, and determined upon declarations and other written evidence."). The Motion also references exhibits, which are not attached.

The Movants have not presented evidence to establish that reconsideration is warranted.

### III.    An Adversary is Required

Notwithstanding the foregoing, the prayer to the Motion requests that the property be returned to Ms. Downing, and that an injunction and or stay be issued; however, these remedies may only be obtained within the confines of an adversary proceeding pursuant to Federal Rules of Bankruptcy Procedure 7001(2) (proceeding to determine an interest in property) and 7001(7) (proceeding to obtain an injunction).

### IV.    Conclusion

Accordingly, for all of the above reasons, the Motion is denied.

**IT IS SO ORDERED.**

Date: December 5, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-3-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING EMERGENCY MOTION TO ALTER OR AMEND ORDER AND/OR FOR RELIEF FROM ORDER, AUTHORIZING SALE OF REAL PROPERTY** was entered on the date above and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Geoff Trapp
Athena Lee
2551 E Avenue S, Ste G-166
Palmdale, CA 93550