United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

District/off: 0973-8  User: admin  Page 1 of 3
Date Rcvd: Dec 18, 2023  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC arawal@aisinfo.com |

Case 8:22-bk-12142-SC    Doc 352    Filed 12/20/23    Entered 12/20/23 21:21:47    Desc
Imaged Certificate of Notice    Page 2 of 8

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| Name | Representation |
|---|---|
| Brandon J. Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com  kmurphy@goeforlaw.com |
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net  caskigin@earthlink.net |
| Christopher P. Walker | on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Christopher P. Walker | on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com  lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Dane W Exnowski | on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Daniel J Griffin | on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com |
| David M Goodrich | on behalf of Debtor 2nd Chance Investment Group  LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| Douglas A Plazak | on behalf of Creditor Ram Bhakta dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com |
| Fanny Zhang Wan | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com |
| Fanny Zhang Wan | on behalf of Interested Party U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com |
| Gary B Rudolph | on behalf of Creditor Lantzman Investments  Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com |
| Gary B Rudolph | on behalf of Creditor LMF2  LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com |
| Jeffrey W Broker | on behalf of Defendant Gemma's Jewelers  Inc. jbroker@brokerlaw.biz |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor LMF2  LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor Lantzman Investments  Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com |
| Lazaro E Fernandez | on behalf of Interested Party Courtesy NEF lef17@pacbell.net |

Case 8:22-bk-12142-SC    Doc 352    Filed 12/20/23    Entered 12/20/23 21:21:47    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Sonja Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Advance Real Estate & Construction Solutions Corporation Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com |
| Richard L. Sturdevant | on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Richard L. Sturdevant | on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Robert P Goe | on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Stephan M Brown | on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| Stephan M Brown | on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 46

Andy C. Warshaw, State Bar No. 263880
Rich Sturdevant State Bar No. 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**DEC 18 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle       **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br>      Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER:**<br>**(1) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**<br>**(2) APPROVING OVERBID PROCEDURES;**<br>**(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASER PURSUANT TO 11 U.S.C. § 363(m);**<br>**(4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSIONS, AND OTHER ORDINARY COSTS OF SALE;**<br>**(5) WAIVING STAY UNDER RULE 6004(h)**<br><br>**[3025 Glenview Avenue, San Bernardino, California 92407; APN:  0268-132-04-0-000]**<br><br><u>Remote Hearing</u>:<br>DATE:    **December 13, 2023**<br>TIME:    **1:30 p.m.**<br>PLACE:    **Courtroom 5C/Via ZoomGov**<br>                **411 West Fourth Street**<br>                **Santa Ana, California 92701** |

    The *Debtor-in-Possession's Motion for Order: (1) Authorizing Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, and Back-up*

*Bidder as Good-Faith Purchaser Pursuant to 11 U.S.C. § 363(m); (4) Authorizing Payment of Undisputed Liens, Real Estate Broker's Commissions, and Other Ordinary Costs of Sale; and (5) Waiving Stay Under Rule 6004(h)* (Dkt. 319, "Motion")[1] filed by 2ND Chance Investment Group, LLC, the debtor and debtor-in-possession in the above-captioned case ("Debtor"), came on regularly for hearing on December 13, 2023 at 1:30 p.m., before this Court, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding. The Debtor appeared through its bankruptcy counsel, Financial Relief Law Center, APC, by Andy C. Warshaw. All other appearances were as noted on the record.

Having considered the Motion and all related pleadings filed in support thereof and any arguments made at the time of the hearing, an auction having been conducted on the record, and for good cause shown,

THE COURT FINDS THAT:

A. Notice of the Motion was proper and adequate;

B. The Debtor's marketing of the Property was adequate and proper;

C. The standards set forth in 11 U.S.C. §§ 363(b) and (f)(1), (2) and/or (3) for selling the Property free and clear of all liens, claims and interests are met;

D. Based on the pleadings, Luis Chang and/or assignee ("Successful Bidder") and Back-Up Bidder (defined below) have acted in good faith and are entitled to the protections of 11 U.S.C. § 363(m); and

E. Cause exists to grant the Motion.

Based on the foregoing and the findings and conclusions stated orally on the record, and good cause appearing therefore,

IT IS ORDERED:

1. The notice of the Motion and the hearing thereon is approved as proper and adequate under the circumstances.

---

[1] All capitalized terms have the same meaning or definition as the capitalized terms in the Motion.

2. The Motion is granted and Successful Bidder's overbid of $290,000.00 ("Purchase Price") is approved as the highest and best offer.

3. The Purchase Agreement which is attached to the Motion as Exhibit 5 is approved and the Debtor is authorized to sell the real property commonly referred to as 3025 Glenview Avenue, San Bernardino, California, APN: 0268-132-04-0-000 ("Property") and legally described in the Preliminary Report which is attached to the Motion, to Successful Bidder for the purchase price of $290,000.00, "as is," "where is," "with all faults," and without warranty or recourse, but free and clear of liens, claims, and interests, together with all improvements, as well as all easements and appurtenances, pursuant to 11 U.S.C. §§ 363(b) and (f), including without limitation:

    (i) the Loan Funder lien recorded on May 26, 2021 as instrument no. 2021-242412 of official records; and

    (ii) Lis Pendens recorded on December 19, 2022 as instrument no. 2022-0402268 of official records.

4. Cobra 28 No. 8 LP and/or assignee is acknowledged as the "Back-Up Bidder" with an overbid of $285,000.00.

5. In the event Successful Bidder fails to close the sale, the Debtor may sell the Property to Back-Up Bidder on the terms set forth in the Motion, without further order of the Court.

6. The Debtor or the CRO, and any escrow agent upon the Debtor or the CRO's written instruction, is authorized to make the following disbursements on or after the closing of the sale as are required by the Purchase Agreement or order of this Court, including, but not limited, to:

    (i) the updated payoff amount of the Loan Funder lien recorded on May 26, 2021 as instrument no. 2021-242412 of official records;

    (ii) real property taxes and assessments prorated as of the close of escrow;

    (iii) the broker's commission of 6%; and

    (iv) any escrow fees, title insurance premiums and other ordinary and typical closing costs and expenses payable by the Debtor pursuant to the Purchase Agreement or in accordance with local custom.

  7. The sales proceeds remaining after payment of these items shall constitute the net sale proceeds ("Net Proceeds"). The Net Proceeds will not be disbursed without further order of this Court.

  8. Unless the holders of the liens, claims or interests identified in paragraph 3 above have agreed to other treatment, such liens, claims or interests, to the extent such liens, claims or interests have not been extinguished by this Order, shall attach to the proceeds of the sale with the same force, effect, validity and priority that previously existed against the Property.

  9. The CRO is authorized to execute the Purchase Agreement, or other related documents that are reasonably necessary or appropriate to complete the sale, and to undertake such other actions as may be reasonably necessary or appropriate to complete the sale.

  10. The Debtor reserves the right to object to the validity, scope and priority of any disputed liens, claims and interest that have been or will be asserted against the Property.

  11. Successful Bidder paid value for the Property and is approved as a buyer in good faith in accordance with § 363(m) of the Bankruptcy Code, and Successful Bidder shall be entitled to all protections to § 363(m) of the Bankruptcy Code. Should Successful Bidder fail to consummate the sale, Back-Up Bidder is approved as a buyer in good faith in accordance with § 363(m) of the Bankruptcy Code, and Back-Up Bidder shall be entitled to all protections to § 363(m) of the Bankruptcy Code.

  12. This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, Bankruptcy Rules 6004(h), or Local Bankruptcy Rule 9021-1 applies with respect to this Order.

13. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and the Purchase Agreement, all amendments thereto, any waivers and consents thereunder, and each of the documents executed in connection therewith in all respects, including retaining jurisdiction to (a) compel delivery of the Property to Buyer, (b) resolve any disputes arising under or related to the Purchase Agreement, and (c) resolve any disputes regarding liens, claims, or interests asserted against the Property.

14. The Debtor may retain, as the Estate's liquidated damages, Successful Bidder's deposit should the Purchase Agreement be cancelled by Successful Bidder or, alternatively, the Debtor may return Successful Bidder's deposit, at the Debtor's discretion. Upon closing of the sale of the Property to Successful Bidder, the Debtor is authorized to return Back-Up Bidder's deposit.

15. To the extent there is any tax liability to the Estate from the sale, the Debtor's principals are authorized to pay such taxes from the net proceeds generated from the sale, at their discretion.

16. The overbidding procedures in the Motion are approved.

###

Date: December 18, 2023

Scott C. Clarkson
United States Bankruptcy Judge