1  Andy C. Warshaw, State Bar No. 263880
   Rich Sturdevant State Bar No. 269088
2  **FINANCIAL RELIEF LAW CENTER, APC**
   1200 Main St., Suite C
3  Irvine, CA 92614
   Direct Phone: (714) 442-3319
4  Facsimile: (714) 361-5380
   Email: awarshaw@bwlawcenter.com
5  Email: rich@bwlawcenter.com

6  Attorneys for Debtor and Debtor in Possession

7

8                  **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10  In re                              | Case No. 8:22-bk-12142-SC

11  2nd CHANCE INVESTMENT GROUP, LLC,   | Chapter 11

12              Debtor and Debtor-in-   | **DEBTOR'S REPORT OF SALE OF REAL
                Possession.            | PROPERTY OF THE ESTATE PURSUANT
13                                      | TO FEDERAL RULE OF BANKRUPTCY
                                        | PROCEDURE 6004(f)(1) AND LOCAL
14                                      | BANKRUPTCY RULE 6004-1(g)**

15                                      | **[8607 Custer Road SW, Lakewood,
                                        | Washington 98499]**
16

17  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

18  **COURT JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL**

19  **INTERESTED PARTIES:**

20          **PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 6004-l(g) and

21  Federal Rules of Bankruptcy Procedure Rule 6004(f)(I), 2ND Chance Investment Group,

22  LLC, hereby reports that the sale of real property located at 8607 Custer Road SW,

23  Lakewood, Washington 98499, has closed in accordance with the terms of the Order

24  entered on October 4, 2023 [Dkt No. 256].  A true and correct copy of the Escrow closing

25  statement is attached hereto as **Exhibit 1.**

26  //

27  //

28  //

1  Dated:  January 4, 2024,                    FINANCIAL RELIEF LAW CENTER, APC

2

3                                              By:  *Andy C. Warshaw*
                                                    ANDY C. WARSHAW
4                                                   Attorneys for 2nd Chance
                                                    Investment Group, LLC
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3                                    **Exhibit 1**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| American Land Title Association | FINAL ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

File No./Escrow No.:   792904
Officer/Escrow Officer: Richard Yaria

**Real Advantage LLC dba Orange
Coast Lender Services
1000 Commerce Drive
Suite 520
Pittsburgh, PA 15275
(877) 788-2923**

Property Address:   8607 CUSTER ROAD SW
LAKEWOOD, WA 98499 (PIERCE)
(0220341080)

Borrower:   GUSTAVO ALVEREZ AND GABRIELA YERENA
8607  Custer Road SW
Lakewood, WA 98499

Seller:   2ND CHANCE INVESTMENT GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
3070 Bristol St., Ste 600
Costa Mesa, CA 92626

Settlement Date:   10/27/2023
Disbursement Date:   10/27/2023

| Seller | | Description | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Deposits, Credits, Debits** | | |
| | $400,500.00 | Sale Price of Property | $400,500.00 | |
| | | Deposit | | $20,000.00 |
| | | **Prorations** | | |
| | $294.92 | County Taxes 10/27/2023 to 1/1/2024 @ $1,630.98/Year | $294.92 | |
| | | **Payoffs** | | |
| $332,980.16 | | Payoff of First Mortgage Loan to Superior Loan Servicing: | | |
| | | Principal: $285,917.71 | | |
| | | Interest, 10/30/2023 to 10/31/2023 @$161.00/day: $161.00 | | |
| | | Other - wire fee : $30.00 | | |
| | | Satisfaction Fee: $45.00 | | |
| | | Demand Fee x2: $60.00 | | |
| | | Demand Rush Fee: $75.00 | | |
| | | Late Charge: $83.90 | | |
| | | Forwarding Fee: $185.00 | | |
| | | Release Assignment of Leases and Rents: $250.00 | | |
| | | Recording Fee: $325.00 | | |
| | | UCC Recording Fee x2: $550.00 | | |
| | | FPI Fee: $2,117.00 | | |
| | | Initial Charge to 10/30/23: $4,830.00 | | |
| | | UI Def Adj: $38,350.55 | | |
| | | **Commissions** | | |
| $12,645.50 | | Real Estate Commission to Team Momentum LLC | | |
| $10,613.25 | | Real Estate Commission to BLUE SUMMIT REALTY LLC | | |
| $201.25 | | Real Estate Commission to Keller Williams Realty Tacoma | | |
| $570.00 | | Real Estate Commission to KELLER WILLIAMS | | |
| | | **New Loans** | | |
| | | Loan Amount | | $320,400.00 |
| | | Our origination charge $1,350.00 | $1,350.00 | |
| | | Appraisal Fee to FNBA-ISAOA | $835.00 | |
| | | Credit Report to FNBA-ISAOA | $103.95 | |
| | | Mortgage Broker to E Mortgage Capital | $6,408.00 | |
| | | Processing Fee to FNBA-ISAOA | $460.00 | |
| | | Credit Score Disclosure Fee to FNBA-ISAOA | $9.00 | |
| | | Lender Credit to FNBA-ISAOA | -$500.00 | |
| | | Flood certification to FNBA-ISAOA | $11.50 | |
| | | Prepaid Interest (  per day from 10/27/2023 to 11/15/2023 ) | $1,585.36 | |
| | | Homeowner's Insurance Premium to State Farm Insurance Companies | $827.00 | |
| | | Property Taxes ( 3 mo.) to FNBA-ISAOA | $852.18 | |
| | | Homeowner's Insurance $68.92 per month for 3 mo. | $206.76 | |
| | | **Title Charges** | | |
| $673.00 | | Title - Lender's Title Insurance to Real Advantage, LLC dba Orange Coast Lender Services | | |
| $1,471.00 | | Title - Owner's Title Insurance to Real Advantage, LLC dba Orange Coast Lender Services | | |

File # 792904

Printed on 11/1/2023 at 6:45 PM

| Seller Debit | Seller Credit | Description | Borrower Debit | Borrower Credit |
|---|---|---|---|---|
| | | Title - Endorsement(s) to Real Advantage, LLC dba Orange Coast Lender Services | | |
| | | Title - ALTA 8.1 Environmental Protection Lien (6-17-06) Endorsement(s) to Real Advantage, LLC dba Orange Coast Lender Services | | |
| | | Title - ALTA 9.0 Restrictions, Encroachments, Minerals, Loan Policy (4-2-12) Endorsement(s) to Real Advantage, LLC dba Orange Coast Lender Services | | |
| | | Title - Document preparation to Real Advantage, LLC dba Orange Coast Lender Services | $125.00 | |
| $25.00 | | Title - Recording Submission Fee to Real Advantage, LLC dba Orange Coast Lender Services | | |
| $1,100.00 | | Settlement or closing fee to Real Advantage, LLC dba Orange Coast Lender Services | $1,100.00 | |
| $125.00 | | Title - Signing Fee to COAST 2 COAST SIGNING, INC. | $175.00 | |
| $155.54 | | Title - Owner's Premium Tax to Real Advantage, LLC dba Orange Coast Lender Services | | |
| $69.08 | | Title - Lender's Premium Tax to Real Advantage, LLC dba Orange Coast Lender Services (Orange Coast Lender Services - Remittance Account: $0.00) | | |
| $1,500.00 | | Title - Risk Rate to Real Advantage, LLC dba Orange Coast Lender Services | | |
| $750.00 | | Title - Title - Extra Work Charges to Real Advantage, LLC dba Orange Coast Lender Services | | |
| $50.00 | | Title - Overnight fees to Real Advantage, LLC dba Orange Coast Lender Services | $50.00 | |
| $50.00 | | Title - Proceeds Wire fees to Real Advantage, LLC dba Orange Coast Lender Services | $25.00 | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording fees: Deed $205.50 | $205.50 | |
| | | Mortgage $218.50 | $218.50 | |
| $6,413.00 | | State Deed Tax/Stamps to Real Advantage, LLC dba Orange Coast Lender Services | | |
| $206.50 | | Court Order to Real Advantage, LLC dba Orange Coast Lender Services     $206.50 | | |
| | | **Additional Settlement Charges** | | |
| | | Refund Due to Gustavo Alverez and Gabriela Yerena | $17.00 | |
| $3,916.05 | | Property Taxes to Pierce County Treasurer | $1,630.98 | |

| Seller | | | Borrower | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $373,514.33 | $400,794.92 | **Subtotals** | $416,490.65 | $340,400.00 |
| | | Due From Borrower | | $76,090.65 |
| $27,280.59 | | Due To Seller | | |
| $400,794.92 | $400,794.92 | **Totals** | $416,490.65 | $416,490.65 |

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts
and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the
ALTA Settlement Statement. We/I authorize Real Advantage LLC dba Orange Coast Lender Services to cause the funds to be disbursed in
accordance with this statement.

**BORROWER(S)**

_____
GUSTAVO ALVEREZ

_____
GABRIELA YERENA

**SELLER(S)**

2ND CHANCE INVESTMENT GROUP, LLC, a California limited liability company

By:_____
   David Goodrich,  Manager

**Settlement Agent or Escrow Officer**

_____
Richard Yaria

File # 792904

Printed on 11/1/2023 at 6:45 PM