1 | Andy C. Warshaw, State Bar No. 263880
Rich Sturdevant State Bar No. 269088
2 | **FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
3 | Irvine, CA 92614
Direct Phone: (714) 442-3319
4 | Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
5 | Email: rich@bwlawcenter.com

6 | Attorneys for Debtor and Debtor in Possession

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10 | In re

11 | 2ⁿᵈ CHANCE INVESTMENT GROUP, LLC,

12 |         Debtor and Debtor-in-Possession.

| Case No. 8:22-bk-12142-SC |
| Chapter 11 |
| **DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)** |
| **[1016 Portal Avenue, Bakersfield, California 93308]** |

17 | **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

18 | **COURT JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL**

19 | **INTERESTED PARTIES:**

20 |      **PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 6004-l(g) and

21 | Federal Rules of Bankruptcy Procedure Rule 6004(f)(I), 2ᴺᴰ Chance Investment Group,

22 | LLC, hereby reports that the sale of real property located at 1016 Portal Avenue,

23 | Bakersfield, California 93308, has closed in accordance with the terms of the Order

24 | entered on December 13, 2023 [Dkt No. 338].  A true and correct copy of the Escrow

25 | closing statement is attached hereto as **Exhibit 1.**

26 | //

27 | //

28 | //

1   Dated:  January 4, 2024,                                    FINANCIAL RELIEF LAW CENTER, APC

2

3                                             By:  *Andy C. Warshaw*

                                            ANDY C. WARSHAW

4                                           RICH STURDEVANT

                                          Attorneys for 2nd Chance

5                                           Investment Group, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5                                          **Exhibit 1**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone:  (310) 550-6055
Fax:  (310) 550-6130

**SELLER'S FINAL SETTLEMENT STATEMENT**

| | | | |
|---|---|---|---|
| **PROPERTY:** | 1016 Portal Ave.<br>Bakersfield, CA 93308 | **DATE:** | December 28, 2023 |
| **SELLER:** | 2nd Chance Investment Group, LLC | **CLOSING DATE:**<br>**ESCROW NO.:** | December 28, 2023<br>105744-AA |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 236,000.00 |
| | | |
| **PAYOFF CHARGES - CA TD Specialists** | | |
| **[Total Payoff $160,487.22]** | | |
| Principal Balance | 127,833.53 | |
| Interest on Principal Balance from 08/01/2022 to 12/29/2023 | 23,882.10 | |
| Total Charges & Advances | 5,165.86 | |
| Total Interest on Advances | 107.02 | |
| Total Foreclosure Fees and Costs | 1,966.77 | |
| Accrued Late Charges | 1,531.94 | |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st 1/2 Taxes 2023-24 at $1,849.77/semi-annually from 12/28/2023 to 01/01/2024 | | 30.83 |
| 1st 1/2 Suppl Taxes 2023-24 at $321.65/semi-annually from 12/28/2023 to 01/01/2024 | | 5.36 |
| | | |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 3,540.00 | |
| St. Clair Realty | 7,080.00 | |
| ReMax Golden Empire | 3,540.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| Notary IQ, LLC Notary for notary service Invoice #150-2355106-06 | 150.00 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES - Orange Coast Title Company** | | |
| Title - Owner's Title Insurance | 870.00 | |
| Title - Messenger Fee | 39.88 | |
| Title - BK Work Fee | 500.00 | |
| Title - BK Underwriting Risk Fee | 750.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Overnight Payoff delivery fee | 15.00 | |
| Recording Court Order Approving Sale | 28.00 | |
| Transfer Tax - County to Kern County | 259.60 | |
| Defaulted Taxes 2022-23 good to January 2024 | 3,284.50 | |
| 1st 1/2 Taxes 2023-2024 + Late Fee to Kern County Tax Collector | 2,034.74 | |
| 1st 1/2 Supplemental Taxes 2023-24 + Late Fee | 353.81 | |
| | | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 1,000.00 | |
| Title - 1099 Processing Fee | 75.00 | |

Date:  December 28, 2023                                                      Escrow No.:  105744-AA

Page 2 of 2:

|  | DEBITS | CREDITS |
|---|---|---|
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Wire Fee | 50.00 | |
| Title - Messenger/FedEx Fees | 50.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 51,665.99 | |
| **TOTAL** | $   236,036.19 | $   236,036.19 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**