1 Andy C. Warshaw, State Bar No. 263880
Rich Sturdevant State Bar No. 269088
2 **FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
3 Irvine, CA 92614
Direct Phone: (714) 442-3319
4 Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
5 Email: rich@bwlawcenter.com

6 Attorneys for Debtor and Debtor in Possession

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | | |
|---|---|---|
| 10 | In re | Case No. 8:22-bk-12142-SC |
| 11 | 2nd CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| 12 | Debtor and Debtor-in-Possession. | **DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)** |
| 13 | | |
| 14 | | |
| 15 | | **[37472 Yorkshire Drive, Palmdale, California 93550]** |
| 16 | | |

17 **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

18 **COURT JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL**

19 **INTERESTED PARTIES:**

20     **PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 6004-l(g) and

21 Federal Rules of Bankruptcy Procedure Rule 6004(f)(I), 2ND Chance Investment Group,

22 LLC, hereby reports that the sale of real property located at 37472 Yorkshire Drive,

23 Palmdale, California 93550, has closed in accordance with the terms of the Order entered

24 on November 20, 2023 [Dkt No. 313]. A true and correct copy of the Escrow closing

25 statement is attached hereto as **Exhibit 1.**

26 //

27 //

28 //

| | |
|---|---|
| Dated: January 4, 2024 | FINANCIAL RELIEF LAW CENTER, APC |
| | By: *Andy C. Warshaw* |
| | ANDY C. WARSHAW |
| | RICH STURDEVANT |
| | Attorneys for 2nd Chance Investment Group, LLC |

1
2
3
4   **Exhibit 1**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**A&A ESCROW SERVICES, INC.**

15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax:  (310) 550-6130

### SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 37472 Yorkshire Drive<br>Palmdale, CA 93550 | **DATE:** | December 5, 2023 |
| **SELLER:** | 2nd Chance Investment Group, LLC, a<br>California Limited Liability Company | **CLOSING DATE:**<br>**ESCROW NO.:** | December 5, 2023<br>105827-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 390,000.00 |
| Paid Outside of Escrow | 19,750.00 | |
| | | |
| **PAYOFF CHARGES - Selene Finance** | | |
| **[Total Payoff $189,307.41]** | | |
| Principal Balance | 161,046.96 | |
| Interest on Principal Balance from 09/01/2022 to 12/27/2023 | 1,815.00 | |
| Interest on Principal Balance at $19.3000/day from 12/07/2023 to 12/27/2023 | -366.70 | |
| Deferred Balance | 9,896.29 | |
| Corporate Advance Balance | 16,567.06 | |
| Unpaid Late Charges | 158.80 | |
| Recording Fees | 190.00 | |
| | | |
| **PAYOFF CHARGES - CaliforniaFIRST Program** | | |
| **[Total Payoff $31,172.99]** | | |
| Non-Drelinquent Assessment Balance | 29,938.85 | |
| Accrued Interest to 1/5/2024 | 1,034.14 | |
| Recording Fee | 100.00 | |
| Administration Fee | 100.00 | |
| | | |
| **PAYOFF CHARGES - LA Hero Program** | | |
| **[Total Payoff $36,046.42]** | | |
| Project Cost (labor and products)2/8/17 | 37,200.00 | |
| Hero administration program costs | 1,856.28 | |
| County recording and processing | 80.00 | |
| Interst from 2/8/2017 to 2/2/2024 | 22,522.07 | |
| Assessment payments 7/1/17 to 6/30/23 | -25,761.93 | |
| Recording administrative Fee | 200.00 | |
| Reserve Fund Credit | -50.00 | |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st Half Taxes 2023 - 2024 at $2,804.79/semi-annually from 12/05/2023 to 01/01/2024 | | 405.14 |
| | | |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 5,850.00 | |
| Century 21 Peak Realty | 11,700.00 | |
| Citrus Grove Real Estate & Lending | 5,850.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |

Date:  December 5, 2023                                                                                       Escrow No.: 105827-AA

Page 2 of 2:

|  | **DEBITS** | **CREDITS** |
|---|---:|---:|
| **TITLE/TAXES/RECORDING CHARGES - Orange Coast Title Company** | | |
| Title - Owner's Title Insurance | 1,309.00 | |
| Title - BK Underwriter's Excess Risk Fee | 1,000.00 | |
| Title - Messenger Fee | 39.88 | |
| Title - Overnight/Wire Payoffs | 45.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Recording Order Approving Sale | 35.00 | |
| Transfer Tax - County to Los Angeles County | 429.00 | |
| Unsecured tax lien #13 good to Dec.31, 2023 | 407.84 | |
| Unsecured tax lien #14 good to Dec. 31, 2023 | 791.60 | |
| Unsecured tax lien #15 good to Dec. 31, 2023 | 634.27 | |
| HOLD: 1st Half Taxes 2023-2024 + Late Fee | 7,501.12 | |
| HOLD: for Selene Finance Payoff | 5,000.00 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 1,000.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 25.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 72,173.16 | |
| **TOTAL** | $ 390,405.14 | $ 390,405.14 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**