| In re:  
**2nd Chance Investment Group, LLC**  
Debtor(s). | CHAPTER: **11**  
CASE NUMBER: **8:22-bk-12142-SC** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **1; DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)  [8607 Custer Road SW, Lakewood, Washington 98499] 2; DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)  [1016 Portal Avenue, Bakersfield, California 93308]  3; DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)  [37472 Yorkshire Drive, Palmdale, California 93550]**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/04/2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amanda G. Billyard**     abillyard@bwlawcenter.com
**Jeffrey W Broker**     jbroker@brokerlaw.biz
**Stephan M Brown**     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**     cashman-kramer@sullivanhill.com, theresam@psdslaw.com
**Dane W Exnowski**     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**David M Goodrich**     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
**Daniel J Griffin**     daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**Brandon J. Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Charity J Manee**     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**     randym@cookseylaw.com
**Queenie K Ng**     queenie.k.ng@usdoj.gov
**Douglas A Plazak**     dplazak@rhlaw.com
**Arvind Nath Rawal**     arawal@aisinfo.com
**Matthew D. Resnik**     Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
**Gary B Rudolph**     rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
**Cheryl A Skigin**     caskigin@earthlink.net, caskigin@earthlink.net
**Richard L. Sturdevant**     rich@bwlawcenter.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**     fwan@raslg.com
**Andy C Warshaw**     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**:
On __-__ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**None.**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                          **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER **8:22-bk-12142-SC** |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __-__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 4, 2024** | **Andy C. Warshaw** | **/s/ Andy C. Warshaw** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**