Andy C. Warshaw SBN 263880
Rich Sturdevant SBN 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENT GROUP, LLC<br><br>Debtor and Debtor in Possession. | Case No.:  8:22-bk-12142-SC<br><br>Chapter 11<br><br>**DECLARATION SUPPORTING MOTION FOR ORDER CONFIRMING DEBTOR'S CHAPTER 11 LIQUIDATION PLAN WITH BALLOT SUMMARY**<br><br>**Plan Confirmation Hearing:**<br>Date: February 8, 2024<br>Time: 11:00 am<br>Place: Courtroom C - Virtual<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

I, Richard Sturdevant, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I make this declaration regarding the ballots that my office received in the above-captioned case for the Chapter 11 Liquidation Plan. I have personal knowledge of the matter stated herein and if called as a witness, I could and would competently testify to the following:

2. Debtor received a total of six ballots, all accepting the Debtor's Chapter 11 Plan of Reorganization.

3. No creditor or claimant voted to reject the Debtor's Chapter 11 Plan of Reorganization.

4. A true and correct copy of all six ballots received are attached as **Exhibit 1**.

5. **Chart A** below indicates the ballot summary of votes for tabulation purposes.

**Chart A**

| Class | Accepting | | Rejecting | |
| --- | --- | --- | --- | --- |
| | Number of Ballots Received | Amount[1] | Number of Ballots Received | Number of Ballots Received |
| 4. American Express National Bank | 1 | $0227,492.42 | 0 | $0 |
| 4. ASB Ventures, LLC | 1 | $201,283.39 | 0 | $0 |
| 4. Felipe Gutierrez, Jr. | 1 | $66,125 | 0 | $0 |
| 4. Precision Realty Fund, LLC | 1 | $1,256,031.58 | 0 | $0 |
| 4. Salvador Jimenez | 1 | $1,122,000 | 0 | $0 |
| 4. Zisman Family Trust | 1 | $270,000 | 0 | $0 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true.

Executed this 11th day of January 2024 at Irvine, California

                                              Financial Relief Law Center, APC

                                              /s/ Rich Sturdevant
                                                 Rich Sturdevant

---

[1] This is the amount listed in the submitted ballot.

# Exhibit 1

# Ballots Received

<u>Bankruptcy Case of 2nd Chance Investment Group, LLC</u>
Case No. 8:22-bk-12142-SC

**Class [ 4 ] Ballot for Accepting or Rejecting Plan by 2ND Chance Investment Group, LLC**

2nd Chance Investment Group, LLC filed a plan of reorganization (the Plan) for the Debtor in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [ 4 ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614 on or before December 21, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

If the voter is the holder of a secured, priority, or unsecured nonpriority claim:

The undersigned, the holder of a Class [ 4 ] claim against the Debtor in the unpaid amount of Dollars. $227,492.42
Account Ending: 1007

Official Form 314 (02/20)     page 2

<u>Bankruptcy Case of 2nd Chance Investment Group, LLC</u>
Case No. 8:22-bk-12142-SC

*Check one box only*

**Accepts the plan** [X]

**Rejects the plan** [ ]

Dated:     December 14, 2023

Print or type name: American Express National Bank

Signature: *Dawn S. Osman*     Title (if corporation or partnership) Attorney/Agent
Dawn S. Osman for Kenneth W. Kleppinger     for creditor

Address:     c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

---

**Return this ballot to:**

Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614

Ballots will be accepted by mail, facsimile to (714) 361-5380 or email to awarshaw@bwlawcenter.com. Electronic transmission is preferable.

**Bankruptcy Case of 2nd Chance Investment Group, LLC**
Case No. 8:22-bk-12142-SC

**Class [4] Ballot for Accepting or Rejecting Plan by 2ND Chance Investment Group, LLC**

2nd Chance Investment Group, LLC filed a plan of reorganization (the Plan) for the Debtor in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [    ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614 on or before December 21, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

If the voter is the holder of a secured, priority, or unsecured nonpriority claim:

The undersigned, the holder of a Class [4] claim against the Debtor in the unpaid amount of Dollars ($361,283.39

Scanned with CamScanner

Official Form 314 (02/20)    page 2

**Bankruptcy Case of 2nd Chance Investment Group, LLC**
Case No. 8:22-bk-12142-SC

Check one box only

Accepts the plan [✓]

Rejects the plan [ ]

Dated: 12/19/23

Print or type name: ASB Ventures, LLC

Signature: _____    Title (if corporation or partnership) CEO

Address: 6852 Morehouse St
Chino, CA 91710

Claim # 26

Return this ballot to:

Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614

Ballots will be accepted by mail, facsimile to (714) 361-5380 or email to awarshaw@bwlawcenter.com. Electronic transmission is preferable.

Scanned with CamScanner

Bankruptcy Case of 2nd Chance Investment Group, LLC
Case No. 8:22-bk-12142-SC

Class [    ] Ballot for Accepting or Rejecting Plan by 2ND Chance Investment Group, LLC

2nd Chance Investment Group, LLC filed a plan of reorganization (the Plan) for the Debtor in this case. **You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [ 4 ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614 on or before December 21, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

If the voter is the holder of a secured, priority, or unsecured nonpriority claim:

The undersigned, the holder of a Class [ 4 ] claim against the Debtor in the unpaid amount of Dollars ($66) 125.00

Bankruptcy Case of 2nd Chance Investment Group, LLC
Case No. 8:22-bk-12142-SC

Check one box only

Accepts the plan [X]

Rejects the plan [ ]

Dated: 12/21/2023

Print or type name: Felipe Gutierrez Jr

Signature: *Felipe Gutierrez jr*        Title (if corporation or partnership) _____

Address: 13056 Sycamore Ave. apt. B
Chino, CA. 91710

Return this ballot to:

Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614

Ballots will be accepted by mail, facsimile to (714) 361-5380 or email to awarshaw@bwlawcenter.com. Electronic transmission is preferable.

Bankruptcy Case of 2nd Chance Investment Group, LLC
Case No. 8:22-bk-12142-SC

**Class [4] Ballot for Accepting or Rejecting Plan by 2ND Chance Investment Group, LLC**

2nd Chance Investment Group, LLC filed a plan of reorganization (the Plan) for the Debtor in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [   ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614 on or before December 21, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

If the voter is the holder of a secured, priority, or unsecured nonpriority claim:

The undersigned, the holder of a Class [4] claim against the Debtor in the unpaid amount of Dollars ($) 1,256,031.58

Official Form 314 (02/20)    page 2

<u>Bankruptcy Case of 2nd Chance Investment Group, LLC</u>
Case No. 8:22-bk-12142-SC

Check one box only

Accepts the plan [N]

Rejects the plan [ ]

Dated: 12/19/23

Print or type name: Precision Realty Fund LLC

Signature: _____ Title (if corporation or partnership) CEO

Address: 11353 Highdale St.
Norwalk, CA 90650-1135

Claim #49

Return this ballot to:

Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614

Ballots will be accepted by mail, facsimile to (714) 361-5380 or email to awarshaw@bwlawcenter.com. Electronic transmission is preferable.

Bankruptcy Case of 2nd Chance Investment Group, LLC
Case No. 8:22-bk-12142-SC

Check one box only

Accepts the plan [✓]

Rejects the plan [ ]

Dated: 12-20-2023

Print or type name: Salvador Jimenez

Signature: _____ Title (if corporation or partnership) _____

Address: 12822 Clemson Dr.
Eastvale CA 92880

**Return this ballot to:**

Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614

Ballots will be accepted by mail, facsimile to (714) 361-5380 or email to awarshaw@bwlawcenter.com. Electronic transmission is preferable.

<u>Bankruptcy Case of 2nd Chance Investment Group, LLC</u>
Case No. 8:22-bk-12142-SC

**Class [ ] Ballot for Accepting or Rejecting Plan by 2ND Chance Investment Group, LLC**

2nd Chance Investment Group, LLC filed a plan of reorganization (the Plan) for the Debtor in this case. You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [ ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614 on or before December 21, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Acceptance or Rejection of the Plan**

If the voter is the holder of a secured, priority, or unsecured nonpriority claim:

The undersigned, the holder of a Class [X] claim against the Debtor in the unpaid amount of Dollars ($225,000.00
unsecured

Plus interest of
$45,000.00

Total $270,000.00

Official Form 314 (02/20) page 2

Bankruptcy Case of 2nd Chance Investment Group, LLC
Case No. 8:22-bk-12142-SC

*Check one box only*

**Accepts the plan** [X]

**Rejects the plan** [ ]

Dated: 12/19/23

Print or type name: Aaron Zisman AKA Zisman Family Trust

Signature: Aaron Zisman    Title (if corporation or partnership) _____

Address: 18518 Daney St
Rowland Ht, Ca 91748

---

**Return this ballot to:**

Andy C. Warshaw, 1200 Main St., Suite C, Irvine, CA 92614

Ballots will be accepted by mail, facsimile to (714) 361-5380 or email to awarshaw@bwlawcenter.com. Electronic transmission is preferable.