| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andy C. Warshaw**<br>**Rich Sturdevant SBN 269088**<br>**Financial Relief Law Center, APC**<br>**1200 Main St., Suite C**<br>**Irvine, CA 92614**<br>**714-442-3319 Fax: 714-361-5380**<br>**263880 CA**<br>**awarshaw@bwlawcenter.com** | |

☐ *Individual appearing without attorney*
☑ Attorney for: Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**2nd Chance Investment Group, LLC**<br><br>Debtor. | CASE NO.: **8:22-bk-12142**<br>CHAPTER: **11**<br><br>**NOTICE OF MOTION FOR: Motion for Order Confirming Debtor's First Amended Chapter 11 Liquidation Plan**<br><br>DATE: February 8, 2024<br>TIME: 11:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 W. Fourth Street<br>          Santa Ana, CA 92701 |
|---|---|

1. TO (specify name): **All Creditors**
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.
5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    F 9013-1.1.HEARING.NOTICE

| | |
|---|---|
| Date: **January 11, 2024** | **Financial Relief Law Center, APC** |
| | Printed name of law firm |
| | **/s/ Rich Sturdevant** |
| | Signature |
| | **Rich Sturdevant** |
| | Printed name of attorney |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):   __1) Notice of Motion for: Motion for Order Confirming Debtor's First Amended Chapter 11 Liquidation Plan; 2) Motion for Order Confirming Debtor's First Amended  Chapter 11 LIquidation Plan; 3) Declaration Supporting Motion for Order Confirming Debtor's Chapter 11 Liquidation Plan With Ballot Summary__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   __1/11/24__   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amanda G. Billyard**     abillyard@bwlawcenter.com
**Jeffrey W Broker**     jbroker@brokerlaw.biz
**Stephan M Brown**     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**     cashman-kramer@sullivanhill.com, theresam@psdslaw.com
**Dane W Exnowski**     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**David M Goodrich**     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
**Daniel J Griffin**     daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**Brandon J. Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Charity J Manee**     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**     randym@cookseylaw.com
**Queenie K Ng**     queenie.k.ng@usdoj.gov
**Douglas A Plazak**     dplazak@rhlaw.com
**Arvind Nath Rawal**     arawal@aisinfo.com
**Matthew D. Resnik**     Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
**Gary B Rudolph**     rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
**Cheryl A Skigin**     caskigin@earthlink.net, caskigin@earthlink.net
**Richard L. Sturdevant**     rich@bwlawcenter.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**     fwan@raslg.com
**Andy C Warshaw**     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On   __1/11/24__   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*             Page 3             **F 9013-1.1.HEARING.NOTICE**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 11, 2024** | **Rich Sturdevant** | /s/ Rich Sturdevant |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 4      **F 9013-1.1.HEARING.NOTICE**

```
Label Matrix for local noticing          2nd Chance Investment Group, LLC          Ally Bank, c/o AIS Portfolio Services, LLC
0973-8                                    600 W. Santa Ana Blvd.                    4515 N Santa Fe Ave. Dept. APS
Case 8:22-bk-12142-SC                     PMB 5045                                   Oklahoma City, OK 73118-7901
Central District of California            Santa Ana, CA 92701-4558
Santa Ana
Wed Sep  6 15:21:40 PDT 2023

Bewley Lassleben & Miller LLP             EXP Realty                                 Financial Relief Law Center APC
13215 E Penn St Ste 510                   3122 Emery Ln                              1200 Main St., Ste C
Whittier, CA 90602-1797                   Robbins, IL 60472-2202                     Irvine, CA 92614-6749


Goe Forsythe & Hodges LLP                 Goe Forsythe & Hodges LLP                  Grobstein Teeple LLP
17701 Cowan                               17701 Cowan Bldg D Ste 210                 23832 Rockfield Blvd suite 245
Suite 210                                 Irvine, CA 92614-6840                      Lake Forest, CA 92630-2884
Irvine, CA 92614-6840


Grobstein Teeple LLP                      Keller Williams Tacoma                     Mercedes-Benz Financial Services USA LLC
Grobstein Teeple LLP                      8607 Custer Rd SW                          c/o Randall P. Mroczynski
23832 Rockfield Blvd suite 245            Lakewood, WA 98499-2566                    Cooksey, Toolen, Gage, Duffy & Woog
Lake Forest, CA 92630-2884                                                           535 Anton Boulevard, Suite 1000
                                                                                     Costa Mesa, CA 92626-7664

Official Committee of Unsecured Creditors U.S. Bank Trust National Association, not in  Wells Fargo Bank, N.A.
c/o Goe Forsythe & Hodges LLP             Robertson, Anschutz, Schneid, Crane & Pa  c/o McCarthy & Holthus, LLP
17701 Cowan                               350 10th Avenue, suite 1000                2763 Camino Del Rio South, Suite 100
Suite 210                                 San Deigo, CA 92101-8705                   San Diego CA 92108-3708
Building D
Irvine, CA 92614-6840

Santa Ana Division                        ASB Ventures LLC                           ASB Ventures LLC
411 West Fourth Street, Suite 2030,       5852 Morehouse St                          c/o Schorr Law
Santa Ana, CA 92701-4500                  Chino CA 91710                             1901 Avenue of the Stars, Suite 615
                                                                                     Los Angeles, CA 90067-6051


Aaron Zistman                             Abhishek Bhakta                            Ally
18518 Dancy St.                           31 Wings Loop                              PO Box 380902
Rowland Heights, CA 91748-4777            Lake Havasu City AZ 86403-6780             Minneapolis, MN 55438-0902


American Express                          American Express National Bank             Anand Bhakta
PO Box 96001                              c/o Becket and Lee LLP                     17409 Caliente Ave
Los Angeles, CA 90096-8000                PO Box 3001                                Cerritos CA 90703-9010
                                          Malvern  PA 19355-0701


Bhavesh Bhakta                            Comcast/Effectv                            David Guzman
9300 N Sam Houston Pkwy E Apt 11-212      PO Box 415949                              14583 McKendree Ave.
Humble TX 77396-5139                      Boston, MA 02241-5949                      Chino, CA 91710-6988


Del Toro Loan Servicing, Inc.             Deven Bhakta                               FCI
2300 Boswell Road                         10103 Olivia Terrace                       8180 E Kaiser Blvd
Suite 215                                 Sun Valley, CA 91352-4250                  Anaheim, CA 92808-2277
Chula Vista, CA 91914-3559
```

| | | |
|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Fabian & Kathy Lynn Martinez<br>13352 Marty Lane<br>Garden Grove, CA 92843-2234 | (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 |
| Felipe Gutierrez Jr.<br>13056 sycamore Ave. Apt. B<br>Chino, CA 91710-6725 | ~~Forethought Life Insurance Company~~<br>~~Fay Servicing, LLC~~<br>~~PO Box 814609~~<br>~~Dallas, TX 75381-4609~~ | Franchise Tax Board<br>PIT Bankruptcy MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Gil Hopenstand<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012-4701 | Google Adwords<br>c/o Joe Ventura<br>Commercial Collection Corp of NY<br>34 Seymour St<br>Tonawanda, NY 14150-2126 | Gregory Steven<br>37915 Marsala Dr<br>Palmdale, CA 93552-3966 |
| Hiten Ram Bhakta & Sajan Bhakta<br>c/o Schorr Law<br>1901 Avennue of the Stars<br>Suite 615<br>Los Angeles, CA 90067-6051 | Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Jatin Bhakta<br>8365 Lehigh Ave<br>Sun Valley CA 91352-3343 | Jessie and Michelle Acosta<br>13337 Nellie Ave.<br>Chino, CA 91710-7390 | Jesus Acosta And Michelle Acosta<br>13337 Nellie Avenue<br>Chino, CA 91710-7390 |
| Kiwi Capital Group LLC<br>11353 Highdale St. Norwalk, CA 90650<br>Norwalk, CA 90650-5737 | Kiwi Corp<br>Mina Bhakta<br>11353 Highdale Street<br>Norwalk, CA 90650-5737 | ~~LMF2 LP~~<br>~~c/o Gary B Rudolph Esq~~<br>~~c/o Sullivan Hill Rez & Engel APLC~~<br>~~600 B Street 17th Fl~~<br>~~San Diego CA 92101-4501~~ |
| Lamar Advertising<br>449 East Park Center Circle South<br>San Bernardino, CA 92408-2872 | ~~Lantzman Investments Inc~~<br>~~c/o Gary B Rudolph Esq~~<br>~~c/o Sullivan Hill Rez & Engel APLC~~<br>~~600 B Street 17th Fl~~<br>~~San Diego CA 92101-4501~~ | Lowes Business Acct/GECRB<br>PO Box 530970<br>Atlanta, GA 30353-0970 |
| ~~Maher Abou Khzam~~<br>~~c/o The Bankruptcy Group, P.C.~~<br>~~2408 Professional Drive~~<br>~~Roseville, CA 95661-7787~~ | Margaret Adams<br>25641 Byron S<br>San Bernardino, CA 92404-6439 | Margaret Adams<br>25641 Byron St.<br>San Bernardino, CA 92404-6439 |
| Merah LLC<br>14583 McKendree Avenue<br>Chino, cA 91710-6988 | Merah, LLC<br>7026 Edinboro Street<br>Chino, CA 91710-6961 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| ~~Mercedes-Benz Financial Services USA LLC~~<br>~~P.O. Box 5209~~<br>~~Carol Stream, IL 60197-5209~~ | Michael Chapman Sr.<br>324 W. 47th Place<br>Los Angeles, CA 90037-3235 | Michael Chapman Sr.<br>328 W. 47th Place<br>Los Angeles, CA 90037-3235 |

Midare LLC
14583 McKendree Avenue
Chino, CA 91710-6988

OMAR HOUARI
2425 SAN ANTONIO CRESCENT WEST
Upland, CA 91784-1054

Pangea Int'l Receivable Services
140 2nd Ave W.
Suite D
Kalispell, MT 59901-4417


Parin Bhakta
1237 Cranbrook Pl
Fullerton CA 92833-1406

Pramira Holdings LLC
2552 Walnut Ave
Suite 200
Tustin, CA 92780-6983

Pramira LLC
11353 Highdale St
Norwalk, CA 90650-5737


Pramira LLC
1422 Edinger Ave. Ste 250
Tustin, CA 92780-6299

Precision Realty Fund LLC
11353 Highdale St
Norwalk, CA 90650-5737

Precision Realty LLC
930 San Pablo Ave.
Suite B
San Francisco, CA 94141


Rayshon Foster
4349 South Victoria
Los Angeles, CA 90008-4903

Ronak Parikh
5851 Aloe Vera Ct
Chino Hills CA 91709-7986

Rosendo Quiroz Estorga
1004 Peachwood Crt.
Raymond, CA 93653


~~Salvador Jimenez~~
~~12822 Clemson Drive~~
~~Corona, CA 92880-3369~~

San Bernardino County
Office of the Tax Collector
268 West Hospitality Lane, 1st Floor
San Bernardino, CA 92415-0900

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250


Selene Finance
PO Box 422039
Houston, TX 77242-4239

Shawn M. Southern
1611 151st St
San Leandro, CA 94578-1955

Sima Patel
8 Thomton Ave
Greenville SC 29609-4675


Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935-4910

Staples Credit Plan
Dept. 51 7892022301
Phoenix, AZ 85062

Steven Kinsbursky
431 Terraine Avenue
Long Beach, CA 90814-1944


Straten Lending
c/o Shorr Law
1901 Avenue of the Stars Suite 615
Los Angeles, CA 90067-6051

Straten Lending Group, LLC
951 W Main St
Mesa AZ 85201-7107

Stream Kim HIcks Wrage Alfaro
3403 Tenth St.
Suite 700
Riverside, CA 92501-3641


(p)SUPERIOR LOAN SERVICING
ATTN ASSET DEFAULT MANAGEMENT
7525 TOPANGA CANYON BLVD
CANOGA PARK CA 91303-1214

Teresa Miller
827 Meridian Ave.
San Bernardino, CA 92410-1029

Thamar A. Peterson
43933 30th St. E.
Lancaster, CA 93535-5872


Thamar Peterson
43933 30 St E
Lancaster, CA 93535-5872

~~U.S. Bank Trust National Association, not in~~
~~Selene Finance LP~~
~~3501 Olympus Blvd, Suite 500~~
~~Dallas, TX 75019-6295~~

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-2678

| | | |
|---|---|---|
| United States Trustee (SA) | Vishal Bhakta | Wells Fargo Bank, N.A. |
| 411 W Fourth St., Suite 7160 | 3863 E Hermosa Vista Dr | Default Document Processing |
| Santa Ana, CA 92701-4500 | Mesa AZ 85215-1705 | MAC# N9286-01Y |
| | | P.O. Box 1629 |
| | | Minneapolis, MN 55440-1629 |
| | | |
| Zisman Family Trust | Zona AZ LLC | Zona CA, LLC |
| c/o Aaron Zisman | 3863 E Hermosa Vista Dr | 3863 E. Hermosa Drive |
| 18518 Dancy Street | Mesa AZ 85215-1705 | Mesa, AZ 85215-1705 |
| Rowland Heights, CA 91748-4777 | | |
| | | |
| Amanda G. Billyard | Andy C Warshaw | David M Goodrich |
| Financial Relief Law Center | Financial Relief Law Center, APC | Golden Goodrich LLP |
| 1200 Main St. Suite C | 1200 Main Street | 3070 Bristol St |
| Irvine, CA 92614-6749 | Ste #C | Ste 640 |
| | Irvine, CA 92614-6749 | Costa Mesa, CA 92626-3067 |
| | | |
| Douglas A. Plazak | Maher Abou Khzam | Richard L. Sturdevant |
| Reid & Hellyer, APC | c/o NewPoint Law Group, LLP | Financial Relief Law Center |
| 3685 Main Street, Suite 300 | 2408 Professional Dr | 1200 Main St. Ste C |
| P.O. Box 1300 | Roseville, CA 95661-7787 | Irvine, CA 92614-6749 |
| P.O. Box 1300 | | |
| Riverside, CA 92502-1300 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fay Servicing | Mercedes-Benz Financial Services | (d)Mercedes-Benz Financial Services |
| 8001 Woodland Center Blvd. Suite 10 | PO Box 5209 | PO Box 5260 |
| Tampa, FL 33614 | Carol Stream, IL 60197-5209 | Carol Stream, IL 60197-5260 |
| | | |
| Superior Loan Servicing | U.S. Small Business Administration | |
| 7525 Topanga Canyon Blvd | 312 N Spring Street, 5th Fl | |
| Canoga Park, CA 91303 | Los Angeles, CA 90012 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)2nd Chance Investment Group, LLC | (u)44 Realty | (u)Ally Bank |
| 600 W. Santa Ana Blvd. | | |
| PMB 5045 | | |
| Santa Ana, CA 92701-4558 | | |
| | | |
| (u)Coldwell Banker and Citrus Grove Real Esta | (u)Courtesy NEF | (u)DMC Consulting |

| | | |
|---|---|---|
| (u)Forethought Life Insurance Company | (u)Interested Party | (u)LMF2, LP |
| (u)Lantzman Investments, Inc. | (u)Remax & Coldwell Banker Northern Californi | (u)U.S. BANK TRUST NATIONAL ASSOCIATION, NOT |
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Midare, LLC<br>14583 McKendree Ave.<br>Chino, CA 91710-6988 |
| (d)Zona AZ, LLC<br>3863 E. Hermosa Vista Drive<br>Mesa, AZ 85215-1705 | (u)Keller Williams | (u)Ram Bhakta |
| (u)Sajan Bhakta | (d)Salvador Jimenez<br>12822 Clemson Drive<br>Corona, CA 92880-3369 | End of Label Matrix<br>Mailable recipients   101<br>Bypassed recipients    20<br>Total                 121 |