Amanda G. Billyard State Bar No. 256838
Andy C. Warshaw, State Bar No. 263880
Rich Sturdevant State Bar No. 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3349
Facsimile: (714) 361-5392
Email: abillyard@bwlawcenter.com
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br>　　　Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)**<br><br>**[3025 Glenview Avenue, San Bernardino, California 92407]** |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

　　**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 6004-l(g) and Federal Rules of Bankruptcy Procedure Rule 6004(f)(l), 2ND Chance Investment Group, LLC, hereby reports that the sale of real property located at 3025 Glenview Avenue, San Bernardino, California 92407, has closed in accordance with the terms of the Order entered on December 18, 2023 [Dkt No. 349].  A true and correct copy of the Escrow closing statement is attached hereto as **Exhibit 1.**

*//*

*//*

1 | **//**Dated:  January 30, 2024     FINANCIAL RELIEF LAW CENTER, APC

By: _____
AMANDA G. BILLYARD
ANDY C. WARSHAW
RICH STURDEVANT
Attorneys for 2nd Chance
Investment Group, LLC

# EXHIBIT 1



15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax: (310) 550-6130

**SELLER'S FINAL SETTLEMENT STATEMENT**

| | | | |
|---|---|---|---|
| **PROPERTY:** | 3025 Glenview Avenue<br>San Bernardino, CA 92407 | **DATE:** | January 4, 2024 |
| **SELLER:** | 2nd Chance Investment Group, LLC, a California Limited Liability Company, Bankruptcy Case No.: 8:22-bk-12142-SC | **CLOSING DATE:**<br>**ESCROW NO.:** | January 3, 2024<br>105849-AA |

| | **DEBITS** | **CREDITS** |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 290,000.00 |
| Initial Deposit paid Outside of Escrow | 20,000.00 | |
| **PAYOFF CHARGES - Fay Servicing** | | |
| **[Total Payoff $209,489.26]** | | |
| Principal Balance | 179,060.19 | |
| Interest on Principal Balance at 5.3750% from 09/01/2022 to 01/15/2024 | 14,035.70 | |
| Interest on Principal Balance from 01/15/2024 to 01/04/2024 | | 267.30 |
| Prepayment Penalty/Premium | 5,371.81 | |
| Escrow/Impound Overdraft | 6,722.12 | |
| Unpaid Late Charges | 363.25 | |
| Recoverable Corporate Advances | 4,203.49 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd 1/2 County Taxes 2023-24 at $1,436.76/semi-annually from 01/03/2024 to 07/01/2024 | | 1,420.80 |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 4,350.00 | |
| RE/MAX Time | 8,700.00 | |
| 44Realty Corporation | 4,350.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| **TITLE/TAXES/RECORDING CHARGES - Orange Coast Title Company** | | |
| Title - Owner's Title Insurance | 997.00 | |
| Title - BK Title Work Fee | 500.00 | |
| Title - BK UW Risk Fee | 750.00 | |
| Title - Messenger Fee | 44.88 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee | 15.00 | |
| Recording Certified Order Approving sale | 29.00 | |
| Transfer Tax - County to San Bernardino County | 319.00 | |
| 2nd 1/2 Taxes 2023-2024 to San Bernardino County Tax Collector | 1,436.76 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 1,000.00 | |
| Title - 1099 Processing Fee | 75.00 | |

Date:  January 4, 2024                                                                                  Escrow No.:  105849-AA

Page 2 of 2:

|  | **DEBITS** | **CREDITS** |
|---|---:|---:|
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees | 50.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 39,052.45 | |
| **TOTAL** | $ 291,688.10 | $ 291,688.10 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

| In re: | | CHAPTER: **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER: **8:22-bk-12142-SC** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C
Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **1; DEBTOR'S REPORT OF SALE OF REAL PROPERTY OF THE ESTATE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)(1) AND LOCAL BANKRUPTCY RULE 6004-1(g)  [3025 Glenview Ave., San Bernardino, CA ] ]**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/30/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amanda G. Billyard**     abillyard@bwlawcenter.com
**Jeffrey W Broker**     jbroker@brokerlaw.biz
**Stephan M Brown**     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**     cashman-kramer@sullivanhill.com, theresam@psdslaw.com
**Dane W Exnowski**     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**David M Goodrich**     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
**Daniel J Griffin**     daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**Brandon J. Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Charity J Manee**     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**     randym@cookseylaw.com
**Queenie K Ng**     queenie.k.ng@usdoj.gov
**Douglas A Plazak**     dplazak@rhlaw.com
**Arvind Nath Rawal**     arawal@aisinfo.com
**Matthew D. Resnik**     Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
**Gary B Rudolph**     rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
**Cheryl A Skigin**     caskigin@earthlink.net, caskigin@earthlink.net
**Richard L. Sturdevant**     rich@bwlawcenter.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**     fwan@raslg.com
**Andy C Warshaw**     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**:
On   **-**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**None.**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*                                                                                                                  **9013-3.1.PROOF.SERVICE**

| In re:  2nd Chance Investment Group, LLC | Debtor(s). | CHAPTER **11** CASE NUMBER **8:22-bk-12142-SC** |
|---|---|---|

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __-__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 30, 2024** | **Amanda Billyard** | **/s/ Amanda Bilyard** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**