| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SULLIVAN HILL REZ & ENGEL, APLC<br>James P. Hill, SBN 90478<br>Gary B. Rudolph, SBN 101921<br>Kathleen A. Cashman-Kramer, SBN 128861<br>600 B Street, Suite 1700 San Diego, California 92101<br>Telephone: (619) 233-4100/Fax:(619) 231-4372<br>Kcashman-kramer@Fennemorelaw.com<br><br>*Attorney for:* LMF 2 LP and Lantzman Investments, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>Debtor(s). | CASE NO.: 8:22-bk-12142-SC<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    LMF 2 LP and Lantzman Investments, Inc.

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

    Fennemore LLP

    600 B Street, Suite 1700 San Diego, California 92101

    Telephone: (619) 233-4100/Fax:(619) 231-4372
    Kcashman-kramer@Fennemorelaw.com

3. New attorney hereby appears in the following matters:  ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Sullivan Hill Rez & Engel, APLC 600 B Street, Suite 1700 San Diego, California 92101

Date: 02/02/2024

*[signature: Marc Lantzman]*

Signature of party
Marc Lantzman, President of Lantzman Investments, Inc.
Printed name of party

*[signature]*

Signature of *second* party (if applicable)
Justin Lantzman, President of General Partner, Lantzman Management, Inc. for LMF2, LP
Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 02/02/2024

*[signature]*

Signature of present attorney
Kathleen Cashman-Kramer, Sullivan Hill, APLC
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 02/02/2024

*[signature]*

Signature of new attorney
Kathleen Cashman- Kramer, Fennemore LLP
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014        Page 2        F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**SUBSTITUTION OF ATTORNEY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 2, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amanda G. Billyard    abillyard@bwlawcenter.com
- Stephan M Brown    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com
- Kathleen A Cashman-Kramer    cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Lazaro E Fernandez    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com
- Daniel J Griffin    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- Douglas A Plazak    dplazak@rhlaw.com
- Arvind Nath Rawal    arawal@aisinfo.com
- Gary B Rudolph    rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net
- Richard L. Sturdevant    rich@bwlawcenter.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Fanny Zhang Wan    fwan@raslg.com
- Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL:**
On February 2, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later

1

than 24 hours after the document is filed.

                                                Honorable Scott C. Clarkson
                                                United States Bankruptcy Court
                                                Central District of California
                                                Ronald Reagan Federal Building and Courthouse
                                                411 West Fourth Street, Suite 5130 / Courtroom 5C
**Judge – Courtesy Copy**                  Santa Ana, CA 92701-4593

**3.SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    02/02/2024       Laurel L. Dinkins                                                    /s/ *Laurel L. Dinkins*
**Date**     **Printed Name**                                                                **Signature**