# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
 2nd Chance Investment Group, LLC
**SSN:** N/A
**EIN:** 81−4146980

600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

**BANKRUPTCY NO.**  8:22−bk−12142−SC
**CHAPTER**  11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: February 12, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN−50

**383 / AUTU**