United States Bankruptcy Court
Central District of California

In re:                                                                                      Case No. 22-12142-SC
2nd Chance Investment Group, LLC                                         Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                                  User: admin                                  Page 1 of 6
Date Rcvd: Feb 12, 2024                          Form ID: ntc11pln                           Total Noticed: 101

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |
| aty | | Douglas A. Plazak, Reid & Hellyer, APC, 3685 Main Street, Suite 300, P.O. Box 1300, P.O. Box 1300 Riverside, CA 92502-1300 |
| aty | + | Financial Relief Law Center APC, 1200 Main St., Ste C, Irvine, CA 92614-6749 |
| aty | + | Goe Forsythe & Hodges LLP, 17701 Cowan Bldg D Ste 210, Irvine, CA 92614-6840 |
| cr | + | Athena Lee, 2551 E Ave S Ste G-166, Palmdale, CA 93550-6403 |
| sp | | Bewley Lassleben & Miller LLP, 13215 E Penn St Ste 510, Whittier, CA 90602-1797 |
| br | + | EXP Realty, 3122 Emery Ln, Robbins, IL 60472-2202 |
| cr | + | Geoff Trapp, 2551 E Ave S Ste G-166, Palmdale, CA 93550-6403 |
| intp | + | Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Irvine, CA 92614-6840 |
| acc | + | Grobstein Teeple LLP, Grobstein Teeple LLP, 23832 Rockfield Blvd suite 245, Lake Forest, CA 92630-2884 |
| fa | + | Grobstein Teeple LLP, 23832 Rockfield Blvd suite 245, Lake Forest, CA 92630-2884 |
| br | + | Keller Williams Tacoma, 8607 Custer Rd SW, Lakewood, WA 98499-2566 |
| intp | + | Maher Abou Khzam, c/o NewPoint Law Group, LLP, 2408 Professional Dr, Roseville, CA 95661-7787 |
| cr | + | Mercedes-Benz Financial Services USA LLC, c/o Randall P. Mroczynski, Cooksey, Toolen, Gage, Duffy & Woog, 535 Anton Boulevard, Suite 1000, Costa Mesa, CA 92626-7664 |
| crcm | + | Official Committee of Unsecured Creditors, c/o Goe Forsythe & Hodges LLP, 17701 Cowan, Suite 210, Building D Irvine, CA 92614-6840 |
| 41468411 | | ASB Ventures LLC, 5852 Morehouse St, Chino CA 91710 |
| 41382582 | + | ASB Ventures LLC, c/o Schorr Law, 1901 Avenue of the Stars, Suite 615, Los Angeles, CA 90067-6051 |
| 41382579 | + | Aaron Zistman, 18518 Dancy St., Rowland Heights, CA 91748-4777 |
| 41468444 | + | Abhishek Bhakta, 31 Wings Loop, Lake Havasu City AZ 86403-6780 |
| 41468499 | + | Anand Bhakta, 17409 Caliente Ave, Cerritos CA 90703-9010 |
| 41468515 | + | Bhavesh Bhakta, 9300 N Sam Houston Pkwy E Apt 11-212, Humble TX 77396-5139 |
| 41382583 | + | David Guzman, 14583 McKendree Ave., Chino, CA 91710-6988 |
| 41382584 | + | Del Toro Loan Servicing, Inc., 2300 Boswell Road, Suite 215, Chula Vista, CA 91914-3559 |
| 41468442 | + | Deven Bhakta, 10103 Olivia Terrace, Sun Valley, CA 91352-4250 |
| 41382585 | + | Fabian & Kathy Lynn Martinez, 13352 Marty Lane, Garden Grove, CA 92843-2234 |
| 41382587 | + | Felipe Gutierrez Jr., 13056 sycamore Ave. Apt. B, Chino, CA 91710-6725 |
| 41492566 | | Forethought Life Insurance Company, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 41433214 | + | Gil Hopenstand, 312 N Spring Street, 5th Fl, Los Angeles, CA 90012-4701 |
| 41460760 | + | Google Adwords, c/o Joe Ventura, Commercial Collection Corp of NY, 34 Seymour St, Tonawanda, NY 14150-2126 |
| 41382589 | + | Gregory Steven, 37915 Marsala Dr, Palmdale, CA 93552-3966 |
| 41382590 | + | Hiten Ram Bhakta & Sajan Bhakta, c/o Schorr Law, 1901 Avennue of the Stars, Suite 615, Los Angeles, CA 90067-6051 |
| 41468445 | + | Jatin Bhakta, 8365 Lehigh Ave, Sun Valley CA 91352-3343 |
| 41382593 | + | Jessie and Michelle Acosta, 13337 Nellie Ave., Chino, CA 91710-7390 |
| 41394724 | + | Jesus Acosta And Michelle Acosta, 13337 Nellie Avenue, Chino, CA 91710-7390 |
| 41482076 | + | Kiwi Capital Group LLC, 11353 Highdale St. Norwalk, CA 90650, Norwalk, CA 90650-5737 |
| 41382594 | + | Kiwi Corp, Mina Bhakta, 11353 Highdale Street, Norwalk, CA 90650-5737 |
| 41491473 | + | LMF2 LP, c/o Gary B Rudolph Esq, c/o Sullivan Hill Rez & Engel APLC, 600 B Street 17th Fl, San Diego CA 92101-4501 |
| 41382595 | + | Lamar Advertising, 449 East Park Center Circle South, San Bernardino, CA 92408-2872 |
| 41491472 | + | Lantzman Investments Inc, c/o Gary B Rudolph Esq, c/o Sullivan Hill Rez & Engel APLC, 600 B Street 17th Fl, San Diego CA 92101-4501 |
| 41382599 | ++ | MERCEDES BENZ FINANCIAL SERVICES, 14327 HERITAGE PARKWAY #400, FORT WORTH TX 76177-3300 address filed with court:, Mercedes-Benz Financial Services, PO Box 5260, Carol Stream, IL 60197-5260 |
| 41493326 | + | Maher Abou Khzam, c/o The Bankruptcy Group, P.C., 2408 Professional Drive, Roseville, CA 95661-7787 |

| District/off: 0973-8 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 12, 2024 | Form ID: ntc11pln | Total Noticed: 101 |

| | | |
|---|---|---|
| 41382597 | #+ | Margaret Adams, 25641 Byron S, San Bernardino, CA 92404-6439 |
| 41403287 | #+ | Margaret Adams, 25641 Byron St., San Bernardino, CA 92404-6439 |
| 41473755 | + | Merah LLC, 14583 McKendree Avenue, Chino, cA 91710-6988 |
| 41382598 | + | Merah, LLC, 7026 Edinboro Street, Chino, CA 91710-6961 |
| 41403288 | + | Michael Chapman Sr., 324 W. 47th Place, Los Angeles, CA 90037-3235 |
| 41403289 | + | Michael Chapman Sr., 328 W. 47th Place, Los Angeles, CA 90037-3235 |
| 41382601 | + | Midare, LLC, 14583 McKendree Ave., Chino, CA 91710-6988 |
| 41382602 | + | OMAR HOUARI, 2425 SAN ANTONIO CRESCENT WEST, Upland, CA 91784-1054 |
| 41403290 | + | Pangea Int'l Receivable Services, 140 2nd Ave W., Suite D, Kalispell, MT 59901-4417 |
| 41468465 | + | Parin Bhakta, 1237 Cranbrook Pl, Fullerton CA 92833-1406 |
| 41382603 | + | Pramira Holdings LLC, 2552 Walnut Ave, Suite 200, Tustin, CA 92780-6983 |
| 41382604 | + | Pramira LLC, 1422 Edinger Ave. Ste 250, Tustin, CA 92780-6299 |
| 41482083 | + | Pramira LLC, 11353 Highdale St, Norwalk, CA 90650-5737 |
| 41491915 | + | Precision Realty Fund LLC, 11353 Highdale St, Norwalk, CA 90650-5737 |
| 41382605 | | Precision Realty LLC, 930 San Pablo Ave., Suite B, San Francisco, CA 94141 |
| 41382606 | + | Rayshon Foster, 4349 South Victoria, Los Angeles, CA 90008-4903 |
| 41468422 | + | Ronak Parikh, 5851 Aloe Vera Ct, Chino Hills CA 91709-7986 |
| 41382607 | | Rosendo Quiroz Estorga, 1004 Peachwood Crt., Raymond, CA 93653 |
| 41382616 | ++ | SUPERIOR LOAN SERVICING, ATTN ASSET DEFAULT MANAGEMENT, 7525 TOPANGA CANYON BLVD, CANOGA PARK CA 91303-1214 address filed with court:, Superior Loan Servicing, 7525 Topanga Canyon Blvd, Canoga Park, CA 91303 |
| 41382608 | + | Salvador Jimenez, 12822 Clemson Drive, Corona, CA 92880-3369 |
| 41645316 | + | San Bernardino County, Office of the Tax Collector, 268 West Hospitality Lane, 1st Floor, San Bernardino, CA 92415-0900 |
| 41382611 | + | Shawn M. Southern, 1611 151st St, San Leandro, CA 94578-1955 |
| 41468501 | + | Sima Patel, 8 Thomton Ave, Greenville SC 29609-4675 |
| 41382613 | | Staples Credit Plan, Dept. 51 7892022301, Phoenix, AZ 85062 |
| 41481736 | + | Steven Kinsbursky, 431 Terraine Avenue, Long Beach, CA 90814-1944 |
| 41382614 | + | Straten Lending, c/o Shorr Law, 1901 Avenue of the Stars Suite 615, Los Angeles, CA 90067-6051 |
| 41468587 | + | Straten Lending Group, LLC, 951 W Main St, Mesa AZ 85201-7107 |
| 41382615 | + | Stream Kim HIcks Wrage Alfaro, 3403 Tenth St., Suite 700, Riverside, CA 92501-3641 |
| 41382617 | + | Teresa Miller, 827 Meridian Ave., San Bernardino, CA 92410-1029 |
| 41403291 | + | Thamar A. Peterson, 43933 30th St. E., Lancaster, CA 93535-5872 |
| 41382618 | + | Thamar Peterson, 43933 30 St E, Lancaster, CA 93535-5872 |
| 41468514 | + | Vishal Bhakta, 3863 E Hermosa Vista Dr, Mesa AZ 85215-1705 |
| 41481737 | + | Zisman Family Trust, c/o Aaron Zisman, 18518 Dancy Street, Rowland Heights, CA 91748-4777 |
| 41382619 | + | Zona AZ, LLC, 3863 E. Hermosa Vista Drive, Mesa, AZ 85215-1705 |
| 41382620 | + | Zona CA, LLC, 3863 E. Hermosa Drive, Mesa, AZ 85215-1705 |

TOTAL: 76

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Feb 13 2024 00:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 13 2024 00:39:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2024 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + Email/Text: LAROBankruptcy@SEC.gov | Feb 13 2024 00:38:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| intp | + Email/Text: RASEBN@raslg.com | Feb 13 2024 00:37:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 350 10th Avenue, suite 1000, San Deigo, CA 92101-8705 |
| cr | + Email/Text: bknotice@mccarthyholthus.com | Feb 13 2024 00:37:00 | Wells Fargo Bank, N.A., c/o McCarthy & Holthus, LLP, 2763 Camino Del Rio South, Suite 100, San Diego CA 92108-3708 |
| 41382580 | + Email/Text: ally@ebn.phinsolutions.com | Feb 13 2024 00:37:00 | Ally, PO Box 380902, Minneapolis, MN |

District/off: 0973-8 User: admin Page 3 of 6
Date Rcvd: Feb 12, 2024 Form ID: ntc11pln Total Noticed: 101

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55438-0902 |
| 41387584 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2024 00:46:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 41382581 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 00:47:06 | American Express, PO Box 96001, Los Angeles, CA 90096-8000 |
| 41390015 | | Email/PDF: bncnotices@becket-lee.com | Feb 13 2024 00:46:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41403286 | + | Email/Text: documentfiling@lciinc.com | Feb 13 2024 00:37:00 | Comcast/Effectv, PO Box 415949, Boston, MA 02241-5949 |
| 41382578 | | Email/Text: ECF@fayservicing.com | Feb 13 2024 00:38:00 | Fay Servicing, 8001 Woodland Center Blvd. Suite 10, Tampa, FL 33614 |
| 41382586 | + | Email/Text: LMitchell@myfci.com | Feb 13 2024 00:38:00 | FCI, 8180 E Kaiser Blvd, Anaheim, CA 92808-2277 |
| 41402070 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 13 2024 00:39:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41382588 | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 13 2024 00:39:00 | Franchise Tax Board, PIT Bankruptcy MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41382591 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 13 2024 00:46:42 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 41382596 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2024 00:57:19 | Lowes Business Acct/GECRB, PO Box 530970, Atlanta, GA 30353-0970 |
| 41382600 | | Email/Text: M74banko@mercedes-benz.com | Feb 13 2024 00:37:00 | Mercedes-Benz Financial Services, PO Box 5209, Carol Stream, IL 60197-5209 |
| 41494837 | + | Email/Text: M74banko@mercedes-benz.com | Feb 13 2024 00:37:00 | Mercedes-Benz Financial Services USA LLC, P.O. Box 5209, Carol Stream, IL 60197-5209 |
| 41382609 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2024 00:39:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 41382610 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2024 00:38:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 41382612 | + | Email/Text: elpasodlsc@sba.gov | Feb 13 2024 00:39:00 | Small Business Administration, 10737 Gateway West, #300, El Paso, TX 79935-4910 |
| 41433215 | | Email/Text: bankruptcynotices@sba.gov | Feb 13 2024 00:38:00 | U.S. Small Business Administration, 312 N Spring Street, 5th Fl, Los Angeles, CA 90012 |
| 41493595 | + | Email/Text: bkteam@selenefinance.com | Feb 13 2024 00:38:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 41439841 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 13 2024 00:47:03 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| br | | 44 Realty |
| cr | | Ally Bank |
| br | | Coldwell Banker and Citrus Grove Real Estate |
| intp | | Courtesy NEF |
| op | | DMC Consulting |
| cr | | Forethought Life Insurance Company |

| District/off: 0973-8 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 12, 2024 | Form ID: ntc11pln | Total Noticed: 101 |

| | | |
|---|---|---|
| intp | | Interested Party |
| br | | Keller Williams |
| cr | | LMF2, LP |
| cr | | Lantzman Investments, Inc. |
| cr | | Ram Bhakta |
| br | | Remax & Coldwell Banker Northern California |
| cr | | Sajan Bhakta |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I |
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Salvador Jimenez, 12822 Clemson Drive, Corona, CA 92880-3369 |
| 41400226 | * | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41382592 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41473756 | *+ | Midare LLC, 14583 McKendree Avenue, Chino, CA 91710-6988 |
| 41460759 | * | Staples Credit Plan, Dept. 51 7892022301, Phoenix, AZ 85062 |
| 41468560 | *+ | Zona AZ LLC, 3863 E Hermosa Vista Dr, Mesa AZ 85215-1705 |

TOTAL: 14 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda G. Billyard | on behalf of Debtor 2nd Chance Investment Group LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | on behalf of Debtor 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | on behalf of Defendant 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Brandon J. Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Bryant S Delgadillo | on behalf of Defendant JPMorgan Chase Bank N.A bryant.delgadillo@piblaw.com, marian.flores@piblaw.com |
| Charity J Manee | on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com |

| | |
|---|---|
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net |
| Christopher P. Walker | on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Christopher P. Walker | on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Daniel J Griffin | on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com |
| David M Goodrich | on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| Douglas A Plazak | on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Creditor Ram Bhakta dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com |
| Fanny Zhang Wan | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com |
| Fanny Zhang Wan | on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com |
| Gary B Rudolph | on behalf of Creditor Lantzman Investments Inc. grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com |
| Gary B Rudolph | on behalf of Creditor LMF2 LP grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com |
| Jeffrey W Broker | on behalf of Defendant Gemma's Jewelers Inc. jbroker@brokerlaw.biz |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor LMF2 LP kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor Lantzman Investments Inc. kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com |
| Lazaro E Fernandez | on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 6 of 6 |
| Date Rcvd: Feb 12, 2024 | Form ID: ntc11pln | Total Noticed: 101 |

Matthew D. Resnik
    on behalf of Defendant Sonja Foster Matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Advance Real Estate & Construction Solutions Corporation Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew S Henderson
    on behalf of Defendant JPMorgan Chase Bank N.A matthew.henderson@piblaw.com, rhonda.viers@piblaw.com

Queenie K Ng
    on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov

Randall P Mroczynski
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com

Richard L. Sturdevant
    on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com

Richard L. Sturdevant
    on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com

Robert P Goe
    on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Stephan M Brown
    on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown
    on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown
    on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Sweeney Kelly
    on behalf of Defendant American Express National Bank kelly@ksgklaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 49

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

**DEBTOR(S) INFORMATION:**
2nd Chance Investment Group, LLC
**SSN:** N/A
**EIN:** 81−4146980

600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701

**BANKRUPTCY NO.** 8:22−bk−12142−SC
**CHAPTER** 11

Notice is hereby given of the entry of an order of this Court confirming a chapter 11 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: February 12, 2024

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc11pln rev. 12/20) VAN−50

**383 / AUTU**