| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Andy C Warshaw SBN 263880<br>Rich Sturdevant SBN 269088<br>Financial Relief Law Center, APC<br>1200 Main St. Ste C<br>Irvine, CA 92614<br>T: 714-442-3319<br>F: 714-361-5380<br>awarshaw@bwlawcenter.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor in Possesion | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 23 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>2nd CHANCE INVESTMENT GROUP, LLC | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11 |
|---|---|
| | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY PROFESSIONAL OTHER THAN GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☒ **No Hearing: LBR 9013-1(o)**<br>☐ **Hearing Information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor in Possession to Employ Professional Other than General Counsel.

2. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

    a.    ☐ The Motion is granted pursuant to 11 U.S.C. ☒ § 327(a) or ☐ § 327(e).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                           Page 1                          F 2081-2.5.ORDER.EMPLOY.OTHER

    b. ☒ The Debtor in Possession is authorized to employ: <u>Citywide Realty LLC and its agent Mauricio Gonzalez</u> (Professional) effective on (*date*) <u>1/12/24</u>.

    c. The Professional will seek compensation pursuant to 11 U.S.C. ☒ § 328 or ☐ § 330

    d. ☐ The Motion is denied.

4. ☒ The Professional is a real estate broker who may be paid directly from sale escrow of the property for which the Professional was engaged.

5. ☐ Other (*specify*):

###

Date: February 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 2                           F 2081-2.5.ORDER.EMPLOY.OTHER