1  **FENNEMORE LLP**
   James P. Hill, SBN 90478
2     Gary B. Rudolph, SBN 101921
   Kathleen A. Cashman-Kramer, SBN 128861
3  600 B Street, 17th Floor
San Diego, California 92101
4  Telephone:   (619) 233-4100
Fax Number:   (619) 231-4372
5

6  Attorneys for Creditors Lantzman Investments Inc. and LMF2, LLC

7

8                **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION**

10  In re                   )  CASE NO.: 8:22-bk-12142-SC

11  2ND CHANCE INVESTMENT    )
GROUP, LLC,            )
12                      )  **STATUS REPORT AND STATEMENT**
          Debtor.       )  **OF NO OPPOSITION FILED TO THE**
13                      )  **MOTION FOR APPROVAL OF TWO**
                    )  **STIPULATIONS FOR RELIEF FROM**
14                      )  **THE AUTOMATIC STAY UNDER 11**
                    )  **U.S.C. §§ 362(d)(1) AND  362(d)(2)**
15                      )  **FOR:**

16                      )  **1. (ECF #365) 1611 A & B 151ST**
                    )  **AVENUE, SAN LEANDRO, CA 94578,**
17                      )  **APN NO. 080-0022-032-00; and**

18                      )  **2. (ECF #366) 1004 PEACHWOOD**
                    )  **COURT LOS BANOS, CA 93635, APN**
19                      )  **No. 082-282-031**

20                      )  Date:   March 13, 2024
                    )  Time:   1:30 P.M.
21                      )  Judge:   Hon. Scott C. Clarkson

22                      )  United States Bankruptcy Court
                    )  411 West Fourth Street
23                      )  Suite 5130 / Courtroom 5C
                    )  Santa Ana, CA 92701-4593
24                      )  (Via Zoom.gov)

25                      )

26  _____)

27

28

                                         1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

On February 2, 2024, as ECF 368, Creditors Lantzman Investments, Inc. and LMF2, LLC. (collectively "Creditors"),  by and through their counsel, filed their Motion ("Motion") to Approve two Stipulations with the Debtor for relief from the automatic stay under 11 U.S.C. §§ 362(d)(1) and  362(d)(2) for:  (1) (ECF #365) 1611 A & B 151ST AVENUE, SAN LEANDRO, CA 94578, APN NO. 080-0022-032-00 and (2) (ECF #366) 1004 PEACHWOOD COURT LOS BANOS, CA 93635, APN No. 082-282-031.  On February 2, 2024, the Motion was noticed for hearing (ECF #370) on March 13, 2024 at 1:30 p.m., and was served on all creditors and parties in interest. This Court set the Motion for hearing on that date and at that time.  ECF #380.

The last date for anyone to oppose the relief requested was February 28, 2024.  A review of the docket in this case reveals that no one has filed any opposition to the Motion.  As a result, Creditors respectfully request that this Court grant the Motion as prayed and permit it to upload orders granting the Motion and approving the two Stipulations (ECF #s 365 and 366).

Respectfully submitted,

Dated:  March 1, 2024          FENNEMORE LLP


By:    */s/ Kathleen A. Cashman-Kramer*
       Gary B. Rudolph
       Kathleen A. Cashman-Kramer
       Attorneys for Secured Creditors
       Lantzman Investments, Inc. and LMF2 LLC

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 600 B Street, Suite 1700 San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

**STATUS REPORT AND STATEMENT OF NO OPPOSITION FILED TO THE MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY (ECF #234)37915 MARSALA DR., PALMDALE, CA 93552, APN NO. 3023-073-011; FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY (ECF #233) 730 & 732 East 78th STREET LOS ANGELES, CA APN NO. 6023-031-025; and FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY (ECF#232) 43933 30th STREET EAST, LANCASTER, CA 93535 APN NO. 3150-050-021; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/01/2024          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amanda G. Billyard    abillyard@bwlawcenter.com**
- **Stephan M Brown    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com**
- **Kathleen A Cashman-Kramer    cashman-kramer@sullivanhill.com, theresam@psdslaw.com**
- **Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com**
- **Lazaro E Fernandez    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **David M Goodrich    dgoodrich@go2.law, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com;gestrada@wgllp.com**
- **Daniel J Griffin    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com**
- **Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com**
- **Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com**
- **Randall P Mroczynski    randym@cookseylaw.com**
- **Queenie K Ng    queenie.k.ng@usdoj.gov**
- **Douglas A Plazak    dplazak@rhlaw.com**
- **Arvind Nath Rawal    arawal@aisinfo.com**
- **Gary B Rudolph    rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com**
- **Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net**
- **Richard L. Sturdevant    rich@bwlawcenter.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**
- **Christopher P. Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com**
- **Fanny Zhang Wan    fwan@raslg.com**
- **Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com**
- **Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com**

2

45752857.1/533149.0001

**2. SERVED BY UNITED STATES MAIL**:

On (*date*) 03/01/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Judge – Courtesy Copy** | Honorable Scott C. Clarkson |
| | United States Bankruptcy Court |
| | Central District of California |
| | Ronald Reagan Federal Building and Courthouse |
| | 411 West Fourth Street, Suite 5130 / Courtroom 5C |
| | Santa Ana, CA 92701-4593 |
| **Residents of Real Property** | Shawn Southern |
| | 1611 151st Avenue |
| | San Leandro CA 94578 |
| | |
| | Rosendo Quiroz Estroga |
| | 1004 Peachwood Court |
| | Los Banos, CA 93635 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)

_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued
   on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/01/2024 | Laurel Dinkins | /s/ Laurel Dinkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

3

45752857.1/533149.0001