Robert P. Goe – State Bar No. 137019
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
cmanee@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br><br>Debtor and Debtor-in-possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11 Proceeding<br><br>**SECOND AND FINAL PRE-CONFIRMATION APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; DECLARATIONS OF ROBERT P. GOE AND SAJAN BHAKTA IN SUPPORT THEREOF**<br><br>Date:       April 30, 2024[1]<br>Time:       10:00 a.m.<br>Courtroom: 5C – Via Zoom.gov<br>             United States Bankruptcy Court<br>             411 West Fourth Street<br>             Santa Ana, CA 92701-4593<br>             (Via Zoom) |

---

[1] Via Zoom.gov

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

Pursuant to the provisions of 11 U.S.C. §§ 330 and 331, Goe Forsythe & Hodges LLP (the "Firm" or "GF&H") hereby files this *Second and Final Pre-Confirmation Application for Compensation and Reimbursement of Expenses of Goe Forsythe & Hodges LLP, Counsel for the Official Committee of Unsecured Creditors* ("Application") for the period from November 11, 2023 through April 5, 2024 (the "Application Period"), in the representation of the Official Committee of Unsecured Creditors ("Committee") in the above captioned case.

The Firm has taken all required actions to advocate for unsecured creditors through representation of the Committee, which resulted in a confirmation Order entered February 12, 2024 ("Confirmation Order") [Docket No. 381] confirming Debtor's First Amended Liquidating Plan as Amended ("Plan") [Docket No. 296] on a consensual basis. This Application is for pre-Plan effective date fees and expenses and the Firm will seek additional post-confirmation fees as provided for in the Plan. More specifically, the Plan provides for the Committee to stay in place being represented by the Firm to pursue avoidance actions as previously authorized by stipulation and Order approved by the Court. In particular, within approximately one month of the Committee's formation and the Firm's retention, a stipulation was negotiated and approved by the Court to allow the Committee standing to bring avoidance actions (which rights are preserved in the Plan and Confirmation Order). Since then, the Committee has filed the following actions:

1.  Committee v. Rayshon Andrew Foster ("R. Foster"), Sonja Foster ("S. Foster") and Advanced Real Estate & Construction Solutions, Adversary Case No. 8:23-ap-01110-SC, seeking to avoid and recover over $2 million in fraudulent transfers;

2.  Committee v. Gemma's Jewelers, Inc., d/b/a Gemma Jewelers, R. Foster and S. Foster, Adversary Case No. 8:23-ap-01111-SC, seeking to avoid and recover $72,000 in fraudulent transfers;

3.  Committee v. American Express National Bank, R. Foster and S. Foster, Adversary Case No. 8:23-ap-01124-SC, seeking to avoid and recover $2,341,360 in fraudulent transfers as well as disallowance of Proof of Claim No. 2-1 in the amount of

$227,492.42; and

4.   Committee v. JPMorgan Chase Bank, N. A., R. Foster and S. Foster, Adversary Case No. 8:23-ap-01125-SC, seeking to avoid and recover $138,000 in fraudulent transfers.

5.   Committee v. Discovery Bank and Fosters, Adversary Case No. 8-24-ap-01020, seeking to avoid and recover $19,120.68 in fraudulent transfers.

6.   Committee v. Walker Law Group and Fosters, Adversary Case No. 8:24-ap-01021, seeking to avoid and recover $145,598 in fraudulent transfers.

7.   Committee v. Superior Coins and Fosters, Adversary Case No. 8:24-ap-01022, seeking to avoid and recover $79,627.08 in fraudulent transfers.

The Committee's pursuit of these avoidance actions has, at times, been hindered by the Fosters' lack of cooperation, but the Committee intends to file additional actions.

At the outset of the case, Debtor's valuations appeared to indicate there was substantial equity in Debtor's real property assets.  However, as the case has progressed and lenders have filed stay motions, many of which have been resolved by consensual stipulation, it appears less likely the real estate will provide substantial recovery as to the nearly $10 million in claims and litigation recoveries being pursued by the Committee will be far more important.

As noted, the Committee worked with Debtor towards a consensual liquidation plan that preserves the Committee's right to pursue the litigation claims.

This Application is made and based upon the Memorandum of Points & Authorities and the Declarations of Robert P. Goe and Sajan Bhakta, all pleadings on file in this case, and all evidence, both oral and written, that may be submitted prior to or at the time of the hearing on this Application.

**WHEREFORE**, GF&H requests that this Court enter its order:

1.      Awarding GF&H as final compensation for professional services rendered in the total amount of $59,915.50 for fees, and total expenses in the amount of $112.88 during the Application Period, for a total of $60,028.38, and authorizing the Debtor to pay such award;

2.      Confirming as final the fees of $137,848.50 and expenses of $1,945.70 for a total

of $139,794.20 awarded pursuant 1st Interim Application Order approved by Order entered on

December 7, 2023 [Docket No. 332] ("First Fee Order");

       3.      Confirming as final the awards in this Application and the First Fee Order; and

       4.      Granting GF&H such other and further relief as the Court may deem just and

proper under the circumstances of this case.

Respectfully submitted,

Dated: April 9, 2024

**GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
Robert P. Goe
Charity J. Manee
Counsel for the Official Committee of
Unsecured Creditors

**MEMORANDUM OF POINTS & AUTHORITIES**

As a result of the Firm's extensive efforts, considerable value is in the process of being unlocked in the bankruptcy case. The Firm submits that the compensation and costs requested in this Application are for services that were reasonable, entirely necessary, and beneficial to the estate. Accordingly, the Firm respectfully requests that the Court award the Firm final compensation for professional services rendered in the total amount of $59,915.50 and total costs in the amount of $112.88 during the Application Period, for a total award of $60,028.38 and confirm as final the 1st Fee Order.

I.    **FACTUAL BACKGROUND**

A.    **The Debtor, Appointment of Committee, and Retention of the Firm**

On December 21, 2022, the Debtor filed a voluntary petition for bankruptcy under chapter 11 of the Bankruptcy Code, which initiated this bankruptcy case.

On February 6, 2023, the United States Trustee ("UST") appointed the Committee [Docket No. 38].

On February 7, 2023, the UST amended its appointment the Committee. The Committee is comprised of six (6) creditors [Docket No. 39].

On February 14, 2023, the Firm filed its application to be employed as counsel to the Official Committee of Unsecured Creditors ("Committee") [Docket No. 51], which was granted by Order entered March 10, 2023 [Docket No. 70].

As noted above, after significant negotiations with Debtor and UST on March 22, 2023, the Firm filed the Stipulation Between Debtor and the Committee Granting Standing to Pursue Certain Avoidance Actions on Behalf of the Estate [Docket No. 76] ("Committee Stipulation"), which was granted the same day [Docket No. 77]. As noted, the Committee stipulation vests the Committee with the estate claims to bring avoidance and other actions against non-Committee members, which post-confirmation authority was confirmed in the Plan and Confirming Order.

On May 17, 2023, the Firm filed the Committee's response [Docket No. 151] to the stipulation between Debtor and Salvador Jimenez Resolving Debtor's First Omnibus Objections to Claims 8-25 [Docket No. 116].

1    On May 18, 2023, the Committee filed its Joinder [Docket No. 154] to the Response

2    Regarding the Automatic Stay filed by Debtor [Docket No. 129].

3    On August 1, 2023, the Committee filed its response [Docket No. 206] to the Motion to

4    Approve Stipulation Resolving Motion from Relief from the Automatic Stay [Docket No. 187].

5    On August 4, 2023, the Committee withdrew its response [Docket No. 207] to the

6    stipulation between Debtor and Salvador Jimenez Resolving Debtor's First Omnibus Objections

7    to Claims 8-25 [Docket No. 116].

8    On August 30, 2023, the Committee filed an objection [Docket No. 226] to Debtor's First

9    Amended Disclosure Statement Describing Chapter 11 Liquidating Plan Dated May 10, 2023

10   [Docket No. 208], but as noted after much negotiation an agreed Plan was filed and Confirmation

11   Order entered.

12   On October 2, 2023, the Committee filed an adversary complaint for avoidance of

13   transfers, etc., against Rayshon Andrew Foster, Sonja Foster, Advance Real Estate &

14   Construction Solutions, Corporation [Docket No. 254].

15   On October 2, 2023, the Committee filed an adversary complaint for avoidance of

16   transfers, etc. against Gemma's Jewelers, Inc., dba Gemma Jewelers, Rayshon Andrew Foster and

17   Sonja Foster [Docket No. 255].

18   On November 6, 2023, the Committee filed an adversary complaint for recovery of

19   money/fraudulent transfer against American Express National Bank, and Rayshon Andrew Foster

20   [Docket No. 288], which settlement efforts are under way.

21   On November 6, 2023, the Committee filed an adversary complaint for recovery of

22   money/fraudulent transfer against JPMorgan Chase Bank, N.A., Rayshon Andrew Foster and

23   Sonja Foster [Docket No. 289], which preliminary discussions are taking place.

24   On November 7, 2023, the Committee filed a request for entry of default as to Gemma's

25   Jewelers, Inc., which default the clerk entered on November 9, 2023 [Docket No. 18], but

26   eventually set aside.

27

28

1    Working together with Debtor the parties reached agreement on the Disclosure Statement,

2    filed November 14, 2023 [Docket No. 296] pursuant to Order entered November 13, 2023

3    [Docket No. 295] and the Plan was confirmed.

4    On November 15, 2023, the Firm filed its First Interim Application for Fees and Expenses

5    [Docket No. 301], along with an amended notice thereto [Docket No. 302], and a errata to the

6    Firm's First Interim Application [Docket No. 303], which fees were granted by Order entered

7    December 7, 2023 [Docket No. 332].

8    On November 21, 2023, the Firm filed the Declaration of Robert P. Goe in support of the

9    First Interim Application [Docket No. 317].

10    On February 8, 2024, the Firm filed a fraudulent transfer complaint against Discover Bank

11    and the Fosters [Docket No. 373].

12    On February 8, 2024, the Firm filed a fraudulent transfer complaint against Walker Law

13    Group and the Fosters [Docket No. 374].

14    On February 8, 2024, the Firm filed a fraudulent transfer complaint against Superior Coins

15    and the Fosters Docket No. 375].

16    The Firm continues to investigate additional avoidance actions and litigate / negotiate

17    resolution of pending avoidance actions.

18    **II.    ARGUMENT**

19    **A.    The Firm Has Complied with the Requirements of LBR 2016-1**

20    The Goe Declaration sets forth all information required pursuant to Local Bankruptcy Rule

21    2016-1, including the present status of the case and a narrative summarizing the services

22    performed by the Firm on behalf of the Committee and the resulting benefits to the estate and its

23    creditors.

24    The Goe Declaration also addresses the Firm's compliance with the Guide to Applications

25    For Professional Compensation ("Fee Guide") of the Office of the United States Trustee, and

26    conforms with its requirements.

27    **B.    The Court is Authorized to Award Interim and Final Compensation**

28    Section 331 of the United States Bankruptcy Code authorizes the allowance of interim

7

compensation and reimbursement for expenses.  Section 330 of the United States Bankruptcy

Code provides that the Court may award to the attorney reasonable compensation for actual,

necessary services rendered by the attorney, based on the time, the nature, the extent and the

value of such services, and the cost of comparable services to a non-debtor, as well as

reimbursement of the actual, necessary expenses expended by the attorney on behalf of the

Committee.  The respected treatise on bankruptcy law, Collier on Bankruptcy, offers the

following standard for the allowance of interim compensation and reimbursement for expenses:

> [A] court may allow interim compensation under Section 331 in an amount equal
> to the actual services rendered by the applicant prior to the date of the fee request,
> i.e., full compensation.  This would include compensating attorneys and other
> professional persons at the full value of the professional services rendered so long
> as the interim compensation allowed otherwise comports with the requirements of
> Section 330.

2 Collier on Bankruptcy, 15th Ed. ¶331.03.

The Firm will request compensation for time spent in the preparation of this Application

pursuant to In re Nucorp Energy, Inc., 764 F.2d 655, 662 (9th Cir. 1985).

**III.    CONCLUSION**

Based on the time spent on this matter, the complexity of the issues involved, the results

achieved and the experience of counsel, the Firm requests that the Court approve this

Application as prayed and order payment from funds in the estate.


DATED:  April 9, 2024                    Respectfully submitted by,

                                         **GOE FORSYTHE & HODGES LLP**


                                         By:/s/Robert P. Goe_____
                                              Robert P. Goe
                                              Attorneys for the Official Committee of
                                              Unsecured Creditors

8

# DECLARATION OF ROBERT P. GOE

I, Robert P. Goe, am an attorney employed by Goe Forsythe & Hodges LLP (the "Firm"), general counsel to the Official Committee of Unsecured Creditors ("Committee") in the bankruptcy case of 2ND Chance Investment Group, LLC ("Debtor"). Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to testify, I would competently testify hereto. I make this declaration in support of the *Second and Final Application for Compensation and Reimbursement of Expenses of Goe Forsythe & Hodges LLP, Counsel for the Official Committee of Unsecured Creditors* ("Application"), to which this declaration is attached. Any terms not otherwise defined herein have the same meaning as they do in the Application.

1.     I am a partner of the Firm and am authorized to make this declaration on behalf of the Firm.

2.     The Firm is a limited liability partnership, which has offices in Irvine, California. All attorneys appearing in this case are duly licensed to practice in the courts of the State of California and various United States District Courts, including the Central District of California. The Firm specializes in the fields of bankruptcy, corporate reorganization, insolvency law and business litigation.

3.     The facts set forth in the preceding Memorandum of Points & Authorities are incorporated herein by reference.

4.     On March 10, 2023, the Court entered the Order authorizing the Firm's employment as general counsel to the Committee [Docket No. 70]. The Firm has performed those legal services necessary to assist the Committee and the estate for the benefit of all creditors in moving this case forward.

5.     The Firm has received partial payment on the 1st Fee Order in the total amount of $66,656.70.

## COMPENSATION REQUESTED BY THE FIRM

6.     By this Application, the Firm is requesting approval of the sum of $59,915.50 for fees for professional services rendered to the Committee, and for reimbursement of expenses in the sum of $112.88 for the period from November 11, 2023, through April 5, 2024 (the

"Application Period").

7.  A copy of the Firm's resume, including the education, qualifications, and experience levels of the members of the Firm performing services in this case is on file.

8.  Attached hereto as **Exhibit "1"** are the detailed time records of the Firm detailing the time and costs expended during its representation of the Committee in this bankruptcy case. These records consist of computer printouts in the form of billing statements prepared and forwarded to the Trustee, in the ordinary course of practice by the Firm. Time records are prepared on a daily basis by the attorneys and legal assistants of the Firm, whether or not the clients are bankruptcy clients. Time is measured on a tenth of an hour basis. The billing statements contain a chronological summary of the time spent and services rendered to the Committee by the Firm in this case. The billing statements in this case are set forth under the Firm's file and include services rendered during the Application Period, and expenses incurred on behalf of the Committee during the Application Period.

9.  This Application complies with the Employment Guide of the Office of the United States Trustee.

10.  The Firm is aware of the requirement of the U.S. Trustee Fee Guide II(A)(11) that requires a written statement by the client that it has reviewed the billing, which will be provided by the Bhakta Declaration.

11.  In compliance with the requirements of the United States Trustee Fee Guide, the Firm has created separate categories for the types of services rendered to the Committee. A summary of the breakdown of services and the coding for such services is as follows:

    1 - Costs Advanced

    49 - Services Performed/Other Professionals

    50 - Asset Analysis and Recovery

    51 - Asset Disposition

    52 - Business Operations

    53 - Case Administration

    54 - Claims Administration and Objections

1    55 - Employee Benefits/Pensions

2    56 - Fee/Employment Applications

3    57 - Fee/Employment Objections

4    58 - Financing

5    59 - General Litigation

6    60 - Meeting of Creditors

7    61 - Plan and Disclosure Statement

8    12.    The following is a breakdown of the time spent and fees incurred in each category

9    of service to which professional time was billed during the Application Period.

10    **A.    Services Performed on Behalf of Other Professionals (Category 49).**

11    In this category, the Firm spent a total of zero (0) hours and incurred a total of $0.00 in

12    professional fees.

13    **B.    Asset Analysis and Recovery (Category 50).**

14    The Firm spent a total of 5.50 hours and incurred a total of $3,060.50 in professional

15    fees in this category.  During this Application Period and the 1st Application Period, the Firm

16    spent substantial time in this category by conducting a detailed analysis of the real estate owned

17    by the Debtor and its potential value for creditors as well as its in depth investigation of

18    potential avoidance actions and other possible financial assets primarily consisting of potential

19    litigation claims. With respect to real property, the Firm reviewed and analyzed substantial

20    documentation from the Debtor regarding its holdings, documentation sourced from third

21    parties regarding the real properties, including property reports, transaction history, UST

22    compliance documents and information revealed in court filings. With respect to the

23    Committee's investigation of and pursuit of potential avoidance claims, the Firm reviewed

24    voluminous documentation including financial documents including approximately five

25    hundred (500) pages of bank and credit card statements, real estate transactional documents

26    including property reports, escrow documents, and other related documentation gathered from

27    multiple sources as well as relevant court filings. The Firm communicated via telephone and

28    written correspondence with numerous third parties including but not limited to the Office of

the UST, the Debtor's counsel, Committee members, counsel for individual creditors in the course of its investigation and analysis of the potential assets of the Debtor's estate, including avoidance actions.  The Firm prepared internal memoranda and memoranda for consideration by the Committee of its analyses and continuously followed up for further information as needed.

The Firm corresponded with Walker Law regarding avoidance action, reviewed correspondence from J. Keyes re Walker Law invoices, corresponded with Chair re claims against Lamar with review of backup, corresponded with Bhakta re deposition of Fosters and Lamar Advertising claims, and further reviewed and analyzed Debtor's financial records re payment to Lamar Advertising.  The Firm also analyzed and reviewed Morgan Law documents for avoidance action, analyzed and reviewed Ram memoranda re bank documents and PI memoranda re bank accounts.

The Firm reviewed and analyzed issues raised by R. Foster's public Instagram account for Debtor offering investor advice, securities, and featuring several luxury vehicles with the Debtor's logo thereon.  The Firm reviewed and analyzed Debtor's analysis of insider transfers.

During this Application Period, the Firm continues to investigate the Fosters and other third parties with review of backup documents.

In sum, the Firm has thoroughly investigated the status of the estate's assets and potential avoidance actions in an effort to maximize the recovery to the estate.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 2.80 | $1,666.00 |
| Charity J. Manee, Esq. | $535.00 | 2.20 | $1,177.00 |
| Brandon J. Iskander, Esq. | $435.00 | 0.50 | $217.50 |
| **TOTAL:** | | **5.50** | **$3,060.50** |

The blended hourly rate for services in this category is $521.67.

C.    <u>Asset Disposition (Category 51).</u>

The Firm spent a total of 4.00 hours and incurred a total of $2,320.00 in professional

fees in this category.

Debtor's business model involved investment in distressed real estate using funds from third party non-institutional lenders. When the Debtor filed this bankruptcy case, it disclosed ownership of 13 parcels of real property and has been attempting to sell these properties as its primary source of funding to repay Debtor's creditors holding substantial debt. These properties were universally encumbered by secured debt, and Debtor has lacked the funds to make any debt service during this case, prompting various lenders to file motions for relief from the automatic stay and in some instances, reaching stipulations with the Debtor for stay relief. A handful of motions have been filed by the Debtor to sell certain real properties.

The Firm has expended time in this category analyzing the filings relating to the disposition of real properties by sale or proposed stay relief and has also conducted due diligence related to the equity in properties which were to be disposed of via motion or stipulation. The Firm has communicated regularly with the Committee regarding proposed dispositions of properties, made inquiries of the Debtor and its Chief Reorganization Officer ("CRO") about relevant properties and alleged impediments to the disposition of Debtor's properties, due to landlord/tenancy issues.

During this Application Period, the Firm continued to review sale filings and other related matters and consult with the Committee for any comments or objections.

In sum, the Firm has conducted ongoing work in this category to understand and keep the Committee apprised of the unfolding events related to asset disposition as this is a central feature of Debtor's case, in an effort to maximize creditor recoveries and ensure the best outcome for the estate.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 3.00 | $1,785.00 |
| Charity J. Manee, Esq. | $535.00 | 1.00 | $535.00 |
| **TOTAL:** | | **4.00** | **$2,320.00** |

The blended hourly rate for services in this category is $580.

**D.    Business Operations (Category 52).**

The Firm spent a total of 2.60 hours and incurred a total of $1,499.00 in professional fees in this category.

The Firm has paid very close attention to Debtor's reported operations, sources of income, and expenses.  All of the relatively minimal but necessary time the Firm has expended in this category has related to its review of Debtor's operating reports and communications with the UST and the Committee regarding these reports and Debtor's reporting requirements related to its business operations.

During this Application Period, the Firm continued to monitor Debtor and the CRO's filings.

In sum, the Firm has at all times closely reviewed Debtor's operations to assure the maximum return to creditors.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 1.80 | $1,071.00 |
| Charity J. Manee, Esq. | $535.00 | 0.80 | $428.00 |
| **TOTAL:** | | **2.60** | **$1,499.00** |

The blended hourly rate for services in this category is $565.00.

**E.    Case Administration (Category 53).**

The Firm spent a total of 0.50 hours and incurred a total of $297.50 in professional fees in this category.

The Firm's time spent in this category has primarily consisted of reviewing filings relating to the administration of Debtor's case, including but not limited to status reports and filings by the Debtor's CRO that relate to the progress of his efforts and administration of the estate as the primary acting representative of the Debtor, and communicating with the Debtor, the Office of the United States Trustee and Committee members about the administration of Debtor's case.   During this Application Period, the Firm reviewed CRO filings, Foster

declaration and Orders.

The Firm, at all times, kept the Committee fully informed as to developments in the case and strategy with estate's assets.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 0.50 | $297.50 |
| **TOTAL:** | | **0.50** | **$297.50** |

The blended hourly rate for services in this category is $595.00.

**F.    Claims Administration and Objections (Category 54).**

The Firm spent a total of 0.40 hours and incurred a total of $238.00 in professional fees in this category.

In the First Application Period, the Firm spent substantial time reviewing the most important claims against the estate, including the claims asserted by the IRS, secured lenders, claims possible related to avoidance actions or revealing avoidance objections or Section 502(d) objections. Debtor has a sizeable creditor body with 58 claims having been filed to-date.

The Firm took reasonable action to review claims, identify objections particularly related to avoidance actions, and to keep the Committee apprised of the characteristics of the Debtor's creditor body revealed by filed claims.

During this Application Period, the Firm reviewed and consulted with Debtor on tax and administrative claims.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 0.40 | $238.00 |
| **TOTAL:** | | **0.40** | **$238.00** |

The blended hourly rate for services in this category is $595.

**G.    Employee Benefits/Pensions (Category 55).**

In this category, the Firm spent a total of zero (0) hours and incurred a total of $0.00 in professional fees.

**H.**    **Fee/Employment Applications (Category 56).**

The Firm spent a total of 12.70 hours and incurred a total of $7,322.50 in professional fees in this category.

The Firm filed its application to be employed as counsel to Committee [Docket No. 51], which was granted by Order entered March 10, 2023 [Docket No. 70].  The Firm has spent a substantial amount of time in preparing this detailed Application, as well as time on the 1st Fee Application.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 8.80 | $2,086.50 |
| Charity J. Manee | $535.00 | 3.90 | $5,236.00 |
| **TOTAL:** | | **12.70** | **$7,322.50** |

The blended hourly rate for services in this category is $580.

**I.**    **Fee/Employment Objections (Category 57).**

The Firm spent a total of 57HOURS hours and incurred a total of $57FEES in professional fees in this category.  In this category, the Firm performed the following types of tasks:

(1) Consulted with the UST re global fee accommodations and preparing a declaration to confirm.

(2) Review of employment applications for Debtor's estate professionals including brokers, accountants, unlawful detainer counsel, and others.

(3) Correspondence with the Committee members regarding Debtor's proposed employment of professionals.

(4) Review of orders employing professionals.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 3.30 | $1,963.50 |
| Charity J. Manee, Esq. | $535.00 | 0.20 | $107.00 |

| TOTAL: | | 3.50 | $2,070.50 |
|---|---|---|---|

The blended hourly rate for services in this category is $580.

**J.       Financing (Category 58).**

In this category, the Firm spent a total of zero (0) hours and incurred a total of $0.00 in professional fees during this Application Period.  In the 1st Application, the Firm incurred time related to review of cash collateral stipulations filed and communication with the UST regarding liens asserted by a major secured creditor.

**K.       General Litigation (Category 59).**

The Firm spent a total of 64.10 hours and incurred a total of $36,285.50 in professional fees in this category.  During this Application Period, the Firm spent substantial time investigating and filing the seven avoidance actions seeking millions of dollars in recovery.

As noted above, the Debtor's overall strategy in this case has been liquidation of its real property holdings. Unfortunately, Debtor has had minimal success and the pursuit of litigation claims by the Committee is proving to likely provide a greater source of recovery to creditors.

In this category, the Firm spent substantial time first negotiating to obtain standing to pursue avoidance claims since the Debtor's insiders, the Fosters, were a likely target of avoidance claims and unlikely to pursue claims against themselves or that could negatively impact them. The Firm spent time relating to negotiating and preparing the stipulation conferring standing on the Committee and a substantial amount of time understanding the nature of the possible insider claims that the estate might hold. The Firm also spent substantial time investigating the Debtor's financial dealings and identifying valuable avoidance claims. The Firm has spent time communicating with the Committee about these litigation claims and the status of them. The Firm has spent substantial time communicating with the Debtor relating to demands for documents and information from the Debtor. The Debtor initially was somewhat cooperative in furnishing bank statements and related documents but as the case progressed and requests became more specific, the Debtor's principals, the Fosters, have refused to respond. Debtor's counsel alluded for a period of time that requests would be responded to and more recently, during the substantial follow up conversations, has indicated cooperation is not likely to be forthcoming. Nevertheless, the Firm

was able to prepare a comprehensive analysis of valuable avoidance claims based on the fruits of the Committee's investigation spearheaded by the Firm and has filed avoidance actions seeking recovery of more than $4 million from the Fosters, with egregious and specific factual allegations against them, and has identified various claims against third parties relating to the Foster's apparent misconduct in managing the Debtor. As a direct result of the foregoing, the Committee has filed the following actions:

As a direct result of the foregoing, the Committee filed the following actions:

1. Committee v. R. Foster, S. Foster and Advanced Real Estate & Construction Solutions, Adversary Case No. 8:23-ap-01110-SC, seeking to avoid and recover over $2 million in fraudulent transfers;

2. Committee v. Gemma's Jewelers, Inc., d/b/a Gemma Jewelers, R. Foster and S. Foster, Adversary Case No. 8:23-ap-01111-SC, seeking to avoid and recover $72,000 in fraudulent transfers;

3. Committee v. American Express National Bank, R. Foster and S. Foster, Adversary Case No. 8:23-ap-01124-SC, seeking to avoid and recover $2,341,360 in fraudulent transfers as well as disallowance of Proof of Claim No. 2-1 in the amount of $227,492.42; and

4. Committee v. JPMorgan Chase Bank, N. A., R. Foster and S. Foster, Adversary Case No. 8:23-ap-01125-SC, seeking to avoid and recover $138,000 in fraudulent transfers.

5. Committee v. Discovery Bank and Fosters, Adversary Case No. 8-24-ap-01020, seeking to avoid and recover $19,120.68 in fraudulent transfers.

6. Committee v. Walker Law Group and Fosters, Adversary Case No. 8:24-ap-01021, seeking to avoid and recover $145,598 in fraudulent transfers.

7. Committee v. Superior Coins and Fosters, Adversary Case No. 8:24-ap-01022, seeking to avoid and recover $79,627.08 in fraudulent transfers.

The entries under this category pertaining to litigation reflect all of the work related to these efforts to date.

In sum, the Firm's efforts on litigation have been critical to providing a source of recovery to creditors in light of the valuable claims uncovered via investigation, many of which are already being pursued via active litigation, and the claims that have been identified and will be the subject of active litigation forthwith.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 33.20 | $19,754.00 |
| Charity J. Manee, Esq. | $535.00 | 30.90 | $16,531.50 |
| **TOTAL:** | | **64.10** | **36,285.50** |

The blended hourly rate for services in this category is $580.

**L.    Meetings of Creditors (Category 60).**

The Firm spent a total of 0.90 hours and incurred a total of $535.50 in professional fees in this category.

As discussed above, there have been numerous filings by the Firm in this case and active involvement by the Firm behind the scenes consulting with the Committee as to the best strategy for administering the estate's assets for the benefit of creditors. The Application sets out in detail the Firm's role in every facet of the case, which took a great deal of time. During this Application Period, the Firm, communicated with Committee Chairman and reviewed status reports.

In this category, in the 1st Application Period, the Firm attended the 341(a) hearings and remained in constant communication with the Committee members as to the status of Debtor's case and the numerous matters filed. The Firm has billed in this category much of the communications with the Committee by phone and email arising out of the 341(a) Meeting.

Among other things, the Firm:

(1)    Attended multiple 341(a) hearings on behalf of the Committee and prepared extensive questioning.

(2)    Review of documents produced by the Debtor in connection with the 341(a) hearings and followed up on those to be produced.

(3)    Constant communications with the Committee regarding the Debtor's assets and liabilities.

(4)    Correspondence with the Debtor's counsel and the Office of the UST re 341(a) hearings and production of documents.

(5)    Attendance at Court status conference and review of related status filings.

In sum, the Firm took all necessary action for the Committee to uphold its duties to the creditors of the estate.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 0.90 | $535.50 |
| **TOTAL:** | | **0.90** | **$535.50** |

The blended hourly rate for services in this category is $595.

**M.    Disclosure Statement and Plan (Category 61).**

The Firm spent a total of 61HOURS hours and incurred a total of $61FEES in professional fees in this category.  As noted, after much negotiation and Disclosure Statement and Plan revisions, a consensual Plan was reached to allow for the Committee to continue to pursue avoidance actions and made distribution to creditors of recoveries.

In this category, the Firm provided substantial support to the Debtor by providing extensive commentary and feedback on its numerous iterations of its disclosure statement and plan, including various detailed redlining's of Debtor's prepared documents. The Firm also prepared necessary filings in response to the Debtor's plan and disclosure statement filings, since the Debtor put forth iterations of these documents containing materially problematic terms. The Firm assisted the Committee in resolving many if not all of these issues and during this process, maintained regular communications with Debtor's counsel, the CRO, the Committee chair, and creditors regarding these filings. Additionally, the Firm reviewed all filings related to the Debtor's disclosure statement and plan, including all iterations, to be able to adequately inform the Committee and respond to the same.  The Firm attended multiple hearings on the Debtor's disclosure statement iterations.

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|
| Robert P. Goe, Esq. | $595.00 | 5.80 | $3,451.00 |
| Charity J. Manee, Esq. | $535.00 | 5.30 | $2,835.50 |
| **TOTAL:** | | **11.10** | **$6,286.50** |

The blended hourly rate for services in this category is $580.

13.    In compliance with Local Bankruptcy Rule 2016-1, the following is a summary setting forth each attorney who worked on the case and the year each was admitted to practice law. The summary also includes the names of the legal assistants working on the case.  Other information required by this rule is included in the Firm's resume on file with the Office of the United States Trustee.

**Robert P. Goe**.  Partner of the Firm; admitted to practice in California in 1988, 60.50 total hours at a billable rate of $595.00 per hour.

**Charity J. Manee**. Partner with the Firm; admitted to practice in California in 2012; 44.30 hours at a billable rate of $535.00 per hour.

**Brandon J. Iskander**. Partner with the Firm; admitted to practice in California in 2014; 0.50 hours at a billable rate of $435.00 per hour.

**Arthur Johnston**.  Legal Assistant with the Firm; 0.00 total hours as a billable rate of $195.00 per hour.

9.    Attached to this Application as **Exhibit "1"**, and incorporated herein by this reference, are computer time sheets which set forth in detail the time spent and the precise professional services rendered by the Firm during the period covered by this Application.  In compliance with the requirements of the United States Trustee, the following is a summary setting forth the hourly rates, total number of hours worked (including "no charge time") and total fees owing for services performed by attorneys and paralegals working on the matters for the Committee.

### SUMMARY

| ATTORNEY/PARALEGAL | HOURLY RATE | TOTAL HOURS | TOTAL FEE DUE |
|---|---|---|---|

| Robert P. Goe, Esq. | $595.00 | 60.50 | $35,997.50 |
|---|---|---|---|
| Charity J. Manee, Esq. | $535.00 | 44.30 | $23,700.50 |
| Brandon J. Iskander, Esq. | $435.00 | 0.50 | $217.50 |
| Arthur Johnston | $195.00 | 0.00 | $0.00 |
| **TOTAL:** | **--** | **105.30** | **$59,915.50** |

10.    From November 11, 2023 through April 5, 2024, the Firm logged a total of TOTALHOURS hours.  **The blended hourly rate for professional services performed by the attorneys and legal assistants working on this case for which the Firm is seeking compensation is $580.**

11.    The Firm is requesting reimbursement of costs incurred during the Application Period in the amount of $112.88.   With respect to the costs incurred on behalf of the Committee for which reimbursement is hereby sought, all such costs are charged to all the Firm's clients, whether debtor, creditor, trustee, or non-bankruptcy related.  All of the costs, which were anticipated to be incurred in the representation of the Committee, were fully disclosed to the Committee prior to the Firm's employment in this case.

12.    In the normal course of its business practices, the Firm maintains the records described above, which are detailed in computer printouts listing the costs incurred by the clients of the Firm.  The computer printouts of the Firm's costs are located on the billing statements which are attached hereto as **Exhibit "1"**.

a.    **Conference Calls**:  The Firm utilizes conference calls in order to keep costs down while representing the Trustee.  The Firm charges to all clients the exact charge that is billed to the Firm for the cost of the conference calls.  The Firm incurred the sum of $7.84 in conference call charges.

b.    **Document Deliveries/ Retrievals/Federal Express:**  The Firm incurred the sum of $31.10 in document delivery charges.  The Firm has used document delivery services only when same-day or next-day delivery of documents and filing of pleadings is required.  The charges are billed by the businesses with which the Firm contracts to perform delivery services.  In each instance when such expedited delivery of documents is required, a

1   three-part delivery invoice is completed stating the name of the recipient of the document, the

2   recipient's address and the client to be charged for the delivery.    The delivery services do not

3   charge the Firm a set fee for their services, rather they charge the Firm fees according to the

4   distance they are required to travel in order to deliver the documents.

5        **c.**    **Filing Fees**: The Firm incurred the total sum of $0.00 in filing fees.

6        **d.**    **PACER:**  The Firm charges to all clients the exact charge that is billed

7   to the Firm for the cost of checking PACER to retrieve dockets and documents.  The Firm

8   incurred the sum of $0 for PACER charges.

9        **e.**    **Photocopies:**  The Firm incurred the total sum of

10  $4.60 in photocopies/document reproduction/retrieval costs for the period covered by this

11  Application.  All of the Firm's clients, whether a debtor, creditor or trustee, are charged $0.20

12  per page.   Whenever time allows, and depending upon the anticipated total number of copies

13  being reproduced, the Firm utilizes the services of an outside copy service to reproduce the

14  copies for service.

15       **e.**    **Postage:**  It is the Firm's practice to charge postage to clients.  The client

16  name, client number, number of envelopes and per envelope charge is listed.  These charges are

17  then recorded on the client account.  The Firm incurred the sum of $69.34 in postage charges

18  for mailing of documents, including, but not limited to (a) employment motions; (b) notices; (c)

19  various correspondence.

20

21                        **SUMMARY**

22      **Expenses:**                                    **Total**

23      **Conference Call Charges**                       **7.84**
24      **Delivery**                                      **31.10**
        **PACER Charges:**                                 **0**
25      **Photocopies:**                                  **4.60**
        **Postage:**                                      **69.34**
26

27      **TOTAL:**                                      **$112.88**

28

13.     No agreement or understanding of any kind exists between the Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this Chapter 11 case.

14.     In determining the Firm's fees, this Court should take into consideration standards, which have been developed by the courts for the determination of fees, including skill and experience of counsel, complexity of matters handled, services rendered in aid of the administration of this estate and in carrying out the provisions of the Bankruptcy Code, results achieved, and time expended.

15.     From November 11, 2023 through and including April 5, 2024, the total amount of fees incurred for services rendered on behalf of the Trustee is $59,915.50 and the total amount of costs incurred was $112.88 for a total amount due to the Firm of $60,028.38.  The Firm has not received any advances from the estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April 2024, at Irvine, California.

/s/Robert P. Goe
Robert P. Goe

# EXHIBIT 1

# EXHIBIT 1

| Date | User | 2nd Chance Investment Group Activity category | 11/13/2023 to 04/05/2024 Description | Hours | Rate | Billable |
|---|---|---|---|---|---|---|
| 1/28/2024 | Brandon Iskander | 50 - Asset Analysis & Recovery | Review and analyze issues raised by R. Foster's public Instagram account for 2nd Chance offering investor advice, securities, and featuring several luxury vehicles with the 2nd Chance logo thereon. | 0.5 | $ 435.00 | $ 217.50 |
| | | | **BJI 50** | **0.5** | | **$ 217.50** |
| 11/20/2023 | Charity Manee | 50 - Asset Analysis & Recovery | Correspondence with Ram re suit against WLG. | 0.2 | $ 535.00 | $ 107.00 |
| 11/21/2023 | Charity Manee | 50 - Asset Analysis & Recovery | Correspondence from J. Keyes re invoices of Walker Law Group. | 0.1 | $ 535.00 | 53.50 |
| 11/21/2023 | Charity Manee | 50 - Asset Analysis & Recovery | Correspondence with R. Bhakta re deposition of Fosters. | 0.3 | $ 535.00 | 160.50 |
| 11/30/2023 | Charity Manee | 50 - Asset Analysis & Recovery | Correspondence with R. Bhakta re Lamar Advertising claims. | 0.6 | $ 535.00 | 321.00 |
| 12/22/2023 | Charity Manee | 50 - Asset Analysis & Recovery | review and analysis of debtor's financial records re payments to Lamar Advertising. | 1 | $ 535.00 | 535.00 |
| | | | **CJM 50** | **2.2** | | **$ 1,177.00** |
| 11/13/2023 | Robert Goe | 50 - Asset Analysis & Recovery | Correspondence with Walker Law re avoidance action. | 0.4 | $ 595.00 | 238.00 |
| 11/30/2023 | Robert Goe | 50 - Asset Analysis & Recovery | Correspondence with Chair re claims against Lamar with review of backup. | 0.5 | $ 595.00 | 297.50 |
| 11/30/2023 | Robert Goe | 50 - Asset Analysis & Recovery | Review and analysis of Morgan Law documents for avoidance action. | 0.5 | $ 595.00 | 297.50 |
| 12/4/2023 | Robert Goe | 50 - Asset Analysis & Recovery | Review and analysis of Ram memoranda re bank documents. | 0.2 | $ 595.00 | 119.00 |
| 12/18/2023 | Robert Goe | 50 - Asset Analysis & Recovery | Review and analysis of PI memoranda re bank accounts. | 0.3 | $ 595.00 | 178.50 |
| 12/22/2023 | Robert Goe | 50 - Asset Analysis & Recovery | Review and analysis of Lamar documents/suits for avoidance actions. | 0.5 | $ 595.00 | 297.50 |
| 1/29/2024 | Robert Goe | 50 - Asset Analysis & Recovery | Review and analysis of Debtor analysis of insider transfers. | 0.4 | $ 595.00 | 238.00 |
| | | | **RPG 50** | **2.8** | | **$ 1,666.00** |
| | | | **Total 50** | **5.5** | | **$ 3,060.50** |
| 11/15/2023 | Charity Manee | 51 - Asset Disposition | Review motion to sell Portal Ave Bakersfield property. | 0.3 | $ 535.00 | 160.50 |
| 11/27/2023 | Charity Manee | 51 - Asset Disposition | Correspondence with Ram B. re objection deadline re sale motion. | 0.1 | $ 535.00 | 53.50 |
| 12/1/2023 | Charity Manee | 51 - Asset Disposition | review and analysis of response of Forethought Life Insurance Company to motion to sell Glenview Avenue San Bernardino. | 0.3 | $ 535.00 | 107.00 |
| 12/5/2023 | Charity Manee | 51 - Asset Disposition | Review of emergency motion to alter sale order and order denying same. | 0.4 | $ 535.00 | 214.00 |
| 12/18/2023 | Charity Manee | 51 - Asset Disposition | Correspondence from A. Lee/G. Trapp re Clotee Downing claims and sale order challenge. | 0 | $ 535.00 | - |
| | | | **CJM 51** | **1** | | **$ 535.00** |
| 11/15/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of Bakersfield sale motion for any objection. | 0.4 | $ 595.00 | 238.00 |
| 11/21/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of Yorkshire sale/order. | 0.1 | $ 595.00 | 59.50 |
| 11/27/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of San Bernardino sale motion for objection. | 0.5 | $ 595.00 | 297.50 |
| 11/27/2023 | Robert Goe | 51 - Asset Disposition | Correspondence with Chris re sale process. | 0.2 | $ 595.00 | 119.00 |
| 12/1/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of Forethought sale filing. | 0.1 | $ 595.00 | 59.50 |
| 12/4/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of sale ruling. | 0.1 | $ 595.00 | 59.50 |
| 12/5/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of Downing ex parte to modify sale order. | 0.4 | $ 595.00 | 238.00 |
| 12/12/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of Glenview sale ruling. | 0.1 | $ 595.00 | 59.50 |
| 12/13/2023 | Robert Goe | 51 - Asset Disposition | Court appearance re sale hearing (monitored). | 0.2 | $ 595.00 | 119.00 |
| 12/14/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of Portal sale order | 0.1 | $ 595.00 | 59.50 |
| 12/17/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of sale ruling. | 0.1 | $ 595.00 | 59.50 |
| 12/17/2023 | Robert Goe | 51 - Asset Disposition | Correspondence with Committee with review of Portal sale order. | 0.1 | $ 595.00 | 59.50 |
| 12/19/2023 | Robert Goe | 51 - Asset Disposition | Review and analysis of sale order on Glenview. | 0.1 | $ 595.00 | 59.50 |
| 1/2/2024 | Robert Goe | 51 - Asset Disposition | Review and analysis of Glenview sale order to forward. | 0.1 | $ 595.00 | 59.50 |
| 1/5/2024 | Robert Goe | 51 - Asset Disposition | Review and analysis of sale report to forward Committee. | 0.1 | $ 595.00 | 59.50 |
| 1/31/2024 | Robert Goe | 51 - Asset Disposition | Review and analysis of Glenview sale filings. | 0.2 | $ 595.00 | 119.00 |
| 2/8/2024 | Robert Goe | 51 - Asset Disposition | Correspondence with Andy re post confirmation sales. | 0.1 | $ 595.00 | 59.50 |
| | | | **RPG 51** | **3** | | **$ 1,785.00** |
| | | | **Total 51** | **4** | | **$ 2,320.00** |
| 12/22/2023 | Charity Manee | 52 - Business Operations | Review and analysis of November MOR. | 0.3 | $ 535.00 | 160.50 |
| 1/2/2024 | Charity Manee | 52 - Business Operations | Review and analysis of November 2023 monthly operating report. | 0.2 | $ 535.00 | 107.00 |
| 3/20/2024 | Charity Manee | 52 - Business Operations | Review and analysis of February operating report. | 0.3 | $ 535.00 | 160.50 |
| | | | **CJM 52** | **0.8** | | **$ 428.00** |
| 11/13/2023 | Robert Goe | 52 - Business Operations | Review and analysis of CRO filings. | 0.1 | $ 595.00 | 59.50 |
| 11/21/2023 | Robert Goe | 52 - Business Operations | Review and analysis of operating report with backup. | 0.3 | $ 595.00 | 178.50 |
| 1/2/2024 | Robert Goe | 52 - Business Operations | Review and analysis of November monthly operating report with backup. | 0.3 | $ 595.00 | 178.50 |
| 1/24/2024 | Robert Goe | 52 - Business Operations | Review and analysis of December monthly operating report with backup. | 0.4 | $ 595.00 | 238.00 |
| 2/22/2024 | Robert Goe | 52 - Business Operations | Review and analysis of January monthly operating report with backup. | 0.3 | $ 595.00 | 178.50 |
| 3/19/2024 | Robert Goe | 52 - Business Operations | Review and analysis of operating report with backup. | 0.4 | $ 595.00 | 238.00 |
| | | | **RPG 52** | **1.8** | | **$ 1,071.00** |
| | | | **Total 52** | **2.6** | | **$ 1,499.00** |
| 11/29/2023 | Robert Goe | 53 - Case Administration | Review and analysis of Foster declaration. | 0.1 | $ 595.00 | 59.50 |
| 12/8/2023 | Robert Goe | 53 - Case Administration | Review and analysis of fee orders. | 0.2 | $ 595.00 | 119.00 |
| 3/6/2024 | Robert Goe | 53 - Case Administration | Review and analysis of CRO filings. | 0.2 | $ 595.00 | 119.00 |
| | | | **Total RPG 53** | **0.5** | | **$ 297.50** |

EXHIBIT 1    Page 1 of 6

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2023 | Robert Goe | 54 - Claims Administration & Objections | Phone call with Andy re Admin claims. | 0.1 | $ 595.00 | $      59.50 |
| 12/7/2023 | Robert Goe | 54 - Claims Administration & Objections | Correspondence with A. Warshaw re administrative claims. | 0.1 | $ 595.00 | $      59.50 |
| 1/17/2024 | Robert Goe | 54 - Claims Administration & Objections | Correspondence with A. Warshaw re administrative payments. | 0.1 | $ 595.00 | $      59.50 |
| 3/28/2024 | Robert Goe | 54 - Claims Administration & Objections | Review and analysis of FTB claim. | 0.1 | $ 595.00 | $      59.50 |
|  |  |  | **Total RPG 54** | **0.4** |  | **$     238.00** |
|  |  |  |  |  |  |  |
| 11/15/2023 | Charity Manee | 56 - Fee/Employment Applications | preparation of GFH fee application. | 2.8 | $ 535.00 | $   1,498.00 |
| 11/20/2023 | Charity Manee | 56 - Fee/Employment Applications | Correspondence with Sajan and Ram re fee applications filed. | 0.3 | $ 535.00 | $     160.50 |
| 11/30/2023 | Charity Manee | 56 - Fee/Employment Applications | Correspondence with Andy and Dave re fees. | 0.2 | $ 535.00 | $     107.00 |
| 12/4/2023 | Charity Manee | 56 - Fee/Employment Applications | Correspondence with A. Warshaw re fee applications/fee reductions. | 0.3 | $ 535.00 | $     160.50 |
| 12/7/2023 | Charity Manee | 56 - Fee/Employment Applications | Correspondence from Andy re distribution of fees. | 0.1 | $ 535.00 | $      53.50 |
| 3/6/2024 | Charity Manee | 56 - Fee/Employment Applications | correspondence with Andy re final fee applications. | 0.1 | $ 535.00 | $      53.50 |
| 3/19/2024 | Charity Manee | 56 - Fee/Employment Applications | Correspondence with Andy re fee applications. | 0.1 | $ 535.00 | $      53.50 |
|  |  |  | **CJM 56** | **3.9** |  | **$   2,086.50** |
| 11/15/2023 | Robert Goe | 56 - Fee/Employment Applications | Review and revise 1st interim fee application. | 1.6 | $ 595.00 | $     952.00 |
| 11/15/2023 | Robert Goe | 56 - Fee/Employment Applications | Preparation of fee notice. | 0.4 | $ 595.00 | $     238.00 |
| 12/4/2023 | Robert Goe | 56 - Fee/Employment Applications | Review and analysis of tentative rulings. | 0.1 | $ 595.00 | $      59.50 |
| 12/5/2023 | Robert Goe | 56 - Fee/Employment Applications | Correspondence with US Trustee re fee hearings. | 0.1 | $ 595.00 | $      59.50 |
| 12/5/2023 | Robert Goe | 56 - Fee/Employment Applications | Preparation of 1st interim fee order. | 0.4 | $ 595.00 | $     238.00 |
| 3/22/2024 | Robert Goe | 56 - Fee/Employment Applications | Preparation of 2nd and final fee application. | 2.8 | $ 595.00 | $   1,666.00 |
| 4/5/2024 | Robert Goe | 56 - Fee/Employment Applications | Preparation of second and final fee application. | 3.4 | $ 595.00 | $   2,023.00 |
|  |  |  | **RPG 56** | **8.8** |  | **$   5,236.00** |
|  |  |  | **Total 56** | **12.7** |  | **$   7,322.50** |
|  |  |  |  |  |  |  |
| 11/29/2023 | Charity Manee | 57 - Fee/Employment Objections | Review declaration of Foster in support of Financial Relief Center fee application. | 0.2 | $ 535.00 | $     107.00 |
|  |  |  | **CJM 57** | **0.2** |  | **$     107.00** |
| 11/13/2023 | Robert Goe | 57 - Fee/Employment Objections | Review and analysis of Grobstein fee application. | 0.4 | $ 595.00 | $     238.00 |
| 11/14/2023 | Robert Goe | 57 - Fee/Employment Objections | Review and analysis of CRO fee application for comments/objections. | 0.4 | $ 595.00 | $     238.00 |
| 11/16/2023 | Robert Goe | 57 - Fee/Employment Objections | Review and analysis of Debtor's Counsel fee application for objection. | 0.5 | $ 595.00 | $     297.50 |
| 11/17/2023 | Robert Goe | 57 - Fee/Employment Objections | Review and analysis of Warshaw fee application for objection. | 0.8 | $ 595.00 | $     476.00 |
| 11/17/2023 | Robert Goe | 57 - Fee/Employment Objections | Correspondence with Committee Chair re no objection to Debtor fee application. | 0.2 | $ 595.00 | $     119.00 |
| 11/21/2023 | Robert Goe | 57 - Fee/Employment Objections | Phone call with Queenie re fee application. | 0.1 | $ 595.00 | $      59.50 |
| 11/21/2023 | Robert Goe | 57 - Fee/Employment Objections | Preparation of fee application declaration. | 0.4 | $ 595.00 | $     238.00 |
| 1/27/2024 | Robert Goe | 57 - Fee/Employment Objections | Review and analysis of Citywide employment application for objection. | 0.4 | $ 595.00 | $     238.00 |
| 2/23/2024 | Robert Goe | 57 - Fee/Employment Objections | Review and analysis of Citywide employment order. | 0.1 | $ 595.00 | $      59.50 |
|  |  |  | **RPG 57** | **3.3** |  | **$   1,963.50** |
|  |  |  | **Total 57** | **3.5** |  | **$   2,070.50** |
|  |  |  |  |  |  |  |
| 11/13/2023 | Charity Manee | 59 - Litigation | Voicemail from J. Keyes responding to letter re avoidance inquiry. | 0.1 | $ 535.00 | $      53.50 |
| 11/14/2023 | Charity Manee | 59 - Litigation | email J. Keyes responding to letter re avoidance inquiry. | 0.1 | $ 535.00 | $      53.50 |
| 11/15/2023 | Charity Manee | 59 - Litigation | Voicemail from Amy from Gemma's re litigation. | 0.1 | $ 535.00 | $      53.50 |
| 11/21/2023 | Charity Manee | 59 - Litigation | Correspondence with F. White re pending suit against Amex. | 0.3 | $ 535.00 | $     160.50 |
| 11/21/2023 | Charity Manee | 59 - Litigation | Review draft stipulation to set aside Gemma's default. | 0.1 | $ 535.00 | $      53.50 |
| 11/21/2023 | Charity Manee | 59 - Litigation | Call with J. Broker re his view of Gemma's avoidance suit. | 0.5 | $ 535.00 | $     267.50 |
| 11/22/2023 | Charity Manee | 59 - Litigation | Correspondence with F. White re response to complaint from Amex. | 0.2 | $ 535.00 | $     107.00 |
| 11/27/2023 | Charity Manee | 59 - Litigation | Correspondence with F. White re stipulation to extend response deadline or Amex. | 0.2 | $ 535.00 | $     107.00 |
| 11/27/2023 | Charity Manee | 59 - Litigation | voicemail from J. Broker re claims against Gemma's. | 0.1 | $ 535.00 | $      53.50 |
| 11/27/2023 | Charity Manee | 59 - Litigation | email from J. Broker re claims against Gemma's. | 0.1 | $ 535.00 | $      53.50 |
| 11/27/2023 | Charity Manee | 59 - Litigation | Legal research re Gemma's articulated defense to complaint. | 1.2 | $ 535.00 | $     642.00 |
| 11/27/2023 | Charity Manee | 59 - Litigation | Email to J. Broker re responsive legal research re Gemma's articulated defense to complaint. | 0.3 | $ 535.00 | $     160.50 |
| 11/27/2023 | Charity Manee | 59 - Litigation | Review/transmit records to F. White related to Amex litigation claims. | 0.5 | $ 535.00 | $     267.50 |
| 11/28/2023 | Charity Manee | 59 - Litigation | Review order approving stipulation with Amex. | 0.1 | $ 535.00 | $      53.50 |
| 11/29/2023 | Charity Manee | 59 - Litigation | Correspondence with R. Bahkta re depositions of Fosters. | 0.3 | $ 535.00 | $     160.50 |
| 11/29/2023 | Charity Manee | 59 - Litigation | Correspondence with J. Broker re status conference in Committee v. Gemma's. | 0.2 | $ 535.00 | $     107.00 |
| 12/1/2023 | Charity Manee | 59 - Litigation | Correspondence with B. Delgadillo re deadline for Chase to respond to Committee's complaint. | 0.3 | $ 535.00 | $     160.50 |
| 12/4/2023 | Charity Manee | 59 - Litigation | Correspondence from J. Broker re Gemma's status confernece. | 0.1 | $ 535.00 | $      53.50 |
| 12/4/2023 | Charity Manee | 59 - Litigation | Correspondence with Ram re discovery from Foster. | 0.2 | $ 535.00 | $     107.00 |
| 12/7/2023 | Charity Manee | 59 - Litigation | Correspond with B. Delgadillo re response of Chase to Committee's avoidance complaint. | 0.2 | $ 535.00 | $     107.00 |
| 12/8/2023 | Charity Manee | 59 - Litigation | correspondence from J. Broker re status conference in Committee v. Gemma's. | 0.1 | $ 535.00 | $      53.50 |
| 12/12/2023 | Charity Manee | 59 - Litigation | review order continuing status conference in Committee v. Gemma's. | 0.1 | $ 535.00 | $      53.50 |
| 12/13/2023 | Charity Manee | 59 - Litigation | correspondence from Sajan re bank statements. | 0.1 | $ 535.00 | $      53.50 |

EXHIBIT 1                          Page 2 of 6

| Date | Name | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/14/2023 | Charity Manee | 59 - Litigation | review answers of Fosters to Chase/American Express adversary proceedings. | 0.5 | $ 535.00 | $ 267.50 |
| 12/14/2023 | Charity Manee | 59 - Litigation | correspondence with M. Resnik and D. Kritzer re Rule 26 meeting re Committee v. Fosters. | 0.3 | $ 535.00 | $ 160.50 |
| 12/14/2023 | Charity Manee | 59 - Litigation | Draft settlement offer letter to Walker & Keyes LLP. | 0.7 | $ 535.00 | $ 374.50 |
| 12/18/2023 | Charity Manee | 59 - Litigation | Correspondence with Ram re offer to Walker Law. | 0.1 | $ 535.00 | $ 53.50 |
| 12/18/2023 | Charity Manee | 59 - Litigation | Correspondence with Ram and Sajan re Fosters bank accounts. | 0.2 | $ 535.00 | $ 107.00 |
| 12/18/2023 | Charity Manee | 59 - Litigation | Correspondence with Andy re Lamar Advertising lawsuit. | 0.2 | $ 535.00 | $ 107.00 |
| 12/18/2023 | Charity Manee | 59 - Litigation | Correspondence with Kritzer re holding rule 26 conference re litigation against Fosters. | 0.2 | $ 535.00 | $ 107.00 |
| 12/18/2023 | Charity Manee | 59 - Litigation | Rule 26 conference with Kritzer re litigation against Fosters. | 0.2 | $ 535.00 | $ 107.00 |
| 12/18/2023 | Charity Manee | 59 - Litigation | Prepare joint status report in Committee v. Fosters and Advance. | 0.4 | $ 535.00 | $ 214.00 |
| 12/19/2023 | Charity Manee | 59 - Litigation | Review of Fosters' additions to joint status report in Committee v. Fosters. | 0.1 | $ 535.00 | $ 53.50 |
| 12/21/2023 | Charity Manee | 59 - Litigation | correspondence from R. Bhakta re discovery status. | 0.1 | $ 535.00 | $ 53.50 |
| 12/22/2023 | Charity Manee | 59 - Litigation | email from V. Martinez re Lamar Advertising suit. | 0.1 | $ 535.00 | $ 53.50 |
| 12/26/2023 | Charity Manee | 59 - Litigation | Prepare analysis of claims against Lamar Advertising. | 1.2 | $ 535.00 | $ 642.00 |
| 1/4/2024 | Charity Manee | 59 - Litigation | Prepare for and attend status conference in Committee v. Advanced. | 0.4 | $ 535.00 | $ 214.00 |
| 1/4/2024 | Charity Manee | 59 - Litigation | Review proposed scheduling order in Committee v Advanced. | 0.1 | $ 535.00 | $ 53.50 |
| 1/5/2024 | Charity Manee | 59 - Litigation | send email memo to Sajan and Ram re litigation update. | 0.5 | $ 535.00 | $ 267.50 |
| 1/5/2024 | Charity Manee | 59 - Litigation | Revise demand letter to Walker Law. | 0.3 | $ 535.00 | $ 160.50 |
| 1/5/2024 | Charity Manee | 59 - Litigation | Correspondence with J. Keyes re Walker Law claim. | 0.2 | $ 535.00 | $ 107.00 |
| 1/8/2024 | Charity Manee | 59 - Litigation | Review and analysis of answer of Amex to Committee complaint. | 0.4 | $ 535.00 | $ 214.00 |
| 1/8/2024 | Charity Manee | 59 - Litigation | Review scheduling order in Committee v. Fosters. | 0.4 | $ 535.00 | $ 214.00 |
| 1/9/2024 | Charity Manee | 59 - Litigation | Review and analysis of answer of Chase Bank to complaint. | 0.4 | $ 535.00 | $ 214.00 |
| 1/12/2024 | Charity Manee | 59 - Litigation | Correspondence with J. Keyes re hiring of Ed Hayes. | 0.1 | $ 535.00 | $ 53.50 |
| 1/17/2024 | Charity Manee | 59 - Litigation | correspondence with B. Delgadillo re rule 26 meeting in Committee v. Chase. | 0.3 | $ 535.00 | $ 160.50 |
| 1/18/2024 | Charity Manee | 59 - Litigation | Correspondence with K. Sweeney and Frank White re rule 26 conference in Committee v. Amex. | 0.4 | $ 535.00 | $ 214.00 |
| 1/18/2024 | Charity Manee | 59 - Litigation | prepare and attend Rule 26 conference with B. Delgadillo re Committee v. Chase. | 0.7 | $ 535.00 | $ 374.50 |
| 1/23/2024 | Charity Manee | 59 - Litigation | Attendance at rule 26 conference with Amex counsel K. Sweeney and Frank White. | 0.6 | $ 535.00 | $ 321.00 |
| 1/23/2024 | Charity Manee | 59 - Litigation | Prepare JSR in Committee v. Amex. | 0.6 | $ 535.00 | $ 321.00 |
| 1/23/2024 | Charity Manee | 59 - Litigation | Prepare JSR in Committee v. Chase. | 0.5 | $ 535.00 | $ 267.50 |
| 2/5/2024 | Charity Manee | 59 - Litigation | Review Grobstein Teeple fee application to see if GT has performed services related to an insolvency analysis. | 0.6 | $ 535.00 | $ 321.00 |
| 2/5/2024 | Charity Manee | 59 - Litigation | Review tentative rulings for status conferences in Committee versus Amex et al and Chase et al. | 0.2 | $ 535.00 | $ 107.00 |
| 2/6/2024 | Charity Manee | 59 - Litigation | Correspondence with A. Warshaw re Committee's retention of insolvency expert. | 0.3 | $ 535.00 | $ 160.50 |
| 2/8/2024 | Charity Manee | 59 - Litigation | Draft complaint against Superior Coins and Fosters. | 2.8 | $ 535.00 | $ 1,498.00 |
| 2/8/2024 | Charity Manee | 59 - Litigation | Correspondence with F. White re update on account name re Amex card. | 0.2 | $ 535.00 | $ 107.00 |
| 2/8/2024 | Charity Manee | 59 - Litigation | Correspondence with Ram and Sajan re update on account name re Amex card. | 0.1 | $ 535.00 | $ 53.50 |
| 2/8/2024 | Charity Manee | 59 - Litigation | Draft complaint against Discovery Bank. | 3.4 | $ 535.00 | $ 1,819.00 |
| 2/8/2024 | Charity Manee | 59 - Litigation | Draft complaint against Walker. | 1.6 | $ 535.00 | $ 856.00 |
| 2/8/2024 | Charity Manee | 59 - Litigation | Review and analysis of backup for all avoidance actions. | 3.3 | $ 535.00 | $ 1,765.50 |
| 2/14/2024 | Charity Manee | 59 - Litigation | Correspondence with J. Broker re Committee v. Gemma's et al status conference hearing. | 0.3 | $ 535.00 | $ 160.50 |
| 2/20/2024 | Charity Manee | 59 - Litigation | Correspondence from S. Bouskila re Discover Bank request for settlement demand. | 0.1 | $ 535.00 | $ 53.50 |
| 2/29/2024 | Charity Manee | 59 - Litigation | Correspondence from F. White re informal exchange of documents. | 0.1 | $ 535.00 | $ 53.50 |
| 2/29/2024 | Charity Manee | 59 - Litigation | Correspondence with Ram and Sajan re settling strategy re claims against Discover. | 0.1 | $ 535.00 | $ 53.50 |
| 3/1/2024 | Charity Manee | 59 - Litigation | Review status report of LMF2 re stipulation for stay relief. | 0.1 | $ 535.00 | $ 53.50 |
| 3/8/2024 | Charity Manee | 59 - Litigation | Correspondence from F. White re request for insolvency information for Committee v. Amex. | 0.1 | $ 535.00 | $ 53.50 |
| 3/12/2024 | Charity Manee | 59 - Litigation | Correspondence with client re status of litigation. | 0.1 | $ 535.00 | $ 53.50 |
| 3/13/2024 | Charity Manee | 59 - Litigation | Review of answer of Discover Bank to committee complaint. | 0.5 | $ 535.00 | $ 267.50 |
| 3/13/2024 | Charity Manee | 59 - Litigation | Emails with Ram and Sajan re answer of Discover Bank to committee complaint. | 0.2 | $ 535.00 | $ 107.00 |
| 3/13/2024 | Charity Manee | 59 - Litigation | Review responses of Ray Foster to Discovery and Superior Coins complaints. | 0.5 | $ 535.00 | $ 267.50 |
| 3/13/2024 | Charity Manee | 59 - Litigation | Review response of Walker Law to Committee complaint. | 0.3 | $ 535.00 | $ 160.50 |
| 3/25/2024 | Charity Manee | 59 - Litigation | Correspondence from S. Bouskil re settlement of Committe v. Discover. | 0.1 | $ 535.00 | $ 53.50 |
| 3/25/2024 | Charity Manee | 59 - Litigation | Email to F. White re initial disclosures. | 0.1 | $ 535.00 | $ 53.50 |
| 3/26/2024 | Charity Manee | 59 - Litigation | Correspondence from F. White re disclosures exchange with Amex. | 0.1 | $ 535.00 | $ 53.50 |
| | | | **CJM 59** | **30.9** | | **$ 16,531.50** |
| 11/13/2023 | Robert Goe | 59 - Litigation | Correspondence with Ram re Gemma litigation. | 0.1 | $ 595.00 | $ 59.50 |
| 11/13/2023 | Robert Goe | 59 - Litigation | Review and analysis of Gemma litigation. | 0.2 | $ 595.00 | $ 119.00 |
| 11/14/2023 | Robert Goe | 59 - Litigation | Correspondence with J. Keyes re avoidable transfers to Walker. | 0.2 | $ 595.00 | $ 119.00 |

EXHIBIT 1                    Page 3 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/14/2023 | Robert Goe | 59 - Litigation | Review and analysis to Ram re litigation strategy. | 0.2 | $ 595.00 | $ 119.00 |
| 11/15/2023 | Robert Goe | 59 - Litigation | Phone call with J. Broker re Gemma complaint. | 0.2 | $ 595.00 | $ 119.00 |
| 11/16/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster litigation documents. | 1.2 | $ 595.00 | $ 714.00 |
| 11/17/2023 | Robert Goe | 59 - Litigation | Preparation of Gemma stipulation. | 0.2 | $ 595.00 | $ 119.00 |
| 11/20/2023 | Robert Goe | 59 - Litigation | Review and analysis of Gemma stipulation/litigation documents. | 0.2 | $ 595.00 | $ 119.00 |
| 11/20/2023 | Robert Goe | 59 - Litigation | Correspondence with Client re suit against Walker. | 0.2 | $ 595.00 | $ 119.00 |
| 11/20/2023 | Robert Goe | 59 - Litigation | Review and analysis of Chase/S. Foster litigation documents. | 0.4 | $ 595.00 | $ 238.00 |
| 11/20/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster order. | 0.1 | $ 595.00 | $ 59.50 |
| 11/21/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster answer to Gemma complaint. | 0.4 | $ 595.00 | $ 238.00 |
| 11/21/2023 | Robert Goe | 59 - Litigation | Review and analysis of AMEX litigation response. | 0.4 | $ 595.00 | $ 238.00 |
| 11/21/2023 | Robert Goe | 59 - Litigation | Correspondence with Committee re AMEX response. | 0.1 | $ 595.00 | $ 59.50 |
| 11/21/2023 | Robert Goe | 59 - Litigation | Review and analysis of Gemma order. | 0.1 | $ 595.00 | $ 59.50 |
| 11/21/2023 | Robert Goe | 59 - Litigation | Correspondence with J. Broker re Gemma litigation. | 0.1 | $ 595.00 | $ 59.50 |
| 11/22/2023 | Robert Goe | 59 - Litigation | Review and analysis of AMEX litigation memoranda. | 0.3 | $ 595.00 | $ 178.50 |
| 11/26/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster documents. | 0.4 | $ 595.00 | $ 238.00 |
| 11/27/2023 | Robert Goe | 59 - Litigation | Correspondence with Frank re litigation. | 0.1 | $ 595.00 | $ 59.50 |
| 11/27/2023 | Robert Goe | 59 - Litigation | Preparation of AMEX stipulation/Order. | 0.2 | $ 595.00 | $ 119.00 |
| 11/28/2023 | Robert Goe | 59 - Litigation | Review and analysis of executed AMEX stipulation. | 0.1 | $ 595.00 | $ 59.50 |
| 11/28/2023 | Robert Goe | 59 - Litigation | Review and analysis of AMEX litigation documents. | 0.6 | $ 595.00 | $ 357.00 |
| 11/28/2023 | Robert Goe | 59 - Litigation | Review and analysis of AMEX order. | 0.1 | $ 595.00 | $ 59.50 |
| 11/29/2023 | Robert Goe | 59 - Litigation | Correspondence with Chris re Foster deposition. | 0.2 | $ 595.00 | $ 119.00 |
| 12/1/2023 | Robert Goe | 59 - Litigation | Correspondence with Chase Counsel re litigation. | 0.2 | $ 595.00 | $ 119.00 |
| 12/1/2023 | Robert Goe | 59 - Litigation | Phone call with J. Broker re Gemma suit. | 0.2 | $ 595.00 | $ 119.00 |
| 12/4/2023 | Robert Goe | 59 - Litigation | Correspondence with Chase Counsel re response to complaint. | 0.1 | $ 595.00 | $ 59.50 |
| 12/6/2023 | Robert Goe | 59 - Litigation | Review and analysis of Chase filings. | 0.1 | $ 595.00 | $ 59.50 |
| 12/6/2023 | Robert Goe | 59 - Litigation | Review and analysis of Chase order. | 0.1 | $ 595.00 | $ 59.50 |
| 12/7/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster/AMEX answer. | 0.4 | $ 595.00 | $ 238.00 |
| 12/7/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster/Chase answer. | 0.4 | $ 595.00 | $ 238.00 |
| 12/7/2023 | Robert Goe | 59 - Litigation | Correspondence with Chase Counsel re litigation. | 0.1 | $ 595.00 | $ 59.50 |
| 12/8/2023 | Robert Goe | 59 - Litigation | Correspondence with J. Broker re Gemma action. | 0.2 | $ 595.00 | $ 119.00 |
| 12/8/2023 | Robert Goe | 59 - Litigation | Review and analysis of Gemma litigation memoranda. | 0.2 | $ 595.00 | $ 119.00 |
| 12/11/2023 | Robert Goe | 59 - Litigation | Review and analysis of Gemma answer. | 0.4 | $ 595.00 | $ 238.00 |
| 12/11/2023 | Robert Goe | 59 - Litigation | Preparation of Gemma stipulation. | 0.2 | $ 595.00 | $ 119.00 |
| 12/13/2023 | Robert Goe | 59 - Litigation | Correspondence with Chair re Foster investigation. | 0.1 | $ 595.00 | $ 59.50 |
| 12/13/2023 | Robert Goe | 59 - Litigation | Review and analysis of Gemma order. | 0.1 | $ 595.00 | $ 59.50 |
| 12/13/2023 | Robert Goe | 59 - Litigation | Review and analysis of documents for avoidance litigation. | 2.2 | $ 595.00 | $ 1,309.00 |
| 12/14/2023 | Robert Goe | 59 - Litigation | Correspondence with Committee re litigation response. | 0.3 | $ 595.00 | $ 178.50 |
| 12/14/2023 | Robert Goe | 59 - Litigation | Phone call with Jeff re Foster fraud. | 0.2 | $ 595.00 | $ 119.00 |
| 12/17/2023 | Robert Goe | 59 - Litigation | Correspondence with Chris forwarding Lee memoranda on Yorkshire. | 0.3 | $ 595.00 | $ 178.50 |
| 12/17/2023 | Robert Goe | 59 - Litigation | Correspondence with Committee re Walker settlement demand. | 0.2 | $ 595.00 | $ 119.00 |
| 12/17/2023 | Robert Goe | 59 - Litigation | Review and revise Walker settlement demand. | 0.2 | $ 595.00 | $ 119.00 |
| 12/17/2023 | Robert Goe | 59 - Litigation | Review and analysis of Kritzer/Gemma litigation memoranda. | 0.2 | $ 595.00 | $ 119.00 |
| 12/18/2023 | Robert Goe | 59 - Litigation | Correspondence with Ram re Walker settlement. | 0.2 | $ 595.00 | $ 119.00 |
| 12/18/2023 | Robert Goe | 59 - Litigation | Correspondence with A. Warshaw and T. Stream re Lamar suit. | 0.2 | $ 595.00 | $ 119.00 |
| 12/18/2023 | Robert Goe | 59 - Litigation | Review and analysis of Lamar litigation documents. | 0.3 | $ 595.00 | $ 178.50 |
| 12/18/2023 | Robert Goe | 59 - Litigation | Review and revise Foster JSR. | 0.2 | $ 595.00 | $ 119.00 |
| 12/27/2023 | Robert Goe | 59 - Litigation | Review and analysis of Foster AP deadline. | 0.2 | $ 595.00 | $ 119.00 |
| 12/27/2023 | Robert Goe | 59 - Litigation | Review and analysis of Lamar payment backup for adversary proceeding. | 0.5 | $ 595.00 | $ 297.50 |
| 1/2/2024 | Robert Goe | 59 - Litigation | Preparation of Foster discovery. | 0.4 | $ 595.00 | $ 238.00 |
| 1/5/2024 | Robert Goe | 59 - Litigation | Preparation of Foster Rule 26 disclosures/subpoena. | 0.4 | $ 595.00 | $ 238.00 |
| 1/8/2024 | Robert Goe | 59 - Litigation | Review and analysis of American Express answer and related filings. | 0.4 | $ 595.00 | $ 238.00 |
| 1/8/2024 | Robert Goe | 59 - Litigation | Review and analysis of Chase answer to complaint. | 0.4 | $ 595.00 | $ 238.00 |
| 1/9/2024 | Robert Goe | 59 - Litigation | Review and analysis of Foster scheduling order. | 0.1 | $ 595.00 | $ 59.50 |
| 1/9/2024 | Robert Goe | 59 - Litigation | Correspondence with Committee re Chase responses. | 0.2 | $ 595.00 | $ 119.00 |
| 1/12/2024 | Robert Goe | 59 - Litigation | Review and analysis of Walker Law litigation response to foward Committee. | 0.2 | $ 595.00 | $ 119.00 |
| 1/14/2024 | Robert Goe | 59 - Litigation | Review and analysis of adversary. | 0.1 | $ 595.00 | $ 59.50 |
| 1/17/2024 | Robert Goe | 59 - Litigation | Review and analysis of Chase/litigation memoranda/responses. | 0.2 | $ 595.00 | $ 119.00 |
| 1/18/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX litigation memoranda. | 0.2 | $ 595.00 | $ 119.00 |
| 1/23/2024 | Robert Goe | 59 - Litigation | Revise AMEX JSR. | 0.2 | $ 595.00 | $ 119.00 |
| 1/23/2024 | Robert Goe | 59 - Litigation | Revise Chase JSR. | 0.2 | $ 595.00 | $ 119.00 |
| 1/23/2024 | Robert Goe | 59 - Litigation | Review and analysis of Foster litigation documents. | 0.2 | $ 595.00 | $ 119.00 |
| 1/23/2024 | Robert Goe | 59 - Litigation | Review and analysis of Chase litigation issues. | 0.2 | $ 595.00 | $ 119.00 |
| 1/24/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX litigation filings. | 0.1 | $ 595.00 | $ 59.50 |
| 1/29/2024 | Robert Goe | 59 - Litigation | Legal research re possible securities violations by Foster for impact on homestead exemption. | 0.8 | $ 595.00 | $ 476.00 |
| 1/29/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX affirmative defenses. | 0.2 | $ 595.00 | $ 119.00 |
| 1/29/2024 | Robert Goe | 59 - Litigation | Review and analysis of Chase affirmative defenses. | 0.2 | $ 595.00 | $ 119.00 |
| 1/30/2024 | Robert Goe | 59 - Litigation | Review and analysis of Gemma rulings. | 0.1 | $ 595.00 | $ 59.50 |
| 2/1/2024 | Robert Goe | 59 - Litigation | Review and analysis of Los Banos stay stipulation for forwarding to Committee. | 0.2 | $ 595.00 | $ 119.00 |
| 2/1/2024 | Robert Goe | 59 - Litigation | Review and analysis of San Leandro stay stipulation for forwarding to Committee. | 0.2 | $ 595.00 | $ 119.00 |
| 2/5/2024 | Robert Goe | 59 - Litigation | Review and analysis of CRO filings. | 0.2 | $ 595.00 | $ 119.00 |

EXHIBIT 1                                        Page 4 of 6

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/6/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX tentative ruling. | 0.1 | $ 595.00 | $ 59.50 |
| 2/6/2024 | Robert Goe | 59 - Litigation | Review and analysis of Chase tentative ruling. | 0.1 | $ 595.00 | $ 59.50 |
| 2/8/2024 | Robert Goe | 59 - Litigation | Correspondence with Saj/Ram re AMEX response. | 0.3 | $ 595.00 | $ 178.50 |
| 2/8/2024 | Robert Goe | 59 - Litigation | Review and execute Walker complaint. | 0.4 | $ 595.00 | $ 238.00 |
| 2/8/2024 | Robert Goe | 59 - Litigation | Review and execute Discover complaint. | 0.4 | $ 595.00 | $ 238.00 |
| 2/8/2024 | Robert Goe | 59 - Litigation | Review and execute Superior complaint. | 0.4 | $ 595.00 | $ 238.00 |
| 2/9/2024 | Robert Goe | 59 - Litigation | Review and analysis of adversary scheduling order. | 0.2 | $ 595.00 | $ 119.00 |
| 2/12/2024 | Robert Goe | 59 - Litigation | Review and analysis of Discover summons with instructions. | 0.2 | $ 595.00 | $ 119.00 |
| 2/12/2024 | Robert Goe | 59 - Litigation | Review and analysis of Walker summons with instructions. | 0.2 | $ 595.00 | $ 119.00 |
| 2/13/2024 | Robert Goe | 59 - Litigation | Preparation of Gemma status report. | 0.3 | $ 595.00 | $ 178.50 |
| 2/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of stay notice. | 0.1 | $ 595.00 | $ 59.50 |
| 2/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of summons on Discover with instructions to serve. | 0.1 | $ 595.00 | $ 59.50 |
| 2/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of summons on Walker with instructions to serve. | 0.1 | $ 595.00 | $ 59.50 |
| 2/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of summons on Superior with instructions to serve. | 0.1 | $ 595.00 | $ 59.50 |
| 2/14/2024 | Robert Goe | 59 - Litigation | Review and analysis of Gemma litigation documents. | 0.4 | $ 595.00 | $ 238.00 |
| 2/15/2024 | Robert Goe | 59 - Litigation | Review and analysis of Discover Bank service. | 0.1 | $ 595.00 | $ 59.50 |
| 2/15/2024 | Robert Goe | 59 - Litigation | Review and analysis of Superior service. | 0.1 | $ 595.00 | $ 59.50 |
| 2/15/2024 | Robert Goe | 59 - Litigation | Review and analysis of Walker service. | 0.1 | $ 595.00 | $ 59.50 |
| 2/18/2024 | Robert Goe | 59 - Litigation | Review and analysis of Gemma order. | 0.1 | $ 595.00 | $ 59.50 |
| 2/20/2024 | Robert Goe | 59 - Litigation | Review and analysis of Discover Bank settlement memoranda. | 0.2 | $ 595.00 | $ 119.00 |
| 2/26/2024 | Robert Goe | 59 - Litigation | Review and analysis of Walker filings. | 0.2 | $ 595.00 | $ 119.00 |
| 2/26/2024 | Robert Goe | 59 - Litigation | Review and analysis of Foster litigation documents. | 1.3 | $ 595.00 | $ 773.50 |
| 2/26/2024 | Robert Goe | 59 - Litigation | Correspondence with Ram re Discover Card request. | 0.2 | $ 595.00 | $ 119.00 |
| 2/26/2024 | Robert Goe | 59 - Litigation | Review and analysis of Berger filings. | 0.2 | $ 595.00 | $ 119.00 |
| 2/28/2024 | Robert Goe | 59 - Litigation | Review and analysis of Lantzman stipulation RV any opposition. | 0.2 | $ 595.00 | $ 119.00 |
| 2/29/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX solvency memoranda. | 0.2 | $ 595.00 | $ 119.00 |
| 2/29/2024 | Robert Goe | 59 - Litigation | Correspondence with Committee re Discover Card demand. | 0.2 | $ 595.00 | $ 119.00 |
| 3/1/2024 | Robert Goe | 59 - Litigation | Review and analysis of Lantzman stay responses. | 0.2 | $ 595.00 | $ 119.00 |
| 3/6/2024 | Robert Goe | 59 - Litigation | Legal research re derivative standing of Committee to pursue litigation. | 0.5 | $ 595.00 | $ 297.50 |
| 3/8/2024 | Robert Goe | 59 - Litigation | Review and analysis of Gemma ruling. | 0.1 | $ 595.00 | $ 59.50 |
| 3/8/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX settlement memroanda. | 0.2 | $ 595.00 | $ 119.00 |
| 3/11/2024 | Robert Goe | 59 - Litigation | Review and analysis of Lantzman rulings. | 0.1 | $ 595.00 | $ 59.50 |
| 3/12/2024 | Robert Goe | 59 - Litigation | Review and analysis of various litigation matters for resolution. | 0.5 | $ 595.00 | $ 297.50 |
| 3/12/2024 | Robert Goe | 59 - Litigation | Correspondence with Saj and Ram re litigation status. | 0.2 | $ 595.00 | $ 119.00 |
| 3/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of Discover Bank answer to complaint. | 0.4 | $ 595.00 | $ 238.00 |
| 3/13/2024 | Robert Goe | 59 - Litigation | Correspondence with Ram re Discover Bank. | 0.2 | $ 595.00 | $ 119.00 |
| 3/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of Foster/Superior answer. | 0.4 | $ 595.00 | $ 238.00 |
| 3/13/2024 | Robert Goe | 59 - Litigation | Review and analysis of Foster/Discover answer. | 0.4 | $ 595.00 | $ 238.00 |
| 3/14/2024 | Robert Goe | 59 - Litigation | Review and analysis of Walker answer. | 0.4 | $ 595.00 | $ 238.00 |
| 3/14/2024 | Robert Goe | 59 - Litigation | Legal research re solvency standards and dates. | 0.8 | $ 595.00 | $ 476.00 |
| 3/14/2024 | Robert Goe | 59 - Litigation | Review and analysis of Lantzman orders. | 0.1 | $ 595.00 | $ 59.50 |
| 3/15/2024 | Robert Goe | 59 - Litigation | Review and analysis of Foster filings. | 0.2 | $ 595.00 | $ 119.00 |
| 3/26/2024 | Robert Goe | 59 - Litigation | Review and analysis of AMEX memoranda re litigation. | 1.8 | $ 595.00 | $ 1,071.00 |
| 4/4/2024 | Robert Goe | 59 - Litigation | Correspondence with Sarah re Discover litigation. | 0.1 | $ 595.00 | $ 59.50 |
| 4/4/2024 | Robert Goe | 59 - Litigation | Review and analysis of Discover litigation documents. | 0.4 | $ 595.00 | $ 238.00 |
| | | | **RPG 59** | **33.2** | | **$ 19,754.00** |
| | | | **Total 59** | **64.1** | | **$ 36,285.50** |
| | | | | | | |
| 12/5/2023 | Robert Goe | 60 - Meetings of Creditors | Correspondence with Chair re BK filings. | 0.2 | $ 595.00 | $ 119.00 |
| 1/26/2024 | Robert Goe | 60 - Meetings of Creditors | Review and analysis of Debtor status report. | 0.4 | $ 595.00 | $ 238.00 |
| 1/29/2024 | Robert Goe | 60 - Meetings of Creditors | Review and analysis of Debtor status report on sale of properties. | 0.3 | $ 595.00 | $ 178.50 |
| | | | **Total RPG 60** | **0.9** | | **$ 535.50** |
| | | | | | | |
| | | | | | | |
| 11/13/2023 | Charity Manee | 61 - Plan & Disclosure Statement | Clean up editing of second amended disclosure statement with email proposed edits to Andy. | 0.8 | $ 535.00 | $ 428.00 |
| 11/14/2023 | Charity Manee | 61 - Plan & Disclosure Statement | Correspondence with A. Warshaw re changes to disclosure statement. | 0.2 | $ 535.00 | $ 107.00 |
| 12/19/2023 | Charity Manee | 61 - Plan & Disclosure Statement | Correspondence with Ram and Sajan re casting ballots for plan. | 0.4 | $ 535.00 | $ 214.00 |
| 2/5/2024 | Charity Manee | 61 - Plan & Disclosure Statement | Correspondence with A. Warshaw re plan confirmation and litigation. | 0.2 | $ 535.00 | $ 107.00 |
| 2/6/2024 | Charity Manee | 61 - Plan & Disclosure Statement | Draft stipulation clarifying plan provisions re Committee's right to retain independent insolvency expert. | 1.8 | $ 535.00 | $ 963.00 |
| 2/8/2024 | Charity Manee | 61 - Plan & Disclosure Statement | Prepare for and attend plan confirmation hearing. | 0.7 | $ 535.00 | $ 374.50 |
| 2/8/2024 | Charity Manee | 61 - Plan & Disclosure Statement | review of draft confirmation order from Debtor's counsel. | 0.5 | $ 535.00 | $ 267.50 |
| 2/8/2024 | Charity Manee | 61 - Plan & Disclosure Statement | Correspondence with A. Warshaw re draft confirmation order. | 0.5 | $ 535.00 | $ 267.50 |
| 2/9/2024 | Charity Manee | 61 - Plan & Disclosure Statement | Revise confirmation order and email redline to A. Warshaw. | 0.2 | $ 535.00 | $ 107.00 |
| | | | **CJM 61** | **5.3** | | **$ 2,835.50** |
| 11/13/2023 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of DS order. | 0.1 | $ 595.00 | $ 59.50 |
| 12/19/2023 | Robert Goe | 61 - Plan & Disclosure Statement | Correspondence with Saj and Ram re ballots. | 0.3 | $ 595.00 | $ 178.50 |
| 12/20/2023 | Robert Goe | 61 - Plan & Disclosure Statement | Correspondence with Saj and Debtor re plan balloting. | 0.2 | $ 595.00 | $ 119.00 |
| 1/11/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of plan confirmation status. | 0.2 | $ 595.00 | $ 119.00 |

EXHIBIT 1                                    Page 5 of 6

| Date | Name | Matter | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1/12/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of Debtor plan confirmation motion. | 0.9 | $ 595.00 | $ 535.50 |
| 1/14/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of plan notice. | 0.1 | $ 595.00 | $ 59.50 |
| 1/25/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of Debtor plan confirmation motion with emails re plan stipulation. | 0.8 | $ 595.00 | $ 476.00 |
| 1/25/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Correspondence with A. Warshaw re plan. | 0.2 | $ 595.00 | $ 119.00 |
| 1/29/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of Debtor plan status report. | 0.3 | $ 595.00 | $ 178.50 |
| 2/6/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and revise Committee plan memoranda. | 0.3 | $ 595.00 | $ 178.50 |
| 2/7/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of Debtor plan memoranda. | 0.3 | $ 595.00 | $ 178.50 |
| 2/8/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Preparation of instructions re confirmation hearing. | 0.2 | $ 595.00 | $ 119.00 |
| 2/8/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and revise plan confirmation order. | 0.3 | $ 595.00 | $ 178.50 |
| 2/9/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and revise confirmation order. | 0.2 | $ 595.00 | $ 119.00 |
| 2/10/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of plan ruling with instructions. | 0.1 | $ 595.00 | $ 59.50 |
| 2/10/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of revised confirmation order. | 0.2 | $ 595.00 | $ 119.00 |
| 2/12/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Correspondence with Client and Sheldon re claim strategy forwarding Warshaw plan memoranda. | 0.2 | $ 595.00 | $ 119.00 |
| 2/12/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of entered confirmation order to forward Committee. | 0.2 | $ 595.00 | $ 119.00 |
| 2/26/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Review and analysis of Debtor operating reports re plan fee feasibility. | 0.3 | $ 595.00 | $ 178.50 |
| 3/6/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Correspondence with Debtor's Counsel re confirmation. | 0.2 | $ 595.00 | $ 119.00 |
| 3/19/2024 | Robert Goe | 61 - Plan & Disclosure Statement | Correspondence with Andy re effective date payments. | 0.2 | $ 595.00 | $ 119.00 |
| | | | **RPG 61** | **5.8** | | **$ 3,451.00** |
| | | | **Total 61** | **11.1** | | **$ 6,286.50** |
| | | | | | | |
| | | | **Fees Total** | **105.3** | | **$ 59,915.50** |
| **Expenses** | | | | | | |
| 1/23/2024 | Robert Goe | Conference Call | Conference call | 1 | $ 7.84 | $ 7.84 |
| | | | | | | **$ 7.84** |
| 11/15/2023 | Kerry Murphy | Delivery | FedEx to Judge Clarkson | 1 | $ 31.10 | $ 31.10 |
| | | | | | | **$ 31.10** |
| 12/5/2023 | Susan Stein | Photocopies | Photocopies of stipulation/order. | 7 | $ 0.20 | $ 1.40 |
| 1/24/2024 | Susan Stein | Photocopies | Photocopies of joint status report. | 8 | $ 0.20 | $ 1.60 |
| 2/15/2024 | Susan Stein | Photocopies | Photocopies of stipulation/order. | 8 | $ 0.20 | $ 1.60 |
| | | | | | | **$ 4.60** |
| 11/21/2023 | Danielle Cyrankowski | Postage | Postage | 1 | $ 0.63 | $ 0.63 |
| 11/15/2023 | Kerry Murphy | Postage | Postage | 66 | $ 0.63 | $ 41.58 |
| 12/5/2023 | Susan Stein | Postage | Postage | 1 | $ 0.87 | $ 0.87 |
| 1/24/2024 | Susan Stein | Postage | Postage | 1 | $ 0.88 | $ 0.88 |
| 2/15/2024 | Susan Stein | Postage | Postage | 1 | $ 0.88 | $ 0.88 |
| 2/16/2024 | Kerry Murphy | Postage | Postage | 2 | $ 0.88 | $ 1.76 |
| 2/23/2024 | Danielle Cyrankowski | Postage | Postage | 5 | $ 0.88 | $ 4.40 |
| 2/23/2024 | Danielle Cyrankowski | Postage | Postage | 2 | $ 9.17 | $ 18.34 |
| | | | | | | **$ 69.34** |
| | | | **Expenses Total** | | | **$ 112.88** |
| | | | | | | |
| | | | **Grand Total** | **105.3** | | **$ 60,028.38** |

EXHIBIT 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AND FINAL PRE-CONFIRMATION APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; DECLARATIONS OF ROBERT P. GOE AND SAJAN BHAKTA IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 9, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) April 9, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 9, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, 411 W. Fourth Street, Suite 5130; Santa Ana, CA  92701-4593

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2024 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

25

# Mailing Information for Case 8:22-bk-12142-SC

**Electronic Mail Notice List**

- **Michael Jay Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Amanda G. Billyard**    abillyard@bwlawcenter.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Stephan M Brown**    ECF@thebklawoffice.com,
  stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer**    kcashman-kramer@fennemorelaw.com,
  theresam@psdslaw.com
- **Bryant S Delgadillo**    bryant.delgadillo@piblaw.com, marian.flores@piblaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com,
  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**    lef17@pacbell.net, lef-sam@pacbell.net;lef-
  mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**    dgoodrich@go2.law,
  kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Daniel J Griffin**    daniel@thebklawoffice.com,
  tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Matthew S Henderson**    matthew.henderson@piblaw.com, rhonda.viers@piblaw.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Arjun P Rao**    arjun.rao@morganlewis.com, lacalendar@stroock.com
- **Arvind Nath Rawal**    arawal@aisinfo.com
- **Matthew D. Resnik**    Matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Gary B Rudolph**    grudolph@fennemorelaw.com,
  bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**    caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**    rich@bwlawcenter.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**    cwalker@cpwalkerlaw.com,
  lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**    fwan@raslg.com
- **Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com