Andy C. Warshaw (SBN 263880)
Rich Sturdevant (SBN 269088)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-bk-12142-SC |
| 2nd CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **FINANCIAL RELIEF LAW CENTER, APC'S SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 FEES AND REIMBURSEMENT OF CHAPTER 11 EXPENSES OF COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH MARCH 31, 2024; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RICH STURDEVANT IN SUPPORT** |

**FEES:** $24,248.00
**EXPENSES:** $4,170.29

**Hearing:**
Date:        April 30, 2024
Time:        10:00 a.m.
Courtroom:   5C/Via ZoomGov
Place:       411 W. Fourth St.
             Santa Ana, California 92701

FEE APPLICATION

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

Financial Relief Law Center, APC ("Firm" or "Applicant"), counsel for 2nd Chance Investment Group, LLC ("Debtor" or "2nd Chance"), files its first interim application for allowance and payment of Chapter 11 fees and reimbursement of Chapter 11 expenses ("Application") for the period from November 1, 2023 through March 31, 2024 ("Application Period") pursuant to 11 U.S.C. §§ 330 and 331.  In support of the Application, Applicant submits the attached Declaration of Rich Sturdevant ("Sturdevant Declaration").

**INTRODUCTION**

Applicant believes the Court should approve the final compensation requested in this Application.  During the past few months, Applicant has (i) assisted the Debtor in complying with United States Trustee guidelines, (ii) prepared monthly operating reports, a ballot summary and a plan confirmation brief, (iii) appeared at a status conference and hearing on plan confirmation, (iv) and advised the Debtor on all these matters.  The Debtor's amended plan of reorganization was approved at the hearing held on January 17, 2024.  Because Applicant's services have substantially benefitted the bankruptcy estate ("Estate") and the Debtor, and the amount of the compensation sought is reasonable, Applicant requests that the Court approve the final compensation as requested.

**JURISDICTION AND VENUE**

The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The statutory predicates for relief sought herein are 11 U.S.C. §§ 105(a), 330, 331, and Federal Rules of Bankruptcy Procedure 2016.

**SUMMARY OF RELIEF REQUESTED**

**NOTICE OF APPLICATION**

Concurrently with the filing of this Application, notice is being provided to the Debtor, the Office of the United States Trustee ("UST"), and all other parties required by the Court, by ECF or by mail if a party is not registered.  Applicant respectfully submits that no further notice is required

FEE APPLICATION

in this matter.

## APPLICANT HAS COMPLIED WITH THE REQUIREMENTS

## OF LOCAL BANKRUPTCY RULE 2016-1

As set forth in the Sturdevant Declaration, Mr. Sturdevant has reviewed the requirements of Local Bankruptcy Rule 2016-1 ("Rule 2016"). This Application complies with Rule 2016.[1]

## STATEMENT OF FACTS

### A.    General Background and History of the Case

The Debtor began operations in 2016 as a real estate investment company that bought, fixed, and sold real property. The Debtor's website is homebuyerca.com. The Debtor's website shows that it would buy properties in any condition without commissions or fees. The Debtor's pre-petition business model was to focus on buying real property in distress, resolving homeowners facing tenancy issues, helping clients with vacant properties that need to be sold quickly, and working on properties with real estate tax issues or properties that are damaged and need to be remodeled or fixed.

The Debtor used investors to finance the property acquisitions. The real property acquired was remodeled, fixed, cleaned, and marketed for a flip sale. Proceeds from sales were disbursed to investors of the projects. The investors were typically paid upon the sale of real property when the company generated a profit. Profit was not always available and the shift in the real estate market caused by rising interest rates obliterated the profitability of the Debtor's business model.

The higher interest rates also made it more challenging for buyers to afford homes that the Debtor bought. According to Matthew Gardner[2], the Chief Economist at Windemere Real Estate, in

---

[1] Local Bankruptcy Rule 2016-1(a)(1), states in, pertinent part, as follows:

All applications for fees . . . filed by attorneys . . . shall contain the following:

(A) A brief narrative history of the present posture of the case. In chapter 11 cases, the information furnished shall describe the general operations of the debtor and whether the business of the debtor, if any, is being operated at a profit or loss, cash flow, whether a plan has been filed, and if not, what are the prospects for reorganization and when it is anticipated that a plan will be filed . . .

[2] Q4 2022 Southern California Real Estate Market Update - Windermere Real Estate, https://www.windermere.com/blog/q4-2022-southern-california-real-estate-market-update

FEE APPLICATION

the final quarter of 2022, 28,953 homes sold in Southern California, which is 43.9% lower than the same period in 2021.  Homebuying was also affected by other economic issues, including inflation and the rising costs of food and goods.  The shifting of economic forces meant that the Debtor was no longer able to sell real estate at a profit and generate ample returns to cover promissory note obligations.

Litigation ensued, as started by Hiten Ram Bhakta & Sajan Bhakta, along with their related entities ASB Ventures and Precision Realty Fund ("Bhakta").  The lawsuit by Bhakta alleged $5 million in damages relating to the following properties:  1016 Portal Ave., Bakersfield, CA 93308; 37915 Marsala Drive, Palmdale, CA 93552; 25641 Byron Street, San Bernardino, CA 92410; 827 North Meridian Avenue, San Bernardino, CA 92410; and 730 - 732 East 78th Street, Los Angeles, CA 90001.

The shifting real estate and financial markets caused the Debtor to file its bankruptcy case on December 21, 2022. The Debtor's bankruptcy case stayed the Bhakta litigation with claims being provided for in the Plan.

The Debtor attributes its relationship with Bhakta, or more specifically, Sajan Bhakta, ASB Ventures LLC, Ram Bhakta, Ronak Parikh, Precision Realty Fund, Deven Bhakta, Abhishek Bhakta, Jatin Bhakta, Parin Bhakta, Anand Bhakta, Sima Patel, Vishal Bhakta, Bhavesh Bhakta, Zona AZ LLC, Straten Lending, Kiwi Capital Group, and/or Primira LLC (collectively, "Bhakta Parties") as being a catalyst to the Debtor's bankruptcy filing. The Debtor considers these creditors to be insiders based on their influence on the Debtor, including the unduly influenced, pre-petition payments listed in the Debtor's Statement of Financial Affairs to Schorr Law Group and Precision Realty Fund LLC totaling $475,000.

Members within the Bhakta Parties are responsible for a pre-petition *lis pendens* ("*Lis Pendens*") recording that has impacted the Debtor's ability to sell property of the Estate to date. The Debtor and the Bhatka Parties, through counsel, negotiated a resolution for the release of the Lis Pendens which occurred on or about October 5, 2023.  The *Lis Pendens* was released prior to any additional sale motions being granted. The resolution of the *Lis Pendens* release included

FEE APPLICATION

1  Debtor's counsel paying the fees and costs of approximately $750 for the recording fee of the

2  notice of withdrawal of any *lis pendens* by the Bhakta Parties.

3      **B.    Bankruptcy Filing**

4      On December 21, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief

5  under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central

6  District of California ("Court"), commencing case no. 8:22-bk-12142-SC ("Case").  The Debtor

7  operates and manages its affairs as debtor and debtor-in-possession pursuant to section 1184 of the

8  Bankruptcy Code.

9      **C.    Real Properties**

10      The Debtor scheduled the following real properties (together, "Properties"):

11      -    8607 Custer Road SW, Lakewood, WA 98499 ("Custer Property");

12      -    37472 Yorkshire Drive, Palmdale, CA 93550 ("Yorkshire Property");

13      -    1016 Portal Avenue, Bakersfield, CA 93308 ("Portal Property");

14      -    3025 Glenview Avenue, San Bernardino, CA 92407 ("Glenview Property");

15      -    13352 Marty Lane, Garden Grove, CA 92843 ("Marty Property");

16      -    324 W. 47th Pl., Los Angeles, CA 90037;

17      -    25641 Byron St., San Bernardino, CA 92404 ("Byron Property");

18      -    43933 30th St. E, Lancaster, CA 93535;

19      -    1004 Peachwoord Ct., Los Banos, CA 93635;

20      -    827 N. Meridian Ave., San Bernardino, CA 92410;

21      -    730-732 E. 78th St., Los Angeles, CA 90001;

22      -    1611 151st St., San Leandro, CA 94578;

23      -    37915 Marsala Dr., Palmdale, CA 93552 ("Marsala Property"); and

24      -    3122 Emery Lane, Robbins, IL.

25      **D.    Committee Appointment**

26      On February 7, 2023, the Office of the United States Trustee ("UST") filed an amended

27  notice of appointment of a Creditor's Committee ("Committee"), which comprises Felipe Gutierrez

28  Jr., Jesus Acosta, Straten Lending Group, LLC, ASB Ventures LLC, Precision Realty Fund, LLC,

1  and Zona AZ LLC. The Committee employed Goe Forsythe & Hodges LLP ("Goe Forsythe") as its

2  counsel.

3         **E.**       **Plan and Disclosure Statement**

4         The Debtor filed its original plan and disclosure statement on May 10, 2023 (ECF Nos. 139,

5  140) by the deadline required by the Bankruptcy Code.  The Debtor filed its first amended

6  disclosure statement on August 8, 2023 (ECF No. 208).  On October 12, 2023, the Debtor filed its

7  first amended plan (ECF No. 266) and second amended disclosure statement (ECF No. 267).   On

8  November 14, 2023, Debtor filed the third Disclosure Statement describing the First Amended

9  Chapter11 Liquidating Plan (ECF No. 296).  The Plan proposed by the Debtor, as the plan

10 proponent, is a plan of liquidation, meaning that the Debtor will not operate during or after the

11 liquidation and will not seek a discharge.

12        At the hearing held on November 9, 2023, the Court approved the Amended Disclosure

13 Statement, contingent upon the inclusion of language providing (1) that Debtor will have a 180-day

14 period to market and sell Debtor's real property post-confirmation, and (2) corresponding

15 temporary injunction and default provisions, as proposed in the status report [Dk. 287], subject to

16 agreement by the UST and the Committee.  The court confirmed the First Amended Chapter 11

17 Plan as modified on February 12, 2024 (ECF No. 381).

18        **C.**       **Employment of Case Professionals**

19               **1.**       **The Firm**

20        The Debtor filed an application to employ the Firm on December 21, 2022, as ECF No. 2.

21 The Court entered an order approving the Firm's employment on January 19, 2023, as ECF No. 25

22 ("Employment Order").  The Firm's employment is effective as of the Petition Date.

23               **2.**       **David M. Goodrich - CRO**

24        The Debtor filed its *Motion of The Debtor and Debtor-In-Possession for Order Approving*

25 *Services Agreement with David M. Goodrich Pursuant To 11 U.S.C. § 363(B)* ("CRO Motion") on

26 February 10, 2023, as ECF No. 42.

27        The CRO Motion sought approval of a services agreement ("Services Agreement") entered

28 between the Debtor and David M. Goodrich ("Goodrich").  Under the Agreement, Goodrich serves

FEE APPLICATION

as the Debtor's chief restructuring officer and will be compensated monthly at a discounted hourly rate from his regular attorney rate.  The CRO Motion showed that engagement of Goodrich would enable the Debtor to better navigate the bankruptcy process, prepare and report the Debtor's financial data to the other interested parties in the Case and to the Court, ensure the interests of the Debtor's creditors are protected, and assist with formulating a chapter 11 plan.  In addition to helping with bankruptcy-related matters, Goodrich, an experienced bankruptcy trustee and lawyer, will collect rent, pay ordinary business expenses, maintain the Debtor's properties, communicate with tenants, and assist with general and special counsel with preparing the Debtor's property for sale.  The CRO Motion was approved by an order entered on March 1, 2023, as ECF No. 61.

### 3.    Committee Counsel

Pursuant to the order entered March 10, 2023 as ECF No. 70, the Committee employed Goe Forsythe & Hodges LLP ("Goe Forsythe") as its counsel.

### 4.    Brokers

In order to assist the Debtor in liquidating all real property of the Estate that will generate a return, the Debtor sought to employ a broker and several co-brokers.  On March 26, 2023, the Debtor filed its *Application of 2nd Chance Investment Group LLC to Employ Broker and Co-Brokers Pursuant to 11 U.S.C. §§327 and 328* as ECF No. 80, "Broker Application".  The Broker Application was approved by Court order entered on April 13, 2023 (ECF No. 102, "Co-Broker Order").  On January 26, 2024, the Debtor filed a motion to employ Mauricio Gonzalez & Citywide Realty LLC  as real estate broker (ECF No. 362). The Broker Application was approved by Court order entered on February 23, 2024 (ECF No. 388).

### 5.    Accountants

By order entered May 9, 2023, the Debtor was authorized to employ Grobstein Teeple LLP to provide tax advice, prepare tax returns, assist in the preparation of monthly operating reports and both pre- and post-confirmation UST guidelines, such as post-confirmation reporting, and preparing a liquidation analysis.

### 6.    Unlawful Detainer Counsel

An order employing Bewley, Lassleben & Miller ("Bewley") to aid the Debtor in handling

FEE APPLICATION

tenancy issues was entered on June 12, 2023, as ECF No. 174.

### 7. Field Agent

By order entered May 30, 2023, the Debtor was authorized to employ D. Masin Consulting as its field agent to assist the Debtor in obtaining possession of real property which will allow real estate professionals access to show and market the real property.

### D. Chronological List of Significant Events

The following is chronological list of significant events that have occurred in this Case during the Application Period:

| Event | Docket | Date |
|---|---|---|
| Official Committee of Unsecured Creditors filed adversary complaint against American Express National Bank; Rayshon Foster | 288 | 11/06/23 |
| Official Committee of Unsecured Creditors filed adversary complaint against JP Morgan Chase Bank, NA; Rayshon Foster, Sonja Foster | 289 | 11/06/23 |
| David Goodrich filed Professional Fee Statement Number 11 | 290 | 11/08/23 |
| Grobstein Teeple filed its first interim application for compensation | 294 | 11/10/23 |
| Debtor filed the Disclosure Statement re First Amended Chapter 11 Plan | 296 | 11/14/23 |
| David Goodrich filed first interim application for compensation | 297 | 11/14/23 |
| Debtor filed Motion to Sell Real Property for 1016 Portal Ave, Bakersfield, CA | 298 | 11/14/23 |
| Goe Forsythe filed its first interim application for compensation | 301 | 11/15/23 |
| FRLC filed its first interim application for compensation | 304 | 11/15/23 |
| Court grants motion to sell real property at 37472 Yorkshire Drive, Palmdale, CA | 313 | 11/20/23 |
| Debtor filed the October monthly operating report | 314 | 11/20/23 |
| Debtor filed Motion to sell real property at 3025 Glenview Ave, San Bernardino, CA | 319 | 11/22/23 |
| Court granted motion to sell real property at 1016 Portal avenue, Bakersfield, CA | 338 | 12/13/23 |
| Court granted motion to sell real property at 3025 Glenview Ave, San Bernardino, CA | 349 | 12/18/23 |
| Debtor filed November monthly operating report | 353 | 12/20/23 |
| David Goodrich filed Professional Fee Statement Number 12 | 355 | 1/11/24 |
| David Goodrich filed Professional Fee Statement Number 13 | 356 | 1/11/24 |
| Debtor filed motion for order confirming chapter 11 plan | 357 | 1/11/24 |
| Debtor filed December monthly operating report | 360 | 1/25/24 |
| Debtor filed status report | 361 | 1/26/24 |
| Debtor filed motion to employ broker Mauricio Gonzalez | 362 | 1/26/24 |
| Debtor entered into stipulation for relief from stay for real property 151st Ave, San Leandro, CA | 365 | 2/1/24 |
| Debtor entered into stipulation for relief from stay for real property 1004 Peachwood Court, Los Banos, CA 93635 | 366 | 2/1/24 |

| Official Committee of Unsecured Creditors filed adversary complaint against Walker Law Group LLP; Rayshon Foster; Sonja Foster | 374 | 2/8/24 |
|---|---|---|
| Official Committee of Unsecured Creditors filed adversary complaint against Superior Coins; Rayshon Foster; Sonja Foster | 375 | 2/8/24 |
| Court entered order confirming First Amended Chapter 11 Plan | 381 | 2/12/24 |
| Debtor filed January monthly operating report | 386 | 2/21/24 |
| Court approved employment of broker Mauricio Gonzalez | 388 | 2/23/24 |
| David Goodrich filed professional fee statement | 391 | 3/5/24 |
| Debtor filed February monthly operating report | 398 | 3/18/24 |

## PRE-PETITION RETAINER

The Firm received a total pre-petition retainer of $18,500.00 ("Pre-Petition Retainer"). $1,738 was withdrawn on December 21, 2022, from the Firm's trust account prior to the bankruptcy filing to pay the Court filing fee. There remains a total of $0 in the Firm's trust account on behalf of the Debtor with $18,500.00 earned prepetition.

## CURRENT AMOUNTS REQUESTED

Applicant requests (i) allowance of $24,248.00 in previously unawarded Chapter 11 fees for 80.6 hours of work from November 1, 2023, through March 31, 2024, and $4,170.29 in previously unawarded Chapter 11 expenses, for a total of $28,418.29, and (2) award on a final basis previously awarded (reduced by stipulation) interim fees of $129,120.75 and expenses of $8,033.04 for a total fee award of $165,572.08.  This is the Applicant's second and final request for fees and expenses. Applicant anticipates that it may incur additional amounts after it files this Application for, among other things, filing any post-confirmation status reports, the notice of substantial consummation of the Plan, and ultimately seeking the final decree.

## CURRENT CASE STATUS

The court confirmed the First Amended Chapter 11 Plan as modified on February 12, 2024 (ECF No. 381).

## SUMMARY OF APPLICANT'S ACTIVITIES AS COUNSEL FOR DEBTOR
## DURING THIS INTERIM PERIOD

Below is a chart which summarizes all time and corresponding fees incurred by Applicant during this interim period.  Each category is described in further detail below.  There is overlap between some of the categories and, arguably, some of the time entries would fit in more than one

category.

| Category | Service Rendered | Hours | Fees | Blended Rate |
|---|---|---|---|---|
| GCA | General Case Administration | 15.5 | $5,760.00 | $360.00 |
| FA | Preparing and Filing of Fee Application | 10.7 | $3,852.00 | $360.00 |
| Motion | General Motion Work | 15.5 | $5,596.00 | $360.00 |
| Balloting | Preparation of service of ballots | .5 | $180.00 | $360.00 |
| UST | Compliance with Guidelines Issued by the UST | .7 | $252.00 | $360.00 |
| PLAN | Chapter 11 Plan of Reorganization | 1.4 | $516.00 | $360.00 |
| DS | Disclosure Statement | 2.8 | $1,028 | $360.00 |
| CC | Cash Collateral | .2 | $72.00 | $360.00 |
| MFRS | Motion for Relief from Stay | .6 | $232.0 | $360.00 |
| AP | Adversary Proceeding | .1 | $36.00 | $360.00 |
| Reorganized Debtor | Post-Confirmation Services | .8 | $292.00 | $360.00 |
| EMP | Preparing and Filing of Employment Application | 1.4 | $504.00 | $360.00 |
| Paralegal | Various services by Paralegal | 30.4 | $5,928 | $195.00 |
|  | **Total** | **80.6** | **$24,248.00** | **$277.50** |

**A.    General Case Administration**

**15.5 hours, $5,760.00, blended rate $360.00**

Applicant incurred fees in this category researching legal issues, discussing a multitude of

issues with the Debtor, including legal strategy, sales of real property, taxes, insurance, evictions,

the Lis Pendens. Applicant prepared status reports for the Court, attended to issues concerning the

Properties, including communicating with the various counties in which the Properties are located

regarding abatement and other issues. In addition, Applicant reviewed scheduling orders and the

original and amended notices of appointment of the Committee.  In order to keep all parties

informed of events, Applicant communicated with the Debtor's broker and secured lenders,

conferred with the CRO about the Properties and offers for the Properties, communicated with

tenants regarding the Properties and potential sales, communicated with taxing authorities, and

FEE APPLICATION

responded to Committee requests and regularly communicated with the Committee about the Case, the Debtor's Plan, tenancy concerns, etc. Applicant appeared at sale motion hearings, communicated with escrow for the various property sales, prepared status report, and communicated with counsel associated with adversary proceeding.

**B.    Balloting**

**.5 hours, $180.00, blended rate $360.00**

Application incurred fees in this category communicating with creditors regarding ballot receipts.

**C.    Compliance with Guidelines Issued by the UST**

**.70 hours, $252.00, blended rate $360.00**

Applicant incurred fees in this category communicating with the U.S. Trustee regarding insurance and vehicle status as well as regarding stipulation to reduce fee application request.

**D.    Cash Collateral**

**.2 hours, $72.00, blended rate $360.00**

Applicant incurred fees in this category communicating with Debtor's chief restructuring officer regarding use of cash collateral funds from a foreclosed property.

**E.    General Motion Work**

**15.5 hours, $5,596.00, blended rate $360.00**

In this category Applicant incurred fees related to the motion to sell the Glenview Property, reviewing the overbid procedures for the Yorkshire Ave property sale, drafting the motion to confirm the chapter 11 plan, and drafting the motion to employ Mauricio Gonzalez as broker for the Debtor.

**F.    Chapter 11 Plan of Reorganization**

**1.4 hours, $516.00, blended rate $360.00**

In this category the Applicant updated the plan after confirmation hearing; prepared the order confirming the plan, communicated the plan to the chief restructuring officer for comment, and submitted the plan.

**G.    Disclosure Statement**

11

**2.8 hours, $1,028.00, blended rate $360.00**

In this category the Applicant updated the disclosure statement after the disclosure hearing, communicated with official committee of unsecured creditors regarding the plan and disclosure statement, and finalized the order approving the disclosure statement.

**G.    Motions for Relief from Stay**

**.6 hours, $232.00, blended rate $360**

In this category, Applicant communicated with Debtor's unlawful detainer attorney regarding tenants in unlawful possession of Debtor's property, and emailed with creditor's counsel regarding stipulations to relief from the automatic stay.

**H.    Adversary Proceeding**

**.1 hours, $360.00, blended rate $360.00**

In this category, Applicant reviewed two AP actions against JP Morgan, American Express, and the debtor's principals.

**I.    Reorganized Debtor**

**.8 hours, $292.00, blended rate $360.00**

In this category, Applicant reviewed post-confirmation documents filed in the case by various parties, communicated with attorney for official committee of unsecured creditors, communicated with chief restructuring officer and accountants for attorney.

**J.    Employment Applications**

**1.4 hours, $504.00, blended rate $360.00**

In this category, Applicant prepared and filed motion to employ broker Mauricio Gonzalez.

**K.    Fee Application**

**10.7 hours, $3,852.00, blended rate $360.00**

In this category, Applicant prepared a fee analysis with all professional fees and emailed professionals in the case regarding disbursement of available funds; communicated with committee of unsecured creditors regarding disbursement of available funds; drafted and filed the interim fee application.

FEE APPLICATION

**L.    Paralegal**

**30.4 hours, $5,928.00, blended rate $195.00**

In this category, Applicant's paralegal assisted applicant in performing tasks to assist Applicant in the filing of various motions, including the first interim fee application, as well as the various motion to sell real property, including communications with escrow related to the sale of the various real properties.

## ANALYSIS OF CHAPTER 11 FEES AND COSTS

From November 1, 2023, through March 31, 2024, Applicant expended 80.4 hours representing the Debtor in this proceeding, as more particularly described in Exhibit "A" attached to the Sturdevant Declaration.  Exhibit "A" is a computerized invoice prepared by Applicant based on time records maintained by each professional performing services on behalf of the Debtor. These records are maintained in the ordinary course of Applicant's business.

**A.    Required Disclosure**

Applicant has not agreed to fix the fees or other compensation to be paid for services rendered and expenses incurred in connection with this Case. Applicant has not agreed to share the compensation to be received for the services rendered in this Case.  Andy Warshaw is the attorney at the Firm assigned to prosecute this Case. Mr. Warshaw was admitted to practice law in June 2009 and is admitted before this Court. The hourly rate charged by Warshaw is at or below the customary rates charged by other comparably skilled practitioners in business and Chapter 11 bankruptcy cases. The Firm's rates in this Case are not greater than the Firm's standard rates charged to comparable clients for comparable services in other bankruptcy cases and matters. The hourly billing rates for the Firm's professionals and paraprofessionals are as follows.

| Attorney or Paraprofessional | Admitted | Hours | Hourly Rate | Period | Total |
|---|---|---|---|---|---|
| Andy C. Warshaw, Attorney | CA, 2009 | 21.3 | $360 | 2023-24 | $7,880.00 |
| Amanda Billyard, Attorney | CA, 2008 | .9 | $400 | 2023-24 | $360 |
| Rich Sturdevant, Attorney | CA, 2010 | 28.0 | $360 | 2023-24 | $10,080.00 |
| Cynthia B. Meeker, Paralegal | N/A | 30.40 | $195 | 2023-24 | $5,928.00 |
| **TOTAL HOURS:** | | **80.60** | **TOTAL FEES:** | | **$2,248.00** |

FEE APPLICATION

The 80.60 hours resulted in total fees of $24,248.00 creating a blended hourly rate of $318.33.  The rates charged by Applicant are standard for Applicant on legal matters, without considering the size and degree of responsibility, difficulty, complexity or results achieved.  The rates at which Applicant charges its non-bankruptcy clients for similar services are the same.

In addition to Applicant's fees, from November 1, 2023, through March 31, 2024, Applicant has advanced out-of-pocket expenses totaling $4,170.29 as detailed in Exhibit "A" attached to the Sturdevant Declaration.

### DEBTOR'S ABILITY TO PAY THE REQUESTED AMOUNTS

The Debtor will pay the fees and expenses allowed to the Firm from funds on hand and as funds become available.

### MEMORANDUM OF POINTS AND AUTHORITIES

**A.    11 U.S.C. §330(3)(A): APPLICANT HAS PERFORMED SERVICES TO THE BENEFIT OF DEBTOR'S BANKRUPTCY ESTATE**

Applicant maintains records of time expended and costs incurred for each client in both its "CRM" and in a billing program by Intuit (Quickbooks) that is called "Ebillity". It is the Applicant's office policy to record into one of these databases the time expended on a client file and to do so contemporaneously with its expenditure. Applicant accounts for all time expended in .1 increments as indicated below.

**B.    11 U.S.C. §330(3)(B): APPLICANT'S BILLING RATES ARE REASONABLE**

**Reasonableness of hourly rates.**

The hourly rates for attorneys and staff in Applicant's office are reasonable and consistent with both bankruptcy rates and other non-bankruptcy rates in the Central District, Santa Ana Division.

**C.    11 U.S.C. §330(3)(C): THE SERVICES RENDERED WERE NECESSARY AND BENEFICIAL TO ADMINISTRATION OF DEBTOR'S CASE**

All time spent by Applicant ultimately benefitted the estate by providing the Debtor ample structure and support to reorganize. Applicant performed various services as outlined

FEE APPLICATION

1  in both time records and in time categories above that allow the Debtor to achieve a confirmed

2  Chapter 11 plan.

3  **D.**    **IN RE ELIAPO, 298 B.R. 392, ALLOWS APPLICANTS TO BE**

4  **COMPENSATED HOURLY FOR SERVICES RENDERED**

5  Applicant performed services and chooses to be compensated through the formal fee

6  application process in compliance with 11 U.S.C. §§ 329, 330(a), 331 and FRBP 2002(a)(6), 2016,

7  2017.

8  **E.**    **11 U.S.C. §330(3)(D): THE SERVICES PERFORMED BY APPLICANT**

9  **WERE PERFORMED IN A REASONABLE AMOUNT OF TIME COMMENSURATE**

10  **WITH THE COMPLEXITY, IMPORTANCE, AND NATURE OF THE PROBLEM, ISSUE,**

11  **OR TASK ADDRESSED**

12  The court *In Re Eliapo* noted that there are three means by which a Debtor's attorney may

13  obtain a fee award in a Chapter 13 case. The attorney may (1) submit a fee application under "no

14  look" guidelines that establish presumptive fees for a "basic case" and specified variation thereon,

15  (2) submit a detailed fee application based on the hours actually spent on the case, or (3) first

16  submit a no-look application and later submit a detailed application seeking additional fees based

17  on the hours actually spent.

18  The *In Re Eliapo* court remarked that the customary method for assessing an attorney's fee

19  application in bankruptcy is the "lodestar" method, under which the number of hours reasonably

20  expended is multiplied by a "reasonable hourly rate" for the person providing the services.

21  However, the lodestar method is not mandatory. The court "emphasize[d] that the no-look

22  guidelines establish only presumptive fees. If a Chapter 13 practitioner does not wish to apply for

23  fees under the no-look guidelines, he or she is free not to do so and to submit instead a detailed fee

24  application using the lodestar method."

25  Here, Applicant operates under the lodestar method. Applicant's fee application

26  details the work done in .1 increments. The work was completed timely based upon its complexity,

27  importance, the nature of the problem, issue, or task addressed.  The services were necessary to the

28

FEE APPLICATION

administration of and prosecution of the Case and each service is broken down into specific

categories to allow analysis of the overall efficiency of each task performed.

**F.      11 U.S.C. §330(3)(E): APPLICANT IS AN EXPERIENCED, QUALIFIED PRACTITIONER**

Applicant employs three attorneys licensed to practice law in the State of California and

that are admitted before this Court. Applicant is a firm that provides consumer bankruptcy

services, and its attorneys have filed or been involved in more than 600 cases under various

chapters of the Bankruptcy Code throughout California. Additionally, Attorney Warshaw is a

certified specialist in bankruptcy law by the State Bar of California. The below case history and

experience is an accurate representation of Applicant's attorneys' experience and admissions

as of March 2021.

### *CASE HISTORY AND EXPERIENCE*

• Chapter 7 History: filed over 300 Chapter 7 cases.

• Chapter 11 History: Counsel of record for an estimated 12 debtors that achieved plan

confirmation under chapter 11, with both individual and corporate plans confirmed.  Subchapter Vs

filed in March, April and September of 2021. Involvement in cases as either Debtor or Creditor

counsel.

• Chapter 12 History: Chapter 12 plans confirmed in the Northern District of California -

Santa Rosa division and the Southern District of California.

• Chapter 13 History: filed more than 600 Chapter 13 cases over various jurisdictions.

• Adversary Proceeding History: Involvement in 9 adversary proceedings as either plaintiff

or defense counsel.

### **ADMISSIONS**

• State Bar of California

• United States District Court - Central District of California

• United States District Court - Southern District of California

• United States District Court - Eastern District of California

• United States District Court - Northern District of California

FEE APPLICATION

**G.     11 U.S.C. §330(3)(F): THE COMPENSATION REQUEST IS REASONABLE BASED UPON THE CUSTOMARY RATES CHARGED BY COMPARABLY SKILLED PRACTITIONERS IN CASES OTHER THAN CASES UNDER THIS TITLE [11 USCS §§ 101 ET SEQ.]**

Applicant routinely charges the rates it charges in this case for other cases, whether they be in Chapter 13 or Chapter 11. The rate for services charged are in line with other attorneys with a similar amount of experience for the Court in which this is being heard. The work was done methodically and efficiently and the compensation requested is reasonable based upon the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

a. **Fees.** Applicant seeks compensation for extraordinary services that were required to be done on behalf of the estate. This fee application requests allowance of $24,248.00 in previously unawarded chapter 11 fees for 80.6 hours of work and award on a final basis previously awarded fees in the amount of $129,120.75, for a total fee award of $153,368.75.

b. **Costs.** Applicant incurred costs for the filing fee, copying fees, and postage fees for serving responses and pleadings as well as for mileage for travel reimbursement. This fee application requests unawarded expenses of $4,170.29 and award on a final basis previously awarded expenses in the mount of $8,033.04 for a total expense award of $12,203.33.

**H.     PROFESSIONAL RELATIONSHIP WITH THE CLIENT**

Other than its role as attorneys for the Debtor and as otherwise disclosed in the Firm's Employment Application, the Firm has no relationship with the Debtor.

**CONCLUSION**

Giving due consideration to the nature of the services rendered, the size and scope of the projects, the legal and factual complexities encountered, the experience of Applicant, the attorney's normal and customary hourly rates for similar services, the results achieved on behalf of the estate, and the time devoted, Applicant respectfully submits that the fees and expenses for which compensation and reimbursement are sought in the Application are actual, reasonable and necessary costs of the administration in this Case.

1    **WHEREFORE**, Applicant respectfully requests that this Court enter an order:

2    A.    Allowing to Financial Relief Law Center, APC interim compensation for

3  professional services rendered to the Debtor during the Application Period in the amount of

4  $143,467.50, and expenses in the amount of $8,033.04 for the period from December 21, 2022,

5  through October 31, 2023.

6    B.    Directing the Debtor to pay Applicant directly from its Debtor in Possession

7  Account the amount of $151,500.54 when funds become available.

8    C.    For any and all other relief as the Court may deem appropriate.

9                                    Respectfully submitted,

10  Dated:  April 9, 2024                    FINANCIAL RELIEF LAW CENTER, APC

11

12                              By:  */s/ Rich Sturdevant*
                                    ANDY C. WARSHAW
13                                   RICH STURDEVANT
                                    Attorneys for 2nd Chance Investment
14                                   Group, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FEE APPLICATION

1

2

## <u>DECLARATION OF RICH STURDEVANT</u>

3        I, Rich Sturdevant, declare as follows:

4        1.        I am an attorney with Financial Relief Law Center, APC ("Firm" or "Applicant"),

5   attorneys of record for 2nd Chance Investment Group, LLC ("Debtor").  The following is within my

6   personal knowledge, and if called upon as a witness, I could and would testify competently with

7   respect thereto.  I am submitting this declaration in support of *Financial Relief Law Center, APC's*

8   *Second and Final Application for Allowance and Payment of Chapter 11 Fees and Reimbursement*

9   *of Chapter 11 Expenses of Counsel for the Debtor, for the Period of November 1, 2023 Through*

10  *March 31, 2024* ("Application").  All capitalized terms have the same meaning or definition as the

11  capitalized terms in the Application.

12       2.        I am one of the attorneys at the Firm with primary responsibility for the

13  representation of the Debtor in this Chapter 11 case.  I am licensed to practice law in the State of

14  California and am admitted to practice law before all four bankruptcy districts within California.

15       3.        The compensation and expenses requested are billed at rates in accordance with

16  practices no less favorable than those customarily employed by the Firm and generally accepted by

17  the Firm's clients.

18       4.        The Firm is a professional corporation with its office located at 1200 Main St.,

19  Suite C, Irvine, California 92614.  On August 30, 2023, this Court entered an order approving the

20  Firm's employment as Debtor's General Insolvency and Bankruptcy Counsel, effective as of

21  December 21, 2022.

22  **DESCRIPTION OF SERVICES RENDERED TO THE DEBTOR BY THE FIRM**

23       5.        Applicant maintains records of time expended and costs incurred for each client

24  in both its "CRM" and in a billing program by Intuit (Quickbooks) that is called "Ebillity."  I have

25  reviewed the Firm's Ebillity reports which are attached as **Exhibit "A"** and which are the Firm's

26  true and correct time records.  The expense records are included at the end of the time reports.

27       6.        It is Applicant's office policy to record into one of these databases the time

28  expended on a client file and to do so contemporaneously with its expenditure. Applicant accounts

for all time expended in .1 increments for hourly billing. The Application provides an accurate description of time records and the work performed by Applicant. The reports are listed chronologically and described by category.

7.    It is Applicant's usual practice to allocate work and assignments in an efficient manner to achieve an effective result.  As demonstrated in the Application, the practice has been followed in this Case.

8.    I have reviewed the requirements of Local Bankruptcy Rule 2016 ("Rule 2016"). The Application complies with Rule 2016.

9.    I participated in preparing, am familiar with, and have read the Application.  To the best of my knowledge, information and belief, the facts in the Application are true and correct.

**COMPENSATION REQUESTED BY THE FIRM**

10.    During the Application Period, Applicant's fees for services requested are previously unawarded fees of $24,248.00, previously awarded interim fees of $129,120.75 for a total $15,368.75.  This is Applicant's second and final fee application.

**SUMMARY OF THE FIRM'S EXPENSE REIMBURSEMENT FOR DEBTOR'S CASE**

11.    Applicant incurred costs for filing fees, recording fees, copying and postage fees for serving pleadings. During the Application Period, the Firm's unawarded expenses total $4,170.29, the previously awarded interim expenses are $8,033.04, for a total of $12,203.33.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th  day of April, 2024, at Irvine, California.


*/s/ Rich Sturdevant*
RICH STURDEVANT

FEE APPLICATION

# EXHIBIT A

## TIME & EXPENSE RECORDS

# Financial Relief Law Center, APC

1200 Main Street, Ste C

Irvine, CA 92614

Ph : 714-442-3318

## Worker Entry Report from 11/01/2023 to 03/31/2024

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Service Item: ****AP Partner Atty** | | | | | | | | |
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Review of two AP actions against JP Morgan, AmEx, and the principal of the Debtor.  Emailing copy to principal of the Debtor of each complaint. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.10 | | | | 36.00 |
| | | | Total for ****AP Partner Atty | 0.10 | | | | 36.00 |
| **Service Item: ****CH 11 - FA Senior** | | | | | | | | |
| **Worker: Richard Sturdevant** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/06/23 | Non-Project Related | Begin drafting fee application | 2.60 | 360.00/hr | Yes | | 936.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Continue drafting fee applicastion | 4.50 | 360.00/hr | Yes | | 1,620.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Finalize expense records report for fee application. | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review and edit fee application; finalize application, exhibits, and notice for filing and service. | 1.20 | 360.00/hr | Yes | | 432.00 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Respond to US Trustee's request for excel spreadsheet regarding time records for fee application | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Finalize client declaration and email to client | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/27/23 | Non-Project Related | Review email from debtor's principle Ray Foster, send email regarding declaration | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/29/23 | Non-Project Related | Draft proof of service for declaration of Ray Foster, file declaration of Ray Foster in support of first interim fee application. | 0.40 | 360.00/hr | Yes | | 144.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Review declaration of Andy Warshaw regarding stipulation with US trustee, draft and submit order on first interim fee application | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Richard Sturdevant | 10.00 | | | | 3,600.00 |
| | | | Total for ****CH 11 - FA Senior | 10.00 | | | | 3,600.00 |

## Service Item: ****CH 11 - Motion Senior Atty

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Richard Sturdevant** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Yorkshire Ave: Motion to Sell-review overbid procedures with David Goodrich before hearing | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Finalize Notice of Hearing, Motion to Sell, Rule 6004 Notice of Sale, File and serve - Glenview Property | 1.20 | 360.00/hr | Yes | | 432.00 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Review email from title company, obtain copy of substitution of attorney re removal of lis pendens in state court action. Property: Yorkshire. | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Richard Sturdevant | 1.70 | | | | 612.00 |
| | | | Total for ****CH 11 - Motion Senior Atty | 1.70 | | | | 612.00 |

## Service Item: Ch 11 - Balloting

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Receipt of email from Leslie Barnett with American Express ballot accepting the plan. Saving doc, responding back to the email acknowleding receipt. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Receipt of email from Aaron Zisman with ballot. Response back from him requesting second page. Email back from him with completed ballot. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/20/23 | Non-Project Related | Receipt of single page ballot from ASB Ventures, LLC. Email back to him, cc'ing committee counsel, asking for complete 2 page ballot to be returned. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/21/23 | Non-Project Related | Receipt of a partial ballot from Phil Jr. Response back requesting ballot in full.Receipt of two ballots from Sal Jimenez. Saving to ballot folder. Response back to him to return a clean, updated ballot. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/11/24 | Non-Project Related | Phone meeting re 1129(a)(8) for confirmation brief with Rich Sturdevant. Email to David Goodrich to address the issue. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.50 | | | | 180.00 |
| | | | Total for Ch 11 - Balloting | 0.50 | | | | 180.00 |

## Service Item: CH 11 - CC

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Email from the Debtor's CRO with a request from Lantzman for cash collateral funds from the foreclosed property on Marsala. The response back with analysis as to why it isn't appropriate to distirute back to Lantzman (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| | | | Total for Andy Warshaw | 0.20 | | | | 72.00 |
| | | | Total for CH 11 - CC | 0.20 | | | | 72.00 |

## Service Item: CH 11 - DS

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Updating disclosure statement information based on outcoming of hearing with approval of the DS with minor modifications (.3) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Email from committee's counsel re content of DS order.   Response back with updated versions of the plan and disclosure statement for dissemination (.1) Further exchange with the committee re updated versions of the plan and ds along with proposed order language (.1)Preparing order approving the dislcosure statement (.1) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Preparing content of disclosure statement order and submitting to committee's counsel for review (.3) | 0.30 | 400.00/hr | Yes | | 120.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Finalizing order approving disclosure statement after receiving email from the Committee with comments on the draft.  Uploading via LOU. (.2) | 0.20 | 400.00/hr | Yes | | 80.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Exchange with creditor's committee counsel (.1)Finalizing plan and disclosure statement and setting for service (1.5)Receipt of served plan, ds, certificate of service.  Saving expense and filing with the court (.1) | 1.70 | 360.00/hr | Yes | | 612.00 |
| | | | Total for Andy Warshaw | 2.80 | | | | 1,028.00 |
| | | | Total for CH 11 - DS | 2.80 | | | | 1,028.00 |

## Service Item: CH 11 - EMP

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Richard Sturdevant** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 01/25/24 | Non-Project Related | Email addendum to broker Mauricio Gonzalez for his signature in preparation for filing motion to employ broker | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 01/26/24 | Non-Project Related | Finalize motion to employ out of state broker Mauricio Gonzalez, serve and file | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 02/22/24 | Non-Project Related | Draft and file declaration re no opposition to motion to employ Mauricio Gonzalez; draft and upload order on motion | 0.70 | 360.00/hr | Yes | | 252.00 |
| | | | Total for Richard Sturdevant | 1.40 | | | | 504.00 |
| | | | Total for CH 11 - EMP | 1.40 | | | | 504.00 |

## Service Item: CH 11 - FA

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/30/23 | Non-Project Related | Preparing fee analysis with all professional fees. Drafting email to all professionals with recommendation on disbursing available funds with professional fees exceeding available funds (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|-----------|
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Email from Committee counsel re the disbursement of funds. Internal email with David Goodrich and Amanda Billyard re the same. Email back to Rob Goe with disbursement information (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.30 | | | | 108.00 |

### Worker: Richard Sturdevant

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|-----------|
| 2nd Chance Investment Group - Ray Foster | 03/29/24 | Non-Project Related | Begin drafting fee application | 0.40 | 360.00/hr | Yes | | 144.00 |
| | | | Total for Richard Sturdevant | 0.40 | | | | 144.00 |
| | | | Total for CH 11 - FA | 0.70 | | | | 252.00 |

## Service Item: CH 11 - GCA

### Worker: Amanda Billyard

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|-----------|
| 2nd Chance Investment Group - Ray Foster | 01/30/24 | Non-Project Related | prepared and filed Status report for Sale of Glenview | 0.50 | 400.00/hr | Yes | | 200.00 |
| | | | Total for Amanda Billyard | 0.50 | | | | 200.00 |

### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|-----------|
| 2nd Chance Investment Group - Ray Foster | 11/01/23 | Non-Project Related | Email exchange with CRO and real estate agents re inability to market two parcels of real proprety due to tenancies. Email to Walter Pena, evictions counsel to the debtor, to discuss the two properties (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/02/23 | Non-Project Related | Email exchange with Walter Pena, UD counsel, re tenacy / status at peachwood (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Slew of emails between realtors/brokers/CRO for sale hearings tomorrow / overbidder. Also email from Debtor's tax advisor. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Email from Dane Exnowski with loan response related to sale of property. Response back to him (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Further exchange with Dane Exnowski re Glenview Ave. Email to principal of the Debtor for loan information to work with escrow (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Emails from Cynthia Meeker with inquiries about the Glenview property status. Response back to her (.1) | 0.10 | 400.00/hr | Yes | | 40.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review of the Court's tentative ruling for the Debtor's motion to sell real property at 37472 Yorkshire Dr., Palmdale, CA 93550. Review of the motion and recent correspondence re last minute bidders for the property and general preparation for the hearing (.3) Phone call to David Goodrich prior to the sale hearing to discuss the overbid, proposed order, as well as the case in general (.3) Appearance at the sale hearing for the Yorkshire property (.6) Preparing proposed order for the sale and transmitting to escrow, the Debtor's CRO and real estate broker for review (.4) | 1.60 | 360.00/hr | Yes | | 576.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Email from real estate broker with comments about the proposed order. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review of CRO's professional fee statement. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Received requested changes to the order on the motion to sell Yorkshire from the Debtor's broker and CRO.  Updating the order and submitting to the parties for further comment and review (.4) Further exchange with escrow/title/broker re language in the order. Submitting updated order for review (.1) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Phone call from Debtor's CRO to discuss disclosure statement hearing this morning (.1) | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review of pleadings, case in general, and tentative ruling for disclosure statement hearing (.2) Appearance at the status conference and the disclosure statement hearing (.3) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Review of several docket hearing events from yesterday.  Review of cm/ecf ativity.  Scheduling continued hearings and events based on docket texts for hearings rescheduled/continued (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Email from Antonia Delgado at escrow re issue with loan information of Clotee Downing. Response to her email. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Review of fee application filed by Grobstein Teeple.  Saving Doc. No action necessary. | 0.10 | 400.00/hr | Yes | | 40.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|-----------|
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Email exchange with escrow/title re content of Yorkshire sale order (.1) Exchange with escrow. Receipt of finalized content from escrow/title. Uploading proposed Yorkshire sale order via LOU (.1) | 0.20 | 400.00/hr | Yes | | 80.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Review of cm/ecf activity with the court entering an order approving the Disclosure Statement. Saving Doc. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Receipt of email from Cindy Meeker by way of title verifying the withdrawal of the lis pendens on portal avenue. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review of cm/ecf activity with:1) Disclosure statement2) Plan3) Certificate of service4) Sale Motion.5) Fee Application Notice of CRO. Saving docs. Scheduling hearings. (.2)Saving all docs and scheduling hearings. | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Review of fee application filed by the Committee. Saving docs.The Debtor also filed its fee motion for counsel. Review and saving docs. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Exchange with Cindy Meeker and David Goodrihc re Yorkshire sale order (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Email from Cindy Meeker with response re escrow/title position on Glenview sale motion (.1) | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review of cm/ecf activity with the October 2023 MOR. Saving doc. Review of order granting sale motion. Preparing email to escrow with copy.Review of declaration of Sajan Bhakta for the Committee counsel fees. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Phone call with committee counsel re reduction of fees/fee application as well as status of generating funds from AmEx AP. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Review of cm/ecf activity with the declaration of Rob Goe re Committee fees | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Email to Clarence.Yoshikane@gmail.com requesting review of the Illinois property to see if it could be sold | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/27/23 | Non-Project Related | Review of fee declaration and sale motion filed by debtor including the notice of sale of estate property form. Saving docs. Scheduling sale motion hearing on the calendar. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Email exchange with escrow re statu sof lis pendens by Bhakta parties and estimated closing statement for Yorkshire with updated payoff demands (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 11/30/23 | Non-Project Related | Review of cm/ecf activity with statement of non opp to sale for debtor's sale motion of Glenview (.1) Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/30/23 | Non-Project Related | Review of updated seller's estimated settlement statement from escrow with information on updated payoffs and loan documents of the buyer (.1). | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review of Dane Exnowki's statement of non opposition to the Debtor's sale motion. Saving doc. Related to sale of Glenview. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review of court tentatives on fees and sale motion for Glenview for Wednesday (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/05/23 | Non-Project Related | Review of NOTICE OF EMERGENCY MOTIONAND EMERGENCY MOTION TOALTER OR AMEND ORDER,AND/OR FOR RELIEF FROMORDER, AUTHORIZING SALE OFREAL PROPERTY, ETC. (DOC 313).  Email to David Goodrich to discuss (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Review of ORDER DENYING EMERGENCY MOTIONTO ALTER OR AMEND ORDER AND/ORFOR RELIEF FROM ORDER, AUTHORIZINGSALE OF REAL PROPERTY. Saving doc (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Appearance at sale motion hearing for 1016 Portal Avenue, Bakersfield, California 93308 (.5) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Review of proposed sale order relating to Portal Ave. with response on suggested changes prior to transmitting to title (.2) | 0.20 | 400.00/hr | Yes | | 80.00 |
| 2nd Chance Investment Group - Ray Foster | 12/07/23 | Non-Project Related | Email to committee counsel re status of generating revenue by the APs and pro-rata distribution of professional fees with funds on hand (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/08/23 | Non-Project Related | Review of cm/ecf activity with several interim fee orders entered. Review and saving of orders. Review of escrow emails relating to Portal sale. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Email exchange from Debtor's broker, Bill Friedman, re overbidder for hearing on Thursday with receipt of check by Debtor's CRO.  (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Receipt of email from escrow/title approving content of sale order for Portal Ave.  Uploading order via LOU. | 0.10 | 400.00/hr | Yes | | 40.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/13/23 | Non-Project Related | Appearance at hearing on sale of real property with auction / overbidding procedures: (0.5) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Receipt of order on Portal Ave sale via cm/ecf.  Emailing escrow with copy. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Email from Escrow re Fay/Glenview payoffs.  Email back to escrow.  Email Dane Exnowski requesting payoff for escrow. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Receipt of form generated by Cindy Meeker for Fay Authorization/payoff.  Email to Ray Foster (Debtor's principal) for authorization and signature so we can consummate the sale (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Email from Cindy Meeker who prepared the draft order.  Review of order with slight change requested (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/18/23 | Non-Project Related | Email from the principal of the Debtor with post-petition lawsuit claims against the Debtor.  Preparing email to counsel for Lamar Advertising, CC'ing the committee, with request to cease litigation as a violation fo the stay (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 12/18/23 | Non-Project Related | Receipt of approved order from title/escrow on Glenview sale motion.  Uploading proposed order via LOU. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Review of cm/ecf activity with the order entered on the Glenview sale.  Certified copy requested yesterday and provided to escrow.  Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Email from escrow re Fay Serviing claim requesting a follow up to the lender.  Email to Dane Exnowski re the payoff.  Email back to escrow re status (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Email echange with broker re status of marketing and inability to sell with tenants.Email to Walter Pena to see if he can address the tenancy issues as UD counsel to the Debtor. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/25/23 | Non-Project Related | Email exchange with Debtor's eviction counsel, cc'ing the CRO, re eviction at new property to be able to sell it. Also review of cm/ecf activity with the November 2023 MOR (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/28/23 | Non-Project Related | Email from Kathleen Kramer re portal sale status.  Review of escrow emails and response back to her (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 12/28/23 | Non-Project Related | Exchange with Escrow re Glenview closing issues (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 01/02/24 | Non-Project Related | Email from broker re expiration of Marty Lane listing.  Email to Walter Pena, eviction counsel, to discuss listing expiration and tenant status (.1) | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 01/05/24 | Non-Project Related | Review of cm/ecf activity including 3 sale reports.  Saving filed docs. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 01/11/24 | Non-Project Related | Conference call with David Goodrich and Rich Sturdevant discussing plan confirmation issues, funding, feasibility, claims, remaining real property, general legal strategy for the case (.4) | 0.40 | 360.00/hr | Yes | | 144.00 |
| 2nd Chance Investment Group - Ray Foster | 01/12/24 | Non-Project Related | Review of fee statements filed by David Goodrich filed by the Debtor's motion for plan confirmation. Saving docs. (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/16/24 | Non-Project Related | Phone meeting with Creditor's Committee with questions about causes of action/claims | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 01/17/24 | Non-Project Related | Email from Kathleen Kramer re 2 remaning properties and status of sales (.1)Email to David Goodrich re the same. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/17/24 | Non-Project Related | Exchange with the Debtor's CRO re disbursement of professional fees followed by email to Committee's counsel with the Debtor's proposed distribution. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/19/24 | Non-Project Related | Email from CRO who has an inquiry from Grobstein Teeple for 2022 financials of the Debtor to prepare tax returns.Preparing email to Ray Roster requesting information for the 2022 tax returns. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/22/24 | Non-Project Related | Email from proposed broker/agent on Illinois property with offer. Response back (.1) Call with Rich Sturdevant re need for nunc pro tunc employment for this broker. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/24/24 | Non-Project Related | Review of cm/ecf activity with December 2023 MOR filed by the Debtor, prepared by the CRO. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/24/24 | Non-Project Related | Email from Kathleen Kramer Cashman re email inquiry into Peachwood Court and San Leandro properties.  Response back to her email (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/25/24 | Non-Project Related | Email exchange with CRO and parties involved in Emery Lane sale re new buyer (.1) Exchange with committee's counsel re post-confirmation engagement with them for continued services. | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/26/24 | Non-Project Related | Review of cm/ecf activity with Debtor's status report. Saving docs. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 01/29/24 | Non-Project Related | Review of cm/ecf activity with Debtor's application to employ broker.  Saving doc.  Calendaring default. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/31/24 | Non-Project Related | Review of cm/ecf activity with Debtor's report of sale of Glenview property.  Saving doc. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 02/01/24 | Non-Project Related | Email from Ray Foster re bankruptcy case information. Response to client. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/02/24 | Non-Project Related | Review of cm/ecf activity with two MFRS stipulations being filed for San Leandro and Peachwood. Saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/05/24 | Non-Project Related | Review of stip on motion for relief and supporting declarations for Peachgood and San Leandro. Scheduling hearing. Saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/05/24 | Non-Project Related | Email from Debtor's CPAs for 2022 financials.   Follow up email to Ray Foster requesting information, cc'ing Debtor's CRO (.1) | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 02/05/24 | Non-Project Related | Phone call from Charity Manee re recovery of adversary proceedings re Gemma's Jewelers, Amex and addressing employment of insolvency specialist (Don Fife). Email to David Goodrich to provide Committee's position on employment of additional party in the APs (.3) | 0.30 | 400.00/hr | Yes | | 120.00 |
| 2nd Chance Investment Group - Ray Foster | 02/06/24 | Non-Project Related | Email from Charity Manee with a proposed stipulation from the Committee to hire an expert. Email to David Goodrich with a copy and concern of Committee's billing without a return (.1) | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 02/07/24 | Non-Project Related | Conference call with David Goodrich and Charity Manee re retaining expert for insolvency in Committee's adversary proceeding (.7) Conference call with David Goodrich ree content of morning committee call (.4) | 1.10 | 400.00/hr | Yes | | 440.00 |
| 2nd Chance Investment Group - Ray Foster | 02/08/24 | Non-Project Related | Review of Court tentative prior to hearing with thoughts on addressing potential Committee issues based on meeting yesterday with Charity Manee (.2) Appearance at Plan confirmation hearing (.3) | 0.50 | 360.00/hr | Yes | | 180.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 02/08/24 | Non-Project Related | Review of plan/liquidating trust terms to respond to questions asked by David Goodrich re post-confirmation employment of professionals, addressing specifically employment of broker for listings but also relating to the Committee (.2) | 0.20 | 400.00/hr | Yes | | 80.00 |
| 2nd Chance Investment Group - Ray Foster | 02/09/24 | Non-Project Related | Review of cm/ecf activity with the filing of several complaints by the Committee.  Saving complaints after review. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 02/12/24 | Non-Project Related | Exchange with tax counsel for the Debtor requesting information. Response to Josh (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/22/24 | Non-Project Related | Review of cm/ecf activity with the Debtor's January 2024 MOR. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/26/24 | Non-Project Related | Review of cm/ecf activity with order granting employment of Illinois broker.  Saving order. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/19/24 | Non-Project Related | Review of cm/ecf activity with the Debtor's February 2024 MOR. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 13.90 | | | | 5,164.00 |
| | | **Worker: Richard Sturdevant** | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 01/25/24 | Non-Project Related | Prepare status report in advance of hearing on February 9, 2023 | 1.10 | 360.00/hr | Yes | | 396.00 |
| | | | Total for Richard Sturdevant | 1.10 | | | | 396.00 |
| | | | Total for CH 11 - GCA | 15.50 | | | | 5,760.00 |

## Service Item: CH 11 - MFRS

### Worker: Amanda Billyard

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/02/23 | Non-Project Related | email from Walter Pena re: tenants for Peachwood, researched and responded. | 0.40 | 400.00/hr | Yes | | 160.00 |
| | | | Total for Amanda Billyard | 0.40 | | | | 160.00 |
| | | **Worker: Andy Warshaw** | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 01/29/24 | Non-Project Related | Review of email from Kathleen Cashman-Kramer with proposed stip for MFRS on San Leandro property.  Response back to email accepting the stip -- David Goodrich as the signing party for the Debtor (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/04/24 | Non-Project Related | Review status report filed by Kathleen Kramer re MFRS. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.20 | | | | 72.00 |
| | | | Total for CH 11 - MFRS | 0.60 | | | | 232.00 |

## Service Item: CH 11 - Motion

04/01/2024

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 01/04/24 | Non-Project Related | Updating sale reports drafted by Cindy Meeker and filing with the Court for sales related to Yorkshire, Portal, and Custer (.4) | 0.40 | 400.00/hr | Yes | | 160.00 |
| | | | Total for Andy Warshaw | 0.40 | | | | 160.00 |
| **Worker: Richard Sturdevant** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 01/08/24 | Non-Project Related | Begin drafting motion to confirm chapter 11 liquidation plan | 2.50 | 360.00/hr | Yes | | 900.00 |
| 2nd Chance Investment Group - Ray Foster | 01/11/24 | Non-Project Related | Prepare and file Motion to Confirm Chapter 11 Plan, Notice of Hearing, Declaration in support thereof | 7.40 | 360.00/hr | Yes | | 2,664.00 |
| 2nd Chance Investment Group - Ray Foster | 01/22/24 | Non-Project Related | Prepare Motion to Employ Broker Citywide Realty LLC, Declaration of Mauricio Gonazalez, Notice of Opportunity for Hearing | 2.70 | 360.00/hr | Yes | | 972.00 |
| 2nd Chance Investment Group - Ray Foster | 01/23/24 | Non-Project Related | Phone call with Mauricio Gonzalez re motion to employ broker and declaration (.2); make corrections to declaration and email to Mr. Gonzalez for review and signature. | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 01/24/24 | Non-Project Related | Make edits to motion to employ broker; email chief restructuring officer david goodrich on listing agreement addendum | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Richard Sturdevant | 13.40 | | | | 4,824.00 |
| | | | Total for CH 11 - Motion | 13.80 | | | | 4,984.00 |

## Service Item: CH 11 - PLAN

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Updating Plan language and exhibits after the DS hearing with additional information (.3) | 0.30 | 400.00/hr | Yes | | 120.00 |
| 2nd Chance Investment Group - Ray Foster | 02/08/24 | Non-Project Related | Preparing order confirming the plan and sending to David Goodrich for comment (.4) Updating confirmation order at David Goodrich's requests/comment.  Emailing draft order to Committee's counsel (.4) | 0.80 | 360.00/hr | Yes | | 288.00 |
| 2nd Chance Investment Group - Ray Foster | 02/12/24 | Non-Project Related | Review of redline version of confirmation order from Charity Manee. Review of Plan to match changes which aren't in line with plan content/stip content for the committee. Email to David Goodrich with copy and thoughts (.2)Review of email from David Goodrich approving draft changes by the Committee.  Uploading Order via LOU and updating Committee on the status (.1) | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Andy Warshaw | 1.40 | | | | 516.00 |
| | | | Total for CH 11 - PLAN | 1.40 | | | | 516.00 |

## Service Item: Ch 11 - Reorganized Debtor

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 02/13/24 | Non-Project Related | Review of cm/ecf activity with the order confirming plan and notice of order.  Saving docs.  Email to Rich Sturdevant to handle final fee applicatio. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/23/24 | Non-Project Related | Review of cm/ecf activity with the dec re non opp filed by Rich Sturdevant for employing the Illinois broker.  Saving docs. | 0.10 | 400.00/hr | Yes | | 40.00 |
| 2nd Chance Investment Group - Ray Foster | 03/06/24 | Non-Project Related | Email from Rob Goe re confirmation order, deadline for preconfirmation fee apps.  Review of order with response to him.  Calendaring event (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/15/24 | Non-Project Related | Review of cm/ecf acvivity re relief from stay order on Peachwood Court property and Sean Leandro property.  Saving orders. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/26/24 | Non-Project Related | Call from Ray Foster with general case questions (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/26/24 | Non-Project Related | Phone conversation with David Goodrich re sale of the Illinois property | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/27/24 | Non-Project Related | Exchange with David Goodrich and Grobstein Teeple re records of the Debtor for transfer actions (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/29/24 | Non-Project Related | Review of Claim 59 filed by the FTB. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.80 | | | | 292.00 |
| | | | Total for Ch 11 - Reorganized Debtor | 0.80 | | | | 292.00 |

## Service Item: CH 11 - UST

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Andy Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Phone call from Quennie Ng re case and fee application.Email to her to memorialize the call (.3) Receipt of draft declaration from paralegal to memorialize call with UST. Updating declaration.  Email to UST with proposed draft resolution declaration (.1) | 0.40 | 360.00/hr | Yes | | 144.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Email from Queenie Ng re content of declaration resolving UST fee inquiry.  Filing of supplemental declaration with the court. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Email exchange with Marilyn Sorensen and various parties re vehicle status and insurance.  Call with the Debtor's principal followed by response to Ms. Sorensen's email (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| | | | Total for Andy Warshaw | 0.70 | | | | 252.00 |
| | | | Total for CH 11 - UST | 0.70 | | | | 252.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| **Service Item: Paralegal Task $195** | | | | | | | | |
| **Worker: Cynthia Meeker** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/02/23 | Non-Project Related | Review e-mail from B. Friedman and original Glenview purchase agreement. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/03/23 | Non-Project Related | Review and respond to e-mail from B. Friedman requesting Zoom information for Yorkshire sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/03/23 | Non-Project Related | Review court's tentative ruling on Yorkshire sale motion and forward to CRO, A. Warshaw, R. Sturdevant, B. Friedman and A. Delgado. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/06/23 | Non-Project Related | Prepare first interim fee application. | 2.40 | 195.00/hr | Yes | | 468.00 |
| 2nd Chance Investment Group - Ray Foster | 11/06/23 | Non-Project Related | Tel. conf. with B. Friedman re requirement for potential overbidder to submit written offer to CRO. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare e-mail to B. Friedman re marketing info needed for Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare Glenview sale motion. | 1.10 | 195.00/hr | Yes | | 214.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare e-mail to A. Delgado re contact information to obtain payoff from Fay Servicing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare e-mail to Atty. McCormick of McCalla Raymer re obtaining complete loan number for Glenview. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Review and respond to e-mail from Denise Weiss at GT re current funds on hand. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare first interim fee application. | 1.30 | 195.00/hr | Yes | | 253.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review marketing info from B. Friedman for Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Prepare Glenview sale motion. | 0.60 | 195.00/hr | Yes | | 117.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Tel. conf. with broker Janine Kirchnavy re status of occupancy of Glenview property. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Tel. conf. with B. Friedman re counter offer for Marty property. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Assemble Marty counter offer and attachments as single PDF for B. Friedman to give to D. Goodrich. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review results of Yorkshire sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Tel. conf. with B. Friedman re need to circulate draft sale order to title and escrow for comment. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review Glenview mortgage statement. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review and provide comments re Yorkshire draft sale order. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Request updated preliminary title reports from OC Title re release of lis pendens for Portal and Glenview. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review and provide further comments to Yorkshire sale order. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Prepare narrative for first interim fee application. | 2.30 | 195.00/hr | Yes | | 448.50 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review e-mail from D. Weiss re Grobstein Teeple's amounts for notice of fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Prepare narrative for first interim fee application. | 0.50 | 195.00/hr | Yes | | 97.50 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare omnibus notice of interim fee hearing. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Tel. conf. with Walter Pena re he will not seek fees at this interim fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare e-mail to escrow re need new estimated proceeds in light of Yorkshire overbid. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Review updated settlement statement and tax delinquencies from A. Delgado re Glenview. | 0.20 | 195.00/hr | Yes | | 39.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare Glenview sale motion. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare e-mail to S. Fernando re need underwriting to review Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Prepare e-mail to Atty. Fanny Wan requesting payoff demand from U.S. Bank (Selene Finance). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Review e-mail from escrow requesting assistance in obtaining Yorkshire payoff demand. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Prepare first interim fee application. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Prepare narrative for first interim fee application. | 1.90 | 195.00/hr | Yes | | 370.50 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Prepare narrative for first interim fee application. | 2.30 | 195.00/hr | Yes | | 448.50 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Exchange of email with Rob Goe re we need his amounts for the notice of fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Prepare first interim fee application. | 1.70 | 195.00/hr | Yes | | 331.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review e-mail from Rob Goe re amounts to include in notice of fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Prepare omnibus notice of interim fee hearing. | 0.30 | 195.00/hr | Yes | | 58.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Prepare client declaration re interim fee application. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review e-mail from R. Goe re his fee amount has changed. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Tel. conf. with R. Sturdevant to confirm notice of fee hearing has already been served and prepare e-mail to R. Goe re same. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Send Portal sale documents to A. Delgado per her request. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Review and respond to e-mail from Atty. Wan re assistance in obtaining payoff demand (Yorkshire). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Tel. conf. with escrow re estimated closing date for Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Prepare Glenview sale motion. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Review updated Glenview title report from S. Fernando. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Prepare e-mail to S. Fernando re whether underwriting has finished reviewing Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Review extensive comments from underwriting re Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Incorporate underwriting's comments into Glenview sale motion. | 0.70 | 195.00/hr | Yes | | 136.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Prepare e-mail to B. Friedman re need signatures from Janine Kirchnavy and Cobra 28 re Glenview sale. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Tel. conf. with A. Delgado re she needs contact info for Clotee Downing's son, Nolan White, re Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Exchange of e-mail with A. Warshaw re Nolan White's contact info. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Tel. conf. with chambers re status of Yorkshire sale order. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Prepare Glenview sale motion. | 0.70 | 195.00/hr | Yes | | 136.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Tel. conf. with B. Friedman re revisions requested by agent Kirchnavy to her declaration re Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Prepare J. Kirchnavy declaration re sale motion. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Obtain certified copy of Yorkshire sale order from court and forward to escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Assemble seven exhibits to Glenview sale motion. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review signed declarations from agents and buyer (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare notice of hearing on Glenview sale motion. | 0.60 | 195.00/hr | Yes | | 117.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare 6004 notice of sale of estate property re Glenview. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare A. Warshaw supplemental declaration re voluntary fee reduction and include update on status of sales of Custer, Yorkshire, Portal and Glenview properties. | 0.90 | 195.00/hr | Yes | | 175.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review revised Yorkshire settlement statement from escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Tel. conf. with A. Delgado re no response from Nelson White (Clotee Downing's son) re Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare e-mail to Atty. Wan re need payoff demand from her client since Nelson White did not provide SS# for borrower Clotee Downing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review UST request for reduction in fees requested in first interim fee application. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Assemble Glenview sale motion and notices for filing and service. | 0.50 | 195.00/hr | Yes | | 97.50 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Review e-mail from A. Delgado re she has obtained Clotee Downing's SS# and has made a request for payoff re Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/27/23 | Non-Project Related | Prepare e-mail to B. Friedman and A. Delgado attaching conformed copies of Glenview sale motion and notices for dissemination to co-agent and buyer's agent. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Review e-mail from A. Delgado re items needed to close Yorkshire escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Tel. conf. with R. Sturdevant re obtaining substitution of Bhakta's attorney to provide to title. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review Court's tentative ruling on fees and forward to A. Warshaw and R. Sturdevant. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review Court's tentative ruling on Portal sale motion and forward to escrow and B. Friedman. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Tel. conf. with B. Friedman re Zoom info for Portal sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Prepare sale order (Portal). | 0.90 | 195.00/hr | Yes | | 175.50 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Exchange of e-mail with A. Warshaw re his review of draft sale order (Portal). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Prepare e-mail to A. Delgado attaching Portal draft sale order for review by title. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Review and respond to e-mail from B. Friedman re Zoom info for Glenview hearing has not been posted yet. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Review tentative ruling on Glenview sale motion and forward to A. Warshaw, R. Sturdevant, D. Goodrich, B.  Friedman and escrow . | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Prepare e-mail to B. Friedman attaching Zoom info for Glenview sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Review e-mail from A. Delgado re title has approved proposed sale order (Portal). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Upload Portal sale order. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/13/23 | Non-Project Related | Prepare e-mail to A. Delgado re results of Glenview sale hearing, successful overbidder's contact info and amount of cashier's check. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/13/23 | Non-Project Related | Review e-mail from escrow requesting I call Fay Servicing for payoff demand (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Obtain certified copy of Portal sale order. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Tel. conf. with account manager at Fay Servicing re payoff demand (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Review Fay Servicing website re how to request payoff demand (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Prepare e-mail to A. Warshaw and A. Delgado re whether the Debtor will provide 3rd party authorization to obtain Glenview payoff demand from Fay Servicing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Send certified copy of Portal sale order to escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Complete Fay Servicing paper form of third-party authorization (Glenview). | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Prepare online request for payoff from Fay Servicing (Glenview). | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Tel. conf. with A. Delgado re through what date payoff demand should be. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Prepare Glenview sale order. | 1.00 | 195.00/hr | Yes | | 195.00 |
| 2nd Chance Investment Group - Ray Foster | 12/15/23 | Non-Project Related | Email draft sale order to title and escrow for review (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| | | | Total for Cynthia Meeker | 30.40 | | | | 5,928.00 |
| | | | Total for Paralegal Task $195 | 30.40 | | | | 5,928.00 |
| | | | Grand Total | 80.60 | | | | 24,248.00 |

## Financial Relief Law Center, APC

1200 Main Street, Ste C

Irvine, CA 92614

Ph : 714-442-3318

## Worker Entry Report from 11/01/2023 to 03/31/2024

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Service Item: CertificateofServcie.com** | | | | | | | | |
| **Worker: Richard  Sturdevant** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Service on interested parties for Motion to Sell Portal Ave & supporting documents | 1.00 | 506.55/Exp | | | 506.55 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Service Cost of Fee Application & Notice to creditors | 1.00 | 1,313.13/Exp | | | 1,313.13 |
| | | | Total for Richard  Sturdevant | 2.00 | | | | 1,819.68 |
| | | | Total for CertificateofServcie.com | 2.00 | | | | 1,819.68 |
| **Service Item: CertificateofService.com** | | | | | | | | |
| **Worker: Andy  Warshaw** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Service of the plan and disclosure statementTHIS JOB WAS PROCESSED BY: Monica GarciaPrinting Subtotal:  $1940.00 - Credits Applied: $0.00= Printing: $1940.00+ Postage: $410.31+ Address List Processing: $.00+ ECF Access: $.30+ Miscellaneous: $.00 = Total:    $ 2350.61 | 1.00 | 2,350.61/Exp | | | 2,350.61 |
| | | | Total for Andy  Warshaw | 1.00 | | | | 2,350.61 |
| | | | Total for CertificateofService.com | 1.00 | | | | 2,350.61 |
| | | | Grand Total | 3.00 | | | | 4,170.29 |