Andy C. Warshaw (SBN 263880)
Rich Sturdevant (SBN 269088)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-bk-12142-SC |
| 2nd CHANCE INVESTMENT GROUP, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **SUPPLEMENTAL DECLARATION OF RICH STURDEVANT IN SUPPORT OF FINANCIAL RELIEF LAW CENTER, APC'S SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 FEES AND REIMBURSEMENT OF CHAPTER 11 EXPENSES OF COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH MARCH 31, 2024** |
| | **Hearing:** |
| | Date:        April 30, 2024 |
| | Time:        10:00 a.m. |
| | Courtroom:   5C/Via ZoomGov |
| | Place:       411 W. Fourth St. |
| |              Santa Ana, California 92701 |

SUPPLEMENTAL DECLARATION

I, Richard Sturdevant, declare:

1.    I am an attorney with Financial Relief Law Center, APC ("Firm" or "Applicant"), attorneys of record for 2nd Chance Investment Group, LLC, the debtor and debtor-in-possession ("Debtor") in the above-captioned case.  The following is within my personal knowledge, and if called upon as a witness, I could and would testify competently with respect thereto.  I am submitting this declaration in support of the *Financial Relief Law Center, APC's Second and Final Application for Allowance and Payment of Chapter 11 Fees and Reimbursement of Chapter 11 Expenses of Counsel for the Debtor, for the Period of November 1, 2023 Through March 31, 2024* [ECF No. 402] ("Application").

2.    On April 10, 2024, the Firm filed the Application which requests allowance of previously unapproved $24,248.00 in fees and $4,170.29 in expenses incurred from November 1, 2023 through March 31, 2024.

3.    Upon further review of the time records submitted as Exhibit A to the Application, I became aware that thirty-two (32) time entries incorrectly stated an hourly rate of $400.00 per hour rather than the correct rate of $360.00 per hour. After correcting these entries, the Applicant's fee request is reduced by $248.00 to $24,000 for previously unapproved fees. The expense request remains unchanged. Attached hereto as Exhibit B is a true and correct copy of the corrected time records.

4.    For the sake of clarity, I am reproducing below the table found on Page 10 of the Application showing the category, service rendered, hours, and fee amounts. The table below shows the correct fee amounts after correcting the thirty-two (32) entries as described above.

| Category | Service Rendered | Hours | Fees | Blended Rate |
|---|---|---|---|---|
| GCA | General Case Administration | 15.5 | $5,580.00 | $360.00 |
| FA | Preparing and Filing of Fee Application | 10.7 | $3,852.00 | $360.00 |
| Motion | General Motion Work | 15.5 | $5,580.00 | $360.00 |
| Balloting | Preparation of service of ballots | .5 | $180.00 | $360.00 |
| UST | Compliance with Guidelines Issued by the UST | .7 | $252.00 | $360.00 |

2                                    SUPPLEMENTAL DECLARATION

| Category | Service Rendered | Hours | Fees | Blended Rate |
|---|---|---|---|---|
| PLAN | Chapter 11 Plan of Reorganization | 1.4 | $504.00 | $360.00 |
| DS | Disclosure Statement | 2.8 | $1,008 | $360.00 |
| CC | Cash Collateral | .2 | $72.00 | $360.00 |
| MFRS | Motion for Relief from Stay | .6 | $216.00 | $360.00 |
| AP | Adversary Proceeding | .1 | $36.00 | $360.00 |
| Reorganized Debtor | Post-Confirmation Services | .8 | $288.00 | $360.00 |
| EMP | Preparing and Filing of Employment Application | 1.4 | $504.00 | $360.00 |
| Paralegal | Various services by Paralegal | 30.4 | $5,928 | $195.00 |
| | **Total** | **80.6** | **$24,000.00** | **$277.50** |

5.     The Application's Conclusion found on page 19 incorrectly states the request for the court order. The conclusion should read as follows:

"A.     Allowing to Financial Relief Law Center, APC final compensation for professional services rendered to the Debtor during the Application Period in the amount of $24,000.00, and expenses in the amount of $4,170.29 for the period from November 1, 2023 through March 31, 2024.

B.     Directing the Debtor to pay Applicant directly from its Debtor in Possession Account the amount of $28,170.29;

C.     Affirming the Court's prior interim award of $129,120.75 in fees and $8,033.04 in expenses as a final award; and

D.     For any and all other relief as the Court may deem appropriate."


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of April 2024, at Irvine, California.

/s/ Rich Sturdevant
RICH STURDEVANT

3

SUPPLEMENTAL DECLARATION

# EXHIBIT B

## CORRECTED TIME RECORDS

## Financial Relief Law Center, APC

1200 Main Street, Ste C

Irvine, CA 92614

Ph : 714-442-3318

## Worker Entry Report from 11/01/2023 to 03/31/2024

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Service Item: ****AP Partner Atty** | | | | | | | | |
| Worker: Andy Warshaw | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Review of two AP actions against JP Morgan, AmEx, and the principal of the Debtor. Emailing copy to principal of the Debtor of each complaint. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.10 | | | | 36.00 |
| | | | Total for ****AP Partner Atty | 0.10 | | | | 36.00 |
| **Service Item: ****CH 11 - FA Senior** | | | | | | | | |
| Worker: Richard Sturdevant | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/06/23 | Non-Project Related | Begin drafting fee application | 2.60 | 360.00/hr | Yes | | 936.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Continue drafting fee applicastion | 4.50 | 360.00/hr | Yes | | 1,620.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Finalize expense records report for fee application. | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review and edit fee application; finalize application, exhibits, and notice for filing and service. | 1.20 | 360.00/hr | Yes | | 432.00 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Respond to US Trustee's request for excel spreadsheet regarding time records for fee application | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Finalize client declaration and email to client | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/27/23 | Non-Project Related | Review email from debtor's principle Ray Foster, send email regarding declaration | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/29/23 | Non-Project Related | Draft proof of service for declaration of Ray Foster, file declaration of Ray Foster in support of first interim fee application. | 0.40 | 360.00/hr | Yes | | 144.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Review declaration of Andy Warshaw regarding stipulation with US trustee, draft and submit order on first interim fee application | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Richard Sturdevant | 10.00 | | | | 3,600.00 |
| | | | Total for ****CH 11 - FA Senior | 10.00 | | | | 3,600.00 |
| **Service Item: ****CH 11 - Motion Senior Atty** | | | | | | | | |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| **Worker: Richard Sturdevant** | | | | | | | | |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Yorkshire Ave: Motion to Sell- review overbid procedures with David Goodrich before hearing | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Finalize Notice of Hearing, Motion to Sell, Rule 6004 Notice of Sale, File and serve - Glenview Property | 1.20 | 360.00/hr | Yes | | 432.00 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Review email from title company, obtain copy of substitution of attorney re removal of lis pendens in state court action. Property: Yorkshire. | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Richard Sturdevant | 1.70 | | | | 612.00 |
| | | | Total for ****CH 11 - Motion Senior Atty | 1.70 | | | | 612.00 |

## Service Item: ****Paralegal Task $195

### Worker: Cynthia Meeker

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/02/23 | Non-Project Related | Review e-mail from B. Friedman and original Glenview purchase agreement. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/03/23 | Non-Project Related | Review and respond to e-mail from B. Friedman requesting Zoom information for Yorkshire sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/03/23 | Non-Project Related | Review court's tentative ruling on Yorkshire sale motion and forward to CRO, A. Warshaw, R. Sturdevant, B. Friedman and A. Delgado. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/06/23 | Non-Project Related | Prepare first interim fee application. | 2.40 | 195.00/hr | Yes | | 468.00 |
| 2nd Chance Investment Group - Ray Foster | 11/06/23 | Non-Project Related | Tel. conf. with B. Friedman re requirement for potential overbidder to submit written offer to CRO. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare e-mail to B. Friedman re marketing info needed for Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare Glenview sale motion. | 1.10 | 195.00/hr | Yes | | 214.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare e-mail to A. Delgado re contact information to obtain payoff from Fay Servicing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare e-mail to Atty. McCormick of McCalla Raymer re obtaining complete loan number for Glenview. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Review and respond to e-mail from Denise Weiss at GT re current funds on hand. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Prepare first interim fee application. | 1.30 | 195.00/hr | Yes | | 253.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review marketing info from B. Friedman for Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Prepare Glenview sale motion. | 0.60 | 195.00/hr | Yes | | 117.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Tel. conf. with broker Janine Kirchnavy re status of occupancy of Glenview property. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Tel. conf. with B. Friedman re counter offer for Marty property. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Assemble Marty counter offer and attachments as single PDF for B. Friedman to give to D. Goodrich. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review results of Yorkshire sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Tel. conf. with B. Friedman re need to circulate draft sale order to title and escrow for comment. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review Glenview mortgage statement. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review and provide comments re Yorkshire draft sale order. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Request updated preliminary title reports from OC Title re release of lis pendens for Portal and Glenview. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review and provide further comments to Yorkshire sale order. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Prepare narrative for first interim fee application. | 2.30 | 195.00/hr | Yes | | 448.50 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review e-mail from D. Weiss re Grobstein Teeple's amounts for notice of fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Prepare narrative for first interim fee application. | 0.50 | 195.00/hr | Yes | | 97.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare omnibus notice of interim fee hearing. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Tel. conf. with Walter Pena re he will not seek fees at this interim fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare e-mail to escrow re need new estimated proceeds in light of Yorkshire overbid. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Review updated settlement statement and tax delinquencies from A. Delgado re Glenview. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare Glenview sale motion. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Prepare e-mail to S. Fernando re need underwriting to review Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Prepare e-mail to Atty. Fanny Wan requesting payoff demand from U.S. Bank (Selene Finance). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Review e-mail from escrow requesting assistance in obtaining Yorkshire payoff demand. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Prepare first interim fee application. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Prepare narrative for first interim fee application. | 1.90 | 195.00/hr | Yes | | 370.50 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Prepare narrative for first interim fee application. | 2.30 | 195.00/hr | Yes | | 448.50 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Exchange of email with Rob Goe re we need  his amounts for the notice of fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Prepare first interim fee application. | 1.70 | 195.00/hr | Yes | | 331.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review e-mail from Rob Goe re amounts to include in notice of fee hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Prepare omnibus notice of interim fee hearing. | 0.30 | 195.00/hr | Yes | | 58.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Prepare client declaration re interim fee application. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review e-mail from R. Goe re his fee amount has changed. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Tel. conf. with R. Sturdevant to confirm notice of fee hearing has already been served and prepare e-mail to R. Goe re same. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Send Portal sale documents to A. Delgado per her request. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Review and respond to e-mail from Atty. Wan re assistance in obtaining payoff demand (Yorkshire). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Tel. conf. with escrow re estimated closing date for Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Prepare Glenview sale motion. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Review updated Glenview title report from S. Fernando. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Prepare e-mail to S. Fernando re whether underwriting has finished reviewing Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Review extensive comments from underwriting re Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Incorporate underwriting's comments into Glenview sale motion. | 0.70 | 195.00/hr | Yes | | 136.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Prepare e-mail to B. Friedman re need signatures from Janine Kirchnavy and Cobra 28 re Glenview sale. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Tel. conf. with A. Delgado re she needs contact info for Clotee Downing's son, Nolan White, re Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Exchange of e-mail with A. Warshaw re Nolan White's contact info. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Tel. conf. with chambers re status of Yorkshire sale order. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|--------|------|---------|-------------|-----------------|----------|----------|-------|------------|
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Prepare Glenview sale motion. | 0.70 | 195.00/hr | Yes | | 136.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Tel. conf. with B. Friedman re revisions requested by agent Kirchnavy to her declaration re Glenview sale motion. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/20/23 | Non-Project Related | Prepare J. Kirchnavy declaration re sale motion. | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Obtain certified copy of Yorkshire sale order from court and forward to escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Assemble seven exhibits to Glenview sale motion. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review signed declarations from agents and buyer (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare notice of hearing on Glenview sale motion. | 0.60 | 195.00/hr | Yes | | 117.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare 6004 notice of sale of estate property re Glenview. | 0.40 | 195.00/hr | Yes | | 78.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare A. Warshaw supplemental declaration re voluntary fee reduction and include update on status of sales of Custer, Yorkshire, Portal and Glenview properties. | 0.90 | 195.00/hr | Yes | | 175.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review revised Yorkshire settlement statement from escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Tel. conf. with A. Delgado re no response from Nelson White (Clotee  Downing's son) re Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Prepare e-mail to Atty. Wan re need payoff demand from her client since Nelson White did not provide SS# for borrower Clotee Downing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review UST request for reduction in fees requested in first interim fee application. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Assemble Glenview sale motion and notices for filing and service. | 0.50 | 195.00/hr | Yes | | 97.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Review e-mail from A. Delgado re she has obtained Clotee Downing's SS# and has made a request for payoff re Yorkshire. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/27/23 | Non-Project Related | Prepare e-mail to B. Friedman and A. Delgado attaching conformed copies of Glenview sale motion and notices for dissemination to co-agent and buyer's agent. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Review e-mail from A. Delgado re items needed to close Yorkshire escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Tel. conf. with R. Sturdevant re obtaining substitution of Bhakta's attorney to provide to title. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review Court's tentative ruling on fees and forward to A. Warshaw and R. Sturdevant. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review Court's tentative ruling on Portal sale motion and forward to escrow and B. Friedman. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Tel. conf. with B. Friedman re Zoom info for Portal sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Prepare sale order (Portal). | 0.90 | 195.00/hr | Yes | | 175.50 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Exchange of e-mail with A. Warshaw re his review of draft sale order (Portal). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Prepare e-mail to A. Delgado attaching Portal draft sale order for review by title. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Review and respond to e-mail from B. Friedman re Zoom info for Glenview hearing has not been posted yet. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Review tentative ruling on Glenview sale motion and forward to A. Warshaw, R. Sturdevant, D. Goodrich, B.  Friedman and escrow . | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Prepare e-mail to B. Friedman attaching Zoom info for Glenview sale hearing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Review e-mail from A. Delgado re title has approved proposed sale order (Portal). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Upload Portal sale order. | 0.10 | 195.00/hr | Yes | | 19.50 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/13/23 | Non-Project Related | Prepare e-mail to A. Delgado re results of Glenview sale hearing, successful overbidder's contact info and amount of cashier's check. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/13/23 | Non-Project Related | Review e-mail from escrow requesting I call Fay Servicing for payoff demand (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Obtain certified copy of Portal sale order. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Tel. conf. with account manager at Fay Servicing re payoff demand (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Review Fay Servicing website re how to request payoff demand (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Prepare e-mail to A. Warshaw and A. Delgado re whether the Debtor will provide 3rd party authorization to obtain Glenview payoff demand from Fay Servicing. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Send certified copy of Portal sale order to escrow. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Complete Fay Servicing paper form of third-party authorization (Glenview). | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Prepare online request for payoff from Fay Servicing (Glenview). | 0.20 | 195.00/hr | Yes | | 39.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Tel. conf. with A. Delgado re through what date payoff demand should be. | 0.10 | 195.00/hr | Yes | | 19.50 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Prepare Glenview sale order. | 1.00 | 195.00/hr | Yes | | 195.00 |
| 2nd Chance Investment Group - Ray Foster | 12/15/23 | Non-Project Related | Email draft sale order to title and escrow for review (Glenview). | 0.10 | 195.00/hr | Yes | | 19.50 |
| | | Total for Cynthia Meeker | | 30.40 | | | | 5,928.00 |
| | | Total for ****Paralegal Task $195 | | 30.40 | | | | 5,928.00 |

## Service Item: Ch 11 - Balloting
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Receipt of email from Leslie Barnett with American Express ballot accepting the plan. Saving doc, responding back to the email acknowleding receipt. | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Receipt of email from Aaron Zisman with ballot.  Response back from him requesting second page.  Email back from him with completed ballot. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/20/23 | Non-Project Related | Receipt of single page ballot from ASB Ventures, LLC.  Email back to him, cc'ing committee counsel, asking for complete 2 page ballot to be returned. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/21/23 | Non-Project Related | Receipt of a partial ballot from Phil Jr. Response back requesting ballot in full.Receipt of two ballots from Sal Jimenez.  Saving to ballot folder. Response back to him to return a clean, updated ballot. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/11/24 | Non-Project Related | Phone meeting re 1129(a)(8) for confirmation brief with Rich Sturdevant.  Email to David Goodrich to address the issue. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.50 | | | | 180.00 |
| | | | Total for Ch 11 - Balloting | 0.50 | | | | 180.00 |

## Service Item: CH 11 - CC
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Email from the Debtor's CRO with a request from Lantzman for cash collateral funds from the foreclosed property on Marsala.  The response back with analysis as to why it isn't appropriate to distirute back to Lantzman (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| | | | Total for Andy Warshaw | 0.20 | | | | 72.00 |
| | | | Total for CH 11 - CC | 0.20 | | | | 72.00 |

## Service Item: CH 11 - DS
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Updating disclosure statement information based on outcoming of hearing with approval of the DS with minor modifications (.3) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Email from committee's counsel re content of DS order.   Response back with updated versions of the plan and disclosure statement for dissemination (.1) Further exchange with the committee re updated versions of the plan and ds along with proposed order language (.1)Preparing order approving the dislcosure statement (.1) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Preparing content of disclosure statement order and submitting to committee's counsel for review (.3) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Finalizing order approving disclosure statement after receiving email from the Committee with comments on the draft.  Uploading via LOU. (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Exchange with creditor's committee counsel (.1)Finalizing plan and disclosure statement and setting for service (1.5)Receipt of served plan, ds, certificate of service.  Saving expense and filing with the court (.1) | 1.70 | 360.00/hr | Yes | | 612.00 |
| | | | Total for Andy Warshaw | 2.80 | | | | 1,008.00 |
| | | | Total for CH 11 - DS | 2.80 | | | | 1,008.00 |

## Service Item: CH 11 - EMP
### Worker: Richard Sturdevant

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/25/24 | Non-Project Related | Email addendum to broker Mauricio Gonzalez for his signature in preparation for filing motion to employ broker | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 01/26/24 | Non-Project Related | Finalize motion to employ out of state broker Mauricio Gonzalez, serve and file | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 02/22/24 | Non-Project Related | Draft and file declaration re no opposition to motion to employ Mauricio Gonzalez; draft and upload order on motion | 0.70 | 360.00/hr | Yes | | 252.00 |
| | | | Total for Richard Sturdevant | 1.40 | | | | 504.00 |
| | | | Total for CH 11 - EMP | 1.40 | | | | 504.00 |

## Service Item: CH 11 - FA
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/30/23 | Non-Project Related | Preparing fee analysis with all professional fees. Drafting email to all professionals with recommendation on disbursing available funds with professional fees exceeding available funds (.2 ) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Email from Committee counsel re the disbursement of funds. Internal email with David Goodrich and Amanda Billyard re the same. Email back to Rob Goe with disbursement information (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.30 | | | | 108.00 |

### Worker: Richard Sturdevant

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 03/29/24 | Non-Project Related | Begin drafting fee application | 0.40 | 360.00/hr | Yes | | 144.00 |
| | | | Total for Richard Sturdevant | 0.40 | | | | 144.00 |
| | | | Total for CH 11 - FA | 0.70 | | | | 252.00 |

## Service Item: CH 11 - GCA
### Worker: Amanda Billyard

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/30/24 | Non-Project Related | prepared and filed Status report for Sale of Glenview | 0.50 | 360.00/hr | Yes | | 180.00 |
| | | | Total for Amanda Billyard | 0.50 | | | | 180.00 |

### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/01/23 | Non-Project Related | Email exchange with CRO and real estate agents re inability to market two parcels of real proprety due to tenancies. Email to Walter Pena, evicitions counsel to the debtor, to discuss the two properties (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/02/23 | Non-Project Related | Email exchange with Walter Pena, UD counsel, re tenacy / status at peachwood (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/07/23 | Non-Project Related | Slew of emails between realtors/brokers/CRO for sale hearings tomorrow / overbidder. Also email from Debtor's tax advisor. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Email from Dane Exnowski with loan response related to sale of property. Response back to him (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Further exchange with Dane Exnowski re Glenview Ave. Email to principal of the Debtor for loan information to work with escrow (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Emails from Cynthia Meeker with inquiries about the Glenview property status. Response back to her (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Review of the Court's tentative ruling for the Debtor's motion to sell real property at 37472 Yorkshire Dr., Palmdale, CA 93550. Review of the motion and recent correspondence re last minute bidders for the property and general preparation for the hearing (.3) Phone call to David Goodrich prior to the sale hearing to discuss the overbid, proposed order, as well as the case in general (.3) Appearance at the sale hearing for the Yorkshire property (.6) Preparing proposed order for the sale and transmitting to escrow, the Debtor's CRO and real estate broker for review (.4) | 1.60 | 360.00/hr | Yes | | 576.00 |
| 2nd Chance Investment Group - Ray Foster | 11/08/23 | Non-Project Related | Email from real estate broker with comments about the proposed order. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review of CRO's professional fee statement. | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Received requested changes to the order on the motion to sell Yorkshire from the Debtor's broker and CRO.  Updating the order and submitting to the parties for further comment and review (.4) Further exchange with escrow/title/broker re language in the order.  Submitting updated order for review (.1) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Phone call from Debtor's CRO to discuss disclosure statement hearing this morning (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Review of pleadings, case in general, and tentative ruling for disclosure statement hearing (.2) Appearance at the status conference and the disclosure statement hearing (.3) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Review of several docket hearing events from yesterday.  Review of cm/ecf ativity.  Scheduling continued hearings and events based on docket texts for hearings rescheduled/continued (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/10/23 | Non-Project Related | Email from Antonia Delgado at escrow re issue with loan information of Clotee Downing. Response to her email. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Review of fee application filed by Grobstein Teeple.  Saving Doc. No action necessary. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/13/23 | Non-Project Related | Email exchange with escrow/title re content of Yorkshire sale order (.1) Exchange with escrow. Receipt of finalized content from escrow/title.  Uploading proposed Yorkshire sale order via LOU (.1) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Review of cm/ecf activity with the court entering an order approving the Disclosure Statement.  Saving Doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/14/23 | Non-Project Related | Receipt of email from Cindy Meeker by way of title verifying the withdrawal of the lis pendens on portal avenue. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/15/23 | Non-Project Related | Review of cm/ecf activity with:1) Disclosure statement2) Plan3) Certificate of service4) Sale Motion.5) Fee Application Notice of CRO. Saving docs. Scheduling hearings. (.2)Saving all docs and scheduling hearings. | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 11/16/23 | Non-Project Related | Review of fee application filed by the Committee. Saving docs.The Debtor also filed its fee motion for counsel.  Review and saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Exchange with Cindy Meeker and David Goodrihc re Yorkshire sale order (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/17/23 | Non-Project Related | Email from Cindy Meeker with response re escrow/title position on Glenview sale motion (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Review of cm/ecf activity with the October 2023 MOR. Saving doc. Review of order granting sale motion. Preparing email to escrow with copy.Review of declaration of Sajan Bhakta for the Committee counsel fees. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Phone call with committee counsel re reduction of fees/fee application as well as status of generating funds from AmEx AP. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Review of cm/ecf activity with the declaration of Rob Goe re Committee fees | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Email to Clarence.Yoshikane@gmail.com requesting review of the Illinois property to see if it could be sold | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/27/23 | Non-Project Related | Review of fee declaration and sale motion filed by debtor including the notice of sale of estate property form. Saving docs. Scheduling sale motion hearing on the calendar. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/28/23 | Non-Project Related | Email exchange with escrow re statu sof lis pendens by Bhakta parties and estimated closing statement for Yorkshire with updated payoff demands (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/30/23 | Non-Project Related | Review of cm/ecf activity with statement of non opp to sale for debtor's sale motion of Glenview (.1) Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 11/30/23 | Non-Project Related | Review of updated seller's estimated settlement statement from escrow with information on updated payoffs and loan documents of the buyer (.1). | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review of Dane Exnowki's statement of non opposition to the Debtor's sale motion. Saving doc. Related to sale of Glenview. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/04/23 | Non-Project Related | Review of court tentatives on fees and sale motion for Glenview for Wednesday (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/05/23 | Non-Project Related | Review of NOTICE OF EMERGENCY MOTIONAND EMERGENCY MOTION TOALTER OR AMEND ORDER,AND/OR FOR RELIEF FROMORDER, AUTHORIZING SALE OFREAL PROPERTY, ETC. (DOC 313). Email to David Goodrich to discuss (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Review of ORDER DENYING EMERGENCY MOTIONTO ALTER OR AMEND ORDER AND/ORFOR RELIEF FROM ORDER, AUTHORIZINGSALE OF REAL PROPERTY. Saving doc (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Appearance at sale motion hearing for 1016 Portal Avenue, Bakersfield, California 93308 (.5) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 12/06/23 | Non-Project Related | Review of proposed sale order relating to Portal Ave. with response on suggested changes prior to transmitting to title (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 12/07/23 | Non-Project Related | Email to committee counsel re status of generating revenue by the APs and pro-rata distribution of professional fees with funds on hand (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/08/23 | Non-Project Related | Review of cm/ecf activity with several interim fee orders entered. Review and saving of orders. Review of escrow emails relating to Portal sale. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Email exchange from Debtor's broker, Bill Friedman, re overbidder for hearing on Thursday with receipt of check by Debtor's CRO. (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/12/23 | Non-Project Related | Receipt of email from escrow/title approving content of sale order for Portal Ave. Uploading order via LOU. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/13/23 | Non-Project Related | Appearance at hearing on sale of real property with auction / overbidding procedures: (0.5) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Receipt of order on Portal Ave sale via cm/ecf. Emailing escrow with copy. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Email from Escrow re Fay/Glenview payoffs. Email back to escrow. Email Dane Exnowski requesting payoff for escrow. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Receipt of form generated by Cindy Meeker for Fay Authorization/payoff. Email to Ray Foster (Debtor's principal) for authorization and signature so we can consummate the sale (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/14/23 | Non-Project Related | Email from Cindy Meeker who prepared the draft order. Review of order with slight change requested (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 12/18/23 | Non-Project Related | Email from the principal of the Debtor with post-petition lawsuit claims against the Debtor. Preparing email to counsel for Lamar Advertising, CC'ing the committee, with request to cease litigation as a violation fo the stay (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 12/18/23 | Non-Project Related | Receipt of approved order from title/escrow on Glenview sale motion.  Uploading proposed order via LOU. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Review of cm/ecf activity with the order entered on the Glenview sale.  Certified copy requested yesterday and provided to escrow. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Email from escrow re Fay Serviing claim requesting a follow up to the lender.  Email to Dane Exnowski re the payoff.  Email back to escrow re status (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/19/23 | Non-Project Related | Email echange with broker re status of marketing and inability to sell with tenants.Email to Walter Pena to see if he can address the tenancy issues as UD counsel to the Debtor. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/25/23 | Non-Project Related | Email exchange with Debtor's eviction counsel, cc'ing the CRO, re eviction at new property to be able to sell it. Also review of cm/ecf activity with the November 2023 MOR (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/28/23 | Non-Project Related | Email from Kathleen Kramer re portal sale status.  Review of escrow emails and response back to her (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/28/23 | Non-Project Related | Exchange with Escrow re Glenview closing issues (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 01/02/24 | Non-Project Related | Email from broker re expiration of Marty Lane listing.  Email to Walter Pena, eviction counsel, to discuss listing expiration and tenant status (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/05/24 | Non-Project Related | Review of cm/ecf activity including 3 sale reports.  Saving filed docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/11/24 | Non-Project Related | Conference call with David Goodrich and Rich Sturdevant discussing plan confirmation issues, funding, feasibility, claims, remaining real property, general legal strategy for the case (.4) | 0.40 | 360.00/hr | Yes | | 144.00 |
| 2nd Chance Investment Group - Ray Foster | 01/12/24 | Non-Project Related | Review of fee statements filed by David Goodrich filed by the Debtor's motion for plan confirmation. Saving docs. (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/16/24 | Non-Project Related | Phone meeting with Creditor's Committee with questions about causes of action/claims | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/17/24 | Non-Project Related | Email from Kathleen Kramer re 2 remaning properties and status of sales (.1)Email to David Goodrich re the same. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/17/24 | Non-Project Related | Exchange with the Debtor's CRO re disbursement of professional fees followed by email to Committee's counsel with the Debtor's proposed distribution. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/19/24 | Non-Project Related | Email from CRO who has an inquiry from Grobstein Teeple for 2022 financials of the Debtor to prepare tax returns.Preparing email to Ray Roster requesting information for the 2022 tax returns. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/22/24 | Non-Project Related | Email from proposed broker/agent on Illinois property with offer. Response back (.1) Call with Rich Sturdevant re need for nunc pro tunc employment for this broker. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/24/24 | Non-Project Related | Review of cm/ecf activity with December 2023 MOR filed by the Debtor, prepared by the CRO. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/24/24 | Non-Project Related | Email from Kathleen Kramer Cashman re email inquiry into Peachwood Court and San Leandro properties.  Response back to her email (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/25/24 | Non-Project Related | Email exchange with CRO and parties involved in Emery Lane sale re new buyer (.1) Exchange with committee's counsel re post-confirmation engagement with them for continued services. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/26/24 | Non-Project Related | Review of cm/ecf activity with Debtor's status report. Saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/29/24 | Non-Project Related | Review of cm/ecf activity with Debtor's application to employ broker.  Saving doc.  Calendaring default. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 01/31/24 | Non-Project Related | Review of cm/ecf activity with Debtor's report of sale of Glenview property.  Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/01/24 | Non-Project Related | Email from Ray Foster re bankruptcy case information. Response to client. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/02/24 | Non-Project Related | Review of cm/ecf activity with two MFRS stipulations being filed for San Leandro and Peachwood. Saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 02/05/24 | Non-Project Related | Review of stip on motion for relief and supporting declarations for Peachgood and San Leandro. Scheduling hearing. Saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/05/24 | Non-Project Related | Email from Debtor's CPAs for 2022 financials.   Follow up email to Ray Foster requesting information, cc'ing Debtor's CRO (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/05/24 | Non-Project Related | Phone call from Charity Manee re recovery of adversary proceedings re Gemma's Jewelers, Amex and addressing employment of insolvency specialist (Don Fife). Email to David Goodrich to provide Committee's position on employment of additional party in the APs (.3) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 02/06/24 | Non-Project Related | Email from Charity Manee with a proposed stipulation from the Committee to hire an expert. Email to David Goodrich with a copy and concern of Committee's billing without a return (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/07/24 | Non-Project Related | Conference call with David Goodrich and Charity Manee re retaining expert for insolvency in Committee's adversary proceeding (.7) Conference call with David Goodrich ree content of morning committee call (.4) | 1.10 | 360.00/hr | Yes | | 396.00 |
| 2nd Chance Investment Group - Ray Foster | 02/08/24 | Non-Project Related | Review of Court tentative prior to hearing with thoughts on addressing potential Committee issues based on meeting yesterday with Charity Manee (.2) Appearance at Plan confirmation hearing (.3) | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 02/08/24 | Non-Project Related | Review of plan/liquidating trust terms to respond to questions asked by David Goodrich re post-confirmation employment of professionals, addressing specifically employment of broker for listings but also relating to the Committee (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| 2nd Chance Investment Group - Ray Foster | 02/09/24 | Non-Project Related | Review of cm/ecf activity with the filing of several complaints by the Committee.  Saving complaints after review. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/12/24 | Non-Project Related | Exchange with tax counsel for the Debtor requesting information. Response to Josh (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/22/24 | Non-Project Related | Review of cm/ecf activity with the Debtor's January 2024 MOR. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/26/24 | Non-Project Related | Review of cm/ecf activity with order granting employment of Illinois broker.  Saving order. | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 03/19/24 | Non-Project Related | Review of cm/ecf activity with the Debtor's February 2024 MOR. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 13.90 | | | | 5,004.00 |

**Worker: Richard Sturdevant**

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/25/24 | Non-Project Related | Prepare status report in advance of hearing on February 9, 2023 | 1.10 | 360.00/hr | Yes | | 396.00 |
| | | | Total for Richard Sturdevant | 1.10 | | | | 396.00 |
| | | | Total for CH 11 - GCA | 15.50 | | | | 5,580.00 |

## Service Item: CH 11 - MFRS

**Worker: Amanda Billyard**

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/02/23 | Non-Project Related | email from Walter Pena re: tenants for Peachwood, researched and responded. | 0.40 | 360.00/hr | Yes | | 144.00 |
| | | | Total for Amanda Billyard | 0.40 | | | | 144.00 |

**Worker: Andy Warshaw**

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/29/24 | Non-Project Related | Review of email from Kathleen Cashman-Kramer with proposed stip for MFRS on San Leandro property.  Response back to email accepting the stip -- David Goodrich as the signing party for the Debtor (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/04/24 | Non-Project Related | Review status report filed by Kathleen Kramer re MFRS. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.20 | | | | 72.00 |
| | | | Total for CH 11 - MFRS | 0.60 | | | | 216.00 |

## Service Item: CH 11 - Motion

**Worker: Andy Warshaw**

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/04/24 | Non-Project Related | Updating sale reports drafted by Cindy Meeker and filing with the Court for sales related to Yorkshire, Portal, and Custer (.4) | 0.40 | 360.00/hr | Yes | | 144.00 |
| | | | Total for Andy Warshaw | 0.40 | | | | 144.00 |

**Worker: Richard Sturdevant**

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/08/24 | Non-Project Related | Begin drafting motion to confirm chapter 11 liquidation plan | 2.50 | 360.00/hr | Yes | | 900.00 |
| 2nd Chance Investment Group - Ray Foster | 01/11/24 | Non-Project Related | Prepare and file Motion to Confirm Chapter 11 Plan, Notice of Hearing, Declaration in support thereof | 7.40 | 360.00/hr | Yes | | 2,664.00 |
| 2nd Chance Investment Group - Ray Foster | 01/22/24 | Non-Project Related | Prepare Motion to Employ Broker Citywide Realty LLC, Declaration of Mauricio Gonazalez, Notice of Opportunity for Hearing | 2.70 | 360.00/hr | Yes | | 972.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 01/23/24 | Non-Project Related | Phone call with Mauricio Gonzalez re motion to employ broker and declaration (.2); make corrections to declaration and email to Mr. Gonzalez for review and signature. | 0.50 | 360.00/hr | Yes | | 180.00 |
| 2nd Chance Investment Group - Ray Foster | 01/24/24 | Non-Project Related | Make edits to motion to employ broker; email chief restructuring officer david goodrich on listing agreement addendum | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Richard Sturdevant | 13.40 | | | | 4,824.00 |
| | | | Total for CH 11 - Motion | 13.80 | | | | 4,968.00 |

## Service Item: CH 11 - PLAN
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/09/23 | Non-Project Related | Updating Plan language and exhibits after the DS hearing with additional information (.3) | 0.30 | 360.00/hr | Yes | | 108.00 |
| 2nd Chance Investment Group - Ray Foster | 02/08/24 | Non-Project Related | Preparing order confirming the plan and sending to David Goodrich for comment (.4) Updating confirmation order at David Goodrich's requests/comment.  Emailing draft order to Committee's counsel (.4) | 0.80 | 360.00/hr | Yes | | 288.00 |
| 2nd Chance Investment Group - Ray Foster | 02/12/24 | Non-Project Related | Review of redline version of confirmation order from Charity Manee. Review of Plan to match changes which aren't in line with plan content/stip content for the committee. Email to David Goodrich with copy and thoughts (.2)Review of email from David Goodrich approving draft changes by the Committee.  Uploading Order via LOU and updating Committee on the status (.1) | 0.30 | 360.00/hr | Yes | | 108.00 |
| | | | Total for Andy Warshaw | 1.40 | | | | 504.00 |
| | | | Total for CH 11 - PLAN | 1.40 | | | | 504.00 |

## Service Item: Ch 11 - Reorganized Debtor
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 02/13/24 | Non-Project Related | Review of cm/ecf activity with the order confirming plan and notice of order.  Saving docs.  Email to Rich Sturdevant to handle final fee applicatio. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 02/23/24 | Non-Project Related | Review of cm/ecf activity with the dec re non opp filed by Rich Sturdevant for employing the Illinois broker.  Saving docs. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/06/24 | Non-Project Related | Email from Rob Goe re confirmation order, deadline for preconfirmation fee apps.  Review of order with response to him.  Calendaring event (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/15/24 | Non-Project Related | Review of cm/ecf acvivity re relief from stay order on Peachwood Court property and Sean Leandro property.  Saving orders. | 0.10 | 360.00/hr | Yes | | 36.00 |

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 03/26/24 | Non-Project Related | Call from Ray Foster with general case questions (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/26/24 | Non-Project Related | Phone conversation with David Goodrich re sale of the Illinois property | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/27/24 | Non-Project Related | Exchange with David Goodrich and Grobstein Teeple re records of the Debtor for transfer actions (.1) | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 03/29/24 | Non-Project Related | Review of Claim 59 filed by the FTB. Saving doc. | 0.10 | 360.00/hr | Yes | | 36.00 |
| | | | Total for Andy Warshaw | 0.80 | | | | 288.00 |
| | | | Total for Ch 11 - Reorganized Debtor | 0.80 | | | | 288.00 |

## Service Item: CH 11 - UST
### Worker: Andy Warshaw

| Client | Date | Project | Description | Hour / Quantity | Rate ($) | Billable | Inv # | Amount ($) |
|---|---|---|---|---|---|---|---|---|
| 2nd Chance Investment Group - Ray Foster | 11/21/23 | Non-Project Related | Phone call from Quennie Ng re case and fee application.Email to her to memorialize the call (.3) Receipt of draft declaration from paralegal to memorialize call with UST. Updating declaration.  Email to UST with proposed draft resolution declaration (.1) | 0.40 | 360.00/hr | Yes | | 144.00 |
| 2nd Chance Investment Group - Ray Foster | 11/22/23 | Non-Project Related | Email from Queenie Ng re content of declaration resolving UST fee inquiry.  Filing of supplemental declaration with the court. | 0.10 | 360.00/hr | Yes | | 36.00 |
| 2nd Chance Investment Group - Ray Foster | 12/11/23 | Non-Project Related | Email exchange with Marilyn Sorensen and various parties re vehicle status and insurance.  Call with the Debtor's principal followed by response to Ms. Sorensen's email (.2) | 0.20 | 360.00/hr | Yes | | 72.00 |
| | | | Total for Andy Warshaw | 0.70 | | | | 252.00 |
| | | | Total for CH 11 - UST | 0.70 | | | | 252.00 |
| | | | Grand Total | 80.60 | | | | 24,000.00 |