| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David M. Goodrich, State Bar No. 208675<br>dgoodrich@go2.law<br>GOLDEN GOODRICH LLP<br>3070 Bristol Street, Suite 640<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br>Facsimile 714-966-1002<br><br>Chief Restructuring Officer<br>for Debtor<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br><br><br><br><br><br><br>                                                      Debtor(s). | CASE NO.: 8:22-bk-12142-SC<br><br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br><br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: 05/07/2024<br>TIME: 1:30 pm<br>COURTROOM: 5C/Via ZoomGov<br>PLACE: 411 W. Fourth Street<br><br>      Santa Ana, California 92701 |

1. Name of Applicant (*specify*): David M. Goodrich

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☒ Other professional (*specify*): Chief Restructuring Officer

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 12/21/2022

4. Date of entry of Order Approving Applicant's Employment: 03/01/2023

5. Date of filing of last Fee and/or Expense Application: 11/14/2023

_____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.  Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 36,785.00

    a.  Retainer received: $ 0.00

    b.  Retainer remaining as of the date of this Application: $ 0.00

    c.  Total amount requested in all prior applications: $ 36,785.00

    d.  Total amount actually paid pursuant to prior approved applications: $ 36,785.00

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

    f.  Total amount allowed but reserved pending final fee application: $ 0.00

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. David M. Goodrich | $ 350.00 | X 21.70 | | = | $ 7,595.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

    g.  ☐ Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: Mr. Goodrich's compensation is at an hourly rate of $350 (discounted    ☐ See attached page from his normal attorney rate of $750/hour) for services when he is acting as a fiduciary or chief resturing officer.

9.  Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 7,595.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 3,639.61

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a.  Courier | $ 88.10 |
| b.  Phocopies ($.20 per page) | $ 9.80 |
| c.  Bulk postage | $ 8.82 |
| d.  Pacer | $ 6.90 |
| e.  Certified copies | $ 24.00 |
| f.  Field agent fees and costs for Yorkshire property lockout and inspection | $ 1,864.25 |
| g.  ☐  Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 2,001.87

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Declaration of David M. Goodrich

Exhibit 1 - a true and correct copy of invoices from 11/1/23 - 4/12/24

15. Total number of attached pages of supporting documentation:   21

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2024 | David M. Goodrich | /s/ David M. Goodrich |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3                              **F 2016-1.2.APP.PAYMENT.FEES**

1

## DECLARATION OF DAVID M. GOODRICH[1]

2

3        I, David M. Goodrich, declare as follows:

4        1.        I am the Chief Restructuring Officer of 2nd Chance Investment Group, LLC,

5    the debtor ("Debtor" or "2nd Chance") in the above-captioned case ("Case") and am a

6    partner of Golden Goodrich LLP ("Firm").  The following is within my personal knowledge

7    and, if called upon as a witness, I could and would testify competently with respect

8    thereto.

9        2.        On December 21, 2022 ("Petition Date"), the Debtor filed a voluntary petition

10    for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court

11    for the Central District of California ("Court"), case no. 8:22-bk-12142-SC ("Case").

12        3.        On March 1, 2023, the Court approved a motion for approval of the services

13    agreement ("Agreement") regarding my service in the capacity as the Debtor's chief

14    restructuring officer. I am authorized to manage and oversee the Debtor's affairs,

15    including supervising the Debtor's financial affairs and outside consultants.

16        4.        The bar date for filing proofs of claim was April 10, 2023.

17        5.        The Debtor scheduled numerous real properties, including: (a) 8607 Custer

18    Road SW, Lakewood, Washington 98499 ("Custer Property"); (b) 37472 Yorkshire Drive,

19    Palmdale, California 93550 ("Yorkshire Property"); (c) 1016 Portal Avenue, Bakersfield,

20    California 93308 ("Portal Property"); and (d) 3025 Glenview Avenue, San Bernardino,

21    California 92407 ("Glenview Property"), among others.

22        6.        On September 6, 2023, the Debtor filed a motion to sell the Custer Property,

23    which was approved by order entered October 4, 2023 [Dkt. 256].  The sale has closed.

24        7.        On October 17, 2023, the Debtor filed a motion to sell the Yorkshire

25    Property, which was approved by order entered November 20, 2023 [Dkt. 313].  The sale

26    has closed.

27

28    [1] Capitalized terms have the same meaning or definition as the capitalized terms in the Application.

8.     On November 14, 2023, the Debtor filed a motion to sell the Portal Property, which was approved by order entered December 13, 2023 [Dk5. 338].  The sale has closed.

9.     On November 22, 2023, the Debtor filed a motion to sell the Glenview Property, which was approved by order entered December 18, 2023 [Dkt. 349].  The sale has closed.

10.    On February 12, 2024, the Court entered the Order Confirming Debtor's First Amended Chapter 11 Liquidating Plan as Modified [Dkt. 381].

11.    My first interim fee application [Dkt. 297], which sought approval of $36,785.00 in fees and $3,639.61 in expenses, was approved by order entered December 7, 2023 [Dkt. 330].  The allowed amounts have been paid.

12.    During this final period, the following monthly professional fee statements have been filed:  Number 12 for the month of November 2023 [Dkt. 355]; Number 13 for the month of December 2023 [Dkt. 356]; Number 14 for the month of January 2024 [Dkt. 372]; and Number 15 for the month of February 2024 [Dkt. 391].  No opposition to the fee statements has been filed.

13.    In the ordinary course of its business, I keep a record of my time expended in the rendering of professional services on a computerized billing system as follows:  At or near the time the professional services are rendered, I input the time record, including the client/matter number, duration of time expended, a description of the nature of the services performed, and the initials of the professional rendering the service, directly into the Firm's computer billing system at or near the time I perform services.  The Firm's computer billing system keeps a record of all time spent on a client/matter, the professional providing the services and a description of the services rendered.  The Firm's computer billing system automatically multiplies the time expended by each professional by the respective professional's billing rate to calculate the amount of the fee associated. The Firm conducts its business in reliance on the accuracy of such business records.

14.     I have reviewed the Firm's bills for my services rendered in this Case for the period November 1, 2023 through April 12, 2024, a true and correct copy of which is attached hereto as Exhibit "1."

15.     At any time a reimbursable charge is incurred on behalf of a client, such as photocopy expenses, telecopy charges, and the like, employees of the Firm keep a written record of the file number for which the charges were expended and a brief description of the nature of the expense.  These records are also transcribed into the computer which, together with the records of time spent providing professional services, are transcribed onto monthly bills.

16.     With respect to costs for the reproduction of documents, the photocopy operator must manually enter in the system the coded "file" number and "matter" number assigned to that particular case and the number of photocopies made.  The Firm's photocopy charge for all clients is $.20 per page.  Scanned documents are also charged at $.20 per page.  Attached hereto as Exhibit "1" is a true and correct copy of the expense portion of the Firm's billing statement for the period November 1, 2023 through April 12, 2024.

17.     I am a partner of the Firm, and as such I share in whatever compensation is received by the Firm.  The Firm also shares in whatever compensation I receive.  I have no other fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the fees or expenses awarded to the Firm will be paid to any other entity.

18.     I have reviewed the requirements of Local Bankruptcy Rule 2016 ("Rule 2016").  The Application complies with Rule 2016.

//

//

19.    I participated in preparing, am familiar with, and have read the Application. To the best of my knowledge, information and belief, the facts in the Application are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of April, 2024, at Costa Mesa, California.

/s/ David M. Goodrich
DAVID M. GOODRICH

4

DECLARATION OF DAVID M. GOODRICH

# Exhibit 1


**Golden
Goodrich**
THE RIGHT RESULT

# INVOICE

Invoice # 7219
Date: 01/11/2024
Due On: 02/10/2024

3070 Bristol, Suite 640
Costa Mesa, California 92626

David M. Goodrich, CRO
3070 Bristol St., Suite 640
Costa Mesa, CA 92626

## 01265-Goodrich, CRO

## 2nd Chance Investment Group, LLC

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 11/01/2023 | DMG | Draft correspondence to counsel re: eviction from 151st and Peachwood | 0.10 | $350.00 | $35.00 |
| 11/01/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review final closing statement for Custer | 0.10 | $350.00 | $35.00 |
| 11/06/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review correspondence from broker for Custer re: additional documents to sign; draft correspondence to title re: same | 0.10 | $350.00 | $35.00 |
| 11/06/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker re: appearances at Yorkshire sale hearings | 0.10 | $350.00 | $35.00 |
| 11/07/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to various correspondence from broker re: overbidders | 0.20 | $350.00 | $70.00 |
| 11/07/2023 | DMG | A108 Communicate (other external) B120 Asset Analysis and Recovery: Telephone conference with Rich Sturdevant re: auction | 0.10 | $350.00 | $35.00 |
| 11/08/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review offer on Marty Lane | 0.20 | $350.00 | $70.00 |
| 11/08/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Telephone conference with Andy Warshaw re: sale motion and overbidding for Yorkshire | 0.30 | $350.00 | $105.00 |
| 11/08/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review offer/counter offer for Marty Lane | 0.20 | $350.00 | $70.00 |

Exhibit 1, Page 8

Invoice # 7219 - 01/11/2024

| 11/08/2023 | DMG | A109 Appear for/attend B130 Asset Disposition: Prepare for and attend hearing on sale of Yorkshire | 0.40 | $350.00 | $140.00 |
|---|---|---|---|---|---|
| 11/08/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Telephone conference with overbidder's agent re: return of deposit and potential purchase of estate properties | 0.20 | $350.00 | $70.00 |
| 11/08/2023 | DMG | Review sale order for Yorkshire; draft correspondence to brokers and counsel re: revisions | 0.30 | $350.00 | $105.00 |
| 11/09/2023 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with Andy Warshaw re: tentative ruling on motion to adequacy of disclosure statement | 0.10 | $350.00 | $35.00 |
| 11/10/2023 | DMG | A104 Review/analyze B160 Fee/Employment Applications: Review application for interim compensation for Grobstein Teeple | 0.30 | $350.00 | $105.00 |
| 11/13/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from escrow re: return of deposit | 0.10 | $350.00 | $35.00 |
| 11/13/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Telephone conference with attorney for tenant at Marsala re: foreclosure sale | 0.10 | $350.00 | $35.00 |
| 11/13/2023 | DMG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review entered order granting motion to approve adequacy of disclosure statement | 0.10 | $350.00 | $35.00 |
| 11/13/2023 | DMG | A103 Draft/revise B160 Fee/Employment Applications: Review/revise declaration in support of fee application | 0.30 | $350.00 | $105.00 |
| 11/20/2023 | DMG | Review/respond to correspondence from insurance company re: payment | 0.10 | $350.00 | $35.00 |
| 11/20/2023 | DMG | Prepare monthly operating report | 0.30 | $350.00 | $105.00 |
| 11/20/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review Yorkshire closing documents | 0.20 | $350.00 | $70.00 |
| 11/21/2023 | DMG | Review entered sale order for Yorkshire | 0.10 | $350.00 | $35.00 |
| 11/21/2023 | DMG | A108 Communicate (other external) B160 Fee/Employment Applications: Review/respond to correspondence from counsel re: fee application and receipt of sale proceeds/deposit | 0.10 | $350.00 | $35.00 |
| 11/21/2023 | DMG | Review/respond to correspondence from Cindy Meeker re: sale motion for Glenview | 0.10 | $350.00 | $35.00 |
| 11/21/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review sale motion and declarations for Glenview | 0.30 | $350.00 | $105.00 |
| 11/22/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 9

Invoice # 7219 - 01/11/2024

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | final draft of sale motion (Glenview); review/respond to correspondence from Cindy Meeker re: same | | | |
| 11/22/2023 | DMG | A104 Review/analyze B160 Fee/Employment Applications: Review supplemental declaration in support of general counsel's fee application | 0.10 | $350.00 | $35.00 |
| 11/29/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review non-opposition/reservation of rights to sell motion | 0.10 | $350.00 | $35.00 |
| 11/29/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Draft correspondence to escrow re: Custer proceeds | 0.10 | $350.00 | $35.00 |
| 11/29/2023 | DMG | Review funding request; draft correspondence to Alison re; approval of request | 0.20 | $350.00 | $70.00 |
| 11/30/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Andy Warshaw re: funds, sale proceeds, quarterly fees, and possible distributions | 0.20 | $350.00 | $70.00 |
| 11/30/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review closing documents (Yorkshire); draft correspondence to Antonia re: same | 0.30 | $350.00 | $105.00 |
| **Non-billable services** | | | | | |
| 11/08/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare October professional fee statement. | ~~0.50~~ | ~~$250.00~~ | ~~$125.00~~ |
| 11/10/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare CRO's first interim fee application. | ~~0.60~~ | ~~$250.00~~ | ~~$150.00~~ |
| 11/13/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare CRO's first interim fee application and declaration in support. | ~~0.60~~ | ~~$250.00~~ | ~~$150.00~~ |
| 11/14/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare CRO's first interim fee application and declaration. | ~~0.20~~ | ~~$250.00~~ | ~~$50.00~~ |
| 11/17/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare client declaration re CRO's interim fee application. | ~~0.30~~ | ~~$250.00~~ | ~~$75.00~~ |

| | | | |
|---|---|---|---|
| | | **Quantity Subtotal** | **7.8** |
| | | **Services Subtotal** | **$1,960.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 11/02/2023 | Yorkshire lockout and inspection - field agent fee/cost advance | 1.00 | $1,864.25 | $1,864.25 |

Exhibit 1, Page 10

Invoice # 7219 - 01/11/2024

| | | | | |
|---|---|---|---|---|
| 11/08/2023 | E107 Delivery services/messengers: Overnight delivery charges for delivery to Fredy Vanegas | 1.00 | $37.48 | $37.48 |
| | | **Expenses Subtotal** | | **$1,901.73** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| David Goodrich | 5.6 | $350.00 | $1,960.00 |
| | **Quantity Total** | | **7.8** |
| | **Subtotal** | | **$3,861.73** |
| | **Total** | | **$3,861.73** |

Exhibit 1, Page 11



# INVOICE

Invoice # 7133
Date: 01/05/2024
Due On: 02/04/2024

3070 Bristol, Suite 640
Costa Mesa, California 92626

David M. Goodrich, CRO
3070 Bristol St., Suite 640
Costa Mesa, CA 92626

## 01265-Goodrich, CRO

## 2nd Chance Investment Group, LLC

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 12/01/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Revie/respond to correspondence from Rob Goe re: proposed distributions | 0.30 | $350.00 | $105.00 |
| 12/01/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review response to motion to sell Glenview | 0.10 | $350.00 | $35.00 |
| 12/05/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Marc Lantzman re: eviction | 0.10 | $350.00 | $35.00 |
| 12/05/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review motion amend or alter sale order for Yorkshire | 0.30 | $350.00 | $105.00 |
| 12/05/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review order denying motion for reconsideration on Yorkshire | 0.10 | $350.00 | $35.00 |
| 12/06/2023 | DMG | Telephone conference with broker re: overbidding | 0.10 | $350.00 | $35.00 |
| 12/06/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review revised final closing statement for Yorkshire; draft correspondence to escrow re: same | 0.10 | $350.00 | $35.00 |
| 12/06/2023 | DMG | A109 Appear for/attend B130 Asset Disposition: Prepare for and attend hearing on sale motion (Portal) | 0.30 | $350.00 | $105.00 |
| 12/07/2023 | DMG | A104 Review/analyze B160 Fee/Employment Applications: Review/revise fee order | 0.10 | $350.00 | $35.00 |
| 12/07/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from tenant for Marsala | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 12

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review cancellation instructions for backup bidder on Yorkshire; draft correspondence to escrow re: same | 0.10 | $350.00 | $35.00 |
| 12/08/2023 | DMG | Review orders granting fee applications | 0.10 | $350.00 | $35.00 |
| 12/08/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from escrow re: claim of Jeff Trapp and Yorkshire | 0.10 | $350.00 | $35.00 |
| 12/11/2023 | DMG | A107 Communicate (other outside counsel) B130 Asset Disposition: Draft correspondence to counsel for secured creditor re: repossession of vehicles | 0.10 | $350.00 | $35.00 |
| 12/12/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review correspondence from Lantzman re: turnover of rent; draft correspondence to counsel re: same | 0.10 | $350.00 | $35.00 |
| 12/12/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to Lantzman request for turnover of rent collected | 0.10 | $350.00 | $35.00 |
| 12/13/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review entered order granting sale motion for Portal | 0.10 | $350.00 | $35.00 |
| 12/13/2023 | DMG | Draft correspondence to brokers and lawyers re: auction, buyer and backup bid | 0.10 | $350.00 | $35.00 |
| 12/13/2023 | DMG | A101 Plan and prepare for B130 Asset Disposition: Prepare for and attend sale hearing | 0.40 | $350.00 | $140.00 |
| 12/13/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Draft correspondence to escrow re: overbidder deposit for Glenvew | 0.10 | $350.00 | $35.00 |
| 12/13/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Draft correspondence to escrow re: overbidder deposit | 0.10 | $350.00 | $35.00 |
| 12/14/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review draft of sale order (Glenview); draft correspondence to Cindy re: sale order and auction | 0.10 | $350.00 | $35.00 |
| 12/18/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review entered sale order; draft correspondence to escrow re: same | 0.10 | $350.00 | $35.00 |
| 12/19/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from Bill Friedman re: possible sale motion without buyer | 0.10 | $350.00 | $35.00 |
| 12/19/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review revised sale documents (overbidder) for Glenview | 0.20 | $350.00 | $70.00 |
| 12/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to Josh Teeple re: operating report for November 2023 | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 13

| 12/20/2023 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Josh Teeple re: details of sales | 0.10 | $350.00 | $35.00 |
| 12/21/2023 | DMG | Draft correspondence to accountants re: closing statements | 0.10 | $350.00 | $35.00 |
| 12/21/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review revised escrow documents for Portal; draft correspondence to escrow re: same | 0.20 | $350.00 | $70.00 |
| 12/22/2023 | DMG | A104 Review/analyze B110 Case Administration: Review draft of monthly operating report for November 2023 | 0.10 | $350.00 | $35.00 |
| 12/28/2023 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from escrow re: sale to LLC | 0.10 | $350.00 | $35.00 |
| 12/28/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review amended escrow documents for Glenview | 0.10 | $350.00 | $35.00 |
| 12/28/2023 | DMG | A104 Review/analyze B130 Asset Disposition: Review final closing statement | 0.10 | $350.00 | $35.00 |
| **Non-billable services** | | | | | |
| 12/07/2023 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare first interim fee order. | ~~0.30~~ | ~~$250.00~~ | ~~$75.00~~ |

|  |  |  | **Quantity Subtotal** | **4.7** |
|  |  |  | **Services Subtotal** | **$1,540.00** |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 12/07/2023 | E112 Court fees: CourtDrive expenses for November 2023. | 41.00 | $0.10 | $4.10 |
| 12/14/2023 | E112 Court fees: Court fee for Certified copy of Order Granting Motion to Sell Portal. | 1.00 | $12.00 | $12.00 |
| 12/18/2023 | E112 Court fees: Court fee for Certified copy of Order Granting Motion to Sell Glenview | 1.00 | $12.00 | $12.00 |
|  | **Expenses Subtotal** |  |  | **$28.10** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| David Goodrich | 4.4 | $350.00 | $1,540.00 |
|  | **Quantity Total** |  | **4.7** |
|  | **Subtotal** |  | **$1,568.10** |

Exhibit 1, Page 14

Invoice # 7133 - 01/05/2024

**Total**      **$1,568.10**

Exhibit 1, Page 15



# INVOICE

Invoice # 7265
Date: 02/04/2024
Due On: 03/05/2024

3070 Bristol, Suite 640
Costa Mesa, California 92626

David M. Goodrich, CRO
3070 Bristol St., Suite 640
Costa Mesa, CA 92626

## 01265-Goodrich, CRO

## 2nd Chance Investment Group, LLC

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 01/03/2024 | DMG | A108 Communicate (other external) B160 Fee/ Employment Applications: Review agency relationship disclosure; draft email to broker re: same | 0.10 | $350.00 | $35.00 |
| 01/11/2024 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Telephone conference with Andy and Rich re: plan confirmation, votes received, standard for liquidating plan confirmation and possible sale of remaining properties | 0.30 | $350.00 | $105.00 |
| 01/12/2024 | DMG | Draft correspondence to proposed broker for Emery property | 0.10 | $350.00 | $35.00 |
| 01/12/2024 | DMG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review confirmation brief | 0.20 | $350.00 | $70.00 |
| 01/12/2024 | DMG | A108 Communicate (other external) B110 Case Administration: Draft correspondence to Andy Warshaw re: funds on hand, interim distribution and locating of broker | 0.10 | $350.00 | $35.00 |
| 01/12/2024 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from broker re: listing of Emery | 0.10 | $350.00 | $35.00 |
| 01/12/2024 | DMG | A103 Draft/revise B160 Fee/Employment Applications: Prepare addendum to listing agreement (Emery; draft correspondence to broker re: employment application and addendum | 0.30 | $350.00 | $105.00 |
| 01/17/2024 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 16

| | | Review/respond to correspondence from counsel re: plan treatment for Lantzman properties | | | |
|---|---|---|---|---|---|
| 01/17/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker re: electricity and showings for Emery property | 0.10 | $350.00 | $35.00 |
| 01/17/2024 | DMG | A108 Communicate (other external) B160 Fee/Employment Applications: Draft correspondence to counsel re: proposed distributions to professionals | 0.10 | $350.00 | $35.00 |
| 01/17/2024 | DMG | A104 Review/analyze B160 Fee/Employment Applications: Review professional fees and expenses and distribution scenarios | 0.20 | $350.00 | $70.00 |
| 01/17/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker for Emery re: proof of insurance and sale inspection fee | 0.10 | $350.00 | $35.00 |
| 01/17/2024 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from Kevin Meacham re: bank statements and Forms 1 and 2 for MOR | 0.10 | $350.00 | $35.00 |
| 01/18/2024 | DMG | A108 Communicate (other external) B240 Tax Issues: Review/respond to correspondence from accountants re: sales closed in 2023 | 0.10 | $350.00 | $35.00 |
| 01/18/2024 | DMG | Review/respond to correspondence from accountants re: financial records from 2022 | 0.10 | $350.00 | $35.00 |
| 01/22/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker on Emery re: highest offer received; review offers for Emery | 0.30 | $350.00 | $105.00 |
| 01/24/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Draft correspondence to Emery broker re: addendum and agreement | 0.10 | $350.00 | $35.00 |
| 01/24/2024 | DMG | A103 Draft/revise B130 Asset Disposition: Draft sale addendum for Emery | 0.20 | $350.00 | $70.00 |
| 01/24/2024 | DMG | A104 Review/analyze B130 Asset Disposition: Review purchase agreement for Emery | 0.20 | $350.00 | $70.00 |
| 01/24/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker re: closing attorney for Emery | 0.10 | $350.00 | $35.00 |
| 01/24/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from closing attorney re: contract and needed items for sale | 0.10 | $350.00 | $35.00 |
| 01/26/2024 | DMG | Review chapter 11 status report | 0.20 | $350.00 | $70.00 |
| 01/29/2024 | DMG | A108 Communicate (other external) B140 Relief from | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 17

Invoice # 7265 - 02/04/2024

| | | | | | |
|---|---|---|---|---|---|
| | | Stay/Adequate Protection Proceedings: Review/ respond to correspondence from counsel for re: stipulations for relief from stay | | | |
| 01/29/2024 | DMG | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review stipulations for relief from stay for Peachwood and 151st St | 0.20 | $350.00 | $70.00 |
| 01/31/2024 | DMG | A104 Review/analyze B130 Asset Disposition: Review/ revise addendum to sale agreement (.2); review purchase agreement for Emery (.2) | 0.40 | $350.00 | $140.00 |
| **Non-billable services** | | | | | |
| 01/09/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare November monthly fee statement. | 0.30 | $250.00 | $75.00 |
| 01/09/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare December monthly fee statement. | 0.30 | $250.00 | $75.00 |
| 01/11/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare November monthly fee statement. | 0.40 | $250.00 | $100.00 |
| 01/11/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare December monthly fee statement. | 0.30 | $250.00 | $75.00 |

| | |
|---|---|
| **Quantity Subtotal** | **5.3** |
| **Services Subtotal** | **$1,400.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 01/17/2024 | E112 Court fees: December 2023 Fees for CourtDrive/Pacer. | 1.00 | $0.20 | $0.20 |
| 01/19/2024 | E112 Court fees: PACER Fees for period 10/1/23 - 12/31/23. | 1.00 | $2.30 | $2.30 |

| | |
|---|---|
| **Expenses Subtotal** | **$2.50** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| David Goodrich | 4.0 | $350.00 | $1,400.00 |

| | |
|---|---|
| **Quantity Total** | **5.3** |
| **Subtotal** | **$1,402.50** |
| **Total** | **$1,402.50** |

Exhibit 1, Page 18



# INVOICE

Invoice # 7456
Date: 03/04/2024
Due On: 04/03/2024

3070 Bristol, Suite 640
Costa Mesa, California 92626

David M. Goodrich, CRO
3070 Bristol St., Suite 640
Costa Mesa, CA 92626

## 01265-Goodrich, CRO

## 2nd Chance Investment Group, LLC

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 02/01/2024 | DMG | Review/respond to correspondence from broker re: additional signatures for Emery sale | 0.10 | $350.00 | $35.00 |
| 02/05/2024 | DMG | Review/respond to correspondence from Ken Solares re: tax return information | 0.10 | $350.00 | $35.00 |
| 02/05/2024 | DMG | A108 Communicate (other external) B120 Asset Analysis and Recovery: Review/respond to correspondence from counsel re: retention of Don Fife for insolvency analysis | 0.10 | $350.00 | $35.00 |
| 02/06/2024 | DMG | A108 Communicate (other external) B110 Case Administration: Review stipulation authorizing retention of expert witness for committee litigation; draft correspondence to Andy Warshaw re: meeting with counsel for committee re: expert witness | 0.20 | $350.00 | $70.00 |
| 02/07/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to broker for Emery re: status of sale and sale motion | 0.10 | $350.00 | $35.00 |
| 02/07/2024 | DMG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with counsel re: committee's desire to retain separate financial advisor and issues with costs for multiple professionals | 0.70 | $350.00 | $245.00 |
| 02/07/2024 | DMG | A107 Communicate (other outside counsel) B320 Plan and Disclosure Statement (including Business Plan): Telephone conference with Andy Warshaw re: issues with stipulation and possible last-minute plan modification caused by stipulation with committee | 0.30 | $350.00 | $105.00 |

Exhibit 1, Page 19

| 02/08/2024 | DMG | A109 Appear for/attend B320 Plan and Disclosure Statement (including Business Plan): Attend confirmation hearing | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|
| 02/08/2024 | DMG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review draft of confirmation order | 0.10 | $350.00 | $35.00 |
| 02/08/2024 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review/respond to correspondence from Andy Warshaw re: confirmation order | 0.10 | $350.00 | $35.00 |
| 02/08/2024 | DMG | A108 Communicate (other external) B160 Fee/Employment Applications: Review/respond to correspondence from Andy Warshaw re: employment of professionals post-confirmation | 0.10 | $350.00 | $35.00 |
| 02/08/2024 | DMG | A108 Communicate (other external) B120 Asset Analysis and Recovery: Draft correspondence to Bobby Marticello re: potential avoidance claims | 0.20 | $350.00 | $70.00 |
| 02/08/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from Cindy Meeker re: sale motion post-confirmation | 0.10 | $350.00 | $35.00 |
| 02/12/2024 | DMG | A108 Communicate (other external) B320 Plan and Disclosure Statement (including Business Plan): Review/respond to correspondence from counsel for debtor re: revisions to plan confirmation order | 0.10 | $350.00 | $35.00 |
| 02/12/2024 | DMG | A104 Review/analyze B320 Plan and Disclosure Statement (including Business Plan): Review revisions to confirmation order made by committee counsel | 0.10 | $350.00 | $35.00 |
| 02/12/2024 | DMG | Review entered order confirming plan | 0.10 | $350.00 | $35.00 |
| 02/12/2024 | DMG | A108 Communicate (other external) B110 Case Administration: Review/respond to correspondence from accountants re: Form 1 and bank statements | 0.10 | $350.00 | $35.00 |
| 02/13/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker re: new offer | 0.10 | $350.00 | $35.00 |
| 02/13/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker re: third offer on Emergy | 0.10 | $350.00 | $35.00 |
| 02/13/2024 | DMG | A103 Draft/revise B130 Asset Disposition: Review/revise addendum no. 1 for Emery sale | 0.20 | $350.00 | $70.00 |
| 02/15/2024 | DMG | Review/respond to correspondence from broker | 0.10 | $350.00 | $35.00 |
| 02/20/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review/respond to correspondence from broker re: closing on Emery | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 20

Invoice # 7456 - 03/04/2024

| Date | | Notes | | | |
|------|------|-------|------|------|------|
| 02/27/2024 | DMG | A105 Communicate (in firm) B110 Case Administration: Review insurance invoices; draft correspondence re: cancellation of insurance for properties | 0.10 | $350.00 | $35.00 |
| 02/27/2024 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Draft correspondence to counsel for Lanzman re: properties sold at foreclosure sale | 0.10 | $350.00 | $35.00 |
| **Non-billable services** | | | | | |
| 02/05/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare monthly professional fee statement for January 2024. | ~~0.50~~ | ~~$250.00~~ | ~~$125.00~~ |

| | Quantity Subtotal | 4.1 |
|---|---|---|
| | Services Subtotal | $1,260.00 |

### Expenses

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 02/02/2024 | E112 Court fees: Court drive pacer fee | 1.00 | $0.10 | $0.10 |
| 02/02/2024 | E112 Court fees: Court drive pacer fee | 1.00 | $0.20 | $0.20 |
| | | | Expenses Subtotal | $0.30 |

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| David Goodrich | 3.6 | $350.00 | $1,260.00 |
| | Quantity Total | | 4.1 |
| | Subtotal | | $1,260.30 |
| | Total | | $1,260.30 |

Exhibit 1, Page 21



# INVOICE

Invoice # 7748
Date: 04/12/2024
Due On: 05/12/2024

3070 Bristol, Suite 640
Costa Mesa, California 92626

David M. Goodrich, CRO
3070 Bristol St., Suite 640
Costa Mesa, CA 92626

## 01265-Goodrich, CRO

## 2nd Chance Investment Group, LLC

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 03/05/2024 | DMG | A105 Communicate (in firm) B110 Case Administration: Review fee statement for February 2024; draft correspondence to Cindy re: same | 0.10 | $350.00 | $35.00 |
| 03/06/2024 | DMG | A107 Communicate (other outside counsel) B130 Asset Disposition: Review/respond to correspondence from closing attorney re: cancellation of sale | 0.10 | $350.00 | $35.00 |
| 03/09/2024 | DMG | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery: Draft correspondence to Bobby Marticello re: meeting to discuss potential insider avoidance claims | 0.10 | $350.00 | $35.00 |
| 03/11/2024 | DMG | A104 Review/analyze B130 Asset Disposition: Review offers 6, 7 and 8 for Emery | 0.20 | $350.00 | $70.00 |
| 03/11/2024 | DMG | Review/revise addendum for Emery (Kevin Gales); draft correspondence to broker re: addendum and sale agreement | 0.50 | $350.00 | $175.00 |
| 03/12/2024 | DMG | Review/respond to correspondence from broker re: change of closing attorney for buyer | 0.10 | $350.00 | $35.00 |
| 03/12/2024 | DMG | A107 Communicate (other outside counsel) B120 Asset Analysis and Recovery: Zoom with Bobby Marticelo and Ray Foster re: possible claims against Bhaktis | 0.50 | $350.00 | $175.00 |
| 03/12/2024 | DMG | Review engagement agreement for Cohen Dovitz | 0.20 | $350.00 | $70.00 |
| 03/15/2024 | DMG | Review orders granting motions for relief from stay | 0.10 | $350.00 | $35.00 |
| 03/20/2024 | DMG | Review/respond to correspondence from closing attorney re: closing documents | 0.10 | $350.00 | $35.00 |

Exhibit 1, Page 22

| 03/20/2024 | DMG | Review/respond to correspondence from attorney re: insurance claims and powers under liquidating trust | 0.20 | $350.00 | $70.00 |
| 03/27/2024 | DMG | A107 Communicate (other outside counsel) B130 Asset Disposition: Review escrow documents; draft correspondence to closing attorney re: corrections | 0.30 | $350.00 | $105.00 |
| 03/27/2024 | DMG | A108 Communicate (other external) B120 Asset Analysis and Recovery: Draft correspondence to Josh Teeple re: avoidance analysis | 0.10 | $350.00 | $35.00 |
| 03/28/2024 | DMG | Review revised closing documents; draft correspondence to counsel re: same | 0.20 | $350.00 | $70.00 |
| 03/29/2024 | DMG | A108 Communicate (other external) B130 Asset Disposition: Review closing statement for Emery; draft correspondence to closing attorney re: same | 0.20 | $350.00 | $70.00 |
| 04/01/2024 | DMG | A104 Review/analyze B130 Asset Disposition: Review final document for Emery closing | 0.10 | $350.00 | $35.00 |
| 04/04/2024 | DMG | Review/respond to various correspondence re: bank records and 2004 exam application | 0.10 | $350.00 | $35.00 |
| 04/05/2024 | DMG | Draft correspondence to counsel re: insurance cancellation and properties still pending foreclosure | 0.20 | $350.00 | $70.00 |
| 04/05/2024 | DMG | Draft correspondence to counsel for Lanzman re: pending foreclosure sales for 151st, 30th and Peachwood | 0.10 | $350.00 | $35.00 |
| 04/05/2024 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Telephone conference with Andy re: additional distributions | 0.20 | $350.00 | $70.00 |
| 04/08/2024 | DMG | Review/respond to correspondence from counsel for Lanzman re: insurance for properties to be sold at foreclosure sales | 0.10 | $350.00 | $35.00 |
| 04/08/2024 | DMG | Review/respond to correspondence from Lanzman re: insurance | 0.10 | $350.00 | $35.00 |
| 04/09/2024 | DMG | Review/respond to correspondence from accountants re: MORs and quarterly reports | 0.10 | $350.00 | $35.00 |
| 04/10/2024 | DMG | A107 Communicate (other outside counsel) B110 Case Administration: Review distribution chart; draft correspondence to Andy Warshaw re: same | 0.10 | $350.00 | $35.00 |
| **Non-billable services** | | | | | |
| 03/04/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare monthly professional fee statement for February. | ~~0.20~~ | ~~$250.00~~ | ~~$50.00~~ |
| 03/05/2024 | CM | A103 Draft/revise B160 Fee/Employment Applications: Prepare monthly professional fee statement for February. | ~~0.30~~ | ~~$250.00~~ | ~~$75.00~~ |

Invoice # 7748 - 04/12/2024

| | |
|---|---|
| **Quantity Subtotal** | **4.6** |
| **Services Subtotal** | **$1,435.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 07/17/2023 | E101 Copying: Service copies for June 2023 Professional Fee Statement. | 21.00 | $0.20 | $4.20 |
| 07/17/2023 | E108 Postage: Service for June 2023 Professional Fee Statement | 7.00 | $0.63 | $4.41 |
| 08/09/2023 | E101 Copying: Service copies for July 2023 Professional Fee Statement | 28.00 | $0.20 | $5.60 |
| 08/09/2023 | E108 Postage: Service of July 2023 Professional Fee Statement | 7.00 | $0.63 | $4.41 |
| 10/30/2023 | E107 Delivery services/messengers: Overnight delivery charges for delivery to Martha Quintaro at Orange Coast Title | 1.00 | $24.87 | $24.87 |
| 04/11/2024 | E107 Delivery services/messengers: Fees to overnight check to Amanda Billyard. | 1.00 | $25.75 | $25.75 |
| | **Expenses Subtotal** | | | **$69.24** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| David Goodrich | 4.1 | $350.00 | $1,435.00 |
| | **Quantity Total** | | **4.6** |
| | **Subtotal** | | **$1,504.24** |
| | **Total** | | **$1,504.24** |

Exhibit 1, Page 24

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 3070 Bristol Street, Suite 640, Costa Mesa, CA  92626

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/16/2024   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 04/16/2024   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 4                    **F 2016-1.2.APP.PAYMENT.FEES**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Amanda G. Billyard    abillyard@bwlawcenter.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Stephan M Brown    ECF@thebklawoffice.com,
stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
Kathleen A Cashman-Kramer    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
Bryant S Delgadillo    bryant.delgadillo@piblaw.com, marian.flores@piblaw.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaaecf@ecf.courtdrive.com
Lazaro E Fernandez    lef17@pacbell.net, lef-sam@pacbell.net;lef-
mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
David M Goodrich    dgoodrich@go2.law,
kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Daniel J Griffin    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
D Edward Hays    ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf
.courtdrive.com
Matthew S Henderson    matthew.henderson@piblaw.com, rhonda.viers@piblaw.com
Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
Sweeney Kelly    kelly@ksgklaw.com
Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
Randall P Mroczynski    randym@cookseylaw.com
Queenie K Ng    queenie.k.ng@usdoj.gov
Douglas A Plazak    dplazak@rhlaw.com
Arjun P Rao    arjun.rao@morganlewis.com, lacalendar@stroock.com
Arvind Nath Rawal    arawal@aisinfo.com
Matthew D. Resnik    Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfir
m.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
Gary B Rudolph    grudolph@fennemorelaw.com,
bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-
kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
Cheryl A Skigin    caskigin@earthlink.net, caskigin@earthlink.net
Richard L. Sturdevant    rich@bwlawcenter.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Christopher P. Walker    cwalker@cpwalkerlaw.com,
lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
Fanny Zhang Wan    fwan@raslg.com
Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**SERVED VIA UNITED STATES MAIL:**

2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
**DEBTOR**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 W. Fourth St., Ste 5130/Ctrm 5C
Santa Ana, CA  92701-4593