1  Robert P. Goe – State Bar No. 137019
Charity J. Manee – State Bar No. 286481
2  **GOE FORSYTHE & HODGES LLP**
17701 Cowan, Bldg. D, Suite 210
3  Irvine, CA 92614
rgoe@goeforlaw.com
4  cmanee@goeforlaw.com
Telephone:  (949) 798-2460
5  Facsimile:   (949) 955-9437

6  Attorneys for Official Committee of
Unsecured Creditors
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SANTA ANA DIVISION**

11

12  In re:                                    Case No. 8:22-bk-12142-SC

13  **2ND CHANCE INVESTMENT GROUP, LLC,**     Chapter 11 Proceeding

14                                            **DECLARATION OF SAJAN BHAKTA**
           Debtor and Debtor-in-             **IN SUPPORT OF SECOND AND FINAL**
15         possession.                       **PRE-CONFIRMATION APPLICATION**
                                             **FOR COMPENSATION AND**
16                                           **REIMBURSEMENT OF EXPENSES OF**
                                             **GOE FORSYTHE & HODGES LLP,**
17                                           **COUNSEL FOR THE OFFICIAL**
                                             **COMMITTEE OF UNSECURED**
18                                           **CREDITORS**

19

20                                           Date:       April 30, 2024[1]
                                             Time:       10:00 am
21                                           Courtroom: 5C
                                                         United States Bankruptcy Court
22                                                       411 West Fourth Street
                                                         Santa Ana, CA 92701-4593
23                                                       (Via Zoom)

24

25

26         I, Sajan Bhakta, declare and state as follows:

27

28  _____

[1] Via Zoom.gov

1

1        1.    I am the Chairman of the Official Committee of Unsecured Creditors for the estate

2    of 2ND Chance Investment Group, LLC ("Debtor").  The matters stated hereinafter are within my

3    own personal knowledge and, if called as a witness, I could and would competently testify thereto.

4        2.    This declaration is filed in support of the Second and Final Pre-Confirmation

5    Application for Compensation and Reimbursement of Expenses of Goe Forsythe & Hodges LLP,

6    Counsel for the Official Committee of Unsecured Creditors, filed April 9, 2024, as Docket No.

7    400(the "Application").  Additionally, this declaration is made to comply with the Guide to

8    Applications for Professional Compensation II(A)(11) of the Office of the United States Trustee.

9        3.    I have reviewed the billing statements of the Firm and have no objections to the

10   fees and costs sought therein.  I believe that the fees and costs for which the Firm has applied have

11   been of high quality and, as set forth in detail in the Declaration of Robert P. Goe filed in support

12   of the Application, have benefited the creditors of the estate.

13       4.    Based upon the foregoing, I respectfully submit that good cause exists for this

14   Court to award to the Firm the fees and costs for which it has applied pursuant to the Application.

15       I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.

17       Executed this ___17th___ day of April 2024, at __Chino_____, California.

18

19       _____

20       Sajan Bhakta, Chairman
    Official Committee of Unsecured Creditors

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF SAJAN BHAKTA IN SUPPORT OF SECOND AND FINAL PRE-CONFIRMATION APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GOE FORSYTHE & HODGES LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>April 17, 2024</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) <u>April 17, 2024</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐      Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>April 17, 2024</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, 411 W. Fourth Street, Suite 5130; Santa Ana, CA  92701-4593

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2024 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# Mailing Information for Case 8:22-bk-12142-SC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Amanda G. Billyard**    abillyard@bwlawcenter.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Stephan M Brown**    ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- **Kathleen A Cashman-Kramer**    kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
- **Bryant S Delgadillo**    bryant.delgadillo@piblaw.com, marian.flores@piblaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Lazaro E Fernandez**    lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **David M Goodrich**    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- **Daniel J Griffin**    daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Matthew S Henderson**    matthew.henderson@piblaw.com, rhonda.viers@piblaw.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Charity J Manee**    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Queenie K Ng**    queenie.k.ng@usdoj.gov
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Arjun P Rao**    arjun.rao@morganlewis.com, lacalendar@stroock.com
- **Arvind Nath Rawal**    arawal@aisinfo.com
- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Gary B Rudolph**    grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
- **Cheryl A Skigin**    caskigin@earthlink.net, caskigin@earthlink.net
- **Richard L. Sturdevant**    rich@bwlawcenter.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Christopher P. Walker**    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- **Fanny Zhang Wan**    fwan@raslg.com
- **Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com