David M. Goodrich, State Bar No. 208675
dgoodrich@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Chief Restructuring Officer
for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2ND CHANCE INVESTMENT GROUP, LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**DECLARATION OF RAYSHON FOSTER IN SUPPORT OF AMENDED APPLICATION FOR PAYMENT OF FINAL FEES AND EXPENSES OF DAVID M. GOODRICH, CHIEF RESTRUCTURING OFFICER**<br><br>DATE:    May 7, 2024<br>TIME:    10:00 a.m.<br>CTRM:    5C/Via ZoomGov<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

## DECLARATION OF RAYSHON FOSTER

I, Rayshon Foster, declare:

1.    I am the Managing Member of 2nd Chance Investment Group, LLC, the debtor and debtor-in-possession in the above-captioned case.  The following is within my personal knowledge, and if called as a witness, I could and would testify competently with respect thereto.

//

//

//

2. I have reviewed the *Amended Application for Payment of Final Fees and Expenses* (Docket No. 411, "Amended Application") filed by David M. Goodrich, Chief Restructuring Officer, and have no objection to the fees or the expenses requested in the Amended Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __18__ day of April, 2024, at __Suffolk__, Virginia.

Rayshon Foster

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RAYSHON FOSTER IN SUPPORT OF AMENDED APPLICATION FOR PAYMENT OF FINAL FEES AND EXPENSES OF DAVID M. GOODRICH, CHIEF RESTRUCTURING OFFICER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 19, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 19, 2024 | David M. Fitzgerald | *David M. Fitzgerald* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**
0.0

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF:**
Michael Jay Berger     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Amanda G. Billyard     abillyard@bwlawcenter.com
Jeffrey W Broker     jbroker@brokerlaw.biz
Stephan M Brown     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
Kathleen A Cashman-Kramer     kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
Bryant S Delgadillo     bryant.delgadillo@piblaw.com, marian.flores@piblaw.com
Dane W Exnowski     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Lazaro E Fernandez     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
David M Goodrich     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
Daniel J Griffin     daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
D Edward Hays     ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
Matthew S Henderson     matthew.henderson@piblaw.com, rhonda.viers@piblaw.com
Brandon J. Iskander     biskander@goeforlaw.com, kmurphy@goeforlaw.com
Sweeney Kelly     kelly@ksgklaw.com
Charity J Manee     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
Randall P Mroczynski     randym@cookseylaw.com
Queenie K Ng     queenie.k.ng@usdoj.gov
Douglas A Plazak     dplazak@rhlaw.com
Arjun P Rao     arjun.rao@morganlewis.com, lacalendar@stroock.com
Arvind Nath Rawal     arawal@aisinfo.com
Matthew D. Resnik     Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
Gary B Rudolph     grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
Cheryl A Skigin     caskigin@earthlink.net, caskigin@earthlink.net
Richard L. Sturdevant     rich@bwlawcenter.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Christopher P. Walker     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
Fanny Zhang Wan     fwan@raslg.com
Andy C Warshaw     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**SERVED BY UNITED STATES MAIL:**
2nd Chance Investment Group, LLC
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701
**DEBTOR**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 W. Fourth St., Ste 5130/Ctrm 5C
Santa Ana, CA  92701-4593