JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone:    (949) 381-5655
Facsimile:    (949) 381-5665
Email: jteeple@gtllp.com; documents@gtllp.com

Financial Advisors to the Chapter 11 Debtor
And Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**2nd CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor and Debtor-in-Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS FINANCIAL ADVISORS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION DURING THE PRE-CONFIRMATION PERIOD; DECLARATIONS OF JOSHUA R. TEEPLE AND RAYSHON A. FOSTER IN SUPPORT THEREOF**<br><br>Date:  May 21, 2024<br>Time:  10:00 a.m.<br>Ctrm:  5C – Via ZoomGov<br>     U.S. Bankruptcy Court<br>     411 West Fourth Street<br>     Santa Ana, California 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE:**

GROBSTEIN TEEPLE LLP ("Applicant" or "GT" or the "Firm"), financial advisors for the Debtor and Debtor-in-Possession, 2nd Chance Investment Group, LLC (the "Debtor") in the above-referenced case, represents the following in support of this *Second and Final Application for*

*Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Financial Advisors for the Debtor and Debtor-in-Possession During the Pre-Confirmation Period* ("Application"). The Application requests a total of $7,240.00 for fees and $10.02 for expenses incurred during the period of November 1, 2023, through and including February 29, 2024 (the "Final Application Period").

## I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

1. Applicant: GROBSTEIN TEEPLE LLP
2. Final Application Period: November 1, 2023 through February 29, 2024
3. Date of Entry of Order Authorizing Employment: May 9, 2023 [effective March 14, 2023]
4. Date Services Commenced: March 14, 2023
5. Dates of Prior Fee Hearings: December 6, 2023
6. Advance Fee Payment Received: $0.00
7. Advance Fee Payment Remaining: $0.00
8. Fees Paid Pursuant to Prior Fee Applications: $10,074.97
9. Expenses Paid Pursuant to Prior Fee Applications: $129.32
10. Amount Remaining to be Paid to Pursuant to Prior Applications: $4,874.53
11. Amount Reserved Pending Final Fee Application: $0.00
12. Total Amount of Fees Requested for this Application Period: $7,240.00
13. Total Amount of Expenses Requested for this Application Period: $10.02
14. Cash on hand: $43,239.00 (per Debtor's monthly operating report for the period ending February 29, 2024).

## II.

## INTRODUCTION

1. On December 21, 2022 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code. Since the Petition Date, the Debtor has been operating its business and managing its financial affairs as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

///

2. Pursuant to the order entered authorizing the employment of GT as financial advisors, Applicant began work on March 14, 2023.

3. Applicant was employed to provide accounting related assistance including: obtain and evaluate financial records; assist in the preparation of monthly operating reports; prepare and update budgets and cash collateral motions as needed; support and assist the Chief Restructuring Officer ("CRO") in operating the Debtor; evaluate assets and liabilities of the Debtor; evaluate tax issues related to the Debtor, including but not limited to preparing capital gains analyses and resolving tax matters; prepare tax returns; provide litigation consulting if required; and provide accounting and consulting services requested by the Applicant, its counsel, and/or the CRO.

4. Applicant's first interim application in connection with this case sought approval of compensation for fees totaling $14,949.50, and reimbursement of expenses in the amount of $129.32 from the period of March 14, 2023 through October 31, 2023 ("First Application Period"). Pursuant to Court order entered December 12, 2023, fees and expenses were allowed in the amounts of $14,949.50 and $129.32, respectively. Applicant received payment for the allowed fees in the amount of $10,074.97, leaving a balance due of $4,874.53. Applicant received reimbursement of expenses in the full amount requested and allowed.

5. This is Applicant's second and final application in connection with the pre-conformation period of this case. Applicant seeks approval of compensation for the Final Application Period. The requested amount of compensation is based upon a total of 22.5 hours of accounting services, resulting in fees totaling $7,240.00. In addition, Applicant incurred expenses in the amount of $10.02. The Applicant is informed and believes that the Debtor is currently holding $43,239.00.

6. The professional services which are the subject of this Application were rendered by the Applicant in connection with providing services for the benefit of the estate and not for any other entity. All the expenses which are the subject of this Application were incurred by Applicant in connection with providing services for the benefit of the estate.

7. Applicant maintains time records of professionals and support personnel on a contemporaneous basis. Such time records are prepared by the professionals who have rendered the services. The time records and this Application were reviewed by the project manager assigned to the

1   case.

2       8.    **Exhibit "A"** attached to the declaration in support of the Application provides a grand total of fees by subject area, as well as expenses, incurred during the Final Application Period.

3       9.    A summary of the hours of professional time expended by each professional for the Applicant is attached as **Exhibit "B"** to the declaration in support of the Application. The hourly rates in **Exhibit "B"**, as well as those reported in **Exhibit "C"**, reflect the rates in effect on the dates those services were performed. Therefore, certain professionals may reflect multiple rates if there were rate adjustments during the Final Application Period.

    10.    Attached as **Exhibit "C"** to the declaration in support of this Application and incorporated herein by this reference is a report detailing the services and expenses rendered by the Applicant for the Final Application Period, with a description of the service(s) performed, time spent, timekeeper identity, and applicable rate. **Exhibit "C"** categorizes the professional fees by subject work areas.

    11.    Applicant has no agreement or understanding for a division of fees between Applicant and any other party or parties involved in this matter. No retainer or advance fee payment has been received by Applicant and Applicant has not received, nor intends to receive, a lien or any other interest in the property of the Debtor or any other third party to secure payments of Applicant's fees. Applicant is aware of the risk that there may be insufficient assets from which it may be compensated.

    12.    Attached as **Exhibit "D"** to the declaration in support of this Application is biographical information of the professionals providing services during the Final Application Period.

## III.
## SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT DURING THE FIRST APPLICATION PERIOD

**Accounting Services**

    13.    Working closely with David M. Goodrich, the Debtor's CRO ("CRO"), Applicant assisted with preparation of the Debtor's required Month Operating Reports (MORs) for the months of February through June 2023.

///

14. Working from information prepared by the CRO, Applicant completed a liquidation analysis for the Debtor. As part of this process, Applicant reviewed and provided input on the Debtor's plan of reorganization. Applicant communicated regularly with CRO on status and areas where Applicant was of assistance.

**Fee/Employment Application**

15. During the First Application Period, Applicant prepared its employment application for services rendered in this case.

**Tax Issues**

16. The CRO asked Applicant to assist with various tax matters that arose during the First Application Period. One area of particular contribution surrounded Applicant's efforts to prepare gains analyses on various real estate transactions. To that end, Applicant prepared gains analyses on five properties.

17. Through the Firm's efforts, including assistance with a liquidation analysis related to property sales, a property gain and tax analysis, as well as a cash flow analysis, the Firm was able to assist the CRO in his efforts to market and obtain a buyer for the Real Property. The Firm's property gain and tax analysis was included in the Debtor's Sale Motion.

18. Applicant also assisted the CRO with completion of required tax reporting forms.

**IV.**

**SUMMARY OF PROFESSIONAL SERVICES PERFORMED BY APPLICANT DURING THIS FINAL APPLICATION PERIOD**

**Accounting Services**

19. During this Final Application Period, the CRO prepared the MORs for several months. In December 2023, GT was asked to assist with the preparation of the MORs starting in November due to the complexity of reporting on the sale within the MORs. In order to utilize the Office of the United States Trustee's ("OUST") required MOR forms, Applicant had to create workpapers from the previously preparing MORs. Those workpapers were necessary for reporting on cumulative fields within the MOR forms. Applicant also prepared exhibits on the cumulative receipts and disbursements, and statement of cash receipts and disbursements as required by the OUST. When

necessary, Applicant prepared an exhibit to provide more detail as to the gross sale activity and net sale activity. There were 7 (seven) bank statements to review and report on for each MOR. During the Final Application Period, applicant prepared 3 (three) MORs, all of which included sale proceeds and needed to be reconciled against sale documents.

20. Applicant also reviewed documents related to the sale of real property to assist the CRO in the completion of the sale.

21. During the Final Application Period, Applicant incurred 19.2 hours under the category of Accounting Services, resulting in fees totaling $6,371.50. This results in a blended hourly rate of $331.85.

**Fee/Employment Application**

22. During the Final Application Period, Applicant incurred 1.8 hours to prepare its first interim application for compensation in this case, resulting in fees totaling $386.00. This results in a blended hourly rate of $214.44.

**Tax Issues**

23. Applicant reviewed the status of outstanding tax issues, reviewed settlement documentation, and assisted the CRO with the completion of the 2022 tax return.

24. During the Final Application Period, Applicant incurred 1.5 hours under the category of Tax Issues, resulting in fees totaling $482.50. This results in a blended hourly rate of $321.67.

**Expenses**

25. During the Final Application Period, Applicant incurred expenses in the total amount of $10.02 for costs related to the service of the first application for compensation upon the appropriate parties.

## V.
## REQUEST FOR FINAL COMPENSATION

26. During the Final Application Period, Applicant incurred a total of 22.5 hours as financial advisors for the Debtor. Applicant submits that all its time was reasonable and necessary. Applicant has attempted, as best possible, to avoid utilizing professionals at a higher rate than needed for any particular task. The blended hourly rate for the Application Period is $321.78.

22. Applicant is requesting compensation in the amount of $7,240.00 for services rendered. This amount is based upon the normal hourly rates charged by its professionals at the time the work was performed. This amount does not include any enhancements or bonuses. It is also requesting reimbursement of costs in the amount of $10.02.

**WHEREFORE, GROBSTEIN TEEPLE LLP** requests that this Court, after proper notice and hearing, allow on a final basis, previously allowed fees and expenses in the amounts of $14,949.50 and $129.32, respectively; and fees and expenses as requested herein in the amounts of $7,240.00, and $10.02, respectively. Taking into consideration the outstanding balance owed for the first interim application in the amount of $4,874.53, this would result in a total payment of $12,124.55 to GROBSTEIN TEEPLE LLP.

Grobstein Teeple LLP

Dated: April 26, 2024     By _____
Joshua R. Teeple

## DECLARATION OF JOSHUA R. TEEPLE

I, Joshua R. Teeple, declare and state as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA). I am a partner of GROBSTEIN TEEPLE LLP ("GT"), financial advisors for the Debtor, and am duly authorized to make this declaration on behalf of GT.

2. I am the accountant principally responsible for the services performed in this matter on behalf of the Debtor. The facts stated herein are within my personal knowledge or I have gained knowledge of them from other GT staff members or the regular business records as maintained by my office. The time records and this Application were reviewed by the project manager assigned to the case. If called as a witness, I could and would testify competently thereto.

3. I have reviewed the foregoing Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as financial advisors for the Debtor for the Pre-Confirmation period (the "Application"). I have reviewed the requirements of Local Bankruptcy Rule 2016, and to the best of my knowledge, information, and belief, the Application is true and correct, and the Application complies with that rule.

4. I am familiar with GT's billing practices and procedures. In the ordinary course of its business, GT keeps a record of all time expended by its professionals and employees in the rendering of professional services, as well as all reimbursable expenses, on a computerized billing system. The amounts requested by GT in the Application are based upon GT's business records.

5. Attached to this declaration as **Exhibit "A"** is a true and correct copy of a report generated by GT's computerized billing system, which provides a grand total of fees by subject area incurred by GT in this matter on behalf of the estate and expenses incurred by GT.

6. Attached to this declaration as **Exhibit "B"** is a true and correct copy of a report generated by GT's computerized billing system, which provides a summary of the hours of professional time expended by each professional at GT in providing services to the estate in this matter.

7. Attached to this declaration as **Exhibit "C"** is a true and correct copy of a report generated by GT's computerized billing system providing a detail of fees and expenses incurred by

1 | GT in connection with providing services to the estate in this matter. The time records include a description of the nature of the services performed, the GT professional providing that service, the applicable rate of the professional, and the duration of time expended.

8.   GT's request for reimbursement of costs and the computation of the costs reflect photocopying at $0.20 per page, outgoing facsimiles at $1.00 per page and incoming facsimiles at $0.20 per page. All costs from outside parties such as messengers, Federal Express, mail and long distance telephone charges are charged at Applicant's cost.

9.   Attached to this declaration as **Exhibit "D"** is biographical information of the professionals who provided services to the estate in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April  26 , 2024 at  Lake Forest , California.

_____
JOSHUA R. TEEPLE

## DECLARATION OF RAYSHON A. FOSTER

I, Rayshon A. Foster, declare as follows:

1. I am the managing member of the Debtor, 2nd Chance Investment Group, LLP.
2. I have personal knowledge of the within stated facts.
3. I have reviewed the Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple LLP as Financial Advisors for the Chapter 11 Debtor in Possession and have no objections to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2024 at Suffolk, VA.

RAYSHON A. FOSTER
Managing Member
2nd Chance Investment Group, LLC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*P.O. Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS FINANCIAL ADVISORS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION DURING THE PRE-CONFIRMATION PERIOD; DECLARATIONS OF JOSHUA R. TEEPLE AND RAYSHON A. FOSTER IN SUPPORT THEREOF WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amanda G. Billyard on behalf of Debtor 2nd Chance Investment Group LLC abillyard@bwlawcenter.com
- Andy C Warshaw on behalf of Debtor 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Andy C Warshaw on behalf of Defendant 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Arvind Nath Rawal on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com
- Brandon J Iskander on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Cheryl A Skigin on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net
- Christopher P. Walker on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Christopher P. Walker on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Dane W Exnowski on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Dane W Exnowski on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Daniel J Griffin on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- David M Goodrich on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- Douglas A Plazak on behalf of Creditor Ram Bhakta dplazak@rhlaw.com
- Douglas A Plazak on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com
- Douglas A Plazak on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com
- Fanny Zhang Wan on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com
- Fanny Zhang Wan on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com
- Gary B Rudolph on behalf of Creditor Lantzman Investments Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Gary B Rudolph on behalf of Creditor LMF2 LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Jennifer C Wong on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com
- Jennifer C Wong on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Kathleen A Cashman-Kramer on behalf of Creditor LMF2 LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- Kathleen A Cashman-Kramer on behalf of Creditor Lantzman Investments Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- Lazaro E Fernandez on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com

In re: 2nd Chance Investment Group, LLC    11    Case No.: 8:22-BK-12142-SC

- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall P Mroczynski on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com
- Richard L. Sturdevant on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com
- Richard L. Sturdevant on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com
- Robert P Goe on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Stephan M Brown on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- Stephan M Brown on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- Stephan M Brown on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On  April 30, 2024    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
2nd Chance Investment Group, LLC
Service c/o Counsel via NEF

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West 4th Street, Suite 5130
Santa Ana, CA  93101

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2024 | Denise Weiss | *[signature]* |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620

**GROBSTEIN TEEPLE**

**2nd Chance Investment Group, LLC**
**Summary of Professional Fees and Expenses**
**Fee Application Period: November 1, 2023 through February 29, 2024**

**Category of Work**

| | | |
|---|---:|---:|
| 001 - Accounting Services | 19.20 | $6,371.50 |
| 009 - Fee/Employment Application | 1.80 | $386.00 |
| 014 - Tax Issues | 1.50 | $482.50 |
| Total Professional Fees | 22.50 | $7,240.00 |

**Expenses**

| | |
|---|---:|
| 405 - Client Postage/Delivery | $3.42 |
| 406 - Client Photocopies/Printing | $6.60 |
| Total Expenses | $10.02 |
| **Total Professional Fees and Expenses** | **$7,250.02** |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**David Goodrich**
3070 Bristol St., Ste. 640
Costa Mesa, California 92626

**Invoice**

**Invoice Date:** 04/23/2024
**Invoice Number:** 104512
**Billing Through:** 04/23/2024

**IN RE: 2nd Chance Investment Group, LLC**

## Professional Fees by Employee

**Fee Application Period: November 1, 2023 - February 29, 2024**

| Employee | Rate | Hours | Amount |
|---|---|---|---|
| Denise Weiss | $95.00 | 1.30 | $123.50 |
| Joshua R Teeple | $525.00 | 1.30 | $682.50 |
| Joshua R Teeple | $600.00 | 1.10 | $660.00 |
| Kenneth C Solares | $285.00 | 0.20 | $57.00 |
| Kenneth C Solares | $385.00 | 0.70 | $269.50 |
| Kevin R Meacham | $265.00 | 5.00 | $1,325.00 |
| Kevin R Meacham | $325.00 | 12.10 | $3,932.50 |
| Lin Pei-Wen | $225.00 | 0.70 | $157.50 |
| Lin Pei-Wen | $325.00 | 0.10 | $32.50 |
| Totals | | 22.50 | $7,240.00 |

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



---

**David Goodrich**
3070 Bristol St., Ste. 640
Costa Mesa, California 92626

# Invoice

**Invoice Date:**   04/23/2024
**Invoice Number:** 104512
**Billing Through:** 04/23/2024

---

**IN RE: 2nd Chance Investment Group, LLC**

---

**Professional Services:**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **001 - Accounting Services** | | | | | |
| 12/20/2023 | Joshua R Teeple | Work with staff on MOR prep issues | $525.00 | 0.60 | $315.00 |
| 12/20/2023 | Kevin R Meacham | Review of prior MORs. | $265.00 | 0.80 | $212.00 |
| 12/20/2023 | Kevin R Meacham | Review of documents related to sale of properties. | $265.00 | 0.60 | $159.00 |
| 12/20/2023 | Kevin R Meacham | Work on updating MOR worksheet with historical data. | $265.00 | 0.90 | $238.50 |
| 12/20/2023 | Kevin R Meacham | Review of November MOR and discuss issues with counsel. | $265.00 | 0.90 | $238.50 |
| 12/20/2023 | Kevin R Meacham | Prepare November MOR. | $265.00 | 0.60 | $159.00 |
| 12/21/2023 | Kevin R Meacham | Review of seller's agreement for property sale and update MOR with sales data. | $265.00 | 1.20 | $318.00 |
| 12/22/2023 | Joshua R Teeple | Review November MOR Assist with MOR and sale of real estate. | $525.00 | 0.20 | $105.00 |
| 01/18/2024 | Kenneth C Solares | Prepare MOR supporting documents. | $385.00 | 0.40 | $154.00 |
| 01/18/2024 | Kevin R Meacham | | $325.00 | 1.60 | $520.00 |
| 01/18/2024 | Kevin R Meacham | Review of property sale agreements for MOR reporting. | $325.00 | 1.30 | $422.50 |
| 01/19/2024 | Kevin R Meacham | Prepare December MOR and supporting documents. | $325.00 | 3.20 | $1,040.00 |
| 01/23/2024 | Joshua R Teeple | Work with Meacham on MOR | $600.00 | 0.60 | $360.00 |
| 01/23/2024 | Kevin R Meacham | Prepare December MOR and supporting documents. | $325.00 | 3.60 | $1,170.00 |
| 02/07/2024 | Kevin R Meacham | Request January bank statements and updated Form 2. | $325.00 | 0.10 | $32.50 |
| 02/12/2024 | Kevin R Meacham | Prepare January MOR. | $325.00 | 2.30 | $747.50 |
| 02/19/2024 | Joshua R Teeple | Review January MOR | $600.00 | 0.30 | $180.00 |

---

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**David Goodrich**
3070 Bristol St., Ste. 640
Costa Mesa, California 92626

**Invoice**

**Invoice Date:**    04/23/2024
**Invoice Number:** 104512
**Billing Through:** 04/23/2024

**IN RE: 2nd Chance Investment Group, LLC**

| Date | Employee | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | **001 - Accounting Services Total:** | | **19.20** | **$6,371.50** |
| **009 - Fee/Employment Application** | | | | | |
| 11/06/2023 | Denise Weiss | Commence preparation of interim fee application. | $95.00 | 1.00 | $95.00 |
| 11/07/2023 | Joshua R Teeple | Prepare fee application narrative | $525.00 | 0.50 | $262.50 |
| 12/11/2023 | Denise Weiss | Draft and upload order. | $95.00 | 0.30 | $28.50 |
| | | **009 - Fee/Employment Application Total:** | | **1.80** | **$386.00** |
| **014 - Tax Issues** | | | | | |
| 11/20/2023 | Kenneth C Solares | Review status of tax return open items. | $285.00 | 0.20 | $57.00 |
| 11/27/2023 | Lin Pei-Wen | Initial review of settlement documents | $225.00 | 0.70 | $157.50 |
| 02/12/2024 | Joshua R Teeple | Assist with issues related to preparing 2022 income tax return | $600.00 | 0.20 | $120.00 |
| 02/12/2024 | Kenneth C Solares | Review file for client documents available for 2022 tax returns. | $385.00 | 0.30 | $115.50 |
| 02/22/2024 | Lin Pei-Wen | Continue to review settlement documents | $325.00 | 0.10 | $32.50 |
| | | **014 - Tax Issues Total:** | | **1.50** | **$482.50** |
| | | **Total Professional Fees:** | | **22.50** | **$7,240.00** |

**Expenses:**

| Date | Employee | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| **405 - Client Postage/Delivery** | | | | | |
| 11/10/2023 | Denise Weiss | Service of First Interim Fee Application upon Judge. | 1 | $2.55 | $2.55 |

Please mail payments to:
Grobstein Teeple, LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630

Exhibit C, Page 16

**Grobstein Teeple, LLP**
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
949-298-6620



**David Goodrich**
3070 Bristol St., Ste. 640
Costa Mesa, California 92626

# Invoice

**Invoice Date:** 04/23/2024
**Invoice Number:** 104512
**Billing Through:** 04/23/2024

**IN RE: 2nd Chance Investment Group, LLC**

| Date | Employee | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2023 | Denise Weiss | Service of First Interim Fee Application upon Debtor. | 1 | $0.87 | $0.87 |
| | | **405 - Client Postage/Delivery Total:** | | | **$3.42** |
| **406 - Client Photocopies/Printing** | | | | | |
| 11/10/2023 | Denise Weiss | Service of First Interim Fee Application upon Debtor. | 10 | $0.20 | $2.00 |
| 11/10/2023 | Denise Weiss | Service of First Interim Fee Application upon Judge. | 23 | $0.20 | $4.60 |
| | | **406 - Client Photocopies/Printing Total:** | | | **$6.60** |
| | | **Total Expenses:** | | | **$10.02** |

| | |
|---|---|
| **Total Professional Fees:** | **$7,240.00** |
| **Total Expenses:** | **$10.02** |
| **Total Amount Due This Invoice:** | **$7,250.02** |



# PROFESSIONAL BIOGRAPHIES

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CITP,** University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm. Mr. Teeple specializes in providing forensic accounting and restructuring services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KENNETH SOLARES, CPA,** California State University, Northridge (B.S. - Finance) is a Manager in the firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management.

**KEVIN MEACHAM**, California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions.

**LIN (LYNN) PEI-WEN,** Fairleigh Dickinson University (MS – Accounting) is a Senior Tax Accountant with the firm. Ms. Lin has experience in corporate tax for small business, individual tax for the small business owners, and financial accounting function including bookkeeping, cash reconciliation and reporting.

**DENISE WEISS** is an Executive Assistant with the firm.

**Los Angeles Headquarters**
6300 Canoga Avenue Ste 1500W
Woodland Hills, California 91367
818.532.1020 | gtllp.com

Los Angeles County, CA
Orange County, CA
Riverside County, CA
San Francisco, CA

Boston, MA
Las Vegas, NV
Washington D.C. Metro
Mérida, MX

Exhibit D, Page 18