JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone:    (949) 381-5655
Facsimile:    (949) 381-5665
Email: jteeple@gtllp.com; documents@gtllp.com

Financial Advisors to the Chapter 11 Debtor
And Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**2nd CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor and Debtor-in-Possession. | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FINAL APPLICATION FOR COMPENSATION FOR PRE-CONFIRMATION PERIOD**<br><br>Date: May 21, 2024<br>Time: 10:00 a.m.<br>Ctrm: 5C – Via ZoomGov<br>    U.S. Bankruptcy Court<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on May 21, 2024 at 10:00 a.m. in Courtroom 5C of the above-captioned court located at 411 West Fourth Street, Santa Ana, California, the Court will hear the final application for pre-confirmation period ("Application") of Grobstein Teeple LLP ("GT"), Financial Advisors for the Debtor as follows:

| Fees Requested | Costs Requested | Total Amount Requested | Amount Outstanding | Time Period |
|---|---|---|---|---|
| $7,240.00 | $10.02 | $7,250.02 | $7,250.02 | November 1, 2023 – February 29, 2024 (final) |

In re: 2nd Chance Investment Group, LLC        1        Case No.: 8:22-BK-12142-SC

**PLEASE TAKE FURTHER NOTICE** that GT also requests that the Court affirm the previously approved interim fees and expenses in the amounts of $14,949.50 and $129.32, respectively (with an outstanding unpaid balance of $4,874.53), as a final award.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1, any opposition to the Application or other responsive pleading must be filed with the Clerk of the Bankruptcy court and served on the Office of the United States Trustee and GT not later than 14 days prior to the hearing date in the form required by Local Bankruptcy Rule 9013-1(f).  If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application.

The Application is on file at the Bankruptcy Court.  A complete copy of the Application will be provided to any party in interest by contacting Denise Weiss by electronic mail at dweiss@gtllp.com, or by telephone at (949) 381-5655.

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted remotely using ZoomGov.  Video and audio connection information for the hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

Grobstein Teeple LLP

Dated: April 26, 2024        By _____
                              Joshua R. Teeple

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

*P.O. Box 253, Woonsocket, RI 02895*

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON FINAL APPLICATION FOR COMPENSATION FOR PRE-CONFIRMATION PERIOD WITH PROOF OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 30, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Amanda G. Billyard on behalf of Debtor 2nd Chance Investment Group LLC abillyard@bwlawcenter.com
- Andy C Warshaw on behalf of Debtor 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Andy C Warshaw on behalf of Defendant 2nd Chance Investment Group LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Arvind Nath Rawal on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com
- Brandon J Iskander on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Charity J Manee on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com
- Cheryl A Skigin on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net
- Christopher P. Walker on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Christopher P. Walker on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
- Dane W Exnowski on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Dane W Exnowski on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Daniel J Griffin on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com
- David M Goodrich on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- David M Goodrich on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
- Douglas A Plazak on behalf of Creditor Ram Bhakta dplazak@rhlaw.com
- Douglas A Plazak on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com
- Douglas A Plazak on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com
- Fanny Zhang Wan on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com
- Fanny Zhang Wan on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com
- Gary B Rudolph on behalf of Creditor Lantzman Investments Inc. rudolph@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Gary B Rudolph on behalf of Creditor LMF2 LP rudolph@sullivanhill.com, bkstaff@sullivanhill.com; vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;james@ecf.courtdrive.com
- Jennifer C Wong on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com
- Jennifer C Wong on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Kathleen A Cashman-Kramer on behalf of Creditor LMF2 LP cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- Kathleen A Cashman-Kramer on behalf of Creditor Lantzman Investments Inc. cashman-kramer@sullivanhill.com, theresam@psdslaw.com
- Lazaro E Fernandez on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
- Queenie K Ng on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov
- Randall P Mroczynski on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com
- Richard L. Sturdevant on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com
- Richard L. Sturdevant on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com
- Robert P Goe on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

In re: 2nd Chance Investment Group, LLC     3     Case No.: 8:22-BK-12142-SC

- Robert P Goe on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com
- Stephan M Brown on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- Stephan M Brown on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- Stephan M Brown on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On April 30, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
2nd Chance Investment Group, LLC
Service c/o Counsel via NEF

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 West 4th Street, Suite 5130
Santa Ana, CA  93101

☒ Service list continued on next Page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2024 | Denise Weiss | */s/ Denise Weiss* |
|---|---|---|
| *Date* | *Typed Name* | *Signature* |

```
Label Matrix for local noticing          2nd Chance Investment Group, LLC        Ally Bank, c/o AIS Portfolio Services, LLC
0973-8                                    600 W. Santa Ana Blvd.                  4515 N Santa Fe Ave. Dept. APS
Case 8:22-bk-12142-SC                     PMB 5045                                Oklahoma City, OK 73118-7901
Central District of California            Santa Ana, CA 92701-4558
Santa Ana                                 No US Mail Service Copy
Tue Apr 30 11:09:40 PDT 2024

Bewley Lassleben & Miller LLP             Citywide Realty LLC                    EXP Realty
13215 E Penn St Ste 510                   6614 S. Pulaski Rd                     3122 Emery Ln
Whittier, CA 90602-1797                   Chicago, IL 60629-5138                 Robbins, IL 60472-2202


Financial Relief Law Center APC           Goe Forsythe & Hodges LLP              Goe Forsythe & Hodges LLP
1200 Main St., Ste C                      17701 Cowan                            17701 Cowan Bldg D Ste 210
Irvine, CA 92614-6749                     Suite 210                              Irvine, CA 92614-6840
                                          Irvine, CA 92614-6840                   No US Mail Service Copy
                                          No US Mail Service Copy


Grobstein Teeple LLP                      Grobstein Teeple LLP                   Keller Williams Tacoma
23832 Rockfield Blvd suite 245            Grobstein Teeple LLP                   8607 Custer Rd SW
Lake Forest, CA 92630-2884                23832 Rockfield Blvd suite 245         Lakewood, WA 98499-2566
No US Mail Service Copy                   Lake Forest, CA 92630-2884
                                          No US Mail Service Copy


Mercedes-Benz Financial Services USA LLC  Official Committee of Unsecured Creditors   U.S. Bank Trust National Association, not in
c/o Randall P. Mroczynski                 c/o Goe Forsythe & Hodges LLP          Robertson, Anschutz, Schneid, Crane & Pa
Cooksey, Toolen, Gage, Duffy & Woog       17701 Cowan                            350 10th Avenue, suite 1000
535 Anton Boulevard, Suite 1000           Suite 210                              San Deigo, CA 92101-8705
Costa Mesa, CA 92626-7664                 Building D
                                          Irvine, CA 92614-6840

Wells Fargo Bank, N.A.                    Santa Ana Division                     ASB Ventures LLC
c/o McCarthy & Holthus, LLP               411 West Fourth Street, Suite 2030,    5852 Morehouse St
2763 Camino Del Rio South, Suite 100      Santa Ana, CA 92701-4500               Chino CA 91710
San Diego CA 92108-3708                   No US Mail Service Copy


ASB Ventures LLC                          Aaron Zistman                          Abhishek Bhakta
c/o Schorr Law                            18518 Dancy St.                        31 Wings Loop
1901 Avenue of the Stars, Suite 615       Rowland Heights, CA 91748-4777         Lake Havasu City AZ 86403-6780
Los Angeles, CA 90067-6051


Ally                                      American Express                       American Express National Bank
PO Box 380902                             PO Box 96001                           c/o Becket and Lee LLP
Minneapolis, MN 55438-0902                Los Angeles, CA 90096-8000             PO Box 3001
                                                                                 Malvern  PA 19355-0701


Anand Bhakta                              Bhavesh Bhakta                         Comcast/Effectv
17409 Caliente Ave                        9300 N Sam Houston Pkwy E Apt 11-212   PO Box 415949
Cerritos CA 90703-9010                    Humble TX 77396-5139                   Boston, MA 02241-5949


David Guzman                              Del Toro Loan Servicing, Inc.          Deven Bhakta
14583 McKendree Ave.                      2300 Boswell Road                      10103 Olivia Terrace
Chino, CA 91710-6988                      Suite 215                              Sun Valley, CA 91352-4250
                                          Chula Vista, CA 91914-3559
```

```
FCI                              FRANCHISE TAX BOARD              Fabian & Kathy Lynn Martinez
8180 E Kaiser Blvd               BANKRUPTCY SECTION MS A340       13352 Marty Lane
Anaheim, CA 92808-2277           PO BOX 2952                      Garden Grove, CA 92843-2234
                                 SACRAMENTO CA 95812-2952


(p)FAY SERVICING  LLC            Felipe Gutierrez Jr.             Forethought Life Insurance Company
P O BOX 814609                   13056 sycamore Ave. Apt. B       Fay Servicing, LLC
DALLAS TX 75381-4609             Chino, CA 91710-6725             PO Box 814609
                                                                  Dallas, TX 75381-4609


Franchise Tax Board              Gil Hopenstand                   Google Adwords
PIT Bankruptcy MS: A-340         312 N Spring Street, 5th Fl      c/o Joe Ventura
PO Box 2952                      Los Angeles, CA 90012-4701       Commercial Collection Corp of NY
Sacramento, CA 95812-2952                                         34 Seymour St
                                                                  Tonawanda, NY 14150-2126


Gregory Steven                   Hiten Ram Bhakta & Sajan Bhakta  Home Depot Credit Services
37915 Marsala Dr                 c/o Schorr Law                   PO Box 9001010
Palmdale, CA 93552-3966          1901 Avennue of the Stars        Louisville, KY 40290-1010
                                 Suite 615
                                 Los Angeles, CA 90067-6051


INTERNAL REVENUE SERVICE         Jatin Bhakta                     Jessie and Michelle Acosta
CENTRALIZED INSOLVENCY OPERATIONS 8365 Lehigh Ave                 13337 Nellie Ave.
PO BOX 7346                      Sun Valley CA 91352-3343         Chino, CA 91710-7390
PHILADELPHIA, PA 19101-7346


Jesus Acosta And Michelle Acosta Kiwi Capital Group LLC           Kiwi Corp
13337 Nellie Avenue              11353 Highdale St. Norwalk, CA 90650  Mina Bhakta
Chino, CA 91710-7390             Norwalk, CA 90650-5737           11353 Highdale Street
                                                                  Norwalk, CA 90650-5737


LMF2 LP                          Lamar Advertising                Lantzman Investments Inc
c/o Gary B Rudolph Esq           449 East Park Center Circle South c/o Gary B Rudolph Esq
c/o Sullivan Hill Rez & Engel APLC San Bernardino, CA 92408-2872  c/o Sullivan Hill Rez & Engel APLC
600 B Street 17th Fl                                              600 B Street 17th Fl
San Diego CA 92101-4501                                           San Diego CA 92101-4501


Lowes Business Acct/GECRB        Maher Abou Khzam                 Margaret Adams
PO Box 530970                    c/o The Bankruptcy Group, P.C.   25641 Byron S
Atlanta, GA 30353-0970           2408 Professional Drive          San Bernardino, CA 92404-6439
                                 Roseville, CA 95661-7787


Margaret Adams                   Merah LLC                        Merah, LLC
25641 Byron St.                  14583 McKendree Avenue           7026 Edinboro Street
San Bernardino, CA 92404-6439    Chino, cA 91710-6988             Chino, CA 91710-6961


(p)MERCEDES BENZ FINANCIAL SERVICES Mercedes-Benz Financial Services USA LLC  Michael Chapman Sr.
14327 HERITAGE PARKWAY #400      P.O. Box 5209                    324 W. 47th Place
FORT WORTH TX 76177-3300         Carol Stream, IL 60197-5209      Los Angeles, CA 90037-3235
```

| | | |
|---|---|---|
| Michael Chapman Sr.<br>328 W. 47th Place<br>Los Angeles, CA 90037-3235 | Midere LLC<br>14583 McKendree Avenue<br>Chino, CA 91710-6988 | OMAR HOUARI<br>2425 SAN ANTONIO CRESCENT WEST<br>Upland, CA 91784-1054 |
| Pangea Int'l Receivable Services<br>140 2nd Ave W.<br>Suite D<br>Kalispell, MT 59901-4417 | Parin Bhakta<br>1237 Cranbrook Pl<br>Fullerton CA 92833-1406 | Pramira Holdings LLC<br>2552 Walnut Ave<br>Suite 200<br>Tustin, CA 92780-6983 |
| Pramira LLC<br>11353 Highdale St<br>Norwalk, CA 90650-5737 | Pramira LLC<br>1422 Edinger Ave. Ste 250<br>Tustin, CA 92780-6299 | Precision Realty Fund LLC<br>11353 Highdale St<br>Norwalk, CA 90650-5737 |
| Precision Realty LLC<br>930 San Pablo Ave.<br>Suite B<br>San Francisco, CA 94141 | Rayshon Foster<br>4349 South Victoria<br>Los Angeles, CA 90008-4903 | Ronak Parikh<br>5851 Aloe Vera Ct<br>Chino Hills CA 91709-7986 |
| Rosendo Quiroz Estorga<br>1004 Peachwood Crt.<br>Raymond, CA 93653 | Salvador Jimenez<br>12822 Clemson Drive<br>Corona, CA 92880-3369 | San Bernardino County<br>Office of the Tax Collector<br>268 West Hospitality Lane, 1st Floor<br>San Bernardino, CA 92415-0900 |
| Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Selene Finance<br>PO Box 422039<br>Houston, TX 77242-4239 | Shawn M. Southern<br>1611 151st St<br>San Leandro, CA 94578-1955 |
| Sima Patel<br>8 Thomton Ave<br>Greenville SC 29609-4675 | Small Business Administration<br>10737 Gateway West<br>#300<br>El Paso, TX 79935-4910 | Staples Credit Plan<br>Dept. 51 7892022301<br>Phoenix, AZ 85062 |
| Steven Kinsbursky<br>431 Terraine Avenue<br>Long Beach, CA 90814-1944 | Straten Lending<br>c/o Shorr Law<br>1901 Avenue of the Stars Suite 615<br>Los Angeles, CA 90067-6051 | Straten Lending Group, LLC<br>951 W Main St<br>Mesa AZ 85201-7107 |
| Stream Kim HIcks Wrage Alfaro<br>3403 Tenth St.<br>Suite 700<br>Riverside, CA 92501-3641 | (p)SUPERIOR LOAN SERVICING<br>ATTN ASSET DEFAULT MANAGEMENT<br>7525 TOPANGA CANYON BLVD<br>CANOGA PARK CA 91303-1214 | Teresa Miller<br>827 Meridian Ave.<br>San Bernardino, CA 92410-1029 |
| Thamar A. Peterson<br>43933 30th St. E.<br>Lancaster, CA 93535-5872 | Thamar Peterson<br>43933 30 St E<br>Lancaster, CA 93535-5872 | U.S. Bank Trust National Association, not in<br>Selene Finance LP<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019-6295 |

| | | |
|---|---|---|
| (p)U S SMALL BUSINESS ADMINISTRATION<br>312 N SPRING ST 5TH FLOOR<br>LOS ANGELES CA 90012-2678 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500<br>No US Mail Service Copy | Vishal Bhakta<br>3863 E Hermosa Vista Dr<br>Mesa AZ 85215-1705 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-1629 | Zisman Family Trust<br>c/o Aaron Zisman<br>18518 Dancy Street<br>Rowland Heights, CA 91748-4777 | Zona AZ LLC<br>3863 E Hermosa Vista Dr<br>Mesa AZ 85215-1705 |
| Zona CA, LLC<br>3863 E. Hermosa Drive<br>Mesa, AZ 85215-1705 | Amanda G. Billyard<br>Financial Relief Law Center<br>1200 Main St. Suite C<br>Irvine, CA 92614-6749<br>No US Mail Service Copy | Andy C Warshaw<br>Financial Relief Law Center, APC<br>1200 Main Street<br>Ste #C   No US Mail Service Copy<br>Irvine, CA 92614-6749 |
| Athena Lee<br>2551 E Ave S Ste G-166<br>Palmdale, CA 93550-6403 | David M Goodrich<br>Golden Goodrich LLP<br>3070 Bristol St<br>Ste 640<br>Costa Mesa, CA 92626-3067<br>No US Mail Service Copy | Douglas A. Plazak<br>Reid & Hellyer, APC<br>3685 Main Street, Suite 300<br>P.O. Box 1300<br>P.O. Box 1300   No US Mail Service Copy<br>Riverside, CA 92502-1300 |
| Geoff Trapp<br>2551 E Ave S Ste G-166<br>Palmdale, CA 93550-6403 | Maher Abou Khzam<br>c/o NewPoint Law Group, LLP<br>2408 Professional Dr<br>Roseville, CA 95661-7787<br>No US Mail Service Copy | Maurico Gonzalez<br>6614 S. Pulaski Rd<br>Chicago, IL 60629-5138 |
| Richard L. Sturdevant<br>Financial Relief Law Center<br>1200 Main St. Ste C<br>Irvine, CA 92614-6749<br>No US Mail Service Copy | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fay Servicing<br>8001 Woodland Center Blvd. Suite 10<br>Tampa, FL 33614 | Mercedes-Benz Financial Services<br>PO Box 5209<br>Carol Stream, IL 60197-5209 | (d)Mercedes-Benz Financial Services<br>PO Box 5260<br>Carol Stream, IL 60197-5260 |
| Superior Loan Servicing<br>7525 Topanga Canyon Blvd<br>Canoga Park, CA 91303 | U.S. Small Business Administration<br>312 N Spring Street, 5th Fl<br>Los Angeles, CA 90012 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)2nd Chance Investment Group, LLC          (u)44 Realty                                   (u)Ally Bank
600 W. Santa Ana Blvd.
PMB 5045
Santa Ana, CA 92701-4558


(u)Coldwell Banker and Citrus Grove Real Esta  (u)Courtesy NEF                               (u)DMC Consulting


(u)Forethought Life Insurance Company         (u)Interested Party                            (u)LMF2, LP


(u)Lantzman Investments, Inc.                 (u)Remax & Coldwell Banker Northern Californi  (u)U.S. BANK TRUST NATIONAL ASSOCIATION, NOT


(d)Ally Bank c/o AIS Portfolio Services, LLC  (d)Internal Revenue Service                    (d)Midare, LLC
4515 N. Santa Fe Ave. Dept. APS               Centralized Insolvency Operations              14583 McKendree Ave.
Oklahoma City, OK 73118-7901                  PO Box 7346                                    Chino, CA 91710-6988
                                              Philadelphia, PA 19101-7346


(d)Zona AZ, LLC                               (d)David M Goodrich                            (u)Keller Williams
3863 E. Hermosa Vista Drive                   Golden Goodrich LLP
Mesa, AZ 85215-1705                           3070 Bristol Street
                                              Suite 640
                                              COSTA MESA, CA 92626-3067


(u)Ram Bhakta                                 (u)Sajan Bhakta                                (d)Salvador Jimenez
                                                                                             12822 Clemson Drive
                                                                                             Corona, CA 92880-3369


End of Label Matrix
Mailable recipients   105
Bypassed recipients    21
Total                 126
```