| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David M. Goodrich, State Bar No. 208675<br>dgoodrich@go2.law<br>Golden Goodrich LLP<br>3070 Bristol Street, Suite 640<br>Costa Mesa, California 926262<br>Telephone 714-966-1000<br>Facsimile   714-966-1002<br><br>Chief Restructuring Officer for<br>Debtor and Debtor-in-Possession<br><br>☐ *Attorney for*: | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>MAY 09 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-12142-SC<br>CHAPTER: 11<br><br>**ORDER ON AMENDED APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: May 7, 2024<br>TIME:  10:00 a.m.<br>COURTROOM: 5C<br>PLACE: 411 West Fourth Street<br>           Santa Ana, California 92701 |
|---|---|

1. Name of Applicant (*specify*): David M. Goodrich, Chief Restructuring Officer

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record.

4. Applicant gave the required notice of the Application on (*specify date*): April 16, 2024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: $ _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $7,595.00

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $2,001.87

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):* Payment of the full amounts allowed is authorized to the extent of available funds. The interim award of $36,785.00 in fees and $3,639.61 in expenses is affirmed as a final award.

###

Date: May 9, 2024

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**