Andy C. Warshaw (SBN 263880)
Rich Sturdevant (SBN 269088)
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-3319
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com
Email: rich@bwlawcenter.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>2nd CHANCE INVESTMENT GROUP, LLC,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**DECLARATION OF RAYSHON FOSTER IN SUPPORT OF FINANCIAL RELIEF LAW CENTER, APC'S SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 FEES AND REIMBURSEMENT OF CHAPTER 11 EXPENSES OF COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH MARCH 31, 2024**<br><br>**FEES:　　　$24,000.00**<br>**EXPENSES: $4,170.29**<br><br>**Hearing:**<br>Date:　　　　April 30, 2024<br>Time:　　　　10:00 a.m.<br>Courtroom:　5C/Via ZoomGov<br>Place:　　　　411 W. Fourth St.<br>　　　　　　　Santa Ana, California 92701 |

　　　I, Rayshon Foster, do hereby declare and say as follows:

　　　1.　　I am over eighteen (18) years of age and a citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge or belief. As to all matters alleged on information and belief, I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

1　　　　　　　　　　　　　　　　　　　　DECLARATION

2. I am the Managing Member of 2nd Chance Investment Group, LLC, the debtor and debtor-in-possession in the above-captioned case ("Debtor"). I make this declaration in support of *Financial Relief Law Center, APC's Second and Final Application for Allowance and Payment of Chapter 11 Fees and Reimbursement of Chapter 11 Expenses of Counsel for Debtor and Debtor-in-Possession, for the Period of November 1, 2023 Through March 31, 2024* ("Applicatoin").

3. On December 21, 2022, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California ("Court"), commencing case no. 8:22-bk-12142-SC ("Case").

4. On January 19, 2023, the Court entered an order approving the employment of Financial Relief Law Center, APC ("Firm") as the Debtor's general bankruptcy counsel, effective as of December 21, 2022.

5. The Firm received a pre-petition retainer of $18,500.00 ("Pre-Petition Retainer").

6. I understand that the Firm's Application for allowance and payment of Chapter 11 fees and reimbursement of Chapter 11 expenses ("Application") requests allowance of previously unapproved fees of $24,000 and expenses of $4,170.29. I further understand that the Application requests the Court affirm its prior interim award of $129,120.75 in fees and $8,033.04 in expenses as a final award.

7. The Firm provided me with a copy of the Application. I have had an opportunity to review the Application and billing statements, and I understand the relief sought. I believe the Firm's efforts have been made on behalf of both the estate and the Debtor-in-Possession.

8. It is my personal belief that the requested compensation of $24,000 and expense request of $4,170.29 are reasonable and I have no objection to the relief sought.

///
///
///

9. I request that the Court approve the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed this 29th day of April, 2024, at Suffolk, VA.

_____
Rayshon Foster

9. I request that the Court approve the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed this 29th day of April, 2024, at Suffolk, VA.

_____
Rayshon Foster