Andy C. Warshaw SBN 263880
Rich Sturdevant SBN 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-19
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Reorganized Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re | Case No.:   8:22-bk-12142-SC |
| 2ND CHANCE INVESTMENTS GROUP, LLC | Chapter 11 |
| Reorganized Debtor | **STATUS CONFERENCE REPORT BY THE LIQUIDATING TRUST of 2nd CHANCE INVESTMENT GROUP, LLC** |
| | Hearing:<br>Date: June 11, 2024<br>Time: 11:00 am<br>Location: Courtroom 5C – Virtual<br>411 West Fourth St.<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

The Court set and will hold a status conference for the Chapter 11 bankruptcy case of 2nd Chance Investment Group, LLC., the Reorganized Debtor ("Debtor") at the above-captioned date and time.  This Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC ("Report") updates the Court and interested parties on events in the bankruptcy case from January 26, 2024 through May 28, 2024.

**A.  The Debtor in Possession is in Compliance with UST Guidelines**

The Debtor is compliant under 11 U.S.C. §§521, 1006, and 1107, and with the applicable Guidelines of the Office of the United States Trustee ("UST")[1].  The final Monthly operating report was filed March 18, 2024, with the latest quarterly fee paid to the UST on April 12, 2024. Per the confirmation order, the Liquidating Trust is to file with the Court and serve on the UST quarterly financial reports. The first quarterly financial report is not yet due.

**B.  Plan Confirmation and Liquidating Trust**

The Debtor's First Amended Chapter 11 Liquidating Plan ("Plan") and the Disclosure Statement Describing the First Amended Chapter 11 Liquidating Plan ("Disclosure Statement") were approved by court order on February 12, 2024 [ECF No. 381].   The Plan enables the bankruptcy estate ("Estate") to efficiently liquidate its assets for the benefit of creditors and carry out its goals within Chapter 11.

The Plan's Effective Date[2] was March 1, 2024. Pursuant to the confirmed plan, a Liquidating Trust Agreement was executed on the Effective Date.  The Liquidating Trust simplifies the Debtor's liquidation efforts and maximizes a return to all creditors. All remaining assets of the Debtor were transferred to the Liquidating Trust. The Committee will keep its power, secured creditors will be paid from the sale of escrow, and unsecured creditors will be paid pro rata based on their claims under Class 4 in the Plan.

**C.  Status of Real Property and Projected Available Funds**

Prior to confirmation, the Debtor received funds from the sale of the following real properties:

---

[1] https://www.justice.gov/ust/file/volume_3_chapter_11_case_administration.pdf/download
[2] Capitalized terms not otherwise defined in this document shall take on the definition in the Plan or Disclosure Statement.

- 37472 Yorkshire Dr., Palmdale, CA 93550: $422,656.26 received.

- 8607 Custer Road SW, Lakewood, WA: $27,280.59 received.

- 1016 Portal Ave, Bakersfield, CA 93308: $236,036.19 received.

- 3025 Glenview Ave., San Bernardino, CA 92407: $291,688.10 received.

After its formation, the Liquidating Trust received funds from the sale of the following property:

- 3122 Emery Lane, Robbins, IL 60472: $59,462 received.

All real properties from the bankruptcy estate have been disposed of. The Liquidating Trust has no further properties to sell. See Exhibit 1.

**D. Liquidating Trust Distributions**

Since its formation on March 1, 2024, the Liquidating Trust has made the following distributions on administrative claims:

- David M. Goodrich, CRO fee: $7,522.46 on April 10, 2024.

- Grobstein Teeple, LLP, accountant fee: $3,057.14 on April 10, 2024.

- Goe, Forsythe, & Hodges, LLP, attorney fee: $28,129.76 on April 10, 2024.

- Financial Relief Law Center, APC, attorney fee: $26.404.95 on April 10, 2024.

No distributions have been made to unsecured creditors. The Liquidating Trust's remaining fund on hand are $5,373.44. See Exhibit 2.

**E. Adversary Proceedings**

The Official Committee of Unsecured Creditors ("Unsecured Creditors Committee") has filed seven adversary complaints against various defendants. The Debtor is not a defendant in any of the adversary proceedings. Goe Forsythe & Hodges LLP is the attorney representing the Unsecured Creditors Committee in each of the adversary proceedings. Goe Forsythe & Hodges

LLP will file a separate status report advising the court of the status of the adversary proceedings

prior to the status conference.


May 29, 2024                              Respectfully Submitted,

                                         /s/ Rich Sturdevant

                                         Rich Sturdevant
                                         Attorneys for Liquidating Trust
                                         1200 Main St., Suite C
                                         Irvine, CA 92614

## DECLARATION OF DAVID M. GOODRICH[3]

I, David M. Goodrich, declare as follows:

1.      Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.  I am submitting this supplemental declaration in support of the *Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC* ("Status Report").

2.      I am the Liquidating Trustee of the Liquidating Trust 2nd Chance Investment Group, LLC.

3.      The Debtor's First Amended Chapter 11 Liquidating Plan ("Plan") and the Disclosure Statement Describing the First Amended Chapter 11 Liquidating Plan ("Disclosure Statement") were approved by court order on February 12, 2024 [ECF No. 381].

4.      The plan's Effective Date was March 1, 2024.

5.      The Liquidating Trust of 2nd Chance Investment Group, LLC, was executed on March 1, 2024.

6.      The final Monthly operating report was filed March 18, 2024, with the latest quarterly fee paid to the UST on April 12, 2024. Per the confirmation order, the Liquidating Trust is to file with the Court and serve on the UST quarterly financial reports. The first quarterly financial report is not yet due.

7.      Prior to confirmation, the Debtor received funds from the sale of the following real properties:

- 37472 Yorkshire Dr., Palmdale, CA 93550: $422,656.26 received.

- 8607 Custer Road SW, Lakewood, WA: $27,280.59 received.

- 1016 Portal Ave, Bakersfield, CA 93308: $236,036.19 received.

- 3025 Glenview Ave., San Bernardino, CA 92407: $291,688.10 received.

---

[3] All capitalized terms have the same definition or meaning as the capitalized terms in the Motion.

8.    After its formation, the Liquidating Trust received funds from the sale of the following property:

- 3122 Emery Lane, Robbins, IL 60472: $59,462 received.

9.    Attached hereto as Exhibit 1 is a true and correct copy of the "Form 1 Individual Estate Property Record and Report Asset Cases" which provides a table listing the Debtor's real properties that were sold and for which the bankruptcy estate received funds.

10.    Since its formation on March 1, 2024, the Liquidating Trust has made the following distributions on administrative claims:

- David M. Goodrich, CRO fee: $7,522.46 on April 10, 2024.

- Grobstein Teeple, LLP, accountant fee: $3,057.14 on April 10, 2024.

- Goe, Forsythe, & Hodges, LLP, attorney fee: $28,129.76 on April 10, 2024.

- Financial Relief Law Center, APC, attorney fee: $26.404.95 on April 10, 2024.

No distributions have been made to unsecured creditors. The Liquidating Trust's remaining fund on hand are $5,373.44.

11.    Attached hereto as Exhibit 2 is a true and correct copy of the "Form 2 Cahs Receipts and Disbursements Record" which is a record of all the Debtor's and Liquidating Trust's income receipts as well as all disbursements made by the Debtor and Liquidating Trust.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2024, in Costa Mesa, California.

David M. Goodrich
Liquidating Trustee
2nd Chance Investment Group, LLC
Liquidating Trust

EXHIBIT 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case No.:**    22-bk-12142 SC

**Case Name:**    David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC

**Trustee Name:**    (001941) David M. Goodrich

**Date Filed (f) or Converted (c):**    12/21/2022 (f)

**§ 341(a) Meeting Date:**    01/26/2023

**For Period Ending:**    05/24/2024

**Claims Bar Date:**

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Rent 1611B 151St Ave, San Leandro CA | Unknown | Unknown | | 1,000.00 | Unknown |
| 2 | Rent- 37915 Masala Dr., Palmdale, CA | Unknown | Unknown | | 7,500.00 | Unknown |
| 3 | Rent (u) | Unknown | Unknown | | 2,450.00 | Unknown |
| 4 | FTB Refund (u) | 0.00 | 0.00 | | 231.96 | 0.00 |
| 5 | 37472 Yorkshire Drive, Palmdale | 0.00 | 0.00 | | 422,656.26 | 0.00 |
| 6 | 8607 Custer Road SW, Lakewood Washington | 27,280.59 | 27,280.59 | | 27,280.59 | 0.00 |
| 7 | 1016 Portal Ave Bakersfield CA | 236,036.19 | 236,036.19 | | 236,036.19 | FA |
| 8 | 3025 Glenview Ave., San Bernardino CA 92407 | 0.00 | 0.00 | | 291,688.10 | FA |
| 9 | 3122 Emery Lane, Robins IL | 59,462.00 | 59,462.00 | | 0.00 | 59,462.00 |
| 9 | Assets        Totals        (Excluding unknown values) | **$322,778.78** | **$322,778.78** | | **$988,843.10** | **$59,462.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**

05/24/2024
_____
Date

**Current Projected Date Of Final Report (TFR):**

/s/David M. Goodrich
_____
David M. Goodrich

EXHIBIT 2

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 22-bk-12142 SC | |
| **Case Name:** | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | |
| **Taxpayer ID #:** | **-***6980 | |
| **For Period Ending:** | 05/24/2024 | |

| | | |
|---|---|---|
| **Trustee Name:** | David M. Goodrich (001941) | |
| **Bank Name:** | East West Bank | |
| **Account #:** | ******4109 Cash Collateral | |
| **Blanket Bond (per case limit):** | N/A | |
| **Separate Bond (if applicable):** | $5,000,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******4116 Operating Account |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/23 | {3} | Carlos Rodriguez | rent 12/2022 | 1222-000 | 2,450.00 | | 2,450.00 |
| 04/18/23 | | Rayshon A. Foster | returned check | 1122-000 | -2,450.00 | | 0.00 |
| 04/30/23 | | Next INS | POS receipt | 1290-000 | 428.59 | | 428.59 |
| 04/30/23 | | Next Ins | POS | 1290-000 | 1,564.42 | | 1,993.01 |
| 08/04/23 | {4} | State of California | refund | 1224-000 | 231.96 | | 2,224.97 |
| 08/23/23 | | United States Trustee's Office | QUARTERLY FEEPAYMENT2308230000 | 2950-000 | | 250.00 | 1,974.97 |
| 12/12/23 | | To Account #******4116 | transfer of funds | 9999-000 | 36,933.45 | | 38,908.42 |
| 12/12/23 | 201 | Trustee Insurance Agency | 2nd Chance- Invoice 2656-2046 | 2990-000 | | 36,933.45 | 1,974.97 |
| 12/14/23 | | Everbright Development A LLC | proceeds from Glenview | 1110-000 | 20,000.00 | | 21,974.97 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | 9,000.00 | | 30,974.97 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | 33,358.00 | | 64,332.97 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | 27,280.59 | | 91,613.56 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | 21,631.71 | | 113,245.27 |
| 12/14/23 | 202 | Goe, Forsythe & Hodges, LLP | Attorney fees | 6700-000 | | 18,754.00 | 94,491.27 |
| 12/14/23 | 203 | Financial Relief Law Center, APC | Attorney fee | 6700-000 | | 17,566.00 | 76,925.27 |
| 12/14/23 | 204 | Grobstein Teeple, LLP | Accountant fees | 6700-000 | | 2,035.00 | 74,890.27 |
| 12/14/23 | 205 | David M. Goodrich | CRO fee | 2100-000 | | 5,003.00 | 69,887.27 |
| 01/04/24 | | A & A Escrow Services Inc. | sale proceeds | | 51,665.99 | | 121,553.26 |
| | {7} | Giulina Vista | Sale Proceeds           $236,036.19 | 1110-000 | | | |
| | | CA TD Specialist | payment to lender       -$160,487.22 | 4110-000 | | | |
| | | Coldwell Banker | broker commission       -$3,540.00 | 3510-000 | | | |
| | | St Clair Realty | broker commission       -$7,080.00 | 3510-000 | | | |
| | | ReMax Golden Empire | broker commission       -$3,540.00 | 3510-000 | | | |

Page Subtotals:  $202,094.71   $80,541.45

{ } Asset Reference(s)                                                                                           ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******4116 Operating Account |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Orange Coast Title Company | title/taxes/recording charges -$8,198.03 | 2500-000 | | | |
| | | MyNHD Inc | NHD disclosure report -$74.95 | 2500-000 | | | |
| | | Notary IQ LLC | notary service -$150.00 | 2500-000 | | | |
| | | A&A Escrow Services Inc | escrow charges -$1,300.00 | 2500-000 | | | |
| 01/05/24 | | A & A Escrow Services Inc | sale proceeds 3025 Glenview | | 39,052.45 | | 160,605.71 |
| | {8} | Luichi Real Estate LLC | sale proceed $291,688.10 | 1110-000 | | | |
| | | Deposit | deposit paid outside of escrow -$20,000.00 | 1110-000 | | | |
| | | Fay Servicing | payment to lender -$209,489.26 | 4110-000 | | | |
| | | Coldwell Banker | commission -$4,350.00 | 3510-000 | | | |
| | | ReMax | commission -$8,700.00 | 3510-000 | | | |
| | | 44Realty Corporation | commission -$4,350.00 | 3510-000 | | | |
| | | MyNHD, Inc | NHD disclosure report -$74.95 | 2500-000 | | | |
| | | Orange Coast Title | title charges -$4,154.14 | 2500-000 | | | |
| | | A&A Escrow | escrow fees -$1,250.00 | 2500-000 | | | |

Page Subtotals: $39,052.45   $0.00

{ } Asset Reference(s)

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 22-bk-12142 SC | | **Trustee Name:** | David M. Goodrich (001941) | |
| **Case Name:** | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***6980 | | **Account #:** | ******4116 Operating Account | |
| **For Period Ending:** | 05/24/2024 | | **Blanket Bond (per case limit):** | N/A | |
| | | | **Separate Bond (if applicable):** | $5,000,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Fay Servicing | interest on principal | 4110-000 | | | |
| | | | -$267.30 | | | | |
| 01/17/24 | 206 | David M. Goodrich | CRO Expenses | 2200-000 | | 3,639.61 | 156,966.10 |
| 01/17/24 | 207 | Financial Relief Law Center, APC | attorney expense | 6710-000 | | 8,033.04 | 148,933.06 |
| 01/17/24 | 208 | Goe, Forsythe & Hodges, LLP | attorney expenses | 6710-000 | | 1,945.70 | 146,987.36 |
| 01/17/24 | 209 | Grobstein Teeple, LLP | accountant expense | 6710-000 | | 129.32 | 146,858.04 |
| 01/17/24 | 210 | Grobstein Teeple, LLP | Distribution payment - Dividend paid at 33.33% of $14,949.50; Claim # acct; Filed: $14,949.50 | 6700-000 | | 4,982.83 | 141,875.21 |
| 01/17/24 | 211 | Financial Relief Law Center, APC | Distribution payment - Dividend paid at 33.34% of $129,120.75; Claim # atty; Filed: $129,120.75 | 6700-000 | | 43,047.88 | 98,827.33 |
| 01/17/24 | 212 | Goe, Forsythe & Hodges, LLP | Distribution payment - Dividend paid at 33.34% of $137,848.50; Claim # atty2; Filed: $137,848.50 | 6700-000 | | 45,957.00 | 52,870.33 |
| 01/17/24 | 213 | David M. Goodrich | Distribution payment - Dividend paid at 33.34% of $36,785.00; Claim # FEE; Filed: $36,785.00 | 2100-000 | | 12,265.19 | 40,605.14 |
| 01/29/24 | {5} | A & A ESCROW SERVICES INC. | release of funds held - 37472 Yorkshire Drive | 1110-000 | 12,501.12 | | 53,106.26 |
| 01/29/24 | 214 | Trustee Insurance Agency | 2nd Chance- Invoice 2656-2392 | 2990-000 | | 5,750.80 | 47,355.46 |
| 02/06/24 | 215 | United States Trustee Processing Center | 4th quarter fees ******2142 | 2950-000 | | 3,226.00 | 44,129.46 |
| 02/15/24 | 216 | Mauricio Gonzalez | payment to broker re bills | 2990-000 | | 1,890.46 | 42,239.00 |
| 02/27/24 | 217 | Trustee Insurance Agency | 2nd Chance- Invoice 2656-2509 | 2990-000 | | 3,587.10 | 38,651.90 |
| 03/29/24 | 218 | Trustee Insurance Agency | 2nd Chance- Invoice 2656-2634 | 2990-000 | | 1,318.90 | 37,333.00 |
| 04/03/24 | | ADVOCUS NATIONAL TITLE INSURANCE COMPANY | sale proceeds re 3122 Emery Lane | | 34,052.42 | | 71,385.42 |
| | | Ma Magdalea Del Carmen Rodriguez Laguna | proceeds from sale | 1210-000 | | | |
| | | | $59,462.00 | | | | |
| | | Ruiz Realty Inc | buyer brokerage fee | 3510-000 | | | |
| | | | -$1,500.00 | | | | |
| | | ATG/Cohen Dovitx Makowka LLC | standard exception waiver endorsement | 2500-000 | | | |
| | | | -$185.00 | | | | |
| | | Advocus National Title Insurance Co | gap risk update fee | 2500-000 | | | |
| | | | -$150.00 | | | | |

| | | | |
|---|---|---|---|
| | **Page Subtotals:** | **$46,553.54** | **$135,773.83** |

{ } Asset Reference(s)                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | | |
|---|---|---|
| **Case No.:** | 22-bk-12142 SC | |
| **Case Name:** | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | |
| **Taxpayer ID #:** | **-***6980 | |
| **For Period Ending:** | 05/24/2024 | |

| | |
|---|---|
| **Trustee Name:** | David M. Goodrich (001941) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******4116 Operating Account |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Adovus National Title Insurance | settlement or closing fee | 2500-000 | | | |
| | | | -$875.00 | | | | |
| | | Adovus National Title Insurance Co. | closing protection letter | 2500-000 | | | |
| | | | -$25.00 | | | | |
| | | Advocus National Title Insurance Co. | recording service | 2500-000 | | | |
| | | | -$25.00 | | | | |
| | | | recording fee | 2500-000 | | | |
| | | | -$107.00 | | | | |
| | | | buyer attorney fees Luis C. Martinez | 2500-000 | | | |
| | | | -$595.00 | | | | |
| | | | debt | 2500-000 | | | |
| | | | -$21,947.58 | | | | |
| 04/10/24 | | A & A ESCROW SERVICES INC | property tax refund | 1290-000 | 40.57 | | 71,425.99 |
| 04/10/24 | | CITYWIDE REALTY LLC | refund | 1290-000 | 332.87 | | 71,758.86 |
| 04/10/24 | | To Account #******4116 | transfer of funds | 9999-000 | 1,000.00 | | 72,758.86 |
| 04/10/24 | 219 | David M. Goodrich | CRO fee | 2100-000 | | 7,522.46 | 65,236.40 |
| 04/10/24 | 220 | Grobstein Teeple, LLP | accountant fee | 6700-000 | | 3,057.14 | 62,179.26 |
| 04/10/24 | 221 | Goe, Forsythe & Hodges, LLP | attorney fee | 6700-000 | | 28,189.76 | 33,989.50 |
| 04/10/24 | 222 | Financial Relief Law Center, APC | attorney fee | 6700-000 | | 26,404.95 | 7,584.55 |
| 04/12/24 | | United States Trustee Processing Center | QUARTERLY FEEPAYMENT2404120000 1st quarter 2024 | 2950-000 | | 2,211.11 | 5,373.44 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 289,074.14 | 283,700.70 | **$5,373.44** |
| Less: Bank Transfers/CDs | 129,203.75 | 0.00 | |
| **Subtotal** | 159,870.39 | 283,700.70 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$159,870.39** | **$283,700.70** | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******4123 Rent- 37915 Marsala Dr, Palmdale CA |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/17/23 | {2} | Gregory Cekalovich | rent - Feb 2023 | 1122-000 | 750.00 | | 750.00 |
| 03/08/23 | {2} | Gregory Cekalovich | rent | 1122-000 | 750.00 | | 1,500.00 |
| 03/16/23 | | Gregory Cekalovich | rent Dec 2022 | 1122-000 | 750.00 | | 2,250.00 |
| 03/22/23 | | Gregory Cekalovich | Rent Jan. 2023 | 1122-000 | 750.00 | | 3,000.00 |
| 05/18/23 | {2} | Gregory Cekalovich | May rent 2022 | 1122-000 | 750.00 | | 3,750.00 |
| 06/01/23 | {2} | Gregory Cekalovich | rent | 1122-000 | 750.00 | | 4,500.00 |
| 06/14/23 | {2} | Gregory Cekalovich | June 2023 Rent | 1122-000 | 750.00 | | 5,250.00 |
| 07/07/23 | {2} | Gregory Cekalovich | Rent | 1122-000 | 750.00 | | 6,000.00 |
| 08/30/23 | {2} | Shancey S. Cekalovich | rent | 1122-000 | 750.00 | | 6,750.00 |
| 09/11/23 | {2} | Shancey S Cekalovich | rent | 1122-000 | 750.00 | | 7,500.00 |
| 10/05/23 | {2} | GREGORY S CEKALOVICH AND RENA CEKALOVICH | rent | 1122-000 | 750.00 | | 8,250.00 |
| 11/08/23 | {2} | GREGORY CEKALOVICH | rent | 1122-000 | 750.00 | | 9,000.00 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | | 9,000.00 | 0.00 |

|  | COLUMN TOTALS | 9,000.00 | 9,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 0.00 | 9,000.00 | |
| | Subtotal | 9,000.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $9,000.00 | $0.00 | |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 22-bk-12142 SC | |
| **Case Name:** | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | |
| **Taxpayer ID #:** | **-***6980 | |
| **For Period Ending:** | 05/24/2024 | |

| | |
|---|---|
| **Trustee Name:** | David M. Goodrich (001941) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******4130 Rent- 1611B 1515st  Ave |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/17/23 | {1} | Shawn M. Souther | rent | 1122-000 | 500.00 | | 500.00 |
| 04/04/23 | {1} | Shawn M. Southern | Rent | 1122-000 | 500.00 | | 1,000.00 |
| 04/10/24 | | To Account #******4116 | transfer of funds | 9999-000 | | 1,000.00 | 0.00 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | **1,000.00** | **1,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 1,000.00 | |
| **Subtotal** | **1,000.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,000.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******8452 Demand Deposit Account |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| (No transactions on file for this period) | | | COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 9

| | | |
|---|---|---|
| **Case No.:** | 22-bk-12142 SC | |
| **Case Name:** | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | |
| **Taxpayer ID #:** | **-***6980 | |
| **For Period Ending:** | 05/24/2024 | |

| | |
|---|---|
| **Trustee Name:** | David M. Goodrich (001941) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******4354 37472 Yorkshire Dr |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/23 | {5} | NEW HOME ART LLC | Deposit | 1110-000 | 19,750.00 | | 19,750.00 |
| 12/07/23 | | A & A Escrow Services Inc | Sale of property | | 72,173.16 | | 91,923.16 |
| | {5} | New Art Home | sale of property $390,000.00 | 1110-000 | | | |
| | {5} | | prorated taxes 2023-2024 $405.14 | 1129-000 | | | |
| | | Selene Finance | Lien -$189,307.41 | 4110-000 | | | |
| | | California First Program | Lien -$31,172.99 | 4110-000 | | | |
| | | LA Hero Program | Lein -$36,046.42 | 4110-000 | | | |
| | | Coldwell Banker | Commission -$5,850.00 | 3510-000 | | | |
| | | Century 21 Peak Realty | Commission -$11,700.00 | 3510-000 | | | |
| | | Citrus Grove Real Estate  & Lending | Commission -$5,850.00 | 3510-000 | | | |
| | | | NHD Disclosure Report -$74.95 | 2500-000 | | | |
| | | Orange Coast Title Company | Title insurance -$1,309.00 | 2500-000 | | | |
| | | Orange Coast Title Company | BK Underwriter Excess Risk Fee -$1,000.00 | 2500-000 | | | |
| | | Orange Coast Title Company | Messenger Fee -$39.88 | 2500-000 | | | |
| | | Orange Coast Title Company | Overnight wire payoff -$45.00 | 2500-000 | | | |

Page Subtotals: **$91,923.16**    **$0.00**

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******4354 37472 Yorkshire Dr |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Orange Coast Title Company | Sub Escrow Fee -$62.50 | 2500-000 | | | |
| | | Orange Coast Title Company | Recording Order -$35.00 | 2500-000 | | | |
| | | Orange Coast Title Company | Transfer tax- Los Angeles -$429.00 | 2500-000 | | | |
| | | Orange Coast Title Company | Unsecured tax lien #13 -$407.84 | 2500-000 | | | |
| | | Orange Coast Title Company | Unsecured tax lien #14 -$791.60 | 2500-000 | | | |
| | | Orange Coast Title Company | Unsecured tax lien #15 -$634.27 | 2500-000 | | | |
| | | Orange Coast Title Company | 1st half of taxes -$7,501.12 | 2810-000 | | | |
| | | Orange Coast Title Company | Selene Finance Hold -$5,000.00 | 2500-000 | | | |
| | | A & A Escrow Service | Escrow fee -$1,000.00 | 2500-000 | | | |
| | | A & A Escrow Service | 1099 Process fee -$75.00 | 2500-000 | | | |
| | | A & A Escrow Service | Drawing Documentation Fee -$75.00 | 2500-000 | | | |
| | | A & A Escrow Service | Messenger fee -$25.00 | 2500-000 | | | |
| | | A & A Escrow Service | File archive fee -$50.00 | 2500-000 | | | |
| | | New Home | Paid out of escrow deposit -$19,750.00 | 1180-000 | | | |

Page Subtotals:     $0.00     $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******4354 37472 Yorkshire Dr |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/23 | | To Account #******4116 | transfer of funds | 9999-000 | | 36,933.45 | 54,989.71 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | | 33,358.00 | 21,631.71 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | | 21,631.71 | 0.00 |

|  | | | COLUMN TOTALS | | 91,923.16 | 91,923.16 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CDs | | 0.00 | 91,923.16 | |
| | | | Subtotal | | 91,923.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $91,923.16 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| Case No.: | 22-bk-12142 SC | Trustee Name: | David M. Goodrich (001941) |
|---|---|---|---|
| Case Name: | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***6980 | Account #: | ******4417 8607 Custer Road SW Lakewood, WA |
| For Period Ending: | 05/24/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/06/23 | {6} | Orange Coast Lender Services | Sale proceeds | 1110-000 | 27,280.59 | | 27,280.59 |
| 12/14/23 | | To Account #******4116 | transfer of funds | 9999-000 | | 27,280.59 | 0.00 |

|  |  | | |
|---|---|---|---|
| **COLUMN TOTALS** | **27,280.59** | **27,280.59** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 27,280.59 | |
| **Subtotal** | **27,280.59** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$27,280.59** | **$0.00** | |

{ } Asset Reference(s)                                                                                      ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-bk-12142 SC | **Trustee Name:** | David M. Goodrich (001941) |
| **Case Name:** | David Goodrich, CRO - 2ND CHANCE INVESTMENT GROUP, LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***6980 | **Account #:** | ******4417 8607 Custer Road SW Lakewood, WA |
| **For Period Ending:** | 05/24/2024 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $5,000,000.00 |

| | |
|---|---|
| Net Receipts: | $289,074.14 |
| Plus Gross Adjustments: | $780,242.27 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,069,316.41 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4109 Cash Collateral | $0.00 | $0.00 | $0.00 |
| ******4116 Operating Account | $159,870.39 | $283,700.70 | $5,373.44 |
| ******4123 Rent- 37915 Marsala Dr, Palmdale CA | $9,000.00 | $0.00 | $0.00 |
| ******4130 Rent- 1611B 1515st  Ave | $1,000.00 | $0.00 | $0.00 |
| ******8452 Demand Deposit Account | $0.00 | $0.00 | $0.00 |
| ******4354 37472 Yorkshire Dr | $91,923.16 | $0.00 | $0.00 |
| ******4417 8607 Custer Road SW Lakewood, WA | $27,280.59 | $0.00 | $0.00 |
| | **$289,074.14** | **$283,700.70** | **$5,373.44** |