JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email: jteeple@gtllp.com; documents@gtllp.com

Financial Advisors for the Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**MAY 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS FINANCIAL ADVISORS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION DURING THE PRE-CONFIRMATION PERIOD**<br><br>**Hearing:**<br>Date: May 21, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5C<br>    U.S. Bankruptcy Court<br>    Santa Ana Division<br>    411 West Fourth Street<br>    Santa Ana, California 92701 |

At the place and time above-state, there came on for hearing on regular notice the Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP ("Applicant") as Financial Advisors for the Debtor and Debtor-in-Possession During the Pre-Confirmation Period ("Application"), Docket No. 415. Pursuant

to the Court's tentative ruling, no appearances were made on behalf of Applicant.

The Court, having reviewed the Application and all documents filed in support thereof, no opposition have been filed, finding notice to have been proper, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved;

2. Applicant's fees in the amount of $7,240.00 and expenses in the amount of $10.02, incurred during the period from November 1, 2023, to February 29, 2024, are hereby approved on a final basis;

3. The previously allowed fees and expenses in the amounts of $14,949.50 and $129.32, respectively, are allowed on a final basis; and

4. Debtor is authorized to remit payment in full of all approved but unpaid fees and expenses.

###

Date: May 30, 2024

Scott C. Clarkson
United States Bankruptcy Judge