United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-12142-SC |
| 2nd Chance Investment Group, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | *+ | 2nd Chance Investment Group, LLC, 600 W. Santa Ana Blvd., PMB 5045, Santa Ana, CA 92701-4558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda G. Billyard | |
| | on behalf of Debtor 2nd Chance Investment Group  LLC abillyard@bwlawcenter.com |
| Andy C Warshaw | |
| | on behalf of Debtor 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Andy C Warshaw | |
| | on behalf of Defendant 2nd Chance Investment Group  LLC awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com |
| Arjun P Rao | |
| | on behalf of Defendant Discover Bank arjun.rao@morganlewis.com  lacalendar@stroock.com |

Case 8:22-bk-12142-SC    Doc 430    Filed 06/01/24    Entered 06/01/24 21:19:48    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Arvind Nath Rawal | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC arawal@aisinfo.com |
| Brandon J. Iskander | on behalf of Interested Party Goe Forsythe & Hodges LLP biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Bryant S Delgadillo | on behalf of Defendant JPMorgan Chase Bank N.A bryant.delgadillo@piblaw.com, marian.flores@piblaw.com |
| Charity J Manee | on behalf of Plaintiff Official Committee Of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Interested Party Goe Forsythe & Hodges LLP cmanee@goeforlaw.com kmurphy@goeforlaw.com |
| Charity J Manee | on behalf of Plaintiff Official Committee of Unsecured Creditors cmanee@goeforlaw.com kmurphy@goeforlaw.com |
| Cheryl A Skigin | on behalf of Creditor Ally Bank caskigin@earthlink.net caskigin@earthlink.net |
| Christopher P. Walker | on behalf of Interested Party Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| Christopher P. Walker | on behalf of Creditor Salvador Jimenez cwalker@cpwalkerlaw.com lhines@cpwalkerlaw.com;r57253@notify.bestcase.com |
| D Edward Hays | on behalf of Defendant Walker Law Group LLP ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor Forethought Life Insurance Company dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Daniel J Griffin | on behalf of Plaintiff Maher Abou Khzam daniel@thebklawoffice.com tclayton@thebklawoffice.com;daniel@thebklawoffice.com |
| David M Goodrich | on behalf of Other Professional David M Goodrich dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Debtor 2nd Chance Investment Group LLC dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| David M Goodrich | on behalf of Interested Party Interested Party dgoodrich@go2.law kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com |
| Douglas A Plazak | on behalf of Creditor Ram Bhakta dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Attorney Douglas A. Plazak dplazak@rhlaw.com |
| Douglas A Plazak | on behalf of Creditor Sajan Bhakta dplazak@rhlaw.com |
| Fanny Zhang Wan | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST fwan@raslg.com |
| Fanny Zhang Wan | on behalf of Interested Party U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for VRMTG Asset Trust fwan@raslg.com |
| Gary B Rudolph | on behalf of Creditor Lantzman Investments Inc. grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com |
| Gary B Rudolph | on behalf of Creditor LMF2 LP grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com |
| Jennifer C Wong | |

Case 8:22-bk-12142-SC   Doc 430   Filed 06/01/24   Entered 06/01/24 21:19:48   Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-8 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| | on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor LMF2 LP kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com |
| Kathleen A Cashman-Kramer | on behalf of Creditor Lantzman Investments Inc. kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com |
| Lazaro E Fernandez | on behalf of Interested Party Courtesy NEF lef17@pacbell.net lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Rayshon Andrew Foster matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Advance Real Estate & Construction Solutions Corporation matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew D. Resnik | on behalf of Other Professional Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com |
| Matthew S Henderson | on behalf of Defendant JPMorgan Chase Bank N.A matthew.henderson@piblaw.com, rhonda.viers@piblaw.com |
| Michael G Spector | on behalf of Defendant Gemma's Jewelers Inc. mgspector@aol.com, mgslawoffice@aol.com |
| Michael Jay Berger | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael Jay Berger | on behalf of Defendant Sonja Foster michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Queenie K Ng | on behalf of U.S. Trustee United States Trustee (SA) queenie.k.ng@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor Mercedes-Benz Financial Services USA LLC randym@cookseylaw.com |
| Richard L. Sturdevant | on behalf of Defendant 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Richard L. Sturdevant | on behalf of Debtor 2nd Chance Investment Group LLC rich@bwlawcenter.com |
| Robert P Goe | on behalf of Plaintiff Official Committee Of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com |
| Robert P Goe | on behalf of Attorney Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com |
| Robert P Goe | on behalf of Creditor Committee Official Committee of Unsecured Creditors kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com |
| Robert P Goe | on behalf of Plaintiff Official Committee of Unsecured Creditors kmurphy@goeforlaw.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf042 | Total Noticed: 1 |

rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com

Stephan M Brown

on behalf of Interested Party Courtesy NEF ECF@thebklawoffice.com
stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown

on behalf of Interested Party Maher Abou Khzam ECF@thebklawoffice.com
stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Stephan M Brown

on behalf of Plaintiff Maher Abou Khzam ECF@thebklawoffice.com
stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com

Sweeney Kelly

on behalf of Defendant American Express National Bank kelly@ksgklaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 55

JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Boulevard, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email:    jteeple@gtllp.com; documents@gtllp.com

Financial Advisors for the Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**MAY 30 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**2ND CHANCE INVESTMENT GROUP, LLC,**<br><br>Debtor. | Case No. 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GROBSTEIN TEEPLE, LLP AS FINANCIAL ADVISORS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION DURING THE PRE-CONFIRMATION PERIOD**<br><br>**Hearing:**<br>Date:  May 21, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 5C<br>       U.S. Bankruptcy Court<br>       Santa Ana Division<br>       411 West Fourth Street<br>       Santa Ana, California 92701 |

At the place and time above-state, there came on for hearing on regular notice the Second and Final Application for Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP ("Applicant") as Financial Advisors for the Debtor and Debtor-in-Possession During the Pre-Confirmation Period ("Application"), Docket No. 415. Pursuant

to the Court's tentative ruling, no appearances were made on behalf of Applicant.

The Court, having reviewed the Application and all documents filed in support thereof, no opposition have been filed, finding notice to have been proper, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved;

2. Applicant's fees in the amount of $7,240.00 and expenses in the amount of $10.02, incurred during the period from November 1, 2023, to February 29, 2024, are hereby approved on a final basis;

3. The previously allowed fees and expenses in the amounts of $14,949.50 and $129.32, respectively, are allowed on a final basis; and

4. Debtor is authorized to remit payment in full of all approved but unpaid fees and expenses.

###

Date: May 30, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2