Andy C. Warshaw SBN 263880
Rich Sturdevant SBN 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-19
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENTS GROUP, LLC<br><br>Reorganized Debtor | Case No.: 8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STATUS CONFERENCE REPORT BY THE LIQUIDATING TRUST of 2nd CHANCE INVESTMENT GROUP, LLC**<br><br>Hearing:<br>Date: October 23, 2024<br>Time: 11:00 a.m.<br>Location: Courtroom 5C – Virtual<br>411 West Fourth St.<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

    2nd Chance Investment Group, LLC., the Reorganized Debtor ("Debtor") provides the following Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC ("Report") for events that transpired since the last status conference was held on June 12, 2024.

### A. Debtor in Possession is in Compliance with UST Guidelines

Debtor filed a monthly operating report on July 9, 2024, for the month ending March 31, 2024, to comply with reporting requirements through the Effective Date. Debtor filed a Notice of Occurrence of the Effective Date of Debtor's Chapter 11 Plan on July 18, 2024, as ECF No. 433. The Effective Date of the Plan was March 1, 2024. Debtor filed a Post-Confirmation Report ("PCR") on August 21, 2024, as ECF No. 435. Debtor is working to file its next PCR for the third quarter of 2024 prior to the upcoming status conference. Debtor is compliant under 11 U.S.C. §§521, 1006, and 1107, and with the applicable Guidelines of the Office of the United States Trustee ("UST")[1].

### B. The Liquidating Trust

The Plan created a liquidating trust that transferred assets of Debtor to the Liquidating Trust. All real property of Debtor has been sold. The sole remaining assets of Debtor are causes of action being pursued by the Official Committee of Unsecured Creditors ("Committee"). The Liquidating Trust generally provides that costs associated with the litigation will be paid along with other administrative fees of the estate with excess proceeds disbursed pro-rata to the general unsecured class.

### C. Liquidating Trust Distributions

Grobstein Teeple, LLP prepared the PCR that was filed on August 21, 2024, as ECF No. 435. The Q2 2024 PCR shows $70,097 in disbursements with $65,174 being paid in professional fees as follows:

Goe, Forsythe & Hodges, LLP: $28,189.76
Financial Relief Law Center, APC: $26,404.95
Grobstein Teeple, LLP: $3,057.14
David M. Goodrich: $7,522.46

---

[1] https://www.justice.gov/ust/file/volume_3_chapter_11_case_administration.pdf/download

2

**D. Adversary Proceedings**

A. Geoff Trapp filed an adversary proceeding on behalf of Clotee Downing, against Debtor and the former restructuring officer, creating case number 8:24-ap-01105-SC. Debtor filed a motion to dismiss on September 11, 2024, as ECF No. 10. The Court continued the hearing on the motion to dismiss to November 13, 2024, at 11:00 a.m.

B. The Committee filed seven adversary complaints against various defendants. Per the Committee, it has been involved in settlement negotiations with three defendants and reached terms with one defendant in which it is finalizing the written agreement. A settlement approval motion should be filed within the next thirty days. Discovery is underway and expected to be completed in the next sixty days in most of the adversaries.

October 3, 2024                                        Respectfully Submitted,

                                                       /s/ Andy C. Warshaw

                                                       Andy C. Warshaw
                                                       Attorneys for Liquidating Trust
                                                       1200 Main St., Suite C
                                                       Irvine, CA 92614

## DECLARATION OF DAVID M. GOODRICH[2]

I, David M. Goodrich, declare as follows:

1. Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am submitting this supplemental declaration in support of the *Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC* ("Status Report").

2. I am the Liquidating Trustee of the Liquidating Trust 2nd Chance Investment Group, LLC.

3. Debtor filed a monthly operating report on July 9, 2024, for the month ending March 31, 2024.

4. Debtor filed a Notice of Occurrence of the Effective Date of Debtor's Chapter 11 Plan on July 18, 2024, as ECF No. 433.

5. The Effective Date of the Plan was March 1, 2024.

6. Debtor filed a Post-Confirmation Report ("PCR") on August 21, 2024, as ECF No. 435.

7. Debtor is working to file its next PCR for the third quarter of 2024 prior to the upcoming status conference.

8. Debtpr's Chapter 11 Plan created a liquidating trust that transferred assets of Debtor to the Liquidating Trust.

9. All real property of Debtor has been sold.

10. The sole remaining assets of Debtor are causes of action being pursued by the Official Committee of Unsecured Creditors ("Committee").

11. Grobstein Teeple, LLP prepared the PCR that was filed on August 21, 2024, as ECF No. 435. The Q2 2024 PCR shows $70,097 in disbursements with $65,174 being paid in professional fees as follows:

    Goe, Forsythe & Hodges, LLP: $28,189.76

---

[2] All capitalized terms have the same definition or meaning as the capitalized terms in the Repor.

Financial Relief Law Center, APC: $26,404.95

Grobstein Teeple, LLP: $3,057.14

David M. Goodrich: $7,522.46

12. Geoff Trapp filed an adversary proceeding on behalf of Clotee Downing, against Debtor and myself, creating case number 8:24-ap-01105-SC. Debtor filed a motion to dismiss on September 11, 2024, as ECF No. 10. The Court continued the hearing on the motion to dismiss to November 13, 2024, at 11:00 a.m.

13. The Committee filed seven adversary complaints against various defendants. Per the Committee, it has been involved in settlement negotiations with three defendants and reached terms with one defendant in which it is finalizing the written agreement. A settlement approval motion should be filed within the next thirty days. Discovery is underway and expected to be completed in the next sixty days in most of the adversaries.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 3rd day of October 2024, in Costa Mesa, California.

David M. Goodrich
Liquidating Trustee
2nd Chance Investment Group, LLC
Liquidating Trust

5

| In re:<br>**2nd Chance Investment Group, LLC**<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:22-bk-12142-SC** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):  **Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:


**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/03/2024** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Michael Jay Berger**     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Amanda G. Billyard**     abillyard@bwlawcenter.com
**Stephan M Brown**     ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**     kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
**Bryant S Delgadillo**     bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com
**Dane W Exnowski**     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**     lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
**David M Goodrich**     dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wgallp@ecf.courtdrive.com
**Daniel J Griffin**     daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
**Matthew S Henderson**     matthew.henderson@piblaw.com, rhonda.viers@piblaw.com
**Brandon J. Iskander**     biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Sweeney Kelly**     kelly@ksgklaw.com
**Charity J Manee**     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**     randym@cookseylaw.com
**Queenie K Ng**     queenie.k.ng@usdoj.gov
**Douglas A Plazak**     dplazak@rhlaw.com
**Arjun P Rao**     arjun.rao@morganlewis.com, lacalendar@stroock.com
**Arvind Nath Rawal**     arawal@aisinfo.com
**Matthew D. Resnik**     matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com;nina@rhmfirm.com
**Gary B Rudolph**     grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
**Cheryl A Skigin**     caskigin@earthlink.net, caskigin@earthlink.net
**Michael G Spector**     mgspector@aol.com, mgslawoffice@aol.com
**Annie Y Stoops**     annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
**Richard L. Sturdevant**     rich@bwlawcenter.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**     cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**     fwan@raslg.com
**Andy C Warshaw**     awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                           **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER **8:22-bk-12142-SC** |

**2. SERVED BY UNITED STATES MAIL**:
On __-__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __-__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 3, 2024** | **Andy  C. Warshaw** | **/s/ Andy C. Warshaw** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                             **F 9013-3.1**