Case #: 8:22-BK-12B42-SC

Hello my name is Rosendo Q. Estorga Jr. I am writting this letter to Honorable judge Scott C. Clarkson of the United States Bankruptcy Court. Located at 411 West fourth Street, Suit 5730 in Courtroom 5C Santa Ana ca, 92701. I am writting this letter to oppose and also dismiss a motion in this case. I would also like to ask of the court to be moved from Santa Ana ca. to the federal carts of Riverside Ca. I am asking the courts to be moved closer so I myself can attend these Hearings. I want the court to hear me out Orally and have a chance to voice my situation before my Home is Stolen. Lastley I would like to ask to join Mrs. Downey's lawsuit Against Ray Foster as a co-defendent due to Being another Victim of Ray Foster.



**FILED**

NOV 1 8 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

I mett Ray Foster at the beganning of 2022 in ~~Febur~~ JAN. we talk on the phone he called me back ~~some~~ some time it the end of Feb. to if I was still looking to refineanse a loan I had, because I had lost my job of 17 years I had spoken the time before he said he new bankers that would refinance my old loan, and cut my Payment in have which would of been from 800⁰⁰ ⅃ to ~~four~~ four hundred 400⁰⁰ ⅃ and he asked if ~~he~~ could do a walk throught the house I said ok

well Ray was here wanted to now the name of my morgage co. and how much I had left to Pay so I tolled him I owed only $71,000⁰⁰ to freedom morgage and that was it

at the begining of april Ray called me back again and he proceed to tell me he found a banker frind of his that would refinance my loan that my Payment wood be only 400⁰⁰ a month being my loan was only for $71,000⁰⁰

~~They~~ when Ray cam by and was

telling me that the bankers wa
wonted a Photo of the in side of
the house and out side of the
propaty. as he was leaving he
telled me that he wood be
back in a day or two with the
contrators and to sing and have
appraisal done on the house
but he never came back with any
Paper work so this haped in may

in june i get a letter
say my lone from Freedom mortgag
all $71.000.00 was payed in full and that
thay were go to mail my deed back
to the hall of records that the bill
was payed.

Well still no Ray?
well on July 10 I get a call and it
was say he teles me the my payment
were going to be $400.00 a mounth
so I tell time that I had two
Rooms rented out and that the end
of the year was only 5 month away.

if I could pay the next five
mounth at one this time so I
did I payed $2000.00 till the end
of the year of 2022 I sill havent
heard from him the numbers he
gave me were discounted so I
never Reached him the 2023 years

so Ray so in Feb 2024 I get
I start looking to sell my hose
because by this time my renters got
and nervous and moved out and for
me the house was to big for two people
to live in so we wanted to go
to a smaller house but that's when
I found out that my house was
not under my name anymore and
Ray had already soled my house
Twiche already now I now ex
he never came back to do a
o he already had a forged deed to
the property so he go and takes
a lone out for 335.000 ∞ and claiming
it was to pay off my morzage I
didn't owe that much I owed
$71,000 ∞ only so I don't now sy
he did that and that is what
p he put down that on his Bankrue
rumped court papers which was a lie
papers

him saying that he didn't payed on
rent back was a lie because I have
a $2 tousandy dollar receipt from
Mony Gram that I payed once with
was a five mounths of rent I told ray
that I needed some kind of
contract or somthing some kind of
billing note and so we could sing

all the papers well after that phone
not herd from Roy in till he filled
thows bullckd bullcrape Bank rupte
papers well that my story about
mey night was naghtmart will say
for and I still havent heard
or seen the Ray or heard from spoker
him either so ime at the end of to
my story Please take the tiin to
read and Il thank you
for clowig me to tell my
story

sensirly     Rosendo Q Estorga JR.

P.S. he said he bought my house at
a forclosen auction from freedom mongage
which was not trien because when
my morgage was payed Freedom morgage
mail my deed back to meare
hall of reacerds and sepelled that
I still owned the house if he bought
it at avcitten they wood have given the
deed to him the only thing they
gave say was a copy     5/16/22
was the day my deed
was sefelled back in record