

**FILED & ENTERED**

**JAN 16 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte          **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2nd Chance Investment Group, LLC,<br><br><br><br><br>Debtor(s). | Case No.: 8:22-bk-12142-SC<br><br>CHAPTER 11<br><br>**ORDER ADVANCING HEARING**<br><br>Date:    March 12, 2025<br>Time:    1:30 PM<br>Courtroom: 5C |

    The hearing on "Clotee Downing's Omnibus Motion For Appointment Of Pro Bono Counsel Per FRCP Rule 17(C)(2), And For Relief From Order Authorizing Sale Of Real Property (Doc. 313) Under FRCP Rule 60(b)(2), (3), (4) And/Or (6), Or In The

Alternative, (d)(3)" [Dk. 445] set for March 13, 2025, is hereby ADVANCED to March 12, 2025, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: January 16, 2025

Scott C. Clarkson
United States Bankruptcy Judge