
Andy C. Warshaw SBN 263880
Rich Sturdevant SBN 269088
**FINANCIAL RELIEF LAW CENTER, APC**
1200 Main St., Suite C
Irvine, CA 92614
Direct Phone: (714) 442-19
Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Attorneys for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>2ND CHANCE INVESTMENTS GROUP, LLC<br><br>Reorganized Debtor | Case No.:  8:22-bk-12142-SC<br><br>Chapter 11<br><br>**STATUS CONFERENCE REPORT BY THE LIQUIDATING TRUST of 2nd CHANCE INVESTMENT GROUP, LLC**<br><br>Hearing:<br>Date: February 12, 2025<br>Time: 11:00 a.m.<br>Location: Courtroom 5C – Virtual<br>411 West Fourth St.<br>Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

2nd Chance Investment Group, LLC., the Reorganized Debtor ("Debtor") provides the following Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC ("Report") for events that transpired since the last status conference was held on October 23, 2024.

1

### A. Debtor in Possession is in Compliance with UST Guidelines

Since the last status conference held on October 23, 2024, Debtor one quarterly post-confirmation report on January 17, 2025, for the 2024 Quarter 4, to comply with post-confirmation reporting requirements. Debtor is compliant under 11 U.S.C. §§521, 1006, and 1107, and with the applicable Guidelines of the Office of the United States Trustee ("UST")[1].

### B. The Liquidating Trust

The Plan created a liquidating trust that transferred assets of Debtor to the Liquidating Trust. All real property of Debtor has been sold. The sole remaining assets of Debtor are causes of action being pursued by the Official Committee of Unsecured Creditors ("Committee"). The Liquidating Trust generally provides that costs associated with the litigation will be paid along with other administrative fees of the estate with excess proceeds disbursed pro-rata to the general unsecured class.

### C. Liquidating Trust Distributions

Grobstein Teeple, LLP prepared the PCR that was filed on January 17, 2025, ECF No. 461. The Q4 2024 PCR shows $250.00 in disbursements with $0 being paid in professional fees.

### D. Adversary Proceedings

<u>Clotee Downing</u>

A. Geoff Trapp ("Trapp") filed an adversary proceeding on behalf of Clotee Downing, against Debtor and the former restructuring officer, creating case number 8:24-ap-01105-SC. Debtor filed a motion to dismiss on September 11, 2024, AP ECF No. 10[2]. Trapp filed an opposition to the motion to dismiss on October 31, 2024, AP ECF No. 23. Debtor filed a reply to

---

[1] https://www.justice.gov/ust/file/volume_3_chapter_11_case_administration.pdf/download
[2] This Status Report will distinguish ECF Filings in the Clotee Downing Adversary Proceeding by including "AP" before the ECF docket number.

the opposition on November 6, 2024, AP ECF No. 24. The court granted the motion to dismiss on November 12, 2024, AP ECF No. 28.

Trapp filed a Notice of Appeal and Statement of Election to the United States District Court on November 27, 2024, AP ECF No. 31. On December 11, 2024, Trapp filed an Ex Parte Request to Enlarge Time to File Designation of Record and Statement of Issues, AP ECF No. 37. The court granted the request. On December 24, 2024, Trapp filed a second Ex Parte Request to Enlarge Time to File Designation of Record and Statement of Issues, AP ECF No. 40. The court granted the extension and extended the deadline to January 17, 2025, AP ECF No. 41, but the order cautioned Trapp that no further extension will be granted. As of January 23, 2025, the Designation of Record and Statement of Issues on Appeal has not been filed.

On November 20, 2024, Trapp filed a "Notice of Motion and Omnibus Motion for Appointment of Pro Bono Counsel Per FRCP Rule 17(c)(2), and for Relief From Order Authorizing Sale of Real property (Doc 313) Under FRCP Rule 60(b)(2), (3), (4), and/or (6), Or In the Alternative, (d)(3)", ECF No. 445, with a hearing set for March 13, 2025. The court advanced the hearing to March 12, 2025.

<u>Adversary Proceedings Filed the Committee</u>

B.  Since the last status conference, The Committee filed nine additional adversary complaints against various defendants.

    a. Case# 8:24-ap-01164: The Committee stipulated with Defendant to extend the deadline to respond to the Complaint to March 7, 2025.

    b. Case# 8:24-ap-01163: The Answer to the complaint was due 1/21/25; no response has been filed.

    c.  Case# 8:24-ap-01162: The Answer to the complaint was due 1/21/25; no response has been filed.

    d.  Case# 8:24-ap-01161: The Answer to the complaint was due 1/21/25; no response has been filed.

    e.  Case# 8:24-ap-01160: The Answer to the complaint was due 1/21/25; no response has been filed.

    f.  Case# 8:24-ap-01159: The Answer to the complaint was due 1/21/25; no response has been filed.

    g.  Case# 8:24-ap-01158: The Answer to the complaint was filed on 1/21/25; the status conference is set for 3/12/25.

    h.  Case# 8:24-ap-01157: The Answer to the complaint was due 1/21/25; no response has been filed.

    i.  Case# 8:24-ap-01156: The Answer to the complaint was due 1/21/25; no response has been filed.

C. The following cases were filed prior to the last status conference and are in various stages of litigation:

    j.  Case# 8:23-ap-01110: Pre-trial conference is set for May 21, 2025.

    k.  Case# 8:23-ap-01111: Pre-trial conference is set for March 12, 2025.

    l.  Case# 8:24-ap-01020: Committee filed a notice of settlement of case on January 6, 2025.

    m.  Case# 8:24-ap-01021: Pre-trial conference is set for March 12, 2025.

    n.  Case# 8:24-ap-01022: Pre-trial conference is set for March 12, 2025.

    o.  Case# 8:24-ap-01024: Pre-trial conference is set for March 12, 2025.

      p. Case# 8:24-ap-01025: Pre-trial conference is set for May 21, 2025.

January 23, 2025                      Respectfully Submitted,

                                       /s/ Richard Sturdevant

                                       Richard Sturdevant
                                       Attorneys for Liquidating Trust
                                       1200 Main St., Suite C
                                       Irvine, CA 92614

# **DECLARATION OF DAVID M. GOODRICH**[3]

I, David M. Goodrich, declare as follows:

1. Except as otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am submitting this supplemental declaration in support of the *Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC* ("Status Report").

2. I am the Liquidating Trustee of the Liquidating Trust 2nd Chance Investment Group, LLC.

3. Debtor filed a Post-Confirmation Report ("PCR") on January 17, 2025, as ECF No. 461, which reports total cash disbursement of $250 with $0 being paid in professional fees. Grobstein Teeple, LLP prepared the PCR.

4. Debtpr's Chapter 11 Plan created a liquidating trust that transferred assets of Debtor to the Liquidating Trust.

5. All real property of Debtor has been sold.

6. The sole remaining assets of Debtor are causes of action being pursued by the Official Committee of Unsecured Creditors ("Committee").

7. Geoff Trapp filed an adversary proceeding on behalf of Clotee Downing, against Debtor and myself, creating case number 8:24-ap-01105-SC. Debtor filed a motion to dismiss on September 11, 2024, as ECF No. 10. The Court continued the hearing on the motion to dismiss to November 13, 2024, at 11:00 a.m.

8. Since the last status conference, The Committee filed nine additional adversary complaints against various defendants.

    a. Case# 8:24-ap-01164: The Committee stipulated with Defendant to extend the deadline to respond to the Complaint to March 7, 2025.

---

[3] All capitalized terms have the same definition or meaning as the capitalized terms in the Repor.

    b. Case# 8:24-ap-01163: The Answer to the complaint was due 1/21/25; no response has been filed.

    c. Case# 8:24-ap-01162: The Answer to the complaint was due 1/21/25; no response has been filed.

    d. Case# 8:24-ap-01161: The Answer to the complaint was due 1/21/25; no response has been filed.

    e. Case# 8:24-ap-01160: The Answer to the complaint was due 1/21/25; no response has been filed.

    f. Case# 8:24-ap-01159: The Answer to the complaint was due 1/21/25; no response has been filed.

    g. Case# 8:24-ap-01158: The Answer to the complaint was filed on 1/21/25; the status conference is set for 3/12/25.

    h. Case# 8:24-ap-01157: The Answer to the complaint was due 1/21/25; no response has been filed.

    i. Case# 8:24-ap-01156: The Answer to the complaint was due 1/21/25; no response has been filed.

9. The following cases were filed prior to the last status conference and are in various stages of litigation:

    j. Case# 8:23-ap-01110: Pre-trial conference is set for May 21, 2025.

    k. Case# 8:23-ap-01111: Pre-trial conference is set for March 12, 2025.

    l. Case# 8:24-ap-01020: Committee filed a notice of settlement of case on January 6, 2025.

    m. Case# 8:24-ap-01021: Pre-trial conference is set for March 12, 2025.

7

n. Case# 8:24-ap-01022: Pre-trial conference is set for March 12, 2025.

o. Case# 8:24-ap-01024: Pre-trial conference is set for March 12, 2025.

p. Case# 8:24-ap-01025: Pre-trial conference is set for May 21, 2025.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January 2025, in Costa Mesa, California.

David M. Goodrich
Liquidating Trustee
2nd Chance Investment Group, LLC
Liquidating Trust

8

| In re: | | CHAPTER: **11** |
|---|---|---|
| **2nd Chance Investment Group, LLC** | Debtor(s). | CASE NUMBER: **8:22-bk-12142-SC** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite C**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*): **Status Conference Report by the Liquidating Trust of 2nd Chance Investment Group, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/03/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Amanda G. Billyard**  abillyard@bwlawcenter.com
**Stephan M Brown**  ECF@thebklawoffice.com, stephan@thebklawoffice.com;roslyn@thebklawoffice.com;brown.stephanb125317@notify.bestcase.com
**Kathleen A Cashman-Kramer**  kcashman-kramer@fennemorelaw.com, theresam@psdslaw.com
**Bryant S Delgadillo**  bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com
**Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**Lazaro E Fernandez**  lef17@pacbell.net, lef-sam@pacbell.net;lef-mari@pacbell.net;OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com
**Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
**David M Goodrich**  dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com
**Daniel J Griffin**  daniel@thebklawoffice.com, tclayton@thebklawoffice.com;daniel@thebklawoffice.com
**D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
**Matthew S Henderson**  matthew.henderson@piblaw.com, rhonda.viers@piblaw.com
**Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Sweeney Kelly**  kelly@ksgklaw.com
**Charity J Manee**  cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**Randall P Mroczynski**  randym@cookseylaw.com
**Queenie K Ng**  queenie.k.ng@usdoj.gov
**Douglas A Plazak**  dplazak@rhlaw.com
**Arjun P Rao**  arjun.rao@morganlewis.com, lacalendar@stroock.com
**Arvind Nath Rawal**  arawal@aisinfo.com
**Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com;nina@rhmfirm.com
**Gary B Rudolph**  grudolph@fennemorelaw.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;rudolph@ecf.courtdrive.com;kcashman-kramer@fennemorelaw.com;ejames@fennemorelaw.com;james@ecf.courtdrive.com
**Cheryl A Skigin**  caskigin@earthlink.net, caskigin@earthlink.net
**Michael G Spector**  mgspector@aol.com, mgslawoffice@aol.com
**Annie Y Stoops**  annie.stoops@afslaw.com, yvonne.li@afslaw.com;mia.ferguson@afslaw.com
**Richard L. Sturdevant**  rich@bwlawcenter.com
**United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
**Christopher P. Walker**  cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com
**Fanny Zhang Wan**  fwan@raslg.com
**Andy C Warshaw**  awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
**Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **9013-3.1.PROOF.SERVICE**

| In re:<br>**2nd Chance Investment Group, LLC**<br>Debtor(s). | CHAPTER **11**<br>CASE NUMBER **8:22-bk-12142-SC** |
|---|---|

**2. SERVED BY UNITED STATES MAIL**:
On __-__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __-__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 23, 2025** | **Rich Sturdevant** | **/s/ Rich Sturdevant** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**